IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE and her
minor child, DENNIS DOE; PARENT PLAINTIFF
CLAUDIUS JOHNSON and his minor child,
CHRISTIAN DOE; PARENT PLAINTIFF EVELYN
DOE and her minor child, EDWARD DOE; PARENT
PLAINTIFF CANDICE DOE and her minor children,
JAMES AND JADE DOE; and PARENT PLAINTIFF
SONYA DOE and her minor child, JOHNNY DOE;
JOY C. SPRINGER; and JIM ROSS                                    PLAINTIFFS


v.                          CASE NO. 4:15-cv000623 DPM


ARKANSAS DEPARTMENT OF EDUCATION;
TOYCE NEWTON, [Chair]
JAY BARTH
JOE BLACK
SUSAN CHAMBERS
CHARISSE DEAN
MIREYA REITH
VICKI SAVIERS
R BRETT WILLIAMSON
DIANE ZOOK, Members of the ARKANSAS
STATE BOARD OF EDUCATION, in their
Official Capacities; JOHNNY KEY, Commissioner
Of Education [and LRSD SCHOOL BOARD],
in his Official Capacity; BAKER KURRUS,
Superintendent of the Little Rock School District,
in his Official Capacity                                         DEFENDANTS

## *MOTION FOR A PRELIMINARY INJUNCTION*

Plaintiffs move the Court for a preliminary injunction in the above-styled lawsuit and in support show the following:

1.   On the basis of their claims that Defendants are engaging in purposeful race discrimination under the Thirteenth and Fourteenth Amendments, the parent Plaintiffs and the student Plaintiffs move for a preliminary injunction. Specifically, they request that the Court

1

issue an order enjoining Defendants from (a) spending desegregation funds on a new middle school in an almost entirely white area of the Little Rock School District ("LRSD") rather than on the majority-black schools operated for several years in a high state of disrepair and (b) closing ten schools with the result that thousands of black pupils would be subjected to a racially discriminatory one-way transportation program.  These Plaintiffs seek injunctive relief under 42 U.S.C. § 1983.

2. The Plaintiffs contend that the preliminary injunction is necessary to secure the relief being sought, which is in part, equal facilities and learning opportunities for the public school children who live in the majority African-American areas of Little Rock and the prohibition of the State of Arkansas and the LRSD from acting contrary to their agreement to utilize settlement funds for public school construction in the majority African American areas of Little Rock rather than the majority-white areas of west Little Rock.

3. In determining whether a preliminary injunction should issue, the Court should consider the following: (1) the threat of irreparable harm to the movant; (2) the state of the balance between this harm and the injury that granting the injunction will inflict on other parties litigant; (3) the probability that the movant will succeed on the merits; and (4) the public interest. *Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 113 (8th Cir. 1981) (en banc).  As explained further in Plaintiffs' supporting brief, the Court should enjoin Defendants on the two issues listed in the first paragraph of this motion.

WHEREFORE, Plaintiffs respectfully pray that the Court grant their injunction and all other appropriate relief.

Respectfully submitted,


/s/ Shawn G. Childs

       John W. Walker
       Ark Bar #64046
       Shawn G. Childs
       Ark. Bar #99058
JOHN W. WALKER, P.A.
       1723 Broadway
       Little Rock, Arkansas  72206
       501-374-3758
       501-374-4187 (facsimile)
       Email:  johnwalkeratty@aol.com
       schilds@gabrielmail.com

       Robert Pressman
       22 Locust Avenue
       Lexington, MA  02421
       781-862-1955
       Email: ehpressman@verizon.net

       Austin Porter
PORTER LAW FIRM
323 Center Street
Little Rock, Arkansas
501-244-8200
Email: aporte5640@aol.com


OF COUNSEL:
Gale B. Stewart – AR #76120
1723 Broadway
Little Rock, Arkansas 72206
501-374-3758
501-374-4197 (facsimile)
Email:  letchworth1942@comcast.net


       ATTORNEYS FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

    I, Shawn G. Childs, certify that on February 12, 2016, a copy of the foregoing paper has been electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

    Lee Rudofsky

lee.rudofsky@arkansasag.gov

Rosalyn L. Middleton
rosalyn.middleton@arkansasag.gov

Patrick Hollingsworth
Patrick.hollingsworth@arkansasag.gov

Christopher Heller
heller@fridayfirm.com




       /s/ Shawn G. Childs
          Shawn G. Childs