IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAKESHA DOE, Parent, *et al.*                                    PLAINTIFFS

v.                             No. 4:15-cv-623-DPM

ARKANSAS DEPARTMENT
OF EDUCATION, *et al.*                                          DEFENDANTS

ORDER

The Court notes the plaintiffs' motion for a preliminary injunction. For everyone involved, this request for extraordinary relief needs to be handled promptly. Defendants' responses are due 29 February 2016. That deadline will hold. The parties should exchange witness lists, and exhibits, by noon on 2 March 2016. Please deliver copies to the Court then, too. Court will convene at 9:00 a.m. on 3 March 2016 in courtroom 1A. Plaintiffs must complete their argument and proof that day. Defendants may present their argument and proof on 4 March 2016. They will also have one day.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 February 2016