IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAKESHA DOE, Parent, *et al.*                              PLAINTIFFS

v.                    No. 4:15-cv-623-DPM

ARKANSAS DEPARTMENT
OF EDUCATION, *et al.*                                 DEFENDANTS

### ORDER

The motion for a temporary restraining order, № 52, is denied without prejudice as premature.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

18 March 2016