IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAKESHA DOE, Parent, *et al.*　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　No. 4:15-cv-623-DPM

ARKANSAS DEPARTMENT
OF EDUCATION, *et al.*　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Counsel for the parties may bring their cell phones (including smart phones) into the Courthouse for the March 22nd and 23rd hearing. And any attending member of the media may bring a tape recorder.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 March 2016