IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAKESHA DOE, Parent, *et al.*                                  PLAINTIFFS

v.                          No. 4:15-cv-623-DPM

ARKANSAS DEPARTMENT
OF EDUCATION, *et al.*                                   DEFENDANTS

## ORDER

For the reasons stated on the record at the end of the hearing, № 56 & 57, plaintiffs' motion for a preliminary injunction, № 28, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 March 2016