IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAKESHA DOE, Parent, *et al.*                                           PLAINTIFFS

v.                       No. 4:15-cv-623-DPM

ARKANSAS DEPARTMENT
OF EDUCATION, *et al.*                                              DEFENDANTS

ORDER

Motion, № 70, granted. Fitz Hill and Ouida Newton are substituted for Toyce Newton and Vicki Savers. FED. R. CIV. P. 25(d).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 July 2016