IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAKESHA DOE, Parent, *et al.*                           PLAINTIFFS

v.                  No. 4:15-cv-623-DPM

MICHAEL POORE, in his Official
Capacity as Superintendent of the
Little Rock School District                               DEFENDANT

## ORDER

Motion, № 75, granted. The Court confirms that Michael Poore, in his official capacity as Superintendent of the Little Rock School District, has been substituted for Baker Kurrus, who no longer holds that position. FED. R. CIV. P. 25(d). The Court's recent order, № 72, ended the case as to Defendants Arkansas Department of Education, Jay Barth, Joe Black, Susan Chambers, Charisse Dean, Mireya Reith, R. Brett Williamson, Diane Zook, Johnny Key, Fitz Hill, and Ouida Newton. The Clerk should update the docket to reflect all these changes.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 October 2016