IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE,
et. al.                                                                                          PLAINTIFFS

v.                          CASE NO. 4:15-cv000623 DPM

MICHAEL POORE, in his official capacity as
Superintendent of the Little Rock School District,
in his Official Capacity                                                                DEFENDANT

### Plaintiffs' Motion For Hearing

Plaintiffs have studied carefully the Court's letter to counsel of October 21, 2016 and the two letters to which it refers.  Mrs. Vicki Saviers is a principal focal point of Plaintiffs' argument in support of reconsideration and reinstatement of their racial discrimination and freedom of expression claims. Mrs. Saviers made the motion, which succeeded by one vote, resulting in takeover of the district and removal of the school board, rather than a less intrusive response.  She was a moving force on charter schools.  Plaintiffs have provided her comment about persons with an "agenda."  The Court did not address in substance the allegations establishing Plaintiffs' "in cahoots" point.  The Court did not address Ms. Saviers' reference to persons with an agenda.  Plaintiffs have shown  in their reconsideration papers that their claims of discrimination and freedom of speech violations are plausible  when these matters are included in the analysis. With these matters included, Plaintiffs' allegations warrant denial of the motion

regarding these claims and the opportunity for depositions. The full picture regarding Mrs. Saviers, former Superintendent Suggs, and others could not and can not be known in their absence.

The Court has been informed by a long-time family friend of Mrs. Saviers' ecstatic response [putting it mildly] to the Court's initial decision.  The Court now faces resolution of Plaintiffs' motion with Mrs. Saviers a focal point. It is clear to Plaintiffs  that a hearing is necessary to discuss the proper resolution of this grave situation.

WHERFORE,  Plaintiffs pray that the Court schedule a hearing as requested herein.

Respectfully submitted,

/s/ John W. Walker
Ark Bar #64046
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas  72206
501-374-3758
501-374-4187 (facsimile)
Email:  johnwalkeratty@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
781-862-1955
Email: ehpressman@verizon.net

Austin Porter
PORTER LAW FIRM
323 Center Street
Little Rock, Arkansas
501-244-8200

Email: aporte5640@aol.com

OF COUNSEL:
Gale B. Stewart – AR #76120
1723 Broadway
Little Rock, Arkansas 72206
501-374-3758
501-374-4187 (facsimile)

**CERTIFICATE OF SERVICE**

    I do hereby state that a copy of the foregoing has been served on all counsel of record wherein a copy was sent by utilizing the CM/ECF system on this 31st day of October, 2016.


    /s/ John W. Walker