IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAKESHA DOE, Parent, *et al.*                                            PLAINTIFFS

v.                              No. 4:15-cv-623-DPM

MICHAEL POORE, in his Official
Capacity as Superintendent of the
Little Rock School District                                              DEFENDANT

ORDER

To complete the record, the Court attaches to this Order all the letters mentioned in № 85.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 November 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Richard Sheppard Arnold United States Courthouse
600 West Capitol, Room B149
Little Rock, Arkansas 72201-3325

D.P. MARSHALL JR.
U.S. District Judge

(501) 604-5410
FAX: (501) 604-5417

21 October 2016

Austin Porter, Jr.
Porter Law Firm
323 Center Street, Suite 1035
Little Rock, AR 72201

John W. Walker
Shawn Garrick Childs
John W. Walker, P.A.
1723 Broadway
Little Rock, AR 72206-1220

Rosalyn L. Middleton
Lee Rudofsky
Patrick E. Hollingsworth
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street, Suite 200
Little Rock, AR 72201-2610

Robert Peter Pressman
Attorney at Law
22 Locust Avenue
Lexington, MA 02421

Christopher J. Heller
Khayyam Marice Eddings
Friday, Eldredge & Clark, LLP
Regions Center
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3522

Gale Booth Stewart
Attorney at Law
1 River Oaks Circle
Little Rock, AR 72207

Re:  *Doe, et al. v. Poore*,
     No. 4:15-cv-623-DPM

Colleagues,

I'm enclosing a copy of a letter I got this week and my response. Mrs. Appleton and my deceased Mother were close friends. I don't know for sure, but my educated guess is that Mrs. Appleton is in her nineties. I do not see her often anymore. I am disregarding what was said about the case. Please

let me know if you wish to respond or believe I need to take any step beyond my response.  *Code of Judicial Conduct for United States Judges, Canon 3(A)(4)*.

Best regards.

                                    Very truly yours,

                                    *DPMarshall Jr.*


DPM:sb
Enclosures

# Marystel

October 17, 2016

Dear Price,

While reading the Gazette several weeks ago I read your decision about the Little Rock School Board suit. I immediately E mailed my dear friend Vickie Saviers, told her you were a Jonesboro "boy" I had know for a long time. Her answer to me was, " AMEN I wish I could thank him myself!!!!. Next time you see him give him a hug for me!!." I won't be seeing you but I do hope this letter will find you. My regards to your family.

Sincerely,

*Marystel*

Marystel Appleton

MEMPHIS TN 380
17 OCT 2016 PM 3 L

Honorable Price Marshall
United States District Court District of Arkansas
600 West Capitol Ave
Room B149
Little Rock - AR
72201

72201-339549

Mrs. W.S. Appleton
2103 Harrisburg Rd.
Jonesboro, Arkansas 72401



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
Richard Sheppard Arnold United States Courthouse
600 West Capitol, Room B149
Little Rock, Arkansas 72201-3325

**D.P. MARSHALL JR.**
U.S. District Judge

(501) 604-5410
FAX: (501) 604-5417

21 October 2016

Mrs. W.S. Appleton
2103 Harrisburg Road
Jonesboro, Arkansas 72401

Dear Marystel,

I did receive your October 17th letter. It was good to hear from you. I hope you're doing well. Polly is fine, as are our girls, who've grown up and gone off to school.

You're kind to be keeping up with my court work through the newspaper. And I appreciate your thoughtfulness in writing to me. I can't discuss my cases, though, or get any information about them outside the courthouse. I must put your e-mail exchange with Ms. Saviers out of my mind so I can stay impartial in the case. I thank you for your understanding in all this.

I hope to see you around Jonesboro soon. My best personal regards.

Very truly yours,

*Price*

DPM:sb