# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**LAKESHA DOE, Parent,** *et al.*                    **PLAINTIFFS**

**v.**                    **No. 4:15-cv-623-DPM**

**JOHNNY KEY, In His Official Capacity**
**as Commissioner of Education and the**
**LRSD School Board, and MICHAEL**
**POORE, In His Official Capacity as**
**Superintendent of the Little Rock**
**School District**                    **DEFENDANTS**

## ORDER

Unopposed motion to clarify, № *96*, granted.  Johnny Key, in his official

capacity as Commissioner of Education, is a defendant only to the extent that

he has exercised (and is exercising) "all authority of the [LRSD] board of

directors as may be necessary for the day-to-day governance of the school

district."  ARK. CODE ANN. § 6-15-430(a)(6).  The Court appreciates the brevity

of Key's papers.

So Ordered.

                    *DPMarshall Jr.*
                    D.P. Marshall Jr.
                    United States District Judge

                    23 January 2017