IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAKESHA DOE, Parent, *et al.*                                    PLAINTIFFS

v.                          No. 4:15-cv-623-DPM

JOHNNY KEY, In His Official Capacity
as Commissioner of Education and the
LRSD School Board, and MICHAEL
POORE, In His Official Capacity as
Superintendent of the Little Rock
School District                                                  DEFENDANTS

## ORDER

The motion to stay discovery, № 106, is denied with a caveat. Discovery needs to proceed so that the case can be ready for trial if the Court denies the Rule 12 motion, which is not ripe yet. The Court, moreover, is uncertain when it will get to that motion because of other pressing matters. The caveat: All the notices of deposition are quashed; the parties must reschedule the depositions on mutually convenient dates.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2017