# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**LAKESHA DOE, Parent,** *et al.*                                    **PLAINTIFFS**

v.                                    **No. 4:15-cv-623-DPM**

**JOHNNY KEY, In His Official Capacity
as Commissioner of Education and the
LRSD School Board, and MICHAEL
POORE, In His Official Capacity as
Superintendent of the Little Rock
School District**                                    **DEFENDANTS**

## ORDER

1. Joint report of discovery dispute, № 121, noted and overruled without prejudice. First, Defendants have committed to another production today. Second, Plaintiffs have not followed the Court's Scheduling Order: this kind of dispute must be brought to the Court by both sides in one truly joint report. № 111 at 2–3. The required procedure eliminates the back and forth, giving the Court both sides of the dispute in one paper.

2. Joint motion, № 122, granted with caveats. First, no further discovery extensions will be granted. Second, the Court will issue a Third Amended Final Scheduling Order with the proposed deadlines; but it will also contain a compressed briefing schedule for any dispositive motion. And that schedule will not be extended.

So Ordered.

_D.P.Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_13 April 2017_