IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PARENT PLAINTIFF LAKESHA**                  **PLAINTIFFS**
**DOE and her minor child**
**DENNIS DOE; et al.**

v.          **CASE NO. 4:15-CV-0623 DPM**

**ARKANSAS DEPARTMENT OF**
**EDUCATION; et al.**                                             **DEFENDANTS**

### STATEMENT OF UNDISPUTED MATERIAL FACTS

The Defendant Johnny Key, in his capacity as the official designated to exercise the authority of the Little Rock School District board of directors, submits the following as his Statement of Undisputed Material Facts in support of his motion for summary judgment:

### LRSD DEMOGRAPHICS

1. As of the 2016-2017 school year, approximately 22,759 students were enrolled in the Little Rock School District. Exhibit 1, Declaration of Linda Jenkins, exhibit A. Exhibit B to the Declaration of Linda Jenkins includes a breakdown by school and by race or ethnicity.

2. Of the total enrollment, students or their parents report their race or ethnicity as follows:

    a. 14,603 black.

    b. 285 two or more races.

    c. 563 Asian.

    d. 3,183 Hispanic.

    e. 57 Native American/Native Alaskan.

    f. 14 Native Hawaiian/Pacific Islander.

    g. 4,054 white.

3. Between September 2006 and the State's removal of the LRSD board, a majority of the members of the LRSD board were African-American.

4. Every superintendent of the LRSD between August 2003 and May 2015 was African-American.

## THE PLAINTIFFS

5. <u>Ronyah Beyah</u>, incorrectly referred in the Amended Complaint as Ms. Rasheed Beyah Abdu, is the mother of boys Kareem and Rasheed Beyah.

    a. Kareem is in the eighth grade at Dunbar Middle School. Kareem is enrolled in gifted and talented classes and is "doing some work the UALR kids do." Exhibit 2, Ronyah Beyah deposition, pg. 16.

    b. Ms. Beyah had the choice of enrolling Kareem in Dunbar or Forest Heights Middle School. She chose Dunbar. Beyah deposition, pg. 16.

    c. According to Beyah, Kareem is happy at Dunbar and will be attending Central High School when he graduates, but she wants him to attend Parkview High School. Beyah deposition, pg. 45.

    d. Rasheed was enrolled at Dunbar at the beginning of the 2016-2017 school year. Ms. Beyah complains that she was not properly notified that Rasheed was skipping school.

    e. Later in the school year Rasheed was suspended for allegedly inappropriate conduct with a fellow student. Following this incident Ms. Beyah has tried unsuccessfully to have Rasheed transferred to another school this school year. Beyah deposition, pgs. 27, 48-51.

    f. Ms. Beyah's remaining complaints are that the children at Dunbar Middle School are very disrespectful to the school staff, that some of the teachers are disrespectful, and she feels that Rasheed was not fairly treated after being accused of sexual harassment. Beyah deposition pgs. 27, 31-32, 37-38, 45.

6. <u>Sonya Doe and Johnny Doe</u>. The Plaintiff identified as Sonya Doe is Sonya Lampkin, and her son, Johnny Doe, is Jaylen Lampkin.

    a. Jaylen Lampkin currently attends Parkview High School. Exhibit 3, Sonya Lampkin deposition, pg. 5.

    b. Jaylen Lampkin attended Forest Heights Middle School for all of his middle school years. Sonya Lampkin deposition, pg. 9.

    c. According to Lampkin, it was not difficult to get Jaylen admitted to Forest Heights. Sonya Lampkin deposition, pgs. 10-11.

    d. The assigned zone school for Jaylen was Cloverdale Middle School. Sonya Lampkin deposition, pg. 11.

    e. No one discouraged Jaylen from continuing at Forest Heights after it was converted to a STEM school. Exhibit 3, Jaylen Lampkin deposition, pg. 5.

    f. Jaylen does not recall a time when he felt he was treated different from white students. Jaylen Lampkin deposition, pg. 7.

    g. Ms. Lampkin has no basis for her allegation that that school officials were trying to purge African-American students from Forest Heights except a transcript of an alleged recording provided to her by her attorneys. Sonya Lampkin deposition, pgs. 14-16, 24.

7.    <u>Alice Doe and Lisa Doe</u>. Alice Doe is Alvronia Robinson. Her daughter, Lyric Louden, is referred to in the Complaint as Lisa Doe.

    a. Lyric Louden attended Martin Luther King, Jr. elementary school, and Dunbar Middle School. Her mother believes she received a good education at these schools. Exhibit 5, Alvronia Robinson, deposition, pg. 19.

    b. Lyric is in the 12th grade, and lives in the Central High School zone. She is on track to graduate from Central High School this spring. Robinson deposition, pgs. 14, 15, 20,

    c. While Lyric was in 10th grade, attending Central High School, Ms. Robinson moved to the McClellan High School zone. Ms. Robinson

       spoke to an assistant principal at Central High School, who gave her a bus schedule from her new home to Central. Robinson deposition, pgs. 16-17.

   d. Lyric remained at Central for the balance of her 10th grade year, and LRSD provided transportation. Robinson deposition, pg. 24.

   e. Ms. Robinson learned on the first day of school in Lyric's 11th grade year that Lyric had been assigned to McClellan. Robinson deposition, pg. 17.

   f. Ms. Robinson has since moved back to the Central High attendance zone. Robinson deposition, pg. 20.

   g. Ms. Robinson did not identify any white student who received better treatment in student assignments. Robinson deposition, pgs. 34-35.

   h. Lyric Louden was not discouraged by school staff from enrolling in advanced placement courses at Central. She testified that this was her decision, made to reduce pressure during a time when her mother was ill. Exhibit 6, Lyric Louden deposition, pgs. 10-11.

   i. Ms. Louden believes she received a good education in the LRSD, and that she's prepared for college. Louden deposition, pgs. 6, 16.

8. <u>Lakesha Doe and Dennis Doe</u>.  The Plaintiff identified as Lakesha Doe is Lakesha Robinson Smith. Dennis Doe is her son Dezury Ashford.

a. Ms. Smith placed Dezury on waiting lists for Central and Parkview High schools, beginning when Dezury was in 8th grade. Exhibit 7, Lakesha Robinson Smith deposition, pg. 20.

b. Dezury was assigned to his zone school, J.A. Fair High School, in the 9th and 10th grades. Smith deposition, pg. 20-21.

c. Smith says her nephew, who is not in the Central attendance zone and was not on a waiting list, was able to get into Central before Dezury. Smith deposition, pg. 32.

d. Smith says this was because her nephew's father knew the LRSD official in charge of admissions. Smith deposition, pg. 32.

e. Smith's nephew is black. Smith deposition, vol. 2, pg. 41.

f. Dezury began attending Central High School in the 11th grade. Smith deposition, pg. 38.

g. The LRSD transports Dezury to Central High. Smith deposition, pg. 56.

h. Some of Dezury's friends from Fair High School have also transferred to Central. Smith deposition, pg. 57.

i. Dezury will graduate from Central on May 25, 2017. Exhibit 8, Dezury Ashford deposition, pg. 59.

j. Smith's younger son, DeAndray, got into his preferred, non-zone school with no trouble. Smith deposition, pg. 38.

    k. When asked why DeAndray's treatment was more favorable than Dezury's, Smith said "because DeAndray scored well." Smith deposition, vol. 2, pg. 36.

    l. DeAndray attended Horace Mann Middle School, and now attends Parkview High School. Smith deposition, pg. 32.

    m. Dezury was suspended for excessive tardiness in 10th grade, while attending J.A. Fair high. The suspension was lifted and Dezury did not serve that suspension. Smith deposition, pgs. 58-60.

    n. Ms. Smith's allegation that white students from surrounding districts were allowed to have priority enrollment at preferred high schools in the LRSD is based on something she saw on Facebook. Smith deposition, pg. 74.

9. <u>Evelyn Doe and Edward Doe</u>. The Plaintiff identified as Evelyn Doe is Evelyn Fisher, and Edward Doe is her son Eshawn Fisher.

    a. Eshawn is no longer a student in the LRSD. He transferred to SIA Tech Charter School at the semester break of his ninth grade year. Eshawn is in 10th grade. Exhibit 9, Eshawn Fisher deposition, pgs. 5-6.

10. <u>Latasha Covington</u>. Ms. Covington is the mother of Amoryea Love and Auxzavian Love.

    a. Both Amoryea Love and Auxzavian Love attend Henderson Middle School. Exhibit 10, Latasha Covington deposition, pg. 6.

    b. Amoryea Love and Auxzavian Love first attended Henderson in December 2016.  Covington deposition, pg. 21.

    c. Ms. Covington believes Henderson is old and outdated.  Covington deposition, pg. 41.

    d. Auxzavian Love wanted to attend Dunbar Middle School.  He understands that behavior issues prevented him from attending Dunbar Middle School.  Exhibit 11, Auxzavian Love deposition, pgs. 10-11.

    e. Auxzavian Love says he would like to attend J.A. Fair High School.  Auxzavian Love deposition, pg. 11.

    f. Ms. Covington asked about placing Amoryea in Pulaski Heights Middle School.  After being told there was a long waiting list, she just put them at Henderson.   Covington deposition pgs. 36- 37.

11.    <u>Ida Pettus</u>.  Ida Pettus is the fraternal grandmother of Ezekiel and Lazareous Pettus.

    a. Ida Pettus is not the legal guardian of Ezekiel and Lazareous, nor are they in her custody.  Exhibit 12, Ida Pettus deposition, pg. 77.

    b. Ezekiel and Lazareous reside with their mother.  Ida Pettus deposition, pg. 44.

    c. Ms. Pettus decided to join this lawsuit because she had a concern about something that happened to her grandsons in summer school

      in 2013 – her grandchildren Ezekiel and Lazareous had to pay for summer school. Ida Pettus deposition, pg. 40.

d. Pettus believes the facilities attended in the past by Ezekiel and Lazareous are inferior because they are not well lighted, have overcrowded classrooms, the students who play drums have to pay for their own drumsticks, teachers have low expectations, there are no "enrichment programs," students who participate in field trips must pay for the field trips, and she had to give her grandchildren lunch money "a couple of times" at Dunbar even though they were eligible for free or reduced lunch. Ida Pettus deposition, pgs. 46-52.

e. The matter of eligibility for free and reduced lunch was resolved after about a month. Ida Pettus deposition, pgs. 52-53.

f. Pettus has no other complaint about the facilities attended by Ezekiel and Lazareous. Ida Pettus deposition, pg. 53.

g. Ezekiel Pettus was admitted to Central High school for a time, but was not allowed to continue, based in part on a Facebook posting. Ida Pettus deposition, pg. 65.

h. Ezekiel Pettus' Facebook posts include more than one photo of Ezekiel posing with what appears to be a handgun. Exhibit 13, Lazareous Pettus deposition, pgs. 25-29, exhibits 1, 4 and 5.

  i. According to Ms. Pettus, Lazareous Pettus was not eligible for Forest Heights STEM school because of his grades. Ida Pettus deposition, pg. 68.

12. <u>Christy Doe</u>. The Plaintiff identified as Kristi Doe is Christy Winfrey. Her children are Chase Winfrey and Christian Winfrey.

 a. Christian Winfrey attended kindergarten, and part of first grade, at Baseline Elementary. Exhibit 14, Christy Winfrey deposition, pg. 13.

 b. By first grade Christian Winfrey demonstrated significant behavior issues at school. Christy Winfrey deposition, pgs. 22-23.

 c. Christian's behaviors included property damage and threats of violence. Christy Winfrey deposition pgs. 22-23, 50-51.

 d. Christian was assigned a paraprofessional after Christmas break during his first grade year, and an Individual Education Plan was developed for him. Christy Winfrey deposition pgs. 31-32, 38.

 e. During a portion of Christian's first grade year he was occasionally brought to Chase Winfrey's fifth grade class. This was distracting to Chase, but he got his work done and made good grades. Exhibit 15, Chase Winfrey deposition, pg. 14.

 f. Christy Winfrey disagreed with the school's approach to dealing with Christian's behavior issues, and felt frustrated in her efforts to

find the right solution for her son. Christy Winfrey deposition, pgs. 22- 83.

g. Christian presently attends Romine Elementary School, where Ms. Winfrey believes the teachers are great. Christy Winfrey deposition, pg. 84.

h. Christy Winfrey believes Christian is a bright child, and that the team of teachers working with him at Romine Elementary are challenging him academically and are what "is saving him education wise." Christy Winfrey deposition, pg. 85.

i. Winfrey does not say that anyone in the LRSD is intentionally trying to harm her children because they are African-American. She does not claim that any of the individuals she discussed in her deposition intended to discriminate based on race. Christy Winfrey deposition, pgs. 104-105.

j. Chase Winfrey presently attends Henderson Middle School. Winfrey deposition pg. 83. Chase Winfrey does not feel that he is treated differently that the white students at Henderson. Chase Winfrey deposition, pg. 15.

## LRSD FACILITY CONDITIONS

13. According to a Capital Projects Summary provided in discovery by the LRSD, since 2010 LRSD has expended millions of dollars for completed capital projects at existing schools all across the district. Exhibit 16. For example:

a. The LRSD expended over $2.8 million for completed projects at McClellan High School.

b. The LRSD expended over $3.3 million for completed projects at J.A. Fair High School.

c. The LRSD expended over $4 million for completed projects at Hall High School.

d. The LRSD expended over $1.3 million for completed projects at Central High School.

e. The LRSD expended over $6 million for completed projects at Cloverdale Middle School.

f. The LRSD expended over $1 million for completed projects at Dunbar Middle School.

g. The LRSD expended over $5 million for completed projects at Mann Magnet Middle School.

h. The LRSD expended over $1 million for completed projects at Henderson Middle School.

i. The LRSD expended less than $100,000 for completed projects of over $10,000 at Pulaski Heights Middle School, and just over $500,000 at Forest Heights.

14. An LRSD facilities study was conducted by a group of experts led by the Fanning Howey firm of architects and engineers.

15. The Fanning Howey study made the following pertinent findings regarding the condition of facilities in the LRSD. Exhibit 17.[1]

    a. Overall, the LRSD buildings have been very well maintained with most needs simply a result of age. Report at 3.

    b. Fanning Howey projected a need for additional middle school and high school seats. Report at 6.

    c. Physical assessment was ranked according to a Facility Condition Index, representing the estimated cost of repairs or renovations divided by the estimated replacement value.

    d. Six elementary schools ranked best, with an FCI below .15, which Fanning Howey characterized as "good." Report at 22-23, 31.

        i. Booker at .14.

        ii. Brady at .14

        iii. Franklin at .13

        iv. Martin Luther King, Jr., at .12.

        v. Pulaski Heights at .14.

        vi. Rockefeller at .14

        vii. Of the elementary schools with an FCI below .15, only one, Pulaski Heights, has a white student population that

---

[1] The Fanning Howey reports is LRSD Exhibit 19 from the March 22-23, 2016 preliminary injunction hearing. Because of the volume of this document, only the sections referred to are attached as exhibit 17.

    exceeds the district wide average.  Exhibit B to

    Declaration of Linda Jenkins.

 e. At the middle school level only two schools scored an FCI below .15: Mann and Dunbar.  The white student population at both is below the district average.

 f. The two middle schools Cloverdale Middle School and Pulaski Heights Middle School had the highest FCI values.  Pulaski Heights has the highest white enrollment of the middle schools, and Cloverdale the lowest.

 g. At the high school level, only J.A. Fair scored an FCI below .15.  Only 4.33% of Fair's students are listed as white.

16. Fanning Howey made the following pertinent findings regarding the educational adequacy of the LRSD facilities.

 a. Educational adequacy assessments and the associated standards are relative to a point in time.  Some standards against which facilities are currently measured were not considered when the facilities were built because standards change over time.  Report at 49.

 b. The report assigns educational adequacy scores to each school, with a score of five meaning the school comes very close to meeting all current standards.  The lower the score, the less the building matches the ideal configuration.  Report at 56-58.

14

    c. The elementary schools scoring above a "3" were Martin Luther King, Jr., Roberts, Stephens, Wakefield, Washington and Williams.

        i. Roberts and Stephens are the only schools in this group with a white student population exceeding 4%. Exhibit B to Jenkins declaration.

    d. Forest Heights was the only middle school to score above a "3."

    e. J.A. Fair was the only high school to score above a "2."

    f. The remaining high schools each scored "2."

    g. The high school with the highest rating in educational adequacy, J.A. Fair, has a white student population of under 5%. Exhibit B to Declaration of Linda Jenkins.

17. Fanning Howey made construction and renovation recommendations that included the following.

    a. In phase 1, replace McClellan High School with a new school to accommodate 1,400 to 1,600 students. Report at 87.

    b. Also in phase 1, build a new middle school and athletic fields in West Little Rock to accommodate 1,200 students. Report at 89 to 90.

    c. Reconfigure McClellan High School as a middle school to accommodate the Cloverdale Middle School program. Report at 90.

18.Fanning Howey projected costs of $73 million to $81.5 million to build a new high school, and $54 million to provide a new middle school in West Little Rock.  Report at 107.

19.The Plaintiffs have retained an architect they have identified as an expert witness, Professor John Poros.

20.Poros reviewed 14 school identified by counsel for the Plaintiffs. John Poros deposition, exhibit 18, pgs. 24-25.

21.There are more than 40 schools in the Little Rock School District.

22.Poros spent about one hour at each of the 14 schools.  Poros deposition, pg. 57.

23.Poros identified Henderson Middle School, Wilson Elementary School, McClellan High School and Cloverdale Middle school as needing renovation, new construction or, in the case of Cloverdale, demolition. Poros report, exhibit 19, pg.73.

24.The LRSD will be closing Wilson Elementary.

25.The LRSD is in the planning and design stages for building a new high school to replace McClellan.  Exhibit 20, deposition of Kelsey Bailey, pg. 33.

Respectfully submitted,

LESLIE RUTLEDGE
ATTORNEY GENERAL


By: /s/ *Patrick Hollingsworth*
    LEE RUDOFSKY, Solicitor General
    Arkansas Bar No. 2015105
    (501) 682-8090
    ROSALYN L. MIDDLETON, Assistant
     Attorney General
     Arkansas Bar No. 2001257
    (501) 682-8122
    PATRICK HOLLINGSWORTH, Assistant
     Attorney General
    Arkansas Bar No. 84075
    (501) 682-1051
    323 Center Street, Suite 200
    Little Rock, AR  72201-2610
    Facsimile: (501) 682-2591
    lee.rudofsky@arkansasag.gov
    rosalyn.middleton@arkansasag.gov
    patrick.hollingsworth@arkansasag.gov

    Attorneys for Johnny Key in his official capacity

**CERTIFICATE OF SERVICE**

    I, Patrick Hollingsworth, hereby certify that on May 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

John W. Walker
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, AR  72206
Email: johnwalkeratty@aol.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
Email: ehpressman@verizon.net

Austin Porter
PORTER LAW FIRM
323 Center Street
Little Rock, AR  72201

Email: aporter5640@aol.com

Gale B. Stewart
1 River Oaks Circle
Little Rock, Arkansas 72207
Email: letchworth1942@comcast.net

Christopher Heller (#81083)
Friday, Eldredge & Clark
400 West Capitol, Suite 2000
Little Rock, AR 72201-3493
(501) 370-1506
heller@fridayfirm.com

                                          /s/ *Patrick Hollingsworth*
                                          Patrick Hollingsworth