IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA                          PLAINTIFFS
DOE and her minor child
DENNIS DOE; et al.

v.                    CASE NO. 4:15-CV-0623 DPM

ARKANSAS DEPARTMENT OF
EDUCATION; et al.                                 DEFENDANTS

<u>DECLARATION OF LINDA JENKINS</u>

1.      My name is Linda Jenkins.  I am Information Systems Manager for

the Arkansas Department of Education.  As a part of my duties at the Arkansas

Department of Education I have prepared two spreadsheets reporting Little

Rock School District enrollment by race data for grades kindergarten through 12

for the 2016 to 2017 school year.   Reformatted versions of these spreadsheets

are attached as exhibits A and B.  They were reformatted to fit on standard

paper.

2.      The data contained in exhibits A and B was generated from the ADE

State Data Warehouse using the reporting tool IBM Cognos Report Studio.  The

data was collected through cycle submissions from the Little Rock School

District. These spreadsheets are based on data reported as of October 1, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2017.

LINDA JENKINS

EXHIBIT 1



## District Level Enrollment by Race - Counts and Percentages SY 2016-2017

| District Description | Enrollment | 2 or More Races | Percent 2 or More Races | Asian | Percent Asian | Black/African American | Percent Black/African American | Hispanic | Percent Hispanic | Native American/Alaskan Native | Percent Native American/Alaskan Native | Native Hawaiian/Pacific Islander | Percent Native Hawaiian/Pacific Islander | White | Percent White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LITTLE ROCK SCHOOL DISTRICT | 22,759 | 285 | 1.25% | 563 | 2.47% | 14,603 | 64.16% | 3,183 | 13.99% | 57 | 0.25% | 14 | 0.06% | 4,054 | 17.81% |

May 1, 2017

1

4:54:52 PM



## School Level Enrollment by Race - Percentages SY  2016-2017

| District Description | School Description | Percent 2 or More Races | Percent Asian | Percent Black/African American | Percent Hispanic | Percent Native American/Alaskan Native | Percent Native Hawaiian/Pacific Islander | Percent White |
|---|---|---|---|---|---|---|---|---|
| LITTLE ROCK SCHOOL DISTRICT | BALE ELEMENTARY SCHOOL | 2.88% | 1.15% | 74.64% | 12.68% | 0.00% | 0.00% | 8.65% |
| LITTLE ROCK SCHOOL DISTRICT | BASELINE ELEMENTARY SCHOOL | 1.01% | 0.00% | 39.86% | 55.07% | 0.00% | 0.00% | 4.05% |
| LITTLE ROCK SCHOOL DISTRICT | BOOKER ARTS MAGNET ELEM. SCH. | 3.16% | 0.68% | 66.82% | 17.61% | 0.23% | 0.68% | 10.84% |
| LITTLE ROCK SCHOOL DISTRICT | BRADY ELEMENTARY SCHOOL | 0.26% | 0.78% | 80.05% | 11.40% | 0.00% | 0.26% | 7.25% |
| LITTLE ROCK SCHOOL DISTRICT | CARVER MAGNET ELEM. SCHOOL | 1.65% | 2.07% | 67.36% | 15.29% | 0.00% | 0.00% | 13.64% |
| LITTLE ROCK SCHOOL DISTRICT | CENTRAL HIGH SCHOOL | 0.93% | 7.05% | 57.72% | 4.64% | 0.69% | 0.00% | 28.98% |
| LITTLE ROCK SCHOOL DISTRICT | CHICOT ELEMENTARY SCHOOL | 1.33% | 0.19% | 56.46% | 37.45% | 0.19% | 0.00% | 4.37% |
| LITTLE ROCK SCHOOL DISTRICT | CLOVERDALE MIDDLE SCHOOL | 0.52% | 0.35% | 65.97% | 31.08% | 0.00% | 0.00% | 2.08% |
| LITTLE ROCK SCHOOL DISTRICT | DAVID O'DODD ELEMENTARY SCHOOL | 1.13% | 1.13% | 48.50% | 42.86% | 0.00% | 0.00% | 6.39% |
| LITTLE ROCK SCHOOL DISTRICT | DON ROBERTS ELEMENTARY SCHOOL | 2.37% | 13.11% | 23.05% | 4.41% | 0.45% | 0.00% | 56.61% |
| LITTLE ROCK SCHOOL DISTRICT | DUNBAR MAGNET MIDDLE SCHOOL | 0.46% | 0.62% | 86.13% | 7.86% | 0.15% | 0.00% | 4.78% |
| LITTLE ROCK SCHOOL DISTRICT | FOREST HEIGHTS STEM ACADEMY | 1.46% | 4.95% | 50.80% | 7.28% | 0.44% | 0.00% | 35.08% |
| LITTLE ROCK SCHOOL DISTRICT | FOREST PARK ELEMENTARY SCHOOL | 2.12% | 3.29% | 15.53% | 5.41% | 0.00% | 0.00% | 73.65% |
| LITTLE ROCK SCHOOL DISTRICT | FRANKLIN INCENTIVE ELEM. SCH. | 0.74% | 0.00% | 89.59% | 4.09% | 0.37% | 0.00% | 5.20% |
| LITTLE ROCK SCHOOL DISTRICT | FULBRIGHT ELEMENTARY SCHOOL | 1.75% | 4.55% | 46.68% | 7.34% | 0.17% | 0.17% | 39.34% |
| LITTLE ROCK SCHOOL DISTRICT | GIBBS MAGNET ELEMENTARY SCHOOL | 2.80% | 1.05% | 62.59% | 4.90% | 0.00% | 0.00% | 28.67% |
| LITTLE ROCK SCHOOL DISTRICT | HALL HIGH SCHOOL | 1.06% | 0.70% | 64.23% | 28.72% | 0.18% | 0.00% | 5.11% |
| LITTLE ROCK SCHOOL DISTRICT | HENDERSON MIDDLE SCHOOL | 0.58% | 1.15% | 81.82% | 11.83% | 0.14% | 0.00% | 4.47% |
| LITTLE ROCK SCHOOL DISTRICT | J.A. FAIR HIGH SCHOOL | 0.67% | 0.33% | 86.57% | 7.99% | 0.11% | 0.00% | 4.33% |
| LITTLE ROCK SCHOOL DISTRICT | JEFFERSON ELEMENTARY SCHOOL | 1.39% | 2.49% | 21.05% | 2.77% | 0.28% | 0.28% | 71.75% |
| LITTLE ROCK SCHOOL DISTRICT | M.L. KING MAGNET ELEM. SCHOOL | 1.04% | 0.00% | 92.97% | 1.82% | 0.00% | 0.26% | 3.91% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LITTLE ROCK SCHOOL DISTRICT | MABELVALE ELEMENTARY SCHOOL | 1.22% | 0.41% | 65.10% | 25.31% | 0.41% | 0.00% | 7.55% |
| LITTLE ROCK SCHOOL DISTRICT | MABELVALE MIDDLE SCHOOL | 0.67% | 1.00% | 77.20% | 15.97% | 0.00% | 0.00% | 5.16% |
| LITTLE ROCK SCHOOL DISTRICT | MANN MAGNET MIDDLE SCHOOL | 1.47% | 2.20% | 64.67% | 16.38% | 0.37% | 0.12% | 14.79% |
| LITTLE ROCK SCHOOL DISTRICT | MCCLELLAN MAGNET HIGH SCHOOL | 0.12% | 0.12% | 89.21% | 6.70% | 0.37% | 0.12% | 3.35% |
| LITTLE ROCK SCHOOL DISTRICT | MCDERMOTT ELEMENTARY SCHOOL | 0.93% | 0.31% | 80.81% | 11.15% | 0.00% | 0.00% | 6.81% |
| LITTLE ROCK SCHOOL DISTRICT | MEADOWCLIFF ELEMENTARY SCHOOL | 1.13% | 0.00% | 74.65% | 18.87% | 0.00% | 0.00% | 5.35% |
| LITTLE ROCK SCHOOL DISTRICT | OTTER CREEK ELEMENTARY SCHOOL | 0.82% | 0.82% | 66.46% | 24.54% | 0.20% | 0.00% | 7.16% |
| LITTLE ROCK SCHOOL DISTRICT | PARKVIEW MAGNET HIGH SCHOOL | 0.70% | 1.93% | 61.21% | 15.66% | 0.18% | 0.00% | 20.32% |
| LITTLE ROCK SCHOOL DISTRICT | PINNACLE VIEW MIDDLE SCHOOL | 1.80% | 8.56% | 46.40% | 2.25% | 0.00% | 0.00% | 40.99% |
| LITTLE ROCK SCHOOL DISTRICT | PULASKI HEIGHTS ELEM. SCHOOL | 1.32% | 1.97% | 42.43% | 3.62% | 0.00% | 0.66% | 50.00% |
| LITTLE ROCK SCHOOL DISTRICT | PULASKI HEIGHTS MIDDLE SCHOOL | 1.21% | 1.34% | 55.11% | 2.69% | 0.67% | 0.13% | 38.84% |
| LITTLE ROCK SCHOOL DISTRICT | ROCKEFELLER INCENTIVE ELEM. | 2.26% | 0.00% | 91.32% | 3.02% | 0.00% | 0.00% | 3.40% |
| LITTLE ROCK SCHOOL DISTRICT | ROMINE INTERDIST. ELEM. SCHOOL | 0.41% | 0.00% | 85.06% | 9.96% | 0.00% | 0.00% | 4.56% |
| LITTLE ROCK SCHOOL DISTRICT | STEPHENS ELEMENTARY | 0.94% | 0.00% | 93.73% | 2.19% | 0.94% | 0.00% | 2.19% |
| LITTLE ROCK SCHOOL DISTRICT | TERRY ELEMENTARY SCHOOL | 1.84% | 2.62% | 67.72% | 14.17% | 0.00% | 0.26% | 13.39% |
| LITTLE ROCK SCHOOL DISTRICT | WAKEFIELD ELEMENTARY SCHOOL | 0.91% | 0.00% | 63.02% | 33.52% | 0.36% | 0.00% | 2.19% |
| LITTLE ROCK SCHOOL DISTRICT | WASHINGTON MAGNET ELEM. SCHOOL | 1.55% | 0.26% | 94.04% | 1.30% | 0.00% | 0.00% | 2.85% |
| LITTLE ROCK SCHOOL DISTRICT | WATSON ELEMENTARY SCHOOL | 1.19% | 0.00% | 57.94% | 37.50% | 0.20% | 0.00% | 3.17% |
| LITTLE ROCK SCHOOL DISTRICT | WESTERN HILLS ELEM. SCHOOL | 1.51% | 0.00% | 69.35% | 17.59% | 0.50% | 0.00% | 11.06% |
| LITTLE ROCK SCHOOL DISTRICT | WILLIAMS MAGNET ELEM. SCHOOL | 3.80% | 8.20% | 55.80% | 8.40% | 0.00% | 0.20% | 23.60% |
| LITTLE ROCK SCHOOL DISTRICT | WILSON ELEMENTARY SCHOOL | 2.53% | 0.32% | 64.56% | 29.11% | 0.00% | 0.00% | 3.48% |

# Transcript of the Testimony of

# **Ronyha Beyah**

**Date:** March 21, 2017

**Case:** Lakesha Doe v. Arkansas Department of Education

**Bushman Court Reporting**
Jeff Bennett
Phone:  (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

EXHIBIT 2

**Page 1**

1  
2  
3  

IN THE UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF ARKANSAS  
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE AND HER MINOR CHILD, DENNIS DOE, et al.  
    Plaintiffs

vs.      CASE NO. 4:15-CV-000623DPM

MICHAEL POORE, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE LITTLE ROCK SCHOOL DISTRICT, et al.  
    Defendants

ORAL DEPOSITION OF RONYHA BEYAH

APPEARANCES:

MR. SHAWN CHILDS, ESQ.  
    John W. Walker, P.A.  
    1723 South Broadway  
    Little Rock, Arkansas  72206  
    *** For the Plaintiff ***  
MR. CHRISTOPHER J. HELLER, ESQ.  
    Friday, Eldredge & Clark, LLP  
    400 West Capitol Avenue, Suite 2000  
    Little Rock, Arkansas  72201-3522; and

MR. PATRICK HOLLINGSWORTH, ESQ.  
    Office of the Attorney General  
    323 Center Street, Suite 200  
    Little Rock, Arkansas  72201

    *** For the Defendant ***

**Page 3**

1  
2  INDEX  
  WITNESS SWORN: LAKESHA ROBINSON SMITH  
3                Page  
4  Examination by Mr. Heller       5  
5  Examination by Mr. Hollingsworth    57  
6  
7  
8  
9  
10  
11  
12  
13  (No exhibits marked.)  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  Certificate             60  
24  Witness' Signature (Waived)  
25

**Page 2**

1  
2      TAKEN BEFORE Jeff Bennett, Certified Court Reporter, LS Certificate No. 19, Bushman Court  
3  Reporting, 620 West Third Street, Suite 302, Little Rock, Arkansas 72201 on March 21, 2017 at John W. Walker, P.A., Little Rock, Arkansas commencing at 4:53  
4  p.m.  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25

**Page 4**

1      ANSWERS AND DEPOSITION OF RONYHA BEYAH, a witness  
2  produced at the request of Defendants, taken in the  
3  above styled and numbered cause on the 21st day of  
4  March, 2017, before Jeff Bennett, Certified Court  
5  Reporter, LS Certificate No. 19, a Notary Public in and  
6  for Saline County, Arkansas, taken at the offices of  
7  John W. Walker, P.A., 1723 South Broadway, Little Rock,  
8  Arkansas at 4:53 p.m.  
9      S T I P U L A T I O N S  
10      IT IS STIPULATED and AGREED by and between the  
11  parties through their respective counsel that the  
12  deposition of RONYHA BEYAH may be taken at the time and  
13  place designated pursuant to the Federal Rules of Civil  
14  Procedure.  
15      RONYHA BEYAH  
16      The witness hereinbefore named, having been duly  
17  cautioned and sworn or affirmed to tell the truth, the  
18  whole truth, and nothing but the truth, testified as  
19  follows:  
20  
21  
22  
23  
24  
25

**1 (Pages 1 to 4)**

Ronyha Beyah 3/21/2017                    Lakesha Doe v. Arkansas Department of Education

Page 5

1          EXAMINATION
2    BY MR. HELLER:
3    Q.   Would you tell us your name, please?
4    A.   Ronyha Beyah.
5    Q.   And could you spell that for our court reporter?
6    A.   The first name is R-O-N-Y-H-A and the last name is
7    B-E-Y-A-H.
8    Q.   Ms. Beyah, I'm Chris Heller.  I represent the
9    Little Rock School District in this lawsuit.  And I'm
10   going to ask you a couple of questions this afternoon
11   about your claims in this case.
12   A.   Okay.
13   Q.   And there are a couple of things I want to tell
14   you and ask you preliminarily.  First of all, please
15   answer all my questions verbally, so that we can record
16   your responses for the transcript.  Will you do that?
17   A.   Yes, sir.
18   Q.   And if you need to take a break at any time
19   there's not a question pending, just ask me and we'll be
20   happy to take a break.
21   A.   Okay.
22   Q.   And if there's any question I ask you that you
23   don't understand or would like me to rephrase for any
24   reason, just stop me and let me know, and I'll be happy
25   to do that.  Okay?

Page 6

1    A.   Okay.
2    Q.   And if you answer a question, I'm going to assume
3    that you understood the question, and I'll rely on your
4    answer.
5    A.   Okay.
6    Q.   And would you also make your responses as complete
7    as you can, so that I'll be in a position to rely on
8    what you say at the trial of this case?
9    A.   Okay.
10   Q.   Where do you live, Ms. Beyah?
11   A.   In southwest Little Rock.
12   Q.   What's your address?
13   A.   3422 Arapaho Trail.
14   Q.   And how long have you lived there?
15   A.   Five years.
16   Q.   And who lives there with you?
17   A.   Me and my three boys.
18   Q.   And what are your boys' names?
19   A.   The oldest one is Kareem.  The middle one is
20   Rasheed.  And my baby boy is Raheem.
21   Q.   Do you have any other children?
22   A.   No.
23   Q.   Are you married?
24   A.   Divorced.
25   Q.   When were you divorced?

Page 7

1    A.   Seven years ago.
2    Q.   And what is your ex-husband's name?
3    A.   Amir, same last name.
4    Q.   How do you spell his name?
5    A.   A-M-I-R.
6    Q.   Where do you live before your present address on
7    Arapaho?
8    A.   Some Court Drive in southwest Little Rock.
9    Q.   How far from where you live now?
10   A.   About three minutes.
11   Q.   How long did you live at that address?
12   A.   A year.
13   Q.   And who lived there with you?
14   A.   Just me and my kids.
15   Q.   Okay.  Where did you live before?
16   A.   On Lancaster.
17   Q.   Where on Lancaster?
18   A.   The main strip of Lancaster.
19   Q.   Okay.  Do you remember the address?
20   A.   No.
21   Q.   Was that a house or an apartment?
22   A.   House.
23   Q.   How long did you live on Lancaster?
24   A.   Three years.
25   Q.   And where did you live before that?

Page 8

1    A.   I was with their dad before that address.
2    Q.   Okay.  And where were you when you were with your
3    ex-husband?
4    A.   We was on Green Mountain.
5    Q.   Is that a house or apartment?
6    A.   Apartment.
7    Q.   How long did you live on Green Mountain?
8    A.   Not that long.
9    Q.   About?
10   A.   It was less than a year.
11   Q.   Is your oldest child Kareem?
12   A.   Yes.
13   Q.   Where did you live when he was born?
14   A.   Spring Valley, On Geyer Springs, southwest Little
15   Rock.
16   Q.   Okay.  How long did you live at that location?
17   A.   Well, a couple of years, because that was my first
18   apartment.  I moved there when I was 15.
19   Q.   Okay.  And so you moved to Spring Valley when you
20   were 15?
21   A.   Yes.
22   Q.   Who did you live there with?
23   A.   Myself.
24   Q.   Okay.  Where did you grow up?
25   A.   I was a house-to-house child.

2  (Pages 5 to 8)

## Page 9

1   Q.   Somewhere in Arkansas or somewhere else?
2   A.   No, Arkansas.
3   Q.   In Little Rock or various places?
4   A.   Maumelle and North Little Rock and everywhere
5   around.
6   Q.   Where did you go to elementary school?
7   A.   Oak Grove.
8   Q.   For the entire time?
9   A.   Yeah.
10  Q.   Where did you go to middle school or junior high?
11  A.   North Little Rock.
12  Q.   Which school?
13  A.   Both campuses.
14  Q.   And where did you go to high school?
15  A.   I went to Mills and North Little Rock High School.
16  Q.   Okay.  Were you living by yourself on Spring
17  Valley when you went to high school?
18  A.   No.  I stopped going to school in my last year.
19  Because I didn't go back after the 11th grade ended.
20  Q.   Okay.  So what's the last high school you went to,
21  North Little Rock?
22  A.   Uh-huh.
23  Q.   You have to say yes or no.
24  A.   I mean, yes, sir.
25  Q.   Okay.  Where were you living during your 11th

## Page 10

1   grade year in North Little Rock?
2   A.   I wasn't.  I was in Little Rock.  I was staying in
3   Little Rock.
4   Q.   Where?
5   A.   On John Barrow.
6   Q.   Okay.  Who were you living with?
7   A.   My sister.
8   Q.   And what's her name?
9   A.   Veronica Hatley.
10  Q.   Is she an older sister?
11  A.   Yes.
12  Q.   How much older than you?
13  A.   She's about 12 years older than me.
14  Q.   Do you have other brothers and sisters?
15  A.   Yeah.  My daddy have nine kids.
16  Q.   How many of them live in the Little Rock area?
17  A.   All of them except two.
18  Q.   And what's the approximate range of ages of your
19  siblings?
20  A.   They all in their forties.  I don't know.  I don't
21  keep up with them.
22  Q.   How did you travel to North Little Rock for
23  school?
24  A.   I drove sometimes and sometimes my sister would
25  take me.

## Page 11

1   Q.   Okay.  So does that mean there was not a bus for
2   you to take to North Little Rock High School?
3   A.   No.
4   Q.   How did you get into that high school, since you
5   lived in Little Rock, what process did you follow?
6   A.   I was with -- well, my mom put me in school.  That
7   was her address.
8   Q.   So did you complete your 11th grade year in
9   North Little Rock?
10  A.   No, I got kicked out.
11  Q.   What for?
12  A.   Fighting.
13  Q.   Were you kicked out over one fight or were there
14  more than one?
15  A.   Just one.
16  Q.   Okay.  What kind of fight was it?
17  A.   This girl kept picking with me, and I just got
18  tired of it.
19  Q.   So what happened?
20  A.   I slammed her head up against the window.
21  Q.   Did she get kicked out of school too or just you?
22  A.   We both did, but they let her come back.
23  Q.   And they wouldn't let you go back?
24  A.   No.  Because her mom was going to press charges
25  until she actually found out her daughter started it.

## Page 12

1   So they just kicked me out of the North Little Rock
2   School District.  I couldn't go to no more schools in
3   North Little Rock.
4   Q.   Did you go to school anywhere else?
5   A.   No.  I just didn't go back.
6   Q.   Have you ever been back to any kind of school?
7   A.   The Adult Education Center.
8   Q.   Okay.  When did you go there?
9   A.   Before I had -- right after I had my first son.
10  Q.   Did you get any kind of degree or certificate from
11  that Adult Education Center?
12  A.   No.  I didn't have nobody to keep watching him for
13  me to go.
14  Q.   And how long were you married to Amir?
15  A.   Seven years.
16  Q.   Have you been married any other times?
17  A.   No.
18  Q.   Where do you work?
19  A.   Denny's.
20  Q.   What do you do there?
21  A.   Hostess.
22  Q.   At which location?
23  A.   Jacksonville.
24  Q.   And what's your schedule?
25  A.   Wednesday through Friday from 8:00 to 2:00 and

3 (Pages 9 to 12)

Ronyha Beyah 3/21/2017                    Lakesha Doe v. Arkansas Department of Education

**Page 13**

1   Saturday and Sunday from 9:00 to 2:00.
2   Q.   And where did Kareem go to kindergarten or
3   preschool?
4   A.   He went to Wakefield in pre-K.  He was in pre-K at
5   Wakefield.  No, I mean, Meadowcliff.  And he left
6   Meadowcliff and went to Wakefield.  And then from
7   Wakefield to Baseline.  And now he at Dunbar.
8   Q.   And what about Rasheed, where did he start and
9   what schools did he attend?
10  A.   Wakefield, then he went to Baseline, then he went
11  to Dunbar.
12  Q.   And which years did Rasheed go to Wakefield, was
13  that just for kindergarten, was that part of his
14  elementary school as well?
15  A.   Kindergarten.
16  Q.   Okay.  And the same with Kareem?
17  A.   No, he went to Meadowcliff.
18  Q.   So he went to Meadowcliff and then Wakefield and
19  then Baseline?
20  A.   Yes.
21  Q.   What year was he in Meadowcliff, not the calendar
22  year, but kindergarten, pre-K, 1st grade?
23  A.   I can't give you no date.  I'm not going to try to
24  throw one out there.
25  Q.   Okay.  So did Kareem and Rasheed go to school

**Page 14**

1   based on where you lived at the time, or was there some
2   other reason they attended these particular schools?
3   A.   Yeah.  I'm very picky about where they go.  It
4   just depends on if they have a whole lot of action going
5   on there at the school.  Meadowcliff and Wakefield don't
6   have too much going on.  So that's where they go to
7   school.
8   Q.   What do you mean by action?
9   A.   As far as guns being at school and all of that.
10  Q.   So what did you do to get Kareem and Rasheed into
11  Wakefield?
12  A.   Went downtown and signed a transcript paper for
13  them to go to the school.  And they was car riders.  I
14  took them and picked them up.
15  Q.   Okay.  Where would they have gone to school if you
16  had let them go to your neighborhood school?
17  A.   I think it would have been this school over here
18  off the freeway.  I done forgot the name of that school.
19  Q.   Rockefeller?
20  A.   I think so.  They wanted to book them all the way
21  out here.  And I wasn't fixing to drive all the way out
22  here, when we stayed in southwest.
23  Q.   Okay.  And how did your oldest boys end up both
24  going to Baseline?
25  A.   We moved on that end.

**Page 15**

1   Q.   So they were in Wakefield because you --
2   A.   We moved over there.  That's when we stayed on
3   Lancaster.  So Wakefield is right -- Wakefield is on
4   Lancaster up there by the stop light.
5   Q.   Okay.  So the only school you put them in that was
6   outside of your zone was Meadowcliff?
7   A.   Yes.
8   Q.   So then you moved to the Wakefield zone, and both
9   boys went to -- both of those two boys went to
10  Wakefield, right?
11  A.   Yeah, after I went downtown to redo the paperwork.
12  Because they had them assigned to another school.
13  Q.   Okay.
14  A.   They had a different address on file.
15  Q.   Okay.  And where did the different address come
16  from, do you know or do you remember?
17  A.   No.
18  Q.   But at the time you lived on Lancaster Wakefield
19  was your assigned school for that address?
20  A.   Yes.
21  Q.   And then what about Baseline?
22  A.   We moved in that area.
23  Q.   Okay.  So during the time Kareem and Rasheed went
24  to Baseline that was your zone school?
25  A.   Yes.

**Page 16**

1   Q.   Okay.  And now those two boys are at Dunbar?
2   A.   Yes.
3   Q.   And how did they come to be assigned to Dunbar?
4   A.   Kareem, he's in the GT program.  So they sent him
5   a letter for him to attend their school, Dunbar did and
6   the Heights did.  And I ended up choosing Dunbar.  If I
7   would have known, I would have did the Heights.
8   Q.   Okay.  So Kareem had the opportunity to pick
9   between Dunbar and the Forest Heights Stem School?
10  A.   Yes.
11  Q.   And you chose Dunbar?
12  A.   Yes.
13  Q.   Okay.  And how did Rasheed end up at Dunbar?
14  A.   They had him assigned to Mabelvale.  And that was
15  a no.  So I put him in Dunbar.
16  Q.   And based on what?
17  A.   His oldest brother was going there.
18  Q.   Okay.
19  A.   That would have made me have to go to three
20  different schools for them.  And I'm a single parent,
21  and I wasn't fixing to do that.
22  Q.   Okay.  And what was the middle school for your
23  zone where you lived?
24  A.   Mabelvale.
25  Q.   Okay.  Did you have to do anything to get Kareem

Jeff Bennett
Bushman Court Reporting                                    501-372-5115

### Page 17

1   the opportunity to choose between Dunbar and Forest
2   Heights, or did you just get a letter that said he could
3   attend either one?
4   A.   Well, both of them sent out letters to the house.
5   And they gave him a chance to do the walk-through
6   through the schools.  And he wanted to go to -- he chose
7   Dunbar.  And that's how he ended up at Dunbar.
8   Q.   Did you do the walk-through?
9   A.   With him?
10  Q.   Yes.
11  A.   No, because I had to go to work.  So his dad did
12  it with them.
13  Q.   Did he go to both schools Forest Heights and
14  Dunbar?
15  A.   I think so.
16  Q.   Do you know anybody else who did the walk-through
17  at either one of those schools?
18  A.   No.
19  Q.   How did you know about the opportunity to walk
20  through at those schools, was that in a letter you
21  received from the school district?
22  A.   Yes.
23  Q.   For both schools?
24  A.   Yes.  The schools sent them out.
25  Q.   Do you know anybody else who received the same

### Page 18

1   letter providing the opportunity to walk through with
2   Dunbar or Forest Heights?
3   A.   It was a couple of kids that was in the GT program
4   that the schools was pulling.
5   Q.   Okay.  How long have you worked at Denny's?
6   A.   Four days.
7   Q.   Where did you work before that?
8   A.   Marriott Courtyard.
9   Q.   What did you do there?
10  A.   I was supervisor over housekeeping.
11  Q.   And what period of time were you in that job?
12  A.   Seven months.
13  Q.   Until when?
14  A.   About a month ago.
15  Q.   What happened?
16  A.   I got into it with the GM of the hotel.
17  Q.   Tell me what you mean by that?
18  A.   As far as us getting into it?
19  Q.   Yeah.
20  A.   She was just being rude like I was a kid or
21  something.  And I'm not her kid.
22  Q.   So what did you do?
23  A.   I told her, I'll clock out and go home.  And she
24  can bring my paperwork out.  So I went home and waited
25  on my kids to get off.  And I didn't go back.

### Page 19

1   Q.   Was that the only issue between you and the
2   general manager?
3   A.   I guess so.
4   Q.   Did you quit or were you fired from that job?
5   A.   No, I quit.
6   Q.   Where did you work before the Marriott?
7   A.   Best Western.
8   Q.   What did you do there?
9   A.   I did his accounting and worked at the front desk.
10  Q.   For how long?
11  A.   Three years.
12  Q.   Until when?
13  A.   I think 2013.
14  Q.   Okay.  And where was this Best Western?
15  A.   I-30 and the service road by the Police
16  Headquarters.
17  Q.   And who did you work for there?
18  A.   Gary Patel.
19  Q.   And why did you leave that job?
20  A.   He wanted to pay me $9.00 to run the whole hotel.
21  And I got tired of it.  And he wouldn't give me no
22  raise, so I quit.
23  Q.   And who was the GM at the Marriott?
24  A.   Her name is Stephanie.
25  Q.   Do you know her last name?

### Page 20

1   A.   No.
2   Q.   Okay.  What kind of work did you do between 2013
3   and the time you started at the Marriott?
4   A.   When I left Best Western.
5   Q.   Right.
6   A.   Nothing.
7   Q.   What did you do to support yourself and your kids?
8   A.   I got child support.  I was just working to be
9   working.
10  Q.   So from 2013 until less than a year ago, you were
11  just living on child support?
12  A.   Yes.
13  Q.   Where did you work before the Best Western?
14  A.   The Doubletree Hotel downtown.
15  Q.   What did you do there?
16  A.   Front desk.
17  Q.   Who was your supervisor?
18  A.   Her name was Mary Speed.
19  Q.   And how long did you work in that job?
20  A.   I was there for four years.
21  Q.   Did you do the same type of work for that entire
22  time?
23  A.   Sometime I go help housekeeping.  The majority of
24  the time I was at the front.
25  Q.   Okay.  Why did you leave that job?

5 (Pages 17 to 20)

Ronyha Beyah 3/21/2017                    Lakesha Doe v. Arkansas Department of Education

Page 21

1   A.   I got into it with the front office manager.
2   Q.   The front office manager?
3   A.   Yes.
4   Q.   Is that Ms. Speed that you mentioned?
5   A.   No.
6   Q.   Tell me what happened there?
7   A.   She printed off some paperwork.  And a guest got
8   an attitude with me.  And so I ripped my paper up and
9   threw it in the trash.  And she told me to go get my
10  paperwork out the trash, because she didn't tell me to
11  throw it away.  And I told her, You didn't tell me that
12  you gave Fernando the same paperwork.  And she said she
13  didn't have to, and she spit in my face.
14       And I told her, You spit in my face, you won't
15  spit in nobody else's face.  So they fired me.
16  Q.   Was there any kind of physical altercation?
17  A.   No, because they dragged me out the office.
18  Q.   So were you fired from that job?
19  A.   Yes, that one I was.
20  Q.   Did you collect unemployment?
21  A.   Yes.
22  Q.   Where did you work before the Doubletree?
23  A.   A daycare on Kanis.
24  Q.   And what did you do there?
25  A.   I was the teacher for the toddlers.

Page 22

1   Q.   What was the name of the daycare?
2   A.   I forgot.
3   Q.   Is it still there?
4   A.   Yes.  It's got different owners though.
5   Q.   What part of Kanis?
6   A.   Back toward like you're going to the new Nike
7   Outlet location.
8   Q.   Who did you work for there?
9   A.   Her name was Ann, Ms. Ann.  I don't know her last
10  name.
11  Q.   How long were you in that job?
12  A.   For a couple of years.
13  Q.   Why did you leave?
14  A.   I was pregnant with my last son, Raheem.
15  Q.   All right.  So Raheem is nine years old now?
16  A.   Yes.
17  Q.   And where did you work before the daycare on
18  Kanis?
19  A.   Walgreen's.
20  Q.   What did you do there?
21  A.   I was a sales coordinator.
22  Q.   What location?
23  A.   Baseline and 12th Street.
24  Q.   Who did you work for?
25  A.   Hartsfield.  And when I came back off maternity

Page 23

1   leave on 12th Street we had a new store manager.  And I
2   don't know her name.
3   Q.   Okay.  How long were you in that job?
4   A.   For a long time.
5   Q.   About, five years, ten years?
6   A.   It was a little over five.  I was working there
7   before I got married to their daddy.
8   Q.   Why did you leave that job?
9   A.   She told me to choose between my baby and that
10  job.  And I told her she can have it.  And I went home.
11  Q.   What was the context for that discussion?
12  A.   I told her I couldn't work the hours she gave me,
13  because my baby -- he wasn't even three weeks old.  I
14  went back to work early.
15  Q.   Okay.  So you quit that job?
16  A.   Yes.  I went to be a housewife for a couple of
17  years.
18  Q.   What did you do to get ready for this deposition
19  today?
20  A.   I didn't.
21  Q.   You didn't do anything?
22  A.   No.
23  Q.   You didn't read anything?
24  A.   No.
25  Q.   Have you ever seen the complaint in this case?

Page 24

1   A.   Yes.
2   Q.   When was the last time you saw it?
3   A.   It would be about two weeks ago, I think.
4   Q.   Okay.  Where did you see it?
5   A.   Here at the office.
6   Q.   Had you seen it before that?
7   A.   No, because I ain't never had the time to just sit
8   down and --
9   Q.   Okay.  Did you meet with anybody to talk about
10  this deposition?
11  A.   Yeah, about two weeks ago.
12  Q.   Who did you meet with?
13  A.   I forgot her name.
14  Q.   Was it a lawyer or somebody else?
15  A.   No, it was a lawyer.
16  Q.   In this firm?
17  A.   Yes.
18  Q.   Do you know any of the other plaintiffs in this
19  case?
20  A.   No.
21  Q.   Have you ever met any of them?
22  A.   No.
23  Q.   Have you ever testified under oath before?
24  A.   Yes.
25  Q.   Tell me about that?

6 (Pages 21 to 24)

Page 25

1   A.   It was through my divorce.  It wasn't no real like
2   hard case or nothing like that.
3   Q.   Was that the only time you've testified under
4   oath?
5   A.   Yes.
6   Q.   Have you ever given a deposition before?
7   A.   No.
8   Q.   Have you ever sued anybody before?
9   A.   No, but I'm about to.
10  Q.   Who are you about to sue?
11  A.   This guy I bought my car from.
12  Q.   What's the issue, bad car?
13  A.   Well, I bought a BMW, and ever since he sold me
14  the car he kept working on it back and forth.  And when
15  I paid the car off, the motor went out on it.  And he
16  said he wasn't going to replace the motor.
17       So he kept the car and kept my money.  So he's
18  going to have to come up with my money.  I don't want
19  the car back, because he done stripped it.
20  Q.   Have you ever filed any kind of administrative
21  claim against anybody, like an EEOC, unemployment, any
22  kind of labor issue, or anything like that?
23  A.   No.
24  Q.   Have you heard of the Joshua Intervenors?
25  A.   No.

Page 26

1   Q.   How much time have you spent at Dunbar this year?
2   A.   Quite a few.
3   Q.   What are the reasons that would bring you to
4   Dunbar?
5   A.   My 12 year old, he's hyper.  He's real hyper.  And
6   I'm constantly up there.
7   Q.   Tell me how Rasheed being hyper causes you to have
8   to go to Dunbar?
9   A.   He'll get on top of the desk, or he'll throw
10  something, or he'll blurt out, or do little devilish
11  stuff, being disrespectful.
12  Q.   Okay.  So how does that lead to you having to go
13  to the school?
14  A.   Because when school first started I didn't know he
15  was skipping.  They didn't call me, and they didn't tell
16  me anything.  So she called me for a conference.
17  Q.   Who is she?
18  A.   The principal.
19  Q.   Who --
20  A.   The 6th grade principal.
21  Q.   Okay.
22  A.   And I asked her what was this conference
23  concerning.  And she said he's been skipping.  And I
24  asked her why was I not notified about him skipping
25  class.  And it's been three weeks since the school.  And

Page 27

1   now you want to do a conference.  I'm not doing no
2   conference.  So the next time he do something wrong,
3   call me on my cell phone.  You got my number.
4   Q.   So you mentioned one time when you did not go to
5   the school.  What are the reasons you actually had to go
6   to the school or did go?
7   A.   They said he touched a little girl on her leg.
8   And she -- they called it sexual harassment charge.
9   They said he might get a sexual harassment charge.  And
10  I asked her to roll the cameras back.
11  Q.   And what happened?
12  A.   They didn't roll the cameras back.  They just said
13  they was going to bring the kids into the office and
14  talk to him.  But that never did happen because Rasheed
15  got suspended for that.  And then when he got back off
16  suspension, that little girl did him the same way, but
17  they didn't suspend her when she did it.
18  Q.   Did that happen in -- what month did that happen
19  in, the suspension?
20  A.   About two months ago.
21  Q.   Was it an out of school suspension?
22  A.   Yes.  He was at home for seven days.
23  Q.   Okay.  Did he have a couple of in school
24  suspensions before that?
25  A.   Yes.  That I didn't know about until I popped up

Page 28

1   at the school one day, and he wasn't in the classroom.
2   He was in his school.
3   Q.   What were those for?
4   A.   She said tardiness and not doing what he's
5   supposed to do in class or something she said.
6   Q.   Okay.  It looks like he was out for six days on
7   suspension at the end of January and early February.  Do
8   you think that would have been the time frame for the
9   harassment you just described?
10  A.   Yes.
11  Q.   Okay.  It looks like he was also suspended in the
12  beginning of December for four days out of school.
13       What was that about?
14  A.   She said he was being disrespectful.  And he said
15  he wasn't.  She said he did something -- she seen him on
16  camera supposed to have been going to the bathroom, but
17  he wasn't, he was standing in the hallway watching his
18  friends play fight.  So then she suspended them boys,
19  and she suspended him, too.
20  Q.   Who was it that you're referring to?
21  A.   The 6th grade principal.
22  Q.   What's her name?
23  A.   I done forgot her name.
24  Q.   What's her race?
25  A.   She's African-American.

7 (Pages 25 to 28)

Page 29

1   Q.   Concerning the discipline that we've talked about
2   so far involving Rasheed, has she been the person you've
3   dealt with regarding those discipline issues, or has
4   there been somebody else, too?
5   A.   His teacher, two of his teachers, both of them
6   African-American, and I had to talk to one of them
7   because she put her hands on him. And I told her the
8   position she in, she might not need to be in it.
9   Q.   Okay.
10  A.   And I done forgot her name. I should have brought
11  my papers. It's at home.
12  Q.   What kind of papers do you have?
13  A.   She gave me a stack about that thick with
14  everything he done did, from the time they didn't call
15  me up until the last time he got suspended.
16  Q.   Do you still have those?
17  A.   Yeah, they're home.
18  Q.   Okay. Do you have anything else related to any of
19  your concerns about Rasheed or Kareem's education?
20  A.   No.
21  Q.   Is Rasheed in any pre-AP courses?
22  A.   Yes.
23  Q.   Do you know which ones?
24  A.   No, because they just switched his schedule.
25  Q.   Okay. Why was his schedule switched?

Page 30

1   A.   They said they switch them every --
2   Q.   At the break?
3   A.   Uh-huh, yes.
4   Q.   So this wasn't anything unique to Rasheed, are
5   they saying at the school that all students' schedules
6   changed at semester?
7   A.   Yes, all students' schedule change.
8   Q.   As far as you know, is that because some classes
9   are year long classes and some are just semester
10  classes?
11  A.   It's crazy to me. I still don't know why they
12  switch classes. And I went up there and I did ask. But
13  she said they have to have so many credits for the main
14  courses that they need to graduate. So they split them
15  in half. That don't make sense to me. You're going to
16  turn around and do it again if you don't do the whole
17  school year.
18  Q.   So during the first half of this school year was
19  Rasheed in pre-AP classes?
20  A.   Yes.
21  Q.   And Kareem is still in gifted and talented classes
22  at Dunbar?
23  A.   Yeah, he got some gifted, and he got -- I think he
24  got -- he still got the two college classes.
25  Q.   Okay. What do you mean by college classes?

Page 31

1   A.   The work they do is the work that the UALR kids
2   do.
3   Q.   Okay. And what grade is Kareem in now?
4   A.   He's in the 8th.
5   Q.   And he's already doing some college level work in
6   a couple of classes?
7   A.   Yes.
8   Q.   And the other classes are gifted and talented
9   classes?
10  A.   Yes.
11  Q.   Okay.
12  A.   And I think he got some pre-AP.
13  Q.   Do both of your children in Dunbar have homework
14  on a regular basis?
15  A.   Yes.
16  Q.   Do they both have homework when they were at
17  Baseline?
18  A.   No. Baseline, they don't send out homework.
19  Q.   For anybody?
20  A.   Nobody.
21  Q.   You said something earlier that made me think you
22  wished Kareem had chosen Forest Heights Stem instead of
23  Dunbar --
24  A.   Yes.
25  Q.   -- is that true?

Page 32

1   A.   Yes.
2   Q.   Why is that?
3   A.   Them kids, they just -- just terrible. They're
4   very disrespectful.
5   Q.   Which kids are you talking about?
6   A.   The rest of the kids that attend, some of them,
7   not all of them.
8   Q.   Disrespectful to who?
9   A.   The workers, even the security guard. And the
10  Little Rock Police on campus, and they don't do no good.
11  Q.   Can you give me some examples of what you're
12  talking about?
13  A.   Sure. Y'all probably heard about it. The little
14  kid brought a gun to the school. They shut half of the
15  school down, and there wasn't no parents notified. All
16  the parents found out when the kids came home.
17  Q.   Have you tried to move one or both of your
18  children from Dunbar?
19  A.   Yes.
20  Q.   What did you do?
21  A.   I went downtown and request for them. And they
22  told me that they could not be moved out of that school.
23  Q.   When did you do that?
24  A.   I did it right after school started. I went down
25  there and filled out some paperwork.

Page 33

1 Q.  After school started this year?
2 A.  Yes.
3 Q.  Before this year, did you make any effort to get
4 either one of them out of Dunbar?
5 A.  Yes.
6 Q.  When was the first time?
7 A.  Whenever it was registration to go enroll them
8 into school.  But she said I missed the deadline.
9 Q.  Okay.  And that would have been for Kareem?
10 A.  Kareem and Rasheed.
11 Q.  Okay.  Did they start at Dunbar at the same time
12 or did Kareem start there first?
13 A.  Kareem started first.
14 Q.  Okay.
15 A.  Dunbar got worse when they booked some of the kids
16 from North Little Rock to Little Rock and Dunbar School.
17 All the kids that go to Dunbar is not Little Rock kids,
18 they're coming from everywhere, they're putting them in
19 Dunbar.
20 Q.  All right.  So what year was it the first time --
21 well, let's start with this.  What year did Kareem start
22 at Dunbar?
23 A.  '16, '15, '14 --
24 Q.  What grade was he in when he started?
25 A.  He would have started 6th grade.  He's been there

Page 34

1 since 6th grade.
2 Q.  So that would have been two school years ago,
3 right.
4 A.  Yeah.  So he's been there three years.
5 Q.  This is his third year?
6 A.  Yes.
7 Q.  So did you try to move Kareem during his 6th grade
8 year at Dunbar?
9 A.  No, because it wasn't -- Dunbar wasn't that bad
10 when he first started.
11 Q.  Okay.
12 A.  And I had trouble out of one of his teachers.  And
13 after I complained they took him out of her class.
14 Q.  So you complained about a teacher, and the school
15 moved your son out of that class?
16 A.  I complained and showed out, and they moved him
17 out of her class.
18 Q.  What do you mean, showed out?
19 A.  I went up there and went off.
20 Q.  What did you do?
21 A.  Cussing, hollering and everything.
22 Q.  At the school?
23 A.  Yes.
24 Q.  At who, in particular?
25 A.  The principal, anybody that was up in there at the

Page 35

1 moment.
2 Q.  Who's the principal?
3 A.  It was the main principal in the front office.  I
4 didn't get to meet the 6th grade principal then, because
5 the security guard and everybody else end up coming up
6 there.  They had let me know that they did take him out
7 of her class.
8 Q.  Okay.  And what was the reason that you were so
9 adamant about getting him out of that teacher's class?
10 A.  Because she put her hands on my baby.
11 Q.  How do you know that?
12 A.  Because he told me.
13 Q.  And what was that teacher's name?
14 A.  I forgot her name.  She's not there no more.
15 Q.  Okay.  Did you ever do anything like that any
16 other time, show out at the school?
17 A.  Yes.
18 Q.  How many times would you say?
19 A.  Probably quite a few.
20 Q.  Can you give me an estimate, like five times, ten
21 times?
22 A.  It wasn't no ten.  It's a little under five.
23 Q.  Okay.
24 A.  Because I did it when he was at Baseline.
25 Q.  Okay.  Was that also cussing and hollering at

Page 36

1 people?
2 A.  Yeah.  I almost caught a charge that time.
3 Q.  At Baseline?
4 A.  Yes.
5 Q.  And by, caught a charge, you mean you almost got
6 arrested for that?
7 A.  Yeah.  They was trying to charge me with child
8 endangerment, because the kids was in the school, and
9 then the teachers was in the school and all that extra.
10 Q.  Did you actually get arrested or not?
11 A.  No, because they had her on tape jacking my son up
12 in the hallway.  So they let her go out the back door.
13 Because I drove my car halfway up into the school.  And
14 when I jumped out, they had her to go in the back of the
15 school to leave out.
16 Q.  What do you mean when you say, you drove your car
17 halfway up into the school, like on the grass?
18 A.  No.  Baseline's doors come in like that.  And they
19 have four.  By the time I hit a donut in the street, I
20 was going so fast that when I stopped my car was right
21 there at the door.  Because he came to the car crying.
22 And they was trying to -- when I picked him up, they
23 didn't want him to come to the car.  And he took off
24 running to the car.  And I pulled on off.  And when I
25 asked him what was wrong with him, I just did a donut in

9 (Pages 33 to 36)

Page 37

1  the street and went back to the school.
2  Q.  Were you parked on the sidewalk or something?
3  A.  No.
4  Q.  Were you in the parking lot that close to the
5  door?
6  A.  Well, yeah.  It was like when you go in there's
7  like a little sidewalk.  And it's flat in front of the
8  doors, that's where my car was.
9  Q.  Okay.  So beyond the parking lot close to the
10 door, yes?
11 A.  Yes.
12 Q.  Okay.  And were the police called?
13 A.  Yes.
14 Q.  But you weren't arrested?
15 A.  No, because he said he understood the situation.
16 And she let them know that she did do that.
17 Q.  Okay.
18 A.  Because they called her.  They had to go to the
19 back of the school to get her.
20 Q.  Besides Baseline and Dunbar, did any similar
21 incidents happen anywhere else?
22 A.  No.
23 Q.  Okay.  What other reasons did you show out at
24 Dunbar?
25 A.  They just got so rude and disrespectful teachers

Page 38

1  up there.
2  Q.  Can you name any of them?
3  A.  Like they will cuss the kids.  And Kareem, you
4  have to meet him, he's a laid back, quite type of kid.
5  And when somebody do him like that, he shuts down.  And
6  I was on stress pills when I was pregnant with him.  So
7  if anybody talk to him rough or anything, he'll just sit
8  there and rock and won't say anything.  And that don't
9  do nothing but make me mad.
10 Q.  Okay.  Do you know the names of any of these
11 teachers that you say cussed Kareem or did anything?
12 A.  No.  I really didn't care about their names or
13 anything.  I just needed him to point them out and that
14 was it.
15 Q.  So you went up to the school and had Kareem point
16 out some teachers, and then what?
17 A.  We just had a confrontation back and forth and
18 that was pretty much it.
19 Q.  How many times did that happen?
20 A.  About twice.
21 Q.  Were the police called for either one of those?
22 A.  No, they be on campus already.
23 Q.  So did the school resource officer show up during
24 those confrontations?
25 A.  Yeah.  He said I got one more time to clown in the

Page 39

1  school while the school session is going on with the
2  kids in there.  And I told him, You need to make sure
3  these workers up here have theirselves under control,
4  and y'all won't have to see me act a fool.
5  Q.  So how many teachers did you confront at Dunbar?
6  A.  For Kareem, from the 6th to the -- I ain't had no
7  problems this year.  It's probably about three with
8  Kareem.
9  Q.  And how many for Rasheed?
10 A.  Two.  I interrupted her class while she was
11 teaching.
12 Q.  What did you do?
13 A.  They have the door -- they supposed to have the
14 doors all the way shut.  Her door was halfway open.  And
15 when I went in there the kids was on the table cussing
16 her out, and she's standing there.  And I told the kids
17 to sit down and ask her to come to the door and that was
18 it.  I told her what I had to say and I left up out the
19 classroom.
20 Q.  Did you go to the school that time just for the
21 purpose of confronting that teacher?
22 A.  I sure did.
23 Q.  And did you cuss her?
24 A.  No, I didn't cuss her.  I just let her know that
25 I'm --

Page 40

1  Q.  Did you cuss anybody?
2  A.  Yeah.
3  Q.  Who?
4  A.  His -- I think his English teacher or something,
5  his English teacher.
6  Q.  Do you know the names of any of the teachers you
7  confronted?
8  A.  No.  I don't be worrying about that.
9  Q.  Do you remember the race of any of them?
10 A.  One of them was Caucasian.  This last one was
11 African-American.
12 Q.  Okay.  And what about any of the other ones?
13 A.  For Kareem?
14 Q.  Yes.
15 A.  All of his was Caucasian.
16 Q.  Okay.
17 A.  At Dunbar?
18 Q.  Right.
19 A.  Yes.
20 Q.  And what about for Rasheed?
21 A.  Rasheed is the one with one Caucasian and one
22 African-American.
23 Q.  Okay.  Are your children involved in any extra
24 curricular activities at Dunbar?
25 A.  Kareem was playing basketball, I mean, football.

10 (Pages 37 to 40)

Page 41

1   He played football for Dunbar.  Rasheed, his daddy put
2   him in basketball.  He went behind my back and did that.
3   I let him go to practice one time.  And I went to
4   practice and picked him up, and he ain't been back
5   since.  And it's because he can't keep his grades up,
6   and you're not fixing to play no sports.
7   Q.   And how are Rasheed's grades?
8   A.   They're getting up.  They're better than what they
9   was.
10  Q.   What are you doing to ensure that that happens
11  besides taking him out of basketball?
12  A.   I gave him his medicine.  And he got a tutor in
13  the daytime.  And he misses lunch.  He fasts through
14  lunchtime and he go in and do his -- so he can catch up
15  his work on his lunch hour.
16  Q.   Okay.  How are Kareem's grades?
17  A.   He had one bad grade.  He said it's a D now, I
18  think.  I got to wait until the report cards come out
19  again.
20  Q.   Okay.  We were talking before we got a little
21  sidetracked about your efforts to change schools.  So we
22  know that things were okay at Dunbar during Kareem's 6th
23  grade year.  So you didn't try to move him there, right?
24  A.   No.
25  Q.   And then during Kareem's 7th grade year was

Page 42

1   Rasheed there yet?
2   A.   No.
3   Q.   Okay.  So Rasheed is two years younger?
4   A.   A year and a half.
5   Q.   Okay.  And was Rasheed still at Baseline during
6   Kareem's --
7   A.   Yes.
8   Q.   -- second year at Dunbar?
9   A.   Yes.
10  Q.   Okay.  So did you make any effort to move Kareem
11  during his second year at Dunbar?
12  A.   No.
13  Q.   Okay.  So during Kareem's third year at Dunbar, at
14  this point, Rasheed is going to go there based on a
15  sibling preference, right?
16  A.   Right.
17  Q.   So Rasheed could have gone somewhere else?
18  A.   Yes.
19  Q.   But you wanted him to go to Dunbar, at least at
20  first?
21  A.   Yeah.  Because the school they was putting him in,
22  they too wild.
23  Q.   What school is that, Mabelvale?
24  A.   Cloverdale.
25  Q.   Okay.  Why do you say they were putting him in

Page 43

1   Cloverdale, is that your neighborhood zone school?
2   A.   They's what they said downtown.
3   Q.   Do you know whether or not that's correct?
4   A.   No, because I ended up calling the -- I had their
5   daddy call the superintendent's office, and his friend,
6   the gentleman, did key something in and put him in
7   Dunbar.
8   Q.   And who's his friend?
9   A.   I don't know his name.
10  Q.   Okay.
11  A.   I let him deal with that.  I just call and --
12  Q.   Somebody who works for the school district?
13  A.   Yes.
14  Q.   Somebody who works in student assignment?
15  A.   I think so.
16  Q.   Okay.  So Rasheed's father called the school
17  district and got Rasheed moved to Dunbar?
18  A.   Yes, because they wouldn't let us transfer him
19  downtown.
20  Q.   Did you go to the student assignment office, is
21  that what you mean by downtown?
22  A.   Yes.
23  Q.   And who did you talk to?
24  A.   I don't know her name.  She's a little short
25  African-American.  I filled the paperwork out like she

Page 44

1   said do.  And then turn around and got a letter in the
2   mail saying he was denied.
3   Q.   And where were you trying to have him go to
4   school?
5   A.   Dunbar.
6   Q.   That was the only place you wanted Rasheed to go,
7   at that point in time?
8   A.   Yes.  I ended up having problems out of Dunbar
9   with Kareem a few times, and they corrected it.  So I
10  was like, okay, he can go there instead of me going to
11  three different schools.
12  Q.   Okay.  So at that point Kareem had two pretty
13  good years at Dunbar?
14  A.   Yes.
15  Q.   And you wanted Rasheed to go there?
16  A.   Yes.
17  Q.   And you filled out paperwork at the student
18  registration office to request that Rasheed be allowed
19  to go to Dunbar?
20  A.   Yes.
21  Q.   And you got a letter denying that request?
22  A.   Yes.
23  Q.   And then Rasheed's father called somebody in the
24  school district and got that changed, so that Rasheed
25  could go to Dunbar?

11 (Pages 41 to 44)

**Page 45**

1   A.  Yes.
2   Q.  And did Rasheed start this school year at Dunbar?
3   A.  Yes.
4   Q.  And then what happened to change your mind about
5  Dunbar, so that you now wish your kids were somewhere
6  else?
7   A.  The sexual harassment thing really pushed me over
8  with them.
9   Q.  And that concerned Rasheed?
10   A.  Yes.
11   Q.  Okay.  In fact, Kareem has a whole lot less
12  trouble than Rasheed does, right?
13   A.  Yes.
14   Q.  Is Kareem happy at Dunbar?
15   A.  Yeah, he's okay.
16   Q.  Does he want to stay there?
17   A.  Well, this is his last year.
18   Q.  Okay.
19   A.  He's going to -- they put him at Central.
20   Q.  Okay.
21   A.  And I don't know about that school, too.
22   Q.  You're unhappy about that?
23   A.  Yes.
24   Q.  Do you know why he got assigned to Central?
25   A.  She said it was in the school zone of our address.

**Page 46**

1   Q.  Okay.  Because someone else told me they thought
2  students from Dunbar automatically got assigned to
3  Central?
4   A.  Yeah, if they're in that area.
5   Q.  Okay.  So let's get back to sometime since your
6  ex-husband got Rasheed into Dunbar, you've made some
7  efforts to get him out of Dunbar?
8   A.  Yes.
9   Q.  What have you done, what's the first thing you
10  did?
11   A.  I went down to the school registration office.
12   Q.  And who did you talk to?
13   A.  It was a Caucasian lady there at the front.  She
14  came from the back and just gave me the paperwork.  But
15  he was denied.
16   Q.  What did you fill out paperwork to try and
17  accomplish?
18   A.  For Rasheed?
19   Q.  Yes.
20   A.  To get him put in -- I didn't want him to go to
21  Cloverdale, so the next school I had to deal with was
22  Mabelvale.
23   Q.  But were you saying that you lived in the Dunbar
24  zone or is the Mabelvale zone --
25   A.  Mabelvale zone is for my address.  Dunbar is not

**Page 47**

1  for my address.
2   Q.  Okay.  So you're saying the same zone, or at least
3  part of that for Mabelvale is part of the Central zone
4  as well?
5   A.  Yes.
6   Q.  So what time of year did you try and have Rasheed
7  moved?
8   A.  It was right before school started.
9   Q.  Sometime in August?
10   A.  Yes.
11   Q.  And what was the basis for your request, what did
12  you put in the paperwork?
13   A.  For him to go there?
14   Q.  For him to go there.
15   A.  Because I told her his sibling was there.  And I
16  was a single parent, and I wasn't fixing to go to three
17  different schools to sign them and sign their paperwork
18  and all that.  And they turned around and sent me a
19  letter telling me I probably have to go to court because
20  they been tardy for school.  And I wasn't fixing to go
21  through that.
22   Q.  Okay.  I thought his siblings were at Baseline and
23  Dunbar?
24   A.  Rasheed?
25   Q.  Yeah.

**Page 48**

1   A.  No.  Kareem was at Dunbar.  This is Rasheed's
2  first year at Dunbar.
3   Q.  Right.  I thought you said you were trying to move
4  Rasheed to Mabelvale?
5   A.  That's after the school year got started.  I
6  thought you was asking me when he first started.
7   Q.  Okay.
8   A.  When I first tried to get him into Dunbar.
9   Q.  Okay.  So when you first tried to get him in that
10  was August.  And you were denied.  But your ex-husband
11  got him in Dunbar?
12   A.  Yes.
13   Q.  So when is the first time you went to the student
14  registration office and did anything to try and get
15  Rasheed out of Dunbar?
16   A.  When the sexual harassment took place.
17   Q.  So would that have been --
18   A.  That's a couple of months ago.
19   Q.  All right.  Is that the one we discussed earlier
20  where he was suspended for six or seven days?
21   A.  Yes.
22   Q.  So that would have been --
23   A.  It would be like right before Christmas, I think,
24  right before or after Christmas.
25   Q.  Okay.  And according to his records, there's a six

**12 (Pages 45 to 48)**

Page 49

```
 1   day suspension in late January and early February.
 2   A.  No.
 3   Q.  Okay.  There was a previous suspension in December
 4   for four days he was out.
 5   A.  I think that was it.  Because that sexual
 6   harassment didn't take place in January or February.
 7   Q.  Okay.  So you're saying the first time you went to
 8   the student assignment office to try and move Rasheed
 9   out of Dunbar was probably in December?
10   A.  Right before Christmas.
11   Q.  Okay.  And what happened, who did you talk to and
12   what happened?
13   A.  It was a Caucasian lady.
14   Q.  And what did you ask her to do?
15   A.  I was trying to get some forms to request for my
16   son to be placed to another school.
17   Q.  Did she give you the forms?
18   A.  No.
19   Q.  What happened?
20   A.  She said I had to come back when it was time for
21   registration.  I need to talk to the principal and try
22   to work something out with the school.
23   Q.  Okay.  Do you remember this woman's name?
24   A.  No.
25   Q.  Did you talk to anybody else at the student
```

Page 50

```
 1   assignment office in December?
 2   A.  No.  I got mad and left.
 3   Q.  Did you talk to anybody else from the Little Rock
 4   School District in December?
 5   A.  No.
 6   Q.  Which principle did this person at student
 7   assignment tell you to talk to, the principal at Dunbar,
 8   the principal at Mabelvale or both?
 9   A.  The principal at Dunbar.
10   Q.  So somebody at the student assignment office told
11   you that in order to move Rasheed out of Dunbar you had
12   to talk to the principal at Dunbar?
13   A.  No.  She told me to try and work it out.
14   Q.  Work it out to stay at Dunbar or work it out to
15   move from Dunbar?
16   A.  To come up with the reason about why I wanted him
17   out of the school.  What can they do to keep him in the
18   school without me trying to move him.
19   Q.  Did you do that, did you try and work it out with
20   the principal at Dunbar?
21   A.  No.
22   Q.  Did you try again to move Rasheed out of Dunbar?
23   A.  No.
24   Q.  So did you do anything to try and move Rasheed out
25   of Dunbar, other than make one visit to the student
```

Page 51

```
 1   assignment office, that you just told me about?
 2   A.  No, it's a waste of time.
 3   Q.  Did you do anything other than what we just talked
 4   about to try and move Kareem out of Dunbar?
 5   A.  No.
 6   Q.  Do you plan to try and get Rasheed a different
 7   assignment for next year?
 8   A.  Yes, sir.
 9   Q.  And what's your understanding of what your options
10   are?
11   A.  I haven't went down there yet to try and get him
12   assigned to a school out there.  I don't want him to go
13   to Cloverdale.  And I really don't want him to go to
14   Mabelvale.  So I don't know what I'm going to do.  He's
15   not staying in Dunbar.
16   Q.  Has the registration process already taken place
17   for next year?
18   A.  With them doing it, yes, with me, no.
19   Q.  What does that mean?
20   A.  He's already assigned back to Dunbar.  Kareem is
21   already assigned to McClellan.
22   Q.  I thought you said Kareem was going to Central?
23   A.  What's on Baseline, that's McClellan on Baseline,
24   ain't it?  I think that's McClellan.  It's one of them.
25   Q.  Okay.  Where do you want Kareem to go next year?
```

Page 52

```
 1   A.  I don't know.  They saying they're fixing to close
 2   down the school.  So I don't know where my kids going.
 3   I just know what they got on the paper.
 4   Q.  So we know that Rasheed currently is going to be
 5   assigned to go back to Dunbar, and Kareem is going to be
 6   assigned to go to either McClellan or Central?
 7   A.  Yes.
 8   Q.  I thought you told me earlier that you had some
 9   concerns about Central and didn't want him to go there?
10   A.  I'm worried about Central and McClellan, all them
11   schools.
12   Q.  Okay.  Based on what?
13   A.  They have too many fights and too many gunplays at
14   them schools.  I really want him to go to Parkview.
15   Q.  Did you apply to Parkview?
16   A.  No, not yet.
17   Q.  Didn't they already have registration for Parkview
18   for next year?
19   A.  I don't have no idea.
20   Q.  Cafe.  Why do you prefer Parkview?
21   A.  My brother's wife works -- she's a school teacher.
22   And she said Parkview is the best school on violence and
23   all that, their numbers is not as high as the other
24   schools.
25   Q.  What kind of balance are you talking about?
```

13 (Pages 49 to 52)

Ronyha Beyah 3/21/2017                    Lakesha Doe v. Arkansas Department of Education

---

Page 53

1   A.   Violence not balance.
2   Q.   Violence.  I'm sorry.  Does your -- did you say it
3   was your sister?
4   A.   My brother's wife.
5   Q.   Brother's wife.
6   A.   My sister-in-law.
7   Q.   Where does she work?
8   A.   She work at the school close to Children's
9   Hospital, I think.
10  Q.   Okay.  Your complaint -- your part of the
11  complaint is a paragraph that was added in December.  So
12  why did you decide to join this lawsuit in December?
13  A.   In December, that's when they tried to say he
14  touched a little girl, and that's when he got suspended.
15  Q.   Okay.  How did you know about this lawsuit or what
16  made you decide you wanted to participate?
17  A.   The lawyer called and he talked to me, and I told
18  him I would.
19  Q.   Did you have a lawyer involved in dealing with the
20  school district concerning any of these assignment or
21  discipline issues that we talked about?
22  A.   No.  Didn't nobody want to pick it up to go
23  against the Little Rock School District.
24  Q.   Okay.  Well, did you talk to any of your friends
25  about your concern, or how did a lawyer know that you

Page 54

1   might want to be involved in this lawsuit?
2   A.   That I don't know.
3   Q.   Well, the complaint says that you are the mother
4   of Rasheed and Kareem, and that they attended Baseline
5   and now Dunbar.  And that those schools have facilities
6   and other resources inferior to those available to
7   students in schools in which white students have been
8   and concentrated.
9        So what does that mean, what's your -- first of
10  all, what are the schools where you're saying white
11  students are concentrated?
12  A.   Well, in any schools where the African-American
13  kids attend, you can walk in there and sit in the
14  classroom, and I have did it.  The African-American kids
15  don't get more attention than the other race.  For
16  instance, this Puerto Rican little girl, can't speak a
17  lick of English, but she's on the honor roll.  There
18  ain't no translator in the classroom or nothing.  Her
19  work wasn't in Spanish or nothing.  And you got little
20  black kids that they're flunking.
21  Q.   Where is this happening?
22  A.   Baseline and Dunbar.  I know now my friend-girl,
23  her little boy's teacher was flunking him until she
24  noticed what was going on.  And when she started
25  complaining, his grades started changing all of a

Page 55

1   sudden.
2   Q.   So what are the schools where white students have
3   been concentrated?
4   A.   The schools that they go to.  I ain't been in all
5   the rest of the schools.
6   Q.   Okay.  Do you know anything about facilities and
7   other resources in schools where white students have
8   been concentrated?
9   A.   Only what my kids attend to.  That's the only
10  focus is my boys.  I don't focus on nobody else, unless
11  I made friends with their parents or something like
12  that.  But other than that, I'm not fixing to be -- no.
13  Q.   Have you been to any school in the Little Rock
14  School District where white students are concentrated?
15  A.   Not just visit them, no.
16  Q.   Okay.  Have you ever been to one for any reason?
17  A.   Not with my kids not there, no.
18  Q.   Have you ever been to any schools in the Little
19  Rock School District other than the ones your kids have
20  attended?
21  A.   Cloverdale and that's about it, because my nephew
22  goes there.
23  Q.   Is your nephew still there?
24  A.   Yes.
25  Q.   What's his name?

Page 56

1   A.   Tre Deon.
2   Q.   Is there anything else you're claiming in this
3   complaint other than what we've talked about so far?
4   A.   No.
5   Q.   Have you spoken with anyone at LRSD about your
6   concerns other than the people you've told me about so
7   far?
8   A.   No.
9   Q.   Have you ever talked to anyone at the
10  administration building downtown where the
11  superintendent is and the board meetings were?
12  A.   When Kareem was at Baseline I did, but it didn't
13  do no good.  So I don't want to waste my time.  My
14  attitude is not set up to be talking to nobody over and
15  over again for the same thing, and it ain't anything
16  going to happen.
17  Q.   How long ago was that when you talked to somebody
18  about Kareem at Baseline?
19  A.   He been at Dunbar for three years.  It was right
20  before he got to Dunbar.
21  Q.   Okay.  Have you ever been to a school board
22  meeting?
23  A.   No.
24  Q.   Have you ever talked to a school board member?
25  A.   No.

14 (Pages 53 to 56)

Page 57

1  Q.  Have you ever been down to the administration
2  building on West Markham and Izard Streets?
3  A.  No.
4  Q.  Okay.
5  A.  Only the one by the bus station for registration.
6  Q.  On 6th?
7  A.  Yes.
8      MR. HELLER:  That's all I have.  Thank
9      you.
10      EXAMINATION
11  BY MR. HOLLINGSWORTH:
12  Q.  I've got a couple of quick ones.  I might have
13  missed ones.  My name is Patrick Hollingsworth.
14      Which school is Raheem in?
15  A.  Baseline.
16  Q.  How is he doing in school?
17  A.  He's doing better than what he was after the third
18  conference.
19  Q.  Parent/teacher conferences?
20  A.  Yeah.  We had everybody.  Everybody was in there.
21  Q.  Is he having problems with his grades or with
22  behavior?
23  A.  They said it was his behavior.  But I know my
24  child.  And somebody really have to do something to him
25  for him to just go off like they say he's been.  And

Page 58

1  it's been this one particular kid picking on him.  And
2  once he tell you to leave him alone, that one time, that
3  second time, he's going to strike the second time.
4  Q.  You said that a lawyer called and talked to you.
5  And I wanted to follow up on that real quick.
6      Had you talked to a friend or neighbor or somebody
7  that put this lawyer in touch with you, do you know?
8  A.  No, I don't deal with a lot of people.
9  Q.  Okay.  Do you remember the name of the person that
10  called you and said they were a lawyer?
11  A.  No.  If I don't write it down.
12  Q.  Did they give you a phone number?
13  A.  I just saved the number he called me from.
14  Q.  Okay.
15  A.  In my phone.
16  Q.  And you called back?
17  A.  Yes.
18  Q.  Who did you spoke to when you called back?
19  A.  It was a gentleman.  And I don't remember his
20  name.
21  Q.  What was the name of the lawyer that called you?
22  A.  That's the same gentleman that I called back.
23  Q.  Okay.  Was it somebody in this law firm that we're
24  in here today?
25  A.  He's not here today.

Page 59

1  Q.  Was his name Charles?
2  A.  I don't honestly -- I take medicine every day.
3  I'm not fixing to sit here and tell you his name when I
4  don't --
5  Q.  But you've never spoken to this person before?
6  A.  No.
7  Q.  You said you take medicine every day.  Does that
8  affect your memory?
9  A.  I have memory loss.  So if I don't write it down
10  and keep it on me, I'm not going to remember it.
11  Q.  Okay.
12      MR. HOLLINGSWORTH:  I don't have any
13      further questions.
14      MR. CHILDS:  No questions for me.
15      (WHEREUPON, the deposition was concluded
16      at 6:20 p.m..)
17
18
19
20
21
22
23
24
25

Page 60

1      C E R T I F I C A T E
2  STATE OF ARKANSAS*
                       * ss
3  COUNTY OF SALINE*
4      I, JEFF BENNETT, Certified Court Reporter, a
   Notary Public in and for the aforesaid county and state,
5  do hereby certify that the parties, RONYHA BEYAH, was
   duly sworn by me prior to the taking of testimony as to
6  the truth of the matters attested to and contained
   therein; that the testimony of said witness was taken by
7  me in machine shorthand notes and was thereafter reduced
   to typewritten form by me or under my direction and
8  supervision; that the foregoing transcript is a true and
   accurate record of the testimony given to the best of my
9  understanding and ability.
10      In accordance with Rule 30(e) of the Rules of
   Civil Procedure, review of the transcript was not
11  requested by the deponent or any party thereto.
12      I FURTHER CERTIFY that I am neither counsel for,
   related to, nor employed by any of the parties to the
13  action in which this proceeding was taken; and, further,
   that I am not a relative or employee of any attorney or
14  counsel employed by the parties, attorneys,
   or persons with an interest in the action that affects
15  and that I have no contact with the parties, attorneys,
   or has a substantial tendency to affect impartiality,
16  that requires me to relinquish control of an original
   deposition transcript or copies of the transcript before
17  it is certified and delivered to the custodial attorney,
   or that requires me to provide any service not made
18  available to all parties to the action.
19      GIVEN UNDER MY HAND and SEAL OF OFFICE on this
   3rd day of April, 2017.
20
21
22  Jeff Bennett, CCR, LS No. 19, Notary
   Public in and for Saline County, Arkansas
23
24  My Commission expires November 29, 2020.
25

15  (Pages 57 to 60)

Page 61

1        REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3        I, JEFF BENNETT, LS No. 19, Certified Court

4    Reporter in the State of Arkansas, certify that the

5    foregoing pages 1 through 59 constitute a true and

6    correct copy of the original deposition of RONYHA BEYAH

7    taken on March 21, 2017.

8        I declare under penalty of perjury under the laws

9    of the State of Arkansas that the foregoing is true and

10   correct.

11       Dated this 3rd day of April, 2017.

12

13       _____

     Jeff Bennett, CCR, LS No. 19, Notary

14   Public in and for Saline County, Arkansas

15

16       My Commission expires November 29, 2020.

17

18

19

20

21

22

23

24

25

16 (Page 61)

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

*********************************
LAKESHA DOES, Et. Al.                    PLAINTIFFS
V.          Case No. 4:15-CV 623 DPM
MICHAEL POORE, Et. Al.                   DEFENDANTS
*********************************

ORAL DEPOSITION OF SONYA LAMPKIN
TAKEN IN LITTLE ROCK, ARKANSAS
MONDAY, APRIL 3, 2017
AT INSTANCE OF DEFENDANTS
**********

APPEARANCES
ON BEHALF OF THE PLAINTIFFS:
SHAWN CHILDS, ESQ.
John W. Walker, PA
1723 S. Broadway
Little Rock, AR  72206

ON BEHALF OF THE DEFENDANTS:

CHRISTOPHER HELLER, ESQ.
Friday Eldredge Clark
400 W. Capitol, Suite 2300
Little Rock, AR 72201
PATRICK HOLLINGSWORTH, ESQ.
ROSALYN MIDDLETON, ESQ.
Assistant Attorneys General
323 Center Street, Suite 200
Little Rock, AR  72201

Page 2

CONTENTS

PAGE

APPEARANCES                                1

STIPULATIONS                               3

WITNESS SWORN                              4

EXAMINATION BY MR. HELLER             4

EXAMINATION BY MR. HOLLINGSWORTH    31

COURT REPORTER'S CERTIFICATE         35

Page 3

STIPULATIONS

The oral deposition of SONYA LAMPKIN, produced, sworn and

examined in the offices of John W. Walker, P.A., 1723

Broadway, Little Rock, Arkansas, commencing at 11:10 a.m. on

Monday, April 3, 2017, in the captioned cause at the instance

of the counsel for the Defendants, said deposition being

taken according to the terms and provisions of the Federal

Rules of Civil Procedure.

It is hereby stipulated and agreed by and between parties

that all forms and formalities in the filing of said

deposition are hereby waived by the parties, and that this

deposition shall be taken for use as permitted by the Federal

Rules of Civil Procedure.

Page 4

1    WHEREUPON,
2             SONYA LAMPKIN
3    having been called to testify, was duly sworn and testified
4    as follows:
5             EXAMINATION
6    BY MR. HELLER:
7    Q.   Good morning, Ms. Lampkin, my name is Chris Heller.
8    I'm a lawyer for the Little Rock School District.
9    A.   Okay.
10   Q.   And I'm going to ask you a few questions this morning.
11   I want to talk to you briefly about the procedure, first of
12   all.
13       Please answer my questions verbally so that Ms. Branton
14   can record your answers -- okay?
15   A.   Yes.
16   Q.   And if you don't understand any question, just ask me
17   to repeat it or rephrase it and I'll be happy to do that --
18   all right?
19   A.   Okay.
20   Q.   And if for any reason you need a break during the
21   deposition, just let me know and we'll take a break.
22   A.   Okay.
23   Q.   Now, would you tell us your full name, for the record,
24   please?
25   A.   Sonya Lampkin.

EXHIBIT 3

Page 5

1    Q.    Okay, where do you live, Ms. Lampkin?
2    A.    I live at 34 Wellford Drive, Little Rock, Arkansas.
3    Q.    And who lives there with you?
4    A.    Me and my husband and my two children.
5    Q.    What's your husband's name?
6    A.    Willie Lampkin.
7    Q.    And your children?
8    A.    Kennedy Lampkin, and Jaylen Lampkin.
9    Q.    How old is Jaylen?
10   A.    Sixteen.
11   Q.    And how old is Kennedy?
12   A.    Six.
13   Q.    Does Kennedy go to school somewhere?
14   A.    Yes.
15   Q.    Where?
16   A.    Williams Magnet.
17   Q.    Did Kennedy go to pre-K somewhere?
18   A.    Yes -- Woodruff, early Headstart.
19   Q.    And Jaylen goes to Parkview?
20   A.    Yes, he does.
21   Q.    Do you live in the Williams Magnet zone?
22   A.    No, I don't.
23   Q.    How did Kennedy get assigned to Williams?
24   A.     Student assignment.  I did it with enrollment for
25   that school, and she was accepted.

Page 6

1    Q.    Is this Kennedy's first year at Williams?
2    A.    Yes, she's kindergarten.
3    Q.    And how are things going there?
4    A.    I'm not having any problems with the school.  She's
5    doing pretty good there.
6    Q.    How long have you lived at your present address?
7    A.    Since 2007.
8    Q.    And where did you live before that?
9    A.    Before that, briefly, six months in Pine Bluff.
10   Before that -- six months in Pine Bluff.  And before that, I
11   lived in -- off of Katy Lane in Wrightsville.  We stayed
12   there about two -- two, three years.
13        And before that, I lived at -- in southwest Little
14   Rock, in apartments called -- I can't even think of it.  I
15   was there at that place for up until 2006 -- well, like for
16   three or four years.
17        I can't think of the name of them.  It's on the tip of
18   my tongue.
19   Q.    Well, the apartments in southwest Little Rock were in
20   the Little Rock School District -- correct?
21   A.    Uh-huh.
22   Q.    Yes?
23   A.    Yes.
24   Q.    Okay.  And then when you were in Wrightsville and Pine
25   Bluff, you were outside of the Little Rock School District?

Page 7

1    A.    Yes.  Well, Wrightsville is the Little Rock School
2    District -- the area I was in was the Little Rock School
3    District.
4    Q.    So where did Jaylen start school?
5    A.    Jaylen started school in North Little Rock.
6    Q.    Is that pre-K or kindergarten?
7    A.    Kindergarten.
8    Q.    What school, do you remember?
9    A.    I think -- I believe it was [inaudible] -- Park
10   Elementary.
11   Q.    And then tell me each school he went to after that.
12   A.    Bale Elementary.
13   Q.    In what district?
14   A.    Little Rock School District.
15   Q.    What year -- for what year, what grade?
16   A.    He was there, I think, first -- first and second
17   grade.  And then he went to Wakefield Elementary, third,
18   fourth -- I'm trying to think -- some of -- I think, some of
19   fifth.
20        Then he ended up going to Little Rock Preparatory for
21   -- no, back up.  He was at Wakefield third and fourth, and
22   then went to Little Rock Preparatory fourth, fifth.  And then
23   he ended up going to Cloverdale some of his sixth grade year.
24        He was at Little Rock Prep some of -- he ended up
25   changing schools.  So I think it was some of fifth and some

Page 8

1    of sixth.  I can't remember.  But it was -- he ended a
2    semester and then ended up going to Cloverdale for sixth
3    grade, I believe is how it was.  Because he changed schools.
4        And then from there, he went to Forest Heights.
5    And Forest Heights was sixth, seventh, and eighth.  And then
6    ninth and tenth, current, he's at Parkview.  And all was
7    Little Rock School District.
8    Q.    Did -- you talked about parts of school years.
9    A.    Uh-huh.
10   Q.    So were there times that Jaylen changed schools in the
11   middle of a school year?
12   A.    He changed when he left Cloverdale, it was at the end
13   of a semester -- at the end of -- I mean, when he left Little
14   Rock Prep, it was the end of the break for Christmas.  And he
15   started the new semester at Cloverdale that year.
16        So it would have been --
17   Q.    Was that his --
18   A.    That was --
19   Q.    -- fifth grade year?
20   A.    Yeah, I think fifth grade year.  Because sixth
21   grade --
22   Q.    Because I think you said --
23   A.    Because sixth grade, he went to --
24   Q.    Forest Heights.
25   A.    Forest Heights.  So yeah, it would have been fifth

1  grade year.
2  Q.  So all three middle school years were at Forest
3  Heights?
4  A.  Yes.
5  Q.  And why did he move from Little Rock Prep to
6  Cloverdale in the middle of a school year?
7  A.  Well, it was a -- he ended up having an issue with one
8  of the students there, and the dean suggested that he change
9  schools.
10     It was a conflict, so he changed schools with the new
11  year, after the Christmas break, and he ended up going to
12  Cloverdale, which was assigned.  That was in my area.
13  Q.  So the dean of Little Rock Prep suggested that Jaylen
14  leave Little Rock Prep?
15  A.  Yes.
16  Q.  For what reason?
17  A.  Conflict with other kids, and it was a conflict
18  between him and the dean.  The dean asked him to stop making
19  some noises in the classroom, and Jaylen did not stop making
20  the noise.
21     And what I understand from talking with the dean, that
22  he was -- that was causing a conflict, and he didn't want to
23  put hisself in a position of that.  So he asked for me to
24  change him to a different school.  And that's what I did.
25  Q.  Was this -- I mean, was Jaylen expelled from Little

1  Rock Prep, or was --
2  A.  He wasn't expelled.  No, he wasn't expelled.
3  Q.  Was he subject to any discipline there that resulted
4  in the request that he leave?
5  A.  No.
6  Q.  Who is the dean?
7  A.  I can't remember.  I don't remember his name.  I can't
8  remember his name.  I don't even know if he -- he may be
9  still there, I can't remember the dean's name.  It was a man,
10  but I can't remember his name.
11  Q.  When you moved to Cloverdale, were you living in the
12  Cloverdale zone at the time?
13  A.  Yes.
14  Q.  When you left Little -- when Jaylen left Little Rock
15  Prep, were you trying to get into any other Little Rock
16  schools at the time?
17  A.  No.
18  Q.  So Jaylen only went to Cloverdale for one semester,
19  right?
20  A.  Yeah, it would have been one semester, after this
21  Christmas break.  So from January to the end of the school
22  year.
23  Q.  And how did Jaylen get into Forest Heights after that?
24  A.  I did a -- I guess, I don't know what they call it --
25  whatever they do when you take your -- when you can get a kid

1  in a different school so long as you transport them yourself.
2  So it's -- I can't remember if it's M to M or -- whatever the
3  name --
4  Q.  Are you thinking about 'transfer, no transportation'
5  -- TNT?
6  A.  Yeah, TNT.  I think it was TNT.  And they allowed him
7  to go there as long as I was transporting him.
8  Q.  And what did you -- where did you go, who did you talk
9  to --
10  A.  School district.
11  Q.  -- make that arrangement?
12  A.  Student assignment office.
13  Q.  Sixth and Sherman?
14  A.  Yes.
15  Q.  Who did you talk to?
16  A.  Whoever officials are there; no specific person.
17  Q.  There wasn't any issue about it?  That was not hard to
18  do?
19  A.  No, just fill out the form that was provided, and it
20  was granted.
21  Q.  Okay, and where would Jaylen have gone had you not
22  done that?
23  A.  He would have remained at Cloverdale.
24  Q.  And was there a particular reason you wanted to go to
25  Forest Heights?

1  A.  It was in my zone for me to take him to school, and my
2  daughter to go to school where she was going, at her day
3  care.  I been there -- to that school.  That was one of the
4  schools I went to, so I thought it was an appropriate school
5  to go to.
6  Q.  And it was convenient to where your daughter was going
7  to school as well --
8  A.  Yes.
9  Q.  Day care?
10  A.  Yeah, for both of them to be dropped off.
11  Q.  Okay.
12  A.  But I also thought it was a -- a pretty decent school.
13  Q.  Did you say you went to Forest Heights?
14  A.  Yes.
15  Q.  Are you employed?
16  A.  Yes.
17  Q.  Where do you work?
18  A.  Department of Human Services, Division of Children and
19  Family Services.
20  Q.  What do you do there?
21  A.  Supervise a child abuse -- well, I used to do that.  I
22  supervise services -- family services provided to families of
23  children who come into foster care.
24  Q.  How long have you done that?
25  A.  Sixteen years.

Page 13

1    Q.   Are you from Little Rock?
2    A.   Yes.
3    Q.   Did you graduate high school in Little Rock?
4    A.   Yes.
5    Q.   Which school?
6    A.   Fair -- J.A. Fair.
7    Q.   Was J.A. Fair part of the Little Rock School District
8    at the time?
9    A.   Yes.
10   Q.   What did you do to get ready for your deposition
11   today?
12   A.   Read over, looked over my -- this proceeding, and
13   talked a little bit with my attorney.
14   Q.   Why did you -- do you know any of the other plaintiffs
15   in the case?
16   A.   No.
17   Q.   Why did you decide to get involved in this lawsuit?
18   A.   There was an issue that was brought up to my
19   attention, about Jaylen and some teachers, when he was at
20   Cloverdale -- I mean, not Cloverdale -- sorry.  At Forest
21   Heights that was -- had -- it was some conference.  I don't
22   know -- among teachers that some things were said about my
23   son that was brought up.
24       I think they were trying to set up some type of thing
25   to fail some certain students, and he was one of them.

Page 14

1    Q.   Is there any other reason?
2    A.   No.
3    Q.   And how did you know that these teachers at Forest
4    Heights were trying to take some action against your son?
5    A.   Just received a call from this office, stating for me
6    to come in and talk with them.  And that was given
7    information that was provided.
8    Q.   So the information that you got about these teachers
9    at Forest Heights came from this law office?
10   A.   It was provided -- from my understanding, provided to
11   them from someone else.
12   Q.   Okay.
13   A.   And they shared it with me.  But, yes.
14   Q.   But your lawyers in this case were the ones who
15   provided you the information?
16   A.   On that particular -- I'm going to say the law firm.
17   I don't know who the attorney -- it was an attorney at that
18   time.  But the information was given to me from the law firm,
19   here.
20   Q.   Okay.  And so the first you heard about any teachers
21   at Forest Heights planning to take any action concerning your
22   son came from your lawyers?
23   A.   On -- yeah, from -- in that standpoint, yeah, with
24   that, yes.
25   Q.   And so did they say something?  Did they play a tape

Page 15

1    for you?
2    MR. CHILDS:    Object.
3    MR. HELLER:    Did you --
4    MR. CHILDS:    Attorney/client privilege.
5    BY MR. HELLER:
6    Q.   Did you -- so what do you know now about what happened
7    at Forest Heights?
8    A.   From the information provided, that there was a
9    conference between the teachers that he had, which I've met
10   with before on different occasions for other issues with
11   grades and stuff like that.
12       But those teachers had set up, saying they weren't
13   going to help him any more.  And one teacher stated that she
14   was done with him, she wasn't -- didn't care -- in the matter
15   that she didn't care if he passed or failed, pretty much, and
16   she was done.
17       The other teachers also had a different -- said
18   different things that was negative regarding him.  But that
19   was what was provided to me, in those statements and the
20   information that was provided.
21       Basically they was setting up not to do anything for
22   the rest of the school year to ensure that my son would get
23   what he needed to pass on to the next grade.
24   Q.   What year was that?
25   A.   He would have been -- that would have been 2015, I

Page 16

1    think.  He would have been seventh grade, I believe.  Would
2    have been seventh grade [inaudible] -- seventh or eighth
3    grade.  I'm trying to think back.
4        This is 2017.  So I think it would have been -- it
5    would have been probably -- I think, eighth grade.
6    Q.   So did you listen to a tape of these teachers talking?
7    A.   No.
8    Q.   You never -- have you ever heard a tape of teachers
9    talking about your son?
10   A.   No.
11   Q.   Have you ever seen a transcript of a tape?
12   A.   Yes, transcript, yes.
13   Q.   Is there only one transcript that you're aware of?
14   A.   That I'm aware of, yes.
15   Q.   Okay.  What did you do after you saw the transcript?
16   Did you talk to any of the teachers, complain to anybody at
17   the school district, or anything like that?
18   A.   No.  Jaylen had went on to -- he was at Parkview when
19   that was brought to my attention.  He was at Parkview, ninth
20   grade.
21   Q.   Okay.  And what was your understanding of what these
22   teachers were planning to do?
23   A.   Fail my child.  I mean --
24   Q.   Did he fail at Forest Heights?
25   A.   No, he didn't.  He have to go to -- he went to summer

Page 17

1    school.
2    Q.   During what year in the summer; between what grades?
3    A.   To go to ninth grade.
4    Q.   How is Jaylen doing at Parkview?
5    A.   He's doing fair.
6    Q.   And how were his grades at Forest Heights?
7    A.   Forest Heights, he had Cs, Ds, and in some areas he
8    had Fs.
9    Q.   How were his grades in elementary school?
10   A.   Elementary, he had -- average -- average grades.
11   Q.   How did he get in to Parkview?
12   A.   I did the same process for -- applied for a magnet
13   school.  And he was accepted into the -- one of the ones that
14   was accepted in there.
15   Q.   Does he have transportation to Parkview?
16   A.   Yes, they provide a bus.
17   Q.   Did he ever have transportation to Forest Heights?
18   A.   No.  He may have had -- I took him to school everyday.
19   So he may have had a bus, I might have just took him.  I'm
20   not sure.  I can't remember if he had a bus or not.
21       I think they did provide a bus, but I just took him to
22   school everyday.
23   Q.   It looks like at Parkview, his grade point average is
24   1.79.  Does that sound right to you?
25   A.   Yeah, that's about right.

Page 18

1    Q.   Class rank of 265 out of 294?
2    A.   I don't know about that, but I guess.
3    Q.   Did he have some AP or pre-AP courses at Forest
4    Heights?
5    A.   He had one, in science.  But not at the beginning, but
6    like in the middle of the year.  The counselor called and
7    said she had looked over his test scores, and he scored high
8    in science, and she was going to put him in that -- those --
9    that class, for science.
10       And that's what she did, for -- what's her name -- I
11   can't remember her last name.  It was Christie [phonetic
12   spelling], the counselor over there at Forest Heights.
13   Q.   And Christie was Jaylen's counselor?
14   A.   Yes.
15   Q.   So she called -- Christie, the counselor, called you
16   from Forest Heights, to suggest that Jaylen be placed in AP
17   or pre-AP for science?
18   A.   Yes.  She stated that she was going to -- just calling
19   me to just let me know what she was going to do.
20   Q.   Did you agree?
21   A.   Yeah, I agreed.
22   Q.   Does he have some AP or pre-AP courses at Parkview?
23   A.   No.
24   Q.   Did you request any AP or pre-AP courses at Parkview?
25   A.   No.

Page 19

1    Q.   Do you know whether or not he passed or failed his
2    pre-AP science course?
3    A.   Not that I can -- I don't remember if he did or not.
4    Cause he had -- I don't remember which class he had to go to
5    summer school for that year.  I can't remember.
6    Q.   Do you remember Jaylen ever having AP courses for
7    business or world history?
8    A.   Currently?
9    Q.   No -- ever?
10   A.   Ever --
11   Q.   Let's say, at Forest Heights?
12   A.   No.
13   Q.   At Parkview?
14   A.   No.
15   Q.   Your complaint says that after February, 2015, school
16   officials began to purge African-American students from
17   Forest Heights.
18       Who were the school officials who did that?
19   A.   There was -- from my understanding, teachers that he
20   had, that had the meeting.  Those were his -- basically,
21   teachers that he had everyday for his courses, the classes --
22   the classes.
23   Q.   So you're talking about the teachers who had this
24   meeting that you've seen a transcript of?
25   A.   Yes.

Page 20

1    Q.   Are you talking about anybody else?
2    A.   Like principals -- nobody that -- no -- not of those.
3    Q.   Was the principal at the time Mauricia Robinson
4    [phonetic spelling]?
5    A.   I think so.  But yeah.
6    Q.   Did Jaylen have disciplinary issues at Forest Heights?
7    A.   He had some of that.  Yeah, he did have some.  He --
8    yeah, he had to get suspended -- I can't -- I think he got
9    suspended once, I believe.  I don't remember what for.  I
10   think, once.
11   Q.   Did you ever meet with the principal at Forest
12   Heights?
13   A.   Who was I meeting -- I didn't meet with the primary
14   principal.  I think I met with -- there was a man principal,
15   like assistant principal.
16       I can't remember his name -- briefly.  I can't remember
17   his name.  But I never met with Ms. -- the one that you
18   mentioned.  But I did -- had met with the -- I think may have
19   been a phone or a face-to-face.  Can't remember which one;
20   but one of the assistant principals.
21   Q.   How frequently did you go to Forest Heights during the
22   time Jaylen was enrolled there?
23   A.   Went two different occasions for student conference
24   that was called with the teachers and the counselor.  I think
25   the other times was just phone calls from different teachers.

Page 21

1    Q.   So two times in three years?
2    A.   I'm thinking -- no, it would have been different
3    things for different -- like conference and stuff like that.
4    But for like disciplinary actions -- is what you're asking --
5    for disciplinary actions, or just going to the school?
6    Q.   Well, tell me about disciplinary actions first.
7    A.   Okay, for -- I think I did a lot of phone calls but
8    not going to the school.
9    Q.   Okay.
10   A.   I got a lot of calls from teachers, but not going to
11   the school.
12   Q.   Okay, so when you mentioned two conferences with
13   teachers and the counselor, were those disciplinary or
14   something else?
15   A.   Those was conferences regarding grades, and those were
16   -- I think -- want to say during -- they might have been his
17   eighth grade year.
18       But throughout those three years, on different
19   conferences -- like they call in for student conferences, and
20   stuff like that; I did a lot of those.
21       But -- so those -- that's what I mean by there were a
22   lot of phone calls for disciplinary -- him acting up, or
23   doing something, or different phone calls from different
24   teachers for whatever he was doing in class.
25       I'd get a call to talk with Jaylen or be informed that

Page 22

1    he's doing this or doing that.  So.
2    Q.   So who were the teachers -- Jaylen's teachers at Forest
3    Heights -- in the transcript that you saw?
4    A.   I'll say one teacher name is Ms. Gayle [phonetic
5    spelling], Ms. -- oh -- Ms. Leadbetter, I think Leadbetter
6    [phonetic spelling], Ms. Leather [phonetic spelling] --
7    [inaudible] --
8       I know it was his English teacher, science teacher,
9    math teacher, and I think social studies teacher.
10   Q.   Okay.
11   A.   I can't recall.  I can't recall.  But those were the
12   -- I think the -- I think was the three -- I think three
13   women and one man.
14   Q.   And have you met all those teachers?
15   A.   Uh-huh.
16   Q.   Yes?
17   A.   Yes.
18   Q.   And do you know the first or the last name of the
19   English teacher?
20   A.   No, I can't -- her name is on the tip of my tongue.  I
21   cannot remember her name.  You're asking stuff from years
22   ago.  I can't remember her name.  I can't recall her name
23   right now.
24   Q.   Had you met the science teacher?
25   A.   Yes.

Page 23

1    Q.   Is that a man or a woman?
2    A.   The science teacher was a woman.
3    Q.   And you don't recall her first or last name?
4    A.   Not off the top of my head, I can't recall it.
5    Q.   Was the math teacher a man or a woman?
6    A.   Man.
7    Q.   Had you met with him?
8    A.   Yes.
9    Q.   Do you recall his name?
10   A.   No.
11   Q.   And what about the social studies teacher?
12   A.   I met with all them.  I just can't recall their names
13   right at this time.
14   Q.   Was the social studies male or female?
15   A.   He had one male teacher and the rest were female.
16   That -- well, that I met with during that conference on -- or
17   different calls.
18   Q.   What was the race of the social studies teacher?
19   A.   White female.
20   Q.   And math?
21   A.   White male.
22   Q.   Science?
23   A.   White female.
24   Q.   English?
25   A.   White female.

Page 24

1    Q.   As far as you know, was anybody else involved in this
2    conference?
3    A.   The one that I attended, or the one that was did
4    without --
5    Q.   The one on the transcript?
6    A.   Someone that I didn't know -- that I hadn't met with
7    or talked with.  I don't know who that person was.
8    Q.   And you say in your complaint that there was an effort
9    to purge African-American students.  Who were the other
10   students besides Jaylen?
11   A.   I don't know the other students, but there were some
12   that was also being talked about in the transcript. I don't
13   know who those other students were.
14   Q.   Okay.  Do you have any basis for the statement in the
15   complaint that the school officials were trying to purge
16   African-American students, other than what you saw in that
17   transcript?
18   A.   No.
19   Q.   So this says the district tried to discourage Jaylen
20   and other black students from remaining in the school.  How
21   was that done?
22   A.   Well, according to listening to the transcript, I
23   don't know if they talked -- said anything to him, if they --
24   if they were treating him different with class work, or if
25   they were not going to allow him to do his work or get work,

1   or not help him with work.
2       I mean, that -- if they're stating that there was --
3   then they may have done that.  They were already planning to
4   do that.
5       Q.   Didn't you say this probably, as far as you can
6   remember, happened during this eighth grade year?
7       A.   The transfer came about, yeah, the eighth grade year,
8   I believe.  But I can't say prior to that.  Because prior to
9   that, it was not a STEM school; it was just regular --
10  regular school.  It was just a regular middle school.
11      Q.   Okay, so Jaylen was there for sixth and seventh
12  grade --
13      A.   Yes.
14      Q.   -- before the school became a STEM school?
15      A.   Yes, he was grandfathered in.  All the students that
16  were seventh grade going into eighth were grandfathered in to
17  do this -- to do -- try -- see how it runs.
18      So everybody in the seventh grade stayed there to do
19  eighth grade because it was the first year for the STEM
20  school.
21      Q.   Okay.
22      A.   And they changed all the teachers, and there was no
23  teachers that was previously there; they were all -- I don't
24  know, they had to reapply for their jobs, or whatever.
25      But there was no one there that was there prior --

1   sixth and seventh grade.  It was all new teachers.
2       Q.   So were the teachers you saw in this transcript gone
3   at that --
4       A.   No, these teachers in this transcript were the ones
5   there for the STEM school, the eighth grade year.
6       Q.   So they were new teachers that came in as part of the
7   STEM school?
8       A.   Yes.
9       Q.   So what -- what information did you receive as a
10  parent at Forest Heights about the change from a middle
11  school to a STEM school?
12      A.   I think they -- I want to say there was some
13  information sent out about changing over to the STEM school.
14  And I remember -- if I remember right, that they did send out
15  something, stating that you want to have the child remain
16  there to go on to do the STEM school,  I think it was
17  something came out like that.
18      But nothing about the changes in the teachers, or
19  anything like that.  That wasn't notified to me, that I'm
20  aware of.
21      Q.   So is it fair to say that as a parent of a student at
22  Forest Heights, you were notified about the change to a STEM
23  school, and told that Jaylen was free to stay there for his
24  eighth grade year?
25      A.   Yes, that would be correct.  You could say yes.

1       Q.   And Jaylen did stay?
2       A.   Yes.
3       Q.   So when -- you were talking about this effort to purge
4   African-American students, was that -- that was during
5   Jaylen's eighth grade year, based on the transcript you saw
6   concerning Jaylen and some other students?
7       A.   Yes.
8       Q.   Do you have any other concerns that you are bringing
9   forth in this lawsuit, about Jaylen's education in the Little
10  Rock School District?
11      A.   Not at this time.
12      Q.   Your complaint says that he received unequal treatment
13  -- he, being Jaylen -- received unequal treatment from white
14  students with respect to, among other things, discipline.
15      Did that happen?
16      A.   According to -- talking to Jaylen, the -- things
17  happened that didn't happen to certain students that happened
18  -- that maybe happened to him.
19      So not me being able to see -- sitting in the
20  classroom, and seeing it for myself -- but being reported to
21  me.
22      Q.   Okay.  So all you know about that is what Jaylen told
23  you?
24      A.   What is stated from my son, yes.
25      Q.   Do you remember any specific thing he told you about

1   any white student being treated differently?
2       A.   Not -- not just that specific; just maybe if he
3   talking out, or saying something, then he get in trouble --
4   things like that.
5       But nothing that could really stand out that I can
6   remember, that I could recall that was -- that would stand
7   out.
8       Right now, I can't recall anything other than just
9   differences -- differences in the classroom.
10      Q.   So this case is about primarily race discrimination.
11  Is there any other thing about the way you were treated or
12  Jaylen was treated by the Little Rock School District that
13  you consider to be race discrimination?
14      A.   Is it per se to those transcripts, or just in general?
15      Q.   Just --
16      A.   Just anything that --
17      Q.   Just anything you're complaining about.
18      A.   Just the -- Cloverdale, their school.  I mean, it's
19  not -- it's not an inviting environment for people to go to
20  or for children to be in.
21      When I did go over there to have to go get him from
22  school, or do anything over there, to go drop off, or do
23  anything, it's -- you're going in just like -- it's not
24  inviting.
25      The kids are outside, the rooms are -- they're not

Page 29

1   nice.  They're dirty.  They're -- I mean, it's not a good
2   environment for learning that I could see when I was over
3   there.
4        The rooms are -- don't have -- like one room he was in,
5   you got the metal door.  The door is metal, a little small
6   window, and then they're just closed in.
7        And it's one window unit in the window.  And that's it.
8   No -- they can't see outside, you don't know what's going on
9   outside around you, like you're in a block classroom.  And
10  just dirty and nasty over there.
11  Q.   And Jaylen was at Cloverdale for one semester?
12  A.   Yes.
13  Q.   How many times did you go to Cloverdale?
14  A.   For different things, going up there for to pick him
15  up, going up there to probably meet with a teacher.  Then the
16  -- been there several times, even -- I don't know if it's
17  counting, but outside of going to see him.  It's the same
18  thing when I just go up there regular.  It's not a nice --
19  it's not inviting.
20  Q.   Well, how many times have you been in classrooms at
21  Cloverdale?
22  A.   Probably about six -- about six times, during
23  different occasions, going up there --
24  Q.   So why would you go inside a classroom?
25  A.   After hours, I went to -- Jaylen had choir so they

Page 30

1   would be after school, in choir, practicing.  And I would
2   have to go in to get him, go in the choir room and get him.
3        Go in the choir room, seeing what's going on in there
4   when I'm picking him up.  One time I end up -- when I went to
5   pick him up, his English teacher was still there.  And I went
6   in her classroom and talked with her.
7        I went in another classroom -- well, I got called up
8   there, because Jaylen was doing something.  And I had to go
9   up there.  And I went in that classroom.  And the classrooms
10  are pretty much the same appearance.
11       And what do you mean when you say they were dirty.  Did
12  you ever see them during school hours, first of all?
13  A.   Yes.  They are just dingy, dingy looking, old.
14  Q.   And what I'm trying -- and this may be -- I'll tell
15  you the distinction I'm trying to make between something
16  that's poorly designed, old, bad foundation, not enough light
17  -- just the way the building is made.
18  A.   Uh-huh.
19  Q.   Versus whether somebody's keeping it clean everyday.
20  A.   Just an old building.  I mean --
21  Q.   Right.
22  A.   An old building, need to be repaired, or just wear and
23  tear on it.
24  Q.   Okay.  Your complaint says that Jaylen went to an
25  unequal facility, compared to those attended by white

Page 31

1   students in northwestern and western parts of the school
2   district.
3        So is Cloverdale the unequal facility you're talking
4   about, or is there something else?
5   A.   Yeah, Cloverdale.
6   Q.   Okay, and compared to what school, "attended by white
7   students in the northwestern and western parts of the school
8   district"?
9   A.   Just the difference in between Cloverdale and him
10  being at Forest Heights, the difference in the school, the
11  difference in even the way that you get treated when you go
12  into the office, it's a difference between the schools.  The
13  environment of both schools were different.
14  Q.   So when you say that his facility was unequal to those
15  attended by white students, are you talking about the
16  comparison between Cloverdale and Forest Heights?
17  A.   Yes.
18  Q.   And that's all?
19  A.   Just pretty much, yes.
20       MR. HELLER:    That's all I have.
21       MR. HOLLINGSWORTH:  I've got a couple of questions, Ms.
22  Lampkin.
23            EXAMINATION
24  BY MR. HOLLINGSWORTH:
25  Q.   Was Jaylen ever suspended?

Page 32

1   A.   From?
2   Q.   From middle school?
3   A.   Yeah, he -- he -- I'm trying to think.  He was
4   suspended and I can't remember what for, but yes, he has been
5   suspended.
6   Q.   Do you remember which --
7   A.   It was --
8   Q.   -- school?
9   A.   He got suspended -- I can't remember if it was -- he
10  got suspended from Forest Heights.  I can't remember what
11  year it was, if it was sixth, seventh, or eighth.
12       But I can't remember.  But he had gotten suspended, and
13  I can't remember what for.
14  Q.   How long was he out?
15  A.   About three -- I think, three-day suspension.
16  Q.   Okay.
17  A.   But I can't remember what grade, and what was the
18  reason.
19  Q.   Did Jaylen ever attend Dunbar?
20  A.   No.
21  Q.   You may have already told Mr. Heller this.  This tape
22  recording that we've talked about, I want to ask you about
23  real quick.
24  A.   Uh-huh.
25  Q.   Did you actually listen to the tape --

Page 33

1  A.  No sir.
2  Q.  -- to the recording?
3  A.  No sir.
4  Q.  Have you actually seen a recording?
5  A.  No.
6  Q.  Do you know where the transcript came from?  I mean,
7  I'm sorry, that was not a good question.  Do you know who
8  made the transcript?
9  A.  I don't.
10  Q.  The person who contacted you about this recording, was
11  it a male or a female?
12  A.  That information was bought on to me from the law
13  firm.
14  Q.  Right, but was it a man or woman who --
15  A.  Oh, I'm sorry --
16  Q.  -- talked to you?
17  A.  Man.
18  Q.  And do you remember that person's name?
19  A.  Mr. Walker.
20  Q.  John Walker?
21  A.  John Walker -- yes.
22  Q.  And do you know how Mr. Walker had your name and phone
23  number?
24  A.  I don't know how that was provided to him, I'm not
25  sure how he got my information.

Page 34

1  Q.  Okay.  Now, I haven't looked at the transcript in a
2  long time.  Did it have your name or your son's name in it?
3  A.  I don't know if it had his name, cause there's -- I
4  don't know if it had his name in there.  But the conversation
5  was -- you could tell who they were talking about.
6  MR. HOLLINGSWORTH:  That's all the questions I have.
7  MR. CHILDS:  I don't have any questions.
8  [Whereupon the deposition concluded at 11:55 a.m.]
9  [Witness waived reading and signing of deposition.]
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 35

1                CERTIFICATE
2  STATE OF ARKANSAS ]
3  COUNTY OF PULASKI ]  ss
4  I, Stephanie G. Branton, an Arkansas Certified Court Reporter
5  and Notary Public in and for the aforesaid county and state,
6  do certify that the witness herein was sworn by me prior to
7  the taking of the testimony as to the truth of the matters
8  attested to and contained herein; that the testimony of
9  witness was taken, by Stenomask, in accordance with the Rules
10  of Civil Procedure, and the questions and answers were
11  reduced to typewriting by me; that the deposition is a true
12  and correct record of all proceedings, to the best of my
13  knowledge and belief. The review of the transcript was not
14  requested by the deponent. I further certify that I am
15  neither counsel for, related to, nor employed by any of the
16  parties to this action; I am not a relative or employee of
17  any attorney or counsel employed by the parties, nor
18  financially or otherwise interested in the outcome of this
19  action; that I have no contract with the parties, attorneys,
20  or any person with an interest in this action that would
21  affect impartiality. WITNESS MY HAND AND
22  SEAL as court reporter on this 21st day of April,  2017.
23                _____
24                STEPHANIE G. BRANTON, CCR
25

Page 36

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**********************************
LAKESHA DOES, Et. Al.          PLAINTIFFS
V.          Case No. 4:15-CV 623 DPM
MICHAEL POORE, Et. Al.          DEFENDANTS
**********************************

ORAL DEPOSITION OF JAYLEN LAMPKIN
TAKEN IN LITTLE ROCK, ARKANSAS
MONDAY, APRIL 3, 2017
AT INSTANCE OF DEFENDANTS
**********

APPEARANCES
ON BEHALF OF THE PLAINTIFFS:
SHAWN CHILDS, ESQ.
John W. Walker, PA
1723 S. Broadway
Little Rock, AR  72206

ON BEHALF OF THE DEFENDANTS:

CHRISTOPHER HELLER, ESQ.
Friday Eldredge Clark
400 W. Capitol, Suite 2300
Little Rock, AR 72201
PATRICK HOLLINGSWORTH, ESQ.
ROSALYN MIDDLETON, ESQ.
Assistant Attorneys General
323 Center Street, Suite 200
Little Rock, AR  72201


Also present: Sonya Lampkin

Page 2

## CONTENTS

PAGE

APPEARANCES          1

STIPULATIONS          3

WITNESS SWORN          4

EXAMINATION BY MR. HELLER          4

COURT REPORTER'S CERTIFICATE          9

Page 3

STIPULATIONS

The oral deposition of JAYLEN LAMPKIN, produced, sworn and

examined in the offices of John W. Walker, P.A., 1723

Broadway, Little Rock, Arkansas, commencing at 12:00 p.m. on

Monday, April 3, 2017, in the captioned cause at the instance

of the counsel for the Defendants, said deposition being

taken according to the terms and provisions of the Federal

Rules of Civil Procedure.

It is hereby stipulated and agreed by and between parties

that all forms and formalities in the filing of said

deposition are hereby waived by the parties, and that this

deposition shall be taken for use as permitted by the Federal

Rules of Civil Procedure.

Page 4

```
 1    WHEREUPON,
 2              JAYLEN LAMPKIN
 3    having been called to testify, was duly sworn and testified
 4    as follows:
 5              EXAMINATION
 6    BY MR. HELLER:
 7    Q.  Jaylen, my name is Chris Heller.  I represent the
 8    Little Rock School District.  I'm going to be asking you a
 9    couple of questions.
10    A.  Yes sir.
11    Q.  It won't take long.  And please, if you don't
12    understand my question, or would like for me to rephrase it
13    for any reason, just ask me, and I'll be happy to do that,
14    okay?
15    A.  Yes sir.
16    Q.  And please also continue to answer verbally so that
17    Ms. Branton can record your answers.
18    A.  Yes sir.
19    Q.  Where do you go to school?
20    A.  Parkview.
21    Q.  Where did you go to middle school?
22    A.  Forest Heights, and Cloverdale.
23    Q.  And you were at Cloverdale for how long?
24    A.  Half a semester, I believe.
25    Q.  What did you think about Cloverdale?
```

EXHIBIT 4

Page 5

1    A.   It was all right.
2    Q.   Did they clean the school every night?
3    A.   I don't really know.
4    Q.   Okay.  It's a pretty old school, isn't it?
5    A.   Yes sir.
6    Q.   You were at Forest Heights when it changed from a
7    middle school to a STEM school?
8    A.   Yes sir.
9    Q.   And you stayed at Forest Heights after they changed,
10   right?
11   A.   Yes sir.
12   Q.   Did anybody try to discourage you from staying there?
13   A.   No sir.
14   Q.   Do you know anyone who was discouraged from staying
15   there?
16   A.   No sir.
17   Q.   Do you recall the names of your teachers during your
18   eighth grade year there?  For example, your English teacher?
19   A.   Yes sir.
20   Q.   Who was that?
21   A.   Ms. Sargent [phonetic spelling].
22   Q.   Sargent?  Okay.  And who was your science teacher?
23   A.   Ms. Literman [phonetic spelling].
24   Q.   And what about math?
25   A.   I don't remember.

Page 6

1    Q.   Was it a --
2    A.   It was a male.
3    Q.   And do you remember your social studies teacher?
4    A.   Ms. Gayle [phonetic spelling].
5    Q.   Was 'Gayle' her last name, or her first name?
6    A.   Last name.
7    Q.   And how did you do in those classes?
8    A.   Not so good.
9    Q.   Did you have any disciplinary problems in any of those
10   classes?
11   A.   Yes sir.
12   Q.   Which ones?
13   A.   English, mostly English.
14   Q.   What kind of problems?
15   A.   Talking, and talking back.
16   Q.   So you were talking back to Ms. Sargent?
17   A.   Yes sir.
18   Q.   Why were you doing that?
19   A.   Just the way she would talk to me, I would talk back.
20   Because I really didn't like the way she would talk to me.
21   Q.   What was she doing that you didn't like?
22   A.   She would come to me like disrespectful, angry
23   sometimes.
24   Q.   Did any other kids in her class have the same issues
25   with her that you did?

Page 7

1    A.   Yes sir -- one.
2    Q.   Who was that?
3    A.   Kionte Armstrong [phonetic spelling].
4    Q.   Were you ever recommended for suspension by Ms.
5    Sargent?
6    A.   I don't know.  I don't believe so.  Yes -- once, I
7    think.
8    Q.   And what was that for?
9    A.   I think, talking back.  I think she was tired of me
10   talking back.
11   Q.   Do you know whether Kionte was ever suspended?
12   A.   Yes sir, but I don't think it was out of her class.
13   Q.   Did you fail any classes at Forest Heights?
14   A.   I believe, English.  I failed English, and -- yeah,
15   English.  That's it.
16   Q.   Did you have to go to summer school?
17   A.   Yes sir.
18   Q.   After which year?
19   A.   Eighth grade.
20   Q.   And you passed summer school?
21   A.   Yes sir.
22   Q.   Were there times in the Little Rock School District
23   where you thought you were being treated differently from
24   white students?
25   A.   I don't -- no sir, I don't believe so.

Page 8

1    Q.   Why did you pick Parkview High School?
2    A.   Because of the vocal magnet.
3    Q.   How did you -- did you do some research on high
4    schools?  How did you --
5    A.   I heard --
6    Q.   -- decide --
7    A.   -- [inaudible] --
8    Q.   I'm sorry, I interrupted you.
9    A.   I'm sorry.  I heard from other students that they had
10   a good vocal magnet area.  So that's why I decided Parkview.
11   Q.   Were you involved in any sort of band or choir or
12   music-related extracurricular things at Forest Heights?
13   A.   No sir.
14   Q.   So you are in the -- Parkview Magnet School is divided
15   into a science part and performing arts?
16   A.   Yes sir.
17   Q.   So you're on the arts side?
18   A.   Yes sir.
19   Q.   And do you have vocal music now?
20   A.   Yes sir.
21        MR. HELLER:  I think that's all I have.
22        MR. HOLLINGSWORTH:  I don't have any questions.
23        MR. CHILDS:  No questions.
24   [Whereupon the deposition concluded at 12:05 p.m.]
25   [Witness waived reading and signing of deposition.]

Page 9

```
 1              CERTIFICATE
 2   STATE OF ARKANSAS ]
 3   COUNTY OF PULASKI ]  ss
 4   I, Stephanie G. Branton, an Arkansas Certified Court Reporter
 5   and Notary Public in and for the aforesaid county and state,
 6   do certify that the witness herein was sworn by me prior to
 7   the taking of the testimony as to the truth of the matters
 8   attested to and contained herein; that the testimony of
 9   witness was taken, by Stenomask, in accordance with the Rules
10   of Civil Procedure, and the questions and answers were
11   reduced to typewriting by me; that the deposition is a true
12   and correct record of all proceedings, to the best of my
13   knowledge and belief. The review of the transcript was not
14   requested by the deponent. I further certify that I am
15   neither counsel for, related to, nor employed by any of the
16   parties to this action; I am not a relative or employee of
17   any attorney or counsel employed by the parties, nor
18   financially or otherwise interested in the outcome of this
19   action; that I have no contract with the parties, attorneys,
20   or any person with an interest in this action that would
21   affect impartiality. WITNESS MY HAND AND
22   SEAL as court reporter on this 21st day of April,  2017.
23             _____
24              STEPHANIE G. BRANTON, CCR
25
```

Page 10

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Transcript of the Testimony of

# Alvronia Robinson

**Date:** March 17, 2017

**Case:** Lakesha Doe, et al v. Michael Poore, et al

**Bushman Court Reporting**
Janess Ferguson Smith
Phone:  (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

EXHIBIT 5

## Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE and her
minor child, DENNIS DOE; PARENT
PLAINTIFF CLAUDIUS JOHNSON; and his
minor child, CHRISTIAN DOE; PARENT
PLAINTIFF EVELYN DOE and her minor
child, EDWARD DOE; PARENT PLAINTIFF
CANDICE DOE and her minor children,
JAMES DOE and JADE DOE; and PARENT
PLAINTIFF SONYA DOE and her minor child,
JOHNNY DOE; JOY C. SPRINGER; and JIM ROSS
                    PLAINTIFFS

VS.          CASE NO. 4:15-CV-000623 DPM

MICHAEL POORE, in his Official Capacity
as Superintendent of the Little Rock
School District,
                    DEFENDANTS

ORAL DEPOSITION OF ALVRONIA ROBINSON

March 17, 2017

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas 72201
501.372.5115

## Page 2

         A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
 GALE STEWART, ESQ.
 One River Oaks Circle
 Little Rock, Arkansas 72207

 SHAWN G. CHILDS, ESQ.
 John W. Walker Law
 1723 South Broadway
 Little Rock, Arkansas 72206

ON BEHALF OF THE DEFENDANTS:
 CHRISTOPHER HELLER, ESQ.
 Friday, Eldredge & Clark
 400 West Capitol
 Suite 2000
 Little Rock, Arkansas 72201

 PATRICK E. HOLLINGSWORTH, ESQ.
 Office of the Attorney General
 323 Center Street
 Suite 200
 Little Rock, Arkansas 72201

## Page 3

               I N D E X

EXAMINATION
  By Mr. Heller . . . . . . . . . . . .   5
EXAMINATION
  By Mr. Childs . . . . . . . . . . . .  55
EXAMINATION
  By Mr. Heller . . . . . . . . . . . .  57

## Page 4

1    ANSWERS AND DEPOSITION OF ALVRONIA
2  ROBINSON, a witness produced at the request of the
3  Defendants, was taken in the above-styled and
4  numbered cause on the 17th day of March, 2017, before
5  Janess Ferguson Smith, Certified Court Reporter and
6  Notary Public in and for Saline County, Arkansas, at
7  the Offices of John Walker, 1723 South Broadway,
8  Little Rock, Arkansas, at 9:31 a.m.
9
10        * * * * * * * * * *
11
12        S T I P U L A T I O N S
13      It is stipulated and agreed by and between
14  the parties through their respective counsel that the
15  deposition of ALVRONIA ROBINSON may be taken for any
16  and all purposes according to the Federal Rules of
17  Civil Procedure.
18        * * * * * * * * * *

## Page 5

1        ALVRONIA ROBINSON,
2  the witness hereinbefore named, having first been
3  duly cautioned and sworn or affirmed to tell the
4  truth, the whole truth and nothing but the truth,
5  testified as follows:
6        EXAMINATION
7  BY MR. HELLER:
8  Q.  Good morning, Ms. Robinson.  My name is Chris
9  Heller, and I represent the Little Rock School
10  District in the lawsuit that you and your daughter
11  and others have brought against the district.  Would
12  you tell us your name again for the record, please?
13  A.  Alvronia Robinson.
14  Q.  And, Ms. Robinson, I'm going to ask you some
15  questions today, and I am going to ask you to answer
16  verbally, because the court reporter is recording
17  everything we say, and we're trying to make a record
18  of your testimony.  Okay?
19  A.  Okay.
20  Q.  And anytime you would like to take a break, as
21  long as there is not a question pending, just let me
22  know, and we'll be happy to take a break.
23  A.  Okay.
24  Q.  If there is any question I ask you that you
25  don't understand or would like me to rephrase for any

## Page 6

1  reason, please let me know, and I'll be happy to do
2  that.
3  A.  Okay.
4  Q.  And, finally, would you agree to make your
5  answers as complete and thorough as you can so that
6  I'll be in a position to rely on them when we go to
7  trial in this case?
8  A.  Yes.
9  Q.  Where do you live?
10  A.  I live at 1923 Main, Apartment 2, Little Rock,
11  Arkansas.
12  Q.  Who lives there with you?
13  A.  Me, my daughter, and my mother.
14  Q.  And what is your daughter's name?
15  A.  Lyric Louden.
16  Q.  How long have you lived at 1923 Main?
17  A.  A little over six months.
18  Q.  Where did you live before that?
19  A.  5301 South Barrow Drive, Little Rock, Arkansas.
20  Q.  Who lived with you at that address?
21  A.  The same people.
22  Q.  Okay.  And how long did you live there?
23  A.  Three and a half years.  Well, no.  One school
24  year, one whole school year.
25  Q.  Okay.  So would that be the 2015-'16 school

## Page 7

1  year?
2  A.  Yes.
3  Q.  Okay.  Are you married?
4  A.  No.
5  Q.  Have you ever been married?
6  A.  No.
7  Q.  Where did you live before Barrow Road?
8  A.  Before Barrow Road, 111 East 24th Street.
9  Q.  And who lived with you at that address?
10  A.  Me and my two daughters.
11  Q.  And you mentioned Lyric Louden is one of your
12  daughters.  What is the name of one of your other
13  daughter?
14  A.  Cashae Louden.
15  Q.  Is that C-a-s-h-a-e?
16  A.  Yes.
17  Q.  How old is Cashae?
18  A.  She is 24.
19  Q.  What does she do?
20  A.  She is in grad school right now.
21  Q.  Where is she in school?
22  A.  At it's called, hold on, Pratt University.
23  Q.  Where is that located?
24  A.  Brooklyn, New York.
25  Q.  Okay.  What is she studying?

## Page 8

1  A.  She is going to be, what is it,
2  international -- like a reporter.
3  Q.  Okay.  Did she graduate from the Little Rock
4  School District?
5  A.  Yes.
6  Q.  Which high school?
7  A.  Central.
8  Q.  Did she go to Central for all four years?
9  A.  Yes.
10  Q.  Where did you live before 29th Street?
11  A.  There.
12  Q.  For how long?
13  A.  For almost ten years.
14  Q.  Okay.  And would you tell me about your
15  education?
16  A.  Graduate of Little Rock Central High, some
17  college.
18  Q.  Okay.  Where did you attend college?
19  A.  Pulaski Tech.
20  Q.  What did you study there?
21  A.  Just my basics.
22  Q.  How long were you enrolled?
23  A.  Two years.
24  Q.  And why did you leave?
25  A.  Family.

**2  (Pages 5 to 8)**

Alvronia Robinson 3/17/2017                     Lakesha Doe, et al v. Michael Poore, et al

Page 9

1    Q.   Okay.  Could you elaborate a little bit?
2    A.   Single parent, had to take care of my girls.
3    Q.   Okay.  So I presume you went to work?
4    A.   Uh-huh.
5    Q.   Where did you go to work?
6    A.   I started out as a nurse, left that field and
7    went into law enforcement.
8    Q.   Okay.  Where did you work as a nurse?
9    A.   I worked at Arkansas Healthcare personnel pool,
10   but basically the state hospital.
11   Q.   And what years were you employed as a nurse,
12   roughly?
13   A.   From '95 to about 2000.
14   Q.   Okay.  So was it in 2000 that you took a job in
15   law enforcement?
16   A.   Yes.
17   Q.   With whom?
18   A.   Pulaski County.
19   Q.   What was your job title?
20   A.   Deputy.
21   Q.   And what were your duties as a deputy?
22   A.   I started out as Housing, and then after five
23   years moved to Transportation.
24   Q.   So when you say "deputy," does that mean you
25   were a deputy sheriff?

Page 10

1    A.   Uh-huh, in housing.
2    Q.   Okay.  Is there someone other than the sheriff
3    that's in charge of the Housing division, someone you
4    reported to?
5    A.   My supervisors?
6    Q.   Yes.
7    A.   Yes, I had Sergeant Redmond, Lieutenant Rouse.
8    Q.   Did you have any rank other than deputy?
9    A.   No.
10   Q.   Did you have any training for that job?
11   A.   No.
12   Q.   So when you were a deputy working in the
13   Housing division, what kind of things did you do?
14   A.   Supervised inmates from adults to kids.
15   Q.   Okay.  At what location?
16   A.   Roosevelt in the jail.
17   Q.   Okay.  You did that for five years and then
18   moved to Transportation?
19   A.   I did Housing for almost -- yeah, yeah, five
20   years, and then Transport ten.
21   Q.   Okay.  So in about 2005 you would have moved
22   from one division to the other?
23   A.   Yes.
24   Q.   Okay.  Why did you do that?
25   A.   Just moved around in the system.

Page 11

1    Q.   Okay.  And what kind of work did your job as a
2    deputy in the Transportation division entail?
3    A.   Transporting them to and from court, to and
4    from hospital visits, to and from the penitentiary.
5    Q.   And when you say "transporting them," you are
6    referring to inmates?
7    A.   Inmates.
8    Q.   Of Pulaski County?
9    A.   Yes.
10   Q.   Okay.  And when did you leave your job as
11   deputy?
12   A.   2012.
13   Q.   Okay.  Why did you leave?
14   A.   I got sick on the job.
15   Q.   So was it your decision to leave?
16   A.   No.
17   Q.   Tell me what happened.
18   A.   Well, I was diagnosed with lupus.
19   Q.   Okay.  So would you explain how that relates to
20   doing your job as a deputy?
21   A.   I couldn't perform my duties to the
22   specification, and my doctor wouldn't let me go back
23   into it.
24   Q.   Okay.  So was the decision your decision with
25   your doctor's advice, or did somebody in Pulaski

Page 12

1    County say you could no longer perform the job?
2    A.   No, my doctor.
3    Q.   So did you take another job in 2012?
4    A.   No.
5    Q.   Okay.  So are you now retired?
6    A.   Yes.
7    Q.   And you have been retired since 2012?
8    A.   Yes.
9    Q.   Do you do any kind of work at all, part-time,
10   at home, anything?
11   A.   No.
12   Q.   What did you do to prepare for the deposition
13   today?
14   A.   Nothing.
15   Q.   Okay.  You didn't read any documents, or review
16   the Complaint, or talk to anybody?
17   A.   No.
18   Q.   How many of the other Plaintiffs in this case
19   do you know personally?
20   A.   None.
21   Q.   Have you ever spoken with any of them?
22   A.   As far as just in the office, no.
23   Q.   Well, anywhere?  Have you ever talked to any of
24   the other Plaintiffs about this lawsuit?
25   A.   No.

3 (Pages 9 to 12)

Alvronia Robinson 3/17/2017                    Lakesha Doe, et al v. Michael Poore, et al

Page 13

1   Q.   How did you become involved in the lawsuit?
2   A.   Well, I was complaining about it, and my
3   neighbor at the time where I stayed, neighborhood
4   alert supervisor, informed me of Mr. Walker and gave
5   me his number to call.
6   Q.   And who were you complaining to?
7   A.   Ms. Carla.
8   Q.   Do you know her last name?
9   A.   No, I do not.
10  Q.   She is your neighbor?
11  A.   She was my neighbor.
12  Q.   When you lived where?
13  A.   On South Barrow.
14  Q.   When was the last time you spoke with
15  Ms. Carla?
16  A.   It was this summer in August.
17  Q.   And what were you complaining to her about?
18  A.   The transition that happened with my daughter
19  being moved from her school to McClellan.
20  Q.   Okay.  Anything else?
21  A.   No.
22  Q.   Is that the thing you called Mr. Walker about?
23  A.   Yes.
24  Q.   Have you ever been involved in any other
25  lawsuits?

Page 14

1   A.   No.
2   Q.   Have you ever filed any kind of claims with any
3   administrative agency or anything else?
4   A.   No.
5   Q.   Have you ever testified in court?
6   A.   No.
7   Q.   Have you ever given a deposition before?
8   A.   No.
9   Q.   Have you ever heard of the Joshua Intervenors?
10  A.   No.
11  Q.   Do you have any other children besides Lyric
12  and Cashae?
13  A.   No.
14  Q.   Is Lyric now a 12th grade student?
15  A.   Yes.
16  Q.   Did she begin school in the Little Rock School
17  District?
18  A.   Yes.
19  Q.   Was she in the pre-K program, or did she start
20  in Kindergarten?
21  A.   Kindergarten.
22  Q.   Where did she go to kindergarten?
23  A.   Martin Luther King.
24  Q.   Where did she go to school for the rest of her
25  elementary years?

Page 15

1   A.   Martin Luther King.
2   Q.   Where did she go to middle school?
3   A.   Dunbar.
4   Q.   And where did she go to high school year, by
5   year?
6   A.   Central, ninth and tenth, eleventh grade
7   McClellan, and back to Central.
8   Q.   Is she on track to graduate Central this
9   spring?
10  A.   Yes.
11  Q.   What does she plan to do after graduation?
12  A.   Going to college.
13  Q.   Has she already selected a college?
14  A.   Yes.
15  Q.   Where is she going?
16  A.   Arkansas State.
17  Q.   Do you know what she is going to study there?
18  A.   Like her big sister, journalism.
19  Q.   Okay.  Is she going to the Jonesboro campus?
20  A.   Yes.
21  Q.   How was Lyric assigned to King; was it based on
22  your address or something else?
23  A.   I think my address.
24  Q.   How was she assigned to Dunbar?
25  A.   Address.

Page 16

1   Q.   Okay.  So in both cases you received notice
2   from the student assignment office that based on
3   where you lived Lyric would attend Martin Luther King
4   and then Dunbar; correct?
5   A.   (Witness nods head.)
6   Q.   You will have to say "yes."
7   A.   Yes.
8   Q.   Did she receive transportation to those
9   schools?
10  A.   Yes.
11  Q.   Okay.  And then how was Lyric assigned to
12  Central?
13  A.   Same way.
14  Q.   Okay.  So Central was the school she was
15  assigned to by attendance zone based on your address?
16  A.   Yes.
17  Q.   How was she assigned to McClellan?
18  A.   I moved while she was still in the tenth grade
19  year, and I talked to the assistant principal over
20  there, and he just gave me a transportation bus
21  schedule.
22  Q.   Okay.  So were you assigned to McClellan -- was
23  Lyric assigned to McClellan based on the address to
24  which you moved?
25  A.   That following -- I guess from what was told to

4 (Pages 13 to 16)

## Page 17

1  me when I was registering her, that she had to go a
2  year at Central, that she still had a bus schedule
3  from over there.
4          But the day before school started, that
5  Friday before school started I got a call from
6  student assignment saying that they were going to
7  transfer her due to her address change.
8  Q.   Okay.  So do you know whether or not McClellan
9  is the zoned school for the address you lived at at
10 that time?
11 A.   No.
12 Q.   Do you have any reason to question whether or
13 not McClellan was the zoned school based on the
14 address where you lived at that time?
15 A.   No.
16 Q.   Your answer may be different, depending on
17 whether or not you were working at the time or
18 retired, but can you tell me generally how much time
19 you spent or how often you visited the various
20 schools to which Lyric was assigned, Martin Luther
21 King and Dunbar?
22 A.   Martin Luther King, pretty much every time they
23 had something going on, or teachers needed to see me
24 or anything.
25          Dunbar, when a teacher needed to see me for

## Page 18

1  something dealing with the school, or her progress.
2  And Central, just teachers night, parent-teachers
3  conference night.
4  Q.   Okay.  So this year, for example, how many
5  times did you go to Central?
6  A.   Did I go to Central, twice.
7  Q.   And what were the occasions?
8  A.   Parent-teachers conference, and meet and greet.
9  Q.   Were you a member of any parent-teacher
10 organization at any of these schools?
11 A.   No.
12 Q.   How did Lyric do as a student at Martin Luther
13 King?
14 A.   Excellent.
15 Q.   Was she involved in any extracurricular
16 activities?
17 A.   No.  Well, at Martin Luther King, no.
18 Q.   Was she in any sort of special programs, like
19 Gifted and Talented, or anything like that?
20 A.   No.
21 Q.   What about at Dunbar, how did she do at Dunbar?
22 A.   The same.
23 Q.   Okay.  Was she involved in any extracurricular
24 activities there?
25 A.   She was there with the teachers whenever they

## Page 19

1  needed something.  I couldn't really say, because at
2  Dunbar her teachers, they got to know their students.
3          They was -- you really couldn't tell what
4  kid was in a special program or if they were just
5  taking time up with the students.
6  Q.   Okay.  Do you know whether or not Lyric had any
7  pre AP classes at Dunbar?
8  A.   Yes.  She was in pre AP English, and I want to
9  say math.  I'm not for sure.  It's been so long.
10 Q.   So it sounds like you were happy with the
11 teachers at Dunbar?
12 A.   Yes.
13 Q.   And the principal?
14 A.   Yes.
15 Q.   Do you feel that Lyric got a good education at
16 Martin Luther King and at Dunbar?
17 A.   Yes.
18 Q.   One of our student forms lists an address for
19 you 2419 South Louisiana that I don't think you
20 mentioned.
21 A.   That was signing her up over here when I stayed
22 with my cousin before I got my -- my apartment got
23 ready.
24 Q.   So who lives at that address?
25 A.   That's my cousin Antoine (phonetic).

## Page 20

1  Q.   What's his last name?
2  A.   He's in-law cousin.  I want to say Jackson.
3  Q.   Okay.  Did you ever actually live at that
4  address?
5  A.   For a week.  Then my apartment came available.
6  Q.   And is that the address you used to --
7  A.   When school started up?
8  Q.   Yes.
9  A.   Uh-huh.
10 Q.   And is that address in Central zone?
11 A.   Yes.
12 Q.   So what school zone do you live in today?
13 A.   Central.
14 Q.   Okay.  How long have you lived in Central zone?
15 A.   Six months now.
16 Q.   Did you ever appeal to the student assignment
17 office or anywhere else, any of Lyric's assignments?
18 A.   Yes.
19 Q.   Which one, or which ones?
20 A.   McClellan.
21 Q.   When did you do that?
22 A.   That whole first week of school that year, the
23 eleventh grade year.
24 Q.   Okay.
25 A.   2015-2016.

Alvronia Robinson 3/17/2017                                Lakesha Doe, et al v. Michael Poore, et al

Page 21

1   Q.   Okay.  So the 2015-2016 school year was the
2   year Lyric was assigned to McClellan; correct?
3   A.   Uh-huh.
4   Q.   You have to say "yes" or "no."
5   A.   Yes.
6   Q.   And when -- during the first week of school is
7   when you appealed that assignment?
8   A.   Yes.
9   Q.   Did you try to go to Central that year?
10  A.   The first day of school when she found out that
11  they had took her out.
12  Q.   Okay.  So Lyric went to Central for the first
13  day of school in 2015?
14  A.   Yes.
15  Q.   And then what happened?
16  A.   I had to go pick her up and was at the student
17  assignment office that whole week arguing with the
18  supervisors.
19  Q.   Tell me who you spoke with at the student
20  assignment office.
21  A.   I cannot remember her name, but she did tell me
22  she was the supervisor down there and that there was
23  nothing I could do because my school, my address put
24  her in McClellan zone, and that the assistant
25  principal at Central should not have told me that she

Page 22

1   had a bus and that she could stay there unless she
2   was an 11th grader already going into the 12th grade.
3   Q.   Okay.  So the person you spoke with student
4   assignment was a woman?
5   A.   Yes.
6   Q.   African-American?
7   A.   Yes.
8   Q.   Okay.  And did you appeal to some other level
9   that she was telling you about Lyric having to go to
10  McClellan?
11  A.   I basically pretty much filled out the papers
12  that she gave me, the appeal papers that she gave me,
13  turned them into her, and she said by -- after the
14  holiday, Labor Day with the weekend, they weren't
15  going to do anything until after that holiday come
16  in.  And if she got approved, then she would make it
17  to the slot that they had available.
18  Q.   Okay.
19  A.   Nothing ever happened.
20  Q.   Okay.  So the record I have says, "Assignment
21  appeal granted."
22  A.   When?
23  Q.   Are you saying that you have never had an
24  assignment appeal granted?
25  A.   No.

Page 23

1   Q.   Did you ever hear anything from anybody as a
2   result of your appeal?
3   A.   No.
4   Q.   Did you ever ask again at the student
5   assignment office or anywhere else what happened to
6   your appeal?
7   A.   Yes.
8   Q.   Who did you talk to?
9   A.   The supervisor.
10  Q.   Same person?
11  A.   Same person.
12  Q.   Did you ever talk to anyone about Lyric's
13  assignment to McClellan, other than this one woman?
14  A.   No.
15  Q.   Okay.  Did the woman you spoke to ever tell you
16  that your appeal was denied?
17  A.   No.
18  Q.   Is Lyric's grandmother Pauline Hooks
19  (phonetic)?
20  A.   Yes.
21  Q.   Now, Ms. Robinson, I want to ask you a couple
22  of questions about your Complaint, and I'm going to
23  place a copy in front of you so you can read along
24  with me if you care to.
25       That is, best I can tell, your concerns and

Page 24

1   those of your daughter begin on page four under the
2   heading Plaintiff Alice Doe and Student Plaintiff
3   Lisa Doe; is that correct?
4   A.   Yes.
5   Q.   So the Complaint says that when she was 16, I
6   guess at the time of the Complaint Lyric was assigned
7   to McClellan?
8   A.   Yes.
9   Q.   And that was correct at the time?
10  A.   Yes.
11  Q.   But she is now assigned to Central?
12  A.   Yes.
13  Q.   And is it correct that you moved in January of
14  Lyric's tenth grade year at Central?
15  A.   Yes.
16  Q.   But Lyric remained at Central for the remainder
17  of her tenth grade year; right?
18  A.   Yes.
19  Q.   And the Little Rock School District provided
20  transportation for Lyric from an address outside the
21  Central zone to Central?
22  A.   Yes.
23  Q.   And were you involved in arranging the
24  transportation?
25  A.   Yes.

6 (Pages 21 to 24)

Page 25

1  Q.  Tell me what you did and who you spoke to and
2  how that happened.
3  A.  Her assistant principal at the time -- what is
4  his -- I can't recall his name, but he is still there
5  at Central, tenth grade assistant principal.
6  Q.  Okay.  Do you know his race?
7  A.  Black.
8  Q.  Is there just one assistant principal at
9  Central responsible for the tenth grade?
10 A.  I think it's two.
11 Q.  Okay.  Okay.  Well, you don't recall his name?
12 A.  (Witness shakes head.)
13 Q.  Well, can you --
14 A.  I have a little problem due to my seizures I
15 used to have, so excuse me if I don't remember half
16 the names, but...
17 Q.  Okay.  Well --
18 A.  -- they remember me.
19 Q.  So what -- how was transportation arranged for
20 Lyric to remain in Central during tenth grade year?
21 A.  He noticed her being late for school a lot, and
22 so he told me that they had a bus, and he gave her a
23 bus to pick her up.
24     He said there were several kids over there
25 that caught the bus, and from that point on, she

Page 26

1  caught the bus throughout the remainder of the school
2  year.
3  Q.  Okay.  And how was she getting to school before
4  the bus transportation was arranged?
5  A.  Me.
6  Q.  So in what I can see in her records, she was
7  late or absent a lot for her first period class?
8  A.  Uh-huh.
9  Q.  Is that correct?
10 A.  Yes.
11 Q.  Okay.  And you're aware of that because you
12 were the one that was bringing her to school before
13 she got the bus?
14 A.  Yes.
15 Q.  So Lyric finished her tenth grade year at
16 Central even after you had moved out of the Central
17 zone?
18 A.  Yes.
19 Q.  When, when did you report your change of
20 address to the student assignment office?
21 A.  Right when it was time to register for school,
22 the assistant principal had called and notified me
23 and told me all I needed to do was go to the student
24 assignment office and give them the new address.
25     Everything would still be the same.  He had

Page 27

1  our bus schedule and everything still the same.  All
2  I had to do was go down there and report our address.
3  Q.  Okay.  Who was that assistant principal?
4  A.  The same, the same like gentleman at
5  Central.
6  Q.  Okay.  Who was as you recall a black male?
7  A.  Yes.
8  Q.  Okay.  And so when you say in paragraph 19 of
9  this Complaint that you were advised by Lisa Doe's
10 administrator that she should change her address,
11 that's the black male principal who had
12 gave you that advice?
13 A.  Yes.
14 Q.  And he also told you that changing your address
15 would not affect her assignment to Central or her
16 transportation?
17 A.  Yes.
18 Q.  So what happened when you went to the student
19 assignment office?  Would this have been -- first of
20 all, did you go to the student assignment office in
21 August of 2015?
22 A.  Yes.
23 Q.  Who did you talk to down there?
24 A.  Oh, at that time a young female.  She was
25 helping us.  There were a bunch of parents down

Page 28

1  there.  She was the next person that came up to the
2  desk.
3  Q.  Okay.  What was her race?
4  A.  She was black.
5  Q.  And is she the person who told you that your
6  assignment would be McClellan?
7  A.  No.  She just took my information and told me
8  I'll hear from them, and if not everything would be
9  okay.  Asked me was everything correct, and I told
10 her yes, and that was it.
11 Q.  Okay.  So paragraph 20 of the Complaint says
12 that you received notice that Lyric's school
13 assignment would be McClellan.  When did you get that
14 notice?
15 A.  I got that notice that Friday by telephone.
16 Q.  Who was it you talked to on the telephone?
17 A.  I cannot remember his name.  The gentleman that
18 called me, I can't remember his name, but he told me,
19 Don't shoot the messenger.  I am just giving what the
20 computer put in.
21     And I tried to explain to him that I was
22 told everything would be the same, that she wouldn't
23 change schools.  So he instructed me to come down and
24 fill out a paper asking to be put back into Central.
25     And when I did go down there, the woman at

Page 29

1    the counter said I needed to speak to the supervisor,
2    so I said okay. She told me to stand to the side.
3         I was standing to the side for about a good
4    five minutes. Then the supervisor told me to go into
5    her office. We talked.
6         She said there is nothing she could do
7    because of the address. My daughter would be at
8    McClellan for that year and that they only moved them
9    if she was already in the 11th grade going to the
10   12th grade.
11   Q.   Okay.
12   A.   And I was like, I was under the impression I
13   was told that wouldn't nothing change. She could
14   stay at Central.
15   Q.   Okay.
16   A.   And she pretty much kept it calm, just told me
17   that all I could do was fill out that paperwork and
18   see if they will put her in school, but wouldn't
19   nothing be changed until after the holidays, after
20   September when they get back in.
21   Q.   Okay. So there are two more people I want to
22   ask you about. One is the person who called you.
23   Did you ever meet that person?
24   A.   No. I never met him.
25   Q.   You know it was a male. Do you know the

Page 30

1    person's race?
2    A.   He sounded like he was black, but I don't know.
3    Q.   And then what about the supervisor you met with
4    who told you that her assignment would be McClellan,
5    but you could fill out paperwork for a transfer?
6    A.   She is black.
7    Q.   Okay. Do you remember her name?
8    A.   No.
9    Q.   But she was a supervisor, or is a supervisor in
10   the student assignment office?
11   A.   Yes.
12   Q.   So Lyric went to McClellan for her 11th grade
13   year; right?
14   A.   Yes.
15   Q.   How did she do there?
16   A.   Not good.
17   Q.   Could you elaborate on that?
18   A.   She got into it with two of the teachers. She
19   didn't like the facility. She didn't like that she
20   didn't know anybody, and she pretty much almost
21   dropped out of school.
22   Q.   How did she get to school at McClellan?
23   A.   Walked.
24   Q.   How far did you live from the school?
25   A.   I would say a block.

Page 31

1    Q.   How were Lyric's grades at McClellan?
2    A.   C, C, B.
3    Q.   Okay. Was she involved in any extracurricular
4    activities?
5    A.   No.
6    Q.   Did she participate in any AP or pre AP
7    classes?
8    A.   No.
9    Q.   Your Complaint says in paragraph 21 that upon
10   information -- or 22, I'm sorry, Upon information and
11   belief white students from other surrounding
12   districts were allowed to have priority enrollment at
13   the preferred high schools that were not academically
14   distressed.
15        What information do you have to support
16   that statement?
17   A.   The district, how they say your school is by
18   your zone, they changed the zoning for areas for
19   Central that year.
20   Q.   What year?
21   A.   Her 11th grade year, 2015-2016 year.
22   Q.   They changed the zoning for Central?
23   A.   Yes.
24   Q.   Okay. And that's what you mean -- I mean
25   what -- first of all, how do you know they changed

Page 32

1    the zoning for Central for the 2015-2016 school year?
2    A.   The areas for 12th Street, the areas for
3    Chenal, the areas for the East End, that was the
4    majority of Central -- well, the areas for the 12th
5    Street area, for the East End was Central, and Chenal
6    had Parkview, J.A. Fair, and Hall. Central had
7    always been 12th Street, East End, and over here off
8    of Main.
9    Q.   So how did you become aware that Central had
10   changed that particular 2015-'16 school year?
11   A.   When I got a call from my daughter to go into
12   McClellan High School being down at student
13   assignment office, listening to all of the other
14   parents that were complaining. I took notice.
15   Q.   So you lived one block from McClellan?
16   A.   Yes.
17   Q.   So you are not saying that one block from
18   McClellan used to be in the Central zone?
19   A.   I don't know how they did it back then
20   southwest, but that year down at the student
21   assignment office I pretty much opened up to
22   listening to what was going on.
23   Q.   Okay. So when you say, On information and
24   belief white students from surrounding districts had
25   priority for preferred high schools, the basis of

### Page 33

1  that statement is hearing people talk at the student
2  assignment office?
3  **A.  Yes, and hearing a statement that came out of**
4  **the supervisor's mouth.**
5  Q.  Okay.  Which supervisor?
6  **A.  The female.**
7  Q.  Okay.  African-American female that you met
8  with?
9  **A.  Yes.**
10  Q.  What did she say?
11  **A.  A call came in asking to be transferred to**
12  **Central out of Benton School District.  She pretty**
13  **much told that parent to talk to Dr. Bidus**
14  **(phonetic) -- I can't remember his name exactly, but**
15  **I know it when I hear it, and that he does those**
16  **programs, that particular program.**
17  Q.  Okay.  Do you know anything else about whether
18  there is any program at Central to allow students
19  from other districts to attend?
20  **A.  Not right off, but I have heard some of my**
21  **parents say that they do have seats at Central for**
22  **students outside of the district.**
23  Q.  Do you know whether or not that's a magnet
24  program?
25  **A.  No.**

### Page 34

1  Q.  Do you know anything about how many seats or
2  how students are assigned there?
3  **A.  No.**
4  Q.  Do you know the racial composition of the
5  students who are assigned from outside the district?
6  **A.  No.**
7  Q.  This says, White students from surrounding
8  districts are allowed to have priority enrollment at
9  preferred high schools.
10      What are those preferred high schools?
11  **A.  Parkview, Central, and Hall.**
12  Q.  Why are they preferred?
13  **A.  Why are they preferred?**
14  Q.  Who -- by whom are they referred, first of all?
15  **A.  By whom?**
16  Q.  Yes.
17  **A.  The school district.**
18  Q.  Do you know of any white students from outside
19  the district that are assigned to any of those
20  schools?
21  **A.  No.**
22  Q.  Is there any other basis than what you just
23  told me for your belief that white students from
24  surrounding districts have priority enrollment at any
25  school?

### Page 35

1  **A.  No.**
2  Q.  And if you go back to paragraph 16 of your
3  Complaint, this says that Lyric participated in
4  Gifted and Talented at Dunbar.
5  **A.  Yes.**
6  Q.  Okay.  I thought you told me that she didn't
7  participate in any programs like that?
8  **A.  I wouldn't call that a program.  That's her --**
9  **that's what she was in, English.**
10  Q.  Okay.  So what was the Gifted and Talented
11  program at Dunbar?
12  **A.  Your English, your math, your science.**
13  Q.  I mean, were there separate Gifted and Talented
14  classes, as far as you know?
15  **A.  Yes.**
16  Q.  Okay.  And which ones was Lyric in?
17  **A.  English.**
18  Q.  Just English?
19  **A.  Uh-huh.**
20  Q.  Okay.  Is that different from pre AP?
21  **A.  I really don't know.**
22  Q.  Okay.  Well, you say in paragraph 17 that
23  during Lyric's first year at Central she participated
24  in pre AP classes.
25  **A.  That's what her schedule was set for.  When I**

### Page 36

1  signed her schedule to go to her next school year.
2  Q.  What pre AP classes did she participate in
3  during her first year at Central?
4  **A.  Supposed to have been her English class.**
5  Q.  English?
6  **A.  Uh-huh.**
7  Q.  Just English?
8  **A.  Just English.**
9  Q.  Okay.  And what grade did she get in pre AP
10  English?
11  **A.  I think she got a "B" or a "C," something like**
12  **that.**
13  Q.  You say in paragraph 17 that at the end of her
14  first year she was advised by her English teacher
15  that she did not need AP classes?
16  **A.  Uh-huh.**
17  Q.  Who was that English teacher?
18  **A.  I don't know exactly.**
19  Q.  Did you ever meet this English teacher?
20  **A.  I pretty much -- I did, but I can't remember**
21  **because I meet all of the teachers.  I just can't**
22  **remember right now.**
23  Q.  Can you tell me whether it was a man or a
24  woman?
25  **A.  Female.**

Page 37

1  Q.  Black or white?
2  A.  That, I don't remember.
3  Q.  And how do you know that Lyric was advised by
4  this English teacher that she did not need pre AP
5  classes?
6  A.  Lyric told me that when I found out that she
7  wasn't in that pre AP anymore.
8  Q.  So just to be clear, are you saying that Lyric
9  stayed in pre AP for her entire first year at
10  Central --
11  A.  Yes.
12  Q.  -- but did not take any pre AP classes --
13  A.  Afterwards.
14  Q.  -- or AP classes afterwards?
15  A.  No.
16  Q.  Okay.  You personally did not have any
17  conversations with this English teacher about whether
18  or not Lyric should be in AP classes or pre AP
19  classes?
20  A.  No, because I did not know that they had told
21  her that she could get out.  I wasn't notified of
22  that at all.
23  Q.  Okay.  Well, you talked a moment ago about the
24  schedule you completed for Lyric before her first
25  year at Central --

Page 38

1  A.  How they do their scheduling, the kids are --
2  before the school year is out, the counselors will
3  bring them in and have them fill out their schedules.
4     Once the kids are picked and chose, the
5  schedules are chose and picked, the kids bring a note
6  home to the parents for their signature.
7     Once you turn that in, that's the only
8  information you get.  You are seeing what your child
9  is supposed to be assigned to for the next school
10  year.
11     Once school starts up that year, they don't
12  let you know if they have went back and changed or if
13  the teacher has taken those kids out without your
14  permission.
15     So you don't know until you do a
16  parent-teacher conference if that child is in that AP
17  class or if that's an AP class or not.
18  Q.  So are you saying that when you saw Lyric's
19  schedule for her second year at Central, her tenth
20  grade year, that it included AP or pre AP class?
21  A.  It included an AP English class on there, but
22  if she actually took the AP English class, I'm not
23  for sure.
24  Q.  So you don't know whether she actually took AP
25  English or not?

Page 39

1  A.  Right.
2  Q.  Do you know what Lyric's grade point average
3  is?
4  A.  2.5, 2.65, something like that.
5  Q.  Do you know what her class rank is?
6  A.  No.
7  Q.  The records show that her GPA is 2.3 and that
8  her class rank is 466 out of 626.  Does that sound
9  right to you?
10  A.  I don't know.
11  Q.  Still on paragraph 17 of your Complaint, you
12  say that apparently this same teacher discouraged
13  Lyric from enrolling in AP classes during her tenth
14  grade year.  That's the same English teacher you were
15  talking about?
16  A.  I think it is.
17  Q.  Okay.  And how do you know that that teacher
18  discouraged Lyric from enrolling?
19  A.  Lyric finally told me that she was no longer in
20  English because of her teacher told her that she
21  didn't have to take that course.  She didn't need it.
22  She could take just a regular English course.
23  Q.  Do you know whether or not Lyric wanted to take
24  AP?
25  A.  No.

Page 40

1  Q.  Did she --
2  A.  Because all of her teachers in school put her
3  in higher classes because of how smart she was, how
4  talented she was.  And if you give a child an
5  opportunity to take something lesser, then, yeah,
6  they are going to do it.
7  Q.  Okay.  So do you know anything else -- do you
8  know whether or not Lyric finished her tenth grade
9  year in an AP class?
10  A.  I think she did.  I don't know for sure.
11  Q.  And that would have been AP English?
12  A.  Yes.
13  Q.  So even though the Complaint says she was
14  discouraged from enrolling by this one English
15  teacher, you don't know whether or not she remained
16  enrolled in AP English?
17  A.  Right.
18  Q.  You say in paragraph 23 that Lyric was
19  subjected to unequal treatment from white students.
20  What do you mean by that?
21  A.  We had a conference she went to, and she didn't
22  like what was said and how it was said, and the
23  teacher never did try to correct the action that
24  happened where they were at.
25     So she called me crying, and I told her, I

10 (Pages 37 to 40)

Page 41

1  said, Well that's just how things are, how people
2  act.  And I tried to shield her from it.  So it was
3  pretty much ugly, but she has to be the one to go
4  into details --
5  Q.  Okay.
6  A.  -- because it will be, basically, hearsay if I
7  say it.
8  Q.  Is there anything else, other than what
9  happened in that conference, that you are referring
10  to when you say "unequal treatment"?
11  A.  Yeah.
12  Q.  What else?
13  A.  Oh, excuse me, no.  No.
14  Q.  No?
15  A.  No.
16  Q.  Okay.  Tell me when and where this conference
17  was held.
18  A.  I think it was in Cabot.  It was at a school
19  performing for a debate or one of her classes that
20  she was in.
21  Q.  Okay.  And did this happen during Lyric's tenth
22  grade year at Central or some other time?
23  A.  This year, this school term.
24  Q.  Okay.  How long ago?
25  A.  The early part of the year.

Page 42

1  Q.  So Lyric was with a group of students from
2  Central High School at some sort of school event at
3  Cabot; correct?
4  A.  Yeah.
5  Q.  Okay.  And so what happened there?
6  A.  They were all talking about the program that
7  they were in, the performance they were in, and she
8  said a student made a comment about, I guess, the
9  flag, and it just got out of hand from there.
10  Q.  Okay.  I need a little more detail than that.
11  What was the comment about the flag?
12  A.  I guess what it represented.
13  Q.  Can you paraphrase the comment to the best of
14  your ability?
15  A.  No.
16  Q.  Okay.  Who was it that made the comment about
17  the flag?
18  A.  One of the students from another school, male
19  student.
20  Q.  What was the race of the student?
21  A.  White.
22  Q.  Okay.  Do you know what school the student was
23  from?
24  A.  No.
25  Q.  Okay.  And was Lyric there when the comment was

Page 43

1  made?
2  A.  Yes.
3  Q.  Were other Central students there?
4  A.  Yes.
5  Q.  And what happened after the student made the
6  comment?
7  A.  She said they all had a nice agreement and
8  disagreement.  It was just one of the students from
9  Central blew it out of proportion, and that his
10  mother being one of the teachers tried to make an
11  excuse out of it being that he has, what is it, his
12  condition, tried to put it off on the condition that
13  he has, and she didn't know where she gets it from.
14      And it was like it shouldn't, shouldn't
15  have been said.  She should have just told him he
16  shouldn't talk like that.
17  Q.  Okay.  Who was the student from Central?
18  A.  I don't know his name exactly.
19  Q.  What is his race?
20  A.  White or Mexican, or something like that.
21  Q.  And you said his mother, is a teacher?
22  A.  A teacher.
23  Q.  At Central?
24  A.  Yes.
25  Q.  And was his mother at this conference?

Page 44

1  A.  Yes.
2  Q.  Was she one of the Central chaperones?
3  A.  She was the teacher.
4  Q.  Advisor?
5  A.  She was the teacher for the class, yeah.
6  Q.  Was there any other Central teacher at this
7  conference?
8  A.  I think so.
9  Q.  Was the teacher who was the mother of the
10  Central student one of Lyric's teachers?
11  A.  Yes.
12  Q.  Okay.  And was this person Lyric's teacher in
13  her debate class, or whatever class was the reason
14  they traveled to Cabot?
15  A.  Yes.
16  Q.  So tell me what about this incident.  Are you
17  saying that something about what the Little Rock
18  School District did shows unequal treatment of Lyric
19  compared to white students?
20  A.  She just saw the difference when she went to
21  the school between what they offer and how the
22  schools are built and designed compared to her
23  schools that she goes here and the school that she
24  was assigned to, McClellan, the difference from
25  McClellan and Central, yeah.

11 (Pages 41 to 44)

Alvronia Robinson 3/17/2017                    Lakesha Doe, et al v. Michael Poore, et al

### Page 45

1  Q.  Okay.
2  A.  She didn't like that.
3  Q.  So you are saying whatever school she went to
4  at Cabot was a nicer school than the schools,
5  including Central and McClellan, that she went to in
6  Little Rock?
7  A.  Yes.
8  Q.  And is that the reason for your allegations in
9  paragraph 23 of the Complaint about unequal treatment
10 from white students?
11 A.  No.
12 Q.  Okay.  Then what is there -- I think when I
13 first asked you that question you said the
14 conference, something about that conference
15 illustrated the unequal treatment you're complaining
16 about?
17 A.  No, the conference wasn't about that one.
18 Q.  Okay.  Then what, what do you mean when you say
19 in paragraph 23 that Lyric was subjected to unequal
20 treatment from white students?
21 A.  From what she had complained about when she was
22 at Central, her first assignment that her teacher at
23 Central was between the students in her class and how
24 her teacher had acted toward her students and the
25 ones in her classroom.

### Page 46

1  Q.  So are you saying that a teacher or teachers at
2  Central treated the students differently based on
3  race?
4  A.  Based off of what my daughter was telling me,
5  yes.
6  Q.  Did she say which teachers?
7  A.  She only gave me in particular one.
8  Q.  Who was that?
9  A.  She is like a job performance teacher.  I
10 can't -- it's one of her job classes.
11 Q.  And what did the teacher do, according to
12 Lyric, that illustrated racial discrimination or
13 favoritism?
14 A.  How she talked to them, and basically when she
15 asked them certain questions, she wouldn't answer
16 back, or just pretty much how she tried to talk to
17 them and demeanor.
18 Q.  Okay.  And is this job performance teacher the
19 only teacher that Lyric made complaints about that
20 had to do with race?
21 A.  Yes.
22 Q.  Is there anything else that you were talking
23 about when you say in paragraph 23 that there was
24 unequal treatment from white students?
25 A.  No.

### Page 47

1  Q.  It also says in paragraph 23 that the terms of
2  school attendance were different for African-American
3  students and white students.  Was that true?  Is that
4  part of your allegation?
5  A.  Say that again.
6  Q.  That there is a difference in the, quote,
7  conditions of school attendance, depending on whether
8  you're black or white?
9  A.  In your school zone, yes.
10 Q.  Okay.  Could you explain that, what you mean by
11 that?
12 A.  Well, if you're staying over on this side, East
13 End in Little Rock, you are going to go to the school
14 they deem -- I need better terms.
15     I can't even -- they are going to put you
16 where -- black schools for black kids, there, if you
17 are in the school they send less money to.
18     And if you are staying Highway 10, Chenal,
19 you are going to go to Parkview, magnets, Horace
20 Mann.  You are going to go to magnet schools.
21 Q.  Do you know whether or not there are still any
22 magnet schools in the Little Rock School District?
23 A.  Yes.
24 Q.  What are the magnet schools?
25 A.  Horace Mann, Parkview -- J.A. Fair used to

### Page 48

1  be -- Forest Heights, Mabelvale.
2  Q.  Did Lyric ever apply to go to any magnet
3  school?
4  A.  No.
5  Q.  Do you know anyone who applied and was rejected
6  for a magnet school?
7  A.  No.
8  Q.  Do you know anyone who attends any magnet
9  schools?
10 A.  Yes.
11 Q.  Who?
12 A.  My neighbor.  Her son goes to Horace Mann.
13 Q.  And this is your neighbor at your present
14 address?
15 A.  No.
16 Q.  Okay.  Where does this neighbor live that goes
17 to Horace Mann?
18 A.  At that time I was staying on, up here off of
19 Main.
20 Q.  1923 Main?
21 A.  Uh-huh.
22 Q.  Would you -- is it fair to describe that as
23 Central or east Little Rock?
24 A.  Yes.
25 Q.  Was there anything else you mean when you say

12 (Pages 45 to 48)

**Page 49**

1   in paragraph 23, anything else you are referring to
2   when you say there is unequal treatment between your
3   daughter and white students?
4   **A.   No.**
5   Q.   Okay.  If we go to paragraph 24, you say that
6   Lyric was treated differently from white students
7   with respect to assignment to advanced placement
8   courses.  Can you tell me any particular white
9   student who was treated differently than Lyric was?
10  **A.   No.**
11  Q.   Can you tell me what you mean when you say
12  there is unequal treatment with respect to advanced
13  placement?
14  **A.   For you to tell a child that they don't need to**
15  **take that course, just take something else, and they**
16  **are not knowing that that is going to affect them in**
17  **the long run.  You should -- without you having that**
18  **parent right there if you want to change their**
19  **classes.**
20  Q.   Do you know whether or not that same teacher
21  told any white students --
22  **A.   No.**
23  Q.   -- discouraged any white students from taking
24  advanced placement?
25  **A.   I do not know.**

**Page 50**

1   Q.   In paragraph 25 of your Complaint you say that
2   something about the difference between seven period
3   days and block scheduling cost Lyric some
4   instructional time.  Will you explain what your
5   concern was there?
6   **A.   Well, when she was at Central they have block**
7   **A/B days.**
8   Q.   Right.
9   **A.   At McClellan they don't.  She was used to her**
10  **A/B days.  Then you switching her to a school that**
11  **they go Monday through Friday, what, 45 minutes to a**
12  **class compared to almost an hour 45 minutes in one**
13  **class.**
14  Q.   Okay.  So even though you spent less time in a
15  class on a seven-period day, you go seven days a week
16  instead of --
17  **A.   Seven different classes.**
18  Q.   -- instead of two or three, five days a week;
19  right?
20  **A.   Right.**
21  Q.   So why is one better than the other?
22  **A.   She has been trained and she is used to A/B**
23  **scheduling.**
24  Q.   Okay.
25  **A.   And to mess that training up and throw somebody**

**Page 51**

1   to seven day all day.
2   Q.   All right.  So you are not saying there is
3   something inferior about the seven period days.  You
4   are saying that it just didn't work for Lyric because
5   she had been used to -- she had had two years of
6   block scheduling?
7   **A.   Yeah.**
8   Q.   Okay.
9   **A.   Well, she -- block scheduling was at Dunbar,**
10  **too.**
11  Q.   Okay.  So she had more than two years of block
12  scheduling before her?
13  **A.   Uh-huh.**
14  Q.   Seven period days?
15  **A.   Uh-huh.**
16  Q.   Okay.  Now, paragraph 26, and we have got to
17  keep in mind that this was written when Lyric was
18  still at McClellan.  You say that she presently
19  attends an unequal facility to those attended by
20  majority white students in northwestern parts of the
21  school district.
22      What schools are attended by majority white
23  students in the Little Rock School District?
24  **A.   You have got Fair, and you have got Parkview.**
25  Q.   Okay.  So you think there are majority white

**Page 52**

1   high schools in the Little Rock School District?
2   **A.   Yes.**
3   Q.   Do you think there are majority white middle
4   schools?
5   **A.   Yes.**
6   Q.   Which ones are those?
7   **A.   Middle schools?**
8   Q.   Yes.
9   **A.   You have Horace Mann, and you have Pulaski**
10  **Heights.**
11  Q.   Okay.  According to paragraph 27 you want, or
12  you want for Lyric compensatory education.  What do
13  you mean by that?
14  **A.   Basically for the schools, all schools in**
15  **Little Rock to be equal, as far as education, the**
16  **facilities of each school.**
17      **Everybody should get the exact same**
18  **treatment.  Everybody should get the same education**
19  **system.  All schools should have the exact same.**
20      **If this school gets a certain amount of**
21  **computers, the same school -- every school should**
22  **have the exact same, new books, everything.**
23  Q.   Okay.  So, but for Lyric specifically, are you
24  saying she should have some sort of additional
25  compensatory education in the district, summer

Page 53

1    school, or something like that?
2         I mean, is she looking for any further
3    education from LRSD, or does she just want to
4    graduate and go to ASU?
5    A.  I assume that she just wants her education to
6    be able to follow her into college with the same
7    amount of everything she learned.
8         There shouldn't be any difference getting
9    into college and having to take remedial courses
10   because she wasn't caught up to standards like she is
11   supposed to.
12   Q.  Okay.  Is she going to have to take remedial
13   courses?
14   A.  I hope not.
15   Q.  Okay.  Do you have any reason to believe that
16   she is?
17   A.  No.
18   Q.  In addition to the supervisor at student
19   assignment that you spoke with and the person you
20   spoke with on the phone from student assignment, is
21   there anybody else at the Little Rock School District
22   that you talked to about any of these issues that
23   we've discussed this morning?
24   A.  No.
25   Q.  Who were your school board representatives at

Page 54

1    the various places you lived; do you remember any of
2    them?
3    A.  No.
4    Q.  Did you ever talk to your school board member?
5    A.  No.
6    Q.  Did you ever talk to any LRSD superintendent?
7    A.  No.
8    Q.  Did you ever go to any board meeting at the
9    school district?
10   A.  That year, no.
11   Q.  Any year?
12   A.  No.  I didn't have a reason to.
13        MR. HELLER:  Can we take a short
14   break?
15        MR. CHILDS:  Sure.
16        (Eleven-minute break.)
17   BY MR. HELLER:
18   Q.  We are in the home stretch, Ms. Robinson.  Just
19   a couple more questions.  I wanted to clarify one
20   thing about student assignments to Central.
21        Do you know students who are at Central
22   that you don't think should be there based on what
23   the correct assignment process should be?
24   A.  No.
25   Q.  Okay.  And is there anything else that you're

Page 55

1    complaining about in this case, other than what we
2    have discussed this morning?
3    A.  No.
4         MR. HELLER:  That's all I have.
5         MR. HOLLINGSWORTH:  I don't have any
6    questions.
7         MR. CHILDS:  I might have something
8    here.
9              EXAMINATION
10   BY MR. CHILDS:
11   Q.  Go to page 26, paragraph 26 of the Amended
12   Complaint.  I think there was some little discussion
13   of the distinction in the facilities, but can you
14   explain, compare what you complained about the
15   different facilities?
16   A.  Like between Central and McClellan?
17   Q.  Yeah.
18   A.  As far as McClellan wise, the kids are
19   basically out in the open, and during the winter part
20   of the year they -- well, her and her classmates that
21   had walked home with her, they complained that they
22   stayed cold all the time in the classroom, and
23   they didn't really have adequate enough tissue.
24   Every time they left they would ask for tissue.
25        I am like why, or either it just -- the

Page 56

1    buildings, everything was out -- they had to leave
2    one building to go into another building.
3         And then when they had -- my complaint when
4    they had parent-teacher conference, the teachers
5    basically did not know who was in what program, who
6    was AN English teacher, who was math and science.
7         And I'm like -- I just took it to myself
8    that this was the first part of the year.  They
9    probably ARE new teachers to the school, just like
10   some of the students are new, didn't know.
11        But as the year went on, you called to
12   check a child out, their -- Central, you would have
13   to basically have the student's ID to check that
14   child out.
15        McClellan, you just called up there.
16   Anybody can call and say, I'm checking such-and-such
17   out.  They don't ask for no student ID.  They don't
18   ask what grade or nothing like that.
19        Compared to Central, you don't have THE
20   student ID, you are not checking that child out.  And
21   they are calling the parent, letting you know
22   such-and-such called.  Did you call for your child to
23   go?
24        And as far as school wise, Central, they
25   are inside, and it's pretty much warm.  The kids

Alvronia Robinson 3/17/2017                    Lakesha Doe, et al v. Michael Poore, et al

Page 57

1    complained a lot about the stairs, having to do a lot
2    of walking up and down the stairs, but as far as the
3    condition of the building compared TO McClellan, a
4    whole lot better.  That's --
5    Q.   Okay.
6    A.   -- pretty much it.
7         MR. CHILDS:  I pass the witness.
8              EXAMINATION
9    BY MR. HELLER:
10   Q.   Okay.  So paragraph 26 says that McClellan is
11   an unequal facility compared to schools in the
12   northwestern parts of the school district.  Are you
13   saying Central is in the northwestern part of the
14   school district?
15   A.   What do you mean exactly?
16   Q.   Well, is it fair so say that Central High
17   School is in central Little Rock?
18   A.   Yeah.  What do you mean exactly when you --
19   Q.   Well, your Complaint says that McClellan is
20   unequal to schools attended by majority white
21   students in the northwestern parts of the school
22   district.  I don't consider Central to be in the
23   northwestern part of the city, but I'm asking if you
24   do.
25   A.   No, I consider it to be in the central.

Page 58

1    Q.   Okay.  Is the McClellan facility much newer
2    than the Central facility?
3    A.   Yes.
4    Q.   Do you know whether or not the McClellan
5    facility was once a part of the Pulaski County
6    Special School District?
7    A.   No, I don't know.
8    Q.   How many times did you actually go to McClellan
9    during the time your daughter was enrolled there?
10   A.   Six.
11   Q.   So you went to McClellan more frequently than
12   you went to Central during the time your daughter was
13   there?
14   A.   Yes.
15   Q.   And why did you go to McClellan six times?
16   A.   Basically the majority of those times was to
17   check her out for doctors' appointments.
18   Q.   Okay.  How many times did you meet with Lyric's
19   teachers at McClellan?
20   A.   Twice.
21   Q.   Okay.  What were those occasions?
22   A.   Parent-teachers meeting and actual first day
23   meet and greet.
24   Q.   Okay.  And when you said that the teachers
25   didn't know what programs somebody was in, I'm not

Page 59

1    sure what you meant by that.
2    A.   One of the first -- on the meet and greet you
3    had your list of teachers' names.  You went to find
4    out what teachers were who.
5         The teachers that you went into, they
6    didn't know -- actually that's what they said, I
7    don't know that teacher, or the other ones would say,
8    Well, that teacher should be over in that program, or
9    they would point.
10        It was like the first week of school when
11   the kids go TO meet their teachers, everybody is in
12   the cafeteria, huddled up in the cafeteria, and the
13   way they had it, supposed to have it spaced out to
14   represent, they were lost, just like the parents
15   were.
16   Q.   So you are saying on the first day of school
17   the teachers were disorganized?
18   A.   From the parent-teacher meet and greet, yeah.
19   Q.   The meet and greet was on the first date of
20   school; right?
21   A.   No.
22   Q.   The first week?
23   A.   It's like a month after school.
24   Q.   Okay.  I thought you said you were up there for
25   something on the first day of school?

Page 60

1    A.   Yeah, the first week of school when I went
2    there to register, re-register her up for school,
3    yes.
4         MR. HELLER:  Okay.  All right.  That's
5    all I have.
6         MR. HOLLINGSWORTH:  Nothing from me.
7    (The deposition was concluded at 11:08 a.m.)

15 (Pages 57 to 60)

Page 61

1          COURT REPORTER'S CERTIFICATE
2     STATE OF ARKANSAS)
                )ss.
3     COUNTY OF SALINE )
4          I, JANESS FERGUSON SMITH, CCR, RPR, a
5     Notary Public in and for Saline County, Arkansas do
6     hereby certify that the facts stated by me in the
7     caption of the foregoing matter are true; and that
8     the foregoing matter was transcribed by me, to the
9     best of my ability and understanding, from my machine
10    shorthand notes taken at the time and place set out
11    in the caption hereto.
12         In accordance with Rule 30(e) of the
13    Rules of Civil Procedure, review of the transcript
14    was waived by the deponent or a party thereto.
15         I FURTHER CERTIFY that I am neither
16    counsel for, related to, nor employed by any of the
17    parties to the action in which this proceeding was
18    taken; and, further that I am not a relative or
19    employee of any attorney or counsel employed by the
20    parties hereto, not financially interested or
21    otherwise, in the outcome of this action.
22         GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
      this, the 17th day of March, 2017.
23
24    JANESS FERGUSON SMITH, CCR, RPR
      Notary Public for Saline County
25          and Court Reporter.

16 (Page 61)

# Transcript of the Testimony of

# Lyric Louden

**Date:** March 17, 2017

**Case:** Lakesha Doe, et al v. Michael Poore, et al

**Bushman Court Reporting**
Janess Ferguson Smith
Phone: (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

EXHIBIT 6

## Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE and her
minor child, DENNIS DOE; PARENT
PLAINTIFF CLAUDIUS JOHNSON; and his
minor child, CHRISTIAN DOE; PARENT
PLAINTIFF EVELYN DOE and her minor
child, EDWARD DOE; PARENT PLAINTIFF
CANDICE DOE and her minor children,
JAMES DOE and JADE DOE; and PARENT
PLAINTIFF SONYA DOE and her minor child,
JOHNNY DOE; JOY C. SPRINGER; and JIM ROSS
                              PLAINTIFFS

VS.          CASE NO. 4:15-CV-000623 DPM

MICHAEL POORE, in his Official Capacity
as Superintendent of the Little Rock
School District,
                              DEFENDANTS

ORAL DEPOSITION OF LYRIC LOUDEN

March 17, 2017

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas  72201
501.372.5115

## Page 3

1                     I N D E X
2
3     EXAMINATION
4       By Mr. Heller . . . . . . . . . . . .   5
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 2

1          A P P E A R A N C E S
2
3     ON BEHALF OF THE PLAINTIFF:
4     GALE STEWART, ESQ.
      One River Oaks Circle
5     Little Rock, Arkansas  72207
6
7     SHAWN G. CHILDS, ESQ.
      John W. Walker Law
8     1723 South Broadway
      Little Rock, Arkansas  72206
9
10
11    ON BEHALF OF THE DEFENDANTS:
12    CHRISTOPHER HELLER, ESQ.
      Friday, Eldredge & Clark
13    400 West Capitol
      Suite 2000
14    Little Rock, Arkansas  72201
15
16    PATRICK E. HOLLINGSWORTH, ESQ.
      Office of the Attorney General
17    323 Center Street
      Suite 200
18    Little Rock, Arkansas  72201
19
20
21
22
23
24
25

## Page 4

1     ANSWERS AND DEPOSITION OF LYRIC LOUDEN, a
2     witness produced at the request of the Defendants,
3     was taken in the above-styled and numbered cause on
4     the 17th day of March, 2017, before Janess Ferguson
5     Smith, Certified Court Reporter and Notary Public in
6     and for Saline County, Arkansas, at the Offices of
7     John Walker, 1723 South Broadway, Little Rock,
8     Arkansas, at 11:09 a.m.
9
10              * * * * * * * * * *
11
12          S T I P U L A T I O N S
13          It is stipulated and agreed by and between
14    the parties through their respective counsel that the
15    deposition of LYRIC LOUDEN may be taken for any and
16    all purposes according to the Federal Rules of Civil
17    Procedure.
18              * * * * * * * * * *
19
20
21
22
23
24
25

**Page 5**

1         LYRIC LOUDEN,
2    the witness hereinbefore named, having first been
3    duly cautioned and sworn or affirmed to tell the
4    truth, the whole truth and nothing but the truth,
5    testified as follows:
6              EXAMINATION
7    BY MR. HELLER:
8    Q.   Lyric, my name is Chris Heller.  I represent
9    the Little Rock School District --
10   A.   Uh-huh.
11   Q.   -- and I'm going to ask you a few questions
12   this morning.
13   A.   Okay.
14   Q.   Could you start by saying your name for the
15   record, please?
16   A.   My name is Lyric Louden.
17   Q.   And where do you live?
18   A.   I live on Main Street.  It's closer to the post
19   office downtown.
20   Q.   Where do you go to school?
21   A.   I go to Little Rock Central High School.
22   Q.   Have you ever given a deposition before?
23   A.   No, sir.
24   Q.   Have you ever testified in any kind of
25   proceeding?

**Page 6**

1    A.   No, sir.
2    Q.   Okay.  Well, let me talk to you about a couple
3    of things.  First of all, you're doing very well
4    answering verbally, and that's important because the
5    court reporter is taking down what we say.  So please
6    continue to do that.
7    A.   Yes, sir.
8    Q.   And, also, if I ask you a question that you
9    don't understand or would prefer for any reason I
10   rephrase, let me know, and I will be happy to do
11   that.
12   A.   Okay.
13   Q.   And then we want you to be comfortable, so if
14   at any point in time -- I don't expect this to be a
15   long deposition.  But if at any point other than when
16   there is a question pending, if you want to take a
17   break, just let us know, and we will stop and take a
18   break; okay?
19   A.   Okay.
20   Q.   So you have been in Little Rock School District
21   throughout your education career; right?
22   A.   Yes, sir.
23   Q.   And you are getting ready to graduate Central
24   High School?
25   A.   Yes, sir.

**Page 7**

1    Q.   Do you plan to go to Arkansas State University?
2    A.   Yes, sir.
3    Q.   You are already admitted to Arkansas State
4    University?
5    A.   Yes.  I have sent in my transcript and my
6    medical records.
7    Q.   Okay.  So what is the status of your
8    application?  Are you certain that that's where you
9    are going to be going?
10   A.   I'm pretty much sure, yes.
11   Q.   And do you know what course of study you are
12   going to follow?
13   A.   Broadcasting or mass communications.
14   Q.   Are you familiar with the program at Arkansas
15   State in those areas?
16   A.   Uh-huh.
17   Q.   So is that -- did you pick the school because
18   of the quality of their broadcasting and mass
19   communications?
20   A.   Yes.  They have one of the best journalism
21   programs in the state.
22   Q.   Okay.  I want to talk about a couple of things
23   that are in this Complaint.  First of all, I want to
24   talk about how you and your mother came to be
25   involved in this lawsuit.

**Page 8**

1    A.   Uh-huh.
2    Q.   She told me that she talked to a neighbor about
3    it and decided to call Mr. Walker.  Is it fair to say
4    it was her decision rather than yours, or did you all
5    discuss it?
6    A.   Yes, it was her decision, uh-huh.
7    Q.   And one of the things that's contained in the
8    Complaint is the situation in which you moved from
9    Central to McClellan and then back to Central.
10   A.   Yes.
11   Q.   Okay.  So I want to talk about that for a
12   minute.  As I understand it, you were at Central for
13   your first two years of high school?
14   A.   Yes.
15   Q.   Even though you moved in the middle your second
16   year; correct?
17   A.   Yes.
18   Q.   Did you move to McClellan zone?
19   A.   Yes, I moved to Southwest, and it was right
20   behind the school.  And I was still getting a bus to
21   Central for a little while.
22        And then when I tried to start my 11th
23   grade year there, I went to the auditorium, where
24   they were giving out the schedules, and they directed
25   me to the attendance office, because they didn't have

Page 9

1    my schedule. And when I went in there, they told me
2    that I was assigned at McClellan.
3    Q.  Okay. And between the end of your sophomore
4    year at Central and the beginning of what was going
5    to be your junior year --
6    A.  Uh-huh.
7    Q.  -- you or your mother notified the student
8    registration office about your change of address;
9    correct?
10   A.  Yes, sir.
11   Q.  Okay. So you went to McClellan for one year?
12   A.  Yes, sir.
13   Q.  And then how did you get back to Central?
14   A.  We just decided to sign me back up for Central,
15   and that's how I ended up going back there. I'm not
16   sure exactly how they did all of that, but I just
17   know that we signed up for me to go there, and then I
18   was there.
19   Q.  Okay. Did you live in the Central zone at the
20   time?
21   A.  Yes, sir, uh-huh.
22   Q.  Okay. Did you ever go to the student
23   registration office with your mother?
24   A.  No.
25   Q.  Did you talk to anyone at the Little Rock

Page 10

1    School District about your assignment to McClellan
2    versus Central?
3    A.  Some teachers just asked me where did I come
4    from, and they were like, Why did you make the switch
5    so late, or whatever. And I just told them that
6    stuff happened, like I just had to be changed, and
7    they sent me there.
8    Q.  Okay. Were you in pre AP classes at Dunbar?
9    A.  Yes, sir, I was.
10   Q.  Which ones?
11   A.  It was math, and if I can remember, I think it
12   was English as well.
13   Q.  Okay. Were you in AP or pre AP at Central?
14   A.  No. Well, I was my ninth grade year. That was
15   my last year.
16   Q.  And what -- were you in AP or pre AP?
17   A.  It was pre AP.
18   Q.  In what subjects?
19   A.  I think it was math, as well -- it was either
20   math or English. It was one of those.
21   Q.  Okay. And you were not in AP classes your
22   sophomore year?
23   A.  No, sir.
24   Q.  Why not?
25   A.  Well, I had a lot of issues. My mother had a

Page 11

1    lot of medical issues and things like that. And so I
2    felt like it was too much to try to keep up with and
3    deal with her situation, so I just decided to take it
4    easier on myself.
5    Q.  Did your mother know you were doing that at the
6    time?
7    A.  I spoke with her.
8    Q.  Okay. So did she agree with your decision not
9    to take pre AP classes?
10   A.  Well, not at first, but she was like -- she let
11   me make my own decisions.
12   Q.  Did she ever complain to anyone at the school
13   about you not being in AP classes your sophomore
14   year?
15   A.  No.
16   Q.  Did anyone at Central discourage you from being
17   in the AP program?
18   A.  No, sir.
19   Q.  So your decision was just based on your
20   mother's health issues at the time?
21   A.  (Witness nods head.)
22   Q.  You will have to say "yes" or "no."
23   A.  Okay.
24   Q.  So is the answer "yes"?
25   A.  Yes.

Page 12

1    Q.  Okay. Thanks. There -- your mother talked
2    about an incident that happened at Cabot that seems
3    like it must have been a pretty emotional situation.
4    A.  Oh, it wasn't Cabot. It was Rogers Heritage,
5    and I can't remember exactly which state -- I mean
6    not state, I mean county it was, but it was Rogers
7    Heritage is what it was called.
8    Q.  Okay.
9    A.  And we went there, and we had a -- it was a
10   competition for drama -- I mean, yeah, for drama.
11   And we went in there, and it was a normal tournament.
12       And then we had met up with an old
13   competitor that we were cool with, and we spoke with
14   him. And then he just talked about his whole
15   situation with how he doesn't believe white supremacy
16   is a thing, or whatever -- I mean not white
17   supremacy, white privilege.
18       I'm sorry. White privilege, he didn't
19   think it was a thing. And so it just caused a whole
20   conversation about that.
21   Q.  Okay. So this student you're talking about was
22   not a Central student; correct?
23   A.  No, sir.
24   Q.  You are saying a former competitor?
25   A.  I think he was a Cabot student. That's

Lyric Louden 3/17/2017                    Lakesha Doe, et al v. Michael Poore, et al

Page 13

1   probably why she said Cabot.
2   Q.   Okay.  So this happened at some other school,
3   not at Central?
4   A.   Yeah, it happened at another school.
5   Q.   Okay.  And so was this a fairly civil
6   discussion, or did things get out of hand in some
7   way?
8   A.   It didn't result in violence or anything.  We
9   just told him how we didn't think it was a
10  comfortable topic to talk about, and we just asked
11  him to, like, stop or whatever.
12  Q.   Okay.  Was he the one that raised the topic in
13  the first place?
14  A.   Yes, sir.
15  Q.   And do you know where this student went to
16  school?  You think Cabot?
17  A.   Yes, sir, I think it was Cabot.
18  Q.   Okay.  Were you with other Central students at
19  the time?
20  A.   Yes, sir.
21  Q.   Okay.  Was the Central group pretty much
22  unified in their reaction to this?
23  A.   Yes.
24  Q.   Okay.
25  A.   We pretty much all had the same reaction.

Page 14

1   Q.   Okay.  So is it correct that nobody from
2   Central said or did anything that offended you in
3   that incident?
4   A.   Well, there was one.  His name was Adam.  It
5   was our drama teacher's son.
6   Q.   Okay.
7   A.   And he has autism, is what she said.  I'm not
8   really sure.  She says he has autism, and when he
9   gets like that, she can't really control his spats,
10  or whatever.
11  Q.   Do you know whether it's true that he has
12  autism?
13  A.   No, I never really get into people's medical
14  business.
15  Q.   Okay.  Was Adam in your drama class?
16  A.   Yes, sir.
17  Q.   And what did Adam do that was offensive, or
18  say?
19  A.   He mostly said that -- he mostly said that he
20  didn't believe that white supremacy, I mean,
21  privilege was a thing as well.
22  Q.   Okay.
23  A.   White privilege and that he, he thought that
24  white people -- and white people can't really be
25  racist or whatever, and that -- it was just really

Page 15

1   bad, just really bad.
2   Q.   And who did you say his parent was?  Who was
3   there, the drama teacher?  Was it a male or female?
4   A.   Female.  Her name is Ms. Beith.
5        MS. STEWART:  Can you spell that?
6        THE WITNESS:  I think it's B-e-i-t-h.
7   BY MR. HELLER:
8   Q.   And it sounds like she disagreed or tried to
9   explain her son's behavior?
10  A.   (Witness nods head.)
11  Q.   Okay.  What did she say?  Did she say something
12  at the time this was going on?
13  A.   Well, I never really spoke to her directly.
14  Q.   Okay.
15  A.   But when everybody else spoke to her, basically
16  she told them that her son has autism and that when
17  he gets like that she can't control him, and she
18  doesn't know where he gets it from.
19  Q.   Was she there while he was talking about white
20  privilege?
21  A.   No.  They told her after the fact.
22  Q.   So how did this incident end?
23  A.   We basically just -- after everyone said what
24  they had to say, we just disbursed, and we went to go
25  finish our competition that we competed in.

Page 16

1        And then after that -- we didn't talk about
2   it until maybe two days later in class.  She talked
3   to us about the same situation.  She was just saying
4   that whenever Adam gets like that, just basically
5   don't -- just ignore it, or whatever, and that she
6   can't really control what he is saying.
7   Q.   Did she say that -- did she disavow what he was
8   saying?  Did she say that what he had said was wrong,
9   and that's why she was trying to explain it?
10  A.   Not really.
11  Q.   Did your teacher ever say anything about white
12  privilege or anything else that you thought was
13  racially insensitive?
14  A.   No.  She just told us that she can see how we
15  might feel or whatever but just ignore, basically,
16  his actions and things like that.
17  Q.   Okay.  Do you think you got a good education in
18  the Little Rock School District?
19  A.   Yes, sir.
20  Q.   Do you think you're prepared for college?
21  A.   Yes.
22  Q.   Do you expect to have to take any remedial
23  classes or anything like that?
24  A.   I hope not.
25  Q.   Okay.

4 (Pages 13 to 16)

Page 17

1          MR. HELLER:  All right.  That's all we
2     have.  Thank you.
3          THE WITNESS:  Thank you.
4     (The deposition was concluded at 11:23 a.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 18

1          COURT REPORTER'S CERTIFICATE
2     STATE OF ARKANSAS)
                    )ss.
3     COUNTY OF SALINE )
4          I, JANESS FERGUSON SMITH, CCR, RPR, a
5     Notary Public in and for Saline County, Arkansas do
6     hereby certify that the facts stated by me in the
7     caption of the foregoing matter are true; and that
8     the foregoing matter was transcribed by me, to the
9     best of my ability and understanding, from my machine
10    shorthand notes taken at the time and place set out
11    in the caption hereto.
12         In accordance with Rule 30(e) of the
13    Rules of Civil Procedure, review of the transcript
14    was waived by the deponent or a party thereto.
15         I FURTHER CERTIFY that I am neither
16    counsel for, related to, nor employed by any of the
17    parties to the action in which this proceeding was
18    taken; and, further that I am not a relative or
19    employee of any attorney or counsel employed by the
20    parties hereto, not financially interested or
21    otherwise, in the outcome of this action.
22         GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
      this, the 17th day of March, 2017.
23
24    JANESS FERGUSON SMITH, CCR/RPR
      Notary Public for Saline County
25         and Court Reporter.

Transcript of the Testimony of

# Lakesha Smith

**Date:** March 20, 2017

**Case:** Lakesha Doe v. Arkansas Department of Education

**Bushman Court Reporting**
Jeff Bennett
Phone:  (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

EXHIBIT 7

## Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE AND HER MINOR CHILD, DENNIS
DOE, et al.
    Plaintiffs

vs.    CASE NO. 4:15-CV-000623DPM

MICHAEL POORE, IN HIS OFFICIAL CAPACITY AS
SUPERINTENDENT OF THE LITTLE ROCK SCHOOL DISTRICT, et
al.
    Defendants

ORAL DEPOSITION OF LAKESHA ROBINSON SMITH

APPEARANCES:

MR. SHAWN CHILDS, ESQ.
    John W. Walker, P.A.
    1723 South Broadway
    Little Rock, Arkansas  72206
    *** For the Plaintiff ***
MR. CHRISTOPHER J. HELLER, ESQ.
    Friday, Eldredge & Clark, LLP
    400 West Capitol Avenue, Suite 2000
    Little Rock, Arkansas  72201-3522; and

MR. PATRICK HOLLINGSWORTH, ESQ.
    Office of the Attorney General
    323 Center Street, Suite 200
    Little Rock, Arkansas  72201

    *** For the Defendant ***

## Page 3

1
2        I N D E X
    WITNESS SWORN: LAKESHA ROBINSON SMITH
3            Page
4    Examination by Mr. Heller      5
5
6
7
8
9
10
11
12
13    (No exhibits marked.)
14
15
16
17
18
19
20
21
22
23    Certificate          88
24    Witness' Signature (Waived)
25

## Page 2

1
2        TAKEN BEFORE Jeff Bennett, Certified Court
    Reporter, LS Certificate No. 19, Bushman Court
3    Reporting, 620 West Third Street, Suite 302, Little
    Rock, Arkansas 72201 on March 20, 2017 at John W.
4    Walker, P.A., Little Rock, Arkansas commencing at 9:03
    a.m.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1    ANSWERS AND DEPOSITION OF LAKESHA ROBINSON SMITH,
2    a witness produced at the request of Defendants, taken
3    in the above styled and numbered cause on the 20th day
4    of March, 2017, before Jeff Bennett, Certified Court
5    Reporter, LS Certificate No. 19, a Notary Public in and
6    for Saline County, Arkansas, taken at the offices of
7    John W. Walker, P.A., 1723 South Broadway, Little Rock,
8    Arkansas at 9:03 a.m.
9        S T I P U L A T I O N S
10    IT IS STIPULATED and AGREED by and between the
11    parties through their respective counsel that the
12    deposition of LAKESHA ROBINSON SMITH may be taken at the
13    time and place designated pursuant to the Federal Rules
14    of Civil Procedure.
15        LAKESHA ROBINSON SMITH
16    The witness hereinbefore named, having been duly
17    cautioned and sworn or affirmed to tell the truth, the
18    whole truth, and nothing but the truth, testified as
19    follows:
20
21
22
23
24
25

1 (Pages 1 to 4)

Page 5

1          EXAMINATION
2    BY MR. HELLER:
3    Q.   Good morning, Ms. Robinson.
4    A.   Ms. Smith.
5    Q.   I'm sorry.
6    A.   No problem.  Good morning.
7    Q.   I'm going by what's in the LRSD record.  So it's
8    Lakesha Robinson Smith; is that correct?
9    A.   Yes.
10   Q.   Good morning.  My name is Chris Heller.  I
11   represent the Little Rock School District in the lawsuit
12   you and your son have brought against the district.  And
13   I'm going to ask you a few questions this morning about
14   your complaint.
15   A.   Yes, sir.
16   Q.   Well, first of all, I'd like to have you state
17   your name for the record?
18   A.   My name is Lakesha Robinson Smith.
19   Q.   And would you please continue to answer my
20   questions verbally, because our court reporter is
21   recording everything that we say this morning?
22   A.   Yes, sir.
23   Q.   Okay.  If you need a break for any reason, so long
24   as there's not a question pending, just let me know and
25   we'll be happy to take a break.  Okay?

Page 6

1    A.   Yes, sir.
2    Q.   And please also make sure that your answers are as
3    complete as possible, so that I'll be in a position to
4    rely on what you say at the trial of this case.  Okay?
5    A.   Yes, sir.
6    Q.   Is there any reason that you're not able to give
7    complete testimony this morning?
8    A.   No, sir.
9    Q.   Okay.  Would you tell me where you live, please?
10   A.   The address?
11   Q.   Yes.
12   A.   20 Butterfly Cove, Little Rock, Arkansas, 72210.
13   Q.   How long have you lived there?
14   A.   A little over maybe eight years.
15   Q.   Okay.  And who lives there with you?
16   A.   I have four boys and a husband.
17   Q.   And what is your husband's name?
18   A.   Steve Smith.
19   Q.   And would you name the boys, please?
20   A.   Desiree Ashford, DeAndray Ashford, Kevon Smith,
21   and Yisrael Smith.
22   Q.   And could you give me the ages, please, for the
23   boys?
24   A.   Desiree is 17.  DeAndray is 16.  Kevon is eight.
25   And Yisrael is seven months.

Page 7

1    Q.   And Desiree goes to Central?
2    A.   Yes.
3    Q.   And where does DeAndray go to school?
4    A.   Parkview.
5    Q.   And Kevon?
6    A.   Otter Creek Elementary.
7    Q.   And I guess Yisrael is still at home?
8    A.   He just started daycare.
9    Q.   Okay.  Good.  Would you tell me about your
10   education, please?
11   A.   I graduated from Fair High School.  I went to the
12   University of Arkansas at Little Rock for a year.
13   Q.   Okay.  And what year did you graduate from Fair
14   High School?
15   A.   1996.
16   Q.   And when did you attend UALR?
17   A.   That following spring.  So it would have been the
18   spring of '97.
19   Q.   Okay.  And what did you study at UALR?
20   A.   I never declared a major.  I was like the first
21   one out of my immediate family to go to school.  So I
22   didn't really have any help with that first year.
23   Q.   Okay.  Have you ever gone back?
24   A.   No.
25   Q.   Why did you leave?

Page 8

1    A.   As I said, I was the first one out of my immediate
2    family to go to college.  And I didn't know about the
3    classes and just different things like that.  I was
4    taking classes that I shouldn't have been taking.  And I
5    also didn't have, I guess, the push.  My mother, she
6    dropped out of school I want to say in maybe the 6th or
7    7th grade.  And my father was not in the home.
8         So I didn't have the parental push or support to
9    make me really just want to further my education.  And
10   then once you quit, you always say you're going to go
11   back and I didn't.
12   Q.   And so what did you do after you left UALR?
13   A.   I worked.  I worked in customer service.  I
14   eventually became a licensed producer in the State of
15   Arkansas with insurance.  I've managed apartment
16   complexes.
17   Q.   Where do you work now?
18   A.   Arkansas Blue Cross and Blue Shield.
19   Q.   What do you do there?
20   A.   A customer service rep.
21   Q.   How long have you been in that job?
22   A.   Almost five years.
23   Q.   What did you do before that?
24   A.   I managed two apartment complexes.
25   Q.   What were those?

2  (Pages 5 to 8)

### Page 9

1  A.  It was under Marshal Management; Terrace Place
2  Apartments and Berwin Square Apartments.
3  Q.  And where are those two complexes located?
4  A.  In southwest Little Rock.
5  Q.  How long were you in that job?
6  A.  For about I want to say two years.
7  Q.  And what did you do before that?
8  A.  I worked at State Farm.  I was a licensed
9  producer.
10 Q.  And were you independent or did you work for
11 somebody?
12 A.  I worked under someone.
13 Q.  Who was that?
14 A.  His name was Leonard Blocker.
15 Q.  Was where was your office?
16 A.  In North Little Rock off of I want to say Lakewood
17 maybe, Lakewood Drive.
18 Q.  How long did you work for State Farm?
19 A.  For maybe six months.  He actually sold his
20 office.
21 Q.  Is that why you left?
22 A.  Yes.  He could no longer afford me.  He was not
23 able to afford me anymore.
24 Q.  Why did you leave your job as the apartment
25 manager?

### Page 10

1  A.  It was off 65th Street in southwest Little Rock.
2  It was just a lot, you know, just a lot.  Honestly, I
3  was managing a totally different apartment complex at
4  first.  And One Bank heard of what I was doing in that
5  area, and actually solicited my bosses to manage Berwin
6  Square and have me -- I was actually managing two
7  properties because of that.
8      I didn't have life short-term disability benefits.
9  I didn't have life insurance through them.  I didn't
10 have disability insurance.  So if something had
11 happened, and I got 110 percent in my job, so I was out
12 there in people's faces, facing drug dealers, drug
13 addicts, gangs.  And I cleaned up these three
14 properties.
15     After I did everything it kind of set in that you
16 have children.  If anything was to happen to you, you
17 have no life insurance.  If I was stabbed or anything I
18 have no short-term disability.  And I went to my
19 employers and asked them about these benefits.  And they
20 agreed that they would provide them, give them six
21 months.  And at the end of the six months they didn't
22 provide them.
23     And so I no longer wanted to risk my life and
24 being, when I have kids at home that would have nothing
25 if anything happened to me.

### Page 11

1  Q.  And what were you doing before you went to work
2  for State Farm?
3  A.  Managing the apartments, the properties.
4  Q.  I thought you went -- Okay.  Then what did you do
5  before you managed the properties?
6  A.  I worked at Comcast.
7  Q.  What did you do there?
8  A.  I was a retention rep specialist.
9  Q.  So when people called to quit you had to talk them
10 into staying and buying something new?
11 A.  Well, not necessarily.  I actually started in
12 Comcast in customer service.  And then I moved to the
13 front counter.  And because of the fact that I could
14 save a lot of customers in my customer service, they
15 created two positions, one for me and one for another
16 young man that spoke Spanish.  And they actually created
17 these positions for us.
18     So we didn't necessarily sell them anything.  We
19 just retained customers and figured out what was going
20 on, and just a couple of other little odd and end
21 things.
22 Q.  How long did you work for Comcast?
23 A.  A little over five years.
24 Q.  Can you tell me about what years those were?
25 A.  I believe I started at Comcast in 2005.

### Page 12

1  Q.  And why did you leave Comcast?
2  A.  Comcast was downsizing.  And they were -- they
3  brought in this super audit team that pretty much
4  allowed them to downsize what other reasons, I should
5  say.
6      As a retention specialist, for example, if they
7  had a big, major Pay Per View event, if there were
8  issues, I would test it.  There was an issue with one of
9  the fights when they first launched them in standard
10 digital and HD.  And being that I had experience, I had
11 tried to tell them, you know, if they ordered in HD,
12 it's only going to show up on the one T.V. with the HD
13 box.  And no one listened.
14     So people that ordered in HD and were promised it
15 would show up on the all their T.V.s, it didn't happen
16 that way.  So they had to create another code.  And my
17 supervisor told me to test it.  The only way I could
18 test it was on a HD T.V., a place that had an HD T.V.
19 and a standard digital T.V.
20     So I called my house, and I put it on my account
21 and called my house.  And my son said it was on and
22 whoever was there said it was on.  And then I had it
23 removed.  My supervisor adjusted it off my bill.  And
24 when the audit came around, they said I had tampered
25 with my account.  And I wasn't allowed to explain the

**Page 13**

1  situation.
2  Q.   So did they end up terminating you for that
3  reason?
4  A.   Yes.  But I am eligible for rehire.  I was
5  terminated, but eligible for rehire.
6  Q.   And who was it that made the decision to terminate
7  you?
8  A.   I don't know.  All I know is human resources, a
9  lady named Betty Farris, who was over human resources at
10  the time, she actually advised me that I was terminated.
11  And she apologized.  The decision was made before I was
12  even -- before I even came in and was told.  So I wasn't
13  able to provide an explanation or anything.
14  Q.   Have you ever been terminated from any other job?
15  A.   I'm sure I have.  I'm sure I have.  I just can't
16  think of one right now.  It hasn't been in the last --
17  other than Comcast, I can't think of one specifically.
18  Q.   If you think of one, would you let me know?
19  A.   Sure.
20  Q.   What were you doing before Comcast?
21  A.   I'm trying to think before I went to Comcast.
22  Q.   Maybe this will help you.  Your two oldest
23  children are 16 and 17.  Were you working at the time
24  they were born?
25  A.   Yes.

**Page 14**

1  Q.   Do you remember where?
2  A.   I was working with AT&T Wireless or Singular
3  Wireless when my 16 year old was born.  I was terminated
4  from there for tardies.
5  Q.   Okay.  Do you remember who terminated you there?
6  A.   I don't remember anyone there.
7  Q.   And where was the Singular or now AT&T office that
8  you worked?
9  A.   17000 Cantrell Road.
10  Q.   So way out Highway 10?
11  A.   Uh-huh.
12  Q.   Okay.  How long after DeAndray was born were you
13  terminated at AT&T?
14  A.   I don't remember.
15  Q.   Where did you live prior to your current residence
16  on Butterfly?
17  A.   On Lancaster Road.
18  Q.   Okay.
19  A.   I want to say like 7320 Lancaster Road.
20  Q.   Okay.  In southwest Little Rock?
21  A.   Yes.
22  Q.   How long did you live there?
23  A.   Maybe two or three years.
24  Q.   And who lived with you on Lancaster Road?
25  A.   Desiree, DeAndray and Kevon.

**Page 15**

1  Q.   What year were you married?
2  A.   '15.
3  Q.   2015?
4  A.   It seems like it's been 20 years.
5  Q.   And what did you do to get ready for this
6  deposition?
7  A.   Literally nothing.
8  Q.   Did you review the complaint or read any documents
9  whatsoever?
10  A.   No.
11  Q.   Did you talk to anybody?
12  A.   To prepare for it?
13  Q.   Yes.
14  A.   No.
15  Q.   Do you know any of the other plaintiffs in this
16  case?
17  A.   No.
18  Q.   Have you ever met with any of them?
19  A.   If I had, because I've attended like parent
20  meetings and things of that nature.  I wouldn't have
21  known that they were plaintiffs, so not to my knowledge.
22  Q.   So at least it's fair to say that you haven't met
23  with any of the other plaintiffs about this lawsuit?
24  A.   Correct.
25  Q.   Okay.  And how did you become involved in the

**Page 16**

1  lawsuit?
2  A.   Dexter Booth, I think he was the previous
3  permanent superintendent of Little Rock School District;
4  is that correct, was his name Booth?
5  Q.   Booth is the principal of Parkview.
6  A.   Then that's not him.  The one --
7  Q.   Dexter Suggs you may be thinking of?
8  A.   That name right there.  I had reached out through
9  Mr. Suggs for practically I don't know how long.  And I
10  had been reaching out to different people at the Little
11  Rock School District about my son, my oldest son being
12  on the waiting list for Central and Parkview.
13     He never would return a phone call.  I knew they
14  had like two or three receptionists that I was leaving
15  messages with.  I was emailing them.  I was calling, and
16  emailing and leaving voices.  And he would never return
17  my calls.
18     And this went on for like six months maybe or even
19  longer.  And when the plagiarism stuff populated or
20  became on T.V., I said the whole time that it was very
21  unprofessional for this man, me being a parent, for him
22  not to return a call or reply to an email.  And I just
23  kept screaming this is very unprofessional.  Something
24  is wrong with him.  If I ever find out that for some
25  reason he wasn't certified that something was wrong, I

Page 17

1   wanted to sue them.
2       And so I called when it came on the news, I went
3   on break and I called here, and I said, I want to sue
4   Suggs and the Little Rock School District.
5   Q.   So when you say, here, you mean John W. Walker,
6   PA?
7   A.   Yes, sir.
8   Q.   Okay.
9   A.   I asked could I sue.  That was my question.
10  Q.   Is it fair to say that the reason you wanted to
11  sue him is because he unprofessionally failed to return
12  your calls and emails concerning your children's
13  applications for Parkview and Central?
14  A.   No.
15  Q.   Okay.
16  A.   I wanted to sue him and the Little Rock School
17  District.  I wanted to sue him for not doing his job as
18  the superintendent of Little Rock School District.  And
19  making sure that the registration and student assignment
20  process was ran smoothy.  And in my emails and voicemail
21  I was leaving messages, and emailing him examples of
22  double standards that were against the Little
23  Rock School District's student registration and student
24  assignment policy.  I left names and I left situations.
25  And all he had to do was look in his computer, and it

Page 18

1   would be verified.  And with me leaving all of this on
2   his voicemail, and trust me, in the beginning of me
3   trying to contact him to the end, my language was very
4   colorful.
5       But he didn't do it.  He wouldn't ever respond to
6   say, okay, I hear what you're saying, and I'm going to
7   look into it.  It was nothing for months.  And then the
8   Little Rock School District, I called multiple people in
9   the Little Rock School District.  I emailed multiple
10  people in the Little Rock School District about this
11  situation, and no one other than Marvin Burton
12  responded.  And when he was responded, he gave me the
13  standard Little Rock School District information that
14  Frederick Fields was over student assignment, even
15  though he was one of the main ones violating their own
16  apology.  And I couldn't escalate higher than Suggs, who
17  would never return a call or an email.
18      And because of all this, and this process took
19  place for over two years, because my son was in the 8th
20  grade when I started this.  And my children suffered
21  because of all of this.
22  Q.   Okay.  Who else did you contact or attempt to
23  contact besides Suggs, Burton and Fields?
24  A.   Dr. Watson, Linda Watson, I believe I spoke with
25  her.  And she is the one that initially redirected me to

Page 19

1   Frederick Fields.  I spoke to all of their
2   receptionists.  I spoke to the lady right under
3   Frederick Fields that's in -- I can't think of her name.
4   And she's in the student assignment office.  I spoke to
5   a lot of people.  And the reason I spoke to a lot of
6   people is because this process, like I said, went on for
7   over two years.  The student assignment and student
8   registration policy changed three to four times during
9   this period.  And I actually went through each process.
10  Every time it changed I was right there.
11  Q.   And all these phone calls you talked about and the
12  problems with student assignment, is that your issue,
13  that you felt the student assignment process wasn't
14  being run properly, and that nobody would respond to you
15  to do anything about it?
16  A.   That's part of my issue.
17  Q.   Okay.  And what's the other part?
18  A.   It went on for two years.  So being that it went
19  on for two years, I called and emailed on breaks and
20  lunches throughout a two-year period.  My son was at a
21  school that was practically a daycare.  He was not
22  getting an education.  He suffered, when I say he
23  suffered, there were so many -- that school, Fair High
24  School, it was my mission for him not to go to Fair High
25  School.

Page 20

1   Q.   Okay.  So let's start at the beginning then.  What
2   was the first thing you tried to do?
3   A.   When he was in 8th grade, they had open enrollment
4   for 9th grade year.  I went --
5   Q.   Are we talking about --
6   A.   My oldest son.
7   Q.   Okay.
8   A.   I went down to student registration and put him on
9   the waiting list for Parkview and Central.  The waiting
10  list is broken into groups.  Parkview has Parkview Arts
11  and Parkview Science.  I put him on both lists.  Even if
12  he had to sing in the choir or dance, I didn't care.
13      At Central I put him on the art side, the Science
14  side, and I think it was industrial studies, there's
15  third option for Central.  I put him on all three.  And
16  he never got in.
17  Q.   Let me just --
18  A.   Okay.
19  Q.   What year are we talking about?
20  A.   This was his 8th grade going to the 9th grade
21  year.  So the 9th grade year we received a letter
22  signing him to Fair High School.
23  Q.   So he's a senior now, right?
24  A.   Yes.
25  Q.   Okay.  So this would have been four years ago?

5 (Pages 17 to 20)

Lakesha Smith 3/20/2017                    Lakesha Doe v. Arkansas Department of Education

---

**Page 21**

1    A.   Correct.
2    Q.   Where was he in 8th grade?
3    A.   Mabelvale.
4    Q.   Okay.  And so what happened after he didn't get
5    into Parkview or Central?
6    A.   He went to Fair.
7    Q.   Is Fair your attendance zone school?
8    A.   Yes.  And might I add that was the main reason I
9    went down and did early registration, because I knew I
10   was in the Fair zone.
11   Q.   Okay.  So let's talk about that process during
12   Desiree's 8th grade year.  What are your -- what is it
13   about that process that you're complaining about in this
14   lawsuit?
15   A.   Well, the initial process, actually nothing,
16   because I did what I could do, and at that time, I
17   understood that was all I had to do.  I could go down
18   there and put him on the waiting list for those schools,
19   and when his number came, he would get a spot.
20        So I had no complaints the first year.
21   Q.   Okay.  So then that moves us up to Desiree's first
22   year at Fair, his freshman year at Fair?
23   A.   Correct.
24   Q.   So did you do that something else during that year
25   to change his school?

---

**Page 22**

1    A.   Well, I called, I called student registration.  I
2    emailed student registration.  I can't think of the
3    lady's name right now.  But this lady is strictly over
4    student assignment to the magnet schools.  And so I
5    emailed her and called her I want to say almost every
6    other week to find out where my son was on the list, on
7    all of the lists for these two schools.
8    Q.   So the person you called, was it always the same
9    person you talked to?
10   A.   Yeah.  She's the only one over student assignment
11   for magnet schools.
12   Q.   And do you know her first name or last name either
13   one?
14   A.   I can't think of her first name.
15   Q.   Do you know her last name?
16   A.   I can't think of her name period.  I have an
17   email.
18   Q.   Do you know her race?
19   A.   I believe she's African-American.
20   Q.   Okay.  And so far everybody we've talked about is
21   African-American; right; Suggs, Watson, Fields, Burton
22   and all African-American?
23   A.   Correct.
24   Q.   Okay.  So during Desiree's 9th grade year at Fair,
25   you were calling a woman in student assignment?

---

**Page 23**

1    A.   Correct.
2    Q.   And tell me what you were trying to do and what
3    you were told?
4    A.   I was trying to see where he was on the waiting
5    list for -- the two waiting lists for Parkview and the
6    three for Central that I put him on.
7    Q.   And was it your understanding that the waiting
8    lists just continued year after year?
9    A.   Well, the waiting list moved is what it did.
10   Because there were -- I had him at both schools.  Some
11   kids may not have started school.  Some kids may have
12   moved out of the district.  A lot of people were taking
13   their kids out of the Little Rock School District and
14   sending them elsewhere, charter schools or whatever.  So
15   when a 9th grade seat opened up, that moved him further
16   and further up the list on all of them.  Because I had
17   him on all the lists.
18        So for whatever reason -- well, students -- seats
19   opened up and he was moving down the list.
20   Q.   So when he was first put on the waiting list
21   during his 8th grade year at Mabelvale, where was he on
22   any of those lists?
23   A.   Honestly, I don't remember.  I just remember he
24   was 69 from the end of his 10th grade year, no, the
25   end of his 9th grade year, he was number 69.  I have it

---

**Page 24**

1    in an email, I believe.  I want to say Central's list
2    and around like 50 something on Parkview's at the end of
3    his 9th grade year.
4    Q.   Okay.  So before that he wouldn't have been any
5    higher than that before the end of his 9th grade year,
6    right?
7    A.   Correct.
8    Q.   Okay.  You said you have emails?
9    A.   Yes.
10   Q.   How many do you have?
11   A.   I don't know.  This was, like I said, his 9th
12   grade year, it's 8th grade or 9th grade year.  Some of
13   them deleted after a certain time, until I learned to
14   make them saved emails.  If that makes sense.  I know I
15   have some.
16   Q.   So you have a file of saved emails that relate to
17   your concerns in this case?
18   A.   Some, yes.
19   Q.   How many do you think?
20   A.   I don't know.  Because I was emailing a lot.  I
21   was emailing a lot.  And some of the emails I sent from
22   my phone, and some of them I sent from my work email.
23   It was just depending on when it popped in my mind, I
24   sent an email.
25   Q.   Okay.  Do you know, is it more than 50 in the file

---

6 (Pages 21 to 24)

**Page 25**

1   that you saved?

2   A.  I don't know.

3   Q.  Okay.  Do you have any other documents or

4   recordings that relate to your concerns in this case

5   besides those emails?

6   A.  I'm going to say no.

7   Q.  Or photographs, any kind of -- any kind of thing

8   that you think would support your claims in this case?

9   A.  Well, I believe my son -- the school district has

10   documentation.

11   Q.  Right.  But right now I'm just asking about what

12   you have that I might want to ask for?

13   A.  Okay.

14   Q.  Okay.

15   A.  I may have a notebook, a couple of notebooks.

16   Q.  What kind of notebooks?

17   A.  Where I documented interactions with his teachers

18   or interactions with certain situations.

19   Q.  Okay.  You may have or you do?

20   A.  I'm almost certain I do.  I document a lot of

21   stuff when I'm dealing with Sprint or Entergy, I

22   document a lot of stuff.  And I tried to keep it

23   organized, but with four boys, I don't know.

24   Q.  Have you ever provided those notebooks to your

25   lawyers?

**Page 26**

1   A.  I don't believe so.

2   Q.  Okay.  Would you give your lawyers access to the

3   notebooks and to the emails, so that we can talk about

4   how those play into this case?

5   A.  Yes.

6   Q.  Anything else that you have that would document

7   any of the concerns you raised in this complaint?

8   A.  No, not that I can think of.

9   Q.  Okay.  At the end of Desiree's 9th grade year at

10   Fair, he's no higher than 50th on any waiting list,

11   right?

12   A.  I believe so.  I'm not 100 percent sure.  I have

13   an email where she emailed me where he was on the list.

14   I just don't remember.  I hadn't looked at the email in

15   probably over a year or so.

16   Q.  Okay.  And so where did he go for his 10th grade

17   year?

18   A.  He went back to Fair.  And when I said my son

19   suffered, that is the beginning of the suffering.  And

20   his 9th grade year he failed algebra.  And I requested

21   he retake algebra his 10th grade year, and was advised

22   he couldn't do that.  He had to do credit recovery.

23       Credit recovery is a computer lab with about 20

24   kids in there that may be taking no telling how many

25   subjects and different classes.

**Page 27**

1       The administrator in that class could be the gym

2   teacher, which means if he needs assistance with his

3   algebra, there's no one in there to help him.

4   Q.  And who advised you that he couldn't retake

5   algebra?

6   A.  The guidance counselor and the registrar at Fair

7   School.

8   Q.  Who were they?

9   A.  I don't know them.

10   Q.  Are they male or female?

11   A.  I honestly don't remember.

12   Q.  Do you remember their race?

13   A.  No, sir.

14   Q.  But you were advised, after Desiree's 9th grade

15   year, that he couldn't retake algebra?

16   A.  Correct.

17   Q.  And you were advised by both his counselor and the

18   registrar at Fair?

19   A.  Correct.

20   Q.  Okay.  Do you know whether or not that same rule

21   applied to other students?

22   A.  It wasn't a rule.  I learned that later at

23   Central.

24   Q.  Do you know whether other students at Fair were

25   allowed to retake courses rather than follow the credit

**Page 28**

1   recovery process?

2   A.  I'm going to tell you why I wouldn't though.  As I

3   stated, it wasn't a rule.  They were supposed to allow

4   him to retake that class.  The registrar at the time

5   decided she didn't want 10th graders in the class with

6   9th graders and took away my option for my son to retake

7   that class.

8   Q.  Okay.

9   A.  The guidance counselor told me that.  That's the

10   registrar's rule.  I learned this, all of this at

11   Central.  I called the Fair guidance counselor after I

12   learned it at Central.  And that's when she told me the

13   registrar doesn't want 10th graders in the class with

14   the lower classmen.

15   Q.  Do you know whether any other 10th graders besides

16   your son were allowed to take a class 9th graders?

17   A.  I wouldn't know, since it was that one

18   individual's own personal opinion.

19   Q.  So let's get back to this process of trying to get

20   Desiree into Parkview or Central.

21   A.  Uh-huh.

22   Q.  So you were unsuccessful during his 8th grade

23   year, and you were unsuccessful during his 9th grade

24   year, correct?

25   A.  Well, the process changed.  And when I say that,

Page 29

1    the student assignment process itself changed.  And I'm
2    trying to remember what the first change was.
3    Q.   Can you tell me --
4    A.   They started --
5    Q.   -- how it affected you?
6    A.   Okay.  They started allowing you to come in --
7    that's when they started like this other type of open
8    enrollment, where you could come in you can request that
9    your child goes to a specific school.  And so I went in
10   and I applied for it.  I can't remember the actual name
11   of the process, but I completed the paperwork for both
12   Parkview and Central.
13        As a matter of fact, I'm almost certain it was
14   where they opened up the districts.  I'm almost certain
15   that was when they did that.  They opened up the
16   districts, where you could go in and request your child
17   go -- it's not the No Child Left Behind, it's a
18   distressed school addendum because it's a distressed
19   school.  And it's if your child attends a distressed
20   school.
21   Q.   Was it Opportunity School Choice or something like
22   that?
23   A.   It was like the distressed school addendum,
24   because Fair, McClellan and Hall were on the distressed
25   school list.

Page 30

1    Q.   Okay.  So what happened?
2    A.   I went down there and I applied for that as well.
3    But before -- while I was down there, I should say, I
4    spoke to someone in the office, because I wanted to make
5    sure that did not supercede the initial waiting list.
6    Because my son had been on that wait list for almost two
7    year now.
8    Q.   So this is then Desiree's 9th grade year you're
9    doing this?
10   A.   Correct.
11   Q.   Okay.  So he's already on one waiting list.  And
12   you say there's been a change in the student assignment
13   process that opens up some more options that you were
14   trying to take advantage of?
15   A.   Correct.  He was on five wait lists at the time;
16   two for Parkview and three for Central.
17   Q.   Okay.  So he still was, at least at best, 50th on
18   any wait list, but you were trying for this other option
19   to get into those same schools?
20   A.   Actually, he was still in the same place.
21   Q.   Okay.
22   A.   Because the information that I was given, that it
23   did not supercede that list, it did.  My son never moved
24   out of those spaces.
25   Q.   Okay.  Well, let me make sure I understand what

Page 31

1    you're saying.
2    A.   Uh-huh.
3    Q.   At the time you went down and applied under this
4    new program, Desiree was no better than 50th on any
5    list, right?
6    A.   Correct.
7    Q.   And someone told you that he would continue on the
8    original list, even though you were applying again under
9    a new program?
10   A.   Correct.
11   Q.   But that didn't happen?
12   A.   Correct.
13   Q.   Okay.  Who was it that told you that the
14   original -- that he would continue to move on the
15   original waiting list?
16   A.   I can't remember these people's names.  The people
17   in student assignment, I spoke to Frederick Fields about
18   it as well.
19   Q.   Is he one of the people who told you that Desiree
20   would continue on the original waiting list?
21   A.   He initially said that was separate.  That because
22   of the distressed school situation that -- it was like
23   two different types of lists.  You got the distressed
24   school thing, which you have to come in and do this
25   paperwork to be considered for that, but the other five

Page 32

1    lists were still moving.
2    Q.   Okay.  All right.  So you applied for Desiree on
3    this distressed school list?
4    A.   Correct.
5    Q.   For the same two schools, Central and Parkview?
6    A.   Correct.
7    Q.   So what happened?
8    A.   He didn't get assigned to those schools.
9    Q.   Okay.
10   A.   My nephew, he went to Central.  He wasn't on any
11   list, but he went to Central.
12   Q.   Is he in the Central attendance zone?
13   A.   No.
14   Q.   Where does he live?
15   A.   He lives in Pecan Lake.  He's in the Hall school
16   zone.
17   Q.   And what is his name?
18   A.   Stervin Smith.  But he got into Central because he
19   goes to St. Mark.
20   Q.   Okay.
21   A.   And Frederick Fields goes to St. Mark.
22   Q.   So you think Stervin Smith got around the rules
23   somehow because he goes to church with Frederick Fields?
24   A.   No, because his dad told me.  He told me, I have a
25   hookup for Central.

8 (Pages 29 to 32)

## Page 33

1   Q.   What's his dad's name?
2   A.   Stervin Smith, Sr..
3   Q.   Okay.
4   A.   And he told me Frederick Fields was his hookup.
5   And he told me that he could get my son into Central.
6   But I told him, No.  I have him on like seven or eight
7   different waiting lists.  I wanted to do it the right
8   way.
9   Q.   Okay.  So DeAndray is a year behind Desiree?
10  A.   Yes.
11  Q.   And where --
12  A.   About two years.
13  Q.   -- where did he start high school?
14  A.   He went to Parkview.
15  Q.   How did he go to Parkview?
16  A.   Because he went to Horace Mann Middle School.
17  That was another one of the student assignment processes
18  that were in play.  If your child went to a magnet
19  middle school, they automatically -- for example, he
20  went to Horace Mann, he would go to Parkview.  If he
21  went to Dunbar, he would go to Central.
22  Q.   Okay.
23  A.   But that process changed too for some.
24  Q.   Well, tell me who besides Stervin Smith was
25  treated differently than your children?

## Page 34

1   A.   My son went to school, my oldest son, both white
2   and black went to Central.
3   Q.   Okay.
4   A.   A lot of the kids in my neighborhood, Caucasian
5   kids I should say, went to Bryant, went to Benton.  They
6   weren't, and I'm keeping it as honest as I can put it,
7   they weren't allowing a lot of black kids from our area
8   to go to Bryant and Benton.
9   Q.   All right.  And who were the white kids who went
10  to Bryant or Benton?
11  A.   You would have to ask my son.
12  Q.   Okay.
13  A.   He was coming home every day looking for the
14  letter saying that he was going to Parkview or Central.
15  Q.   Do you know any black kids who applied to go to
16  Bryant or Benton?
17  A.   He knows the one specifically, because his mom
18  called the student registration office crying, because
19  they would not let her son go to Bryant, and was
20  actually told, they don't let our kids go to Bryant, but
21  someone in student registration, which I thought was
22  crazy since the district was open to Bryant kids.
23  Q.   Why do you think the district was open to Bryant
24  kids?
25  A.   Because a lot of the white people move their kids

## Page 35

1   out of the school district to get out the city, but they
2   still wanted their kids to have a Little Rock Central
3   education.
4   Q.   Who do you know that went to Central from outside
5   the city?
6   A.   You would have to ask my son.
7   Q.   Okay.
8   A.   But I know my little cousin lives directly across
9   the street from Central.  He went to Dunbar, which meant
10  he should have automatically gone to Central, but they
11  had him assigned to Hall.
12  Q.   Is there anyone else besides Stervin Smith, that
13  you can name, who was treated differently than your
14  children were treated?
15  A.   My other little cousin, Demond Johnson, Jr..
16  Q.   Where does he live?
17  A.   Off of Mabelvale Cutoff.
18  Q.   And he got into Central?
19  A.   Through Frederick Fields, my brother-in-law, got
20  him in.
21  Q.   So are they the only people, you can name two
22  people who your brother-in-law got into Central by
23  talking to Frederick Fields?
24  A.   They're the only two I know.
25  Q.   Okay.

## Page 36

1   A.   Because again, his mom is like, Stervin has the
2   hookup.  No.  I got my son on a waiting list.  I'm going
3   to do everything right.
4   Q.   Okay.  Is there any other complaints you have
5   about the waiting list, other than this fact that
6   Frederick Fields put these other two people into
7   Central?
8   A.   The whole process was not right.  The way the
9   letters went out.  When sent the letters out, you had
10  three days to complete them and get them turned into
11  student registration.  And they went out on a Friday.
12       The only reason why I knew in advance is because I
13  get the Little Rock School District text alerts, and I
14  get the Little Rock School District email alerts.  And
15  that's because I have the app for the Little Rock school
16  district downloaded in my phone.
17       The letter came that Monday, and it had to be
18  turned in that Monday.  I couldn't take off from work
19  and just take it down there, but luckily I knew, like I
20  said, ahead of a lot of people.
21  Q.   So what happened, did you get the application in
22  or not?
23  A.   Yes, I did.
24  Q.   Okay.
25  A.   And also with the process, I have an email from

Page 37

1  Frederick Fields saying that the distressed list
2  superseded any other student assignment practices that
3  were in play.  This was only after I continuously called
4  and emailed him about my son being on the waiting list
5  and nothing happening, that process being null and void,
6  then the new process of the distressed list being null
7  and void, when people are going around it.
8      Finally he sent me an email saying that he pretty
9  much determines student registration.  He has that
10 authority.  Which that's what I thought the whole
11 assignment process was for.
12 Q.  And you still have all those emails?
13 A.  Yes, sir.
14 Q.  Do you have them with you?
15 A.  No.
16 Q.  Do you have any device you can access them on with
17 you?
18 A.  I can see if I can get into it from my phone.
19     MR. HELLER:  Can we just take a short
20     break and let her look at that.
21     MR. CHILDS:  Sure.
22     (A recess was had.)
23 BY MR. HELLER (CONT.):
24 Q.  Would you forward those to your lawyer so I can
25 talk with you about them?

Page 38

1  A.  Yes.  Do you want me to do it right now?
2      MR. CHILDS:  You can take care of that
3      later.
4  BY MR. HELLER (CONT.):
5  Q.  Just let me know when you're ready?
6  A.  I'm ready.
7  Q.  Okay.  So when Desiree is in 10th grade at Fair,
8  is that the year that DeAndray is starting at Parkview?
9  A.  No, DeAndray started at Parkview his 11th grade
10 year.
11 Q.  Okay.
12 A.  Desiree's 11th grade year.
13 Q.  Okay.  DeAndray got right into Parkview with no
14 trouble, correct?
15 A.  Uh-huh.
16 Q.  Yes?
17 A.  Yes.
18 Q.  Okay.  So then where did Desiree go to 11th
19 grade?
20 A.  He went to Fair.  Actually, no.  I think -- 11th
21 grade.  He went to Central.
22 Q.  Okay.
23 A.  That was another process that I -- where if you
24 have a sibling in a magnet school, the other siblings
25 could go.  I tried that with Desiree since DeAndray was

Page 39

1  going to Parkview.  And I was advised it doesn't apply
2  for high school students.  Then they changed the
3  distressed thing again.  They had the lottery.  And to
4  make sure, since he now said that the distressed school
5  thing superseded any other list, I was the first person
6  on the new distressed school list.  I sat outside -- I
7  was outside Little Rock student registration at 5
8  o'clock in the morning, so, to get my son out of Fair.
9  Q.  Okay.  So are you saying that there was not a
10 lottery the first time and the second time you applied
11 to Central and Parkview?
12 A.  I don't consider a lottery if kids are getting in
13 that didn't even apply for the distressed school
14 addendum nor been on any waiting list.  You had a
15 conversation and kids were getting in.  That's not a
16 lottery.  And that's just the two that I know of.
17 Q.  Okay.  Well, let me -- how -- what's your
18 understanding of how Desiree got his places on the
19 Central and Parkview waiting list; was that a scramble
20 or was that because you were the 90th person to show up
21 for one of those and the 50th person for the other one?
22 A.  The first time they did the distressed school
23 addendum it was a lottery, supposedly.  The second time
24 it was by being the first one there.
25 Q.  Okay.  All right.  So before the two times you

Page 40

1  just mentioned, when they had the distressed schools,
2  before that, even before that time, you applied for
3  Desiree to two schools?
4  A.  Correct.
5  Q.  So how was his place on the waiting list
6  established that first time?
7  A.  The first time it would have been when you
8  applied.  For example, when they did open enrollment --
9  the way it used to go, they did open enrollment around
10 spring of -- January of the year for the next year.  And
11 so I would go up and put them -- sign out papers saying
12 I want him to go to Parkview and Central.  Put him on
13 all those waiting lists.  And then he would just be on
14 the list.  As kids dropped out of school, moved out of
15 the district, moved away, went to charter schools, went
16 to private schools, whatever was happening, seats were
17 opening up and he was supposed to be moving down the
18 list.  That's the way it was.
19 Q.  Let me make sure I understand something.  By the
20 time you went during Desiree's 8th grade year to sign
21 him up for Central and Parkview, there was already a
22 waiting list, all the seats had already been assigned?
23 A.  To my knowledge, I wouldn't know, because it was
24 for the next year.  They hadn't actually done student
25 assignment.  This was early open enrollment for the next

10 (Pages 37 to 40)

**Page 41**

1  year.
2  Q.  Right.  Open enrollment is always for the next
3  year, right?
4  A.  Correct.  But, I mean, it was -- it wasn't -- it
5  was the early open enrollment.  So I didn't know if all
6  the seats were full for the next year.  They wouldn't
7  know that.  That's why they -- to my understanding is
8  why they had to have the waiting list.  So once kids
9  actually started checking in for the next year, if some
10  moved out of the district, then they go to the waiting
11  list.  If some moved to private school, they go to the
12  waiting list.  That was my understanding.
13  Q.  Okay.  When you signed Desiree up for Central and
14  Parkview, did you think he could have gotten in one of
15  those schools without being on the waiting list?  He
16  just could have gotten in a position where he was
17  admitted without being placed on a wait list?
18  A.  No, they couldn't be.
19  Q.  Okay.  Why not?
20  A.  That wasn't the process.  Central and Parkview,
21  you either had to come from Horace Mann to get into
22  Parkview or come from Central to get into Parkview or
23  you had to live in that supposed school zone to get into
24  Central or Parkview.  These were magnet schools.  We
25  call them true magnet because they threw magnet on the

**Page 42**

1  end of rest of the schools.  But these were true magnet
2  schools.  You can't just go up and say I want my -- and
3  enroll them in there.  You have to be assigned to any
4  school, period.
5      But the waiting lists were the only ways to get
6  into Central and Parkview.  You had to go through
7  student registration.  You have to be assigned.
8  Q.  Okay.  Have you ever testified under oath before?
9  A.  Yes.
10  Q.  When was that?
11  A.  I don't remember the exact years.  There was an
12  incident with -- well, it was a court date.  I testified
13  on my sister's behalf.
14  Q.  What kind of case?
15  A.  A domestic case between her and her husband's
16  girlfriend or something.
17  Q.  Okay.  Was there any other time you've testified
18  under oath?
19  A.  Yes, I testified under oath when I was in court.
20  I'm trying to think.  To my knowledge.
21  Q.  What was that?
22  A.  It wasn't court.  It was -- I guess it was like
23  this.  It was -- well, when you appeal unemployment
24  benefits, is that under oath?  I think it was a
25  deposition.  I can't remember.  It was years ago.  I

**Page 43**

1  thought it was a formal thing.
2  Q.  Was there any other time besides your unemployment
3  appeal and your sister's situation?
4  A.  I had a -- I testified in court in criminal court.
5  Q.  What was that about?
6  A.  Theft of property.
7  Q.  Who was accused of theft of property?
8  A.  I was.
9  Q.  What's the -- tell me about it?
10  A.  I can't even remember the year.  I didn't even
11  have kids.  So it was over 18 years ago.  I worked at
12  Bank of America, and I was accused of taking money.
13  Q.  Who accused you?
14  A.  Bank of America.
15  Q.  Do you remember any particular person; your
16  supervisor, anything like that?
17  A.  No, because they couldn't actually say how I
18  supposedly took the money.
19  Q.  How much money was involved in this case?
20  A.  I don't know.  I was given probation, if that
21  tells you anything.
22  Q.  You went to court first?
23  A.  I think we -- yes.
24  Q.  Do you remember who the judge was?
25  A.  Munson, because he didn't listen to the case.  He

**Page 44**

1  played solitaire.
2  Q.  So were you found guilty in that case?
3  A.  Yes.
4  Q.  Was it a jury trial or a court trial?
5  A.  A judge trial, bench trial.
6  Q.  And you were sentenced to probation?
7  A.  Uh-huh.
8  Q.  Okay.  Did you successfully complete your
9  probation?
10  A.  Yes.
11  Q.  Have you ever been charged with any other crimes?
12  A.  No.
13  Q.  Have you ever filed any lawsuits against anybody?
14  A.  Not to my knowledge.  I figure I would know.  I
15  mean --
16  Q.  Okay.  Who was your unemployment claim against?
17  A.  Fidelity FIS.
18  Q.  What did you do there?
19  A.  The job I did?
20  Q.  Yes.
21  A.  I can't remember the official title, but I was
22  hired to, I guess, like verification, verify and process
23  checks for banks.
24  Q.  Okay.  And how did that employment end?
25  A.  Well, I was hired in for that job.  When we --

Page 45

1   when I first got there, they were doing 12 hour, 13 hour
2   days, when it was supposed to be an 8:00 to 5:00 type
3   job. Again, when I do a job, I give 110 percent. The
4   supervisor allowed me to literally run that department,
5   and because I had ideas of ways to get us out of there
6   so we wouldn't have to get all the overtime. And she
7   told me that once, at the end of my 90 day probationary
8   period, we can talk promotion and discuss a raise.
9   Well, I literally cut the overtime by having everyone do
10  it the way I was doing it. And we were doing such a
11  good job, they started bringing us work from other
12  departments that were getting overtime. So at the end
13  of the 90 day probationary period, I went to discuss my
14  raise, and she said, Well, you're not going to get one.
15  And literally said, It is what it is. And if you don't
16  like it, you can go above me. And I did. I went to the
17  gentleman that was over her, and he said, If we're doing
18  the work of what sounds like a supervisory position, we
19  should have that pay. Two days later I was called into
20  human resources where I was told I was being let go
21  because I wasn't a good fit. When I asked, Isn't that
22  something that should have been established during my 90
23  day probationary period? She said, Well, we are looking
24  at your 91 days -- your 90 days. And I told her the day
25  I started, and she was like, Oh, we're outside of the 90

Page 46

1   days, but we still don't think it's going to work out
2   and let me go.
3   Q.   What year was this?
4   A.   I'm trying to think exactly. I can't even
5   remember. I was there for like 90 something days.
6   Q.   Within the last 10 years?
7   A.   Last 10 years? Fidelity. It would have had to
8   have been because I was in this house. I was in my
9   house.
10  Q.   The house you've been in for eight years?
11  A.   Uh-huh.
12  Q.   Okay. And who was the woman you were talking to
13  who was your immediate supervisor?
14  A.   Libby St. Christopher.
15  Q.   And who did you talk to when you went above her?
16  A.   I can't think of his name. But he was above her.
17  Q.   Okay. Where is their office?
18  A.   I want to say out Highway 10. The old Alltel
19  office buildings that's off on the side of the freeway.
20  Q.   What happened with your unemployment appeal?
21  A.   I won.
22  Q.   So you got unemployment benefits?
23  A.   Yes. Now that I think about it, I don't know if
24  that's a litigation. But I filed a complaint with the
25  EEOC for wrongful termination.

Page 47

1   Q.   Okay. Against Fidelity?
2   A.   Yes.
3   Q.   What happened with that?
4   A.   I won.
5   Q.   What do you mean?
6   A.   It was a settlement.
7   Q.   A settlement at the EEOC?
8   A.   Uh-huh. They -- I think it was a deposition. I
9   don't remember anyone documenting anything, but it was
10  mediation. Maybe that's the correct term.
11  Q.   Okay. But the mediation was at the EEOC, there
12  was never a lawsuit, correct?
13  A.   Correct.
14  Q.   Okay. And what was your settlement?
15  A.   I just wanted the pay that they owed me. So it
16  was my pay plus they charged me for benefits for another
17  month and I wanted that back and just the time that,
18  like a two weeks notice type. It wasn't like -- I
19  didn't sue them for money, like.
20  Q.   So you're talking about less than $1,000?
21  A.   It may have been $2,500, maybe.
22  Q.   Okay.
23  A.   If that much. I don't think it was. I just
24  wanted my pay that they owed me.
25  Q.   Did you have a lawyer?

Page 48

1   A.   No.
2   Q.   Was this handled by the EEOC in Little Rock?
3   A.   Yes.
4   Q.   Did you ever file any other kind of administrative
5   claims against anybody?
6   A.   No.
7   Q.   So the only times you've been to court have been
8   in criminal cases and your only administrative claims
9   have been an unemployment appeal and an EEOC charge?
10  A.   Yes.
11  Q.   Have you ever heard of the Joshua Intervenors?
12  A.   No.
13  Q.   Where did Desiree start school?
14  A.   Kindergarten?
15  Q.   Was he in kindergarten or was he in the pre-K
16  program first?
17  A.   He was in pre-K first. I believe Baseline
18  Elementary. Maybe. Pre-K. Oh, my goodness.
19  Q.   Do you remember where he went to kindergarten or
20  elementary school?
21  A.   He went to Baseline either for pre-K or
22  kindergarten.
23  Q.   Okay.
24  A.   A long time ago.
25  Q.   Where did he go after that?

12  (Pages 45 to 48)

Page 49

1    A.   I'm trying to think.  I'm trying to think.  I
2    cannot remember.
3    Q.   Do you remember where he went to middle school?
4    A.   He went to Mabelvale.  I know the last -- from 5th
5    and 6th grade -- well, 4th and 5th grade, he went to
6    Otter Creek Elementary.  And then Mabelvale Middle
7    School.
8    Q.   So did he -- did Desiree go to Otter Creek
9    starting when you moved to your current address?
10   A.   Yes.
11   Q.   Was that in the Otter Creek zone?
12   A.   Yes.
13   Q.   Okay.  And when he went to Mabelvale, did you live
14   in the Mabelvale zone?
15   A.   Yes, in the same place.
16   Q.   Did you spend much time at the school when he was
17   in Otter Creek?
18   A.   As far as like disciplinary issues or --
19   Q.   No, as far as visiting the school.
20   A.   PTA functions, plays, musicals, occasionally
21   lunch, field day.  I'd volunteer.
22   Q.   Okay.  Was Desiree in any kind of special classes;
23   like gifted and talented or anything like that?
24   A.   No.
25   Q.   Was he involved in any extracurricular activities

Page 50

1    at Mabelvale?
2    A.   Football.
3    Q.   Anything else?
4    A.   At Mabelvale?
5    Q.   Yes.
6    A.   No.
7    Q.   You mentioned plays at Otter Creek.  Was he
8    involved in any plays when he was at Otter Creek?
9    A.   Yes, they have like a Christmas play.  They have
10   like the winter and spring --
11   Q.   Things that everybody is involved with?
12   A.   Right.
13   Q.   Okay.  Did he do anything like that at Mabelvale?
14   A.   He had to, I think, for winter because he took
15   music or choir for like a semester in the 6th grade.  So
16   they had the winter choir concert.
17   Q.   Did he play football at Fair?
18   A.   Yes.
19   Q.   Any other extracurricular activities at Fair?
20   A.   No.
21   Q.   What position does he play?
22   A.   He's big.  I don't know anything about football.
23   Q.   Sounds like he might be a lineman?
24   A.   I believe he is.  I mean, he's a big boy.
25   Q.   Okay.  Does he play football at Central?

Page 51

1    A.   He did.  And that was one of the things that hurt,
2    too, you know.  I played sports.  And when you play
3    sports, usually they -- the coaches kind of establish a
4    relationship with the players that start their first
5    year like in 9th grade, 10th grade, all the way to
6    graduation.  They kind of -- they work with the coach.
7    They know the coach's plays.  They interact.  So they
8    establish some type of rapport.
9        Being that he was at Fair 9th and 10 grade, by the
10   time he got to Central, the coach already had his team.
11   He played, but he wasn't utilized.  He went from Fair
12   where he was a starter and he was -- he was a valuable
13   asset to the team to now he's just sitting around on the
14   bench, you know.  And he got frustrated.  And I tried to
15   encourage him.  I told him, you know -- you know, he got
16   his pick, but you have to give 120.  If they're doing
17   110, you do 120.  Stand out.  You have to make yourself
18   stand out.
19       I don't believe in just quitting.  But it just
20   bothered him so much, he started looking for a job.  And
21   when he finally got an after school job, I let him go on
22   and quit.
23   Q.   What month was it when he quit the Central
24   football team?
25   A.   He actually quit starting up his senior year.  So

Page 52

1    the summer leading into high school -- leading into his
2    senior year.
3    Q.   So he played football at Central his junior year?
4    A.   Yes.
5    Q.   And he quit before his senior year?
6    A.   That summer when, he they was getting ready to
7    start summer training before school started back.
8    Q.   Who's the head football coach at Central?
9    A.   I can tell you his name.  I don't know it by
10   heart.
11   Q.   You don't have to look it up.  I'm just wondering
12   if you knew.
13   A.   I have his phone number in my phone.  I can't
14   think of his name, because he had a different --
15   different coaches.  I guess I deleted it.
16   Q.   Okay.  So I want to make sure I'm clear on how
17   Desiree finally got to Central High School for his 11th
18   grade year?
19   A.   Do you want me to tell you?
20   Q.   Yes, please?
21   A.   This was the second distressed school addendum
22   where the email literally says, fill out the form and
23   we're going to select kids based on their number on the
24   form.  So that meant -- and I called down there to
25   clarify.  If I'm the first in line and my son is the

Page 53

1   first on the list, as soon as we get -- you start
2   placing students, he's going to be the first one placed?
3   They said, Correct.  So I shared this information with
4   my pastor.  Who's also been trying to get his
5   granddaughter in.  So I was there at 5:00 in the morning
6   waiting on it to open up at 8:00.  I had my form.  I
7   printed it off, off the internet.  Filled it out and had
8   everything so that all I had to do was go in and be on
9   the list.  And that's what I did.
10      I do want to add, my pastor came and put his
11   granddaughter on the list and they didn't even have any
12   seats for her grade, which I thought they could have let
13   people ahead of time, but.
14   Q.   I guess you don't go to St. Mark?
15   A.   Well, my -- no, I don't go to St. Mark.  No.
16   Q.   Who was it that told you that, before Desiree's
17   11th grade year, what you had to do was to be first in
18   line?
19   A.   That's what the email said.
20   Q.   Okay.  Who was the email from?
21   A.   Little Rock School District, Student Registration.
22   Q.   Okay.  Was there anybody else there in line with
23   you?
24   A.   Yes.  But, you know, I was the first one there for
25   about, I would say, 45 minutes.  They started coming

Page 54

1   around a little bit before 6:00, 6 o'clock.
2   Q.   Do you know whether anybody else got in that way,
3   anybody else that you know?
4   A.   I would say, no.
5   Q.   Is Desiree in AP classes at Central?
6   A.   He has.  Well, let me explain that.  He has AP
7   classes, but currently he only has three -- technically,
8   two classes this year.
9      When he got to Central, the situation with his
10   math classes, when I stated the registrar would not let
11   him retake the class.  His 11th grade year he ended up
12   having to take algebra, geometry, and he took another
13   math.  I can't think of what it was.  Plus chemistry and
14   biology his 11th grade year to be on track to
15   graduate.  And this year he only needed English and
16   something else.  So that's what they have him taking now
17   so he wouldn't have to take study hall.  He goes to
18   school every other day.
19   Q.   Have most of his classes at Central been pre-AP or
20   AP?
21   A.   The actual core classes, yes.
22   Q.   So, for example, he was in Science pre-AP, social
23   studies pre-AP, English six pre-AP, Math six pre-AP,
24   English seven pre-AP?
25   A.   Well, see, those are 6th and 7th grade.  You have

Page 55

1   a six or a seven, that's 6th grade.  Seven is 7th
2   grade.
3   Q.   So he was in pre-AP back then?
4   A.   Yes.
5   Q.   All through Mabelvale?
6   A.   Yes.  I purposely enrolled my kids in pre-AP
7   classes because those are the ones that typically give
8   the actual education versus regular courses.
9   Q.   Okay.  Was he in AP world history?
10   A.   I believe so.
11   Q.   Where was that?
12   A.   Okay.  World history.  I want to say Fair.  And
13   I'm sorry, because I have the two in high school.  And I
14   actually removed some of, I think, DeAndray's pre-AP
15   classes.  I'm not sure if I removed any of Desiree's.  I
16   kind of think I did because he had those -- a bunch of
17   math and science classes last year.
18   Q.   Okay.  And was Desiree also in all AP U.S.
19   history?
20   A.   I believe so.
21   Q.   And DeAndray was also in pre-AP courses?
22   A.   Yes.  I actually adjusted his -- some of his AP
23   classes, I want to say last year as well, but I don't
24   remember which ones I took -- I took him out of some of
25   them.  He's actually a GT student.  But he has to have

Page 56

1   at least one pre-AP class.  But I reduced some of his,
2   took him out of some of his AP classes.  I can't
3   remember.
4   Q.   Okay.  So your oldest son, Desiree, has been in
5   pre-AP and AP in junior high school and two different
6   high schools, correct?
7   A.   Correct.
8   Q.   And your second oldest son, DeAndray, has been in
9   AP and pre-AP classes at Parkview?
10   A.   Correct.
11   Q.   Okay.
12   A.   But if you -- if you have it there, which I'm sure
13   you do, you look at his grades from Fair to Central,
14   you'll see a difference.
15   Q.   Let's take a look.  I've got a copy for you of the
16   complaint in this case.
17   A.   Okay.
18   Q.   And I'll ask you to turn to page 6, where the
19   section about Lakesha Doe and Dennis Doe begins, which I
20   understand that is you and Desiree.
21      And this was written, I guess, during the '15/16
22   school year when he was already at Central.  Does
23   Desiree get transportation to Central?
24   A.   Yes.
25   Q.   Do you know any other students who were at Fair

14 (Pages 53 to 56)

Page 57

1   who are now at Central?
2   A.   Yes.
3   Q.   Who are they?
4   A.   They're his -- some of his friends.
5   Q.   Okay.  So other of Desiree's friends from Fair
6   have also been able to transfer to Central?
7   A.   Uh-huh.
8   Q.   Yes?
9   A.   Yes.  I'm sorry.
10  Q.   Okay.  Even though they live in the Fair
11  attendance zone?
12  A.   Well, Fair has always been -- Fair -- well, let me
13  rephrase that.  It's not the Fair end attendance zone.
14  We live in Otter Creek.  In Otter Creek it's a
15  multi-cultural subdivision.  We have some influential
16  people that live out there in Otter Creek.  So we have a
17  bus for Fair.  We actually have two Parkview buses.  I
18  want to say two Central buses coming out to Otter Creek.
19  McClellan doesn't come out to Otter Creek anymore.  So
20  if that's any indication, there are no kids from
21  McClellan living in Otter Creek.  But we have kids from
22  Bryant and Benton as well, but they have all of the
23  buses out there, except for McClellan.
24  Q.   Okay.  So buses from Bryant and Benton come to
25  Otter Creek?

Page 58

1   A.   I don't know about the buses.  I believe those
2   kids either drive or have their own transportation.  I
3   don't know.
4   Q.   Okay.  If you look at page 7 of the complaint, it
5   says that Desiree was subjected to discipline.  This is
6   paragraph 30.
7   A.   Uh-huh.
8   Q.   Subjected to discipline for false reasons during
9   the 2014/15 school year?
10  A.   Uh-huh.
11  Q.   Where did that happen?
12  A.   Fair.
13  Q.   Okay.  And what was the discipline?
14  A.   I got a call that my son was being suspended.
15  Actually, there were a bunch of kids suspended from his
16  school that day.  I want to say about 37 kids suspended
17  for attendance.  The school district said my son had
18  maybe seven tardies or maybe more than that.  I can't
19  remember.  And I hadn't got one phone call or behavior
20  document or an email even saying he had been tardy.  And
21  I confirmed my telephone number that I had on file,
22  which I updated on a regular basis.  I actually email
23  correspondence with his teachers, you know, at the
24  beginning of the year, the middle of the year, just to
25  find out how he's doing.  I never got a phone call, an

Page 59

1   email or anything saying he had been tardy.  But they
2   were suspending him along with, I want to say, 37 other
3   kids that day for tardies.  And this happened at Fair,
4   Central and Hall, the same day.
5   Q.   Okay.  When Desiree went to Fair, how did he get
6   there?
7   A.   The bus.
8   Q.   Okay.  Do you know whether or not he was actually
9   tardy eight times?
10  A.   I doubt it.  I mean, if I -- I feel like, when a
11  kid is tardy, they have an automated system that even
12  calls you that says, Desiree actually was absent from
13  period 1A or 3 or 4 or tardy.  I didn't get any calls.
14  Q.   Okay.  So if the school records show that you were
15  left a message on October 28, 2014, at 3:44 p.m., you're
16  saying that's not correct?
17  A.   At what time?
18  Q.   3:44 p.m.
19  A.   October 14th of what year?
20  Q.   I'm sorry.  It's October 28, 2014.
21  A.   I'd say I wouldn't even remember, but I -- I
22  didn't get a call.  They lifted the suspension because
23  they told me there was a problem with their automated
24  system.
25  Q.   Okay.

Page 60

1   A.   So I didn't actually get a call.  He didn't serve
2   that suspension.
3   Q.   Okay.  Well, tell me how you found out that he was
4   recommended for suspension?
5   A.   I want to say he called me.  He called me from the
6   bus.
7   Q.   Okay.  And then what happened?  How did you end up
8   avoiding the suspension?
9   A.   I called the school and I spoke to the assistant
10  principal.  And I actually left work and went up there
11  and confirmed my number and everything and told him I
12  hadn't received any phone calls or anything.  I hadn't
13  received any type of correspondence saying that my son
14  was either absent or tardy from school.  And I was
15  advised that there was a system issue and that they had
16  been working on it.  So I may not have actually received
17  the calls, and they lifted the suspension.
18  Q.   Okay.  So he didn't miss any school?
19  A.   No.
20  Q.   Do you know whether -- how do you know that other
21  students were recommended for suspension the same day?
22  A.   Because I have friends at the Little Rock School
23  District, and even when I was up there, there were other
24  parents coming in about their kids being suspended from
25  school.  And I have, like I said, friends that work for

15  (Pages 57 to 60)

## Page 61

1　the Little Rock School District. That's how I learned
2　about how many students were suspended, why these kids
3　were suspended, and that it happened at Hall and
4　McClellan.
5　Q. Who told you that?
6　A. The people that told me?
7　Q. Yeah.
8　A. I mean, I don't feel comfortable saying, because
9　they're teachers.
10　Q. Well, but you're claiming in your lawsuit that 37
11　other black students were recommended for suspension.
12　So I want to find out --
13　A. If it's true?
14　Q. -- what that's based on?
15　A. Well, if you suspended 37 kids from one school,
16　y'all would have a record of it, right?
17　Q. What's the basis for your information that 37
18　other kids were suspended?
19　A. Like I said, I was in the office when some of the
20　other parents were coming in. These kids were being
21　suspended. Plus the very next day my son came back and
22　said at some of the teachers I know that I graduated
23　with or I'm friends with said it. I mean, this is from
24　other schools, McClellan and Hall as well.
25　Q. Do you know if anybody ever actually got suspended

## Page 62

1　as a result of the tardies?
2　A. Yes, it was like at Fair, it was like 37 folks
3　that they suspended. I don't know if all of the parents
4　came in and fought it like I did. But I know there was
5　some parents that came in. I don't know the outcomes of
6　their situations. I didn't know them, you know.
7　Q. Do you know if any student was actually suspended
8　at any of those schools for accumulated tardies on that
9　day?
10　A. I know they were suspended. Whether or not their
11　suspensions were overturned, I don't know. I assume
12　kids that didn't have anyone to come fight for them or
13　parents didn't care, maybe they were suspended -- I
14　mean, served suspension, but I don't know.
15　Q. Well, I thought you just said that you were told
16　it was a mistake?
17　A. I was told in my son's case. My son's suspension
18　was lifted due to them having system issues with the
19　automated system not calling sometimes. But that was
20　only in my son's case that I know of.
21　Q. Okay. Can you name any student who was suspended
22　for accumulated tardies in the 2014/15 school year?
23　A. Other than my son?
24　Q. Well, can you name -- yes.
25　A. No.

## Page 63

1　Q. And who did you talk to when you went to Fair that
2　day to discuss the suspension?
3　A. The assistant principal. It was an
4　African-American female.
5　Q. Do you know her name?
6　A. I don't remember.
7　Q. So your complaint says that, On information and
8　belief, other parents also didn't get notice. What
9　information do you base that on?
10　A. My son called me to tell me he was suspended. I
11　didn't a call from an administrator telling me they were
12　suspending my son, which I'm almost certain that's the
13　policy if my kid is going to get suspended. But an
14　administrator should have contacted me, shouldn't they,
15　to tell me my son is suspended.
16　Q. I understand how you know that you didn't get
17　notice.
18　A. Okay.
19　Q. I'm asking how you know that anybody else didn't
20　get notice?
21　A. I was told, when my son called me, that there were
22　other parents that was there or that were coming in that
23　picked up their kids.
24　Q. Okay. So all you had to do was talk to somebody,
25　this assistant principal in the office, to avoid your

## Page 64

1　son missing any school because of the suspension, right?
2　A. Yes.
3　Q. Okay. So you didn't engage in multiple appeals?
4　A. I've appealed other things, but not for this
5　specific situation.
6　Q. Okay. What other things have you appealed?
7　A. When my son was accused of cursing in a classroom
8　at Fair. They have City Year students that come in.
9　And one of the City Year students took his phone, and
10　told him he'll give it back to him at the end of class.
11　So at the end of class when he asked for it, he
12　had actually given it to the teacher. And so he went to
13　the teacher to try to get his phone back. And I
14　think -- I don't know what transpired, but later on
15　someone said he cursed. And so they were suspending him
16　for that. So he came home, and I called the school and
17　told them that I wanted to appeal it.
18　So that very next day I went up there and met with
19　the assistant principal for his grade level at the time,
20　and they showed me the document. And I asked them why
21　does the document say he had a cell phone, but the part
22　where it says he cursed was written by somebody
23　completely different. Well, he said the security guard
24　wrote the part about him cursing. So I said, Did the
25　security guard hear him curse? And he said, No. I

Page 65

1    said, Who heard him curse? And they said, The City Year
2    student. As to who wrote the document, the City Year
3    student.
4         And I appealed. A student that is not a Little
5    Rock School District administrator can take a student's
6    property, and write them up on a behavior infraction,
7    and then have them suspended without any adult present
8    in the classroom. And he called the security guard in
9    there and asked him did he hear the profanity. And the
10   security guard said, No. And I asked them, Shouldn't
11   this have been investigated before y'all suspended my
12   son? Who was the administrator in the class. There
13   wasn't one.
14        The City Year child was the one supervising the
15   class and wrote my son up on the infraction.
16        They ended dropping it because -- I'm assuming
17   because that it wasn't written up by an actual adult or
18   school administrator. And also no one that was involved
19   in the situation actually claimed to have heard him
20   curse. So I don't know why the security guard wrote
21   that on there. And that was the reason behind the
22   suspension.
23   Q.   Who was the security guard?
24   A.   I have no idea.
25   Q.   Did you ever talk with him or her?

Page 66

1    A.   When he came in in that conference.
2    Q.   But you don't know his name?
3    A.   No.
4    Q.   Do you know his race?
5    A.   I want to say he was black. I'm not 100 percent
6    sure.
7    Q.   Did you ever appeal any other discipline issues
8    concerning Desiree?
9    A.   Discipline, no, not with discipline.
10   Q.   What other kind of appeal did you have?
11   A.   Academic.
12   Q.   Tell me about those?
13   A.   His Spanish teacher had -- I monitor my boys'
14   grades online. And so he all of a sudden had I want to
15   say a D in Spanish. And it dropped all of sudden from a
16   high C to a D with no explanation. So when I contacted
17   her about it, she never responded.
18        So I ended up contacting the assistant principal,
19   who contact her, and then realized she said something
20   about a grade, she forgot to enter a test grade for all
21   of her students. So all of her grades were wrong. And
22   that it may make his grade go up or come down.
23        Well, the very next day in Spanish class she made
24   an announcement to the class, If your grade goes up or
25   if your grade goes down, you can thank Desiree, because

Page 67

1    his mom called up here about his grade.
2         So I actually talked to the assistant principal
3    about that. And there was some type of investigation.
4    And he said he was going to reprimand her or whatever.
5    She called me and she apologized.
6    Q.   Okay. Who was that assistant principal?
7    A.   It was at Fair. So I don't know his name.
8    Q.   Who was the Spanish teacher?
9    A.   I think it was Ms. McGee. And I might have the
10   voicemail for that.
11   Q.   Let's not worry about that. Let me clarify
12   something about the situation with the tardies. Was the
13   school -- was the school's position that he actually was
14   tardy, but the problem with the system was that you
15   weren't notified, or was the school's position that he
16   wasn't actually tardy, and some problem with the system
17   was showing him as tardy anyway?
18   A.   I don't think, to my recollection, there was no
19   discussion of whether he was actually tardy or not.
20   Because my whole point of view was if he was tardy, why
21   wasn't I contacted. Even after like if he was tardy
22   like three times, if there was any type of disciplinary
23   action regarding tardies, I should have received some
24   form of communication, so that I could correct the
25   behavior.

Page 68

1    Q.   So when you went to the school, the issue you
2    raised wasn't whether or not he was actually tardy eight
3    times, the issue was how could he be disciplined without
4    you having notice about it?
5    A.   Both. Because if he was tardy, I don't want him
6    to be tardy. I definitely don't want him to be tardy
7    enough to where he can get into trouble. Just tardy
8    period, I'm very punctual. On tardies you're going in
9    after school starts. That means you're a disruption.
10   And it could lead to other disciplinary infractions or
11   behavioral issues. So it's not just about the tardy.
12        So if he was tardy, I wanted to know. I want to
13   know.
14   Q.   Do you know what the rule was at Fair concerning
15   accumulated tardies?
16   A.   Not the specific rule. I knew that tardies
17   were -- other than the fact that if he was tardy where
18   it was a behavioral problem, I would have received some
19   type of communication; a phone call, eventually a
20   document after so many tardies, maybe in school
21   suspension after so many tardies, and then suspension.
22   But I didn't familiarize myself with it, because I
23   didn't know it was a concern. My kids have never had
24   tardy issues.
25   Q.   So your complaint says at paragraph 32 that your

17 (Pages 65 to 68)

Page 69

1  son was trying to get into Central or Parkview, but that
2  white students from other surrounding districts were
3  allowed to have priority enrollment at the preferred
4  high schools.
5      So what's the basis for that allegation?
6  A.  The district was opened up.  Little Rock School
7  District was opened up.  Benton didn't -- Bryant didn't
8  open their district.  Benton didn't open their district.
9  The surrounding cities didn't open their district to
10  Little Rock School District children.
11      However, in today's age you see on Facebook, they
12  have news stories about student registration and the
13  distressed school and all this and all that.  I'm upset
14  after years of trying to get my son into the school that
15  I felt like he deserved to be in, that he's waited to be
16  in.  And I make a comment.  And I have white parents
17  from neighboring towns tell me about Suggs.  He's never
18  returned a call.  He called me right back.  And my son
19  got into Horace Mann.  And they had a tour.  They had a
20  new student enrollment tour.  And he was present.
21      My son went to Horace Mann.  We didn't get any
22  information about a new enrollment tour.
23  Q.  I thought you said you were in the Horace Mann
24  zone?
25  A.  No, I'm not in the Horace Mann zone, I'm in the

Page 70

1  Mabelvale zone.  That's why Desiree went to Mabelvale.
2  DeAndray went to Horace Mann because he went to
3  Parkview.
4  Q.  That's backwards, isn't it?
5  A.  That was your process at the time.
6  Q.  Well, he can't be going to Parkview before he went
7  to Horace Mann.
8  A.  No.  I mean, he was considered a magnet school.
9  When he left elementary he was a GT student.  That's how
10  he got into Horace Mann.  I didn't even apply.  He was a
11  GT student in elementary.
12  Q.  So you didn't apply to Horace Mann for DeAndray?
13  A.  No.
14  Q.  That was his assignment?
15  A.  Yes, based on his grades and test scores.  And we
16  were actually in the Mabelvale District at the time,
17  because his brother was going to Mabelvale.
18  Q.  So when you say white students from surrounding
19  districts were allowed to have priority enrollment, what
20  do you mean by that?
21  A.  They received notification ahead of the parents in
22  the Little Rock School District.  The reason I know that
23  is because I got an alert.  I was there to get the
24  paperwork in when they first did the distressed school
25  addendum, was because I received an email and a text

Page 71

1  message that Friday at 6:00 p.m..  The rest of the
2  letters went out Friday.  People didn't get them until I
3  guess Saturday or Sunday -- Saturday or Monday.  Mine
4  came Monday in the mail, which gave me one day to get
5  that completed and sent in.  It didn't -- I couldn't see
6  how kids outside of the Little Rock School District,
7  their parents were notified that their kids can bring their
8  kids to Little Rock School District schools.
9      I didn't understand how kids that weren't at one
10  of the distressed schools that prompted this addendum,
11  and outside of Little Rock were getting their kids into
12  Central and Parkview, and Horace Mann and Forest
13  Heights.  There were parents in surrounding areas on
14  Facebook saying how they got their kids into Central,
15  mainly Central and Horace Mann and Forest Heights.
16  Q.  Do you still have those Facebook posts?
17  A.  No.  But I can probably find them.
18  Q.  If you can, would you send those to your lawyers
19  as well?
20  A.  Yes.
21  Q.  So are you saying that some parent outside the
22  Little Rock School District got notice before you got a
23  text about this?
24  A.  I honestly -- that's what I honestly believe.  How
25  would they apply for our district schools through the

Page 72

1  distressed school addendum, which didn't apply to kids
2  outside the district.  Because the distressed schools
3  were McClellan, Hall and Fair for high school.  For
4  middle school it was Mabelvale, Henderson, and I believe
5  that's it.  There may be another one.
6      But the point is their kids got into the school
7  ahead of my son being on the distressed school list, and
8  being on the five other waiting lists that were in play.
9  Kids outside of the district got into Little Rock School
10  District schools.
11  Q.  So who were those kids?
12  A.  My classmate, she lives in Jacksonville, her son
13  got into Horace Mann.
14  Q.  What's her name?
15  A.  Her name is Patrice.
16  Q.  Patrice who?
17  A.  I don't feel comfortable giving out --
18      MR. CHILDS:  Give out the name.
19  A.  Summons Green.  She got married.
20  Q.  And her son is at Horace Mann now?
21  A.  Yes.
22  Q.  What's his name?
23  A.  Tre, T-R-E, is what they call him.
24  Q.  And what is their race?
25  A.  They're black.

18  (Pages 69 to 72)

## Page 73

1  Q.  So what about any white person, your complaint
2  says white students were given this priority enrollment,
3  can you name any white student from another district who
4  got into --
5  A.  There were kids in Otter Creek.  My son knows the
6  kids by name.  I don't.  They were kids outside in our
7  neighborhood.
8  Q.  Within the Little Rock School District?
9  A.  Yes.  Otter Creek is in Little Rock.
10  Q.  Your complaint says that white students from other
11  surrounding districts have priority.
12     Can you name one white student from a surrounding
13  district that got into any Little Rock school?
14  A.  That was through Facebook.  And I'm going by what
15  their parents were saying.  Their kids went on tours at
16  Horace Mann.  Their kids got into the schools.
17  Q.  Do you know what year that was?
18  A.  Mr. Suggs was in office.  I know that.  That's
19  what I initially started posting about, how he never
20  responded to any of my calls or emails.  And a couple of
21  parents went on there and said, he replied to me and he
22  emailed, he called or emailed or whatever.
23  Q.  Is there any basis for your allegation that white
24  students from surrounding districts had priority
25  enrollment for preferred high schools, other than what

## Page 74

1  you saw on Facebook?
2  A.  The fact that they got in ahead of Little Rock
3  School District students that applied.
4  Q.  How do you know that?
5  A.  They got in.
6  Q.  How do you know that?
7  A.  According to their parents on Facebook.
8  Q.  Okay.  Let me ask my question again.
9  A.  Okay.
10  Q.  Is there any basis for your statement that white
11  students from surrounding districts were allowed to have
12  priority enrollment at preferred high schools in LRSD,
13  other than what you saw on Facebook?
14  A.  From outside the district, no.
15  Q.  Okay.  You say in paragraph 33 of your complaint
16  that your son Desiree was subjected to unequal treatment
17  from white students.
18     First of all, with respect to discipline, tell me
19  how your son was subjected to unequal treatment from
20  white students with respect to discipline?
21  A.  The situation with the Spanish class, my son
22  actually had I guess verbal altercations with a number
23  of kids, because the statement she made about how if
24  your grade goes up or down, you can thank Desiree,
25  because his mom called up here about a test score or

## Page 75

1  whatever she said.  And his classmates, some that
2  weren't even in that primary class were talking crazy to
3  him, I guess.  They were harassing him about it.  It got
4  around school.  You know, it got around school.  I don't
5  want to say he was a snitch or whatever, because I
6  called up there about his grade.  Because I contacted
7  the administration about my son's grade, and the teacher
8  realized she forgot to add a grade in for all of her
9  students.  That's not something that should have been
10  discussed in class.
11     My problem with his teacher, she shouldn't have
12  told the whole class.  If someone's grade did fall
13  because of that test, but it brought his grade back up
14  to a high C.  If somebody's grade did fall because of
15  that test, my son was now in a hostile learning
16  environment.  If they're talking and he's getting enough
17  of it, there could have been a fight.  There could have
18  been anything.
19  Q.  Was there a fight?
20  A.  There were arguments.
21  Q.  Okay.  Was was Desiree disciplined as a result of
22  any of that?
23  A.  Was he disciplined as a result of the arguments?
24  Q.  Yes.
25  A.  No.

## Page 76

1  Q.  Okay.  So my question is tell me every way he's
2  been treated unequally to white students with respect to
3  discipline?
4  A.  The tardies, being suspended with the whole he
5  supposedly cursed situation, when he didn't.  He was
6  suspended for that.  Those have been -- and with the
7  tardies, I mean, he was suspended, but I had to get them
8  overturned.  That means I have to leave work.  I have to
9  set up appointments, and not go to work and come up here
10  to that school to address things that, first of all,
11  should have been investigated before he reached out to
12  me.
13     In both instances my son is the one that made me
14  privy to what was going on, not the school.  He's the
15  one that came home with a suspension notice saying he
16  was suspended because they said he cursed.
17  Q.  Both of those things happened at Fair?
18  A.  Yes.
19  Q.  Who were the white students who were treated
20  differently?
21  A.  Well, Fair is a predominantly black school.  It's
22  a predominantly black school.  I don't have a way of
23  knowing if any white kids were actually suspended for
24  tardies.  I don't have a way of knowing if any of the
25  white kids were accused of what my son was accused of.

### Page 77

1    The environment, Fair is not a school.
2    Technically, it's a school, but when you have -- the
3    whole learning environment is different.
4    Q.   Can you give me any example of a white student
5    being treated differently than your son with respect to
6    discipline?
7    A.   The disciplinary measures my son was subjected to
8    at Fair, I don't believe any other white kids were
9    having to endure them.
10   Q.   Okay.  So is the answer, no, that you can't give
11   me any example of a white kid who actually was treated
12   differently than your son was?
13   A.   I would have to know their business.  How would I
14   know --
15   Q.   My point is you don't know, do you?
16   A.   I know that my son was subjected to things, that
17   if he had been in a real learning environment, he
18   wouldn't have been subjected to.
19   Q.   Okay.
20   A.   37 kids was suspended from Fair.  Kids were
21   suspended from McClellan, and kids were suspended from
22   Hall, all on the same day for tardies.  It didn't happen
23   at Little Rock Central, it happened at the three
24   distressed schools, on the same day, for the same
25   reason, mass suspensions.

### Page 78

1    Q.   And what was the reason?
2    A.   Tardies, tardies.  Mass suspensions for tardies.
3    Q.   Can you name a white student who was tardy eight
4    times, who was not recommended for the same kind of
5    discipline?
6         MR. CHILDS:  Object to form.
7    A.   I'm sorry.
8         MR. CHILDS:  Go ahead and answer if you
9    can.
10   A.   You said can I name a white kid that had been
11   tardy eight times?
12   Q.   Yes.  Can you name any white student to whom the
13   discipline rules respecting tardies with applied
14   differently than they were applied to your son?
15   A.   My son's suspension was lifted.  So he was
16   suspended for nothing.
17   Q.   My question is whether you're aware of any white
18   student, who had the same number of tardies, and was
19   treated differently from the way your son was treated?
20   A.   I wouldn't know.  How can I have access to their
21   tardies?
22         MR. CHILDS:  Don't ask questions.
23   A.   Okay.  I'm sorry.
24   Q.   Your complaint also says that your son was treated
25   unequally from white students with respect to school

### Page 79

1    attendance.  What's the basis for that allegation?
2    A.   Tardies.
3    Q.   Your complaint also says that your son was treated
4    unequally from white students with respect to, quote,
5    "equal opportunity to be educated."  What do you mean by
6    that?
7    A.   My son was forced to go to Fair for two years.  My
8    son, even at my request to him for him to repeat
9    algebra, that right was taken from me by the school
10   registrar at Fair, which caused my son to be behind on
11   courses.  When he needed assistance and the -- what is
12   it called, the math class, I have him take it online.
13   Q.   I think --
14   A.   Credit recovery.  Credit recovery is one of the
15   ways of making up for algebra.  The administrator was
16   not an algebra teacher.  It could have been an English
17   teacher.  It could have been a social studies teacher.
18   So there was no one there to assist him when he needed
19   assistance.  He actually went to summer school for this
20   again.  It was online-based just like Credit Recovery.
21   And he ended up at Central, where he was told he should
22   have been allowed to repeat the course at my initial
23   request, and had to take three math classes and two
24   science classes his 11th grade year.
25       My son, when he went from Fair where they spent an

### Page 80

1    hour in class discussing a teacher that all the teacher
2    wears is Polo, and went to Central, where there are
3    actual real teachers.  And when I say, real teachers,
4    they have homework.  They have education.  They're
5    teaching versus discussing personal things that are
6    irrelevant to what you're in a classroom for.  It's not
7    the same educational opportunities.
8        If he had went to Central in the 9th grade and
9    failed algebra, he would have been able to repeat
10   algebra in the 10th grade.  I had to learn all of this
11   at Central when I was registering him.
12   Q.   So is that everything you mean by the allegation
13   that he was subjected to unequal treatment with respect
14   to equal opportunity to be educated?
15   A.   Yes.  Plus my son that's at Parkview, he went last
16   year with a geometry teacher who suffered a death in her
17   family, and she came back to work and wasn't prepared to
18   be back.  So they technically didn't teach him for the
19   rest of the semester.  And Parkview gave him a grade.
20   They gave him the same grade he had the first semester.
21       This year he doesn't have a world history teacher.
22   He had a teacher for about nine weeks.  And went the
23   second nine weeks without a teacher at all.  Sometimes
24   there was no adult in the classroom.
25   Q.   At Parkview?

Page 81

1  A.  Yes.
2  Q.  Okay.
3  A.  Now they have another world history teacher coming
4  in and teaching into other teacher's courses because
5  they haven't been able to hire anyone.
6  Q.  Do you have any other concerns about DeAndray's
7  education at Parkview?
8  A.  No, not other than those two things.  He's not
9  learning anything.  He's in world history passing and
10  he hadn't learned anything.
11  Q.  Okay.  And who is his world history teacher?
12  A.  He doesn't have one.  There's another teacher.
13  Q.  Who started the year as his world history teacher?
14  A.  I couldn't tell you, even though I sent her an
15  email.
16  Q.  Okay.  On page 8 of your complaint at the top it
17  says the schools Desiree attended are unequal facilities
18  to those attended by white students in the northwestern
19  parts of the school district.
20      Which schools are those, schools attended by white
21  students in the northwestern part of the school
22  district?
23  A.  So you're asking me how the facilities are
24  unequal?
25  Q.  Well, my first question is what schools in the

Page 82

1  northwestern part of the school district are you
2  referring to?
3  A.  I don't remember.
4  Q.  Have you been to any schools in the northwestern
5  part of the school district?
6  A.  Yes.
7  Q.  What schools?
8  A.  In the northwestern part of the Little Rock School
9  District or Arkansas?
10  Q.  Little Rock School District.
11  A.  I've been to all the schools in the Little Rock
12  School District; Central, Hall, Parkview, McClellan,
13  Little Rock Preparatory, Mount St. Mary's, Catholic.
14  And some of them are not in the Little Rock School
15  District, but I've been to all the schools in the Little
16  Rock School District.
17  Q.  Okay.  Why were you at Mount St. Mary's and
18  Catholic and Little Rock Prep?
19  A.  My eight year old plays AU basketball.
20  Q.  Okay.
21  A.  So they play at different gyms, especially if
22  there is like a local tournament or things of that
23  nature.
24  Q.  Okay.  So what are you referring to as the schools
25  attended by white students, what schools are they?

Page 83

1  A.  In the Little Rock School District?
2  Q.  Yes.
3  A.  Honestly, when my son was at Fair, as I stated,
4  I've been up there on several occasions.  I've gone up
5  there to check him out.  I've gone up there -- I went up
6  there about the tardies.  I went up there about the
7  cursing infraction.
8      When you walk into Fair, I'm not stopped and asked
9  if I'm a parent or anything like that, there's just
10  kids.  The kids are running around and the kids are
11  cursing.  A couple of times I went up there it was close
12  to I guess school getting out.  And the principal was
13  out -- because there is only two main hallways.  So the
14  principal was right there.  There's kids or big kids are
15  the size of adults running through cursing and yelling.
16  Went I go to Central or Parkview, it's nothing like
17  that.
18  Q.  Who was the principal at Fair during this time
19  your son was there?
20  A.  Mr. Orr.  I remember him.
21  Q.  When you say you remember him, did you meet with
22  him about your son?
23  A.  Yes.  I have talked to him about the tardies.  I
24  talked to him about being with the Spanish teacher.
25  Q.  Okay.  And what is his race?

Page 84

1  A.  Mr. Orr, he's black.
2  Q.  Was he responsive to the issues you raised in both
3  of those situations?
4  A.  He was responsive, I guess.  At first I felt he
5  was talking to me like I was one of the kids walking
6  through the hallway.  When I initially approached him,
7  like I said, he was standing out there, and I asked him
8  a question.  When I made a comment about the assistant
9  principal.  At that time he had a female assistant
10  principal.  And he bit my head off, I mean, literally
11  about making my comment about the assistant principal.
12  He misheard my comment.  And he bit my head off like I
13  was one of the kids up at the school.
14      You know, I don't let a lot just upset me.  But
15  even him snapping at me, okay, these kids are getting on
16  his nerves.  Because there was kids running through
17  there cursing and hollering then.  One boy he yelled at
18  him to take his hat off.
19      I don't know.  When I go to Central, when I go to
20  Central and I registered my son up for Central, there
21  were kids up there doing registration, telling you about
22  clubs.  Students during the summertime up there spending
23  their summer vacation up there trying to talk to kids
24  about their clubs.  There were a bunch of clubs.  There
25  were a bunch of organizations.  And it was clean and

21  (Pages 81 to 84)

## Page 85

1  just colorful. They had posters up.
2      The principal, she was an 11th grade principal,
3  she was walking through, and she came up to me and she
4  greeted me and asked me did I need any help finding
5  anything. She directed me to where I needed to go to
6  get my son's paperwork. And it was just everything.
7      You go to Fair, you just walk in and follow the
8  signs. And even when I get to where I'm supposed to
9  go, there's nothing. The student handbook, each school
10  has an organizer like a student agenda book is what they
11  call it. The Fair agenda book is like this thick. My
12  son's Horace Mann agenda book was like this, and he was
13  in middle school. When he got to Central and Parkview
14  there's different things in the agenda book. You can
15  open up the Parkview agenda book and the Central agenda
16  book and see things that those kids have done. They
17  build websites. This one did this. You can see a lot
18  of stuff.
19      When you open up the one from Fair, you see the
20  calendar, you see some school information, some phone
21  numbers and that's it.
22  Q.  I think what we're talking about in the complaint
23  or what you're alleging has to do with the facilities
24  themselves?
25  A.  The school, the schools themselves. Like I said,

## Page 86

1  when you go to Central, it's bright, they have posters
2  up, it's clean.
3      When you go to Fair, half the time it smells. And
4  it could be because it's just two main hallways and a
5  big gym and a cafeteria. It's congested, everything is
6  right there.
7  Q.  So it sounds like you're saying clearly that
8  Central is a better school facility than Fair?
9  A.  Central and even Parkview.
10  Q.  Okay.
11  A.  Fair is congested. I went to Fair. I graduated
12  from Fair. It's underground and there's two main
13  hallways. When something happens, for example, if
14  there's a big fight, you could be drug into the fight
15  and have nothing to do with it, because there's only two
16  main hallways. There's nowhere to go. It's just right
17  there.
18  Q.  Okay. Are there any other schools that you say
19  are the schools, quote, "attended by white students,"
20  that are unequal from the schools your children
21  attended?
22  A.  You can pick a school. Fair is -- Fair was
23  just -- I don't even know -- you can actually tell it
24  might not have been meant to be a school. I don't know
25  what it was before they made it into a school. The

## Page 87

1  other schools are -- there's space.
2      Even Mabelvale, they're outside, but they have
3  space. If something goes on like a fight or whatever,
4  there's space, versus two hallways that cut off to about
5  two more other hallways. It's just --
6      MR. CHILDS:  Chris, I want to remind you.
7  Do you still have those 11:30 appointments?
8  A.  Yes.
9      MR. HELLER:  Okay.
10      MR. CHILDS:  I just wanted to remind you.
11      MR. HELLER:  Can we just shut it down and
12  start again some other time?
13      MR. CHILDS:  Yes.
14      MR. HELLER:  We're not going to get
15  through. So we'll just go off the record and
16  we'll continue at some other point.
17      MR. CHILDS:  Sure.
18      (WHEREUPON, the deposition was continued
19  for the day at 11:21 p.m..)
20
21
22
23
24
25

## Page 88

1      C E R T I F I C A T E
2  STATE OF ARKANSAS*
    * ss
3  COUNTY OF SALINE*
4      I, JEFF BENNETT, Certified Court Reporter, a
    Notary Public in and for the aforesaid county and state,
5  do hereby certify that the witness, LAKESHA ROBINSON
    SMITH, was duly sworn by me prior to the taking of
    testimony as to the truth of the matters attested to and
6  contained therein; that the testimony of said witness
    was taken by me in machine shorthand notes and was
7  thereafter reduced to typewritten form by me or under my
    direction and supervision; that the foregoing transcript
8  is a true and accurate record of the testimony given to
    the best of my understanding and ability.
9      In accordance with Rule 30(e) of the Rules of
10  Civil Procedure, review of the transcript was not
    requested by the deponent or any party thereto.
11      I FURTHER CERTIFY that I am neither counsel for,
12  related to, nor employed by any of the parties to the
    action in which this proceeding was taken; and, further,
13  that I am not a relative or employee of any attorney or
    counsel employed by the parties hereto, nor financially
14  interested, or otherwise, in the outcome of this action;
    and that I have no contract with the parties, attorneys,
15  or persons with an interest in the action that affects
    or has a substantial tendency to affect impartiality,
16  that requires me to relinquish control of an original
    deposition transcript or copies of the transcript before
17  it is certified and delivered to the custodial attorney,
    or that requires me to provide any service not made
18  available to all parties to the action.
19      GIVEN UNDER MY HAND and SEAL OF OFFICE on this
20  3rd day of April, 2017.
21
22      Jeff Bennett, CCR, LS No. 19, Notary
    Public in and for Saline County, Arkansas
23
24  My Commission expires November 29, 2020.
25

Page 89

1      REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3          I, JEFF BENNETT, LS No. 19, Certified Court

4   Reporter in the State of Arkansas, certify that the

5   foregoing pages 1 through 87 constitute a true and

6   correct copy of the original deposition of LAKESHA

7   ROBINSON SMITH taken on March 20, 2017.

8          I declare under penalty of perjury under the laws

9   of the State of Arkansas that the foregoing is true and

10  correct.

11         Dated this 3rd day of April, 2017.

12

13  _____

    Jeff Bennett, CCR, LS No. 19, Notary

14  Public in and for Saline County, Arkansas

15

16         My Commission expires November 29, 2020.

17

18

19

20

21

22

23

24

25

23  (Page 89)

# Transcript of the Testimony of

# **Lakesha Smith**

**Date:** April 22, 2017

**Case:** Lakesha Does v. Michael Poores

**Bushman Court Reporting**
Jeff Bennett
Phone:  (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

EXHIBIT 7

## Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE AND HER MINOR CHILD, DENNIS DOE, et al.
    Plaintiffs

vs.    CASE NO. 4:15-CV-000623DPM

MICHAEL POORE, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE LITTLE ROCK SCHOOL DISTRICT, et al.
    Defendants

ORAL DEPOSITION OF LAKESHA ROBINSON SMITH, VOL. 2

APPEARANCES:

MR. JOHN W. WALKER, ESQ.
John W. Walker, P.A.
1723 South Broadway
Little Rock, Arkansas  72206
*** For the Plaintiff ***

MR. CHRISTOPHER J. HELLER, ESQ.
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522; and

MR. PATRICK HOLLINGSWORTH, ESQ.
Office of the Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas  72201

*** For the Defendant ***

## Page 3

1    I N D E X

2    WITNESS SWORN: LAKESHA ROBINSON SMITH

3    Page

4    Examination by Mr. Heller    5

5    Examination by Mr. Hollingsworth    46

6    Examination by Mr. Walker    57

7    Re-Examination by Mr. Heller    64

8    Re-Examination by Mr. Hollingsworth    66

9    Re-Examination by Mr. Walker    68

10    Re-Examintion by Mr. Heller    70

11

12

13

14

15

16    EXHIBITS

17    Exhibit 1    10

18

19

20

21

22

23    Certificate    73

24    Witness' Signature (Waived)

25

## Page 2

1

2    TAKEN BEFORE Jeff Bennett, Certified Court Reporter, LS Certificate No. 19, Bushman Court Reporting, 620 West Third Street, Suite 302, Little Rock, Arkansas 72201 on April 22, 2017 at John W. Walker, P.A., Little Rock, Arkansas commencing at 10:09 a.m.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## Page 4

1    ANSWERS AND DEPOSITION OF LAKESHA ROBINSON SMITH,

2    a witness produced at the request of Defendants, taken

3    in the above styled and numbered cause on the 22nd day

4    of April, 2017, before Jeff Bennett, Certified Court

5    Reporter, LS Certificate No. 19, a Notary Public in and

6    for Saline County, Arkansas, taken at the offices of

7    John W. Walker, P.A., 1723 South Broadway, Little Rock,

8    Arkansas at 10:09 a.m.

9    S T I P U L A T I O N S

10    IT IS STIPULATED and AGREED by and between the

11    parties through their respective counsel that the

12    deposition of LAKESHA ROBINSON SMITH may be taken at the

13    time and place designated pursuant to the Federal Rules

14    of Civil Procedure.

15    LAKESHA ROBINSON SMITH

16    The witness hereinbefore named, having been duly

17    cautioned and sworn or affirmed to tell the truth, the

18    whole truth, and nothing but the truth, testified as

19    follows:

20

21

22

23

24

25

Lakesha Smith 4/22/2017        Lakesha Does v. Michael Poores

---

Page 5

1    EXAMINATION
2  BY MR. HELLER:
3    Q.   Good morning, Ms. Smith.  We met and had a
4  discussion during the first part of your deposition.  Do
5  you understand you're still under oath?
6    A.   Yes, sir.
7    Q.   Okay.  And the same things I said at the beginning
8  of the last deposition apply.  So please answer
9  verbally, and make you understand my questions.  And if
10  you want a break, we'll be happy to take one.  Okay?
11    A.   Yes, sir.
12    Q.   Did you do anything between your last deposition
13  and today to talk to anybody about the case, or check on
14  anything you told me last time, or anything like that?
15    A.   I did begin to search for my notebooks.  The thing
16  is that I've had these notebooks ranging back from like
17  2013 or '12, 2012 or '13.  So I have a lot of them.  And
18  I've moved office locations about four or five times.
19  So I'm still going through boxes and things like that
20  and the actual notebooks to find specific things related
21  to this case.
22    Q.   And have you found anything at all?
23    A.   I did find a couple of things.  And when I say, a
24  couple of things, it will give you an idea of what I
25  mean by a bunch of notebooks.  On my desk I keep a

---

Page 6

1  notebook when I'm working.  And so when something comes
2  up, of course, I'm writing it down.
3    MR. WALKER:  Just a moment.  Let's take a
4    break for a moment.  I haven't seen your
5    notebook.  Let me see them a minute.
6    (Off the record.)
7    MR. WALKER:  Anything you want to tell
8    him you can.
9    A.   I found the discussion I had from November 19th of
10  '14.  At the beginning of that school year I had called
11  the guidance counselor, Mr. Jones, when my son brought
12  his schedule home to inquire why he didn't have a math
13  class.  And she advised me that credit recovery was the
14  math class.
15    At the time I didn't completely understand.  I
16  just wanted to make sure he had a math class, because I
17  knew he needed the credit to graduate.  I learned later
18  what credit recovery was.  That it was a computer-based
19  program where there may be 20 kids in a room in a
20  computer lab taking various courses.  And the one
21  instructor in the class may not be qualified to teach
22  any of the courses that they're in there taking.
23    My son kept having issues, because when he had
24  questions about his algebra, there's the gym teacher in
25  there or an English teacher in there, or just a aide in

---

Page 7

1  there or a security guard in there, which none of them
2  are even qualified to even assist him with his
3  questions.
4    I hadn't had algebra in probably 20 years.  So
5  I -- some things I knew and some things I didn't.  But
6  when he's at school doing this, I'm not there to help
7  him.  And there wasn't a teacher there to help him.  So
8  I inquired as to why my son was not allowed to retake
9  this class.  And they said that credit recovery was the
10  way they did it.  He should have went to summer school
11  if he wanted to retake it.
12    I had received a letter stating he didn't have to
13  go to summer school.  Ms. Jones advised me that that
14  letter was sent in error.  That I should have received
15  another letter.  Well, I never received another letter.
16    And when I ended up finally getting my son into
17  Central, it became a greater issue, because registering
18  him at Central was a totally different experience from
19  Fair.  The counselor was there when I did registration
20  at Central.  They weren't there when I registration at
21  Fair.  The counselor at Central is the one that advised
22  me that I had the right to have my son retake algebra
23  when I requested it.  She advised me to go to Fair and
24  find out why was my right denied.  And because my right
25  was denied, my son had to enter Central taking algebra,

---

Page 8

1  algebra II, chemistry and biology all in one year.  And
2  this is his junior year.  And he had to take all those
3  courses during this one year to graduate.
4    And they advised me at Central that that's a very
5  heavy course load for one year.  I called back to Fair
6  and spoke to Ms. Jones, and she advised me that the
7  reason my son was not allowed to retake algebra when I
8  requested it was because the registrar, Ms. Orullious,
9  did not want older kids in the class with the younger
10  kids.  And I asked her, As a parent, do I not have the
11  right to choose my son's courses?  You sent a letter
12  home for me to approve his courses, which I never
13  received that letter.  And Ms. Jones assured me that she
14  would have received back a copy signed by me approving
15  his courses.  And when she went to pull it up, she had
16  the letter with no signature, because I never had
17  received it.  So again, it all goes back to my main
18  issue with Fair, which is why I was here.
19    Now, the other note I found was -- it was May the
20  1st of '15, I received a call from the assistant
21  principal informing me that my son was going to
22  in-school suspension for excessive talking.  He advised
23  me that the 1st -- he said it was a three to four
24  category, and first offenses are subject to a three or
25  four day suspension.  I never received any type of

---

2  (Pages 5 to 8)

Jeff Bennett

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

## Page 9

1  behavior document or a phone call, letter, any type of
2  correspondence, an email even, saying that my son had
3  been a disruption, displaying excessive talking or
4  anything prior to this phone call advising me of the
5  suspension.  And he I guess conferenced with the teacher
6  and realized she hadn't reached out to me, even though
7  I -- I was emailing the teachers I would say every two
8  weeks, just to check my son's status and see how things
9  were going in the classrooms.  And that suspension, I
10  think they changed it, I want to say they changed it,
11  because he had already served one day, and they just let
12  that serve as the suspension.
13     But those were the only two notes that I found so
14  far.
15  Q.  Okay.  Did you also look for the emails you
16  mentioned you had?
17  A.  I printed the emails.  Mr. Walker, I don't know if
18  you still have them.  I printed them out and I gave them
19  to Mr. Walker with my correspondence with Mr. Fields.
20  And I do have them in my phone.  I could have printed
21  them out.
22  Q.  How many pages were there when you printed them
23  out?
24  A.  I don't remember.  I printed them out, it was a
25  while ago.  It was a while ago.

## Page 10

1  Q.  Was it more than 10, or is it just a few, do you
2  remember that much about it?
3  A.  I don't believe it's more than 10.  But at the
4  same time, honestly, I printed out correspondence
5  between me and Mr. Fields, Mr. Burton and myself, Marvin
6  Burton, and I attempted to reach Dexter Suggs, but he
7  never responded to any of them.  So I honestly couldn't
8  say.
9  Q.  Let me show you Deposition Exhibit 1.
10     (Deposition Exhibit 1 was marked.)
11  Q.  This looks like some emails between you and Dr.
12  Fields.  And I want you to take your time and read that
13  before we talk about it.
14  A.  Okay.
15  Q.  All right.  Deposition Exhibit 1 on page 2 is the
16  first email in this chain, dated January 6, 2015.  Do
17  you see that one?
18  A.  Yes.
19  Q.  Okay.  And that was your email to a number of
20  people; Dexter Suggs, Marvin Burton, Frederick Fields,
21  Nina Scaife and Brenda Miller, correct?
22  A.  Yes.
23  Q.  About Dezury?
24  A.  Correct.
25  Q.  And what were you -- what were you trying to

## Page 11

1  accomplish with that email?
2  A.  Okay.  This email is not the very first email, for
3  the record.
4  Q.  Right.
5  A.  Now, in this email, these are people that I was
6  emailing; Marvin Burton, Dexter Suggs, to my knowledge,
7  were over Frederick Fields.  I emailed with Frederick
8  Fields for a while before this email went out.  Nina
9  Scaife was just somebody that I had also spoken to in
10  student registration and Brenda Miller as well, because
11  I called several times trying to reach Dexter Suggs and
12  so on.
13     Okay.  This was -- this is -- we had been on the
14  distressed list.  This is after waiting for the initial
15  student assignment enrollment process that had been in
16  place all the time before the distressed school addendum
17  was created.  And Mr. Fields advised me in previous
18  emails, this is also following I should say after the
19  open enrollment period that happens in January, and
20  Mr. Fields had advised me that within 10 days normally
21  they know who is going to go where.  Because some
22  students may have moved out of the district, some may
23  have just withdrawn from the district, and seats become
24  available like that.
25     And so he would let me know if a seat became

## Page 12

1  available for my son.  During this same 10 day period we
2  were waiting, my nephews got into Central.  They weren't
3  on the distressed school addendum, neither one of them.
4  And they hadn't even applied for Central.  But during
5  the 10 day period, while I was following the correct
6  process and protocol, my nephews slid into Central
7  literally through the back door without following any of
8  the processes that I've had to endure during this time.
9     So I was asking him, You advised me that no seats
10  were available, and to wait 10 days, and yet, you're
11  continuing to let other kids in that are not following
12  the process that's supposed to be in play.
13  Q.  So you're telling me you sent this email after the
14  open enrollment period in January?
15  A.  Correct.
16  Q.  And you were in the process of waiting 10 days
17  after that period ended?
18  A.  That's what he advised me.  He advised me to wait
19  10 days.
20  Q.  And why is it dated January 6?
21  A.  Open enrollment is in January, not the open
22  enrollment right before school starts.  It's called
23  early open enrollment.  They have an early open
24  enrollment period at the beginning of the year, where
25  you can go and apply for whatever school you want your

Lakesha Smith 4/22/2017                    Lakesha Does v. Michael Poores

**Page 13**

1    child to attend within the district.  And as seats open
2    up, your child may be allowed to go.  That's when you
3    don't want them going to the same school they're
4    assigned to.  And it's called an early open enrollment
5    period.
6    Q.  Okay.
7    A.  And I do it every year and have done it every
8    year.
9    Q.  So New Years Day 2015 --
10   A.  Uh-huh.
11   Q.  -- was a Thursday.  So probably winter break
12   didn't end until Monday the 5th.  So are you saying
13   there was some kind of open enrollment period between
14   New Years day over the weekend or something?
15   A.  What I'm saying is at the beginning of the year
16   there is an early enrollment period at the very
17   beginning of the year, of the new year.  I don't know
18   the specific day that was associated with it.  But there
19   is an early enrollment period.
20       Let me see here.  Hold on just one second.  I have
21   emails from December from Frederick Fields that -- okay.
22   Hold on one second.
23       Okay.  This was the distressed school addendum
24   enrollment.  And this was the distressed -- and the
25   reason I know that is because Mr. Fields emailed me on

**Page 14**

1    December 16th.  This wasn't the regular open
2    enrollment period, this was the distressed school
3    addendum.  Because he's stating here that this is a
4    followup to your request for a seat after the 10 day
5    drop, no seats were available as we hoped.
6        That was December.  That's from Mr. Fields as
7    well.  As I stated, I have way more emails than this.
8        MR. WALKER:  Are they in your phone?
9    A.  Yeah, some of them are.
10       MR. WALKER:  All right.
11   A.  When the distressed school addendum -- I can't
12   remember for sure when it was, but you should be able to
13   find when they first launched it.  And it was outside of
14   the regular open enrollment period.  I apologize for my
15   confusion.  This was 2014.
16   Q.  All right.  So you don't have anything from Dr.
17   Fields in December of 2015, right?
18   A.  Well, this is January.  Your email is January of
19   '15.  So that's December of '14.
20   Q.  Okay.
21   A.  Leading up to this.
22   Q.  So what you said at the beginning of the email
23   chain on your phone is that you haven't heard anything
24   about your son getting into Central or Parkview, right?
25   A.  Well, I have to look at it.  Because as I stated,

**Page 15**

1    this process began for me his 8th grade year.  I applied
2    for during early open enrollment of that year.  And he
3    was on a list.  If you look at the top, they're telling
4    me your son is number 92 on the International Studies
5    list.  He was on every list that you could possibly get
6    in before the distressed school addendum started.  The
7    distressed school addendum started out of nowhere, prior
8    to the regular early enrollment period.
9        But as I stated, I'm very active in their
10   education.  So I get alerts, I get text messages and
11   emails from the Little Rock School District.  Whatever
12   avenue that was available for me to keep my son from
13   going to Fair, I pursued it vigorously.  So he was on
14   every list, even for arts, whether he had to sing or
15   dance.
16   Q.  Okay.  Well, look at your email to Dr. Fields and
17   tell me what you were asking for?
18       MR. WALKER:  Which date?
19   A.  Yes.
20       MR. HELLER:  There's only one on that
21       phone.  It's December 14, 2015.
22   A.  Okay.  This one is actually December 16th.
23   BY MR. HELLER (CONT.):
24   Q.  Okay.
25   A.  And I'm stating, I want to make Little Rock School

**Page 16**

1    District aware that my son still hadn't received
2    correspondence that he's transferring to either Central
3    or Parkview.  I went to back student registration and
4    see where he was on the original list, prior to the
5    allusive distressed school list.  And I learned that not
6    only had I proactively put him on both Parkview and
7    Central's list, since the beginning of the 9th grade,
8    before the distressed school list, every day my son
9    checks the mail.  I was waiting -- okay.  I emailed Dr.
10   Suggs.  I called your office monthly with no response.
11       As I stated in this email, my son was checking the
12   mail every day.  His friends were getting into Central
13   and Parkview.  Our neighbors were getting into Central
14   and Parkview.  My nephews got into Central, and never
15   even applied to Central.  And yet, my son was on four
16   wait lists, and the distressed school wait lists, and we
17   hadn't received any correspondence.
18       And that was what I was trying to find out, how
19   are kids that are not applying for these schools getting
20   in, and I'm following the process, and actively he's on
21   six wait lists if you count the distressed school list.
22   Other people are getting letters in the mail.  Every day
23   my son would check the mailbox.
24   Q.  So when was your email to Dr. Fields?
25   A.  What day was it?

4 (Pages 13 to 16)

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

---

Page 17

1    Q.   Yes.
2    **A.   That date says December 16, 2014.**
3    Q.   And when did Dr. Fields respond?
4    **A.   The same day.**
5    Q.   Okay.  Did he tell you that your son didn't get in
6    during the 10 day period as we had hoped?
7    **A.   That's what he told me.  No additional distressed**
8    **seats became available after the 10 day drop.**
9    Q.   And did he also tell you that the waiting lists
10   were going to be dissolved?
11   **A.   Excuse me?**
12   Q.   Did he tell you that the waiting lists were going
13   to be resolved?
14   **A.   No, sir, he never told me that, or I wouldn't have**
15   **kept emailing him.**
16   Q.   May I see that?  I'm going to read this, and I'm
17   going to hand the phone back to you, and you can tell me
18   if it's correct.
19   **A.   Okay.**
20   Q.   I would like to give you a heads-up on the new
21   assignment process for the 2015-2016 school year.  All
22   waiting lists will be dissolved after the upcoming open
23   enrollment period.
24   **A.   Okay.  Where is that at?  Let me see.  The waiting**
25   **list that he told me about here that he was speaking of**

---

Page 18

1    **was the original waiting list, the one where he was --**
2    **that I applied for where he was 92 on the list and it**
3    **wasn't moving.  As I said, there were, initially before**
4    **the distressed school addendum started, there was a**
5    **regular early open enrollment period, at the beginning**
6    **of the year, where you can go in and apply.  That's the**
7    **one I put my son on in the 8th grade, where he was on**
8    **the Central International Studies side and the arts**
9    **Central's list, he was also on Parkview arts and**
10   **Parkview science side.  That was the original list that**
11   **was in play way before the distressed school addendum**
12   **started.**
13   Q.   Okay.
14   **A.   And if you look in the emails -- and he only said**
15   **that after I replied that my son had been 92 and hadn't**
16   **moved.  But after this conversation, I didn't discuss**
17   **that anymore.  I was concerned with the distressed**
18   **school addendum list, which if you look at the emails,**
19   **he continued to reference that my son was still on those**
20   **lists.**
21   Q.   Well, was there any other communication with Dr.
22   Fields, between the emails, the two emails that are on
23   your phone, and the emails in Exhibit 1?
24   **A.   Yes, there were several before and after.**
25   Q.   So is the first email you sent on January 6, which

---

Page 19

1    is in Exhibit 1, the first one after Dr. Fields'
2    response on December 16, 2014?
3    **A.   You're asking me -- I'm sorry.**
4    Q.   On your phone --
5    **A.   Uh-huh.**
6    Q.   -- you have an email you wrote to Dr. Fields on
7    December 16, 2014.
8    **A.   Uh-huh.**
9    Q.   And a response from him on the same day.
10   **A.   Okay.**
11   Q.   Is the next email between you and Dr. Fields the
12   first email shown on Exhibit 1, dated January 6, 2015?
13   **A.   No.**
14   Q.   Well, what was in between December 16 and
15   January 6th?
16   **A.   We went back and forth.  This is December 16 of**
17   **'14.  The very first email on here is January 6, 2015.**
18   **Just one moment.**
19   Q.   Your email, dated January 6 says, quote, "In the
20   previous email Mr. Fields wrote, no additional
21   distressed seats became available after the 10 day drop
22   as we had hoped," close quote.
23        Isn't that a quote from his December 16, 2014
24   email?
25   **A.   Yes.**

---

Page 20

1    Q.   Okay.  You say in your own email on January 6th
2    that was the previous email?
3    **A.   Okay.  Then that was a typo.  I meant in a**
4    **previous email.  As I stated, we emailed back and forth**
5    **the same day.  I mean, honestly, I was angry, because**
6    **again, my son was going to Fair, even though I took the**
7    **correct steps, and other kids were getting into Central.**
8    **I emailed Mr. Fields, I mean, we had conversations.  It**
9    **wasn't just one email and I went away for a couple of**
10   **weeks.  I was emailing and I was calling.**
11   Q.   All right.  So just continue to look then for the
12   emails that are between December 16th --
13   **A.   Okay.**
14   Q.   -- from Dr. Fields and yours back to him on
15   January 6th?
16       MR. HOLLINGSWORTH:  Mr. Walker, while
17   she's looking.  She's testified that she
18   printed these emails out and gave them to you.
19   It might expedite this if you all could find
20   those and bring them in here, please.
21       MR. WALKER:  Well, it might.  I'm not in
22   a position to say whether she did or didn't.
23   And I'll go off the record.
24       (Off the record.)
25   **A.   Reading this, I realize what I was getting to,**

---

5 (Pages 17 to 20)

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

### Page 21

1  because he actually did it for me.  I was trying to get
2  him to tell me how they're getting into the schools.
3  And he actually put at the bottom of your Exhibit 1 the
4  types of seats that can come available are attendance
5  zone, Central International Studies and TNT.
6      And the emails that I showed you that are not on
7  here was referencing kids that met none of those
8  qualifications or met any of that criteria.  However,
9  they got above my son, and my son was on the
10  International Studies list, which he mentioned on the
11  second page.
12  Q.  Okay.
13  A.  I was not understanding how -- honestly, what I
14  wanted Mr. Fields to just admit is that he's letting
15  church members, and I would say VIPs get into the school
16  ahead of the so-called distressed list, which he says
17  state law trumps any other old in-house process that
18  they had in play.  But he wasn't following the state law
19  or the processes that they had.  He was letting in who
20  he was letting in.  And because of all this, honestly, I
21  felt like I followed the process and the rules, and my
22  son suffered and he's suffering today.
23  Q.  So the people you're talking about on Exhibit 1
24  who got in you mentioned, and you mentioned in the first
25  part of your deposition, are two of your nephews?

### Page 22

1  A.  Two of my nephews.  My brother-in-law told me if I
2  wanted to get my son in he had a hookup.  But I had
3  already applied and had him on every list available.
4  And I tried to teach my kids to do the right thing.  So
5  I was sticking to what the process was and doing the
6  right thing, and he suffered behind it.
7  Q.  All right.  So when you sent Dr. Fields an email
8  on January 6, 2015, he responded to you in two and a
9  half hours, right?
10  A.  No, he didn't.  My initial email I believe was --
11  just one moment.  Okay.  Let's just say he did.
12  Q.  And you told Dr. Fields and others on January 6,
13  2015, that you were praying that the State of Arkansas
14  takes over the Little Rock School District?
15  A.  I didn't -- I may have because I didn't understand
16  what was going on.  I just knew that what was going on
17  at the time was not -- and to my understanding, again,
18  if you read the emails, I was angry.  And I was trying
19  to get a reaction out of somebody.  If you look at these
20  emails going back in 2014, I was emailing Dr. Suggs on
21  each one.  I never once spoke with Dr. Suggs through
22  this whole process.  I never once got a response, an
23  email.  I called his office practically every day at one
24  point, and could never get him to return a phone call.
25  And he was the head of -- he was the head of the Little

### Page 23

1  Rock School District.
2      And at this time when I was going through this
3  process, I was angry, and the only group that I knew of
4  was the ones on the email was LRSD, LRSD, LRSD.  So I
5  may have.  I sent a lot of things to get a response.
6  Some of these emails I was literally -- I emailed Dr.
7  Suggs some ugly emails.  I never used profanity or
8  anything like that.  I told him that I didn't respect
9  him enough to call him Dr. Suggs, just to get a reaction
10  or a response.  And this was after over -- it wasn't a
11  year, but it was months of trying to reach out to him
12  just to get a response, and I never could.  I was angry.
13  I can't tell you what I said.
14  Q.  Okay.  If we look on Exhibit 1, Dr. Fields'
15  response to you on January 6, 2015 says in the last
16  sentence, I shared with you in my last communication,
17  dated December 16, 2014 at 12:22 p.m., how you could
18  apply for the upcoming 2015-16 school year?
19  A.  Right.
20  Q.  Is that a true statement?
21  A.  No.  Actually he just said that the policy was
22  changing.  And I could pull that email back up if you
23  want me to.  I did go back and find when the distressed
24  school stuff started.  The process took place January 25
25  of '14.  So these emails where I'm stating the 10 day

### Page 24

1  drop period and all of that, he responded to me August
2  of '14.
3  Q.  We're talking about January of '15.
4  A.  January of '15.  That was the same email is what
5  I'm stating.  The email he -- he only told me that the
6  process was changing.  He never advised what that
7  process was going to be.  And I could pull that email
8  back up if you'd like to see that.
9  Q.  I thought you told me last time that Dr. Fields
10  told you the process changed, and all you had to do was
11  be first on the list, so you did that?
12  A.  This was later.  This is later.  If you look at
13  your email at the top of your exhibit, that's May.  He
14  told me -- we corresponded in between here January and
15  May, other than what you have on your papers.
16  Q.  Well, by May you've already completed the
17  paperwork?
18  A.  For the second process.  For the second process
19  that he references in this email when he says, to give
20  you a heads-up on the new school year there's a new
21  process for the 2015-16 school year.  All waiting lists
22  will be dissolved.
23      He never says how or what that process is.  And
24  this is December when he just said there's going to be a
25  new process, he never specifies how.

6 (Pages 21 to 24)

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

**Page 25**

1    Q.   So when did you participate in the new process?
2    A.   As soon as I got the letter.  They sent a letter
3    in the mail, that you'd have to go and bring the
4    paperwork.  And it actually specified that it would be
5    on a first come basis.  And so I actually printed it out
6    when I got the letter, completed it, and went out there
7    at 6:00 something in the morning, a little bit before
8    6:00, actually, and waited.  That's why his email says,
9    I know you're first on the list.  Because I emailed him
10   even before he sent this one, stating my son is first on
11   the list.  There's several emails between your
12   January 6th and this May 6th email.
13   Q.   Okay.
14   A.   There's several emails other than these two pieces
15   of paper you have.  There's an email where he states he
16   has complete autonomy of who goes where.
17   Q.   You say in the complaint that your son seeks
18   compensatory education.  What do you mean by that?
19   A.   He seeks compensatory education?
20   Q.   Yes.
21   A.   As I stated, when I said my son suffered because
22   of this process, he was at Fair, and I strongly believe
23   that children are conducive with their environment when
24   comes to learning.  At Fair the concern was fashion,
25   who's dating who, what's going on on Facebook.

**Page 26**

1        When I finally got him into Central he was a
2    junior.  He spent two years at Fair, and now he's going
3    to Central for the remaining two years.  Central, most
4    of the kids there focus on education.  They focus on
5    what college they're going to.  They're taking the ACTs,
6    they're doing stuff to plan for their future.  So it was
7    a major adjustment from going from Fair, where you may
8    have homework, and most likely you don't, to going to
9    Central, where he had homework every day.  He was behind
10   when he got to Central.
11       One of the things the guidance counselor told me
12   when I was registering him, at Fair he took all AP
13   classes, pre-AP classes, and had a three point
14   something, As and Bs.  When he got to Central she
15   suggested during enrollment registration, You may not
16   want to have him start in the pre-AP classes.  And when
17   I'm thinking, okay, well, you know, he is going to be
18   taking algebra, algebra II, chemistry and biology, maybe
19   I shouldn't.  So I took him out of the pre-AP classes.
20   He still did poorly.
21       He was going from a school where he just showed up
22   and he did the little easy work, and he was doing good.
23   And I'm thinking, okay, my son is doing well.  He wasn't
24   learning anything.  Now he's at Central where he
25   actually has to do work.  I mean, his grades suffered

**Page 27**

1    behind it.  Currently my son is in his senior year, he
2    takes two classes.  He goes to school every other day.
3    Because if he went to school every day like he's
4    supposed to, they would give him study hall for the
5    whole day.  So on B days only when he goes to school,
6    he's in study hall one period.  He's a classroom monitor
7    in the next.  He actually has two regular classes.
8    Q.   Okay.  Is that what he needs to graduate?
9    A.   That's what he needs to graduate.  Coming from
10   Fair where they gave me -- they told me nothing, even
11   with me calling them to inquire about things, to going
12   to Central, where he was bombarded with these four
13   courses last year, and this year, well, he just needs to
14   graduate.  He just needs to graduate.  We just want to
15   focus on what he needs to graduate.  My son had no
16   education, no high school education.
17   Q.   You're talking as if you have nothing to do with
18   his schedule?
19   A.   By the time it got here, it's out of my control.
20   His junior year -- okay.  Let me go back.  His 10th
21   grade year, where he could have took algebra I, like I
22   wanted him to, like I requested he do, in his 9th
23   grade -- in his 10th grade year.  Then when he got to
24   Central he wouldn't have had to take all of these extra
25   courses.  Had they not sent me letters saying he didn't

**Page 28**

1    need to go to summer school, when he actually did, he
2    could have went to summer school, and wouldn't have to
3    take all these extra courses his 11th grade year at
4    Central.  He was messed up at Fair.  When I got to
5    Central, they're like, This is what he need to graduate.
6    He got those courses out the way.  Now he's just taking
7    two regular classes.
8    Q.   Well, that's my question.  Are you saying all that
9    happened just because he couldn't retake algebra?
10   A.   That's where it began.
11   Q.   Okay.
12   A.   He was not allowed to retake algebra his 10th
13   grade year.  He took credit recovery.  Then his -- when
14   I took him to summer school transitions from the 10th to
15   11th grade, because I learned that I could.  And it was
16   credit recovery again, which I did not know.  Summer
17   school is just like credit recovery.  There's 20 kids in
18   that class at a computer.  The instructor in that class
19   may not know the subject, because they're a different
20   kind of teacher.  I wasn't aware of that.  I never went
21   to summer school.  So I didn't know that that was the
22   process until he was already in there.
23       So he ended up going to Central and having to take
24   biology, chemistry, algebra and geometry all in the same
25   year his 11th grade year.

7 (Pages 25 to 28)

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

Page 29

1  Q.  Explain this to me.  When he started at Central he
2  had two years before graduation, right?
3  A.  His junior and his senior year, yes.
4  Q.  So why did he end up taking all those courses his
5  junior year and almost nothing his senior year?
6  A.  Because in order for him to go into the geometry
7  that he's taking this year, he had to have algebra I and
8  algebra II.  So he took algebra 1 and algebra II his
9  junior year, so that he could take geometry and
10  graduate.
11  Q.  Okay.  And that's all he needed?
12  A.  Geometry and English.
13  Q.  How did he get so far ahead that he can go to
14  school every other day at Central and still graduate?
15  A.  It's based off of the school's credits.  I can't
16  think off the top of my head how many credits are needed
17  to graduate.  I know he needed English, because they
18  have to have the 12 years of English.  I don't know.
19  He's not -- he's not ahead.  My son is nowhere near
20  being ahead.  He did some of these courses in credit
21  recovery.  And then he was able to use a calculator or
22  just --
23  Q.  So there are other students --
24      MR. WALKER:  Just a moment.  Have you
25      finished your answer?  You can just take a

Page 30

1      moment.
2  A.  He's not ahead.
3  Q.  Okay.  Is he on schedule to graduate?
4  A.  He is on schedule to get a piece of paper.  He
5  hasn't received the education, which is my problem.
6  We're still trying to give him the piece of paper.
7  Q.  Is he on schedule to graduate Central?
8  A.  He's on schedule to get a piece of paper, yes.
9  Q.  So he's going to graduate Central by only going to
10  school every other day during his senior year?
11  A.  Because he would have met the requirements to
12  receive the diploma, but he would not have received the
13  education.
14  Q.  Are there other students who are only going to
15  school every other day?
16  A.  I wouldn't know.  But the counselor called me to
17  suggest this.  She said he doesn't -- the extra courses
18  he didn't need.  I don't know.  If you find out how many
19  credits are needed to graduate, then that may be the
20  reason why he's ahead, but technically, he's behind.
21  Q.  What is he planning to do after he graduates?
22  A.  His plan is to go to Pulaski Tech to take some
23  courses.  And when he turns 21, get his CDL license and
24  drive trucks.
25  Q.  I know we've covered a lot in two sessions of this

Page 31

1  deposition, but is there anything else that you're
2  complaining about in this case that we haven't talked
3  about?
4  A.  My complaint is that my son didn't get an
5  education.  He definitely did not get the education that
6  I've been paying taxes for since he's been in school.
7  He didn't get an education.  He went to Fair.  And it
8  all started going to Fair.  And I knew it would go that
9  way, which is why I fought so far to keep him from going
10  to Fair.  I followed the rules.  It followed the
11  process.  And my son, even when I thought I won by
12  getting him into Central, I may have failed him more by
13  finally getting him into Central.  At Fair he probably
14  would have graduated with honors.  He was an honor
15  student the 9th and the 10th grade, As ands Bs, three
16  point something consistently.  And that's with pre-AP
17  classes.
18      So thinking I won for him, thinking I accomplished
19  something to get him the best education might have
20  messed him up.  He still would have graduated with no
21  education from Fair, but it would have looked better on
22  paper.
23  Q.  So do you think somebody in the Little Rock School
24  District discriminated against Dezury because of his
25  race?

Page 32

1  A.  I think the district, the State of Arkansas
2  discriminated against my son because of his race.  They
3  put him in a school where he could not get an education.
4  They put him at a school and in programs that were
5  pointless.  Credit recovery is a joke.  How can you have
6  kids trying to make up courses, that they failed
7  already, without an educator in the class that could
8  even assist them with those courses.  You have 20 kids
9  taking no telling what subject.  The whole system failed
10  me when I followed it and failed my son.
11  Q.  Did Dezury pass algebra II?
12  A.  Yes, last year.
13  Q.  Did he pass geometry?
14  A.  He's in geometry now.
15  Q.  Is he passing geometry?
16  A.  If you call a D passing.  I think a D is passing.
17  Q.  So my question was about the Little Rock School
18  District.  And you mentioned the State of Arkansas.  So
19  is there -- do you believe the Little Rock School
20  District, somebody in the Little Rock School District
21  discriminated against Dezury because of his race?
22  A.  Yes.  I believe the school, when they took my
23  decision from me and put him in credit recovery without
24  consulting me, that's discrimination.  I felt like he
25  was discriminated against because of his race.  I feel

8 (Pages 29 to 32)

Page 33

1  like he was discriminated against.  I feel like I was
2  discriminated against, like I was not intelligent enough
3  to make decisions for my son.
4  Q.   Who was it that discriminated against either you
5  or your son?
6  A.   The registrar, Ms. Orullious, when she decided
7  that she didn't want my son in the class with younger
8  kids, without even consulting me or giving me that
9  option.  And when I called about the math class,
10  inquiring why he didn't have a math class, the person I
11  spoke to them.
12  Q.   Who was that?
13  A.   It was the guidance counselor at the time.
14  Q.   At which school?
15  A.   At Fair.
16  Q.   Do you know his or her name?
17  A.   I'm not 100 percent sure.  I think it's -- it
18  could be Ms. Jones, but I'm not 100 percent sure.
19  Q.   Do you know her race?
20  A.   No.
21  Q.   Okay.  Did anybody else discriminate against you
22  and your son other than Ms. Orullious and Ms. Jones?
23  A.   I think the actual student assignment process, I
24  think they discriminated against us because of our race.
25  Q.   How so?

Page 34

1  A.   Because my son -- because I followed the process,
2  and my son was not allowed to go to the schools that I
3  signed him up for, but other kids were that did not
4  follow the process, and not based off the information
5  that Mr. Fields put in that email.
6  Q.   Okay.
7  A.   And there should have been somebody -- there
8  should be some type of accountability.  I shouldn't have
9  had to email back and forth with Mr. Fields for years.
10  There should have been a response from the
11  superintendent, when I was emailing him.  The
12  superintendent prior to Dexter Suggs, when I was
13  emailing him.  I'm emailing, as you mentioned, several
14  people, and it took two years for me to get a
15  resolution.
16  Q.   And almost every person you emailed was
17  African-American, correct?
18  A.   Yes, I guess.  I don't know.
19  Q.   Then tell me, DeAndray didn't have any trouble at
20  all getting into Parkview, did he?
21  A.   No.  Would you like for me to tell you why?
22  Q.   Sure.
23  A.   And this is discrimination as well, I would like
24  to point out.  DeAndray and Dezury both went to Otter
25  Creek Elementary.  DeAndray, when it comes to science

Page 35

1  and math, is very intelligent.  He was never in the
2  Gifted and Talented Program at Otter Creek.  If they had
3  one, I was never aware that they had one.  Somehow
4  based -- and I'm assuming based off scores, he was
5  selected to go to Horace Mann.  At Horace Mann I did
6  enroll him in pre-AP courses.  And he was on the Horace
7  Mann science part.  And I get these letters saying based
8  off your son's scores, he's going to continue at Horace
9  Mann.
10  Even the year DeAndray -- DeAndray gets bored
11  easily.  He keeps to himself.  He keeps to himself.  But
12  he can get bored easily.  So if his teachers are not
13  challenging him, he will get bored.  I know there was a
14  semester where he was doing poorly on his report card.
15  However, he was doing great with testing.  And they sent
16  me the letter saying because of your son's test scores,
17  he's going to continue in the GT Horace Mann Magnet
18  Program.  He did exceptionally well here, here and here.
19  And I'm thinking even though he did bad on his report
20  cards for a whole semester, Horace Mann kids
21  automatically go to Parkview.  And that's why he ended
22  up at Parkview.  They lived at the same address, went to
23  the same schools up until elementary.  And that's where
24  the divide came.
25  Dezury went to Mabelvale, which is sometimes

Page 36

1  referred to as Little Fair.  Kids that go to Mabelvale
2  go to Fair.
3  Q.   If the student assignment people are engaging in
4  race discrimination, how can DeAndray be treated so well
5  and Dezury be treated so poorly, in your view?
6  A.   Because DeAndray scored well.
7  Q.   Well, you mentioned Ms. Orullious and Ms. Jones
8  and something about the student assignment office.  I
9  want to hear about anybody you say engaged in race
10  discrimination.  So who particularly in the student
11  assignment office?
12  A.   Well, honestly, when I called the student
13  assignment office -- when the distressed school stuff
14  started, I want to say June or July or whenever, I
15  called, because I got a text message.  And I called and
16  I said, I got this text message that said that my son --
17  I can put my son on another list to go to whatever
18  school I needed to go to.  He's currently already on the
19  two lists for Central and the two lists for Parkview.
20  Do I still need to do this to get him on this list?  And
21  I was told no.
22  Well, when the process was going out, I emailed I
23  think Frederick Fields to see where my son -- Frederick
24  Fields with student registration to see how it was
25  progressing and where my son was on the list.  And this

Page 37

```
 1   was his 8th or 9th grade year.  I can't remember now.
 2   And I was told, Oh, well, he's not on there.  And I was
 3   like, Why isn't he on there?  They was like, You have to
 4   sign up for the distressed school list.  And I said, I
 5   was advised I didn't have to.  I called and was told I
 6   didn't need to do it.  Well, they had just decided at
 7   6:00 p.m. that Friday that they were going to do it, and
 8   so not everybody knew.  And I had called -- I called
 9   at -- they open up at 8 o'clock.  The phone was ringing
10   at 7:58 a.m..  So I did speak to whoever the first
11   person that was there that morning.  And she was like,
12   The people that were here first thing this morning
13   probably didn't know about the process.  I'm calling
14   student registration and the text said to call you.
15   Q.   Who sent the text?
16   A.   The Little Rock School District.
17   Q.   So you got a text telling you that you had a
18   different opportunity to get Dezury in a different
19   school?
20   A.   Your student, if they're in one of the distressed
21   schools.  And he was the only one of my kids that was in
22   one.
23   Q.   Okay.  So how is what happened after that race
24   discrimination as opposed to bureaucracy or bad
25   management?
```

Page 38

```
 1   A.   Well, I got the text message.  And a lot of people
 2   outside of our district were getting -- because with the
 3   process and with the message you literally had three
 4   days to sign your child up.  And this came out on a
 5   Friday.  I want to say a Friday or a Thursday.  But you
 6   had three days to complete the paperwork and get it in.
 7        Well, the letter itself that came to me, I didn't
 8   get that letter until that Monday or Tuesday.  So that
 9   means two of my days were gone.  And then I'm in the
10   district.  However, there were so many people outside of
11   the district that their children into the, I would say
12   the top choice Little Rock School District schools.
13        First of all, their kids weren't in a distressed
14   school in the Little Rock School District.  So they
15   opened up our district to people outside of the City of
16   Little Rock.  So how did they know that they could apply
17   for a program that's only supposed to be for Little Rock
18   School District distressed school children.  These were
19   mainly white people.
20   Q.   Are we talking about what you said you found out
21   on Facebook?
22   A.   Yes.
23   Q.   And you can't name anybody?
24   A.   I had it.  I'm going to have to go back and find
25   it.  I can go back and find it again.  I actually
```

Page 39

```
 1   screen-shot the conversation.  And the lady even said
 2   she called Dexter Suggs, and he responded right back to
 3   her.  She had a conversation with him and everything.
 4   Q.   So you're saying that people from outside the
 5   Little Rock School District got into Little Rock
 6   schools, based on the distressed school program?
 7   A.   Yes.
 8   Q.   Okay.
 9        MR. WALKER:  She said from inside and
10        outside the district.
11   A.   Right.
12        MR. WALKER:  I don't want it to be
13        limited to --
14        MR. HELLER:  Of course I understand that
15        people from inside the district got in.
16        MR. HELLER:  I understand.  But I didn't
17        want it to be just those from outside.  That
18        was a mischaracterize of her answer.
19   BY MR. HELLER (CONT.):
20   Q.   Well, let me ask you this question.  You're saying
21   that, pursuant to the distressed schools legislation and
22   program, people from outside LRSD, as well as inside
23   LRSD, got into LRSD schools under that program?
24   A.   They got in.  I was corresponding with Mr. Fields
25   and Mr. Burton.  My understanding was that the
```

Page 40

```
 1   district -- our district opened up where kids outside of
 2   our district could come to our schools.  They also on
 3   the letter that they sent, it said that our kids could
 4   go to schools outside of our district; Bryant, Benton.
 5   We could go to neighboring schools.  That wasn't true.
 6   Because when you took your child -- when I took my child
 7   to Bryant to try to get him in, they didn't open their
 8   district.  That's what we were told.  We opened ours.
 9        Now, when there's already a waiting list where my
10   son -- my son had to sit on a waiting list for two years
11   to get into one of our schools, when I'm paying taxes.
12   We opened up our district to kids, according to
13   Mr. Fields, where the parents could provide their own
14   transportation.  That means if your kid has a car or
15   you're able to pick your child up and take your child to
16   school.  Well, I can't do that.  It work.  And I
17   definitely can't afford to just buy my son a car so he
18   can go to whatever school he go to.  But there's
19   actually a bus, actually two buses come out in Otter
20   Creek for Central, and my son can't go.
21   Q.   Didn't Dr. Fields tell you on January 6, 2015,
22   that the type of seats that can become available are
23   first attendance zone, then International Studies, and
24   Dezury was on the International Studies list?
25   A.   Yes.
```

10 (Pages 37 to 40)

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

---

**Page 41**

1   Q.   And then TNT, transfer no transportation?
2   A.   Correct.
3   Q.   Okay.
4   A.   But he also let my two nephews in that met none of
5   those.  They're not TNT, they weren't on the list for
6   International Studies, and they weren't in the
7   attendance zone.
8   Q.   And what is the race of your nephews?
9   A.   My nephews are black.
10  Q.   So where is the race discrimination?
11  A.   That's just discrimination period.  You can call
12  it race or -- I don't know.  It was discrimination.
13  That's what I know.  My son was discriminated against
14  because he didn't have the connections, or I didn't have
15  the connections, I should say.  But there were other
16  kids in my neighborhood that got into Central that
17  didn't meet that criteria.
18  Q.   Okay.  So you're saying Dezury got into Parkview
19  with no trouble, two of your nephews got into Central
20  without meeting the criteria, and all those children are
21  African-American children?
22  A.   DeAndray got it based on scores.
23  Q.   Right.
24  A.   Okay.  And my nephews got in along with neighbors
25  and order friends of my son's got in.  Some of them were

---

**Page 42**

1   white too.
2   Q.   But for whatever reason, however they got it, they
3   were still African-American when they got in?
4   A.   Not all of them were African-American.  There were
5   some white kids.
6   Q.   Who?
7   A.   You would have to ask my son.
8   Q.   Okay.  Let me just be sure.  We talked about Ms.
9   Orullious, Ms. Jones and this student assignment process
10  that you say was generally discriminatory.
11       Is there anything else, anybody else in the Little
12  Rock School District, who you claim discriminated
13  against you or your children because of your race?
14  A.   I honestly feel when he was suspended -- well,
15  when they attempted to suspend him based on his
16  attendance, I felt like that was racial discrimination.
17  They actually rounded up, I want to say about 37 kids, I
18  know from his school, and suspended them for tardies.
19  And they did the same thing at Hall, and they did the
20  same thing at McClellan.  These were the only three
21  schools that were affected by this mass suspension the
22  same day for the same reason.
23  Q.   I thought you told me that was some sort of
24  computer mistake or something?
25  A.   No, sir.  I told you that the principle told me it

---

**Page 43**

1   was a computer mistake that I didn't get a phone call
2   advising me of all the tardies my son had.
3   Q.   Okay.  So who was it that engaged in race
4   discrimination in that incident?
5   A.   Honestly, all I know is that it was a bunch of
6   black and Hispanic kids that were suspended.  It was
7   from Hall, McClellan and Fair.  So whoever made that
8   decision, I couldn't say the principal, because the
9   principal was only the principal of Fair.  So it
10  wouldn't have impacted Hall and McClellan.
11  Q.   Okay.  Anything else?  And by that, let me just be
12  clear.
13  A.   Uh-huh.
14  Q.   Any other incidents of race discrimination that
15  you're claiming?
16  A.   I feel like my son was racially discriminated
17  against by his Spanish teacher, when she -- I think she
18  gave him an F.  And when I contacted her about his
19  grade, because all of a sudden he had an F, she realized
20  that she didn't -- well, this is what she said.  She
21  told me the grades were right.  But when I contacted the
22  principal, she called me back and said she missed a test
23  for all her students.  And so she's going to redo the
24  grade.
25       And when my son got to school the next day, she

---

**Page 44**

1   announced in front of the whole class at Fair, If your
2   grade drops, blame Dezury, because his mom called and
3   brought up this test that I misgraded.  And I felt like
4   that was racial discrimination.  I don't feel like she
5   would have did that if my son was white.
6   Q.   Do you know of any white kid that was treated
7   differently in the same circumstance?
8   A.   Not off-hand, because I wouldn't know if their
9   parent --
10  Q.   I thought you told me last time that she also said
11  that if your grade goes up, as well as down, that's
12  because Dezury's mom called?
13  A.   No, she didn't say up.  She said, If your grade --
14  let me make sure.  Let me think.  I don't know if I said
15  that.  I could have sworn she said, If your grade goes
16  down, but she may have said, If it goes up or down,
17  blame Dezury because his mom called.
18  Q.   And what school did that happen at?
19  A.   Fair.
20  Q.   Okay.  Did he pass Spanish at Fair?
21  A.   I think he did.
22  Q.   Okay.  Anything else?
23  A.   He had a problem with his, I want to say science
24  teacher.  She would -- she decided they were going to go
25  do a nature walk.  Because Fair has this little nature

---

11 (Pages 41 to 44)

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

Page 45

1 trail now.  And it had been raining.  And she had these
2 shoe covers.  And she ran out of the shoe covers.  And
3 Dezury had on white shoes.  And he didn't want to walk
4 through the mud in his white shoes.
5      She would call me at work, because when I gave her
6 my email address, and told her she could feel free to
7 text me or send me a message on Ed Line, about just
8 petty little things.  He didn't want to walk through the
9 muddy nature trail in his white shoes.  If you're
10 wanting to say he was -- I don't think that's
11 unreasonable, by the way.  Give him a document or send
12 me an email, or instead of calling me at work for petty
13 things like that.  She would just call for little things
14 and try to, I guess, blow them up.  And I told her to
15 feel free to email me or text me.  I wanted to know
16 what's going on.  And whenever I reached out to her it
17 was through email.  I would email his teachers.
18      But even though when she called me she would
19 say -- I said, I don't know.  Was it muddy?  She said,
20 Well, it was muddy, but the rest of the kids didn't have
21 a problem with it.  And I ran out of shoe covers.  I
22 said, Well, maybe if had shoe covers he wouldn't have
23 had a problem with it.  I can kind of understand that.
24 And she said, Well, maybe I am making a big deal out of
25 it.

Page 46

1 Q.   And you think that was race discrimination?
2 A.   I feel like it was petty.
3 Q.   Right.  I'm trying to understand, since this case
4 is about race discrimination, I want to focus on race
5 discrimination.
6 A.   Okay.
7 Q.   And I want to make I understand everything you're
8 claiming about race discrimination in this case?
9      MR. WALKER:  She given you facts, Chris.
10      And there's inferences to be drawn from those
11      facts.
12      MR. HELLER:  She can give me lots of
13      facts, but she just said she thought it was
14      petty.
15 A.   I thought the call was petty.  To keep
16 interrupting me at work over petty things like he won't
17 walk through the nature trail in mud in his white shoes.
18 BY MR. HELLER (CONT.):
19 Q.   Okay.  Is there anything else that you considered
20 to be race discrimination against you or your children?
21 A.   I'm trying to think.  That's over four years.  I
22 can't think of anything else right now.
23      MR. HELLER:  That's all I have.
24           EXAMINATION
25 BY MR. HOLLINGSWORTH:

Page 47

1 Q.   Ms. Smith, I've got a couple of questions just to
2 kind of follow up.  And I'm sorry if y'all already
3 talked about this.
4      What are your thoughts about the quality of the
5 school facilities at Central High School?
6 A.   When I have been up to Central High School it's
7 been clean.  I know it's an old building.  The facility
8 itself, it's a big school, versus Fair, you have like
9 two hallways and it's underground.  You can't let up a
10 window.  You can let up a window at Central.  There's
11 windows to look out of.  It's spacious.  You're not
12 jammed.
13      I went to Fair.  If there was an altercation or a
14 fight broke out, 15 people could be dragged into that
15 fight, because there's two hallways and there's no room.
16 The cafeteria is small.
17 Q.   Did you have complaints about Central High School,
18 the building itself?
19 A.   The only complaint that I would just have about
20 Central, and my son is about to graduate, so it probably
21 doesn't even matter.  He never gets to eat lunch.  So he
22 comes home and he's starving.  And it's because there's
23 so many kids.
24 Q.   He just doesn't get there in time?
25 A.   Well, there's line.  And again, they only have the

Page 48

1 lunch period and there's so many kids.  So he comes home
2 most of the time starving.
3 Q.   I know you said that apparently Central was pretty
4 challenging for him.  Do you have any complaints about
5 the quality of instruction that he received?
6 A.   At Central?
7 Q.   Yes, ma'am.
8 A.   I just wish -- when I was in school there was a
9 different kind of teacher.  I had teachers that would
10 have a conversation with me.  I had teachers that were
11 mean, but I had teachers that would try to reach out,
12 that would take the time to explain, and not even
13 necessarily to me, but to other kids.  If I had a
14 question, I felt comfortable asking.
15      I couldn't imagine with Dezury in that class and
16 behind the way he was.  At Central, it was school.  And
17 when I say, school, you had homework.  You had
18 classwork.  You had to take notes.  There was
19 instruction.  He didn't have that at Fair.  At Fair I
20 want to say it was history.  They talked about
21 everything but history.  The teacher made a reference to
22 how he only wears Polo this and Polo that.  He's had
23 classes where at Fair where the teacher would talk to
24 him about his father and questioning him about his
25 father.  And the teacher called me.  And come to find

12 (Pages 45 to 48)

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

---

**Page 49**

1   out, she was just calling me because she knew his
2   father. It's a totally different environment. The
3   environment was totally different.
4       There was an instance where they were about to
5   suspend Dezury for cursing at Fair. The teacher said --
6   I got a call from the assistant principal saying he was
7   cursing. And I'm not one of those parents who say my
8   son would never do this. But I know my son and I know
9   what I put in my son. And my son knows the consequences
10  of his actions, if he's done something he know I
11  wouldn't approve of.
12      So when they called me and said my son was
13  cursing, I'm like, What did he say? My son don't curse.
14  And she was like, Well, I can let you know, but he's
15  suspended. So I left work and went up to the school.
16  And I later learned that it was a City Year employee,
17  not a teacher or Little Rock School District staff
18  person, a City Year student, I would say, had
19  confiscated my son's phone. He told him you can get it
20  back at the end of class. And he ended up giving the
21  phone to a security guard. And when Dezury asked him
22  about his phone, he said, The security guard has it.
23  It's in the office. And he said, Man, you can get it
24  back at the end of class.
25      Now, there was a document. The document said he

---

**Page 50**

1   cursed. The City Year student wrote the document. The
2   teacher that was in the class signed it. I learned all
3   this during my parent/teacher conference. And they
4   called the teacher into the office. She wasn't there
5   when he allegedly cursed. So I was like, Who wrote the
6   document? They was like Well, I don't know. Let's find
7   out. So the security guard came to the office, was
8   called to the office. And they asked him did he write
9   the document. And he said, No. I said, Did you write
10  this part? Because there was three different -- you
11  could tell there was three different handwritings on the
12  document. He said, I wrote this part that he said this.
13  I said, Did you hear him say that? He said, No. But
14  the City Year student told me this is what he said.
15      And I ended up getting it overturned. The City
16  Year kid couldn't write a behavior document. The City
17  Year kid should not have been confiscating student
18  property. The teacher or the security guard should have
19  been doing that in that case, but not someone that's not
20  even affiliated with the Little Rock School District.
21      I don't believe they have City Year at Parkview
22  and Central. They have it at Fair and Mabelvale and
23  McClellan.
24  Q.  Let me talk to you just for a minute about
25  DeAndray.

---

**Page 51**

1   A.  Okay.
2   Q.  Do you feel like he's gotten a fair shot at an
3   education at Parkview?
4   A.  Yes and no.
5   Q.  Do you feel that he, in any respect, has been
6   treated differently at Parkview than children of other
7   races?
8   A.  I would say yes.
9   Q.  In what respect?
10  A.  The regular -- one regular class he has is not
11  pre-AP. They went the entire nine week period without a
12  teacher.
13  Q.  Okay.
14  A.  That class is primarily -- I want to say he may
15  have a Hispanic kid in that class, but I don't believe
16  there's any white kids in that class.
17  Q.  They had a substitute teacher instead of a
18  permanent teacher?
19  A.  No. Sometimes there would be no one in there.
20  Q.  What class was that?
21  A.  I want to say American History or World History.
22  Sometimes there would be a security guard in there.
23  What they ended up doing is having the teacher that
24  teaches the same subject take over some of those
25  courses. And I don't know if they combined classes.

---

**Page 52**

1   I'm assuming they would have had to.
2   Q.  How many days did that happen that there was no
3   teacher?
4   A.  This is like a nine week period.
5   Q.  The entire nine weeks?
6   A.  The entire nine weeks. And they gave him a grade.
7   They gave him the grade he had the first nine weeks.
8   Q.  Do you know if that's happened in any other
9   classes, not of DeAndray's, but any other classes
10  period?
11  A.  I don't know with certainty. But I'm sure his
12  class was the only class the teacher had.
13  Q.  Okay. Did anybody explain to you why there was no
14  teacher?
15  A.  DeAndray.
16  Q.  Did anybody with the school or the school district
17  explain?
18  A.  No.
19  Q.  Did you contact anybody with the school or the
20  school district?
21  A.  I called the school district -- no, I called the
22  school, and I spoke to his assistant principal. I can't
23  think of his name. The year before we had a similar
24  issue. I'm trying to remember what teacher it was. I
25  can't remember what teacher it was. But she had a death

---

13 (Pages 49 to 52)

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

## Page 53

1  in the family.  She lost her father.  But for a nine
2  week period, maybe eight weeks or something like that
3  she wasn't updating Ed Line.  And I would send her
4  emails to check the status of his grade, and she
5  wouldn't respond.
6      I didn't know at the time that she had the death
7  in the family.  So then I would call and she wouldn't
8  call back.  And when I would ask DeAndray about it, he
9  would say they had a substitute, or today we had nobody.
10  Q.  All right.
11  A.   And so then his teacher came back and his grade
12  started to drop.  And I was checking Ed Line and see a
13  bunch of zeros.  And I would see zeros with things I
14  helped him with.  I'm like, Are you not turning your
15  work in?  He said, Mom, she got a basket on her desk.
16  And you have to put it in the basket.  And I'm putting
17  my work in the basket.  I don't know why I'm not getting
18  my grade.  But then a couple of days later he said one
19  of the kids in the class took his paper out the basket
20  and erased his name and put their name on there.
21      Now, what ended happening with that, she stopped
22  doing Ed Line again.  So the grades weren't getting
23  updated.  And I reached out to the assistant principal
24  again.  And he pretty much let me know that there were
25  other parents complaining, because the grades are not

## Page 54

1  right.  So they ended up giving him a grade that nine
2  weeks.
3  Q.   Let me back you up a minute.  I think when you
4  started we were talking about the nine weeks you say
5  DeAndray didn't have a teacher at all, and you talked to
6  an assistant principal.  Who was that?
7  A.   That was this year.  The assistant principal, I'm
8  sorry, I don't know his name.
9  Q.   Okay.  And what explanation were you given?
10  A.   The teacher quit.  I don't know why she quit, but
11  she left.
12  Q.   Did you get an explanation why there was no
13  teacher at all in the class?
14  A.   No.
15  Q.   Okay.  One last line of questions, Ms. Smith.  You
16  said something about you felt like there had been
17  discrimination by the State of Arkansas.  Can you
18  explain what you mean by that?
19  A.   With the State of Arkansas, again, Little Rock is
20  a city to me within the State of Arkansas.
21  Q.   Right.
22  A.   There should still be some accountability.  When I
23  had other issues throughout -- prior to this year with
24  my children's education, for example, DeAndray, he was
25  bullied.  He was bullied at Wakefield Elementary.  And

## Page 55

1  at the time he had a white principle.  I would work with
2  the assistant principal that was black.  And they
3  wouldn't tell me anything.  My son would come home and
4  tell me that this kid did this, this kid did that.  I
5  raised -- I have four boys.  I raised them that if
6  somebody hits you, you tell the teacher.  Because if you
7  get suspended mom has to miss work.  At this time I was
8  a single parent.  So they wouldn't fight back.
9      After a while my son would come home and he had
10  got hit or whatever.  I would call the school.  My son
11  was in an altercation.  Y'all didn't contact me.  Oh,
12  well, the little boy hit him and we disciplined him.
13  But it became an every day thing.
14  Q.   So do you feel like that the state has
15  discriminated in some way because, in your view, the
16  Little Rock School District is part of the state --
17  A.   Well --
18  Q.   -- or is there something that some particular
19  person in the state government has done, that you think
20  caused your children to be discriminated against?
21  A.   Well, with my son being bullied, I could call -- I
22  ended up calling the school district, Frederick Fields,
23  when this happened.
24  Q.   Right.
25  A.   He helped me out.  He actually moved my son.

## Page 56

1  Because the principal there, his solution to stopping
2  the bullying was offering them Hot Flaming Cheetos.  And
3  he was white, by the way.  That was his answer.  If
4  y'all don't -- if you don't hit this week, every week at
5  the end of the week, if you don't hit, I'll give you a
6  bag of Hot Flaming Cheetos.  And I called Frederick
7  Fields about that.  I don't give my son Hot Flaming
8  Cheetos.  I don't think many black people do.  My son,
9  if you touch him, and he didn't know you were touching
10  him, he took it as you're bullying him.  Even today if
11  they do something, they're bullying me.  This went on
12  for years.
13  Q.   Okay.
14  A.   And Frederick Fields stepped in then and he
15  helped.  I fell like there should be accountability.
16  There should be someone that I could have went to to
17  address my issues and my concerns regarding the student
18  assignment process.
19  Q.   Did you try?
20  A.   Yes.
21  Q.   Did you contact anyone with the State of Arkansas?
22  A.   I called, I want to say the Arkansas Department of
23  Education.  But I was told that I had to go through the
24  Little Rock School District.  They gave me Dexter Suggs'
25  information, Marvin Burton, I want to say Dr. Watson

14  (Pages 53 to 56)

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

---

Page 57

1  maybe, Sadie Mitchell.  I was given people to contact,
2  which I contacted these people.  That was to the extent
3  that the Arkansas Department of Education --
4  Q.  Right.
5  A.  But I still felt like there should have been
6  someone that I could go to, since Little Rock is in the
7  State of Arkansas.
8  Q.  Okay.  I understand.
9          MR. HOLLINGSWORTH:  That's all the
10         questions I have.  Thank you.
11              EXAMINATION
12  BY MR. WALKER:
13  Q.  Do you think that the children who were white at
14  Central were treated more fairly and more favorably than
15  the children who were black at Central?
16  A.  Yes.  It's well known that there's two Little Rock
17  Centrals.  You have the gifted and talented side, which
18  is predominantly white and Asian maybe, but mainly
19  white, and then you have the hood Little Rock Central,
20  which is some of the kids that may be in the neighboring
21  area that are in the regular courses.  I was told the
22  main level you go in where it's all nice and
23  historic-like is where most of the GT and honor students
24  are.  The areas where their classes and stuff are
25  located are nicer, versus where the regular students

---

Page 58

1  are.  It's just the overall Central experience is
2  different based on race.  You have the black Central and
3  you have the white Central.
4  Q.  When your child went into the AP course and was
5  trying to go to Central, and he came as AP from Fair to
6  Central, did you feel that the AP curriculum at Central
7  was a real one, while the one at Fair was a farcical
8  one?
9          MR. HELLER:  Object to form.
10  A.  At Fair the AP curriculum was the came as the
11  regular curriculum.  And the reason I know that is
12  because I had a nephew that attended.  And he was in all
13  regular classes.  The same teacher taught both at Fair.
14  My son, Dezury being in the AP class, would have the
15  same exact assignment as my nephew.
16  Q.  Was it your impression that when your child went
17  to Central, that he would be able to stay on the same
18  track that he was when he was at Fair, before they told
19  you to take the kid out?
20  A.  Well, that was my intention, until I learned that
21  he was going to have that heavy course load.  It still
22  kind of bothered me.  But when she suggested that we not
23  do AP classes, I went with that.
24      But I did want to point out one other thing.  One
25  of my nephews that got into Central, he's in AP World

---

Page 59

1  History.  He's in that class with three other black
2  kids.  And they had an assignment where they had to get
3  into groups, and the whole group's grade would be based
4  off the completion of this assignment.
5      Well, the teacher broke them up in their groups.
6  She said that you had to be in the group by the people
7  that are sitting closest to you.  They had assigned
8  seating.  He was in the group with the only other three
9  black kids in that class.  And the rest of the groups,
10  the groups of four were all white.  They failed their
11  assignment because one of the kids in their group did
12  not do what they were supposed to do.  So that caused
13  the entire group to get an F.  And his grade went from,
14  I think he had an A in that class, to a high C.
15      That was racist.  You would think in a class with
16  only four black kids, you could have put one in each
17  group, versus having all the black kids in one group,
18  and if one messed up, the whole group was deemed to
19  fail.  I just felt that was very racist.
20  Q.  Of the kids who had no teacher at Parkview, what
21  was the race of those students?
22  A.  In his class I know that they were black.
23  Q.  You indicated something about Mr. Fields giving
24  favor to his friends and relatives and church members?
25  A.  Yes.

---

Page 60

1          MR. HELLER:  Object to form.
2  Q.  Did you have any reason for making that statement?
3  A.  No, other than the fact that I know it was true.
4  Q.  What was his church?
5  A.  St. Mark, the same place they do student
6  registration sometimes.
7  Q.  I see.  Now, were these students members of St.
8  Mark?
9  A.  My nephew is, and my brother-in-law, of course,
10  his father is.  And that's how he got my two nephews
11  into the school.
12  Q.  Is that the school where Mr. Kelsey Bailey's
13  brother is the business manager?
14  A.  I can't -- I don't go to St. Mark.  I don't know.
15  Q.  And has the school district started giving a lot
16  of programs over to Mr. Bailey over to St. Mark?
17  A.  I don't know.
18  Q.  All right.  Now, in terms of the facilities, you
19  were asked a question about Central, and you compared it
20  to Fair.  Have you ever been to McClellan?
21  A.  Yes.
22  Q.  And Cloverdale?
23  A.  Yes.
24  Q.  How would those schools compare to Parkview and
25  Hall, in your opinion, in terms of the facilities?

---

15  (Pages 57 to 60)

Page 61

```
 1   A.  McClellan and Cloverdale are both run down.  We
 2   had a tournament there, actually two weekends ago.  You
 3   don't want to use the restrooms.  They still have the
 4   real old sink that they had when I was there.  It's run
 5   down.  I don't know any other way to put it.
 6   Q.   Let me ask you this.  You were told that they do
 7   have attendance zones for Central and Parkview and the
 8   other schools?
 9   A.  According to Mr. Fields' email.  He even
10   documented it.
11   Q.   Are you aware of the racial population of the
12   community right to the west of Fair, Brodie Creek,
13   Villages of Wellington, all those apartments there on
14   Bowman Road?
15   A.  Yes.
16   Q.   Do you know that that's mostly white?
17   A.  No.  Being that I lived in Otter Creek, I took the
18   back way.  That whole area is white.
19   Q.   And the area closest to Fair is white, right?
20   A.  Correct.
21   Q.   But the students who are assigned there by the
22   attendance zone are black?
23   A.  Yes.  And Hall --
24   Q.   The students who live in Otter Creek, do they get
25   attendance zone assignments to Hall from time-to-time,
```

Page 62

```
 1   according to your information?
 2   A.  I know there's several -- there's some kids out
 3   there that go to -- you said Hall?
 4   Q.   Yeah, all the away from Otter Creek.
 5   A.  I have three cousins up the street from me that
 6   graduated from Hall, all three of them.  There's a Hall
 7   bus out there.  There's not a McClellan bus though.  I
 8   will say my uncle and aunt live directly across the
 9   street from Central.  They problems with parking all the
10   time whenever Central has events.  They're directly near
11   the entrance to the football field.
12       My nephew that went to Dunbar, that's
13   automatically supposed to go to Central, was assigned to
14   Hall.  My aunt had to fight, since she lived directly
15   across the street, and all of her other kids previously
16   graduated from Central, to get him in Central.  And they
17   live directly across the street.
18   Q.   And directly across the street, is that on Park or
19   is that on 17th or 18th?
20   A.  It's the one-way street.
21   Q.   That's Park.
22       MR. HELLER:  That's on the east side.
23       She's talking about the west side.
24   A.  Right.  You can enter --
25   BY MR. WALKER (CONT.):
```

Page 63

```
 1   Q.   Near the football stadium?
 2   A.  It's where the football stadium is where you can
 3   go towards Park.
 4   Q.   Okay.  What is that relative's name who lives
 5   across the street, who was denied the right to go to
 6   Central?
 7   A.  Sharon and Benny Robinson.
 8   Q.   Do you know the name of their street?
 9   A.  It's West 16th.
10   Q.   And they were then zoned to which school?
11   A.  Assigned to Hall.
12   Q.   Do you contend that they make room at Central for
13   the children who live in west Little Rock?
14       MR. HELLER:  Object to form.
15   Q.   Is that part of your contention, they make room
16   for them?
17   A.  And they're not in the district.
18   Q.   And also for smart, black kids or friends of
19   Frederick Fields, who go to his church?
20   A.  Correct.
21       MR. HELLER:  Object to form.
22   Q.   That's part of your contention?
23   A.  Yes, sir.
24   Q.   All right.
25   A.  And kids from privilege where they can afford to
```

Page 64

```
 1   have a car in the 10th grade, or their parents can
 2   afford to drop them off because they don't have to work,
 3   or have the nanny or whoever else drop them off.  They
 4   make it where as long as you can afford to transport
 5   your own child, most and most black people can't do that.
 6       So they opened it up to kids in Maumelle,
 7   Sherwood, Benton, Bryant, Cabot.  The lady on Facebook,
 8   she lived in Sheridan, and her child goes to Forest
 9   Heights.
10   Q.   Do you have a child that tried to get into Forest
11   Heights?
12   A.  No, sir.
13       MR. WALKER:  Thank you very much.
14   A.  Yes, sir.
15       RE-EXAMINATION
16   BY MR. HELLER:
17   Q.   Ms. Smith, Mr. Walker just asked you a question
18   about your folks who live across the street from
19   Central.  And he said they were denied the right to go
20   to Central.  Didn't the student go to Central?
21   A.  After she fought it.
22   Q.   Right.  But she didn't miss any time, the student
23   didn't miss any time at Central?
24   A.  He missed like the first couple of days of the
25   school year.
```

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

Page 65

1  Q.  Okay.
2  A.  Because he was assigned to Hall, and his mom said
3  he was not going to Hall.
4  Q.  So is that student still in Central?
5  A.  Yes.
6  Q.  And has been in Central since his freshman year?
7  A.  He's a freshman now.
8  Q.  Okay.  You also said, quote, "I was told that the
9  area at Central was nicer."  I think you said where GT
10 and honor students go.  Who told you that?
11 A.  Honestly, I saw a documentary initially.  There
12 was a documentary about life at Little Rock Central.
13 And my son goes to Central now.  But when I took him up
14 there for registration and just when I've gone up there,
15 you can look around and see.  Most of the regular
16 courses I believe are on the lower level.
17 Q.  When you said earlier that you were told about
18 this, your answer is that you heard about it by watching
19 a documentary?
20 A.  I did see initially.  This was before my son even
21 got to high school.
22 Q.  What was the name of the documentary?
23 A.  I don't remember.  I want to say maybe Little Rock
24 Central 50 Years Later documentary.
25 Q.  Okay.  So tell me which classes you say are held

Page 66

1  in nicer places?
2  A.  The GT and honor classes.  If you watch the
3  documentary you can see it.
4  Q.  And Dezury was in AP classes at Central, right?
5  A.  No.
6  Q.  He wasn't in AP World History?
7  A.  I took him out of the AP classes when I first
8  enrolled him.
9  Q.  He wasn't in pre-AP biology?
10 A.  To my knowledge, she suggested that he not take AP
11 classes, so I took him out.  Now, if he was put back in
12 them, because they kept changing his schedule, I wasn't
13 even aware.
14      MR. HELLER:  That's all.
15          RE-EXAMINATION
16 BY MR. HOLLINGSWORTH:
17 Q.  Ms. Smith, did you see any of Dezury's classrooms
18 at Central?
19 A.  Yes.
20 Q.  Okay.  Whereabouts in the building were those
21 classes?
22 A.  I'm trying to remember.  He had some classes I
23 want to say on the third floor.  I'm trying to remember.
24 I'm trying to remember.  I want to say it was the third
25 floor.  I know there's a bottom level.  I think he had

Page 67

1  some on the third floor.
2  Q.  Okay.
3  A.  He had some on the lower level, I believe.  I
4  can't remember.
5  Q.  Okay.
6  A.  This is at the beginning of the year.
7  Q.  I understand.  You said you had some nephews that
8  lived in Otter Creek that went to Hall High School.
9  What's their race?
10 A.  My nephew went to McClellan.
11 Q.  Okay.  You said there were some kids in Otter
12 Creek that went to Hall?
13 A.  Yes.
14 Q.  What are their races?
15 A.  Black.
16 Q.  Okay.  And they take the bus?
17 A.  Yes.
18 Q.  In response to one of Mr. Walker's questions, you
19 said that they make room, you agreed with him that they
20 make room at Central for white kids?
21 A.  Yes.
22 Q.  Where did you learn about that?
23 A.  Well, with the kids that were outside of the
24 district, that their parents had to provide
25 transportation for them, they were mainly white.

Page 68

1  Q.  And how do you know this?
2  A.  Because I was corresponding with them on Facebook,
3  when I was fussing about the whole distressed school and
4  how they opened up our district to kids outside of our
5  district, when we pay tax dollars.
6  Q.  Okay.  So again, this is something you learned on
7  Facebook?
8  A.  Corresponding with these parents.
9  Q.  And can you name any of those parents for us
10 today?
11 A.  I can go back and look at the Facebook post and
12 hopefully look and find it and print it out.  This was
13 back when Dexter Suggs was here.
14      MR. HOLLINGSWORTH:  I don't have any
15      further questions.
16          RE-EXAMINATION
17 BY MR. WALKER:
18 Q.  The counselor at Central who suggested that the
19 curriculum at Fair was not as strong as it was at
20 Central, and therefore you should transfer your
21 children, what was the race of that counselor?
22      MR. HELLER:  Object to form.
23 A.  She was white.
24 Q.  I see.  So when you first sought to put your kid
25 in the AP courses at Fair, and had a 3.6 average, and

17 (Pages 65 to 68)

Lakesha Smith 4/22/2017          Lakesha Does v. Michael Poores

Page 69

1  then she told you to take him out, and you followed her
2  advice and put them in regular classes?
3  A.  Correct.
4      MR. HELLER:  Object to form.
5  Q.  What is your son's grade point average now?
6  A.  I don't think even think he has a one point
7  anything.
8  Q.  Now, the credit recovery courses, are they
9  virtually all black and Hispanic?
10  A.  Yes.  It's mainly athletes.  That's the way the
11  athletes stay eligible to play.  That's when I learned
12  about credit recovery.
13  Q.  All right.  Have you seen the credit recovery
14  class?
15  A.  It's a computer lab.
16  Q.  And have you seen white children assigned to those
17  classes in any numbers?
18  A.  Not when I was up there, no.
19  Q.  So the black kids stay eligible to play football
20  and basketball by being given credit recovery courses?
21  A.  Yes.
22      MR. HELLER:  Object to form.
23  Q.  Pretty much like at Duke where Coach King was?
24      MR. HELLER:  Object to form.
25  A.  And they have another program for the athletes

Page 70

1  where they only have to go three days out of the week
2  after school to keep them eligible for sports, even if
3  they have way below a 2.0.  When I was in high school
4  you had to have a 2.0 to play sports.  But now it's set
5  up that you don't have to have that GPA, you just have
6  to attend this after school program two to three times a
7  week.
8  Q.  And those kids are virtually all black?
9  A.  Yes, they are.
10  Q.  Is that another example of white privilege?
11      MR. HELLER:  Object to form.
12  A.  Yes, it is.  And I'm not even sure if they even
13  offer that program at Central or Parkview.  I know it's
14  at Fair.
15      MR. WALKER:  All right.  No more
16  questions.
17      RE-EXAMINATION
18  BY MR. HELLER:
19  Q.  Ms. Smith, I thought I heard you say earlier that
20  you were pretty diligent about keeping up with your
21  childrens' grades?
22  A.  I am.
23  Q.  And you're saying now you don't know what Dezury's
24  grade point average is?
25  A.  Dezury has Ds.  And one of his teachers, she

Page 71

1  puts -- the way she does her grading, you don't find out
2  until the end of the nine weeks what the grade is.  She
3  does everything.  She puts all the assignments on maybe
4  first.  So they start off with an F.  And then she goes
5  in and puts the grade as they do them.  I get emails and
6  I check Ed Line practically every day.
7  Q.  So then why do you think he has less than a one
8  point?
9  A.  Because his work, his geometry, he's going to get
10  a diploma, but he did not get the education.  And that's
11  what I said from the beginning.
12  Q.  We're talking about what his grade point average
13  is and whether you know?
14  A.  Because he does not know how to do his work.
15  That's why he has --
16  Q.  Do you have any idea what his grade point average
17  is?
18  A.  Right now he has two Ds.  Those are the only
19  courses he has.  So I guess that would be two Ds.
20  Q.  I'm talking his overall grade point average?
21  A.  According to him, it's still a 2.0 or higher.
22  Q.  Do you know whether or not that's correct?
23  A.  I hadn't received his report card.  I've called up
24  there about his report card.
25      MR. HELLER:  That's all I have.

Page 72

1      MR. WALKER:  No more questions.  Thank
2  you very much.
3      (WHEREUPON, the deposition was concluded
4  at 12:27 p.m..)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

18  (Pages 69 to 72)

Lakesha Smith 4/22/2017                    Lakesha Does v. Michael Poores

Page 73

```
 1        C E R T I F I C A T E
 2   STATE OF ARKANSAS*
          * ss
 3   COUNTY OF SALINE*
 4        I, JEFF BENNETT, Certified Court Reporter, a
     Notary Public in and for the aforesaid county and state,
 5   do hereby certify that the witness, LAKESHA SMITH, was
     duly sworn by me prior to the taking of testimony as to
 6   the truth of the matters attested to and contained
     therein; that the testimony of said witness was taken by
 7   me in machine shorthand notes and was thereafter reduced
     to typewritten form by me or under my direction and
 8   supervision; that the foregoing transcript is a true and
     accurate record of the testimony given to the best of my
 9   understanding and ability.
10        In accordance with Rule 30(e) of the Rules of
     Civil Procedure, review of the transcript was not
11   requested by the deponent or any party thereto.
12        I FURTHER CERTIFY that I am neither counsel for,
     related to, nor employed by any of the parties to the
13   action in which this proceeding was taken; and, further,
     that I am not a relative or employee of any attorney or
14   counsel employed by the parties hereto, nor financially
     interested, or otherwise, in the outcome of this action;
15   and that I have no contract with the parties, attorneys,
     or persons with an interest in the action that affects
16   or has a substantial tendency to affect impartiality,
     that requires me to relinquish control of an original
17   deposition transcript or copies of the transcript before
     it is certified and delivered to the custodial attorney,
18   or that requires me to provide any service not made
     available to all parties to the action.
19
20        GIVEN UNDER MY HAND AND SEAL OF OFFICE on this
     23rd day of April, 2017.
21
22        _____
          Jeff Bennett, CCR, LS No. 19, Notary
23        Public in and for Saline County, Arkansas

24   My Commission expires November 29, 2020.
25
```

Page 74

```
 1   REPORTER'S CERTIFICATION OF CERTIFIED COPY
 2
 3        I, JEFF BENNETT, LS No. 19, Certified Court
 4   Reporter in the State of Arkansas, certify that the
 5   foregoing pages 1 through 72 constitute a true and
 6   correct copy of the original deposition of LAKESHA SMITH
 7   taken on April 22, 2017.
 8        I declare under penalty of perjury under the laws
 9   of the State of Arkansas that the foregoing is true and
10   correct.
11        Dated this 23rd day of April, 2017.
12
13        _____
          Jeff Bennett, CCR, LS No. 19, Notary
14   Public in and for Saline County, Arkansas
15
16   My Commission expires November 29, 2020.
17
18
19
20
21
22
23
24
25
```

19 (Pages 73 to 74)

# Transcript of the Testimony of

# **Dezury Ashford**

**Date:** April 22, 2017

**Case:** Lakesha Does v. Michael Poore

**Bushman Court Reporting**
Jeff Bennett
Phone: (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

EXHIBIT 8

Dezury Ashford 4/22/2017                    Lakesha Does v. Michael Poore

**Page 1**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE AND HER MINOR CHILD, DENNIS DOE, et al.
    Plaintiffs

vs.    CASE NO. 4:15-CV-000623DPM

MICHAEL POORE, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE LITTLE ROCK SCHOOL DISTRICT, et al.
    Defendants

ORAL DEPOSITION OF DEZURY ASHFORD

APPEARANCES:

MR. JOHN W. WALKER, ESQ.
John W. Walker, P.A.
1723 South Broadway
Little Rock, Arkansas 72206
*** For the Plaintiff ***
MR. CHRISTOPHER J. HELLER, ESQ.
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522; and

MR. PATRICK HOLLINGSWORTH, ESQ.
Office of the Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201

*** For the Defendant ***

**Page 3**

1         I N D E X
2   WITNESS SWORN: DEZURY ASHFORD
3               Page
4   Examination by Mr. Heller      5
5   Examination by Mr. Hollingsworth   41
6   Examination by Mr. Walker     43
7   Re-Examination by Mr. Heller    56
8   Re-Examination by Mr. Hollingsworth  59
9   Re-Examination by Mr. Walker    60
10
11
12
13
14
15         EXHIBITS
16   (No exhibits marked.)
17
18
19
20
21
22
23   Certificate             63
24   Witness' Signature (Waived)
25

**Page 2**

1
2     TAKEN BEFORE Jeff Bennett, Certified Court
  Reporter, LS Certificate No. 19, Bushman Court
  Reporting, 620 West Third Street, Suite 302, Little
3   Rock, Arkansas 72201 on April 22, 2017 at John W.
  Walker, P.A., Little Rock, Arkansas commencing at 12:38
4   p.m.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1     ANSWERS AND DEPOSITION OF DEZURY ASHFORD, a
2   witness produced at the request of Defendants, taken in
3   the above styled and numbered cause on the 22nd day of
4   April, 2017, before Jeff Bennett, Certified Court
5   Reporter, LS Certificate No. 19, a Notary Public in and
6   for Saline County, Arkansas, taken at the offices of
7   John W. Walker, P.A., 1723 South Broadway, Little Rock,
8   Arkansas at 12:38 p.m.
9        S T I P U L A T I O N S
10     IT IS STIPULATED and AGREED by and between the
11   parties through their respective counsel that the
12   deposition of DEZURY ASHFORD may be taken at the time
13   and place designated pursuant to the Federal Rules of
14   Civil Procedure.
15       DEZURY ASHFORD
16     The witness hereinbefore named, having been duly
17   cautioned and sworn or affirmed to tell the truth, the
18   whole truth, and nothing but the truth, testified as
19   follows:
20
21
22
23
24
25

1 (Pages 1 to 4)

Dezury Ashford 4/22/2017          Lakesha Does v. Michael Poore

**Page 5**

1    EXAMINATION
2    BY MR. HELLER:
3    Q.   Would you tell us your name, please?
4    A.   Dezury Ashford.
5    Q.   Where do you live, Dezury?
6    A.   Otter Creek.
7    Q.   Where do you go to school?
8    A.   Little Rock Central High.
9    Q.   Are you a senior?
10   A.   Yes, sir.
11   Q.   I'm Chris Heller.  I'm a lawyer for the Little
12   Rock School District.  And I'm going to ask you a few
13   questions this afternoon.  And I'd request that you
14   please continue to answer out-loud, so that Mr. Bennett
15   can record your answers.  Okay?
16   A.   Yes, sir.
17   Q.   And if you don't understand my question, please
18   ask me to rephrase it.  I don't want to answer any
19   question that you don't understand.  All right?
20   A.   Yes, sir.
21   Q.   Okay.  And finally, I know I think we learned at
22   some point today, you might have a little flu or cold or
23   something.  So if at any point you want to take a break,
24   just let us know and we'll take a break.  Okay?
25   A.   Yes, sir.

**Page 6**

1    Q.   This is your second year at Central?
2    A.   Yes, sir.
3    Q.   And before that you went to Fair?
4    A.   Yes, sir.
5    Q.   Your mother described a process she was involved
6    in trying to get you into Central or Parkview.  Did you
7    participate in that process in some way?
8    A.   Well, I told her -- well, my 8th grade year the
9    reason I didn't want to go to Fair in the first place
10   was because I played sports.  And then my mom wanted me
11   to go to a top school, and not distressed academically.
12   And so my 8th grade year I told her I want to go to
13   Parkview or Central.  And so she agreed with me.  That's
14   the reason I guess the process started.  She put me on
15   the list in 8th grade.  And I waited the whole summer to
16   see which school I was going to.  And they told me I got
17   assigned to Fair.  And so when I had assigned to Fair, I
18   never knew really anything about Fair, I just knew it
19   wasn't a good school to go to.  I wasn't really angry or
20   anything.  I was going to try it out.  It was high
21   school my first year.  And when I got there, yeah, it
22   was like horrible, it was horrible, sports-wise and
23   academically-wise.
24   Q.   Okay.  I know you mentioned you played sports.
25   Why did you -- why were you more interested in Central

**Page 7**

1    or Parkview?
2    A.   Because at the time I was in the 8th grade.  And
3    it was what I was hearing about the school.  I heard
4    Fair and McClellan and Hall being distressed or being
5    the worst schools to go to.  So at that time I never
6    heard of Robinson or Mills or all the other schools.  It
7    was Parkview and Central was the two best schools to go
8    to at the time.  So those are the schools I wanted to go
9    to.  And I wanted to go to play sports and get good
10   grades there and hopefully go to college.
11       And I knew going to Fair my chances of me going to
12   college wasn't going to be the same as me going to
13   Central.  And Central being a black historical school,
14   and it's known to be recognized, that was the school I
15   wanted to go to for that reason, because I knew it was
16   going to be a better chance of me getting into a good
17   college.  And I also heard that going to Central or
18   Parkview, you got a better chance with a better college
19   than you do at Fair, Hall and McClellan.
20   Q.   Where were you in the 8th grade?
21   A.   I went to Mabelvale Middle School.
22   Q.   What sports did you play there?
23   A.   Football.
24   Q.   And that's it?
25   A.   Yes, sir.

**Page 8**

1    Q.   When you started at Fair, what sports did you play
2    your first year at Fair?
3    A.   Football.
4    Q.   What about your second year at Fair?
5    A.   Football.
6    Q.   What was horrible about Fair?
7    A.   Well, when I got there I seen how the students
8    was.  Like there was still violence there.  It was
9    basically like the scene of the nineties still.  They
10   still had gangbanging going on in school, drugs, you had
11   fights, you had clicks, you had everything.  And then in
12   the learning environment I had -- I didn't have a
13   problem until I had math.  And I had a teacher named
14   Mr. Kirkendall.  And we all was in his class.  It was
15   about most of the kids was black.  There was probably
16   like one Caucasian student.  And he told us at the
17   beginning of the year, Most of y'all are not going to
18   pass my class.  And we're in 9th grade.  We're like
19   okay.  We didn't know what he mean by that.  He was
20   serious.  Most of us -- I don't think nobody in my
21   class, I don't think nobody passed the class, like
22   nobody, not one single student.
23   Q.   What kind of math class was it?
24   A.   Algebra I.
25   Q.   Okay.

2  (Pages 5 to 8)

Dezury Ashford 4/22/2017          Lakesha Does v. Michael Poore

**Page 9**

1   A.  None of us passed.
2   Q.  Was that the beginning of telling me about what
3  the issue was?
4   A.  Yeah. That was in 9th grade. My 10th grade
5  year there I got used to it. I got used to being around
6  all the gangs and clicks and drugs and talk of the
7  street at Fair. And we had -- the school -- I'm not
8  going to say it was a predominantly black school --
9  well, it was a predominantly black school, but we had
10  Hispanics, we had Caucasians, and we were all together.
11  It wasn't just like no racial war or anything, but it
12  was all right. Like if you're not used to that
13  environment, or if you're not used to like the
14  environment, you wouldn't know what to do at the school.
15     Like say a Caucasian kid came to Fair from a good
16  neighborhood, he wouldn't probably survive at the
17  school. They'll probably rob him or probably beat him
18  up, or take his shoes, take his money, just because he
19  has it. You have to get cool with everybody to survive
20  the environment around there.
21     So 10th grade year I got cool with people. I
22  started talking to people and I became cool. So in the
23  10th grade, my 10th grade year academic-wise wasn't
24  that bad as 9th grade, because I had teachers that
25  showed that they kind of cared more than they did in 9th

**Page 10**

1  grade. And I was taking AP classes too in 9th and
2  10th grade. And that was really it. The environment
3  was bad in my 9th grade year, the academic side was bad
4  because I had Mr. Kirkendall. And other than that, the
5  10th grade teachers started showing that they cared
6  more, the ones I had at least, showed they kind of cared
7  more than they did in 9th grade.
8   Q.  Was the 9th grade year bad just because of
9  Kirkendall, or were there other 9th grade teachers who
10  cared and taught?
11   A.  In 9th grade, I could say I don't remember who I
12  had for English. My English teacher, I had a good grade
13  in English, social studies and science, they showed they
14  kind of cared. But when it came down to the 9th grade
15  year, I'm bad in math, so even if you're asking for
16  help, he just gave us the work. He taught us as college
17  kids, and we were only in the 9th grade. So we weren't
18  used to it. I think kids from there just gave up. That
19  just made kids give up on math right there.
20   Q.  So you ended up failing algebra I with Kirkendall?
21   A.  Yes, sir.
22   Q.  And passed everything else?
23   A.  Yes, sir.
24   Q.  Both years at Fair?
25   A.  Yes, sir.

**Page 11**

1   Q.  And then you had to make up algebra I?
2   A.  Yes, sir.
3   Q.  And how did that happen?
4   A.  I guess I was supposed to make it up in the 10th
5  grade. They didn't give me any like recognition that I
6  had to make it up until I got to summer school of 10th
7  grade, summer school 10th grade. And when I was
8  moving to Central, when I found out I was going, they
9  had told me I had summer school for the class I had in
10  9th grade algebra I.
11     In the 10th grade, when the schedules came out in
12  the 10th grade -- most of us students that had
13  Kirkendall, Mr. Kirkendall, didn't none of us have
14  geometry, we all had study hall. They put us in study
15  hall instead of putting us in -- I mean, credit recovery
16  or putting us in -- making us retake the class, they put
17  us in study hall. And we didn't know why. We just
18  thought, hey, we're just in study hall.
19     And so when I got in summer school, I finished the
20  A part of algebra I, but the B part, they told me I was
21  going to have to finish when I got to Central. And
22  that's when I found out we could retake classes and even
23  go to credit recovery while school is going on. I found
24  that out when I got to Central. They didn't tell us all
25  that at Fair, they just gave us study hall, gave the

**Page 12**

1  kids study hall there. I don't know what they was going
2  to have us do about that credit. So that's when I found
3  out about me taking -- retaking the class, algebra I.
4   Q.  Did you have a failing grade in algebra I after
5  your first semester at Fair?
6   A.  Yes, sir.
7   Q.  And then you had a failing grade at the end of the
8  year?
9   A.  Yes, sir.
10   Q.  Did you talk to anybody about what you were going
11  to have to do about that?
12   A.  I honestly didn't know. I was a freshman. I
13  never been -- I never failed before that. That was my
14  first time ever failing. I thought I knew. I always
15  knew that I'd have to retake the credit. I didn't know
16  when though. I thought I was going to have to do it
17  next year. I didn't know you could take credit recovery
18  or anything until I got to Central and they told us and
19  they told my mom about that. So I was going to summer
20  school. And they didn't send me no letter telling me
21  about summer school in the 9th grade or anything either.
22  They just let me continue to go on.
23   Q.  So you did not go to summer school after your 9th
24  grade year?
25   A.  No, sir.

3 (Pages 9 to 12)

Dezury Ashford 4/22/2017          Lakesha Does v. Michael Poore

---

Page 13

1   Q.   So back to my question.  Did you talk to anybody
2   at Fair about what you would have to do about the fact
3   that you failed algebra I?
4   A.   No, sir.
5   Q.   So then you're saying at the beginning of your
6   10th grade year, did you have any math course at all?
7   A.   No, sir.
8   Q.   Okay.
9   A.   I didn't have no math course or none in my 10th
10  grade year.
11  Q.   Did you ask anybody at Fair why that was?
12  A.   No, sir.  Yes, I did.  I asked the counselor.  I
13  asked her.  Some kids was taking geometry.  And there
14  was a group of us that was taking study hall.  So I
15  asked her about that.  She told me that she didn't know.
16  She didn't know what was going on with my schedule.  And
17  she told me to come back and check with her.  And
18  something happened and I never came back and asked her
19  about that.  She told me she didn't know what was going
20  on with my schedule.
21  Q.   What was that counselor's name?
22  A.   I don't remember.  I don't remember.  It was at
23  Fair.
24  Q.   Okay.  During the time you were at Fair, how was
25  your schedule developed, in other words, what role did

---

Page 14

1   you or your mother play in determining what courses you
2   would take?
3   A.   Well, that's the AP and pre-AP part, I guess.  My
4   mother had to sign off on me taking the AP classes.  I
5   didn't take -- I took pre-AP algebra I.  I took all
6   pre-AP classes in the 9th grade.  And my mom had to sign
7   off on those classes.  I guess that was the role right
8   there.  I chose the electives too my 8th grade year.
9   Only the pre-AP is the only thing we have to sign off on
10  when you select them classes.
11  Q.   Okay.  Do you know whether the school sends -- you
12  fill out a requested schedule form or the school sends
13  one to you or your mother to consider and decide what
14  you want to do?
15  A.   I think you're supposed to take -- they give it to
16  you the year before.  And you're supposed to take it
17  home and get it signed and bring it back.
18  Q.   Okay.
19  A.   And I remember one year I took it home and I
20  didn't bring it back to them.  And they put me in --
21  they put me in some kind of classes.  And my mom, when I
22  started having problems with the classes, I had told my
23  mom, and my mom was like, I didn't sign the papers for
24  him to be in the classes.  I think they got into a big
25  disagreement about that too.  I forgot what year it was.

---

Page 15

1   I know you're supposed to sign off for the classes the
2   year before, take it home and get it signed by your
3   parent.
4   Q.   Okay.  What year were you in when you got your
5   algebra I taken care of through the credit recovery
6   process?
7   A.   Actually I got my algebra I taken care of in the
8   class.  And when I was in 11th grade last year at
9   Central as a class.  And I passed it with an A.
10  Q.   Okay.  Did you have any other math classes at
11  Central at the same time you were taking algebra I?
12  A.   Yes, sir.  I had algebra I and geometry at the
13  same time.
14  Q.   Okay.  Did you pass geometry as well?
15  A.   I think I didn't pass geometry B.  I think I
16  passed geometry A or the opposite way.
17  Q.   Okay.  Did you ever get any credits through a
18  credit recovery process?
19  A.   Yes, sir.  I got my first algebra I credit and the
20  second geometry credit through credit recovery.
21  Q.   When you say, first and second, are you referring
22  to the semester?
23  A.   Yes, sir.
24  Q.   I thought you said you got your algebra I credit
25  by taking a course at Central?

---

Page 16

1   A.   I took the algebra I credit in summer school
2   before I came to Central, one-half of it.  I got the
3   other half at Central when I got there in the 11th
4   grade.  So I got semester A at summer school when I
5   left -- while I was at Fair I took the A done.  When
6   I got to Central I took semester B as a class, and got
7   the other half credit.
8   Q.   So Central was a class.  Was summer school a class
9   or credit recovery?
10  A.   I didn't go to summer school at Central.
11  Q.   You said you got the first part of your algebra
12  during summer school?
13  A.   At Fair, it was credit recovery.
14  Q.   And that part was credit recovery?
15  A.   Yes, sir.
16  Q.   How long did it take?
17  A.   It took me the whole summer, like almost the whole
18  summer.  I probably got done with it -- they had me
19  doing the whole class A and B.  So A took me almost the
20  whole summer.  And I was working on B.  I was going to
21  Central.  So they said I couldn't take that credit.
22  Well, most of the work I did on B, I think I almost got
23  done with B.  But they told me I couldn't do it at
24  Central because I wouldn't come back to Fair.  And so I
25  just took it as a class, because I didn't want to start

---

4 (Pages 13 to 16)

Dezury Ashford 4/22/2017          Lakesha Does v. Michael Poore

---

Page 17

1    back over.
2    Q.   Okay.  So tell me about credit recovery, you went
3    to summer school at the Fair campus?
4    A.   Yes, sir.
5    Q.   Okay.  And tell me what you did every day for the
6    summer?
7    A.   Basically you came in and got on the computers.
8    And they gave us 'til like 12 o'clock, I believe, to do
9    our work.  And it was up to you, basically.  The
10   teacher, the teacher, he chose who he will help.  I
11   don't know how he did it.  He just chose.  If he didn't
12   feel like helping you, he wasn't going to help you.
13       They basically told you, you got yourself in here,
14   you're going to have to get out yourself.  You played
15   around all year or some of y'all played around all year.
16   You're going to have to get yourself out of here.  You
17   got to work yourself.
18       So I did it.  I did the A part by myself.  And the
19   B part kind of difficult.  That's why I was still
20   there.  I needed help on there.  The teacher came in
21   there in the morning and left at 12:00 basically every
22   day and that was it?
23   Q.   Who was the teacher?
24   A.   I don't remember his name.  It was a man.  He
25   taught math.  I do not remember his name.  I do not

Page 18

1    remember his name.
2    Q.   So you had a math teacher in your credit recovery
3    class all summer?
4    A.   Yes, sir, the same one.
5    Q.   Do you remember his race?
6    A.   He was African-American.
7    Q.   Okay.
8    A.   He was African-American.
9    Q.   And so in credit recovery do you kind of work at
10   your own pace as you --
11   A.   Yes, sir, they let you work at your own pace.
12   It's basically up to you.  They leave it up to you to
13   get done or not.
14   Q.   So do you have to pass some kind of test before
15   you get on to the next level or next concept or how does
16   it work?
17   A.   Yes, sir.  You got modules.  Some kids have about
18   three.  I had about six each semester.  And when you get
19   done with the module, you have to take a mastery test.
20   When you get done with every lesson you have to take a
21   mastery test.  And you have to pass the mastery test
22   with like 70 percent to go to the next one.  And at the
23   end of the modules or semester test, you got to make at
24   least I think a B to pass the semester.  I guess it's
25   like a class.  You set your own pace.

Page 19

1    Q.   Okay.  So what kind of -- how did you -- how was
2    it determined what classes you would take during your
3    11th grade year at Central?
4    A.   I really don't know.  I know -- I knew that --
5    actually I had to go to orientation.  And they told me
6    what classes I would take.  I was with a counselor my
7    first day of orientation.  And she told me -- I talked
8    to her about it.  I told her I needed some classes to
9    make up.  And she put me in algebra I to make up the
10   algebra I credit.  And she put me in geometry as a class
11   to retake the class.  And I was all right with that.  I
12   knew like I was going to be in there with kids younger
13   than me, but I didn't really care.  I'm trying to
14   graduate.
15       The counselor at Central, there's a big difference
16   between Central and Fair.  The counselor, she cared.
17   She made sure that she wanted us to pass.  All I had to
18   do was tell her I had to make up some classes.  And she
19   got me in the classes to make up.  She set my schedule
20   up for me.
21   Q.   Okay.  So at the time you got to Central, the only
22   thing you had left to make up was the second part of
23   algebra I?
24   A.   Yes, sir, and geometry, because I didn't take it
25   in 10th grade.

Page 20

1    Q.   And did you have just one semester then of algebra
2    I?
3    A.   Yes, sir.
4    Q.   Was that the first or second semester?
5    A.   The second, but I took -- it was the second, but I
6    took it in the first semester, so I could get it out the
7    way.
8    Q.   So then after the first semester your only math
9    class was geometry?
10   A.   Yes, sir.  And I think I failed geometry in the
11   first semester, while I was taking algebra I.  I passed
12   the second semester.
13   Q.   And then what did you do to make up the geometry?
14   A.   They put me in credit recovery at the beginning of
15   my 12th grade year.
16   Q.   At Central?
17   A.   Yes, sir.
18   Q.   Okay.
19   A.   And I got out of there like within a week.
20   Q.   Was it the same type of computer credit recovery
21   that they had at Fair?
22   A.   Yes, sir, exactly the same.
23   Q.   Okay.
24   A.   They actually showed that they cared and helped
25   you out and helped you pass.

Jeff Bennett
Bushman Court Reporting                    501-372-5115

Dezury Ashford 4/22/2017          Lakesha Does v. Michael Poore

Page 21

1    Q.   Was there a math teacher in credit recovery at
2    Central as well?
3    A.   Yes, sir.
4    Q.   Who was that?
5    A.   I think her name was Ms. Ingram, I believe.  And
6    she was Caucasian.  I don't remember the main teacher's
7    name.  She was Caucasian too, but she ended up something
8    happened to her mother or something like that, and she
9    didn't come back in there.
10   Q.   So are you saying the credit recovery teachers at
11   Central were more helpful than the credit recovery
12   teachers at Fair?
13   A.   Yes, sir.
14   Q.   So are those the first part of algebra I and the
15   second part of geometry, are those the only things you
16   had to make up through credit recovery?
17   A.   Yes, sir.
18   Q.   Are you on track to graduate Central this year?
19   A.   Yes.  I got all my credits.  I go every other day.
20   Q.   Are there other students that only go every other
21   day.
22   A.   I believe so.  I believe so, yes, sir.
23   Q.   Are you going every other day because you only
24   have to go that much to get the credits you need to
25   graduate?

Page 22

1    A.   Yes, sir.
2    Q.   Okay.  So how did you get in a situation where you
3    don't have to go every day during your senior year to
4    graduate?
5    A.   Because when I got to Central the only class I
6    needed to make up was algebra I and geometry.  And
7    after I made those up, and I passed all my other
8    classes.  My counselor told me I made up my
9    geometry credit, they didn't have no more classes to put
10   me in.  I'm taking algebra II, because you don't have
11   that to graduate.  Algebra II, linear systems, and
12   I'm taking English.  That's the only classes I needed to
13   graduate.
14   Q.   Are you involved in any extracurricular activities
15   at Central?
16   A.   I played football and that was it.
17   Q.   Are all of your classes in the same part of the
18   school, on the same floor or anything like that?
19   A.   No, sir.  I got two outside, but they're in
20   different areas.  And I got one in the building on the
21   second floor.
22   Q.   Are any of your classes now pre-AP or AP classes?
23   A.   No, sir.
24   Q.   So were there white kids from your neighborhood in
25   Otter Creek who went to school in Bryant or Benton, that

Page 23

1    you know of?
2    A.   Yes, sir, I know a bunch of them.  You mean that
3    go there now?
4    Q.   Yes.
5    A.   Yes, I know some of them.
6    Q.   Can you give me some names?
7    A.   I have a friend named Jordan.  He actually
8    graduated from Bryant.
9    Q.   Graduated from where?
10   A.   From Bryant.  He live in Otter Creek.  I have one
11   homeboy named -- I won't say that.  Jordan, Nick, he
12   still go to Bryant.  He's a senior just like me.
13   Q.   Do you know any last names?
14   A.   No, sir.
15   Q.   Your mother told us that you know one black
16   student who applied to go to Bryant and was told they
17   couldn't go there?
18   A.   Yes, sir.
19   Q.   Who is that?
20   A.   My homeboy named James.  I keep saying homeboy.
21   Sorry about that.  Actually we applied not to go to
22   Bryant, that's when I was applying to Central.  I told
23   him about it.  He was at Parkview.  No, he was at Fair
24   with me.  We were both at Fair at the same time.  And we
25   both left the 10th grade year.  So his mom wanted him

Page 24

1    to go to Bryant.  And he didn't get accepted for some
2    odd reason.  She said they talked to the principal, and
3    the principal was being kind of racial with them.  And
4    they told the Bryant School District about it.  And they
5    ended up putting him at Parkview, getting him into
6    Parkview.
7        And so at the same time I was waiting to get into
8    Central or Parkview, he got in before me.  And his exact
9    words was, I got in because I couldn't get into Bryant,
10   because the principal was acting kind of racial with us.
11   And so his mom talked to the Bryant School District, and
12   they got him into Parkview.  He got to choose between
13   Central or Parkview.
14   Q.   So the principal who your friend said was getting
15   racial with his family was the principal at Bryant?
16   A.   I believe so.
17   Q.   And this friend we're talking about is
18   African-American?
19   A.   Yes, sir.
20   Q.   And so he went from Fair to Parkview?
21   A.   Yes, sir.
22   Q.   And I asked your mother if she knows who goes to
23   Central from outside of the City of Little Rock, and she
24   said, you would have to ask my son.  So I'm asking?
25   A.   From a different --

6 (Pages 21 to 24)

Page 25

1    Q.   From another city outside of the Little Rock
2    School District.
3    A.   Well, I actually know a bunch of kids that goes to
4    Central that are Caucasian, that don't live in Little
5    Rock, they live in Maumelle, they live in Benton, they
6    live in -- some kids even drive like -- I know a
7    couple -- I can't name the cities they live in, but they
8    drive each morning to get to school.  They tell us about
9    it.  When I had Mr. West in AP U.S. History, I had a
10   bunch of kids in there.  I had one girl that live on a
11   farm, and out of nowhere she went to Central.  I don't
12   know how.
13   Q.   Can you give me some names of some students you
14   know from outside of Little Rock who you know go to
15   Central?
16   A.   I know the girl that live on a farm is Madalyn.  I
17   have a friend named Knight.  He live in Bryant.  We call
18   him C.J.
19   Q.   Do you know his last name?
20   A.   King, Knight King.  And these are all kids from
21   Mr. West's class in the 11th grade.  I knew this girl,
22   Caucasian girl named Bennie.
23   Q.   Was that her last name?
24   A.   That's her first name.
25   Q.   Okay.

Page 26

1    A.   They all play soccer together.  I know they didn't
2    live in Little Rock.  That's really it is the kids in
3    Mr. West's class.
4    Q.   Do you know whether or not the kids that you just
5    named were in the International Studies Program?
6    A.   I don't believe they were.  I don't think they was
7    in there.  Because to be in the International Studies
8    Program don't you have to be like -- isn't there a
9    requirement to get in there or something?  Most of them
10   being going there since the 10th grade.  Like they was
11   already there.  And then they was supposed to go to
12   schools in their district too, but they came to Central.
13        And I remember one time bringing up the story and
14   we was talking, and they was telling us, We don't live
15   in Little Rock and we go here.  And they started naming
16   where they live and stuff.  That's when Madalyn said she
17   live on a farm.
18   Q.   But do you know whether or not --
19   A.   No, sir.
20   Q.   -- they were in International Studies?
21   A.   No, sir.
22   Q.   Do you know Stervin Smith?
23   A.   Yes.
24   Q.   Do you know Demond Johnson?
25   A.   Yes, sir.

Page 27

1    Q.   Are they related to you in some way?
2    A.   Yes, sir.
3    Q.   Did they go to Central?
4    A.   Yes, sir, they still do.
5    Q.   Are they seniors as well?
6    A.   Stervin is.
7    Q.   And what do you know about how they got into
8    Central?
9    A.   Basically when I was waiting to get in, Stervin
10   called me first and told me he got in.  He knew I was
11   waiting to go to Central.  And he called me.  And
12   Stervin went to Hall, another distressed school.  And he
13   called me and told me, I got into Central.  He was like,
14   I don't know how I got in it.  I didn't sign no list.  I
15   said, Are you on the waiting list?  He said, No.  My dad
16   went up there and talked to them and I got in.  That's
17   all he told me.
18        And Demond, he got his letter and told me he got
19   in.  They both knew I was waiting on a letter to get in.
20   They called me trying to see did I get in yet.
21   Q.   Does Demond live in Mabelvale?
22   A.   Yes, sir, right by McClellan High School.
23   Q.   Okay.
24   A.   And Stervin actually lives right by Fair.
25   Q.   How long did you play football at Central?

Page 28

1    A.   For a year when I was in my 11th grade year.
2    Q.   Okay.  Why did you not go back your 12th grade
3    year?
4    A.   Because I had a job.  I had got me a job.  And my
5    coach got angry about it.  And he told me, If you're
6    going to have a job, you can't play football.  And he
7    made me choose between the job and football, and I chose
8    the job.
9    Q.   Was your job conflicting with practice or anything
10   like that?
11   A.   No, sir.  And I told him that.
12   Q.   What was your job?
13   A.   I worked at Subway, the Stagecoach location.  It
14   was Subway at the Stagecoach location.
15   Q.   Do you still work there?
16   A.   No, sir.
17   Q.   What kind of hours did you work at Subway during
18   your --
19   A.   They had me working two days during the week, two
20   or three, and then they had me working most of my hours
21   on the weekend.
22   Q.   What were your hours during the week?
23   A.   5:00 to 9:00.
24   Q.   What about students you knew at Fair who are now
25   at Central, some of your friends?

7 (Pages 25 to 28)

Dezury Ashford 4/22/2017          Lakesha Does v. Michael Poore

**Page 29**

1  A.  Well, I have a friend, his name is Davion.  He
2  went to Fair in the 9th grade and 10th grade.  He
3  left too and came to Central.  I don't know how.  I
4  believe he said he was on the list.  He got in before me
5  too.  He got in before I did.  And he went to Fair in
6  the 10th grade, and left and went to Central.
7  Q.  And what's his race?
8  A.  He's African-American too.
9  Q.  Any other friends you knew at Fair who are now at
10 Central?
11 A.  I have a friend named Steve Smith.  I played
12 football with him.  He's actually a grade younger than
13 me.  And he got into Central too.  He just came this
14 year.  And he went to Fair.
15 Q.  Is he African-American or Caucasian?
16 A.  He's African-American too.
17 Q.  Do you remember a time at Fair when you were about
18 to be suspended for tardies?
19 A.  Yes, sir.
20 Q.  What year was that?
21 A.  I believe it was my 10th grade year.
22 Q.  What happened?
23 A.  I really don't know.  When I went in the office
24 they told me I was tardy, and they tried to suspend me
25 for it.  And it turned out I wasn't really tardy as many

**Page 30**

1  times as they said I was.  And my mom appealed it, I
2  guess.  I don't really remember.  They tried to
3  basically suspend me.  They didn't have no reason to
4  suspend me, and they still tried to anyway.
5  Q.  Do you remember how many tardies they said you
6  had?
7  A.  No, sir.
8  Q.  Do you remember how many you actually had?
9  A.  I knew I was tardy about probably twice.  I think
10 it was three or four you got suspended.  I know I didn't
11 get three or four, it was probably twice.
12 Q.  So you ended up not missing any time from school
13 because of that, right?
14 A.  No, sir, I don't believe.  I think I missed a day.
15 It was one day, yes, sir.  I got suspended for one day.
16 Q.  All right.  Another thing I talked about with your
17 mother is that she said there's something in the
18 complaint about white students were given priority
19 enrollment at certain schools.  And she said there were
20 kids in Otter Creek.  And my son knows the kids by name.
21 I don't?
22 A.  Yes, sir.  She's probably talking about my friend
23 Conner.
24 Q.  Who is Conner?
25 A.  Conner, I went to school with me.  He went to

**Page 31**

1  Mabelvale.  He actually lives like another street away
2  from us.  And in the 8th grade he went to Parkview.  And
3  I probably enrolled earlier than him.  And he got into
4  Parkview like right off the bat.  And we lived like a
5  street away.
6  Q.  What's his last name?
7  A.  Funderberg, I think.
8  Q.  Do you know when Conner Funderberg applied to
9  Parkview or if he did?
10 A.  If he did, it was not before me.  I told him that
11 I applied for Parkview and Central.  And he wasn't even
12 thinking about it when I told him.  So either he applied
13 after I told him, or he probably didn't apply at all, he
14 just got into Parkview.  He just went to Parkview.
15 Q.  Which program were you interested in at Parkview?
16 A.  Science.  I couldn't draw.  I'm not an artist type
17 of man.  I can't draw.  I don't play an instrument.  So
18 I was probably going to have to go for the science part.
19 Q.  Do you know which ones you applied for?
20 A.  She told me she applied me for all of them, I
21 believe.
22 Q.  Is there any other kid that you know that got
23 priority enrollment, a white kid, to any Little Rock
24 School?
25 A.  Yes, my neighbor.  Her name was Anna.  She's in

**Page 32**

1  the same grade as us too.  And she went to Fair with me
2  too.  She went to Fair with me.  She got in and she left
3  Fair and got into Parkview, I believe, before I did too.
4  When she started going to Fair, she used to ride the bus
5  with us and everything.  And she stopped going.  And I
6  asked her, What school you go to now?  She said,
7  Parkview.  I said, I've been waiting for a long time to
8  get into Parkview.  How did you get in there?  She said,
9  I don't know.  I just registered and I got in.
10 Q.  Do you know Anna's last name?
11 A.  No, sir, I do not.
12 Q.  And did you say that she lives about a block from
13 you?
14 A.  No.  She actually lives like our house is right
15 here, and she lives like right there.
16 Q.  So within a few houses from you?
17 A.  Yes, sir.
18 Q.  Okay.  And how long was she at Fair before she
19 went to Parkview?
20 A.  Probably it was in the 10th grade.  She went
21 there in 10th grade like at the beginning of the year,
22 and she stopped coming.  And she used to ride the bus
23 with us.
24 Q.  And she's white?
25 A.  Yes, sir, Caucasian.

8 (Pages 29 to 32)

Page 33

1   Q.   Anybody else besides Anna and Conner?
2   A.   No, sir.
3   Q.   Do you recall a situation where you and your
4   mother pointed out or had a question about your grade in
5   Spanish class?
6   A.   Yes, sir.
7   Q.   Tell me about that?
8   A.   It was at Fair.  And I was taking Spanish I.  She
9   basically tried to say I didn't do my work.  And I knew
10   that I did it.  And she gave me like a D for it.  It was
11   a D.  She gave me a D for the class as the final grade.
12   And I told my mom and everything.  My mom contact her.
13   And I guess she talked to her and everything.  And the
14   teacher swore I didn't do the work.  So when the
15   principal got involved, she went back and started
16   looking for it, and she found it.  And when she found
17   it, it was like I told her, I did my work.  And she
18   ended up giving me the grade for it.  Later on after the
19   report cards went out and everything, she ended up going
20   back and giving me a grade for it.
21       But if it wasn't for me not telling my mom, and my
22   mom not contacting anybody, she probably wouldn't have
23   went back, and I would have had a D.
24   Q.   And what was your Spanish teacher's name?
25   A.   Ms. McGee.

Page 34

1   Q.   And what is her race?
2   A.   She's Caucasian.
3   Q.   Okay.  And did she make any announcement to the
4   class about you and your grade?
5   A.   Yes, sir.  I don't remember it.  I remember it,
6   but it's not like in my head right now.  It was in the
7   10th grade.  She made an announcement.  I think that's
8   what made me tell my mom about it.  Because she made the
9   announcement like she was trying to put me on the spot
10   in front of the whole class, and that's what made we
11   tell my mom.
12   Q.   Did that cause you any problems?
13   A.   Well, it kind of made me mad.  I wasn't just going
14   to disrespect the teacher and get in trouble for it.  I
15   just told my parent.
16   Q.   Other than this suspension issue with the tardies,
17   did you have any disciplinary problems at Fair?
18   A.   No, sir, not that I can think of.
19   Q.   Have you had any disciplinary problems at Central?
20   A.   No, sir.
21   Q.   Never been to the principal's office or anything
22   like that?
23   A.   No, sir.
24   Q.   I think you said, other than Mr. Kirkendall, your
25   teachers at Fair seem to care about the students they

Page 35

1   taught; is that correct?
2   A.   The ones I had.  The ones I had.
3   Q.   Okay.
4   A.   I can't speak to all the other teachers there.  I
5   know some teachers there, they didn't care about the
6   kids a lot, but certain ones I had did.
7   Q.   So was there a difference between the teachers at
8   Fair and the teachers at Central?
9   A.   Not really.  Well, yes, it's a difference.
10   Because like in my 12th grade year, the teachers I
11   have now are actually trying to help us graduate.
12   They're doing everything they can in their power to help
13   us graduate.  If we need help, they'll help us.  And at
14   Fair, they wasn't doing that at Fair.  It's like they
15   want you to fail at Fair.
16   Q.   It sounds like Mr. Kirkendall did.  Did anybody
17   else?
18   A.   There was kids that was talking about other
19   teachers.  I can't speak for the teachers because I
20   never had them.
21   Q.   Okay.
22   A.   But it was other teachers there that kids talked
23   about that.
24   Q.   But your own experience was not that way, right,
25   you had teachers that did not want you to fail, other

Page 36

1   than Mr. Kirkendall?
2   A.   Most of them, yes.
3   Q.   What do you plan to do when you graduate?
4   A.   I was planning on going to college.  I planned on
5   going to college.  With my grades and stuff, I can't
6   probably get into any colleges right now.  But I planned
7   on it.  That was my plan.
8   Q.   Have you applied to any colleges?
9   A.   Yes, sir.
10   Q.   Which ones?
11   A.   Henderson, Ozark, University of Ozark, SAU.
12   That's really it right now.
13   Q.   Okay.  And who is the baby in the room; is that a
14   relative of yours?
15   A.   That's my little brother.
16   Q.   Is that Yisreal?
17   A.   Yes, sir.
18   Q.   And you have two other brothers?
19   A.   Yes, sir.
20   Q.   And DeAndray?
21   A.   And Kevon.
22   Q.   So during your time at the Little Rock School
23   District, do you feel like someone discriminated against
24   you because of your race?
25   A.   I feel like, as a black kid coming up in this

9 (Pages 33 to 36)

Page 37

1  district, it was hard.  And to this day I see how it is
2  for Caucasian kids, and I see how it is for the black
3  kids.  Now, teachers stereotype us as being probably --
4  and this happened to me last year when I came to
5  Central.  They stereotype us just because we're black.
6      Like going to the AP classes, because I'm black I
7  can't come in there and do what the other kids around me
8  that are Caucasian and Asian and Indian are doing.  They
9  think just because I'm black I can't stay with the
10  ability to do it.  And they'll call on you on purpose
11  just to see if you going to know the answer.  And when
12  you know the answer, it's shocking to them.  It's like
13  how does he know that.  It's like I haven't been in the
14  class the whole year learning, just like the other kids
15  have.
16      So from my personal view, the Little Rock School
17  District has a lot to fix still.  The way it sends kids
18  and stereotype them and puts them in schools.  Some kids
19  like me, I have been an A and B honor roll student
20  probably until the 8th grade.  And when I got in the 9th
21  grade my whole perspective of school changed when I went
22  to Fair.  I never expected school to be this way.  They
23  had drug dealing and gangs and fights.  And I never
24  thought school would still be like that.  I knew it was
25  like that in the nineties, but not still to this day.

Page 38

1      So being a black kid at the school they want you
2  to go to is hard.  And so being a black kid going to the
3  school they don't want you to go to is probably even
4  harder.  You probably not -- especially if you're an AP
5  black student taking AP classes, it's probably going to
6  be way harder.  I'm not saying it's still racial, but it
7  still is, because if you're a black kid in a class with
8  all Caucasians and Indians, who are you going to talk to
9  in there.  We don't keep up with the same -- some kids
10  don't keep up with the same style.  You know what I'm
11  saying.  When I was in AP there with the Caucasians,
12  they had their own clicks.  I didn't have anybody in
13  there to study with or be friends with, because they had
14  their own clicks.
15      So it's a lot to still be changed in the Little
16  Rock School District.  And honestly, if I would have
17  went to Parkview or Central in the 9th grade, I believe
18  my grades would be way better than what they was now.  I
19  believe my grades would be way better than what they are
20  now.
21  Q.   And why do you say that?
22  A.   Because I probably would have went to a school
23  that was better than the school I went to and got taught
24  way more than what I got taught at Fair.
25  Q.   And you don't have any AP classes this year,

Page 39

1  right?
2  A.   No, sir.
3  Q.   And how many did you have last year?
4  A.   One.
5  Q.   And so when you say, it's tough being a black kid
6  in an AP class, is that the one you're talking about?
7  A.   Yeah, that one.  On that one I had AP U.S.
8  History.  And because I was the only black kid in there,
9  they probably thought I was just dumb, and that I didn't
10  know the same amount of knowledge that they did.  Even
11  the teacher, he'll call on me just to see if I knew the
12  answer.
13  Q.   Isn't that why they call on anybody?
14  A.   He didn't call on the white kids.  Because he knew
15  they knew the answer.  He called on me because he didn't
16  think I knew the answer.
17  Q.   I've heard complaints before about black kids in
18  white classes saying they were invisible and the teacher
19  would never call on them.  It sounds like you didn't
20  have that problem?
21  A.   He always called on me.
22  Q.   Who is the teacher?
23  A.   Chuck West, Central High School.
24  Q.   And what's his race?
25  A.   He's Caucasian.

Page 40

1  Q.   So is that the only class in which you had that
2  experience?
3  A.   The rest of my regular classes had black kids in
4  there.  I didn't have no problem with that.
5  Q.   And your problem and the thing you thought was
6  stereotyping you was the fact that you got called on,
7  and you thought the teacher was surprised when you knew
8  the answer?
9  A.   Not only that.  It's like a white kid being in a
10  class with all black kids.  And we're talking about
11  Black History.  And if you're in a class with all black
12  kids talking about Black History, and the teacher is
13  black, but she called on the white kid for most of the
14  time.  And the kids in the class are black.  And the
15  white kid can't talk to the black kids because the white
16  kid thinks the black kids is stupid.  It's just crazy,
17  I'm not saying the way Central is, but the AP, I'm not
18  saying it's Central's fault for not having black kids in
19  AP, because most black kids don't want to be in AP.
20  It's hard for a black kid to be in AP.  That's what I'm
21  saying.  The racial part about that was the teacher and
22  just being in that environment.  You know what I'm
23  saying.
24  Q.   So other than that AP History class at Central, do
25  you feel like there are -- have you got any other racial

10  (Pages 37 to 40)

Dezury Ashford 4/22/2017          Lakesha Does v. Michael Poore

Page 41

1  treatment that --
2  A.  Yeah.  They sent me to Fair.  I'm pretty sure if I
3  was white I wouldn't have went to Fair in the first
4  place, I would have been at Parkview or Central.  That's
5  the way I feel.
6  Q.  You're in the Fair attendance zone?
7  A.  Yes, sir.  Well, not -- Otter Creek is next to
8  Parkview, Fair, Bryant.  I could have went to a lot of
9  schools.
10  Q.  Do you know whether or not there are attendance
11  zones for the Little Rock High Schools so certain
12  addresses are --
13  A.  Yes, sir.  I was Parkview and Fair, but on the map
14  it says Fair.
15  Q.  Okay.  Anything else besides your history class,
16  and the fact that you thought if you were white you
17  might have been assigned to Parkview?
18  A.  No, that's really it.
19        MR. HELLER:  That's all I have.
20              EXAMINATION
21  BY MR. HOLLINGSWORTH:
22  Q.  I've got a couple of questions.  Dezury, my name
23  is Patrick Hollingsworth.  I'm another lawyer.  What's
24  your middle name?
25  A.  Trwyane, T-R-W-Y-A-N-E.

Page 42

1  Q.  Have you ever had a class in the Little Rock
2  School District where you didn't have a teacher at all?
3  A.  You're talking about the teacher just didn't show
4  up?
5  Q.  Yes, sir.
6  A.  Yes, sir.
7  Q.  Has that ever happened -- did you ever have a
8  class where that went on for more than one day at a
9  time?
10  A.  No, sir.  I think my brother has.
11  Q.  Okay.  Did you ever have a class where for nine
12  weeks your teacher didn't show up?
13  A.  No.
14  Q.  All right.  What do the initials TBH stand for?
15  A.  To be honest.
16  Q.  Sorry.  I'm not very modern.  Do you have a
17  Facebook page?
18  A.  Yes, sir.  But I don't get on there anymore.
19  Q.  Okay.  According to your Facebook page, you
20  studied at the University of Texas at Austin.  Can you
21  tell us about that?
22  A.  Well, I had dreams of playing football.  That go
23  back to playing football.
24  Q.  So that's where you wanted to go to college?
25  A.  That's where I wanted to go to college and play

Page 43

1  football.
2  Q.  I understand.
3        MR. HOLLINGSWORTH:  I don't have any
4        other questions.
5              EXAMINATION
6  BY MR. WALKER:
7  Q.  Was there a class where for nine weeks at Parkview
8  where you did not have a teacher, a regular teacher?
9        MR. HELLER:  Object to form.  He didn't
10        go to Parkview.
11  A.  I think that was my brother.  I believe that was
12  my brother, not me.  That was my brother.  That is my
13  brother.  And that is true, my brother was in Parkview.
14  And he didn't have a teacher for nine weeks, yes, sir,
15  that's true.
16  Q.  Were you at Parkview at the same time?
17  A.  No, sir.  I never attended Parkview.
18  Q.  I see.  And where are you this year, Central?
19  A.  Yes, sir.
20  Q.  You have regular courses at Central?
21  A.  Yes, sir.
22  Q.  Are most of the students in those classes black?
23  A.  Yes, sir.
24  Q.  Are you in credit recovery?
25  A.  No, sir.

Page 44

1  Q.  You were in credit recovery?
2  A.  Yes, sir.
3  Q.  What was the race of all the students in credit
4  recovery?
5  A.  Black.
6  Q.  What was the dominant race of students in the AP
7  course you took?
8  A.  White.
9  Q.  Were there Asians there too?
10  A.  One or two probably.
11  Q.  How many other blacks were in that class at first?
12  A.  None.
13  Q.  You were the only one?
14  A.  Yes, sir.
15  Q.  Did you have more than one AP class at Central?
16  A.  No, sir.
17  Q.  Did the counselor advise you to get out of the
18  class?
19  A.  Yes, sir.
20  Q.  What did she say when she asked -- when she
21  informed you or advised you to get out of the class?
22  A.  She told me -- she was like she told me it would
23  probably be best if I didn't take the class, because I
24  probably wouldn't stay in there.
25  Q.  Do you know whether other black children were

11 (Pages 41 to 44)

Dezury Ashford  4/22/2017                    Lakesha Does  v.  Michael  Poore

### Page 45

1  counseled not to stay in classes and get out?
2  A.  Yes, sir.
3  Q.  Could you tell Mr. Heller and his co-counsel or
4  the State's counsel, Mr. Hollingsworth, the names of
5  some of those students?
6  A.  Jay Braswell, Samilia Banks, she was supposed to
7  come to my class in AP U.S. History.  And she's supposed
8  to come to my class.  And she had AP in another class,
9  and the counselor wouldn't let her come in there.  And
10  she ended up dropping the class and going to regular
11  history, U.S. History.
12  Q.  Were you informed of the reason the counselor
13  advised her to drop the class?
14  A.  She told -- Samilia told me that the counselor
15  told her to drop it because she probably won't stay in
16  the class.  And she probably didn't want to be in the
17  class.  And the class probably going to be too hard for
18  her.  And she was already in the class.  So when she was
19  in there, I guess she took the counselor's word for it
20  and dropped out.
21  Q.  What is your grade point average?
22  A.  Cumulative?
23  Q.  Yes.
24  A.  2.3.
25  Q.  And when you left Fair what was it?

### Page 46

1  A.  1.9 probably, 1.8 or 1.9.
2  Q.  Did you get -- did you get credit for being in the
3  credit recovery course?
4  A.  Yes, sir, you do.
5  Q.  Did you have a teacher in the credit recovery
6  courses?
7  A.  Yes, sir.  At Fair or Central?
8  Q.  At Fair.
9  A.  I took it in summer school.
10  Q.  You did?
11  A.  Yes, sir.
12  Q.  Did you have to pay for summer school?
13  A.  No, sir.
14  Q.  Why didn't you have to pay?
15  A.  I believe you only have to pay for it if you went
16  to summer school more than once.  If you went more than
17  once -- I forgot the way you have to pay for it.  I know
18  I didn't have to pay for it.
19  Q.  Were you ever in any class at either one of the
20  schools where you were put basically in a room and given
21  a computer, and told you can work on your own?
22  A.  Yes, sir.
23  Q.  How many times did that happen?
24  A.  While I was in summer school.
25  Q.  So when you went to summer school did you have an

### Page 47

1  assigned teacher?
2  A.  Yes, sir.
3  Q.  Did the teacher actually teach?
4  A.  No, sir.
5  Q.  Describe to Mr. Heller how those summer school
6  classes were conducted?
7  A.  You come in there and get on the computer and log
8  in and do your work.
9  Q.  Did you do anything you wanted to with the
10  computer?
11  A.  Yes, sir.
12  Q.  Did anybody check your work?
13  A.  No, sir.
14  Q.  How were you given a grade?
15  A.  The percentage.  You get a grade based on the
16  percentage of your work you get done.  Like me, I got
17  done with the whole course in geometry, and my
18  percentage was a 60 something.  And I got 100 percent
19  done with it.  And they gave me a D for the course.
20  Q.  Did anybody help you to try to overcome that D or
21  do better than a D?
22  A.  No, sir.
23  Q.  Was anybody available to help you with your work
24  along the way, when you were in this course with the
25  computer?

### Page 48

1  A.  At Fair it wasn't.  At Central it was.
2  Q.  Would you tell me the difference at Fair and then
3  the difference at Central in terms of the credit
4  recovery?
5  A.  At Central you have two people in the room, and
6  sometimes you have three.  You have the instructor, you
7  have the instructor that have a helper, and then you
8  have a math instructor and an English instructor, and
9  then you have the helper instructor.  So at Central it's
10  three people in the room that can help you.
11      At Fair it's one teacher in the room watching a
12  bunch of kids on the computer.
13  Q.  Were there more kids in the class at Central than
14  at Fair?
15  A.  Yes, sir.
16  Q.  How many credit recovery courses have you had?
17  A.  I had two.
18  Q.  Were both of them virtually all black?
19  A.  Yes, sir.
20  Q.  Were there a number of all black classes at
21  Central High School?
22  A.  Yes, sir.
23  Q.  Were there a number of virtually all white and
24  Asian classes at Central High School?
25  A.  Yes, sir.

12 (Pages 45 to 48)

Page 49

1  Q.  Where were the white and Asian classes located in
2  the building?
3  A.  Most of them, the AP classes were on the third, I
4  believe the third and fourth floor, not the third, but
5  second and third floor.  And the regular classes is
6  usually outside on the first floor.
7  Q.  What do you mean, outside, what do you mean?
8  A.  In the trailers and the portables.
9  Q.  So the regular classes were mostly black?
10  A.  Yes, sir.
11  Q.  And the students in those classes, were they
12  mostly black?
13  A.  Yes, sir.
14  Q.  To your knowledge, were there some AP classes in
15  the portables and trailers?
16  A.  I don't think so.  I didn't see any.  Basically
17  the AP kids and basically most of the Caucasian kids
18  stay on a certain floor.  The regular classes, you're
19  going to see the African-Americans and stuff outside
20  walking to the portables on the first floor around
21  there.  The AP kids, you see them on the second and
22  third floor.  When you go up there you're going to see
23  them going to class.  So that's basically the difference
24  between AP and regular school.
25  Q.  Are you there at Central now?

Page 50

1  A.  Yes, sir.
2  Q.  Were you aware of the school election that they
3  just had for president of the student body?
4  A.  No.
5  Q.  Did you know the black girl that ran for president
6  of student body and won?
7  A.  No.
8  Q.  You were not aware of that?
9  A.  No, sir.
10  Q.  Did you have an opportunity to vote for class
11  president or student body president?
12  A.  I did in the 11th grade, but not this year because
13  I'm a senior.
14  Q.  Are you a senior?
15  A.  Yes, sir.
16  Q.  Do seniors get to vote for the student body
17  president for the next year?
18  A.  I don't think so.  I think you can, but I don't
19  believe that they do.  They let everybody vote because
20  you got your registration and number.  You got to put
21  your number in the computer and vote.  I don't believe
22  that the seniors do vote.  I believe you can.  Some of
23  them probably did because they know the junior and
24  someone probably voted for them.  I don't believe that
25  the seniors do vote.

Page 51

1  Q.  Are you a football player?
2  A.  Yes, sir.
3  Q.  Do they have special rules for the football
4  players, in other words, do football players have to
5  actually go to class?
6  A.  I know you did, because your mom made you, but
7  were --
8      MR. HELLER:  Object to form.
9  Q.  -- were a lot of them in credit recovery?
10  A.  Yes, sir, most of them was.
11  Q.  Were some of them in special education?
12  A.  I don't believe so.  I don't believe so.
13  Q.  Were most of the football players
14  African-American?
15  A.  Yes, sir.
16  Q.  And the coach was white?
17  A.  Yes, sir.
18  Q.  Did you make many of these complaints to your
19  mother that you have shared today?
20  A.  Yes, sir.
21  Q.  And did she act on them, as far as you knew, in
22  talking to the administration?
23  A.  Yes, sir.
24  Q.  Was she often calling the school and doing things
25  to try to secure your rights at the school?

Page 52

1      MR. HELLER:  Object to form.
2  A.  Yes, sir.
3  Q.  Do you think that you have the future you would
4  have had, had you been treated fairly and
5  non-discriminatorily?
6      MR. HELLER:  Object to form.
7  Q.  Do you think your future is worse because you're
8  black than if you would have had the same future as a
9  white person, going to the same schools?
10  A.  Yeah.
11  Q.  Is it worse or better?
12  A.  Worse.
13  Q.  Would you explain to Mr. Heller and Mr.
14  Hollingsworth why it's worse?
15  A.  Because white kids have better opportunities.
16  Q.  What happened at Central and the other schools
17  that you mentioned that caused them to have more
18  opportunities than the black kids?
19  A.  I don't know.
20  Q.  Are all black classes conducive to the notion that
21  you're as worthy as the white children, who are mixed
22  classes on the second and third floor?
23      MR. HELLER:  Object to form.
24  Q.  Did the school sort of tell you that you were not
25  as good as the white kids, in one way or another,

13 (Pages 49 to 52)

## Page 53

1  without saying the words?
2  A.  I mean, it is different in classes.  It is
3  different.
4  Q.  How is it different in classes?
5  A.  Because regular classes -- well, some of them, I
6  won't speak on all of them, the kids -- we get to do
7  what we want to.  They don't really care what the kids
8  do.
9     And in AP they cared.  And you can't just do what
10  you want to.  And I realized that the teacher will tell
11  you in the AP class, like you can't just come in this
12  class and disrupt it and have outbursts and do all that,
13  like as you can regular class.  And they'll let you know
14  that from the beginning, you're just not going to do
15  that.  So it's different.
16  Q.  Do AP kids get suspended and sent home for long
17  periods of time?
18          MR. HELLER:  Object to form.
19  Q.  To your knowledge and observation?
20  A.  No, sir, they don't.
21  Q.  The kids who get suspended are who, and put out of
22  school for long periods of time or even short periods of
23  time, in your observation?
24  A.  The black kid are the regular kids.
25  Q.  I see.  Have you ever thought about that being a

## Page 54

1  discriminatory factor?
2  A.  No.
3  Q.  When fights happen do they suspend everybody, if
4  black kids are involved, do they suspend the person who
5  started the fight and the one who was the victim as
6  well?
7  A.  Yes, sir.
8  Q.  Is that one way of putting black kids out of
9  school?
10          MR. HELLER:  Object to form.
11  A.  Yes, sir.
12  Q.  Have you ever thought about that before?
13  A.  No, sir.
14  Q.  You're thinking about it now?
15  A.  Yes, sir.
16  Q.  What is your reaction now that you're thinking
17  about it, to the evidence that exists at Central and
18  also in other places you've been in Little Rock --
19          MR. HOLLINGSWORTH:  Object to form.
20  Q.  -- in the Little Rock Schools?
21  A.  It's crazy.
22  Q.  Sir?
23  A.  It's like it's hard for black kids.  It's hard for
24  black kids.  It's hard.
25  Q.  Is there anything or anybody at Central who

## Page 55

1  promotes white and black kids getting together and
2  participating in things together?
3  A.  No, sir.
4  Q.  Do you know Ms. Russo?
5  A.  Yes, sir.
6  Q.  Has she ever conversed with you about any subject?
7  A.  Yes, sir.  I talk to her every day.
8  Q.  What does she say to you about your future?
9  A.  Ms. Russo treat me like her own.  I'll give her
10  that.  I see Ms. Russo every day, and she give me a hug,
11  sometimes she gives me a kiss on the cheek.
12  Q.  I see.  Does she do that to all the kids?
13  A.  No, sir.
14  Q.  Does she treat you like she treats the white kids
15  in that respect?
16  A.  It really depends who you are.
17  Q.  What do you mean by that?
18  A.  Because if she don't think -- if you talk to her
19  every day, and she knows you, she going to treat you
20  like that with respect, either way it goes.  So it
21  really depends if she know you as a person.  She don't
22  see no color.
23  Q.  Where you're concerned?
24  A.  Where I'm concerned, yes, sir.
25  Q.  Would you say that if you knew that she was the

## Page 56

1  one responsible for putting the white kids mostly in AP
2  and the black kids in regular classes?
3          MR. HELLER:  Object to form.
4          MR. HOLLINGSWORTH:  Object to the form.
5  Q.  Or had you thought about it?
6  A.  I ain't never thought about that.
7  Q.  Would you say the same thing if she was the one
8  responsible for putting kids out of school?
9          MR. HELLER:  Object to form.
10  Q.  You hadn't thought about that either?
11  A.  No, sir.
12  Q.  Are you familiar with the history that most
13  systems where you have discrimination, there's some
14  favorite black people, people who get favor?
15  A.  Yes, sir.
16  Q.  Would you say you've been one of the favored
17  blacks at Central with Ms. Russo?
18  A.  Yes.
19  Q.  You think that, right?
20  A.  Yes, sir.
21          MR. WALKER:  All right.  Thank you.
22          RE-EXAMINATION
23  BY MR. HELLER:
24  Q.  Dezury, how do you know whether or not a white kid
25  at Central gets suspended?

Dezury Ashford 4/22/2017          Lakesha Does v. Michael Poore

Page 57

1   A.   Well, you're going to hear about it.  I know
2   multiple kids, I heard multiple Caucasian kids that does
3   the same stuff as the African-American kids does, except
4   they're better at it.  African-American kids bring drugs
5   into school, where the Caucasian kids bring alcohol.
6   But they do it better.  Like they put it in their water
7   bottles.  And the teachers knows about it too.  They put
8   it in water bottles and they drink on it.
9        So it's multiple things that white kids do and get
10  away with it.  Like talking back to a teacher.  If a
11  black kid was to talk back to a teacher -- a white kid
12  can talk back to a teacher, cuss her out and scream at
13  her, and the teacher won't do anything but just sit
14  there.
15       Now, if a black kid was to get up and talk back to
16  a teacher, he gets suspended.  Just yesterday my friend
17  got suspended yesterday for telling a teacher, he said
18  Damn you didn't have to have an attitude.  And he's
19  suspended.
20  Q.   So what white kid cussed out a teacher and did not
21  get suspended?
22  A.   It was the class next door from us.  We heard it.
23  It was a big outburst.  And I don't know the kid, the
24  white kid.  But we seen it and we heard it with our own
25  eyes from the classroom.

Page 58

1   Q.   What did you hear?
2   A.   A loud outburst of cussing and screaming.  And the
3   next thing you know, a security guard came.  He was a
4   white boy.  He was going off on the teacher.  So they
5   was carrying him to the principal's office.  And the
6   next day he came back to school, like nothing happened.
7   Q.   What class was this kid in?
8   A.   I was in B-2.  I don't know what class it was.  It
9   wasn't no special class or anything.  It was probably --
10  I don't know what class it was.  The security guard came
11  and took him.  And the next time I came to school I saw
12  him.
13  Q.   And when was this?
14  A.   This was like probably in November or December.
15  Q.   And who was the teacher of that class?
16  A.   I have no idea.
17  Q.   What does the teacher look like?
18  A.   She's white.  And she's kind of heavyset and
19  short.
20  Q.   And what class were you in for B-2?
21  A.   Ms. White.
22  Q.   What part of the building, what class number?
23  A.   It was two something.  It was Ms. White though.
24  Q.   So are you saying there are not biracial student
25  organizations at Central?

Page 59

1   A.   Not that I know of.
2   Q.   Really?
3   A.   Not that I know of.  I think the Gentlemen's Club,
4   most of them are black.  I believe most of them are
5   black.  Not that I know of.  Probably like the Drama
6   Club or something probably.
7   Q.   How many clubs are there at Central that you know
8   about?
9   A.   I know about the Gentlemen's Club, NAACP and
10  that's really it.
11       MR. HELLER:  That's all I have.
12          RE-EXAMINATION
13  BY MR. HOLLINGSWORTH:
14  Q.   A couple more question, Dezury.  When is
15  graduation?
16  A.   May 25th.
17  Q.   And what's your last day of school?
18  A.   It depends, it depends on if you have to take your
19  semester exam or not.  I think for seniors I think it's
20  May 17th.
21  Q.   Is there anything that might stop you from
22  graduating?
23  A.   No, sir.
24  Q.   Okay.  I want to be clear on why you were
25  discouraged from taking AP classes at Central.

Page 60

1   A.   You mean this year?
2   Q.   No, your 11th grade year.
3   A.   I took AP classes my 11th grade year.
4   Q.   You took one, right?
5   A.   Yes, sir.
6   Q.   And then this last year, is that when you say you
7   were discouraged from taking AP classes?
8   A.   No, I was never discouraged.  The reason I only
9   took one AP class is because I tried to take AP English,
10  but it was a book that had to be read for me to get in
11  there during the summer.  And I didn't read it.
12       MR. HOLLINGSWORTH:  Thank you.
13          RE-EXAMINATION
14  BY MR. WALKER:
15  Q.   Did you say earlier that the teacher counseled you
16  when you went to Central not to take a particular AP
17  course?
18  A.   Yes, sir.  She recommended me not to take AP,
19  because she said most of the kids that take AP, they
20  don't stay in there.
21  Q.   Did you take it?
22  A.   Yes, sir.
23  Q.   Even though she told you not to take it?
24  A.   Yes, sir.
25  Q.   Did you pass it?

15 (Pages 57 to 60)

Dezury Ashford 4/22/2017          Lakesha Does v. Michael Poore

Page 61

1   A.   Yes, sir.
2   Q.   Now, has a counselor helped you try to execute any
3   applications for college, or to try to get scholarships
4   for college?
5   A.   No, sir.  But that's my fault because I haven't
6   went to go talk to her.  Well, I have talked to her.
7   Q.   She hasn't called you in to try to help you with
8   any college applications?
9   A.   No, sir.
10  Q.   Has anybody in administration of the school
11  suggested that you were college material?
12  A.   No, sir.
13  Q.   Has anybody told you that you were smart?
14  A.   A couple of teachers have.
15  Q.   But nobody in administration or the counselors?
16  A.   No, sir.
17  Q.   Has anybody suggested that they would help you
18  with a football scholarship?
19  A.   No, sir.
20  Q.   So if you leave Central, you'll be leaving on your
21  own?
22  A.   Yes.
23  Q.   With a low ranking class?
24  A.   Yes.
25  Q.   Without much of a future, unless you make sure or

Page 62

1   your mother makes sure that you have one?
2   A.   Yes, sir.
3   Q.   That's not the same situation for white kids in
4   AP, is it?
5   A.   No, sir.
6        MR. HELLER:  Object to form.
7        MR. WALKER:  All right.  Thank you.
8        (WHEREUPON, the deposition was concluded
9        at 2:06 p.m..)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 63

1              C E R T I F I C A T E
2   STATE OF ARKANSAS*
                       *  ss
3   COUNTY OF SALINE*
4        I, JEFF BENNETT, Certified Court Reporter, a
     Notary Public in and for the aforesaid county and state,
5   do hereby certify that the witness, DEZURY ASHFORD, was
     duly sworn by me prior to the taking of testimony as to
6   the truth of the matters attested to and contained
     therein; that the testimony of said witness was taken by
7   me in machine shorthand notes and was thereafter reduced
     to typewritten form by me or under my direction and
8   supervision; that the foregoing transcript is a true and
     accurate record of the testimony given to the best of my
9   understanding and ability.
10       In accordance with Rule 30(e) of the Rules of
     Civil Procedure, review of the transcript was not
11  requested by the deponent or any party thereto.
12       I FURTHER CERTIFY that I am neither counsel for,
     related to, nor employed by any of the parties to the
13  action in which this proceeding was taken; and, further,
     that I am not a relative or employee of any attorney or
14  counsel employed by the parties hereto, nor financially
     interested, or otherwise, in the outcome of this action;
15  and that I have no contract with the parties, attorneys,
     or persons with an interest in the action that affects
16  or has a substantial tendency to affect impartiality,
     that requires me to relinquish control of an original
17  deposition transcript or copies of the transcript before
     it is certified and delivered to the custodial attorney,
18  or that requires me to provide any service not made
     available to all parties to the action.
19
20       GIVEN UNDER MY HAND AND SEAL OF OFFICE on this
     23rd day of April, 2017.
21
22       Jeff Bennett, CCR, LS No. 19, Notary
          Public in and for Saline County, Arkansas
23
     My Commission expires November 29, 2020.
24
25

Page 64

1   REPORTER'S CERTIFICATION OF CERTIFIED COPY
2
3        I, JEFF BENNETT, LS No. 19, Certified Court
4   Reporter in the State of Arkansas, certify that the
5   foregoing pages 1 through 62 constitute a true and
6   correct copy of the original deposition of DEZURY
7   ASHAFORD taken on April 22, 2017.
8        I declare under penalty of perjury under the laws
9   of the State of Arkansas that the foregoing is true and
10  correct.
11       Dated this 23rd day of April, 2017.
12
13       _____
14       Jeff Bennett, CCR, LS No. 19, Notary
          Public in and for Saline County, Arkansas
15
16       My Commission expires November 29, 2020.
17
18
19
20
21
22
23
24
25

16  (Pages 61 to 64)

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**********************************
LAKESHA DOES, Et. Al.                    PLAINTIFFS
V.        Case No. 4:15-CV 623 DPM
MICHAEL POORE, Et. Al.                   DEFENDANTS
**********************************

ORAL DEPOSITION OF ESHAWN FISHER
TAKEN IN LITTLE ROCK, ARKANSAS
WEDNESDAY, APRIL 19, 2017
AT INSTANCE OF DEFENDANTS
**********

APPEARANCES
ON BEHALF OF THE PLAINTIFFS:
JOHN WALKER, ESQ.
John W. Walker, PA
1723 S. Broadway
Little Rock, AR  72206

ON BEHALF OF THE DEFENDANTS:

CHRISTOPHER HELLER, ESQ.
Friday Eldredge Clark
400 W. Capitol, Suite 2300
Little Rock, AR 72201
PATRICK HOLLINGSWORTH, ESQ.
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201


Also present:  Evelyn Fisher, Joy Springer

---

Page 2

CONTENTS


PAGE

APPEARANCES                              1

STIPULATIONS                             3

WITNESS SWORN                            4

EXAMINATION BY MR. HELLER                4

EXAMINATION BY MR. HOLLINGSWORTH        42

EXAMINATION BY MR. WALKER               44

COURT REPORTER'S CERTIFICATE            51

---

Page 3

STIPULATIONS

   The oral deposition of ESHAWN FISHER, produced, sworn and

examined in the offices of John W. Walker, P.A., 1723

Broadway, Little Rock, Arkansas, commencing at 1:15 p.m. on

Wednesday, April 19, 2017, in the captioned cause at the

instance of the counsel for the Defendants, said deposition

being taken according to the terms and provisions of the

Federal Rules of Civil Procedure.

   It is hereby stipulated and agreed by and between parties

that all forms and formalities in the filing of said

deposition are hereby waived by the parties, and that this

deposition shall be taken for use as permitted by the Federal

Rules of Civil Procedure.

---

Page 4

1    WHEREUPON,
2              ESHAWN FISHER
3    having been called to testify, was duly sworn and testified
4    as follows:
5              EXAMINATION
6    BY MR. HELLER:
7    Q.   Would you tell us your name, please?
8    A.   Yes sir, my name is Eshawn Fisher.
9    Q.   And where do you live, Eshawn?
10   A.   10525 Diamond Drive, right off Mabelvale Cut-off.
11   Q.   Who lives there with you?
12   A.   Me, and my sister -- I mean, not my sister.  Me, my
13   brother, and my son, and his girlfriend, and my -- and my
14   son's mother, and my mother.
15   Q.   What's your brother's name?
16   A.   Stephen Newborn [phonetic spelling].
17   Q.   How long have you lived at that address?
18   A.   It would be about two or three years.
19   Q.   Where did you live before that?
20   A.   I lived in the west side, on Twenty-Ninth.
21   Q.   How long did you live there?
22   A.   I lived there like a year and a half.
23   Q.   Did you live with the same people at that address, or
24   different?
25   A.   No, it was just me, my mom, and my brother.

EXHIBIT 9

Page 5

1    Q.   What about before that?
2    A.   It was just us three.
3    Q.   I mean, what about an address before Twenty-Ninth?
4    A.   Before we moved, we moved out here to the west side
5    only once, and then we moved back to southwest.  And that's
6    when I started going to McClellan.  So I could say Stardust
7    [phonetic spelling].
8    Q.   I'm going to ask you some more questions.  Then I want
9    to -- I want you to feel free, if you don't understand my
10   question, please ask me to rephrase or ask it a different
11   way, and I'll be happy to do that.  Okay?
12   A.   Yes sir.
13   Q.   And keep -- and if you don't mind, keep up saying yes
14   or no, or answering verbally, so that Ms. Branton can record
15   your answers.  Okay?
16   A.   Yes sir.
17   Q.   And if you need a break for any reason, just let me
18   know and we'll take a break -- okay?  Where do you go to
19   school?
20   A.   SIATech Charter High School.
21   Q.   Is that S-I-A?
22   A.   No sir.
23   Q.   How do you spell that?
24   A.   Oh you -- I thought you was asking about how to --
25   S-I-A-T-e-c-h.

Page 6

1    Q.   Okay.
2    A.   C-h-a-r-t-e-r.
3    Q.   We got that.  All right.  And how long have you been
4    going there?
5    A.   I been going there since last year.
6    Q.   What year of school are you in?
7    A.   In the tenth grade.
8    Q.   So did you go all of this year to SIATech?
9    A.   Yes sir.
10   Q.   Did you go all of last year to SIATech?
11   A.   No sir.
12   Q.   Where did you start the year?
13   A.   In the middle of the school year.
14   Q.   Where did you go to school at the beginning of the
15   school year?
16   A.   McClellan.
17   Q.   Did you stay at McClellan until the semester break, or
18   did you leave before that, or after that?
19   A.   After semester break.
20   Q.   Do you recall what  month it was?
21   A.   No sir.
22   Q.   Why did you leave McClellan?
23   A.   [inaudible}
24   Q.   I'm sorry -- what did you say?
25   A.   I was getting bullied at McClellan.

Page 7

1    Q.   Who was bullying you?
2    A.   Coach Green [phonetic spelling].
3    Q.   Anybody else?
4    A.   No sir.
5    Q.   Do you know Coach Green's first name?
6    A.   No sir.
7    Q.   Do you know what sports he coaches?
8    A.   P.E.
9    Q.   Does he coach any of the athletic teams at McClellan?
10   A.   He not really a coach; he just -- that's what we
11   supposed to call him -- Coach.
12   Q.   Where did you go to school before last year?
13   A.   I went to Henderson Middle School.  Last year I was
14   going to SIATech before I went to McClellan -- I mean, after
15   I went to McClellan.
16   Q.   So last year, were you in the ninth grade?
17   A.   Yes sir.
18   Q.   So before last year, you went to Henderson?
19   A.   Yes sir.
20   Q.   How many years were you at Henderson?
21   A.   Three.
22   Q.   Where did you go before that?
23   A.   Geyer Springs Elementary.
24   Q.   What years did you go there -- school years?  Did you
25   start in kindergarten?

Page 8

1    A.   Sixth -- I only went there a year, and they sent me to
2    Henderson.
3    Q.   Did you go to pre-K anywhere?
4    A.   Not up here.
5    Q.   Somewhere else?
6    A.   Yes sir.
7    Q.   Where was that?
8    A.   In Benton.  I went there -- Benton, for pre-K.
9    Q.   And where did you go to kindergarten?
10   A.   Then I started elementary up here.
11   Q.   So pre-K and kindergarten were in Benton?  Did you --
12   A.   My first --
13   Q.   Did you live --
14   A.   My first grade at elementary.
15   Q.   -- in Benton at the time?
16   A.   Yes sir.
17   Q.   So what was your first school year in LRSD?
18   A.   Mabelvale Elementary.
19   Q.   For second grade or first grade?
20   A.   Second and third.
21   Q.   Where did you go to fourth grade?
22   A.   Cloverdale.  Hold on.  I went to Cloverdale.
23   Q.   Where did you go to fifth grade?
24   A.   Geyer Springs Elementary.
25   Q.   So tell me if I've got this right.  You started in

Page 9

1  Benton, then you went to Mabelvale, then Cloverdale, then
2  Geyer Springs, then Henderson, and then McClellan, and then
3  SIATech?
4  A.  Yes sir.
5  Q.  Did you ever apply to go to any other schools, besides
6  the ones you went to?
7  A.  No sir.
8  Q.  Were you ever in any pre-AP or AP classes?
9  A.  [shakes head from side to side]
10  Q.  No?
11  A.  No sir.
12  Q.  Your complaint says that in the 2014/'15 school year,
13  you were in middle school, and were subjected to verbal and
14  physical abuse by a teacher.
15  A.  Yes sir.
16  Q.  What school did that happen at?
17  A.  Henderson.
18  Q.  Who was the teacher?
19  A.  Coach Davis.
20  Q.  Do you know his first name?
21  A.  Isaac Davis.
22  Q.  Was he a teacher, or a coach, or both?
23  A.  He was both.
24  Q.  What did he teach?
25  A.  He -- he like -- he really -- he was supposed to be

Page 10

1  both, but he really never taught us nothing.
2  Q.  Did he have a class that he was supposed to teach?
3  A.  Yes sir.
4  Q.  What was that?
5  A.  It was supposed to be math, science, English, and P.E.
6  Q.  Tell me about the physical and verbal abuse.
7  A.  At times like -- like if we get in trouble in the
8  classroom, or something, or one of the students get into an
9  altercation with one another, instead of him sending us to
10  the principal office, he'll make us -- he'll make us go to
11  the corner, and fight it out.
12      And he would just sit down and watch until -- then
13  he'll ask us if we tired yet.
14      And he used to put his hands on us.  All the teachers
15  used to block the doors so nobody can't run and go tell the
16  principals.
17  Q.  And where did this happen at Henderson?
18  A.  In the classrooms.
19  Q.  Which classroom?
20  A.  I think it was 812.
21  Q.  Was that Coach Davis' classroom?
22  A.  Yes sir.
23  Q.  What's Coach Davis' race?
24  A.  Black.
25  Q.  So how many times during the time you were at

Page 11

1  Henderson did Coach Davis make kids fight it out in the
2  corner?
3  A.  The whole school year.
4  Q.  So that -- something happened everyday or every week,
5  or how often?
6  A.  Whenever somebody get into it, or somebody just
7  getting in a small altercation.
8  Q.  So how many times during the year, approximately did
9  that happen?
10  A.  Everybody in the class -- it's about like 40 times.
11  Like everybody in the class done got into altercation with
12  one another.
13  Q.  And so that happened to you?
14  A.  Yes sir.
15  Q.  How many times?
16  A.  I done got to fighting at school around like 11 times.
17  Q.  And give me some names of students you had to -- that
18  Coach Davis made you fight it out with.
19  A.  I fight it out -- me and -- Keron Thomas [phonetic
20  spelling], Devante --
21  Q.  I'm sorry -- give me the first one again?
22  A.  Keron Thomas.
23  Q.  Do you know how to spell the first name?
24  A.  K-e-r-o-n.
25  Q.  And who is the other one?

Page 12

1  A.  Devante Baker.
2  Q.  Anybody else?
3  A.  Francisco, Demarcus.
4  Q.  Anybody else?
5  A.  No sir.
6  Q.  So Coach Davis made you fight these four students in
7  the classroom?
8  A.  Yes sir.
9  Q.  And the whole class was watching?
10  A.  Yes sir.
11  Q.  And you also watched the other students fight it out
12  in the classroom that year?
13  A.  Yes sir.
14  Q.  Maybe 30 times, that you weren't involved in?
15  A.  Yes sir.
16  Q.  Anybody ever get hurt?
17  A.  [nods head up and down]
18  Q.  Yes?
19  A.  We get busted nose.  And like I was like -- swollen
20  face, face and swollen eyes.
21  Q.  Anybody ever have to go to a doctor?
22  A.  No sir.
23      MR. WALKER:  Objection to the form of the question.
24  Q.  Were there ever any teachers in the classroom when
25  this was going on besides Coach Davis?

Page 13

1    A.    Yes sir.
2    Q.    Who were they?
3    A.    They was Coach Carter and the other coach was Mr.
4    Johnson.
5    Q.    So both Coach Carter and Mr. Johnson watched fights in
6    Mr. Davis' -- in Coach Davis' classroom?
7    A.    Yes sir.
8    Q.    And you mentioned that some teachers blocked the
9    doors.  Who were they?
10   A.    Coach Carter and Mr. Johnson.
11   Q.    Did you ever tell anybody else that this was going on?
12   A.    Yes sir.
13   Q.    Who did you tell?
14   A.    Mr. Williams.
15   Q.    Who is Mr. Williams?
16   A.    He the principal of the school.
17   Q.    And so we're talking about the 2014/'15 school year,
18   right?
19   A.    Yes sir.
20   Q.    So at what point in that year do you remember first
21   talking to Principal Williams?
22   A.    That second week I went to Henderson, I had to go up
23   there and talk to him.  And he put me in ISS for two weeks.
24   And when I came back to school, that's when the new stuff was
25   going on.

Page 14

1         I got into it with one of my classmates, over a book.
2    And we had -- they used to give us assigned seats with our
3    names on them.
4         And I asked him to get up out of my seat, and he told
5    me it was his seat.  But what he did, he moved his -- he
6    moved my chair from the spot, and moved his chair there.
7         So when he got up, I sat in his seat, but it was
8    supposed to -- his seat was in my spot, and it was supposed
9    to been my spot and my seat.
10        So he cracked me and I -- when I got up, I rushed him
11   and he flipped over one of the chairs.  And then that's when
12   Coach Davis came and he was like -- he told me that we ain't
13   fixing to mess up his classroom.
14        And he said we going to -- if we got a problem with
15   another, he said take it to the corner.  And so we went to
16   the corner, and when we got done, he was like is it time yet,
17   y'all need some water.
18        And then we started fighting again.  Then that's when
19   it was -- it was one of us that we both pick up a chair and
20   we threw it to -- we threw it at each other at the same time.
21        And when the chairs fell, one of the legs broke.  And
22   then he -- that's when he broke it up.
23        But you know, he tried to -- he tried to tell Mr.
24   Williams that we had destructed school property.  So Mr.
25   Williams gave me like three days at home.

Page 15

1    Q.    So would you say that that happened within the first
2    month of schools at Henderson?
3    A.    Yes sir.
4    Q.    And you said you got into it with a classmate.  Who
5    was it that time?
6    A.    Keron.
7    Q.    And tell me about the fight you were having.  What
8    were you doing before you both tried to throw a chair?
9    A.    We were just throwing like -- we was just hitting each
10   other, like up in the face, and stuff, like swinging at each
11   other.
12        And every time he swing, he hit me, and every time I
13   swing, I hit him.  And we just got tired.  So both of us went
14   to go -- when I turnt around to grab a chair, he was on the
15   same thing, and he was turning around to grab a chair.
16        And we -- at the same time we was swinging -- we was
17   swinging at the same time.  So we were both feeling our hits.
18   And I know I wasn't -- I was already out of breath.  So I
19   knew I wasn't going to be able to fight no more.
20        So I turned around and grabbed the chair.  And I turned
21   back around and he was doing the same thing.
22   Q.    And how many other students were in class at the time?
23   A.    Like five, at minimum.  We ain't never had more than
24   eight kids in our classroom.
25   Q.    Is there a school resource officer at Henderson?

Page 16

1    A.    Yes sir.
2    Q.    Do you know the name of that person?
3    A.    Her name is Ms. Smith.
4    Q.    Did she ever witness any of these fights?
5    A.    No sir.
6    Q.    Did you ever tell her that these were going on?
7    A.    Yes sir.
8    Q.    Did you do that during the first part of the school
9    year?
10   A.    Yes sir.
11   Q.    Was anybody with you when you told her?
12   A.    Yes sir.
13   Q.    Who was?
14   A.    Devante Baker.
15   Q.    And where did you and Devante Baker tell Ms. Smith
16   about these fights?
17   A.    In her office.
18   Q.    So sometime in the first half of the 2014/'15 school
19   year, the two of you reported to her that these fights were
20   going on in the classroom?
21   A.    Yes sir.
22   Q.    And what did she -- what did she say or do?
23   A.    She was -- she told me to go talk to Mr. Williams
24   while she walked down there to the classroom.  And we went to
25   Mr. Williams' office, and he had us sitting up in -- and he

Page 17

1  had me and Devante sitting up in the office, just like this
2  [indicating].
3       And we had to sit in there for about like 30 minutes.
4  And he came in -- he walked in the door, he was -- said
5  something about us acting up.  And I asked him what had we
6  did wrong.
7       And he told me we fixing to get -- he said we was
8  fixing to get five days at home at first.  And then Ms.
9  Smith, she -- the police officer -- she came down there and
10  she was talking to him.
11       And Mr. Williams -- and Mr. Williams changed his mind
12  about us getting suspended.  And then that's when I met Mr.
13  Gore [phonetic spelling].  And once that started happening
14  again, I started going to Mr. Gore.  And that's when --
15  that's when the teachers started locking the doors, and like
16  we can't go to lunch no more.
17       Our lunch get brought to us.  We couldn't go to
18  breakfast, our breakfast get brought to us.  We couldn't go
19  outside after lunch.  And we couldn't go to P.E.
20  Q.  So tell me more about what you mean when you say
21  that's when you first met Mr. Gore.
22  A.  When I first met Mr. Gore, I was -- I bust out the
23  room, and I was actually one of the students walking down the
24  hallway for a phone, so I could call my mother.
25       And Mr. Gore had told me I could come up in his office

Page 18

1  and talk to him.  And I gave Mr. Gore my mother's phone
2  number, and he called my mama.
3       And he was telling her -- he told her what I said.  But
4  at the time, he -- he wasn't believing it.  Cause I don't
5  know was he believing it or not.  Cause he -- like he just
6  met me.  But during the school year, every time something
7  happened, he used to walk in on like catching the teacher
8  doing stuff.
9       And he would knock on the door, and when everybody
10  turned around, he would be right there.  And he would -- he
11  would point at like three people, and he would tell us like
12  to come here.
13       And Coach Davis would let us out the room, and he would
14  take us with him for about an hour.  And then we would be in
15  his room, and do some little card works with us, and stuff.
16       And then we would go back to the classroom, and when we
17  go back to the classroom, that's when the bullying -- that's
18  when all the bullying and stuff started back.
19  Q.  What did Mr. Gore teach?
20  A.  Mr. Gore, he -- he was the school counselor.
21  Q.  What part of the year was it when he started taking
22  you out of the classroom?
23  A.  In eighth grade.
24  Q.  What time of year?  Beginning of the year, middle?
25  A.  It was in the middle.

Page 19

1  Q.  And what did you do when Mr. Gore took you out of
2  the -- was this Coach Davis' classroom that he was taking you
3  out of?
4  A.  Yes sir.
5  Q.  You said Gore would take you out of Davis' classroom
6  for an hour at a time?
7  A.  Yes sir.
8  Q.  What did you do during that hour?
9  A.  He take us up in the room.  He would talk to us and
10  just -- he really just gave us some good advice to do, like
11  when we get mad.  And he would tell us what not to do.
12       And he would tell us every time something happen to us,
13  to come straight to him.  And that's what he used to do.
14  Q.  So during your eighth grade year at Henderson, you
15  said you had about 11 fights in the classroom.  Did you have
16  any other fights anywhere else?
17  A.  No sir, we didn't never get to go out there -- go out
18  the classroom.
19  Q.  What was the reason, if you know, that you weren't
20  allowed to leave the classroom for breakfast or lunch or
21  P.E.?
22  A.  I don't know.  I just know my whole middle school
23  year, I was bullied by the teachers.
24  Q.  Anybody ever tell you why you couldn't leave the
25  classroom for breakfast, lunch or P.E.?

Page 20

1  A.  No sir.  We used to ask that, and they would say we be
2  talking back.
3  Q.  So you said you were bullied by the teachers.  You
4  told me about your classroom teacher and the two other
5  teachers who would watch in your classroom.  Was there
6  anybody else?
7  A.  No sir, besides the students.
8  Q.  Okay.  So what race is Coach Carter?
9  A.  Black.
10  Q.  How about Mr. Johnson?
11  A.  Black.
12  Q.  Ms. Smith, the resource officer?
13  A.  Black.
14  Q.  Did you know some white students at Henderson?
15  A.  No sir.
16  Q.  Do you know any white students at Henderson who were
17  treated any differently than you were?
18  A.  Yes sir.
19  Q.  Who?
20  A.  I don't know their names, but it was multiple white
21  people, like, getting treated -- they used to -- like if
22  somebody get in trouble in a different classroom, it was like
23  they would send them in Coach Davis classroom for their
24  punishment for the rest of the school day.
25       Like it used to be unknown people coming up in there.

Page 21

1    Like students that don't belong up in our classroom.  It's
2    just they got in trouble in they classroom.  They was doing
3    something.  And they send them to Coach Davis for the
4    punishment.
5        Q.   Tell me how any white students at Henderson were
6    treated differently than you were?
7        A.   They wasn't.
8        Q.   Were any white students at any school you went to in
9    the Little Rock School District treated differently than you
10   were?
11       A.   No sir.
12       Q.   Your complaint says that when you complained about
13   physical and verbal abuse, you were suspended for a long
14   period of time, and referred to the criminal justice system.
15       Let's talk about suspension, first.  Was that sometime
16   in your eighth year at Henderson?
17       A.   That was all the time.
18       Q.   What's the longest period of time you've been
19   suspended?
20       A.   Ten to 15 days.
21       Q.   What's the longest time you were suspended during your
22   eighth grade year at Henderson?
23       A.   Ain't never just suspended me for a long period of
24   time.  They would just give me 10 to 15 days.  And when I
25   come back, it would be the smallest thing, and I'd get

Page 22

1    another 10 to 15 days.
2        Q.   So how many times during your eighth grade year at
3    Henderson did you get suspended for 10 to 15 days?
4        A.   Like seven.
5        Q.   And were those all for the same things, or was it
6    different things?
7        A.   Most all for the same thing.  But most of them was for
8    stuff that I ain't even do, like staying in the classroom.  I
9    used to walk out the class, and walk around the halls.
10       We ain't used to do nothing in our classrooms.  They
11   ain't used to teach us how to do no work, or nothing.
12       Q.   You said one of the first times you saw Mr. Gore was
13   when you busted out of the classroom.  What did you mean by
14   that?
15       A.   The teacher was standing in front of the door.  And he
16   had one arm up, and he had the other arm up.  And he would
17   just -- I just busted right beside his -- right beside him,
18   and walked out the door.
19       Q.   Was he trying to stop you from doing that?
20       A.   He was trying to stop me from getting out.
21       Q.   Did you have to push him out of the way, or anything?
22       A.   Yes sir.
23       Q.   How many times during your eighth grade year at
24   Henderson did you push, or shove, or do anything aggressive
25   towards your teacher?

Page 23

1        A.   I done had at least -- at least like five times.
2        Q.   So you said that nobody was teaching you anything.
3    Are we still talking about your eighth grade year at
4    Henderson?
5        A.   Yes sir.
6        Q.   And we're still talking about Isaac Davis' classroom?
7        A.   Yes sir.
8        Q.   Was there anybody else -- any other classroom that you
9    were in at Henderson where you weren't taught?
10       A.   No sir.
11       Q.   Was there any other classroom that you were in
12   anywhere else in the Little Rock School District where you
13   weren't taught?
14       A.   No sir.
15       Q.   So tell me which classes during your eighth grade year
16   at Henderson you had with Mr. Davis?
17       A.   I had all my classes with him.  And -- we ain't --
18   nobody in the classroom never got to leave there.
19       Q.   And was this some sort of special classroom you were
20   in?
21       A.   I feel like it was.
22       Q.   And let me ask you this.  Did most of the students at
23   Henderson have different teachers for different classes?
24       A.   Yes sir.
25       Q.   Do you know why you didn't?

Page 24

1        A.   No sir.
2        Q.   So at some point, did the police become involved in
3    anything that was going on at Henderson?
4        A.   My mama called the police, and we was waiting for them
5    to come up there, but they never came.  So she just took me
6    to the hospital.
7        Q.   Tell me what happened that led up to all that.
8        A.   I was -- one day we got tired of sitting in the
9    classroom, and the principal, they rung the bell for lunch.
10   So I waited until the teacher -- I waited until one of the
11   teachers walked off from the door, and I ran out the door.
12       And I ain't never went to lunch.  I just went straight
13   outside for recess.
14       And I was outside talking to a girl.  And she said that
15   she was pregnant.  And so when I -- I was rubbing her
16   stomach.  And I turnt around and a security guard, he told me
17   to come on.
18       And I ain't come.  I was just still standing there.
19   And he was still telling me to come on, and I was just still
20   standing there, talking to her.
21       So he grabbed my back pack.  And he started pulling me
22   inside the building.  So I yanked out my back pack, and I
23   told him don't put his hands on me no more.  And he was like
24   I ain't putting my hands on you like I will if you want me
25   to.

**Page 25**

1    And I was like so what you dragging me -- you poking my
2  back pack, this back pack is my property.  And was telling me
3  to come on.  He said the principal want me.
4    So I went -- when I went in, I asked the -- when I
5  walked up the principal's office, I asked the principal did
6  he want me.  And he said he ain't know nothing about it.
7    So when I walked out of his room, the security guard
8  was right there, and he was like what you doing.  And I just
9  walked straight past him, and I went right back outside to
10 recess.
11    And when I went back outside to recess, I was talking
12 to the same girl again.  And the security -- a different
13 security guard came and got me.  And he told me that Coach
14 Davis wanted me.
15    And then I was just sitting there, still talking.  And
16 then here come Coach Davis walking, fixing to his glasses,
17 pulling up his pants.
18    And he was like come on now, man, and I ain't going to
19 tell you again.  And I just looked at him.  And he was like
20 come on.  And I just looked at him.
21    And he was like all right, you fixing to get suspended,
22 keep playing with me.  And eventually, he just walked off.
23 And then that's when I walked behind him, and like -- but I
24 let him walk -- let him get a far distance before I started
25 walking.

**Page 26**

1    And then I was walking behind him.  Then he walked in
2  the classroom, and I slowed down.  Then when he walked in the
3  classroom, I went to go knock on the door.
4    Then they opened the door.  And I was the first one in
5  there.  And when I came in, he called me and he called me
6  'bitch'.  And I told him -- I told him I ain't your bitch.
7    But here you put your hands on a girl, you a bitch.
8  And the kids was just not walking in.  Like -- cause
9  everybody -- when the bell rung for everybody to go outside -
10 - I mean, for the rest of the students to go outside, we all
11 took up out the classroom to go outside.
12    Because we ain't never -- we just didn't get to go
13 outside for recess.  Or like they took us outside probably
14 the minimum of three times.  And we didn't go out with all
15 the other kids.
16    Like recess, the bell will ring for all the other kids
17 to go to class, and then they would take us out.
18    But when I went back to the classroom, he was -- he
19 called me out of my name and stuff, and I told him I ain't
20 his bitch.  And the kids was just now walking in, the
21 students was just now walking in.
22    And then he was steady saying -- and they was like who
23 he talking about.  And I  was like he talking about me.  And
24 they was like you ain't going to say nothing.  And I was like
25 I don't gotta say nothing.

**Page 27**

1    And he was still saying it, and I was recording it.  I
2  was recording it up on my phone.  And when he realized I was
3  recording it, that's when he come try to grab my phone.
4    And I took my phone, and I put it up in my pants, and
5  tightened my belt up.  And then he picked me up out of my
6  seat, and slammed me on my face.
7    And I went to tell Mr. Williams, Mr. Williams just
8  looked at me and that's when he come -- Coach Davis come
9  walking down there.
10    And they went in the room and got to talking.  And then
11 that's when they came out.  And Mr. Williams told me to come
12 here.  And I went to the nurse office, and I had -- and I
13 asked the nurse to call my mama.
14 Q.  So you said Davis picked you up and slammed you on
15 your face?
16 A.  Yes sir.
17 Q.  On the ground, or --
18 A.  It was on the carpet, but he still picked me up and
19 slammed me.
20 Q.  And who saw that happen?
21 A.  Keron Thomas and Devante Baker, and Francisco.
22 Q.  So you called your mother?
23 A.  No, they wouldn't let me use the phone; I had to tell
24 the nurse to call her.
25 Q.  And what happened then?

**Page 28**

1  A.  The nurse called her, and told her what I told her --
2  I told the nurse what happened.  And the nurse called my
3  mother and told my mother what happened.  And she said she
4  was on her way.
5    And she was supposed to be meeting the police -- a
6  police officer up there.  And we waited for a little bit, and
7  a police officer never came.  So she took me to the ER.
8  Q.  So your mother called the police?
9  A.  Yes sir.
10 Q.  Now, what was the nurse's name?
11 A.  I think, Ms. Berse [phonetic spelling].
12 Q.  What did you tell Ms. Berse happened to you?
13 A.  That a teacher slammed me on my face and that we got
14 into an altercation when he called me out of my name.
15 Q.  So you're saying that the first thing that happened,
16 other than talking, was he picked you up and slammed you on
17 your face?
18 A.  Yes sir.
19 Q.  What did you do then?
20 A.  Walked out the classroom.
21 Q.  So you never did anything physical to him?
22 A.  No sir.
23 Q.  So what happened at the emergency room?
24 A.  They just -- they gave me a ice pack.  And they told
25 me to put it on my face cause my face was swollen.  And they

1    took me to x-ray and they said I didn't have no broken bones
2    or nothing.
3        Then I told them what happened, and then she said the
4    rash and stuff was there from me probably sliding on the
5    carpet.
6    Q.   Where did you go to the emergency room?
7    A.   ER.
8    Q.   What hospital?
9    A.   UAMS.
10   Q.   Do you remember about what time of year, or what month
11   this was?
12   A.   No sir.
13   Q.   So do you still have the cell phone recording that you
14   made?
15   A.   Yes sir.
16   Q.   Do you have it with you?
17       THE WITNESS:  You got your phone?
18       MR. HELLER:  Can we just play that and let --
19       MR. WALKER:  We'll give you a copy of it.  You can
20   make a copy of it if you like.  We'll get somebody to make a
21   copy of that.
22       MR. HELLER:  Okay.
23   [audio recording played]
24   [Whereupon parties went off the record.]
25   [Back on the record.]

1    BY MR. HELLER:
2    Q.   All right, so Eshawn, we just listened to the tape on
3    your mother's cell phone.  Is that the tape of the incident
4    you just described?
5    A.   Yes sir.
6    Q.   Concerning -- and the main people in the conversation
7    on that tape are you and Coach Davis?
8    A.   Yes sir.
9    Q.   Do you have any other recordings of anything else that
10   happened to you in the Little Rock School District?
11   A.   No sir.
12   Q.   So at some point, besides your suspensions, your
13   complaint says that you were referred to the criminal justice
14   system, which I assume means somebody called the police on
15   you, and you got some sort of juvenile referral, or something
16   like that.  Did that happen?
17   A.   Yes sir.
18   Q.   Tell me about that.
19   A.   They tried to put me on probation cause Coach Davis
20   told Mr. Williams that I pushed him out the door.  And they
21   tried to put -- pin an assault on me.
22       But the kids -- when Mr. Williams asked everybody --
23   asked all the students in the classroom what happened, the
24   story that Coach Davis told didn't add up to what all the
25   students told the principal.

1    Q.   So then like I ain't never get in trouble or nothing.
2    The next day, we went on a field trip to the state
3    penitentiary.
4        MR. WALKER:  Excuse me, field trip to the state
5    penitentiary.  Pardon me.
6    A.   Yes sir, we went on a field trip to the state
7    penitentiary.
8    Q.   And they was -- when we went there, we got to see some
9    of the inmates that's locked up, and stuff.  And then they --
10   they was asking us do we want to go back there, and stuff.
11       And people said they wanted to go back there.  They had
12   let them go back there.  And they had to be back there to
13   talk to them and stuff.
14       And then we had a little assembly we had at the
15   penitentiary where we had to talk about all the gangs and
16   stuff.
17       And you had to raise your hand.  And Coach Davis, he
18   put me in the -- he was like yeah, my man right here, he said
19   he was ganging, he banging too.
20       So I had to talk to one of the prisoners, and they was
21   talking to me about all the gangs, and stuff.  But I really
22   wasn't -- I really wasn't listening.  Cause I really didn't
23   want to go.  But they made me go.
24   Q.   So who all went on this trip?
25   A.   Half of the school, and half of the school went to the

1    Clinton Library.
2    Q.   What penitentiary?
3    A.   I couldn't tell you.  I just know that it wasn't no
4    penitentiary where no females was.
5    Q.   How many busses of kids went to the penitentiary?
6    A.   Two.
7    Q.   And how did they decide who would go on that trip?
8    A.   I think they -- I think they put all the kids that
9    they see as good to go to the Clinton Library.  And they put
10   all the kids they see bad to go to the penitentiary.
11   Q.   So did Coach -- who was it that made you go talk to
12   the prisoner about gangs?
13   A.   Coach Davis.
14   Q.   Did he think you were in a gang?
15   A.   [nods head up and down]
16   Q.   Yes?
17   A.   Yes.
18       MR. WALKER:  Objection to the form of the question.
19   A.   Yes sir.
20   Q.   Were you in a gang?
21   A.   At the time, I wasn't.
22   Q.   Were you ever?
23   A.   I won't put it as a gang; I'd put it as a family
24   thing.
25   Q.   What's the name of it?

Page 33

1    A.    What's the name of it -- TMG.
2    Q.    TMG?
3    A.    Yes sir.
4    Q.    Are you still in TMG?
5    A.    No sir.
6    Q.    When did you get out?
7    A.    After the school year.
8    Q.    Were any of the people you mentioned -- Devante or
9    Keron or Francisco -- in TMG?
10   A.    [nods head up and down.]
11   Q.    Which ones?
12   A.    Everybody.
13         MR. HELLER:
14   [Whereupon parties went off the record.]
15   [Back on the record.]
16         BY MR. HELLER:
17   Q.    Do any of those three students still go to school with
18   you?
19   A.    No sir.
20   Q.    Have you ever been arrested?
21   A.    Yes sir.
22   Q.    When was that?
23   A.    Like have I ever been arrested at school?
24   Q.    Well, let's talk about at school first.
25   A.    No, I ain't never been arrested at school.

Page 34

1    Q.    Did anybody at any of the schools that you went to
2    ever cause you to be arrested?
3    A.    No sir.
4    Q.    So how many times have you been arrested?
5    A.    Twice out of my whole life.
6    Q.    What for?
7    A.    For -- I got arrested the first time for falsely
8    accused, and I got arrested the second time for falsely
9    accused.
10   Q.    What does that mean -- falsely accused?
11   A.    I got falsely accused for rape.  That mean I didn't do
12   it.  And I got falsely accused for aggravated robbery that I
13   didn't do.
14   Q.    Did you go to court for either one of those things?
15   A.    Yes sir.
16   Q.    Which ones?
17   A.    Both of them.
18   Q.    And what happened in court when you --
19   A.    They --
20   Q.    -- falsely accused of rape?
21   A.    They dropped them, cause it wasn't me.
22   Q.    And what happened when you were in court when you were
23   falsely accused of aggravated robbery?
24   A.    They dropped it cause it wasn't me.
25         MR. WALKER:  Can we take a moment?

Page 35

1    [Whereupon parties went off the record.]
2    [Back on the record.]
3         BY MR. HELLER:
4    Q.    I want to ask you a couple of more things about your
5    complaint in this case.  Paragraph 40, it says, "For long
6    periods of time, you and your classmates were not taught,
7    left to watch television, play video games and dominoes in
8    class."
9         And was that Coach Davis' class?
10   A.    Yes sir.
11   Q.    And only Coach Davis' class?
12   A.    Yes sir.
13   Q.    And you say for long periods of time you weren't doing
14   anything but watching television, playing video games or
15   playing dominoes -- what do you mean by long periods of time?
16   A.    About -- as students I would have thought that like we
17   would probably get a free day, or a free day that we thought
18   was a free day would turn into an everyday free day.
19        Like everyday we didn't used to do work, we used to
20   come in and we would have like a -- we would have a --
21   sometime we would have like little kid movies.  And they were
22   on -- probably like a shooting movie, or some old school --
23   like riding on horses, and they got to shoot people, and
24   stuff.  Or we got a choice to play Uno or play dominoes.
25        I used to stay playing dominoes because I was just --

Page 36

1    it wasn't nothing -- I wasn't interested in the movies that
2    the teachers loved to watch.
3         So I used to play dominoes, and then we only work like
4    once a week.  And they would give us the same worksheet over
5    and over, it just -- the answers, they not in the same spot.
6    They in an opposite spot, but they the same -- they the same
7    problems.
8    Q.    And I think you said 'teachers'.  Was there more than
9    one teacher in the room when they were showing those movies?
10   A.    Yes sir.
11   Q.    Who besides Coach Davis?
12   A.    Coach Carter and Mr. Johnson.
13   Q.    And why were Coach Carter and Mr. Johnson around so
14   much in Mr. Davis' classroom -- in  Coach Davis' classroom?
15   A.    I really didn't know.  I didn't know that they -- all
16   they do is sit and make jokes all day.  All three of them,
17   that's all they do.
18        One be at this door, and the other one would be at this
19   door.  And Coach Davis would be at the front of the
20   classroom, and they'd be talking to each other while they
21   sitting in those spots.
22   Q.    Were Coach Carter and Mr. Johnson supposed to be
23   teaching you something?  Were they your teachers too?
24   A.    Yes sir.  The beginning of the school year, we started
25   off doing work.  But during the school year, they just

Page 37

1    stopped giving us work, period.
2         And that's when I realized that this school, they don't
3    do -- like I believe like in our classroom that like we
4    wasn't getting taught nothing. But in the other classrooms,
5    they was getting taught the stuff that we was supposed to be
6    getting taught.
7         Because when I made it to -- when I made it to high
8    school, the stuff that they -- that the -- the paper work
9    that the principal gave me to do me some work -- cause I
10   wasn't supposed to go to the ninth grade, because they wasn't
11   giving us no work up in the eighth grade.
12        So the stuff -- some of the stuff that in ninth grade
13   that they was doing, and giving me the work, I really didn't
14   know how to do it. But I think I caught -- I caught a hang
15   on it fast. So I got to get my work done.
16        But the stuff that I was in eighth grade that they was
17   supposed to been teaching me, like I already knew all the
18   work that they was giving me.
19   Q.  So you've never been held back, right?
20   A.  Not that I know of.
21   Q.  I mean, you've gone from one grade to the next grade,
22   as you were supposed to?
23   A.  Yes sir.
24   Q.  And when do you expect to graduate high school?
25   A.  During the -- I should be graduating during the middle

Page 38

1    of next year.
2    Q.  So you'll be 17 when you graduate high school?
3    A.  Yes sir.
4    Q.  What are you going to do after that?
5         MR. WALKER:  Objection, form of the question.
6    A.  Get a job.
7    Q.  Do you have any particular plans for what you want to
8    do after you graduate high school?
9    A.  Not right now. My main focus on getting my family
10   straight, and make sure my son got everything that I ain't
11   have when I was young.
12   Q.  How old is your son now?
13   A.  Six months.
14   Q.  So you said you were taught in the beginning of your
15   eighth grade year at Henderson, but at some point, that
16   stopped. About what time of year was that?
17   A.  Around like the third time I got suspended. They was
18   like -- like -- it was like not even too much of school year.
19   The first month, I got suspended before I was even there for
20   a month.
21        And then like the second month is when they was like --
22   when they stopped giving us the worksheets, and we start
23   coming in, in the morning, and we got a movie on a smart
24   board.
25        And then it was like a everyday -- it was like a

Page 39

1    everyday thing then. And then he started bringing out the
2    dominoes. It was like -- just like a week -- it's like a
3    week in the two months.
4         Because like the first week we was just watching
5    straight movies. And then like after that, we -- when we
6    came back, then we could play dominoes or watch movies, or we
7    could play Uno cards or watch a movie.
8    Q.  So starting about what month did all the teaching stop
9    and you just played dominoes and watched movies?
10   A.  Excuse me?
11   Q.  Was it -- did you say two months into the school year
12   is when all this started -- the movies and the dominoes, and
13   all that?
14   A.  Yes sir.
15   Q.  So for the rest of the year --
16   A.  We didn't never do no work.
17   Q.  Not -- zero?
18   A.  Zero.
19   Q.  Okay.
20   A.  Well, we did like -- we would get a worksheet every
21   now and then. But I told you, it was the same questions.
22   Like I could go through this worksheet in 15 minutes. And
23   it's 150 - it's 150 problems, like math problems I got to do.
24        And then like three or four more days later, he might
25   give us the same thing, and instead of the question right

Page 40

1    here, the question might be over here and it might be another
2    whole different question. But it was still the same thing.
3    Cause I already know how to do it.
4         And Algebra was hard for me, coming to high school
5    because I already knew multiplication and all that other
6    stuff. It was Algebra that was hard for me.
7    Q.  So you talked about these math worksheets. Did you
8    ever do any work in any of the other subjects -- science or
9    English or --
10   A.  We set in that one classroom all day, to 3:45.
11   Q.  But that was the same classroom where you were
12   supposed to be taught English and science as well as math,
13   right?
14   A.  Yes sir.
15   Q.  So are you saying for the whole year, you were never
16   taught any English or science?
17   A.  Yes sir.
18   Q.  And what about P.E.?
19   A.  No sir.
20   Q.  You didn't have any P.E. that year?
21   A.  We didn't have no fun at school.
22   Q.  Let me ask you a couple of things about your
23   discipline records. One thing it says is that in 2011, you
24   were involved in a fight in the cafeteria. Do you remember
25   that, or know whether that's correct?

Page 41

1    A.   Yes sir.
2    Q.   And what was that about?
3    A.   Teacher took my tray away.
4    Q.   So what happened?
5    A.   He threw it in the trash.
6    Q.   So what did you do?
7    A.   I started a riot.
8    Q.   How did that happen?
9    A.   He was -- he was rushing me.  He was rushing me to
10   eat.  Cause he was talking about -- he said he was being
11   nice by letting y'all come up here to the cafeteria and get
12   the food, he said he could have brought it to the classroom.
13       And he was -- he was rushing me to eat, and I was
14   taking my time, eating.  So he just came and got my tray and
15   threw it away.
16       So he was just talking to me, and I was just still
17   there.  And he was like you need to get up before I yank you
18   up.  So soon as he turnt his head, I grabbed something off
19   somebody else's tray and I threw it.
20       And then that's when everybody got to throwing food.
21   And then the teachers -- when everybody got to looking
22   around, and I guess when they was looking for me, I was
23   already gone.
24   Q.   It says in 2013, you threatened to hit a teacher.  Did
25   that happen?

Page 42

1    A.   No.
2    Q.   Did that ever happen?
3    A.   No, I ain't never hit no teacher.
4    Q.   Did you ever threaten to do it?
5    A.   I couldn't tell you that -- I probably did.
6    Q.   Also in 2013, it says drug sales.  Did that happen?
7    A.   Nuh-huh.
8    Q.   What about possession of marijuana?
9    A.   Nuh-huh.
10   Q.   You never had --
11   A.   They ain't never catch me with -- they ain't never
12   catch it on me.  They just tried to charge me with it.
13   Q.   Why were they trying to charge you with it?
14   A.   Because I was around somebody that had it on them.
15       MR. HELLER:  That's all I have.
16       MR. WALKER:  Let me ask a couple of questions.
17       MR. HOLLINGSWORTH:  I've actually got a couple of
18   questions.
19       MR. WALKER:  Oh, I'm sorry, go ahead.
20            EXAMINATION
21   BY MR. HOLLINGSWORTH:
22   Q.   Mr. Fisher, you said something about probation.
23   A.   Yes sir.
24   Q.   Tell us about that.
25   A.   Coach Davis tried to say that I tried to put my hands

Page 43

1    on him or I hurt him in a harmful way.  But I told you about
2    the part when I bust out the room.  And that what that was
3    for.
4        And when they came -- when Mr. Williams came down there
5    to talk to the students in the classroom, to see what was
6    going on, well, Coach Davis went all the way down there and
7    told him already.
8        And it didn't match up with what the kids in the
9    classroom were saying.  Cause they was in there.  And he just
10   didn't take his word for it right then and there.  So he gave
11   me ISS.
12   Q.   What's ISS?
13   A.   In school suspension.
14   Q.   Okay.  Is that what you meant when you said
15   'probation'?
16   A.   No.
17   Q.   Okay.
18   A.   I was talking about -- I was -- they took me to go
19   talk to Officer Smith -- that's the female.  And they took me
20   to talk to her.  And she was just -- she was talking to me
21   about the probation.
22       And she was telling me if I would have -- I told her --
23   she asked me did I.  But he was trying to say I did.  But she
24   was asking me did I, and I told her no.  I told her that I
25   just busted out the door.

Page 44

1        And she was like oh, they trying to make it seem like
2    you just hit the teacher and you took off running out the
3    classroom.  And I told her no, I ain't hit the teacher, I
4    ain't do nothing.  I told her I just busted out the classroom
5    because he was trying to hold the door closed to try to keep
6    me up in here.
7        And she was telling -- she was like well, I'm glad you
8    ain't did that because if you would have put your hands on a
9    teacher, I would have had to put you on probation.
10   Q.   So you weren't actually ever put on probation?
11   A.   Nuh-huh.  No sir.
12   Q.   Did you ever tell your mother that they weren't -- in
13   eighth grade at Henderson, that they weren't teaching you any
14   English or science?
15   A.   Yes sir.
16       MR. HOLLINGSWORTH:  That's all the questions I have.
17       MR. WALKER:  I have a couple of questions.
18            EXAMINATION
19   BY MR. WALKER:
20   Q.   You indicated in response to one of Mr. Heller's
21   questions that they brought the white kids down, and they
22   treated them pretty much the same way as they treated you
23   all.  Did you ever hear a white kid called 'bitch'?
24   A.   No sir.
25   Q.   By the coach?

Page 45

1    A.  No sir.
2    Q.  Did he make the white kids fight each other?
3    A.  Yes sir, we -- we had one white kid in our classroom
4    that couldn't fight at all.  And he would pick the smallest
5    person -- he would pick the smallest person out of the
6    classroom to fight him.  And the smallest person out the
7    classroom was Demarcus.
8        But he used to just bully -- they basically -- mostly
9    the people that he used to bully was the black kids.  And he
10   used to tell stories about how his -- how his nephews and his
11   cousins and stuff used to be in a gang, or what happened to
12   them and what would happen if we keep going on with our life,
13   and stuff like that.
14       And he wouldn't -- as a teacher, he wasn't giving us
15   positive stuff.  Like as a teacher, he was -- he was
16   basically trying to put it in our life as -- as like -- I
17   can't explain it.
18       But he -- as a teacher, he was basically trying to put
19   it in our life -- as our life, like he was trying to tell us
20   that he already been through the gang situation and he
21   already experienced all this, and that he been out here doing
22   this.
23       But wasn't supposed to be doing what he was doing.
24   Like we didn't need no speech about gang relations, and
25   stuff.  We needed -- we needed some work to do.  That's what

Page 46

1    we needed.
2        And so when I got to high school, I barely knew how to
3    do anything.  And that's when I first learned about Algebra.
4    And Algebra was hard for my ninth grade year.
5        Cause we got to work back to back, back to back, back
6    to back.  And then like we ain't never get no
7    multiplications.
8        So I ain't -- I already knew multiplications, though.
9    Algebra was the hardest thing for me.
10   Q.  Did you ever see him slam a white -- these were all
11   boys, right?
12   A.  Yes sir.  We ain't had no girls in the class.
13   Q.  Did you ever see him slam a white boy on his face,
14   like he did you?
15   A.  No sir.  I done saw him rough him up and grab their
16   shirt and put them against the wall.
17   Q.  But he didn't treat them as badly as he treated the
18   black boys?
19   A.  No sir.
20   Q.  Were any of the white children injured?
21       MR. HELLER:  Object to form.
22   A.  No sir.
23   Q.  Were other black kids injured, other than you?
24   A.  Yes sir.
25   Q.  Would you tell the court reporter the names of some of

Page 47

1    them?
2    A.  Devante.  Devante, he was trying to get up out the
3    classroom, and he made it out the classroom.  I think it was
4    Coach Johnson stuck his feet out, or something.  And he
5    tripped him, and he hit his head.
6        And he went to the nurse.  And the nurse said she
7    couldn't do nothing besides give him some ice, and sent him
8    back to class.
9        Because they always say that they can't give you no
10   Tylenol, or nothing, your mama have to bring it up there.
11   They can't give you no medicine, or no meds, and stuff unless
12   they took it up with your mother.
13       But he said that he went down there and said that his
14   head was hurting from him hitting his head.  And the nurse
15   only gave him some ice.
16       And he was telling me what he was going to do to Coach
17   Johnson, and he ain't never do it, though.
18   Q.  Were you called any name by these teachers, other than
19   'bitch'?
20   A.  No sir.
21   Q.  Did you ever hear them use a racial term?
22   A.  Yeah, that was their favorite word.
23   Q.  What's their favorite word?
24   A.  Bitch.
25   Q.  I see.

Page 48

1    A.  Well -- 'little bitch'.
2    Q.  'Bitch' and 'little bitch' -- huh?
3    A.  Uh-huh.
4    Q.  Now, were any girls taken to the penitentiary like you
5    all were for your field trip?
6    A.  No sir.
7    Q.  How do you know the others went to the -- the girls
8    went to the Clinton Library?
9    A.  No, it was girls and boys that went.
10   Q.  To the Clinton Library?
11   A.  Yes sir.
12   Q.  But only boys to the penitentiary?
13   A.  Yes sir.
14   Q.  Were they mostly black boys?
15   A.  No sir.
16   Q.  Black and white boys?
17   A.  Black, white, and Hispanic.
18   Q.  Did they have very many white boys in the school?
19   A.  No, it was mostly black and Hispanic.
20   Q.  About how many white boys were in the group?
21   A.  The least is like probably 12.
22   Q.  How many black boys and Hispanic boys?
23   A.  Around 80.
24   Q.  Enough to fill two busses?
25   A.  Yes sir, have to go two seats.  Some people were --

Page 49

1    some people had to seat three people in one seat.
2    Q.   Did you have a choice of which field trip to go to?
3    A.   No sir.
4    Q.   Did the other kids have other field trips throughout
5    the year?
6    A.   Not that I know of.  But we stayed in the room 24/7.
7    So --
8    Q.   Were you in the room where you were for punishment?
9    In other words, did you start off the year for punishment,
10   and stay punished the whole year?
11   A.   Well, when my -- my first time going to Henderson --
12   my first time going to Henderson, it was supposed to be a
13   regular school year.
14        Like, and when I got there, it was more -- when I got
15   there, it was more like a ALC or alternative -- it was more
16   like an alternative class.
17   Q.   And in your class, you said there were eight students?
18   A.   Yes sir.
19   Q.   How many of them were white?
20   A.   One.
21   Q.   And how many were Hispanic?
22   A.   Two.
23   Q.   So it was five blacks?
24   A.   Yes sir.
25   Q.   Did you all get along pretty well with each other?

Page 50

1    A.   Yes sir.
2         MR. WALKER:  I don't have any more questions.
3    [Whereupon the deposition concluded at 2:50 p.m.]
4    [Witness waived reading and signing of deposition.]
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 51

1               CERTIFICATE
2    STATE OF ARKANSAS ]
3    COUNTY OF PULASKI ]  ss
4    I, Stephanie G. Branton, an Arkansas Certified Court Reporter
5    and Notary Public in and for the aforesaid county and state,
6    do certify that the witness herein was sworn by me prior to
7    the taking of the testimony as to the truth of the matters
8    attested to and contained herein; that the testimony of
9    witness was taken, by Stenomask, in accordance with the Rules
10   of Civil Procedure, and the questions and answers were
11   reduced to typewriting by me; that the deposition is a true
12   and correct record of all proceedings, to the best of my
13   knowledge and belief. The review of the transcript was not
14   requested by the deponent. I further certify that I am
15   neither counsel for, related to, nor employed by any of the
16   parties to this action; I am not a relative or employee of
17   any attorney or counsel employed by the parties, nor
18   financially or otherwise interested in the outcome of this
19   action; that I have no contract with the parties, attorneys,
20   or any person with an interest in this action that would
21   affect impartiality. WITNESS MY HAND AND
22   SEAL as court reporter on this 21st day of April,  2017.
23   _____
24            STEPHANIE G. BRANTON, CCR
25

Page 52

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

*********************************
LAKESHA DOES, Et. Al.                    PLAINTIFFS
V.        Case No. 4:15-CV 623 DPM
MICHAEL POORE, Et. Al.                   DEFENDANTS
*********************************

ORAL DEPOSITION OF LATASHA COVINGTON
TAKEN IN LITTLE ROCK, ARKANSAS
MONDAY, APRIL 3, 2017
AT INSTANCE OF DEFENDANTS
**********

APPEARANCES
ON BEHALF OF THE PLAINTIFFS
SHAWN CHILDS, ESQ.
John W. Walker, PA
1723 S. Broadway
Little Rock, AR  72206

ON BEHALF OF THE DEFENDANTS:

CHRISTOPHER HELLER, ESQ.
Friday Eldredge Clark
400 W. Capitol, Suite 2300
Little Rock, AR 72201
PATRICK HOLLINGSWORTH, ESQ.
ROSALYN MIDDLETON, ESQ.
Assistant Attorneys General
323 Center Street, Suite 200
Little Rock, AR  72201

---

Page 2

CONTENTS

PAGE

APPEARANCES                                    1

STIPULATIONS                                   3

WITNESS SWORN                                  4

EXAMINATION BY MR. HELLER                      4

EXAMINATION BY MR. CHILDS                     44

COURT REPORTER'S CERTIFICATE                  46

---

Page 3

STIPULATIONS

The oral deposition of LATASHA COVINGTON, produced, sworn

and examined in the offices of John W. Walker, P.A., 1723

Broadway, Little Rock, Arkansas, commencing at 9:28 a.m. on

Monday, April 3, 2017, in the captioned cause at the instance

of the counsel for the Defendants, said deposition being

taken according to the terms and provisions of the Federal

Rules of Civil Procedure.

It is hereby stipulated and agreed by and between parties

that all forms and formalities in the filing of said

deposition are hereby waived by the parties, and that this

deposition shall be taken for use as permitted by the Federal

Rules of Civil Procedure.

---

Page 4

1    WHEREUPON,
2              LATASHA COVINGTON
3    having been called to testify, was duly sworn and testified
4    as follows:
5                   EXAMINATION
6    BY MR. HELLER:
7    Q.   Would you tell us your name again, for the record,
8    please?
9    A.   Latasha Covington.
10   Q.   Ms. Covington, my name is Chris Heller.  I represent
11   the Little Rock School District in a lawsuit that you have
12   brought against the district.
13   I am going to ask you some questions this morning, and ask
14   that you answer them verbally so that Stephanie can record
15   your answers, and we'll have a record of this deposition.
16   Okay?
17   A.   Okay.
18   Q.   And if you need a break at any time, just ask me and
19   we'll be happy to take a break.  And please try to answer my
20   questions as completely as possible so that we will be in a
21   position to rely on your answers at the trial.  Okay?
22   A.   Okay.
23   Q.   And if I ask you any question that you don't
24   understand or would like me to rephrase for any reason, just
25   let me know and I'll be happy to do that.

EXHIBIT 10

Page 5

1  Where do you live, Ms. Covington?
2  A.  4812 West Twenty-Fifth Street.
3  Q.  And how long have you lived there?
4  A.  Three months.
5  Q.  Where did you live before that?
6  A.  I lived at 6600 Lancaster Road.
7  Q.  How long did you live there?
8  A.  Three years.
9  Q.  Who lives with you at 4812 West Twenty-Fifth?
10  A.  My children.
11  Q.  And what are their names?
12  A.  Amoryea Love, Auxzavion Love, Wayland Bell, Kimberly
13  Covington, Equvias Burnett, and Equvianna Burnett.
14  Q.  Could we go through those again, and spell each one so
15  we can make sure we get their names down correctly?
16  A.  Amoryea Love -- A-m-o-r-y-e-a -- L-o-v-e.  Auxzavion
17  Love -- A-u-x-z-a-v-i-o-n -- L-o-v-e.  Kimberly Covington --
18  K-i-m-b-e-r-l-y -- C-o-v-i-n-g-t-o-n.  Wayland Bell --
19  W-a-y-l-a-n-d -- B-e-l-l-.  Equvias Burnett -- E-q-u-v-i-a-s
20  -- B-u-r-n-e-t-t.  Equvianna Burnett -- E-q-u-v-i-a-n-n-a --
21  B-u-r-n-e-t-t.
22  Q.  Are you married?
23  A.  Yes.
24  Q.  What is your husband's name?
25  A.  Equvias Burnett.

Page 6

1  Q.  So is there an adult Equvias Burnett in your household,
2  and a child?
3  A.  Uh-huh.
4  Q.  Yes?
5  A.  Yes.
6  Q.  How old is Amoryea Love?
7  A.  Fourteen.
8  Q.  And how old is Auxzavion Love?
9  A.  He's 11.
10  Q.  Where do they go to school?
11  A.  Now they're at Henderson.
12  Q.  Both of them?
13  A.  Yes.
14  Q.  What other schools have they attended?  Let's start
15  with Amoryea.
16  A.  She's gone to Geyer Springs Elementary, Wakefield
17  Elementary, Cloverdale Middle School, and now she's at
18  Henderson.
19  Q.  And Auxzavion, what schools has he attended?
20  A.  Geyer Springs, Wakefield, Cloverdale, and now he's at
21  Henderson.
22  Q.  What grades did Amoryea attend Geyer Springs for?
23  A.  First grade.  No, she was in third grade, third grade.
24  She was in third grade.
25  Q.  All the way through third grade?

Page 7

1  A.  Uh-huh.  Yes.
2  Q.  So did Amoryea start Geyer Springs in kindergarten?
3  A.  No sir.
4  Q.  Where did she go to kindergarten?
5  A.  North Little Rock.  What was the name of that school.
6  It's in Rose City.  Can't remember the name of that school.
7  Q.  Okay.  Which school years did Amoryea spend in the
8  North Little Rock School?
9  A.  She did kindergarten, first and second.
10  Q.  Okay.  Did Auxzavion go to school in North Little Rock
11  at all?
12  A.  Yes.
13  Q.  Which grades?
14  A.  The same school -- kindergarten and first.
15  Q.  And where were you living at that time?
16  A.  In Rose City.  That was a long time ago.
17  Q.  Well, you were living in Rose City, near the school
18  that those two children attended?
19  A.  Yes sir, yes.
20  Q.  So then Amoryea was in the Rose City school until
21  third grade?
22  A.  Yes sir.
23  Q.  And then she went to third grade at Geyer Springs?
24  A.  Yes sir.
25  Q.  And do you remember what year that was?

Page 8

1  A.  Okay, she fixing to go to the ninth grade, so that was
2  four years ago -- 2011 through --
3  Q.  Why was it that you moved from Rose City school, to
4  Geyer Springs?
5  A.  I didn't like North Little Rock, so I moved out of
6  North Little Rock completely.
7  Q.  And where did you move to?
8  A.  I moved to 6600 Lancaster Road.
9  Q.  Okay, so while your family was at 6600 Lancaster Road,
10  both Amoryea and Auxzavion started at Geyer Springs?
11  A.  Yes sir.
12  Q.  What grade was Auxzavion in when he started Geyer
13  Springs?
14  A.  Second, second grade.
15  Q.  Then did both children move from Geyer Springs to
16  Wakefield at the same time?
17  A.  Yes sir.
18  Q.  Why was that?
19  A.  Cause they was on the waiting list.  I tried to get
20  them in Wakefield, and they had a waiting list.  So they put
21  them in Geyer Springs until Wakefield came available.
22  Q.  How long were they in Geyer Springs before they moved
23  to Wakefield?
24  A.  Five months.
25  Q.  So it was during Auxzavion's second grade year and

Page 9

1  Amoryea's third grade year that you started in Geyer Springs,
2  but finished at Wakefield?
3  A.  Yes sir.
4  Q.  Did you have the students on a waiting list for
5  Wakefield before you moved to Little Rock?
6  A.  Did I have?
7  Q.  Did you have those two of your children on a waiting
8  list for Wakefield before you moved to Little Rock?
9  A.  No sir.
10  Q.  So how did you get your children on a waiting list for
11  Wakefield?
12  A.  I didn't put them on the waiting list.  When I went
13  down to the school board, they said that Wakefield had a
14  waiting list.
15      And they put them in Geyer Springs until Wakefield
16  became available.  They put their name on the list.
17  Q.  Did you move from North Little Rock to Little Rock in
18  the middle of a school year?
19  A.  Yes sir.
20  Q.  What month did you move?
21  A.  I can't remember, but I think October.
22  Q.  Okay.  So is it your understanding that Wakefield was
23  the zoned school for the --
24  A.  Yes sir.
25  Q.  But when you moved in October, Wakefield was full?

Page 10

1  A.  Yes sir.
2  Q.  Okay.  So when you say you went to the school board,
3  did you go to the student assignment office, on Sixth and
4  Sherman, to register your children?
5  A.  I didn't go to the school board; I went to -- yeah, to
6  register the kids.  I had to sign them over in the Little
7  Rock School District.
8  Q.  And so when you went there, you were put on a waiting
9  list for Wakefield, and enrolled temporarily in Geyer
10  Springs, right?
11  A.  Yes sir.
12  Q.  When did your children move from Wakefield to
13  Cloverdale?
14  A.  When they graduated out the fifth grade.  Let me see
15  what year that was.  Amoryea graduated in 2015 -- no, '14
16  cause this her last year over here.
17      And Pooter Man graduated in 2015 -- Auxzavion -- sorry,
18  Auxzavion.
19  Q.  So when Amoryea finished fifth grade, she started
20  sixth grade at Cloverdale --
21  A.  Yes sir.
22  Q.  -- while Auxzavion was still --
23  A.  In the fifth --
24  Q.  -- at Wakefield?
25  A.  Yes sir.

Page 11

1  Q.  And then the following year, Auxzavion also went to
2  Cloverdale?
3  A.  Yes sir.
4  Q.  And was Cloverdale your zoned middle school for where
5  you lived?
6  A.  Where I was at -- yes sir.
7  Q.  Did Auxzavion and Amoryea move to Henderson from
8  Cloverdale at the same time?
9  A.  Yes sir.
10  Q.  And when was that?
11  A.  December -- December 12, 2016.
12  Q.  How did that happen?
13  A.  We moved from the apartments, into a house.
14  Q.  Where was the house?
15  A.  Where we're in now -- 4812 West Twenty-Fifth Street.
16  Q.  So at 6600 Lancaster, you were living in apartments?
17  A.  Yes sir.
18  Q.  And then is it your understanding that 4812 West
19  Twenty-Fifth is in the Henderson zone?
20  A.  No -- yeah -- yes sir, that's where they at now --
21  Henderson.
22  Q.  Why did you move from Lancaster to West Twenty-Fifth?
23  A.  I needed a house.
24  Q.  Are you employed?
25  A.  No sir.

Page 12

1  Q.  When's the last time you were employed?
2  A.  2012.
3  Q.  What did you do then?
4  A.  I managed a Taco Bell.
5  Q.  Which one?
6  A.  On John Barrow.
7  Q.  How long did you do that?
8  A.  I managed -- oh, eight years.
9  Q.  And who did you report to on that job?
10  A.  What you mean?
11  Q.  Who was your supervisor, or store owner?  Who were you
12  responsible to?  Who hired you, and who did you report to?
13  A.  I don't remember names.  That's been so long ago.  I
14  did -- I had a GM.  I don't even think she's there any more.
15  Q.  So did you work as a manager for the entire eight
16  years?
17  A.  Yes sir.
18  Q.  Why did you leave that job?
19  A.  I got sick.
20  Q.  What happened to you?
21  A.  I have epilepsy seizures and high blood pressure.
22  Q.  So you're unable to work at this time?
23  A.  Yes sir.
24  Q.  Do you receive some sort of disability benefits?
25  A.  No sir.

Page 13

1    Q.   Where did you work before Taco Bell?
2    A.   KFC.
3    Q.   Where was that?
4    A.   On Twelfth Street, before they closed it down.
5    Q.   What did you do there?
6    A.   I managed -- manager.
7    Q.   For what period of time?
8    A.   I worked there two years, from 2007 to 2009.
9    Q.   Well, I must be missing something in the --
10   A.   I worked two jobs.
11   Q.   Oh, I see.  So you were managing the Taco Bell and the
12   KFC at the same time?
13   A.   Yes sir.
14   Q.   Do you remember who your GM was, or a similar person,
15   at KFC?
16   A.   All I remember is Mr. Williams.  I don't remember his
17   first name.
18   Q.   Why did you leave that job?
19   A.   I got tired of working two jobs.
20   Q.   So you left voluntarily?
21   A.   Yes sir.
22   Q.   And where did you work before that?
23   A.   I managed Subway on University.
24   Q.   During what period of time?
25   A.   I worked there in -- I did that for a year, in 2005, I

Page 14

1    believe.  I'm not for sure.
2    Q.   And why did you leave that job?
3    A.   I started working at the Taco Bell on John Barrow.
4    Q.   Where did you work before Subway?
5    A.   That was it.  I -- Subway was my first job.
6    Q.   And tell me about your education.
7    A.   I went to school in Brinkley, Arkansas.
8    Q.   Did you grow up in Brinkley?
9    A.   Yes sir.
10   Q.   Were you born in Brinkley?
11   A.   No, I was born here.
12   Q.   And did you graduate high school in Brinkley?
13   A.   Yes sir.  And I went to Job Corps in Hot Springs, and
14   picked up my CNA license.
15   Q.   Okay.
16   A.   And I didn't get to do that but six months.
17   Q.   What's 'CNA'?
18   A.   It's nursing, where you take care of elderly people.
19   Q.   And what did you do for six months when you did that
20   work for six months?
21   A.   I worked at the -- right here at Little Rock Health
22   Care, on -- I think that's Markham.
23   Q.   And why did you only do that job for six months?
24   A.   I couldn't do it.  The lifting is -- it got -- it took
25   a toll on me.  Couldn't do it.

Page 15

1    Q.   So what year was it when you left that job?
2    A.   That was in -- that was in 2007, I believe.
3    Q.   So did you --
4    A.   When I worked the other one -- I forgot to mention
5    that one.
6    Q.   Did you go to Job Corps straight out of high school?
7    A.   Yes sir.  I was able to get my trade faster if I went
8    to Job Corps.
9    Q.   Tell me what you did to get ready for your deposition
10   this morning?
11   A.   Got up, got my kids ready, ate breakfast.
12   Q.   Did you read over the complaint, or read any documents
13   at all about the case?
14   A.   I had already done that.
15   Q.   When was the last time you read the complaint?
16   A.   Friday.  I looked over it Friday.
17   Q.   Did you talk to anybody about your deposition?
18   A.   No sir.
19   Q.   Do you know any of the other plaintiffs in this case?
20   A.   No sir.  My children.
21   Q.   The two children we've been talking about?
22   A.   Yes sir.
23   Q.   So where are your other children?
24   A.   At school.
25   Q.   Okay.  For example, Kimberly Covington?

Page 16

1    A.   She's at school.  She go to Franklin Elementary.
2    Q.   And Wayland Bell?
3    A.   He go to Hamilton.
4    Q.   What about the two Burnett children -- where do they
5    go?
6    A.   Equvias -- he's in an ABC program, 30 program
7    [phonetic spelling].  He go to In His Image, on Sixty-Fifth.
8    Q.   Okay.
9    A.   And my sister has my baby so I can be here.
10   Q.   Have you ever testified under oath before?
11   A.   Yes sir.
12   Q.   When was the last time?
13   A.   I haven't been in a court in about five years now.
14   Q.   What were you in court for five years ago?
15   A.   With my mom and dad.
16   Q.   And what was that about?
17   A.   Divorce.
18   Q.   And have you been to court any time other than that?
19   A.   No, I been with my oldest son.  I been to court with
20   him.
21   Q.   And who was that?
22   A.   Wayland Bell.
23   Q.   What was he in court for?
24   A.   He got in trouble, got expelled from school.  And
25   then McClellan, it was a big ordeal.  He got -- had to go to

Page 17

1    court for it, with the security guards at McClellan.
2    Q.  Okay.  What happened with the security guards?
3    A.  Something about he didn't -- they caught him in the
4    hallway, he didn't want to go to class.  One security guard
5    pushed him up against the wall roughly, and we had to go to
6    court for it.
7    Q.  When did this happen?
8    A.  This happened in 2015.
9    Q.  And who was the security guard who pushed Wayland?
10   A.  I don't know the names.  I don't think that he work
11   there any more after that.
12   Q.  How do you know that this happened?
13   A.  The school -- I tried to go to the courthouse and get
14   the paper work, but we had the paper work -- what happened at
15   the school is they have cameras at the school.
16   Q.  So tell me your understanding of everything that
17   happened between your son and the security guards, if you
18   recall it.
19   A.  They say he was in the hallway and they was trying to
20   get him to go to class.  And somehow the security guard say
21   that he mouthed out at them, or whatever.
22      Anyway, the security guard slammed him up against the
23   wall.
24   Q.  And then what happened?
25   A.  They took him into the office, and called me.

Page 18

1    Q.  What did you do?
2    A.  We called the police.  And we had to make a
3    statement.  And after that, we had to go to court.  And I
4    don't know what happened after that, after we went to court.
5    Q.  So --
6    A.  What happened to him --
7    Q.  So when you say we called the police, who are you
8    referring to?
9    A.  No, I said -- oh, I called the police, and had to make
10   a statement.
11   Q.  Did you call the police from the school?
12   A.  Yes sir.
13   Q.  And the police came to the school?
14   A.  Yes, they did.
15   Q.  Was it a school resource officer or an --
16   A.  Yes.
17   Q.  -- an outside officer?
18   A.  It was security that work at the school.
19   Q.  Okay.  And who gave a statement to the police?
20   A.  My son did, and they took one from the security
21   officer, the security guard.
22   Q.  Did your son receive any discipline as a result of
23   this incident?
24   A.  Yeah, he got suspended for a couple of days, for about
25   four days, he was suspended.

Page 19

1    Q.  And what was he suspended for?
2    A.  The security guard said he was mouthing off and
3    hanging out in the hallway, and wouldn't go to class.
4    Q.  Had he been suspended before that, from McClellan?
5    A.  No sir.  His suspensions started at McClellan.
6    Q.  So this was the first time he had been suspended --
7    A.  Yes sir.
8    Q.  And I think you said 2015.  Could that have been in
9    December of the '14/'15 school year?
10   A.  What you talking about?
11   Q.  Oh -- never mind.  So tell me about why did you end up
12   in court?
13   A.  We had to go to court for the incident that happened
14   at the school.
15   Q.  Because you filed a lawsuit, or because --
16   A.  No, I didn't file a lawsuit.
17   Q.  Okay.
18   A.  My son had got suspended, and the security guard --
19   somehow the school had filed something on him dealing with
20   the security guard and what -- the incident that happened at
21   the school.
22   Q.  Do you know whether the school took some action
23   against the security guard?
24   A.  That's what I -- I don't know what happened to him
25   after court.

Page 20

1    Q.  What was the nature of the court case?  Was it -- were
2    you suing somebody, was the school district suing somebody,
3    was the --
4    A.  No, wasn't nobody suing nobody.
5    Q.  -- security guard --
6    A.  The school had filed a -- I done forgot what it was
7    called, on my son.  Like saying he tried to wrestle the
8    security guard.  But once the cameras was seen, that's not
9    what happened.
10   Q.  So were you in court because of -- in a criminal case,
11   because of the school's accusations about your son?
12   A.  Yes sir.
13   Q.  And whose court were you in?  Who was the judge?
14   A.  On Roosevelt -- Judge Branton.
15   Q.  Okay.  And what was the result of that case?
16   A.  My son -- well, my son had to, of course, go back to
17   school, couldn't get in no trouble for awhile, couldn't get
18   in -- he didn't want him in trouble.
19      I don't know what they done to the security guard
20   because he didn't show up to court.
21   Q.  Okay, so were you in court any other times, besides
22   the two we've talked about?
23   A.  No sir.
24   Q.  Have you testified under oath any other times?
25   A.  No sir.

Page 21

1   Q.   Have you filed any lawsuits against anybody, ever?
2   A.   No sir.
3   Q.   Have you filed any sort of administrative claims, like
4   Social Security, EEOC, workers compensation -- anything like
5   that?
6   A.   They are doing my disability now.
7   Q.   Okay.
8   A.   And that's it.  That's all I've ever done.
9   Q.   Did Amoryea and Auxzavion both start this school year
10  at Henderson?
11  A.   They started in December.
12  Q.   Oh, that's right.  They just started on the Sixth.
13  And how are things going at Henderson?
14  A.   It's going good.
15  Q.   Okay.  Do you have any issues with the way they're
16  being treated, or the way they're being educated there?
17  A.   My daughter -- my daughter, I think she could tell you
18  a little better than me.  Just some of the teachers they --
19  the way they talk to them, and --
20  Q.   Are things going well for Auxzavion at Henderson?
21  A.   Yeah, he hasn't had any problem.  He got in trouble --
22  only problem I really had with a teacher is calling all the
23  time, saying they're talking in class.
24  Q.   How many times have you been out to Henderson since
25  they've been there?

Page 22

1   A.   Three.
2   Q.   What were the reasons?
3   A.   My son, he -- he got suspended for two days.  He was
4   throwing a bottle outside with a little boy.  After -- they
5   said after the bell had rung.
6        And the second time, he got sick.  I had to pick him
7   up.  And I had to go up there the other day to take him some
8   money for his party.  But other than the first incident, that
9   was it.
10  Q.   Our records show that Auxzavion was suspended for
11  fighting in 2014.  Is that correct?
12  A.   Yes sir.
13  Q.   What was that about?
14  A.   Some little boy -- from my understanding, what the
15  teacher and him -- him and a little boy was horse playing in
16  the cafeteria.
17       And he said a little boy hit him with something, and he
18  hit him back.
19  Q.   And it looks like there was a problem that the school
20  district said -- theft in 2016, in September.  Do you
21  remember what that was about?
22  A.   Theft?  At what school?
23  Q.   Well, I'm guessing, September of 2016, it would have
24  been Cloverdale still -- correct?
25  A.   Yeah, he would have been at Cloverdale.  No, he

Page 23

1   haven't been suspended over no theft.
2   Q.   What about Amoryea in 2008?  There was some issue
3   about a -- in the school references, to theft by receiving?
4   A.   In '08?
5   Q.   Yes.
6   A.   No, she ain't never been suspended.  My kids ain't
7   never been suspended for no theft.
8   Q.   Do you -- do Amoryea and Auxzavion participate in any
9   extracurricular activities?
10  A.   Yes, they do.
11  Q.   What do they do?
12  A.   My daughter dance for her school.  She's on the dance
13  team, and she's on the -- she's with the choir.  And my son,
14  he's in -- he in band, and now he -- he fixing to start
15  basketball.  Not basketball, he's wanting to play baseball.
16  Q.   Henderson has a baseball team?
17  A.   Sir?
18  Q.   Henderson has a baseball team?
19  A.   No, he won't be playing for Henderson.
20  Q.   He's going to play in some league --
21  A.   Yes sir.
22  Q.   -- not associated with the school?
23  A.   Nuh-huh.
24  Q.   But band is a school activity?
25  A.   Yes sir.

Page 24

1   Q.   And dance team and choir --
2   A.   Yes sir.
3   Q.   -- are school --
4   A.   That's at Henderson.
5   Q.   Are your children at Henderson in AP or pre-AP
6   classes?
7   A.   No sir.
8   Q.   Have they been in AP or pre-AP classes?
9   A.   Yes sir.
10  Q.   When is the last time they were?
11  A.   Cloverdale.  I don't know why they not over at
12  Henderson.
13  Q.   Now, do you know whether or not Auxzavion's health
14  science course at Henderson was pre-AP?
15  A.   No sir, he don't have any pre-AP classes.
16  Q.   Amoryea, does she have science, math and social
17  studies, pre-AP?
18  A.   No sir.
19  Q.   Did she have those classes as pre-AP classes at
20  Cloverdale?
21  A.   Yes sir.
22  Q.   What was your role in working out a class schedule and
23  deciding which classes your children at Henderson would take?
24  A.   They send a slip home with classes.  They have some
25  they have picked out, and they have some that if you don't

Page 25

1  like it, you can -- you can suggest another class.
2      And if they have room, that -- if you want to change
3  it, they will change their classes out.
4      Q.  Did you do that?
5      A.  Yes sir.
6      Q.  What --
7      A.  But Amoryea, she say -- I think she can tell you a
8  little better.  I don't know if she say the classes was full,
9  or because they started in the middle of the school year, the
10 reason why they couldn't get in them.
11     I'm not for sure why the classes -- they couldn't get
12 their classes back.
13     Q.  So do you remember what particular things you were
14 asking for that your children could not get?
15     A.  Just they pre-AP classes, and they -- well, they don't
16 have -- they have -- that at Cloverdale, they have a science
17 class my son was in.  They don't have it over there, and so.
18     Q.  What kinds of grades are your children getting at
19 Henderson?
20     A.  Last time we checked, I know my daughter grades
21 dropped.  My son grades is good.  But they say they new
22 grades come out on the Seventh.
23     Q.  Of April?
24     A.  Yes sir.
25     Q.  So you and Amoryea and Auxzavion became involved in

Page 26

1  this case after it had been going on for some time.  Why did
2  you decide to do that?
3      A.  I just want to help with these -- because these
4  schools need -- I think they need better people and they need
5  to be updated.  And these teachers and -- sometimes it's hard
6  to deal with these teachers, and stuff, at these schools.
7      And when your child go from an honor roll student to
8  having Ds and Fs, and you ask the teacher what's wrong, and
9  they always got a substitute in the class, or the teacher
10 always too busy to talk, or her class too big.  And --
11     Q.  How did you find out about this lawsuit?
12     A.  Just -- who is that -- this lady, she was doing it
13 with her child, and she let me know about it.  Her little
14 girl go to Cloverdale too.
15     Q.  Do you remember her name?
16     A.  What is her name -- the kids call her 'Miss Punkin'.
17 I don't know her like that.
18     Q.  Do you know what her first name is?
19     A.  No sir.  But they call her 'Miss Punkin'.  I don't
20 know her real name.
21     Q.  Do you know of any of the children's names?
22     A.  Her son go to school -- went to Cloverdale with my --
23 I think his name was -- you can ask my son, he out there.  I
24 don't want to lie to you.  He can tell you better than I can.
25     Q.  All right, so you had a conversation with this woman

Page 27

1  at Cloverdale?
2      A.  Yes sir, she -- they had a feud up there, and we had
3  to -- they called the parents to come get their -- come up
4  there.
5      And she was telling me about it.  That's when I learnt
6  about it.
7      Q.  What was the feud?
8      A.  Some kids had just went crazy up there, I guess.  They
9  was fighting and it was a bunch going on up there that day.
10     Q.  Is that while your kids were still there?
11     A.  Sir?
12     Q.  Is that while your kids were still there?
13     A.  No, I went up there and got my kids.
14     Q.  Was that while your kids were still enrolled at
15 Cloverdale?
16     A.  What you mean -- that's why they was still enrolled in
17 Cloverdale?
18     Q.  Did this happen before your kids moved from Cloverdale
19 to Henderson?
20     A.  Yes.
21     Q.  And that was the day you talked to this woman, about
22 the lawsuit?
23     A.  Yes.
24     Q.  And what did you do after you talked to her?
25     A.  I start calling around, asking.  And the number that I

Page 28

1  got, I called and that's how we got to here.
2      Q.  Who did you call?
3      A.  Mr. Charles.
4      Q.  Charles Bolden?
5      A.  I think that's him, yes sir.
6      Q.  So your complaint says that you are the mother of
7  Auxzavion and Amoxia [phonetic spelling].
8      A.  Amoryea.
9      Q.  Amoryea.  It actually says 'Amoxia'.  There's a typo.
10     A.  Uh-huh.
11     Q.  And they attended Geyer Springs, and now are attending
12 Cloverdale, which was true at the time, I guess.  And it says
13 that the schools that those two of your children are assigned
14 to have facilities and other resources inferior to those
15 available to students in the schools in which white students
16 have been and are concentrated.
17     So first of all, what schools are you talking about,
18 where white students are concentrated?
19     A.  White students are concentrated?  What you mean?
20     Q.  Well, that's -- I'm just reading what's in your
21 complaint, that the schools presumably -- well, which schools
22 are you concerned about that your kids went to, in LRSD?
23 We've got --
24     A.  Cloverdale --
25     Q.  -- Geyer Springs, Wakefield --

Page 29

1  A.  Cloverdale --
2  Q.  -- Cloverdale, and Henderson.
3  A.  -- and Wakefield.  It's just, like I say, I don't
4  think no one would want me working at a school, treating they
5  child or talking to they child like they do, you know,
6  Q.  Well, first of all, tell me what schools that these
7  kinds of things that you're concerned about, happen.
8  A.  Wakefield and Cloverdale.
9  Q.  Okay.  But not Geyer Springs or Henderson?
10  A.  Yeah, Henderson -- my daughter can tell you about that
11  better.  That's where they're at now.
12  Q.  All right, so things that you're concerned about in
13  this lawsuit happened at Wakefield, Cloverdale, and
14  Henderson?
15  A.  Yes sir.
16  Q.  And that's it?
17  A.  Yes sir.
18  Q.  Let's start with Wakefield -- what happened there?
19  A.  Like I say, the teachers at -- there at -- some of
20  them -- I'm just going to be honest.
21      Some of the teachers at these schools are prejudiced.
22  They are prejudiced.  And they talk to your child and treat
23  them any kind of way.
24  Q.  Which teachers at Wakefield are you talking about?
25  A.  Fifth grade -- my son's fifth grade teacher.  And she

Page 30

1  swear she's not, but -- what's that lady's name.  It would be
2  better if they was in here with me.  I'm not good with names
3  like that -- teachers' names.
4  Q.  This was Auxzavion's fifth grade teacher?
5  A.  Yes sir.
6  Q.  Do you know her first name or her last name?
7  A.  Can -- well -- can you talk to them about their
8  teachers?
9  Q.  Sure.
10  A.  Thank you.
11  Q.  But I need to ask you what you know.  And then if you
12  don't know, just tell me you don't know or you don't
13  remember.
14      So what did this -- do you know the race of this fifth
15  grade teacher?
16  A.  She white.
17  Q.  Is she the only fifth grade teacher Auxzavion had at
18  Wakefield?
19  A.  No, he had -- they changed classes.  He had two -- two
20  teachers.
21  Q.  Two teachers, all together?
22  A.  They changed classes in fifth grade, yes, at
23  Wakefield.
24  Q.  Were both teachers white?
25  A.  Yes sir.

Page 31

1  Q.  So the teacher who you say was prejudiced, what did
2  she do to make you say that?
3  A.  Because it's -- it was always like -- first of all,
4  she called everyday -- he's talking in class, or he's -- he's
5  picking on a kid.
6      Every little thing he did, it was always a problem,
7  every day of the week -- she called.  I would have to go up
8  there, or something.
9      And you tell a child I feel sorry for your mother --
10  what is that?  You don't do that.
11  Q.  So you're saying that this teacher made that comment?
12  A.  Yes sir.
13  Q.  How do you know that?
14  A.  My kids -- my child.
15  Q.  Did you ever have any conversations with his teachers
16  where --
17  A.  Yeah, I had several conversations with his teacher.
18  Q.  Did you ever have any conversations with the teacher
19  where she said something that you thought indicated
20  prejudice?
21  A.  I don't mean no harm, but teachers not going to do
22  that with a parent.
23  Q.  So the answer is no?
24  A.  No sir.
25  Q.  So everything you know about this teacher being

Page 32

1  prejudiced came from Auxzavion?
2  A.  Yes, and he -- well, talking to her, you can tell if a
3  person -- how a person is by talking to her.  Me talking to
4  her, even though she just didn't act like she acted when I
5  wasn't around, you can look at it and listen to her, and
6  tell.
7  Q.  So we've got people in this lawsuit here complaining
8  that they weren't notified when their students did something
9  at school.
10      But you're --
11  A.  Yeah, some -- Cloverdale, they bad at notifying
12  parents.  They'll wait til -- like Cloverdale, I told them
13  when they first started, if anything happen, call me.
14      They didn't call.  They let him slide by doing little
15  stuff, didn't call.  And then when something bad happen, then
16  they want to call.
17      They wait to the last minute to call.  They're bad
18  about calling.
19  Q.  So at Wakefield, one teacher called too much?
20  A.  Wakefield, they called everyday.
21  Q.  At Cloverdale, they didn't call enough?
22  A.  Cloverdale didn't call, and Henderson -- they're bad
23  at calling.
24  Q.  So -- all right, let's stick with Wakefield for a
25  minute.  Did anything else -- anybody else at Wakefield that

Page 33

1    you think was prejudiced?
2    A.   No sir.  All these other teachers didn't have a
3    problem with him.
4    Q.   Okay.  All right, then, let's talk about Cloverdale.
5    Who there is prejudiced?
6    A.   Cloverdale teachers is pretty much -- they got it bad
7    telling the kids that I got my education, it's up to y'all to
8    get y'all's, I don't have to do nothing.  They -- Cloverdale
9    teachers gone a lot.  They have a lot of -- they have a lot
10   of substitutes in they classes.
11   Q.   Okay.  So that sounds like so far just the -- well,
12   tell me, what's -- is there something about that, that
13   indicates race discrimination to you?
14   A.   I said Wakefield.  I don't know nothing about
15   Cloverdale being racism.  You'll have to ask my kids.
16   Q.   So Cloverdale you have some concerns about the way the
17   teachers -- their approach and their absences, but not about
18   racism?
19   A.   Yeah.
20   Q.   And what about Henderson?  Do you have any concerns
21   about racism at Henderson?
22   A.   Henderson -- once again, my daughter say one of her
23   teachers got it bad at telling them she feel sorry for they
24   mama.  And her band teacher, she say he got a bad attitude,
25   always talking crazy to them.

Page 34

1    Q.   So is there -- do you see some racism in either one of
2    those things?
3    A.   Yeah.
4    Q.   Tell me.
5    A.   If -- far as the person telling a child they feel bad
6    for they parent -- and it's always the black kids you telling
7    this to, not the white kids, then yeah, I think that's
8    racism.
9    Q.   Who is the teacher or teachers --
10   A.   You have to ask my -- I don't know.  I don't know her
11   name.  You'll have to ask my daughter.
12   Q.   What does she teach?
13   A.   Her math class.
14   Q.   So Amoryea --
15   A.   Amoryea.
16   Q.   Amoryea's math teacher -- this year, at Henderson?
17   A.   Now, at Henderson, yes.
18   Q.   Has made the comment to black kids about feeling sorry
19   for their mamas?
20   A.   [nods head up and down]
21   Q.   And that's --
22   A.   Yes.
23   Q.   Okay.  So the exact same comment that Auxzavion's
24   fifth grade teacher made to him?
25   A.   Yes.

Page 35

1    Q.   And then who's the band teacher that you're talking
2    about -- Amoryea's band teacher?
3    A.   It's her band teacher.  I think she said the sixth
4    period.  I don't really know everything.   She'll -- they'll
5    be able to tell you better than me.
6    Q.   What did this band teacher supposedly do?
7    A.   She just says his attitude bad, he always talking
8    crazy to them, bad attitude.
9    Q.   And do you think there's some racial aspect of that,
10   as well?
11   A.   I don't know.
12   Q.   So the people that you do say are engaging in racist
13   behavior are a fifth grade teacher at Wakefield, and the math
14   teacher at Henderson -- correct?
15   A.   Yes sir.
16   Q.   Anybody else?
17   A.   No.
18   Q.   All right, so have you complained to anyone at LRSD
19   about either one of these teachers?
20   A.   Yeah, I went to the school board.  We haven't heard
21   nothing --
22   Q.   Well, tell me --
23   A.   -- as usual.
24   Q.   Tell me when you went to the school board, and who you
25   talked to?

Page 36

1    A.   The school board, we had the -- we had to talk to them
2    because of my oldest son, Wayland Bell.  And I don't know the
3    exact date we went.
4         It was in 2016.  The school board out here by Mills --
5    we went to that school board, for Mills.
6    Q.   So is that in the Pulaski County Special School
7    District?
8    A.   Yes sir.
9    Q.   And that was concerning Wayland Bell?
10   A.   Yes sir.
11   Q.   Did you ever complain to someone in the Little Rock
12   School District about the fifth grade teacher at Wakefield
13   and the math teacher at Henderson?
14   A.   No, we went to -- I went to the registration office
15   when I did that, when I was asking her about the better
16   schools I could put my kids in.  But they never have room for
17   them.
18        But I never went -- all I went to the school board
19   about that, with him, and I talked about it.
20   Q.   When did you go to the Little Rock registration office
21   to ask about better schools?
22   A.   In December, when I had to register them.
23   Q.   And what schools did you consider to be better
24   schools?  What schools did you want to put your kids in?
25   A.   I wanted my daughter to go to Pulaski Heights.  They

Page 37

1  say they have a waiting list, probably won't get in cause
2  it's a long waiting list.
3      Like next year I want her to go to Central.  They say
4  it's a waiting list.  And --
5  Q.   And then what about other schools you wanted Auxzavion
6  to go to?
7  A.   No.  Henderson -- once they told us they didn't have
8  any room for her, we just put him -- put them both over there
9  at Henderson.
10 Q.   Why did you want Amoryea to go to Pulaski Heights?
11 A.   Cause I heard -- I think it would have been better,
12 far as her learning and stuff.
13 Q.   Why do you say that?
14 A.   The teachers, I believe, is more forceful over there,
15 than they are at Henderson.
16 Q.   Have you been to Pulaski Heights?
17 A.   Yes, my niece went there.
18 Q.   Who's your niece?
19 A.   Brittany Malone [phonetic spelling].
20 Q.   When was she there?
21 A.   She just graduated in 2015.
22 Q.   When's the last time you were at Pulaski Heights?
23 A.   2015.
24 Q.   How many times did you go during that school year?
25 A.   I probably went up there twice.

Page 38

1  Q.   Did you go to Pulaski Heights during any other school
2  years?
3  A.   No sir.
4  Q.   Which teachers at Pulaski Heights did you think
5  forceful?
6  A.   Just looking at them going to class, all her
7  teachers -- they stayed on her all the time, and made sure
8  she learned, the education, and all that.  But like I said, I
9  haven't been there in two years.
10 Q.   When you did go there, did you sit in on any of
11 Brittany's classes?
12 A.   No.
13 Q.   Have you ever seen a teacher teach at Pulaski Heights?
14 A.   I walk by and listen to them, yeah.  But I never went
15 in their class to watch them.
16 Q.   Have you seen anyone teach at Central?
17 A.   No.  My nephew go there.
18 Q.   Who is your nephew?
19 A.   Brandon.
20 Q.   How did Brandon get into Central?
21 A.   His mama put him in there.
22 Q.   Do you know how they got in, and you were told that it
23 was going to be hard for you to get in?
24 A.   No, I don't.
25 Q.   Is Brandon African-American?

Page 39

1  A.   Yes.
2  Q.   How did Brittany get into Pulaski Heights?
3  A.   Her mom put her in there.
4  Q.   And ---
5  A.   I mean, you'll have to ask them; I don't know.
6  Q.   Do they live in the Pulaski Heights zone?
7  A.   Yes.
8  Q.   Do you?
9  A.   Yes.
10 Q.   You live in the Pulaski Heights zone?
11 A.   Now I do.
12 Q.   When did you move there?
13 A.   December 12.
14 Q.   I may have heard you wrong, but I thought you said
15 that you moved to the Henderson zone, and that's how you
16 moved from Cloverdale to Henderson.
17 A.   Yeah,  but with her grades, she could have got an M to
18 M transfer to go to Pulaski Heights.
19 Q.   So just to be clear, you live in the Henderson zone?
20 A.   Yes.
21 Q.   And Brittany, your niece who got into Pulaski Heights,
22 lives in the Pulaski Heights zone?
23 A.   Yes sir.
24 Q.   So what you were asking for -- well, tell me, were you
25 asking student --

Page 40

1  A.   M and M transfer.
2  Q.   -- registration to --
3  A.   For her to go to Pulaski Heights.
4  Q.   And this was in December?
5  A.   Yes sir.
6  Q.   Is -- other than what we've talked about, is there any
7  other race discrimination in the Little Rock School District,
8  that you're aware of?
9  A.   No sir.
10 MR. HELLER:    Can we take a short break, Shawn?
11 [Whereupon parties went off the record.]
12 [Back on the record.]
13 BY MR. HELLER:
14 Q.   Ms. Covington, there's just one more topic I'd like to
15 ask you about, and then we'll take your two children here,
16 we'll take their depositions real quickly, and then you'll be
17 done with us for awhile.
18     Let's talk about -- back to the part of your complaint
19 that talks about facilities and resources that are inferior
20 in the schools that your kids went to.
21     Tell me -- tell me which schools -- where the problems
22 are, in your view?
23 A.   Cloverdale, McClellan -- they need to be updated.
24 They old and like the bathrooms and stuff -- old.  The stalls
25 and stuff --

Page 41

1    Q.   At which school?
2    A.   Cloverdale and McClellan.
3    Q.   Well, let's -- since neither Amoryea or Auxzavion went
4  to McClellan, but they both went to Cloverdale, let's talk
5  about Cloverdale --
6    A.   Uh-huh.
7    Q.   -- in particular.  So tell me again, one problem is
8  the bathrooms that need updating?
9    A.   Uh-huh.
10    Q.   And that's a -- and what else?
11    A.   The school need updating, period.
12    Q.   Do you think it needs tearing down?
13    A.   Cloverdale, more like -- it's like outside area look
14  like a prison yard.
15    Q.   Is Geyer Springs a better school than Cloverdale?
16    A.   Geyer Springs?
17    Q.   Yes.
18    A.   Yes sir, I think so.
19    Q.   Is Henderson a better school than Cloverdale?
20    A.   No, no sir.  They about the same.
21    Q.   What's wrong with Henderson?
22    A.   It need to be updated too.  It's old and outdated --
23  bathrooms, all that.  Books -- everything need to be updated.
24    Q.   What about Central?
25    A.   I don't know about Central.

Page 42

1    Q.   All right, besides the bathrooms and the outdoor
2  areas, is there anything else that you think is a facilities
3  problem at Cloverdale?
4    A.   You talking about far as the food and -- the lunch and
5  stuff?
6    Q.   Well, just anything that you think falls into the
7  category of an inferior facility or inferior resources?
8    A.   Yeah, they can do better -- the lunches.  Like I say,
9  the whole school just need updating -- books, lunches,
10  everything.
11    Q.   What do you mean -- what makes you say that the books
12  need updating?
13    A.   They old.  Even with the books they were bringing home
14  -- old.  The books they check out the library is real old.
15    Q.   Do they have newer books at other schools?
16    A.   No sir.
17    Q.   Anything else that's a problem at Cloverdale?
18    A.   No, not that I can think of.
19    Q.   What about at Henderson?
20    A.   It's about the same.  They could update their books,
21  everything there too.
22    Q.   So do your kids use computers?
23    A.   Yeah, they say they use the little Chrome books.  They
24  don't bring them home.  But they can -- certain classes they
25  use them in.

Page 43

1    Q.   Where do they keep the Chrome books?
2    A.   I don't know; they don't bring them home.
3    Q.   Both of your kids have Chrome books to use at
4  Henderson?
5    A.   Yes sir.
6    Q.   And do they have computers to use at Cloverdale?
7    A.   I don't know.  They always only said something about
8  them little Chrome books.
9    Q.   So have you been to schools in the Little Rock School
10  District that you say are better than -- and more updated
11  than Cloverdale and Henderson?
12    A.   No sir, maybe an elementary they done redone, if that.
13  No.
14    Q.   So when your complaint talks about schools in which
15  white students are concentrated, do you know any schools that
16  white students are concentrated in?
17    A.   Yeah.  You're talking about they treat the -- the
18  black kids worse than the white kids?  Is that what you're
19  asking me?
20    Q.   Well, no.  Your complaint says that there are schools
21  in the Little Rock School District where white kids are
22  concentrated.
23       And I'm just asking you if you know what those schools
24  are, if you can name those schools?
25    A.   Pretty much -- pretty much the schools on there --

Page 44

1  Cloverdale, Henderson.  Like I said, my kids could tell you
2  better.  I'm not at the school everyday like she is.
3       I just go by what they tell me, and what I see when I
4  go up there.
5    Q.   Do you know of any majority white schools in the
6  Little Rock School District?
7    A.   Majority white schools?
8    Q.   Yes.
9    A.   Yeah -- Pulaski Heights is majority white, and Central
10  have black children, but they have more white.  So -- pretty
11  much -- and it -- them the only two schools that I've been in
12  and saw for myself.
13    MR. HELLER:   That's all I have.
14    MR. HOLLINGSWORTH:  I don't have any questions.
15    MR. CHILDS:  I do.
16           EXAMINATION
17  BY MR. CHILDS:
18    Q.   You mentioned that you visited Pulaski Heights Middle
19  School, twice, I think when you -- in 2015?
20    A.   Uh-huh.
21    Q.   When your niece was going there?
22    A.   Uh-huh.
23    Q.   Did you get an impression of what the facilities were
24  like at Pulaski Heights?
25    A.   They looked nice.  They more -- my niece -- my

Page 45

1   impression of it is it's not too many of us there -- I know
2   that.
3        And from her talking about it, they trying to push us
4   out.  You know, they trying to -- you know, push our kids out
5   of there.
6   Q.   But what did you think about the facilities?
7   A.   It's okay.  It can be updated too, though.  It's not
8   all of that.  From when she was there, some of the teachers
9   that I seen for myself, you know, they was good and they was
10  on her butt.
11       Far as the school school [sic], it could be updated as
12  well.
13       MR. CHILDS:  No more questions.
14       MR. HELLER:  All right, whichever one of your children
15  would like to be next.  We'll move through those pretty
16  quickly.
17  [Whereupon the deposition concluded at 10:45 a.m.]
18  [Witness waived reading and signing of deposition.]
19
20
21
22
23
24
25

Page 47

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 46

1              CERTIFICATE
2   STATE OF ARKANSAS  ]
3   COUNTY OF PULASKI  ]  ss
4   I, Stephanie G. Branton, an Arkansas Certified Court Reporter
5   and Notary Public in and for the aforesaid county and state,
6   do certify that the witness herein was sworn by me prior to
7   the taking of the testimony as to the truth of the matters
8   attested to and contained herein; that the testimony of
9   witness was taken, by Stenomask, in accordance with the Rules
10  of Civil Procedure, and the questions and answers were
11  reduced to typewriting by me; that the deposition is a true
12  and correct record of all proceedings, to the best of my
13  knowledge and belief. The review of the transcript was not
14  requested by the deponent. I further certify that I am
15  neither counsel for, related to, nor employed by any of the
16  parties to this action; I am not a relative or employee of
17  any attorney or counsel employed by the parties, nor
18  financially or otherwise interested in the outcome of this
19  action; that I have no contract with the parties, attorneys,
20  or any person with an interest in this action that would
21  affect impartiality. WITNESS MY HAND AND
22  SEAL as court reporter on this 21st day of April,  2017.
23       _____
24            STEPHANIE G. BRANTON, CCR
25

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

*********************************
LAKESHA DOES, Et. Al.                    PLAINTIFFS
V.          Case No. 4:15-CV 623 DPM
MICHAEL POORE, Et. Al.               DEFENDANTS
*********************************

ORAL DEPOSITION OF AUXZAVION LOVE
TAKEN IN LITTLE ROCK, ARKANSAS
MONDAY, APRIL 3, 2017
AT INSTANCE OF DEFENDANTS
**********

APPEARANCES
ON BEHALF OF THE PLAINTIFFS:
SHAWN CHILDS, ESQ.
John W. Walker, PA
1723 S. Broadway
Little Rock, AR  72206

ON BEHALF OF THE DEFENDANTS:

CHRISTOPHER HELLER, ESQ.
Friday Eldredge Clark
400 W. Capitol, Suite 2300
Little Rock, AR 72201
PATRICK HOLLINGSWORTH, ESQ.
ROSALYN MIDDLETON, ESQ.
Assistant Attorneys General
323 Center Street, Suite 200
Little Rock, AR  72201

---

Page 2

CONTENTS

PAGE

APPEARANCES                          1

STIPULATIONS                         3

WITNESS SWORN                        4

EXAMINATION BY MR. HELLER            4

EXAMINATION BY MR. CHILDS            12

FURTHER EXAMINATION BY MR. HELLER    12

COURT REPORTER'S CERTIFICATE         14

---

Page 3

STIPULATIONS

The oral deposition of AUXZAVION LOVE, produced, sworn and

examined in the offices of John W. Walker, P.A., 1723

Broadway, Little Rock, Arkansas, commencing at 10:55 a.m. on

Monday, April 3, 2017, in the captioned cause at the instance

of the counsel for the Defendants, said deposition being

taken according to the terms and provisions of the Federal

Rules of Civil Procedure.

It is hereby stipulated and agreed by and between parties

that all forms and formalities in the filing of said

deposition are hereby waived by the parties, and that this

deposition shall be taken for use as permitted by the Federal

Rules of Civil Procedure.

---

Page 4

1   WHEREUPON,
2              AUXZAVION LOVE
3   having been called to testify, was duly sworn and testified
4   as follows:
5              EXAMINATION
6   BY MR. HELLER:
7   Q.  Auxzavion, would you tell us your name, for the -- so
8   that Ms. Branton can put this in the record?
9   A.  My full name?
10  Q.  Your full name, please.
11  A.  Auxzavion Marquell Love [phonetic spelling].
12  Q.  Auxzavion, my name is Chris Heller.  And I'm just
13  going to ask you a couple of questions today.  And I ask that
14  you answer out loud so that Ms. Branton can take down your
15  answers -- okay?
16  A.  [nods head up and down]
17  Q.  Say yes or no.
18  A.  Yes sir.
19  Q.  Okay, thank you.  And if you don't understand my
20  question, just stop me and let me know that, and I'll change
21  it for you -- okay?
22  A.  Yes sir.
23  Q.  So if you need to take a break -- we're not going to
24  have a very long time here.  But if you need to take a break
25  for any reason, just let me know, and we'll do that -- okay?

EXHIBIT 11

Page 5

1   A.   Yes sir.
2   Q.   Where do you go to school?
3   A.   Henderson Middle.
4   Q.   And before that, you went to Cloverdale?
5   A.   Yes sir.
6   Q.   And did you just start at Henderson in January?
7   A.   Yes sir.
8   Q.   What kind of classes do you take at Henderson?
9   A.   I take gym, social studies, math, literacy, music, and
10  that's all.  Okay, first period, I got health science.
11  Second period, I have music.  Third period, I have art.
12  Fourth period, I have science.  Fifth period I have PE.  And
13  sixth period, I have math.  Seventh period, social studies,
14  and eighth period, English.
15  Q.   And you're in band too?
16  A.   [shakes head from side to side]
17  Q.   You're not in band?
18  A.   No sir.
19  Q.   Do you -- are you in any AP or pre-AP classes?
20  A.   No sir.
21  Q.   Were you ever in a health science pre-AP class?
22  A.   No sir.
23  Q.   Were you in pre-AP classes at Cloverdale?
24  A.   No sir.
25  Q.   Your mother said something about a Chrome book

Page 6

1   computer that you use at Henderson?
2   A.   Yes sir.
3   Q.   Do you -- where is that computer kept?  Does it stay
4   at the school?
5   A.   Yes sir.
6   Q.   Do you use that all day long?
7   A.   No sir, I use it in separate classes.
8   Q.   Are you involved in any extracurricular activities at
9   Henderson -- like sports or music or --
10  A.   No sir.
11  Q.   -- any clubs, or anything like that?
12  A.   No sir.
13  Q.   Were you at Cloverdale?
14  A.   No sir.
15  Q.   So you went to Wakefield, right, for fifth grade?
16  A.   Yes sir.
17  Q.   And did you have a problem with a teacher there?
18  A.   No sir.
19  Q.   Have you had any problems with your teachers at any of
20  your schools where you felt that the teacher was being unfair
21  to you for some reason?
22  A.   Yes sir, at Henderson.
23  Q.   Tell me what happened at Henderson.
24  A.   Like every time it's a -- sixth period, when I leave
25  gym, it's like when I'm coming down the hallway, my math

Page 7

1   teacher, Ms. Hogue [phonetic spelling], I just walk down the
2   hallway.  And I don't say nothing.
3        And then she'll just say something to me, like if you
4   come up in here doing anything, I'm going to write you up.
5   And then she'll write me up with a behavior document.
6        And then after that, if -- if like I answer a question
7   for somebody else, she'll give me a behavior document.
8   Q.   Okay.  And is Ms. Holt [phonetic spelling] the only
9   person who does that kind of thing to you?
10  A.   Yes sir.
11  Q.   So do you feel like any other teachers you've had in
12  the Little Rock School District have treated you unfairly?
13  A.   No sir.
14  Q.   How many behavior documents have you gotten from Ms.
15  Holt?
16  A.   Right now -- I've got three.  Yeah, three.
17  Q.   Have you been suspended because of that?
18  A.   No sir.
19  Q.   What's been the result of having those behavior
20  documents?
21  A.   Talking, talking.
22  Q.   Were you doing that at the time?
23  A.   I answered other people's questions.
24  Q.   But you haven't missed any school or any classes
25  because of the behavior documents?

Page 8

1   A.   No sir.
2   Q.   Have you had any kind of punishment at all?
3   A.   Yes sir.
4   Q.   What was it?
5   A.   You mean like at school punishment?
6   Q.   Yes.
7   A.   No sir, not at school punishment.
8   Q.   Did you get punishment at home because of the behavior
9   documents?
10  A.   Yes sir.
11  Q.   What happened?
12  A.   I got like -- I had -- I got my stuff took away.  And
13  I couldn't watch tv or nothing.
14  Q.   What stuff -- like you have a phone or a Game Boy, or
15  something?
16  A.   I got a Playstation 3, a tablet, and I got a phone.
17  Q.   Okay, and those all got taken away because of the
18  behavior documents?
19  A.   [nods head up and down]
20  Q.   Yes?
21  A.   Yes sir.
22  Q.   Did your mother have to go to the school because of
23  these behavior documents?
24  A.   No sir.  But it was this one problem at school she
25  gave me detention -- lunch detention.

Page 9

1    Q.   Okay.
2    A.   Twice.
3    Q.   And that was Ms. Holt?
4    A.   Yes.
5    Q.   What is her race?
6    A.   She's -- she -- Hispanic -- yeah, Hispanic.
7    Q.   Does Ms. Holt treat any other students in the same
8    kind of way that you think is unfair that she treats you?
9    A.   Yes sir.  My friend -- well, she's a girl -- my
10   friend, Kayla [phonetic spelling].
11   Q.   Okay.  What happened to Kayla?
12   A.   Kayla always get lunch detention and she get wrote up
13   too.
14   Q.   What for?
15   A.   For like talking, like me -- talking, for talking.
16   Q.   Was she actually talking?  Is that why she got the
17   detention?
18   A.   No, it's -- we do like group work, and then she be
19   like talking to other people.  But sometime she talk --
20   she talk like a little bit louder than everybody.
21        But the teacher, she tell us to like speak loud so we
22   can hear.  But then after that, she'll like write her up.
23   And she'll say you're being too loud.
24   Q.   Okay.  So is there anything else that any of your
25   teachers have done that you think is unfair to you?

Page 10

1    A.   No sir.
2    Q.   Did a teacher ever make any comment about your mother?
3    Did anybody ever say anything about feeling sorry for your
4    mother?
5    A.   She didn't say nothing like that, no sir.
6    Q.   Did any teacher ever say anything like that, to you?
7    A.   No sir.
8    Q.   And then when you moved, you recently moved from an
9    apartment to a house, right?
10   A.   Yes sir.
11   Q.   And that's when you also moved from Cloverdale to
12   Henderson, right?
13   A.   Yes sir.
14   Q.   Was there someplace else that you wanted to go to
15   school, besides Henderson?
16   A.   Yes, I wanted to go to -- I wanted to go to Dunbar.
17   Q.   Why did you want to go to Dunbar?
18   A.   It was like -- well, I have good grades and stuff.
19   But the teachers, they just said the only thing that was
20   wrong with my -- that I couldn't go to Dunbar cause of like
21   my conflict, like my conflict grade.
22   Q.   What's conflict?
23   A.   Like your behavior.
24   Q.   Okay.  And who told you that you couldn't go to
25   Dunbar?

Page 11

1    A.   It was my fifth grade teacher, Ms. Short [phonetic
2    spelling].
3    Q.   So Ms. Short at Wakefield, told you that you couldn't
4    go to Dunbar?
5    A.   Yes sir.
6    Q.   What's her race?
7    A.   She's not Hispanic, but she is -- I don't know how to
8    say it, I'm not trying to be racist, but she is white.
9    Q.   Okay.  So do you know where you want to go to high
10   school?
11   A.   Yes, I wanted to go to -- I wanted to go to J.A. Fair.
12   Q.   Why do you want to go to Fair?
13   A.   Because like I wanted to start like -- I wanted to be
14   like in more -- like in more physical activities and like
15   more groups, and stuff.
16   Q.   Do you think that would be better for you at Fair?
17   A.   Cause my brother, he went to McClellan, and my mom,
18   they didn't like McClellan.  So I chose I wanted to go to
19   Fair.
20   Q.   Anything else about your education in the Little Rock
21   School District that you think was wrong or unfair for some
22   reason?
23   A.   No sir.
24        MR. HELLER:  That's all I have.
25        MR. HOLLINGSWORTH:  I don't have any questions.

Page 12

1              EXAMINATION
2    BY MR. CHILDS:
3    Q.   You talked earlier about Ms. Holt, you getting in
4    trouble with her for asking, or answering other students'
5    questions.
6        What kinds of questions were they asked?
7    A.   Like for the problems that she would give you, she'll
8    be like they'll ask -- cause the problems they be mostly
9    hard.  And like I'm like -- I'm like the only person that
10   have a good answer for it.
11       And then like ask me what's A plus 0 or plus 12, or
12   something.  And then I'll say the answer, and she will be
13   like -- and Ms. Hogue [phonetic spelling] will say why you
14   always talking, you just talking for nothing.  But then I'll
15   say I just answered the question.
16       MR. CHILDS:  No more questions.
17            FURTHER EXAMINATION
18   BY MR. HELLER:
19   Q.   So your math teacher is Ms. Hogue -- H-o-g-u-e -- is
20   that right?
21   A.   Yes sir.
22   Q.   Is there any kind of system in math class for how
23   you're supposed to answer questions, or are you just supposed
24   to shout out an answer?
25   A.   No, sometimes -- sometimes we raise our hand, but when

Page 13

```
1     she say like if you got an answer, just tell me.  That's like
2     when I most of the time I get in trouble.
3           MR. HELLER:  All right, that's all I have.
4     [Whereupon the deposition concluded at 11:05 a.m.]
5     [Witness waived reading and signing of deposition.]
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 15

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 14

```
1              CERTIFICATE
2     STATE OF ARKANSAS  ]
3     COUNTY OF PULASKI  ]  ss
4     I, Stephanie G. Branton, an Arkansas Certified Court Reporter
5     and Notary Public in and for the aforesaid county and state,
6     do certify that the witness herein was sworn by me prior to
7     the taking of the testimony as to the truth of the matters
8     attested to and contained herein; that the testimony of
9     witness was taken, by Stenomask, in accordance with the Rules
10    of Civil Procedure, and the questions and answers were
11    reduced to typewriting by me; that the deposition is a true
12    and correct record of all proceedings, to the best of my
13    knowledge and belief. The review of the transcript was not
14    requested by the deponent. I further certify that I am
15    neither counsel for, related to, nor employed by any of the
16    parties to this action; I am not a relative or employee of
17    any attorney or counsel employed by the parties, nor
18    financially or otherwise interested in the outcome of this
19    action; that I have no contract with the parties, attorneys,
20    or any person with an interest in this action that would
21    affect impartiality. WITNESS MY HAND AND
22    SEAL as court reporter on this 21st day of April,  2017.
23         _____
24         STEPHANIE G. BRANTON, CCR
25
```

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**********************************
LAKESHA DOES, Et. Al.                    PLAINTIFFS
V.          Case No. 4:15-CV 623 DPM
MICHAEL POORE, Et. Al.                   DEFENDANTS
**********************************

ORAL DEPOSITION OF IDA PETTUS
TAKEN IN LITTLE ROCK, ARKANSAS
THURSDAY, APRIL 20, 2017
AT INSTANCE OF DEFENDANTS
**********

APPEARANCES
ON BEHALF OF THE PLAINTIFFS:
JOHN WALKER, ESQ.
John W. Walker, PA
1723 S. Broadway
Little Rock, AR  72206

ON BEHALF OF THE DEFENDANTS:

CHRISTOPHER HELLER, ESQ.
Friday Eldredge Clark
400 W. Capitol, Suite 2300
Little Rock, AR 72201
PATRICK HOLLINGSWORTH, ESQ.
ROSALYN MIDDLETON, ESQ.
Assistant Attorneys General
323 Center Street, Suite 200
Little Rock, AR  72201


Also present:  Joy Springer

---

Page 2

## CONTENTS

PAGE

APPEARANCES                                      1

STIPULATIONS                                     3

WITNESS SWORN                                    4

EXAMINATION BY MR. HELLER                4

EXAMINATION BY MS. MIDDLETON            76

FURTHER EXAMINATION BY MR. WALKER           88

FURTHER EXAMINATION BY MS. MIDDLETON        92

FURTHER EXAMINATION BY MR. HELLER           94

Deposition Exhibits - Marked for Identification

#1 Documents produced at deposition by witness  70

COURT REPORTER'S CERTIFICATE            98

---

Page 3

STIPULATIONS

The oral deposition of IDA PETTUS, produced, sworn and

examined in the offices of John W. Walker, P.A., 1723

Broadway, Little Rock, Arkansas, commencing at 10:10 a.m. on

Thursday, April 20, 2017, in the captioned cause at the

instance of the counsel for the Defendants, said deposition

being taken according to the terms and provisions of the

Federal Rules of Civil Procedure.

It is hereby stipulated and agreed by and between

parties that all forms and formalities in the filing of said

deposition are hereby waived by the parties, and that this

deposition shall be taken for use as permitted by the Federal

Rules of Civil Procedure.

---

Page 4

```
1    WHEREUPON,
2               IDA PETTUS
3    having been called to testify, swore to tell the truth in this
4    proceeding, and testified as follows:
5               EXAMINATION
6    BY MR. HELLER:
7    Q   Good morning, Ms. Pettus.
8    A   Good morning.
9    Q   I'm Chris Heller.  I represent the Little Rock School
10   District in the lawsuit that you've joined, and I would like
11   to ask you a few questions this morning.
12      But first of all, I want to let you know that you're
13   free to take a break any time you say you're ready to, and
14   we'll do that.  And also, to ask you to answer all my
15   questions verbally so that Ms. Branton can record your
16   answers.
17   A   Okay.
18   Q   And also, I want to be in a position to rely on your
19   answers if we go to trial in this case.  So, please, if you
20   don't understand my question, just stop me and ask me to
21   rephrase it, and I'll be happy to do that.
22   A   Okay.
23   Q   And if you do understand the question, please answer as
24   completely as possible.
25   A   Okay.
```

EXHIBIT 12

## Page 5

1    Q    All right.  Where do you live, Ms. Pettus?
2    A    Little Rock, Arkansas.
3    Q    What's your address?
4    A    9809 Ramona Drive, Little Rock, ZIP code 72209,
5    Q    Okay.  Who lives there with you?
6    A    Hmn?
7    Q    Who lives there with you?
8    A    I live alone.
9    Q    How long have you lived there?
10   A    About 35 years.
11   Q    Okay.  That saves us some time.  What's your occupation?
12   A    I am a retired teacher.
13   Q    Where were you teaching at the time you retired?
14   A    I retired -- I retired from the Arkansas Department of
15   Education in 2011.
16   Q    What did you do there?
17   A    I was an education program advisor.
18   Q    What does that job involve?
19   A    Providing technical assistance to Arkansas Public
20   Schools as it relates to Title I expenditures, and Arkansas
21   school laws.
22   Q    How long were you in that position?
23   A    Thirteen years.
24   Q    And can you give me a description of your day-to-day
25   work?  In other words, what it means to do -- to provide

## Page 6

1    technical assistance?
2    A    Okay.  Provided technical assistance to -- Arkansas
3    Public Schools as it related to Title I, the development of
4    ACSIP plans, school facilities, program evaluations.
5    Q    Okay.  Was most of your work in -- in an office in
6    Little Rock, or were you out in the field?
7    A    Some of the work was -- I worked out of the Little Rock
8    office, but I supervised various school districts over the
9    state.
10   Q    Okay.
11   A    Pulaski County, Little Rock School District, Garland
12   County.
13   Q    Let's talk about the Little Rock School District for a
14   moment.  What do you mean when you say you supervised the
15   Little Rock School District?
16   A    Okay.  I worked with them in the development of school
17   improvement planning, Title I expenditures, federal programs,
18   anything that had to do with school law.  And I also taught in
19   the Little Rock School District for 32 years.
20   Q    Okay.  During your time supervising the Little Rock
21   School District when you worked at ADE, who were the people at
22   the district you dealt with, primarily?
23   A    Say that again.
24   Q    When you were working at ADE providing technical
25   assistance to LRSD, who were the people at LRSD that you dealt

## Page 7

1    with primarily?
2    A    The superintendent at that time was Dr. Linda Watson.
3    Q    Did you work with Mr. Adams in federal programs -- Leon
4    Adams?
5    A    Yes -- Leon Adams, yes, uh-huh.
6    Q    Anyone else that you remember from LRSD?
7    A    They were the key people -- the superintendent and Mr.
8    Adams.
9    Q    Okay.  And was your work with LRSD limited to the period
10   of time when Dr. Watson was superintendent?
11   A    Okay.  Was it limited?  What --
12   Q    Right.  You said you worked with the superintendent at
13   LRSD who was Linda Watson at the time.
14   A    Yes.  We provided technical assistance.  I provided
15   technical assistance reports to her.
16   Q    Did you work with any other LRSD superintendent, besides
17   Dr. Watson?
18   A    No.
19   Q    Okay.  And what types of things would be included in the
20   technical assistance reports that you provided Dr. Watson?
21   A    It would be violations of uses of Title I, conditions of
22   facilities, observations of students' learning, improving test
23   scores.
24   Q    Okay --
25   A    And definitely the school improvement plan, because they

## Page 8

1    had to create the school improvement plans as they received
2    federal monies that included Title I.
3    Q    And where are those reports now that you provided Dr.
4    Watson?
5    A    They would probably be in the federal courts, because
6    after our visits, we had to do what was called program
7    monitoring reports.  And they were submitted to the federal
8    courts, monthly.
9    Q    And are we talking about only the years that Dr. Watson
10   was superintendent, or some broader period of time?
11   A    I worked in school improvement from -- from 1998 through
12   2011, so it would be those years.
13   Q    And did you work with LRSD during all of those years?
14   A    About two of those years, so -- and I worked with other
15   counties.  But about two of those years I assisted another
16   education program advisor in Little Rock School District.
17   Q    Who was that person?
18   A    Linda Hill.
19   Q    What was her title?
20   A    She was an education program advisor as well.
21   Q    Out at ADE?
22   A    Yes.
23   Q    Do you know if she still works for ADE?
24   A    Yes, she does.
25   Q    Okay.  Have you spoken --

Page 9

1  A    No, no, she's not at ADE. I'm sorry. She's working in
2  Little Rock School District now.
3  Q    Okay. During the time you worked with her these two
4  years you were talking about, where was she working?
5  A    At ADE in the --
6  Q    Okay.
7  A    -- out of the ADE office.
8  Q    And can you tell me what the -- what years those were,
9  the two years that you worked with LRSD?
10 A    That she worked, or me?
11 Q    No, that you did.
12 A    Oh -- 1998 through 2011.
13 Q    Okay. So I misunderstood. I thought you said you
14 worked with LRSD for two of those years?
15 A    Okay. I -- okay. You -- okay. You said -- okay, you
16 said Little Rock School District -- two years. But my entire
17 working time at ADE was 1998 through 2011.
18 Q    Okay. And during that period --
19 A    So I worked with Little Rock --
20 Q    Go ahead.
21 A    -- School District as an education program advisor for
22 about two years.
23 Q    And what were those years?
24 A    It was '09,'10.
25 Q    Okay. So, after LRSD had achieved unitary status?

Page 10

1  A    I did -- so you're saying after they achieved unitary
2  status, did I continue to work with them?
3  Q    No. The district was fully unitary in '07.
4       MR. WALKER: Object to form of question, and to the
5  premise of the question.
6       MR. HELLER: There's a federal court order declaring
7  LRSD unitary in 2007. So I'm curious about why you
8  submitted --
9       MR. WALKER: Well, I still object to the question.
10 The court --
11      MR. HELLER: Okay.
12      MR. WALKER: The court declared, except for program
13 evaluation, Little Rock unitary in 2002.
14      MR. HELLER: Okay.
15 BY MR. HELLER:
16 Q    So LRSD was unitary before '09/'10. So why were you
17 submitting reports to the federal court about LRSD?
18 A    Because I was asked to do so, to continue those reports.
19 Q    By whom?
20 A    By my supervisor.
21 Q    Who was that?
22 A    At that time the person that requested them was Dr.
23 Charity Smith. They went through her office.
24 Q    Okay. Do you still have any of those reports?
25 A    No, I don't.

Page 11

1  Q    Were they kind of produced electronically, or on paper?
2  A    They were produced electronically, and faxed. I mean,
3  and -- and emailed to Lewis Ferren [phonetic spelling].
4  Q    Who was --
5  A    Who was part of Dr. Charity Smith's office. Lewis
6  Ferren, L-e-w-i-s -- F-e-r-r-e-n.
7  Q    And what was his job?
8  A    He was part of the equity department -- educational
9  equity.
10 Q    So did you submit any reports directly to federal court?
11 A    No. That wasn't the protocol. I submitted them
12 directly to Lewis Ferren, monthly.
13 Q    And did you submit any reports directly to Dr. Linda
14 Watson?
15 A    Yes.
16 Q    What type of reports?
17 A    Okay. If I accompanied Linda on a visit to Little Rock
18 School District, or if we visited Little Rock School District,
19 we would leave -- meet with the superintendent at the end of
20 the day and leave a copy of program findings from our visits
21 in the schools.
22 Q    And you said 'we' would meet with the superintendent.
23 Who do you --
24 A    It would be Linda Hill and a team of other education
25 program advisors.

Page 12

1  Q    So I want to make sure I understand what your job was,
2  and what you were trying to do with LRSD. So you've mentioned
3  Title I, school improvement, school visits. What was the
4  purpose of the school visits?
5  A    The purpose of the school visits were to ensure that --
6  that federal funds were being expended properly as they had
7  stated in their school improvement plans.
8       The purpose of the visit was to make sure that children
9  in the classrooms and in the schools were being treated
10 equitably, making sure that the seating in the classes are not
11 segregated, like having maybe one group off to one side of the
12 room, another group off to another side of the room, like
13 black children to one side, and white children to another
14 side.
15      Also, we took a look at the programs that they say that
16 they were using in their school improvement plan. We made
17 sure that these programs were being used in the classrooms.
18 We made sure that they were doing what they were saying that
19 they were doing in their ACSIP plans that it -- as it
20 pertained to spending federal dollars in the schools.
21 Q    Okay. How many times during your two years working with
22 LRSD did you visit LRSD schools?
23 A    Numerous, numerous times, lots of times.
24 Q    Did you go to every school in the district?
25 A    Yes.

1   Q    And how did you determine whether or not federal funds
2   were being expended properly?
3   A    First of all, their ACSIP plans and some of the results
4   that we saw, if they say that they were spending Title I on
5   a -- for a teacher's salary to work with low-income children
6   -- we observed that in the classrooms.
7        One of the things that we wanted to see was what we --
8   that we wanted evidence of, was parental involvement.  We
9   would look at sign-ins.  They would have to provide documents
10  to us, documentation to us as to what they were doing.  So it
11  was observing and documentation.
12  Q    Did you help LRSD write school improvement plans?
13  A    Yes, we provided technical assistance to them.
14  Q    Did you ever find any violations in LRSD?
15  A    Yes.  One of the biggest violations that we found was
16  that they were doing what was called 'cookie-cutter plans'.
17  One plan -- they had one plan for every school in the
18  district.
19  Q    One school improvement plan?
20  A    One person wrote one school improvement plan, and they
21  used the plan for every school in the district.
22  Q    So how did -- and those plans had to be submitted to
23  somebody at ADE?
24  A    They had to be submitted to ADE.
25  Q    So how did that happen, if you and your office were

1   providing technical assistance?
2   A    Okay.  We would meet with the federal coordinator and
3   talk about the cookie-cutter plans.  And then we went to every
4   school, you know, to work with the principal on
5   individualizing the plans for that individual school.
6   Q    So did that result in the schools developing individual
7   plans?
8   A    Somewhat.
9   Q    What do you mean?
10  A    They kind of felt that they had no autonomy in
11  developing their own plans.  And that was -- that was
12  definitely a violation, and one of the problems.
13  Q    So what authority did you have if you saw a violation?
14  A    We would -- I would bring it to the superintendent's
15  attention.
16  Q    That being Dr. Watson?
17  A    Yes.
18  Q    Did she ever do anything to attempt to remedy any of the
19  violations you brought to her attention?
20  A    No.
21  Q    So what further authority did you have to remedy the
22  problem if the superintendent was not responsible?
23  A    Well, we had to keep working with them.  But a lot of
24  the evaluations and results are in those program monitoring
25  reports that went to the courts.

1        So if some of the -- if some of the inequities and
2   violations that I wrote up or we wrote up, you know, nothing
3   every happened, they're in the federal courts somewhere, filed
4   away.
5   Q    Why did you no longer work with LRSD after 2010?
6   A    I was asked to leave because they told me that I didn't
7   have my calendar updated.  So I was asked to leave.
8   Q    Asked to leave ADE?
9   A    Yes.
10  Q    Who asked you to leave?
11  A    Laura Bednar [phonetic spelling].
12  Q    And what was the reason?
13  A    I didn't have an updated calendar.
14  Q    Did anyone at ADE try to take any action against LRSD to
15  address the violations that you say you reported?
16  A    They -- yes, they did.  Some of the, you know,
17  supervisors did meet with them on the -- on some of the
18  violations.  And it eventually led to a lot of the problems
19  that Little Rock School District is having now with the
20  federal government.
21  Q    What are you referring to?
22  A    One of things -- that the school district had cookie-
23  cutter school improvement plans, and the school board at that
24  time did not have a school improvement plan either.  They
25  should've had one.  And they were warned several times about

1   the school improvement plans.  Those were just one of the
2   things.
3   Q    I'm not sure what kind of plan you say the board
4   should've had.
5   A    They should've had a plan to support all of the schools
6   that were in school improvement.  And the school board
7   president should've signed off on that plan.  And they knew
8   nothing about having a plan.
9   Q    And when -- what period of time are we talking about
10  right now?
11  A    We're talking about '07, '08, '09.
12  Q    And other -- so you're saying at the time you stopped
13  working with LRSD, they still had cookie-cutter school
14  improvement plans?
15  A    Yes.
16  Q    Meaning that every school had the same plan?
17  A    Yes, uh-huh.
18  Q    And what was the -- what were the primary features of
19  that plan?
20  A    Basically how -- basically how they would spend Title I
21  to improve literacy and math in all of the schools.  And there
22  were more problems.  There were more improvement problems in
23  the school than working on, you know, literacy and math for
24  all the children.
25       Because all the children didn't need the same kinds of

Page 17

1  interventions, or those same kinds of things.  And they were
2  just -- it was just cross the -- across the board in every
3  school.
4      And some of the schools in west Little Rock had the same
5  cookie-cutter plans, but they were using the Title 1 monies
6  for other things.
7  Q  So did every single school in the Little Rock School
8  District have a school improvement plan?
9  A  Yes.
10  Q  And they were all pretty much the same?
11  A  All the same.
12  Q  All right.  And what was the plan in those cookie-cutter
13  plans?  What was the plan to improve literacy and math?
14  A  The plan was to use Title 1 to employ intervention
15  teachers or Title I teachers; just basic.  It didn't have --
16  they didn't have a whole lot in them, but all the plans were
17  alike.
18  Q  And would that have been an improper use of Title I
19  funds?
20  A  Very much so, uh-huh.
21  Q  So hiring intervention teachers or Title I teachers
22  isn't allowed by Title I?
23  A  It's allowed by Title I, but the Title I teachers were
24  misusing the Title I funding in some of the schools.  Because
25  what they were doing -- they had what was called 'push-in

Page 18

1  classes' and 'pull-out' in some of the schools.
2      And that's -- in some of the schools they were pulling
3  the African-American children out of the class, and being paid
4  by Title I.  And then in some of the white schools where there
5  were mostly white students, they were going into the
6  classrooms working with the white students.
7      So while the black kids were out of the classrooms, they
8  were missing, you know, some important instruction.
9  Q  So what are the white schools you're talking about?
10  A  I'm talking about Fulbright, Forest Park.  I know Booker
11  has a mix, but I did see that at Booker.  I know those three
12  -- I know those three schools that I can remember.
13  Q  Okay.  And which schools -- you said these white schools
14  were using, or implementing Title I differently than the
15  way --
16  A  Yes, uh-huh.
17  Q  -- other schools were?
18  A  Yeah.
19  Q  So what was the -- what were the other schools doing?
20  A  Okay.  They were pulling African-American children out
21  of the classrooms, and taking them to little offices, working
22  with them.  And during some of my visits, I would observe the
23  kids in the Title I teachers' classes playing, or doing
24  nothing, or just sitting in there.
25  Q  And this -- this happened, you said, at schools with

Page 19

1  higher percentages of African-America students?
2  A  Yes, uh-huh.  They did pull-outs.  And in the schools
3  where I observed more white kids, they did what was called
4  'push-in.'  They'd go into the classrooms to work with the
5  children.  And that's how it should have been done.
6  Q  And who qualifies for Title I instruction?
7  A  Children who are low socioeconomic.  When they -- they
8  are at least the 30 percent, 30 percent or lower free and
9  reduced lunch; so children that receive free and reduced
10  lunch.
11  Q  And did you talk to someone at LRSD specifically about
12  this difference between push-in and pull-out at different
13  schools?
14  A  Yes.  After a visit, and I included those in my program
15  monitoring reports that went to the federal courts.
16  Q  Okay.  Did you have any discussion with anybody at LRSD
17  about that problem?
18  A  I believe there was a man that we met with too, other
19  than Linda Watson.  I can't think of his name.
20  Q  Do you remember what his job was?
21  A  I think he was an assistant superintendent.
22  Q  Okay.  Remember what his race was?
23  A  It was white.
24  Q  Okay.  And what year would this have been?
25  A  '07, '08, '09.

Page 20

1  Q  Okay.  So what did you talk to the white assistant
2  superintendent about?
3  A  We would share our findings with him.  You know, we
4  observed children in this school that were being served by
5  Title I in the class.  We visited another school, and the
6  African-American children were being pulled out to be served
7  by the Title I teacher.
8  Q  Well, let me -- when you say the African-American
9  children were being pulled out --
10  A  Uh-huh.
11  Q  -- are you talking about at a school that's
12  predominantly African-American children?
13  A  Predominantly African-American children.
14  Q  Are you saying that white Title I children at a school
15  were treated differently from black Title I children at the
16  same school?
17  A  Yes.
18  Q  At --
19  A  Uh-huh.
20  Q  -- the same school?
21  A  Uh-huh.  And also, if -- at Fulbright you may have --
22  you may have five or six African-American children in a class
23  that qualified for Title I.  And then you may have some white
24  children in the class that don't qualify, or they do qualify.
25  But they would leave that few African-American children in the

Page 21

1  class with the white kids, and so they would do push-in.  And
2  then they would serve both groups.
3      Q   Okay.  So are you saying at Fulbright both the African-
4  American students and the white students who were in Title I
5  were push-in?
6      A   Uh-huh.
7      Q   Yes?
8      A   Uh-huh.  Now, you -- it would be say maybe three to five
9  African-American children, and maybe six or seven white kids.
10 So they didn't pull them out.  Because if they pulled them
11 out, they would have to pull out like the whole group.  So
12 they would leave them in the classroom, and serve them in the
13 classroom.
14     So really the services, in my opinion, was trickling
15 down to the white kids and not the black kids.
16     Q   And how was that happening?
17     A   I would -- I observed the teacher working more with the
18 white students than she was the African-American children in
19 the classroom.
20     Q   At what school?
21     A   Fulbright.
22     Q   And this is a Title 1 teacher?
23     A   Uh-huh.
24     Q   Yes?
25     A   Hmn?

Page 22

1      Q   Yes.
2          MR. WALKER:  You have to say yes or no.
3      A   Yes.  Yes.  I didn't know the name.
4  BY MR. HELLER:
5      Q   Who was the teacher?
6      A   I don't know the name, sir.  I didn't know the name.
7      Q   Did you write it in a report somewhere?
8      A   We didn't use names in the reports.
9      Q   Did you observe that at a school other than Fulbright?
10     A   Fulbright, Forest Park.  Those are two schools I
11 remember.
12     Q   So let me be clear.  You're saying that at both
13 Fulbright and Forest Park, the Title I teachers were paying
14 more attention to white Title I students than black Title I --
15     A   Uh-huh.
16     Q   -- students sometime between '07 and '09?
17     A   Uh-huh.  I'm saying at Fulbright, I saw a difference --
18 I saw a difference at Fulbright.  If they did a push-in and
19 there were a few black kids in the group, they worked more
20 with the white students.
21     Q   All right.  So that was just at Fulbright --
22     A   That was --
23     Q   -- that you saw that?
24     A   -- just at Fulbright.
25     Q   Okay.

Page 23

1      A   At Forest Park, if they had -- if there were Title I
2  students, they were not pulled out of the class.
3      Q   Okay.
4      A   When I visited schools that were predominantly all
5  African-American, those kids were pulled out of the class from
6  anywhere from 30 minutes to an hour, to go and work with this
7  teacher in her office.  And that shouldn't have been.
8      Q   Now at the schools that were predominately African-
9  American, were all the kids pulled out of the classroom to
10 work with the Title I teacher --
11     A   No.
12     Q   -- regardless of race?
13     A   No.  No.  Just -- she had a schedule.  Like, okay, I'm
14 going to take this four or five from 9:00 to 9:30, this four
15 or five 10:00 to -- just small groups.
16     Q   At the schools that were predominately African American
17 were white or Hispanic kids who were in the Title I program
18 treated any differently than African-American kids who were in
19 the Title I program?
20     A   Yes, they were.
21     Q   How so?
22     A   The white kids remained in the class for services -- for
23 Title I services.  And the black children were pulled out for
24 Title I services.
25     Q   And tell me how that worked, as a practical matter.  Are

Page 24

1  you saying there's a class with black kids and white kids
2  together, and somebody says, okay, black kids leave, white
3  kids stay here?
4      A   No. I said at Fulbright --
5      Q   No. I'm talking about schools that are predominantly
6  African-American.
7      A   Okay.  They pulled the black children out in groups.
8  And, of course, they -- I mean, if they're 25, 30 kids in a
9  class, they're not going to pull all 30 out.
10     But they pulled them out in small groups, when the
11 services that are provided should be provided in the
12 classroom.
13     Q   Right, I understand that.  And I'm just trying to figure
14 out at these schools where they pulled kids out -- which you
15 said were the predominantly African-American schools -- did
16 they pull out all the Title I kids?
17     A   During the period of a day, they are pulled out at
18 different times.
19     Q   Right, but eventually every kid at the predominantly
20 African-American schools with pull-outs pulled all the Title I
21 kids out, correct?
22     A   Uh-huh.
23     Q   All right.  So at those schools, none of the Title I
24 kids were taught in the classroom?
25     A   No.

Page 25

1  Q   Okay.
2  A   The services should be provided in the classroom.
3  Q   You're saying they should've been, but they weren't at
4  the predominately African-American schools?
5  A   No.
6  Q   Who made that decision for LRSD?
7     MR. WALKER:  Just a moment.
8     THE WITNESS: Hmn?
9     MR. WALKER:  You are saying -- I think that -- would
10  you read that back?  Let's make sure that the answer -- I
11  think she answered your question 'No'.
12     But it was not responsive to your question.  I think
13  that you both are saying the same thing, but the record won't
14  show it.
15     THE WITNESS:  He's asking me the same thing
16  over and over.
17     MR. WALKER:  No, no, no, no.  Stephanie, do you mind
18  reading that back?  I want to make sure --
19  [Whereupon parties went off the record.]
20  [Back on the record.]
21  [Whereupon the previous question and answer were reread,
22  "You're saying they should've been, but they weren't at the
23  predominately African-American schools?" Answer - "No,"].
24  [Whereupon parties went off the record.]
25  [Back on the record.]

Page 26

1     MR. HELLER:   Well, let me just try one more time
2  here so to make it clear.
3     MR. WALKER:  All right.
4     MR. HELLER:  All right, Ms. Pettus.  Sorry for the
5  confusion.  Let me you ask two more questions and see if I can
6  make this clear.
7     THE WITNESS: It's -- it's not confusion.
8     MR. WALKER:  Wait just a moment.  Let him ask the
9  question.  And don't anticipate his question.  Just wait till
10  the question, hear it -- the whole thing.  And then give a
11  response.
12  BY MR. HELLER:
13  Q   At the schools where Title I services were provided by
14  pull-out programs, were all the kids -- regardless of race --
15  at those schools served by the pull-out program?
16  A   At Fulbright they are not.  In the African-American
17  schools, they are pulled out at different times of the day.
18  Q   I thought you told me Fulbright did not have a pull-out
19  program?
20  A   I did not tell you -- I told -- I did not say that.  I
21  said Fulbright has what's called a 'push-in' program.  Pull-
22  out and push-in is two different things.
23  Q   I understand.  So Fulbright is push-in?
24  A   Uh-huh.
25  Q   What schools are pull-out?

Page 27

1  A   Okay.  Pull-outs -- Chicot, Washington -- they pull kids
2  out.  Most the -- most of the schools that I visited that were
3  predominantly African-American have pull-out programs.
4  Q   So when a predominantly African-American school has a
5  pull-out program, does that mean that every Title I student is
6  pulled out to receive Title I services?
7  A   At different times of the day.
8  Q   Right.
9  A   Uh-huh.
10  Q   But every Title I student at a predominantly African-
11  American school that has a pull-out program is treated the
12  same way -- they're all pulled out at some point during the
13  day.  Is that correct?
14  A   They're all pulled out at some point in the day, when
15  they shouldn't be.
16  Q   Okay.
17  A   They should not be.  In the white schools, white
18  students are not pulled out of the class to go to pull-out
19  programs.
20  Q   So you're saying there are white schools, and you named
21  three -- Fulbright, Forest Park, and Booker.
22  A   Uh-huh.
23  Q   So at those schools they have push-in programs?
24  A   Uh-huh.
25  Q   That's correct?

Page 28

1  A   Uh-huh.
2     MR. WALKER:  You have to say yes.
3  A   Yes. Yes.
4  Q   So at schools with push-in programs, is every Title I
5  student in the school -- regardless of race -- participating
6  in the push-in rather than a pull-out?
7  A   Yes.
8  Q   Okay.
9  A   But the problem is, like I stated at first, if you've
10  got three to five African-American children in a white school
11  that's Title I, and you may have some white children in that
12  classroom that don't even qualify for Title I.
13     And they are grouped in with these black children, and
14  they still receive the services, and they don't even qualify.
15  And I've observed this white group receiving more services
16  than that three to five in that classroom.  That's the
17  problem.
18  Q   At Fulbright?
19  A   At Fulbright, and some other white schools that I
20  visited that have predominantly more white children there.
21  Q   All right.  Tell me what's your definition of a white
22  school?
23  A   I -- what you look at is the percentages, the classes of
24  race there.  If it's -- some of the schools, like Fulbright,
25  may be 60 percent, 60/40 or 70/30; maybe 70 percent white, 30

Page 29

1    percent black.
2        So if it's 70 percent white or Caucasian, then that's a
3    white school.  If it's 29, 30 percent black, then that's a
4    white school.
5        If you look at school like Cloverdale, it's 98 percent
6    black.  That's a black school.
7    Q    Okay.
8    A    You look at J.A. Fair -- 98 percent black.  That's
9    black.  That's how you -- I mean, that's how the district
10   looks at the schools.  You look at percentages.
11   Q    So during the time you were working with the district in
12   '07 through '09, what were the white schools?
13   A    What were the percentages?
14   Q    No.  Name the white schools.
15   A    Fulbright.  Okay, I know Fulbright, Forest Park, Pulaski
16   Heights, Don Roberts, Carver -- probably Carver -- Don
17   Roberts, Forest Park.  And I'm just -- Bale, Pulaski Heights
18   Elementary, Pulaski Heights Middle.
19   Q    Is that all you can think of?
20   A    Uh-huh.
21   Q    Yes?
22   A    Uh-huh.  Yes, I'm sorry -- yes.
23   Q    How many times did you visit Don Roberts during your
24   work at ADE?
25   A    One time.

Page 30

1    Q    What year was that?
2    A    It was '10.
3    Q    When was Don Roberts built?
4    A    I don't remember.  I know it's fairly new.
5    Q    So who decided at each school what kind of Title I
6    program there would be at that school?
7    A    When you say 'what kind of Title I program,' were they
8    going to do literacy or math or --
9    Q    Well, let me ask you this.  Who decided at each school
10   whether or not the school would have a push-out program or
11   pull-in program?
12   A    At the time it was the federal programs coordinator.
13   Q    Okay, so Mr. Adams?
14   A    Yes.
15   Q    And he's African-American?
16   A    Yes.
17   Q    Did you ever talk to him about why different schools had
18   different approaches to Title I?
19   A    Yes.
20   Q    When did you talk to him about that?
21   A    He received program monitoring reports, and met with him
22   after school visits.
23   Q    How many times would you say you met with Mr. Adams?
24   A    Probably, oh, two times a year.
25   Q    And what can you remember about what he said about why

Page 31

1    different schools had different approaches to Title I?
2    A    I don't remember.  I know that they had cookie-cutter
3    plans.  And the principals initiated Title I, probably the way
4    they thought it should go.
5    Q    So, as far as you know, it was up to the principals to
6    decide how to use their Title I funds?
7    A    Again, they had the cookie-cutter plans and, you know,
8    it's -- it was laid out what they should've been doing with
9    the money, in using the money to improve literacy and math in
10   the schools, so.
11   Q    Did the cookie-cutter plans say anything about whether
12   it should be implemented with a pull-out program or a push-in
13   program?
14   A    No.
15   Q    So the cookie-cutter plans didn't address that at all?
16   A    No.
17   Q    And you disagreed with the idea of cookie-cutter plans,
18   right?  You didn't think there should be cookie-cutter plans?
19   A    Well, I didn't disagree.  But one of the Title I regs --
20   rules and regs states that they can't do that.
21   Q    Okay.
22   A    It wasn't me disagreeing; it's rules and regs.
23   Q    Okay.  And what does that reg that you're referring to
24   say?
25   A    It just states that Title I cannot -- it -- Title I

Page 32

1    cannot be used for push-ins; cannot be used for pull-outs.
2    Q    Okay.  And you were providing technical assistance with
3    those plans, right?
4    A    Yes.
5    Q    Okay.  So what happened?  Did you -- was part of your
6    technical assistance to say you cannot have a pull-out
7    program?
8    A    Uh-huh.
9    Q    Yes.
10   A    The recommend -- I'm sorry -- yes, uh-huh.  The
11   recommendations were made and the findings, again, were sent,
12   you know, to federal court, once a month.
13   Q    But you're saying you specifically recommended that
14   certain schools should not have pull-out programs?
15   A    Yes.
16   Q    And do you know whether that ever changed in LRSD?
17   A    No, it hasn't changed.
18   Q    How do you know that?
19   A    I'm in touch with parents that attend various Little
20   Rock schools.  And they tell me that their children are being
21   pulled out of the classes for instruction.
22   Q    At which schools?
23   A    Baseline, Chicot, Cloverdale Middle School, Meadowcliff,
24   Dunbar, Hall.
25   Q    And how are you in touch with these parents?

Page 33

1    A    They live in my neighborhood.
2    Q    So you've spoken with a parent of a student at each of
3    the six schools you just named?
4    A    Yes.
5    Q    Who are the parents?
6    A    You want their names?
7    Q    Yes.
8    A    A Mrs. Vences -- V-e-n-c-e-s.  Mrs. McDaniels.  Okay,
9    and I'm thinking.  Mrs. Lopez.  It's been about six.  I know
10   these three from the neighborhood.  And the others -- I'm a
11   part of the Southwest Neighborhood Association.
12        And the others that I met talked about it in the
13   neighborhood association meeting.
14   Q    Who are those others?
15   A    Let me think.  A Mrs. Brown.  Can't think of the other
16   two, but these four.
17   Q    Okay.  And Mrs. Vences, where -- where does her -- where
18   do her children go to school?
19   A    Her child attends Hall.  I'm sorry, her child attends
20   McClellan.
21   Q    Okay.  And McDaniels?  Ms. McDaniels, where does her
22   child go?
23   A    Her child attends Wilson.
24   Q    Ms. Lopez?
25   A    Baseline.

Page 34

1    Q    And Ms. Brown?
2    A    Mrs. Brown -- Chicot.  The other two, I don't remember.
3    Q    Okay.  Does the Southwest Neighborhood Association have
4    a position on whether there should be a new southwest high
5    school built?
6    A    Yes, we do.
7    Q    What's the position?
8    A    No.
9    Q    Why not?
10   A    It's no.
11   Q    Okay.  Well, has there been any discussion about the
12   reasons?
13   A    The discussion is -- is that Little School District
14   hasn't put very much money into the schools where African-
15   Americans are attending now.
16        So why would you want to take that money and a build a
17   new school, when Cloverdale is falling apart out there?  And
18   the schools -- those schools need renovating.  So our position
19   is no on that.
20   Q    Have you heard of the school district's plan to build a
21   new southwest high school that would be for the students who
22   presently attend Fair and McClellan, and to tear down
23   Cloverdale, and tear down most of McClellan and rebuild that
24   into a middle school for Cloverdale students?
25   A    I've attended every meeting, and -- and we -- it's no.

Page 35

1    Q    Okay.
2    A    I've attended all those meetings, and we're going to
3    vote against the millage.
4    Q    Okay.  Well, so my -- but my question is have you heard
5    about that entire plan?
6    A    Yes.
7    Q    Okay.
8    A    Uh-huh.
9    Q    But you're against it?
10   A    I'm against it.
11   Q    Even though it involves demolishing Cloverdale?
12   A    Again, Little Rock hasn't -- you know, been really
13   faithful and done well with the monies that you've had.  When
14   you all renovated Chenal, you didn't pass a millage to
15   renovate Chenal.
16        You used deseg money to do that.  And so why can't you
17   use deseg money or some of the other monies that you have to
18   build the new school?
19        And, again, Chenal is an all-white school, and the
20   students out there have been cherry picked to attend.  You're
21   not allowing very many black children to go to that school out
22   there.
23   Q    Which school are you referring to?
24   A    Chenal, the new -- the new school in Chenal.
25   Q    Okay.  Do you know what --

Page 36

1    A    You know what I'm talking about?
2    Q    Do you know what school district it's in?
3    A    It's part of the Little Rock School District.
4    Q    And it's called Chenal?
5    A    Is that the name of the school?
6    Q    You'll have to answer.  Just tell us what you know.
7    A    No, the school that you've recently renovated with deseg
8    money.  It's in Chenal.
9    Q    Do you know what grade levels you're talking about?
10   A    It's a middle school, I believe.
11   Q    Okay.
12   A    Baker Kurrus was instrumental in getting it done.
13   Q    You talking about Pinnacle View Middle School?
14   A    Pinnacle View, yes.  I'm sorry, I didn't know the name.
15   Q    Okay.  So the Southwest Neighborhood Association you
16   said is against the millage as well?
17   A    Yes.
18   Q    Why?
19   A    Because you all haven't done a good job at renovating
20   the schools out there that are in need of renovations.  And
21   they're not, you know, equitable to the new Pinnacle Point
22   [sic] school that you just renovated, and just haven't done
23   very well, with our tax money.
24   Q    So you're saying you're against building a new school in
25   southwest?

Page 37

```
 1   A    Yes.
 2   Q    Okay, so --
 3   A    And I'm going to vote against the millage.
 4   Q    Is that the position of the neighborhood association as
 5   well?
 6   A    Yes.
 7   Q    When is the last time you saw a school improvement plan
 8   for any of the LRSD schools?
 9   A    2011.
10   Q    Why were you looking a school improvement plan in 2011?
11   A    I was looking at it to make recommendations on changes
12   or improvements.
13   Q    I thought you said earlier that you worked with LRSD
14   during '09 and '10?
15   A    I didn't say that.
16   Q    So what years did you work with the LRSD?
17   A    I worked for LRSD 1978 through 1998.  And I said that I
18   went to the Department of Ed in 1998.
19   Q    Okay, and let me rephrase my question.  During the time
20   you were at the Department of Education, I thought you worked
21   with the Little Rock School District as a school improvement
22   specialist in '09/'10.
23   A    Okay, I worked with the Little Rock School District out
24   of ADE as an education program advisor.
25   Q    Okay.  During what years?
```

Page 38

```
 1   A    1998 through 2011.
 2   Q    So the entire time you worked at ADE, you were working
 3   with LRSD schools?
 4   A    No sir, I was not.  I told you that I had worked with
 5   the Little Rock School District, provided technical assistance
 6   with another education program advisor for about two years.
 7   Q    '09 and '10?
 8   A    Yes.
 9   Q    Okay.  Have you testified under oath before?
10   A    Yes, I have.
11   Q    Okay.  On what occasion?
12   A    When I was dismissed from ADE, I testified.  I did a
13   deposition under oath.
14   Q    Were there any other times you testified under oath?
15   A    No.
16   Q    You sued ADE based on your dismissal, right?
17   A    Yes.
18   Q    You claim discrimination and retaliation?
19   A    Yes.
20   Q    And the ADE and the individual defendants got summary
21   judgment from Judge Wright -- Susan Webber Wright?
22   A    Yes.
23   Q    And that was affirmed by the Eighth Circuit Court of
24   Appeals?
25   A    Yes.
```

Page 39

```
 1   Q    Have you ever filed any other claims against anybody --
 2   lawsuits, administrative claims, anything?
 3   A    No.
 4   Q    What efforts have you made to try and start charter
 5   schools within the LRSD?
 6   A    I haven't made any efforts to do so.
 7   Q    You never filed a letter of intent, or was involved --
 8   or you were never involved with any effort to start a charter
 9   school at all?
10   A    No.  I didn't, but my daughter did, once.
11   Q    And what's your daughter's name?
12   A    Tiffany.
13   Q    Did you play any role in that effort?
14   A    No.
15   Q    What was Tiffany trying to do?
16   A    She was trying to start a charter school in southwest
17   Little Rock.
18   Q    And what happened?
19   A    She was denied.
20   Q    How many times did she try?
21   A    Once.
22   Q    What was the name of the proposed charter school?
23   A    I don't remember.
24   Q    What did you teach during your time at LRSD?
25   A    Elementary ed, sixth grade.
```

Page 40

```
 1   Q    Where?
 2   A    I taught at Chicot, Garland, Stephens, Mabelvale, Gibbs.
 3   Q    Why did you leave that job?
 4   A    Because I got a job at the Department of Ed.
 5   Q    Why were you looking for a different job?
 6   A    To make more money.
 7   Q    Did you file any grievances or complaints during the time
 8   you worked for the LRSD?
 9   A    No.  I was the CTA rep at one point; but, no.
10   Q    Your complaint -- why did you decide to join this
11   lawsuit?
12   A    Because as a parent, a grandmother and having been an
13   educational employee, I've seen a lot of discrimination
14   against African-American children, and inadequate school
15   facilities, how children -- how black children are taught and
16   treated in the Little Rock School District.
17   Q    So what made you to join the suit in December?
18   A    What made me decide to join --
19   Q    Yeah.  The suit had been filed.
20        MR. WALKER:  Objection.  Objection to the form of the
21   question.
22   Q    Were you aware that there was an existing lawsuit before
23   you decided to join?
24   A    No.
25   Q    And how did you -- what did you do -- I mean, what
```

Page 41

1    caused you to decide to --
2    A    Mr. Walker -- Mr. Walker's always been my attorney.  I
3    brought seven of my children through the Little Rock School
4    District that faced some of the same problems that children
5    are having now, and I've always voiced my concern.
6         And this was an opportunity for me to help other
7    children, to help other African-American children.
8    Q    How did you know about this lawsuit?
9    A    I talked with him about a concern.  I didn't know.
10   About  a concern that I had, and I didn't really know.
11   Q    What was your concern?
12   A    It was a concern that I had with my grandsons having
13   to -- that they had in summer school one year.
14   Q    When did you have that conversation?
15   A    Oh, well, the year that it happened.
16   Q    About how long ago?
17   A    I believe it was 2013, and I've been, you know, kind of
18   checking to see, you know, if Mr. Walker was going to resolve
19   that or what was going to happen and --
20   Q    So how did that lead to you becoming a Plaintiff in this
21   lawsuit?
22   A    Yes.
23   Q    How?
24   A    Because my grandboys were made to -- I had to pay for
25   summer school for them, money that I didn't have, and their

Page 42

1    mother didn't have.  And I contacted Mr. Walker back then
2    and --
3    Q    Who was your lawyer in your suit against the Department
4    of Education?
5    A    It was Attorney Robert Newcomb.
6    Q    Did you ever talk to the Little Rock School District
7    Board of Directors about any of your concerns?
8    A    Any of my concerns about my grandsons or --
9    Q    Well, I'm sorry.  You said that you joined the suit
10   because of discrimination against African-American children
11   and inadequate facilities.  Did you ever talk to the LRSD
12   School Board about any of those things?
13   A    In the last two years there hasn't been a school board.
14   We need one.  We don't have anybody that we can go to.
15   Q    Before the last two years, did you talk to the school
16   board?
17   A    We haven't had one in two years.
18   Q    Okay.
19   A    We don't have a --
20        MR. WALKER:  The question is before then.
21   A    Yes.
22   Q    When was that?
23   A    During the -- over the years I would always -- I was
24   always able to call the school board member that represented
25   the southwest area.

Page 43

1         During the summer school incident with my grandboys, I
2    talked to a school board member as well.
3    Q    Who did you talk to during the summer school incident?
4    A    Diane Curry.
5    Q    Okay.  And who was your representative in the southwest?
6    A    Diane Curry.
7    Q    Did you ever -- other than Dr. Watson, did you talk to
8    any other LRSD superintendent about any of your concerns about
9    discrimination or facilities?
10   A    I tried to.  During that time Dr. Suggs was just coming
11   in, and I tried to talk with him, and he was really nasty,
12   really bad attitude.
13   Q    What do you mean?
14   A    He didn't want to -- you know, he told me that was
15   something I needed to work out on my own.  He didn't want to
16   deal with it.
17   Q    What were you talking to him about, specifically?
18   A    I called him and asked him about my grandsons having to
19   pay for summer school.
20   Q    Your complaint says that you have custody of Lazarius
21   [phonetic spelling] and Ezekiel [phonetic spelling].  Is that
22   correct?
23   A    I am their -- I share legal guardianship with them.
24   Q    Share with whom?
25   A    Their mother and my son.

Page 44

1    Q    What's your son's name?
2    A    James Pettus.
3    Q    And what is their mother's name?
4    A    Toni Janelle [phonetic spelling].
5    Q    So the records I have from the school district show Toni
6    Janelle as the primary contact for both of those students.
7    A    Uh-huh.
8    Q    And the emergency contacts are her sisters.
9    A    I don't know.
10   Q    Do you -- do you think -- is it your understanding that
11   you're an authorized contact on behalf of these students?
12   A    I should be on there.
13   Q    Okay.
14   A    What year is that?
15   Q    March 30, 2017.
16   A    I was -- I've been on since elementary school, so I
17   don't know.
18        MR. WALKER:  Can I see a copy of that, Chris?
19        MR. HELLER:  Hmn?
20        MR. WALKER:  Can I see a copy of that?  Can we go
21   off the record a minute?
22        MR. HELLER:  Sure.
23   [Whereupon parties went off the record.]
24   [Back on the record.]
25   BY MR. HELLER:

Page 45

1  Q   So when did you become the legal guardian of Lazarius
2  and Ezekiel?
3  A   At birth.
4  Q   How did that happen?
5  A   One boy is 16 and the other one is 14.  And, you know, I
6  can remember the months that they're -- they were born in, but
7  I can't give you the exact years.
8  Q   No, but how did it happen that you became their legal
9  guardian at birth?
10  A   Okay, their mom allowed me to raise them from two, three
11  years old, up through elementary school until they went to
12  middle school.  They stayed with me.
13     I raised them all those years, through middle school.
14  And now both of them are in high school.
15  Q   With whom do they live now?
16  A   They live with their mother now, and weekends with me.
17  Q   So the complaint says that Lazarius and Ezekiel, quote,
18  were assigned to schools in the LRSD which had facilities and
19  other resources inferior to those available to students in
20  schools in which white students were concentrated.
21  A   Uh-huh.
22     MR. WALKER:   You have to answer yes or no.
23  A   Yes.
24  Q   Okay.  So first of all, what are the schools in which
25  white students were concentrated?

Page 46

1  A   Central and Forest Heights.
2  Q   Any others?
3     MR. WALKER:   In the district, I guess, he's asking.
4  You have to an -- what are the schools in which white students
5  are concentrated?
6     THE WITNESS:  Where whites have been -- are
7  concentrated?
8     MR. HELLER:  Yes.
9     THE WITNESS:  Central, Parkview, Forest Heights,
10  Pinnacle Point [sic].
11  BY MR. HELLER:
12  Q   And what do you mean by white students are concentrated
13  in these schools?
14  A   There are more white students in the schools than there
15  are African-Americans.
16  Q   In all four of those schools?
17  A   Yes.
18  Q   How do you know that?
19  A   I visited -- I visited Forest Heights, Central,
20  Parkview.  I haven't been to Chenal, to Pinnacle Point [sic].
21  But I've seen the -- I've seen it on the news and I pulled the
22  percentages.
23  Q   When did you do that?
24  A   When they first opened the school.  The -- there are
25  more whites than there are African-Americans at Pinnacle

Page 47

1  Point.
2  Q   And when is the last time you visited Forest Heights?
3  A   Last year.
4  Q   And did you ever check online for the percentages by
5  race of the students at that school?
6  A   No, but I saw the numbers of the kids there, walking
7  through the hallways.
8  Q   So you say that the facilities and other resources that
9  your grandchildren had available to them were inferior?
10  A   Yes.
11  Q   All right, let's talk about facilities.  What were the
12  -- what are the inferior facilities you're talking about?
13  A   Okay, at Dunbar, Lazarius had to pay for drumsticks.  He
14  was part of the drumline.  He had to pay for drumsticks just
15  to beat the drums.
16     And children who are in the band at Forest Heights,
17  Central, Parkview don't have to pay for drumsticks or the
18  instruments that they -- they don't have to pay for them.
19  Q   How do you know that?
20  A   Because I called.  I called Parkview.  I called Forest
21  Heights.  I called the schools and asked them how do they --
22  the drums are stored there.
23     Do the kids -- are the kids given the drumsticks, or do
24  they have to pay for them.  And they kind of laughed and said
25  the drumsticks come with the drum.  And Lazarius had to pay

Page 48

1  for a set of drumsticks at Dunbar.
2  Q   So tell me which schools you called to check on the
3  drumsticks.
4  A   I called Parkview, I called Forest Heights and Central.
5  Q   Why did you pick those three schools?
6  A   Because these schools have a higher concentration of
7  white students than Dunbar did.
8  Q   So what year was it when your grandson had to pay for
9  drumsticks at Dunbar?
10  A   Last year, '14 -- '15 -- '16 -- 2016.
11  Q   And who did you call at each of the three schools you
12  called?
13  A   I asked to speak to the band directors.
14  Q   So each of those schools has a band director on campus?
15  A   Yes.
16  Q   So what about the facilities?  Your complaint says there
17  was -- your grandchildren were assigned to schools which had
18  inferior facilities.
19  A   Dunbar is not as well lighted as the other facilities.
20  Dunbar is crowded.  At some points, the children have had to
21  attend classes in the hallway.
22  Q   Are there any other complaints about facilities that
23  you're raising in this case?
24  A   Okay.  The facilities -- the -- as compared to Forest
25  Heights, Dunbar was not as well-lighted as -- the furniture

Page 49

1   that -- the desks that they use for kids are not updated.
2   Q   Anything else?
3   A   Forest Heights has a STEM program, and Dunbar doesn't
4   have anything that will assist in thrusting African-American
5   children into future jobs, like medicine, the arts, science.
6   Doesn't have any of that.
7   Q   Does Dunbar have any kind of specialty programs?
8   A   No.
9   Q   Anything else, or any other concerns about facilities
10  that you're raising in your complaint?
11  A   Rules are not -- children are -- more children are
12  suspended and sent home from Dunbar than at Forest Heights and
13  some of the other schools.
14      The rules are posted in places where they should be, and
15  they're not at Dunbar. Dunbar is -- at one point was
16  overcrowded, and Forest Heights is not.
17  Q   So how do you know that more kids are suspended and sent
18  home at Dunbar than other places?
19  A   I looked at the -- both school's report cards that are
20  online.
21  Q   When did you do that?
22  A   When my boys were there, when my grand-boys were there
23  in 2016, 2015. The school report cards show that more are
24  suspended and sent home from Dunbar than they are Forest
25  Heights, for basically the same infractions.

Page 50

1       Dunbar has a high presence of security guards that body
2   slam the kids, really punitive in disciplining the African-
3   American boys.
4   Q   How do you know that the security guards at Dunbar body
5   slam kids?
6   A   It was done to Ezekiel; one body slammed Ezekiel for not
7   giving him his cell phone.
8   Q   When did that happen?
9   A   In 2014.
10  Q   Who was the security guard?
11  A   I don't know his name.
12  Q   And how do you know that this happened?
13  A   I went for a conference. I don't remember his name. I
14  went for a conference. He was suspended for the behavior.
15  Q   What was his race?
16  A   He was African-American.
17  Q   So you said that the security guards body slam kids. Do
18  you -- what do you have to support that, other than what
19  happened to Ezekiel?
20  A   What do I have to support that?
21  Q   Yes. Are you aware of security guards at Dunbar body
22  slamming any other students?
23  A   The principal at the time told me that she had problems
24  with him handling the children rough.
25  Q   Who was the principal?

Page 51

1   A   Mrs. Thrasher.
2   Q   So can you name any other student at Dunbar who was body
3   slammed by a security guard?
4   A   No, no.
5   Q   How many times was Ezekiel suspended during the time he
6   was at Dunbar?
7   A   I'm not sure. I'm going to say about two times. I'm
8   not sure.
9   Q   For what kinds of things?
10  A   Being late for class, a cell phone. I'm aware of those
11  two. And his reasoning for being late for class is that he
12  said that there were over a thousand kids in the school at
13  that time, and it took a long time to maneuver through the
14  hallways.
15  Q   How would you become aware of whether or not Ezekiel or
16  Lazarius was disciplined at school?
17  A   They would either call me when school was out, or their
18  mom would call me to talk about the problem -- to tell me.
19  Q   Are there any other things you're referring to when you
20  say your two grandchildren were in inferior facilities?
21  A   Not well-lighted, cafeteria, overcrowded classrooms,
22  having to participate in classrooms in the hallway because of
23  crowded classrooms, having to pay for drumsticks, low
24  expectations of the teachers of students -- of them and other
25  students at Dunbar, no enrichment programs, having to pay

Page 52

1   phenomenal amounts to go on field trips -- educational field
2   trips -- when they were Title I students, having to pay for
3   lunch at Dunbar when they were on free and reduced -- when
4   they were -- they are Title I students.
5   Q   Who made them do that?
6   A   Who made them do that?
7   Q   Yeah. Why would they have to pay for lunch if they're
8   supposed to be getting free and reduced lunch?
9   A   The school made them do that. That -- they should've
10  looked at the paperwork or done some research. These are free
11  and reduced students. These are Title I students, and they
12  don't have to pay for their lunch.
13  Q   Well, how do you know that somebody made them pay?
14  A   They couldn't eat lunch. They -- I gave them money to
15  pay for their lunch until me and their mother, you know, went
16  to the school and said they're having to pay for their lunch
17  in the cafeteria.
18      And so I gave them lunch money, you know, a couple of
19  times to pay for lunch until we got it straight.
20  Q   How long did it take to get it straight after you
21  brought it --
22  A   About a month,
23  Q   -- somebody's attention? Okay. So now they're getting
24  free lunches?
25  A   Now they are?

Page 53

1  Q   Yes.
2  A   Yes.
3  Q   Okay.  What years were Lazarius and Ezekiel in Dunbar?
4  A   Okay, Lazarius is in ninth this year at J. A. Fair.  And
5  Zekie is in eleventh at J. A. Fair.  So this is 2017 -- 2016
6  -- so they were there 2014 -- 2013 through 2016.
7  Q   Do you know when Forest Heights became a STEM school?
8  A   I'm going to say 2014, 2015 -- 2014.
9  Q   So do you have any other complaints about the facilities
10 at the schools your grandchildren attended?
11 A   No.
12 Q   Do you have any other complaints about inferior
13 resources that were available to your grandchildren?
14 A   Let me go back to Geyer Springs.  They attended Geyer
15 Springs Elementary School.  And as compared to other schools
16 in west Little Rock, the atmosphere in the school was poorly
17 kept, the school not in good condition.
18 Q   What years are we talking about?
19 A   Geyer Springs?
20 Q   Yes.
21 A   Okay, this was elementary school, and now they're in
22 ninth.  '09/'10 -- '08, '09, '10.
23 Q   Okay.  Did your grandchildren attend any elementary
24 school other than Geyer Springs?
25 A   No.  They attended Mabelvale.  They attended Mabelvale.

Page 54

1  They attended Geyer Springs, '09 -- '08/'09, and then
2  Mabelvale '10/'11.
3  Q   And what schools -- you said schools in the west.  What
4  schools are you comparing Geyer Springs to?
5  A   Fulbright, Forest Park.
6  Q   So you think Fulbright and Forest Park have better
7  facilities than Geyer Springs does?
8  A   Yes.
9  Q   In what way?
10 A   The facilities.  The cafeterias are better.  The
11 learning facilities are better.  More experienced teachers are
12 put in those schools.  Novice teachers were at Geyer Springs.
13 Novice teachers, substitutes, a novice principal.
14     Children were sent home from Geyer Springs more
15 frequently than they were at Forest Heights, at Forest Park,
16 at Fulbright.
17     Parental involvement was not welcomed at Geyer Springs,
18 nor Mabelvale by their mother, who is an African-American as
19 parent involvement is welcomed at schools with higher
20 concentrations of white students.
21 Q   Who was the principal at Geyer Springs during the time
22 your grandchildren were there?
23 A   He was white.  I cannot think of his name.  He was
24 white, a very new principal.  I cannot think of his name.
25 Q   Same principal during the entire time your grandchildren

Page 55

1  were where?
2  A   Yes.  The children at Geyer -- my grandsons had to pay
3  to participate in field day.  They had to pay to participate
4  in school activities like field day.  They had to pay for
5  field trips, educational field trips.
6  Q   At Geyer Springs?
7  A   Yes.
8  Q   Did all the students at Geyer Springs have to pay for
9  those things?
10 A   Yes, uh-huh.
11 Q   Were there white students at Geyer Springs?
12 A   Not very many.  It was mostly Hispanic children and
13 African-American students.
14 Q   Well, during the time your grandchildren were at Geyer
15 Springs, were they treated differently from white students
16 somehow?
17 A   Yes, because at white schools, the children don't have
18 to pay for field day.  They don't have to pay to go on field
19 trips.  They don't have to pay to -- they -- the kids pay the
20 secretary for snacks.  The secretary sold them stacks.  They
21 don't have do that in the white schools.
22 Q   How do you know that?
23 A   I gave them money.  I would give them money to buy a
24 snack from the secretary.
25 Q   Well, how do you know who pays for field trips or snacks

Page 56

1  at these white schools you're talking about?
2  A   I called the schools and asked them how do you operate
3  your field day, do children have to bring money to participate
4  in field day?  No -- they told me that field days were
5  sponsored by the parents who are involved there.
6  Q   So what -- tell me what schools you called about field
7  day.
8  A   I called Fulbright.  I called Forest Park, and I called
9  Carver.
10 Q   Why did you pick those three schools?
11 A   Fulbright -- Fulbright and Forest Park has a high
12 concentration of white students and welcomed parental
13 involvement, whereas Geyer Springs doesn't.
14     When African-American parents go to schools that
15 consists of all African-American students, to be involved with
16 their child, they are not welcomed or they are perceived as
17 trouble or problems, and especially if they go and ask a
18 question like why do I have to pay for field day.
19 Q   So is this a different set of phone calls than the one
20 about the drumsticks?
21 A   Yes.
22 Q   Okay.  And did you ever survey schools about any other
23 issues, besides drumsticks and field day?
24 A   Yes, I have.  I always want to, you know -- I always
25 want to know, you know, how this is handled at another school,

Page 57

1    is this equitable, are all the schools doing this across the
2    board.  Yes, I've called.
3    Q    About what other issues?
4    A    Children would -- and I didn't, you know, get a -- how
5    do you handle children that are on free lunch, how long does
6    it take for you to, you know, get the paperwork done so that
7    they can get free lunch.
8        And one of the schools that have the high concentration
9    of white students told me that the paperwork is done the first
10   day of school, or it's done at student assignment, and it's
11   sent out to the school, and we know the first day that this
12   child is getting -- on free and reduced lunch.
13   Q    What school was that that you talked to?
14   A    I called Fulbright.
15   Q    And who did you talk to?
16   A    I talked with the secretary.  A lady identified herself
17   as a secretary.
18   Q    Do you know how school lunch is handled at other
19   majority African-American schools, besides Dunbar?
20   A    Yes.  In reference to?
21   Q    Well, I mean, did you call any majority African-American
22   schools with the same questions about how they handle school
23   lunch, or what they do with drumsticks, or how they handle
24   snacks, or anything else that you've called these other
25   schools about?

Page 58

1    A    No, I didn't.
2    Q    Okay.  So --
3    A    See, because the difference here is that the school that
4    had all the white kids in there, they were signing up, they
5    were doing the paperwork the first day of school.  And the
6    information was getting to the people in the cafeteria.
7    Q    Okay.  But you don't know whether Washington or Chicot
8    or Mabelvale or Cloverdale got the information on the first
9    day as well?
10   A    No, because my grandsons weren't in those schools.
11   Q    Okay.  So do you think somebody in the Little Rock
12   School District is discriminating against African-American
13   students?
14   A    I wouldn't say someone, Mr. Heller.  It's clear that --
15   that there are inequities in the schools out there.  You know,
16   I can't say 'someone'.  There -- there are inequities, you
17   know, in some of the schools that I've observed, and I've
18   called.  They're not treating children equitably and fairly.
19   Q    So who's responsible for that?
20   A    Who's responsible for it?
21   Q    Yeah.  Who's --
22   A    I assume the people who are in charge are not trying to
23   correct this.
24   Q    How long has it been going on?
25   A    Mr. Walker has had y'all in a deseg suit for over 50

Page 59

1    years.  So it's 50 years-plus that it hasn't changed.  It
2    hasn't changed; it's getting worse.
3    Q    So you said you were a CTA rep at one point?
4    A    Uh-huh.
5    Q    How were teachers assigned to schools?
6    A    How were they --
7    Q    How were teachers assigned to schools?
8    A    At one point they were allowed to choose a school.  And
9    early on they were assigned according to the racial
10   disparities in the schools.
11       Like if there were -- take for instance during the
12   deseg, when they desegregated the schools, when they combined
13   Little Rock and Pulaski County, I was working at Stephens.
14       And they wanted -- and Chicot was basically an all-white
15   school, all-white staff.  So they assigned a number of
16   African-American teachers out to Chicot and the schools in
17   southwest Little Rock.
18   Q    But you know that teachers, pursuant to the professional
19   negotiations agreement, had rights with respect to where
20   they -- which schools they taught in?
21   A    Yes, at one point.
22   Q    Until when, or from when?
23   A    When the schools -- during the desegregation, they were
24   assigned by the district office.
25   Q    All right.  But --

Page 60

1    A    The assignments were made at the district office.
2    Q    All right, for the purpose of integrating the faculties?
3    A    Yes, exactly.
4    Q    But at some time later, didn't teachers gain rights,
5    through the negotiation process, to determine where they could
6    teach?
7    A    Yes.
8    Q    So do you know when the Little Rock School Board became
9    a majority African-American board?
10   A    When you say 'majority African-American,' do you mean
11   that there were four African-Americans on the board, and one
12   white?
13   Q    No.  The board has seven members, so four would be a
14   majority.
15   A    2015, 2016.
16   Q    Okay, so you don't really know?
17   A    I don't -- I'm aware of the members that were on the
18   board, but I don't really know.
19   Q    Okay.  So you're not aware that for almost a decade
20   there was both a majority African-American LRSD board and an
21   African-American superintendent?
22   A    Okay.  Again for -- again, for almost a decade there
23   were about four African-Americans on the board.  And for a
24   decade there were African-American superintendents.
25   Q    Right.  Up until --

Page 61

1    A    I'm aware of that.
2    Q    Up until the state takeover?
3    A    Yes, I'm aware of that.
4    Q    Okay.  So you said the people responsible for the
5    district would be the ones responsible for these
6    discrimination problems you're talking about?
7    A    Yes.
8    Q    So are you saying, then, that the African-American board
9    and African-American superintendents were the ones who were
10   responsible for the discrimination problems you're talking
11   about?
12   A    No, they weren't responsible for them.
13   Q    Okay.
14   A    But having a board -- those problems could have, or
15   should have been addressed at the school board level.
16   Q    So I'm still struggling with whether or not you think
17   someone at LRSD is guilty of racial discrimination?
18   A    It -- it starts at the school level, in the classrooms
19   and in the schools.
20   Q    Okay.
21   A    And there is always, you know, something in place where
22   it can go, you know, through to the superintendents, or to the
23   supervisors, to the superintendents, and then to the school
24   board.
25   Q    So this case is about intentional race discrimination.

Page 62

1    So is it your position that someone in the Little Rock School
2    District engaged in intentional race discrimination that
3    you're complaining about?
4    A    That there -- what -- intention?
5    Q    That somebody is guilty of intentional race
6    discrimination that caused these things that you're
7    complaining about.
8    A    Yes.
9    Q    Who?
10   A    Again it's starting in the -- it's starting in the
11   schools and in the classrooms.  And at this point, patrons and
12   parents and children don't have a school board to listen to
13   any of these complaints, or to resolve, or help with what's
14   going on.
15   Q    So are you saying there was no discrimination during the
16   time there was both an African-American school board and an
17   African-American superintendent that patrons could bring
18   complaints to?
19   A    Yes, it was definitely -- it was definitely
20   discrimination. But the complaints did get to the school
21   board.
22   Q    So during the time the district was governed and led by
23   a majority of African-American leaders, were the complaints
24   resolved by those leaders?
25   A    Evidently not.

Page 63

1    Q    So let's get back to this.  You -- I mean, I know you
2    say it starts in the schools and the leaders have some
3    responsibility.  But who particularly are you saying engaged
4    in race discrimination?
5    A    Okay.  With my grandboys and at -- it's an overall
6    thing.  When they were in Dunbar, they weren't being provided
7    the services as students were provided with at Forest Heights.
8         So -- example, they've got a STEM program, and Dunbar
9    doesn't have a STEM program, or any enrichment for the
10   children.  So that would come -- the decision not to have an
11   enrichment program at Dunbar and have one at Forest Heights
12   would come from the curriculum people at the district level.
13   Q    Are you aware that the STEM program was approved by a
14   majority African-American board and an African-American
15   superintendent?
16   A    Yes.
17   Q    But you still think it was race discrimination?
18   A    Yes.
19   Q    By those people?
20   A    Uh-huh.
21   Q    So the African-American board and the African-American
22   superintendent engaged in race discrimination by supporting a
23   STEM program at Forest Heights?
24   A    It doesn't matter if they're African-Americans or what.
25   The kids are still losing out.  African-American children are

Page 64

1    still losing out.
2         And the -- and white children are benefitting from
3    what -- from the STEM programs and the enrichment.  It doesn't
4    matter.
5    Q    And you're really not aware of any enrichment programs
6    at Dunbar?
7    A    There aren't any.  There's not a STEM program there.
8    Q    So what else besides the decision to create a STEM
9    program at Forest Heights do you consider to be intentional
10   race discrimination?
11   A    Because there are more white children at Forest Heights
12   than there is at Dunbar.  And they're receiving these
13   services.
14        They're East Indians and white children -- more white
15   children at Forest Heights than there is at Dunbar.
16   Q    Okay.  Anything else that you consider to be intentional
17   race discrimination?
18   A    No.
19        MR. WALKER:  Let me ask you something, Chris.  It's
20   noon.  I don't know how much longer you want to go, but -- off
21   the record --
22   [Whereupon parties went off the record.]
23   [Back on the record.]
24   BY MR. HELLER:
25   Q    Okay, Ms. Pettus, did anyone on behalf of your

Page 65

1  grandchildren apply to go to a school other than the schools
2  they attended?
3  A   Yes.
4  Q   Who did that, and when?
5  A   Other than my grandchildren, or --
6  Q   No, for your grandchildren.  Did your grandchildren ever
7  apply to go to any other schools than the ones they were
8  assigned to?
9  A   Yes.  Ezekiel applied to go to Central, and he was
10 refused.
11 Q   With whom did he apply?
12 A   Well, the procedures that he went through -- student
13 assignment.  And I believe he was assigned over there for a
14 period of time.
15     And then they told him that he couldn't go there because
16 they had seen some pictures on -- that he had on Facebook, and
17 his behavior at Dunbar.
18 Q   What were the pictures on Facebook?
19 A   I don't know.
20 Q   So do you know whether or not he was admitted to Central
21 at some point?
22 A   He was admitted, briefly.  And then they told him that
23 he couldn't attend Central because of his grades at Dunbar and
24 his post on Facebook.
25 Q   Who told him that?

Page 66

1  A   He said that the counselor and Mrs. Russo.
2  Q   Who is the counselor?
3  A   I don't know the name.
4  Q   Is his grade point average about 0.8?
5  A   I don't know.  I'm -- I don't know what his recent
6  grades are.
7  Q   Okay.
8      MR. WALKER:  Off the record.
9  [Whereupon parties went off the record.]
10 [Back on the record.]
11 BY MR. WALKER:
12 Q   So do you know if Ezekiel ever actually attended
13 Central?
14 A   He told me that he went there a couple of days.  He
15 attended a couple of days.  And then Ms. Russo and the
16 counselor told him that he wasn't eligible to attend there
17 because of his behavior at Dunbar and a posting on his
18 Facebook.
19 Q   So he actually met with Ms. Russo and the counselor
20 face-to-face?
21 A   Yes.
22 Q   Do you know if anybody else was there?
23 A   No.  Those are the people that Ezekiel told me -- I'm
24 sorry.
25 [Whereupon parties went off the record.]

Page 67

1  [Back on the record.]
2  BY MR. HELLER:
3  Q   So was this at the beginning of Ezekiel's ninth grade
4  year.
5  A   Yes.
6  Q   Did you do anything -- when did you find out that this
7  happened?
8  A   I found out after they had transferred him over to J. A.
9  Fair.
10 Q   Is Fair his zoned high school?
11 A   Yes.  Well, no, no, because Central would be closer to
12 him.  He lives off Twelfth Street.  So Central would be closer
13 than Fair.
14 Q   Okay.  But do you know whether or not he's in the
15 Central zone?
16 A   Yes, he -- yes.
17 Q   Okay.  And did you have any conversation with anybody at
18 LRSD about Ezekiel either getting into or getting out of
19 Central?
20 A   No.
21 Q   Did either Ezekiel or Lazarius ever apply to Forest
22 Heights?
23 A   Yes.  Lazarius -- she applied for Lazarius at Forest
24 Heights during the time they were shuffling.  And he couldn't
25 get in.

Page 68

1  Q   When you say 'she,' do you mean his mother?
2  A   His mother.  I'm sorry.  His mother, uh-huh.
3  Q   And did she apply through the student assignment office?
4  A   Yes.  And they told her that Forest Heights was for
5  children with certain grade point averages, and Lazarius
6  didn't have the grade point average to get in there.
7  Q   Is his grade point average about 0.86?
8  A   I don't know what their averages are.  I haven't been
9  keeping up with them.
10 Q   Who told them that he didn't meet a grade point average
11 requirement?
12 A   Student assignment.
13 Q   Who was it?
14 A   I don't know.
15 Q   You didn't participate in the effort for --
16 A   No.
17 Q   -- Lazarius to get into Forest Heights?
18 A   No.
19 Q   Did either Ezekiel or Lazarius apply to any other
20 schools?
21 A   No.
22 Q   So when you say in your complaint that the headmaster of
23 Central High School denied the application of Ezekiel Pettus
24 to attend the school, are you referring to Ms. Russo and --
25 A   Yes.

Page 69

1   Q   -- the counselor, or just Ms. Russo?
2   A   Ms. Russo.
3   Q   What was the Facebook post she was concerned about?
4   A   I don't know.
5   Q   Did you ever see it?
6   A   No.
7   Q   Do you know why it became an issue at Central?
8   A   I don't know.  But that's certainly a way for them to
9   keep African-Americans out of Central.
10  Q   So you think they're trying to keep African-American
11  students out of Central?
12  A   Uh-huh, so that they have more seats for the affluent
13  white children that come in there.
14  Q   So you don't have any idea what this Facebook post was
15  about?
16  A   No.
17  Q   You brought a number of documents with you.  I think,
18  four documents.  Do those support some of the complaints you
19  talked about during this deposition?
20  A   Yes.  My grandsons were charged to attend summer school
21  in 2013.  And, again, they are Title 1 recipients, and they
22  shouldn't have been charged for summer school.
23      And if they were late, I had to pay $5 per seven
24  minutes, so whatever equal to $30.  And I also had to pay for
25  summer school tuition.

Page 70

1       MR. HELLER:  We'll make all of these documents
2   together Exhibit 1 to your deposition.
3   [Whereupon Defendant's Deposition Exhibit 1 was marked for
4   identification.]
5   BY MR. HELLER:
6   Q   So these documents show that you had to pay for summer
7   school, and pay for the times your grandchildren were late as
8   well?
9   A   Yes, late or absent I had to pay.
10      MR. WALKER:  Let me object to the identification.
11  Some of the documents may address that, not necessarily all of
12  them.  So you're just introducing them as a package exhibit,
13  to which we have objection.
14      MR. HELLER:  Okay.
15      MR. WALKER:  But they -- but the characterization that
16  you've given is not fully descriptive of the documents.
17      MR. HELLER:  Okay.
18  BY MR. HELLER:
19  Q   Three of the documents seem to relate to summer school,
20  and one is a referral notice.  Tell me what -- why you brought
21  a copy of the referral notice?
22  A   Let's see.
23  Q   Dated July 5, 2013.
24  A   Okay.  He was -- he was sent home for --
25      MR. WALKER:  Who is "he," for the record?  You have

Page 71

1   to state the name.
2   A   Okay.  Ezekiel Pettus was sent home for supposedly using
3   unacceptable language, talking to somebody at another table,
4   was talking loudly.
5       And I guess when he was asked, he said, 'She was
6   talking.'  So he was sent home a couple of days for that.  And
7   when he returned, I had to pay for the days that he was out,
8   or the hours that he missed.
9   Q   This was in July, so this was -- was this summer school?
10  A   Yes.
11  Q   Okay.  Was he living with you at the time?
12  A   Yes.
13  Q   All right.  So all four of these documents relate to
14  summer school?
15  A   Yes.
16  Q   All right.  Just to -- anything else that you're
17  complaining about in this case that we haven't discussed so
18  far?
19  A   One other thing is that Ezekiel and Lazarius are very
20  bright young men.  I've raised them, and I've taught them.
21  And they've never been able to participate in a gifted
22  program.
23      Dunbar or J. A. Fair don't have -- didn't have a gifted
24  program or an enrichment program for them to participate in.
25  Q   So it looks like their high school grades are more Ds

Page 72

1   and Fs than anything else for both of them.  So is it your
2   position that sometime before that, they had a better academic
3   performance?
4   A   I think so -- in elementary school, starting middle
5   school.  At J. A. Fair and Dunbar there's no incentives for
6   African-Americans.  There's nothing -- no incentives.
7   Q   What kind of incentives are you talking about?
8   A   They don't offer any -- no gifted classes, no STEM, no
9   enrichment for them.
10  Q   Did either one of your grandchildren take any pre-AP or
11  AP classes?
12  A   Early on at Dunbar, I think when he first -- Zekie first
13  -- Ezekiel first went to Dunbar, he may have -- I think he was
14  in pre-AP.
15      And a teacher discouraged him, and told him he would do
16  better in regular classes.  So he got out of the pre-AP.
17  Q   Who was the teacher?
18  A   I don't know.
19  Q   Man or woman?
20  A   A woman.
21  Q   What race?
22  A   White.
23  Q   What course?
24  A   I believe it was Algebra.
25  Q   It looks like both Ezekiel and Lazarius miss a lot of

Page 73

1    classes, or are completely absent a lot. Is that -- what's
2    your --
3    A    I'm not aware of that.
4    Q    Would you know if that was happening?
5    A    No. What time of year was that?
6    Q    Well, just to give you an example --
7    A    Because when they had them seated out in the hallways,
8    they didn't know who was there.
9    Q    All right. Let me make sure I'm talking about the right
10   student here. So just as an example, it looks like Lazarius
11   missed all or part of 17 school days, in February alone of
12   this year.
13   A    February, 2017?
14   Q    Yes.
15   A    February, 2017 -- he missed how many days?
16   Q    He missed either classes, some or all of his classes, on
17   the 2nd, 3rd, 6th, 7th, 8th, 9th, 13th, 14th, 15th, 16th,
18   21st, 22nd, 23rd, 24th, 27th, and 28th.
19   A    In March he told me that they assigned him to Hamilton
20   ALE. And I didn't know about that until after he had spent
21   time over there. Nobody gave me any information about that.
22        So those were the times that they were out, that he was
23   out, if they put him in Hamilton for those days.
24   Q    For all of February?
25   A    Yes. And then he told me after it was over because he

Page 74

1    knew that if I would've known, I would've gone over there to
2    see what was going on.
3        And he told me that they told him that he could go over
4    there and make his grades up. Now, do you think they would do
5    that to a child at Pinnacle Point [sic], and not let the
6    parent or the -- or the -- not let the parent know?
7    Q    Well, when's the last time you were informed directly by
8    the school district about anything that had to do with Ezekiel
9    or Lazarius?
10   A    2016 -- went to a conference at Dunbar -- spring, 2016.
11   Q    And who invited you to the conference?
12   A    A Mr. Willy [phonetic spelling] that was an assistant
13   principal.
14   Q    And why did he contact you instead of the people who are
15   listed on the -- as the primary contacts?
16   A    He contacted mother and me.
17   Q    So we talked about Forest Heights, STEM, and some of the
18   facilities issues. Is there anything else that you're
19   complaining about in this case?
20   A    I did say that my grandboys and African-American
21   children don't have the opportunity to participate in any
22   gifted or enriched classes.
23   Q    Right.
24   A    And there's no enrichment in -- for African-Americans in
25   schools that's not in west Little Rock.

Page 75

1    Q    So tell me what -- so you're saying there's just a
2    limited number of schools, all in west Little Rock, that have
3    any kind of enrichment?
4    A    All the schools have enrichment in west Little Rock.
5    Q    But not anywhere else?
6    A    Not any schools that's on the other side of west Little
7    Rock. McClellan, J. A. Fair -- none at J. A. Fair. No
8    enrichment for the boys at J. A. Fair.
9    Q    Is Central in west Little Rock?
10   A    No, Central is in central Little Rock. There are
11   enrichment activities for the white kids at Central, not the
12   black children.
13   Q    Is Carver in west Little Rock?
14   A    Carver is in the east end.
15   Q    Horace Mann in west Little Rock?
16   A    Carver -- Horace Mann is in Little Rock.
17   Q    Are there any enrichment activities at Horace Mann or
18   Carver?
19   A    There are enrichment activities there because most of
20   the population is white students.
21   Q    At Horace Mann and Carver?
22   A    Yes.
23   Q    So other than the things we've talked about so far, is
24   there anything else you're complaining about?
25   A    Okay. I did mention that they're not allowed to be in

Page 76

1    gifted classes, or any enrichment. That's it, that's all I
2    can think of.
3        MR. HELLER: Okay, I'll pass the witness to Ms.
4    Middleton.
5             EXAMINATION
6    BY MS. MIDDLETON:
7    Q    Ms. Pettus, do you remember executing, or signing any
8    kind of document -- given guardianship of your grandsons?
9    A    No.
10   Q    Okay. What grades -- what grade is Ezekiel in right
11   now?
12   A    Ezekiel is in eleventh grade.
13   Q    Eleventh grade?
14   A    Uh-huh.
15   Q    Lazarius in what grade?
16   A    Lazarius is in ninth grade.
17   Q    Okay.
18   A    Uh-huh.
19   Q    I'm a little -- answer this for me. Whose interests are
20   you seeking to protect?
21   A    Whose interests?
22   Q    Yeah. Why are you in this lawsuit?
23   A    I'm in this lawsuit to protect my grandsons' interests,
24   and all children, all the -- all children.
25   Q    Okay. And you have a legal right? You have paperwork

1  giving you the right to do this for your grandchildren?
2  A  When you say --
3  Q  You filed something with the court?
4     MR. WALKER:  Objection --
5     MS. MIDDLETON:  Did you file documents with the court
6  giving you guardianship --
7     MR. WALKER:  No -- if the question is do you have a
8  court document saying that --
9  MS. MIDDLETON:
10  Q  Do you have a document, court document, giving you
11  guardianship of your grandsons?
12  A  No.
13  Q  Okay.  What are you seeking to get out of this lawsuit?
14  A  I'm seeking to get to equitable -- equitable conditions
15  for my grandchildren, and all children.
16  Q  What kind of equitable condition?
17  A  That they change, that African-American children be able
18  to attend any of the schools that -- that the facilities are
19  better.  Learning -- they're able to participate in enriched
20  activities.  That's what I'm seeking.
21  Q  You're seeking that?  Okay.
22  A  Uh-huh.
23  Q  Has anybody promised you anything?
24  A  No.
25  Q  Okay.  You said you called the schools about them paying

1  for lunch and about field trips?
2  A  Uh-huh.
3  Q  And what did they -- what did the school tell you about
4  the field trips?
5  A  Okay.  When I -- when I talked with J. A. Fair, you
6  know, they said well, this is what they have to do.
7  Q  This is -- who have to do?
8  A  Uh-huh.  This is what the children do.  They have to pay
9  for the field trip.
10  Q  Okay.
11  A  When I was at Geyer -- when they were at Geyer Springs,
12  the same thing.  So when I called some of the other schools
13  where there's a higher concentration of white kids, they said,
14  well, no, they don't pay for field trips, we have a lot of
15  parent involvement here and, you know --
16  Q  Stop you right there.
17  A  -- and they help out.
18  Q  You said they told you they had a lot of parent
19  involvement?
20  A  Uh-huh.
21  Q  Now, could you not have that same opportunity at your
22  kids' school?
23  A  No way.
24  Q  Why not?
25  A  When African-American parents try to get involved in the

1  school, if -- if an African-American parent went to Geyer
2  Springs or Dunbar and said why do my child have to pay for a
3  field trip, then they're perceived as trouble makers.  They're
4  perceived as trouble makers.
5     And they -- you know, they're not invited in the schools
6  to ask these kind of questions.
7  Q  Well, is there anything preventing you as parents from
8  doing a collection yourselves to pay for your students field
9  trip?
10  A  Doing a collection?
11  Q  You said they said -- the schools told you that they had
12  parent involvement.  What type of parent involvement did those
13  schools have?  What do you mean --
14  A  Okay, well --
15  Q  -- parent involvement that allowed them to have field
16  trips?
17  A  Okay, well, they probably have fundraisers.
18  Q  Did you not have fundraisers?
19  A  No.
20  Q  Couldn't the Southwest Neighborhood Association not
21  sponsor?
22  A  No.
23  Q  Why not?
24  A  Why should --
25  Q  Why not?

1  A  Why should --
2  Q  Why not?
3  A  Why should we have to do that?  Why should black parents
4  have to do that, when these white people out here, they've got
5  the money to do that, and they are welcomed in the school.
6  The black parents --
7  Q  So you're saying you're supposed to have a free ride?
8  A  No, I'm not saying that I'm supposed to have a free
9  ride.  I'm saying that all children should be treated --
10  Q  So --
11  A  -- equitably --
12  Q  -- if you --
13  A  -- in the school.
14  Q  If you had -- let's say you made $100,000 a year --
15  A  Uh-huh.
16  Q  -- and you chose to pay for your whole class --
17  grandson's class' field trip, so you're saying a kid over at
18  Cloverdale, you're also entitled -- you're supposed to pay for
19  theirs too?
20  A  Am I supposed --
21  Q  That's what you're saying?
22  A  -- am I supposed to pay for theirs?
23  Q  Because the parents at Fulbright have chosen to pay for
24  their kids, you're saying that somebody's supposed to pay for
25  yours?  Is that what you're saying?

Page 81

```
 1    A    Southwest Little Rock --
 2    Q    Is that --
 3         MR. WALKER:  Can she answer your question, Ms.
 4    Middleton?
 5    A    Yeah.  Southwest Little Rock -- it's low income, and --
 6    and I'm not speaking about my grandboys, because I paid for
 7    it.  I can afford to pay for it.
 8    Q    Okay.
 9    A    But out there you may have a parent that don't even have
10    six dollars in one week or $10 or 30 or $20 to give one child,
11    and they've got five or six children.
12    Q    But isn't that their choice?
13    A    Hmn?
14    Q    Isn't that their choice?
15    A    Being poor is not -- not always by --
16    Q    But I'm talking about --
17    A    -- choice, ma'am.
18    Q    -- but I'm talking about to pay for their kids' school
19    trip, the white parents?
20    A    What --
21    Q    I'm -- I'm just trying to understand why you seem to
22    stuck on the fact that --
23    A    Okay.  But being poor --
24    Q    -- the white parents have parent involvement.
25    A    Being poor is not always by choice.
```

Page 82

```
 1    Q    Okay.
 2    A    These people got these six-figure jobs out here,  and
 3    they can pay.
 4    Q    Okay.
 5    A    Now, again --
 6    Q    So they owe you?
 7    A    I paid --
 8         THE COURT REPORTER:  Y'all are --
 9         THE WITNESS:  Again --
10         THE COURT REPORTER:  Don't talk over each other --
11         THE WITNESS:  Again --
12    BY MS MIDDLETON:
13    Q    I just want to --
14    A    -- again -- again, I paid for my boys.
15    Q    Okay.
16    A    I pay --
17    Q    Let me back up.
18    A    I paid the field trips --
19    Q    Okay.
20    A    -- for my boys.  But I just said that I'm interested in
21    all children being treated equitably.
22    Q    What does equity have to do with that if those parents
23    try to pay --
24         MR. WALKER:    Just a moment.  She -- pardon me, Ms.
25    Middleton.
```

Page 83

```
 1         MS. MIDDLETON:  Um-hmn.
 2         MR. WALKER:    She was in the process of answering
 3    your --
 4         MS. MIDDLETON:  Okay.
 5         MR. WALKER:  -- your question.  Would you let her
 6    complete her answers --
 7         MS. MIDDLETON:  Okay.  I'll let her complete.
 8         MR. WALKER:  -- before you --
 9         MS. MIDDLETON:  I --
10         THE WITNESS:    'Cause you seem a bit hostile.
11         MS. MIDDLETON:  I just want to --
12         MR. WALKER:    Just a moment, just a moment --
13         MS. MIDDLETON:  I just want to understand.
14         MR. WALKER:    For the record, can she complete her
15    answer?
16         MS. MIDDLETON:  Okay.
17         MR. WALKER:    Thank you.  Go ahead.
18         MS. MIDDLETON:  What -- what do you mean by
19    equitable?  Why -- how is that equitable?
20         MR. WALKER:    Just a -- just a moment.
21         THE WITNESS:    Okay --
22         MR. WALKER:    Just a moment.  Let's go back.  Ms.
23    Branton, would you read the question where Ms. -- before Ms.
24    Middleton interrupted, and Ms. Pettus was in the process of
25    answering?  Read two questions back, please, ma'am.
```

Page 84

```
 1    [Whereupon the previous question, "What does equity have to do
 2    with that if those parents try to pay --" was reread to the
 3    witness]
 4         MR. WALKER:    Can you answer that?
 5    BY MS. MIDDLETON:
 6    Q    That question -- so you're saying they owe you?  And
 7    they owe those students to pay for --
 8    A    Okay, so you're saying do the white people out in west
 9    Little Rock owe me?
10    Q    Do white people, the parents, the taxpayers of Little
11    Rock owe you, to pay for -- for that --
12    A    Your question --
13    Q    -- because the white --
14    A    -- your question isn't making sense to me.  Because what
15    you're saying is that -- I had to pay for my sons to -- my
16    grandsons to attend summer school.
17    Q    Right.
18    A    And I shouldn't have had to have paid for a service that
19    should have been delivered during the school year.
20    Q    Well --
21    A    See, that's double-pay right there.  Okay, and --
22    Q    Let me ask you this.
23         MR. WALKER:  Just a minute.  Are you finished with
24    your question
25         THE WITNESS:  No, I'm not.
```

Page 85

1    MR. WALKER:  Well, please finish.
2    THE WITNESS:  And then if I go to a school and have
3 to pay ten, $30 for my grandsons' field trip, the white people
4 in west Little Rock don't owe me anything.
5    But what I'm saying is that parent involvement is a
6 number one -- should be number one in any school.  It's not
7 happening in the schools that's west of the freeway, or
8 whatever.  And, you know, they can pay --
9    MR. WALKER:  Southwest or west?
10   THE WITNESS:  Southwest.
11   MR. WALKER:  All right.
12   THE WITNESS:  Southwest.  It's -- they don't have
13 parent involvement out there.  And if they're asked to pay --
14 a lot of parent involvement.
15   If they're asked to pay -- you've got a mother that has
16 five or six kids, and three or four of them are going on a
17 field trip, and they're going to ask them for ten, $20 a
18 child, where is it going to come from, you know, when they're
19 on fixed incomes?
20   They don't owe them anything, but it should be, you
21 know, something in place to say if it's an educational field
22 trip, and that's how it should be, they shouldn't -- they --
23 the child should not have to pay.
24   If it's going to be a field day where they're having
25 physical activity, why they having to pay for all this food

Page 86

1 when they've got a nutrition program in the school that could
2 provide the food for the kids?
3 BY MS. MIDDLETON:
4    Q    Now, can't they opt out of participating in field day?
5 Are you required to participate?  Let me say -- this is my
6 question.   Are they required to participate in field day?
7    A    Ms. Middleton, field day in the public schools is a big
8 day for children.  It's a big day for the rich kids and the
9 poor children too.  It's a big day.
10   Q    But are they required?  Can they opt out?
11   A    They're not required, but what child would want to opt
12 out of field day just because they don't have the money to pay
13 for the pickles and the popcorn?
14   When you've got a -- you've got federal nutrition
15 program in the school that could provide that for the
16 children.
17   Q    Then where's the -- where's -- and you're saying that
18 who -- pickles and popcorn, what's equitable about that?  What
19 -- where is that part of an adequate education?
20   A    Okay.  It's -- that -- where is it an adequate
21 education?
22   Q    What --
23   A    -- where children have to have -- where children have to
24 pay for school activities, when the federal government has
25 already identified them as Title I and poor children in low

Page 87

1 socioeconomic statuses.  So why you going to have them
2 paying --
3    MR. WALKER:  No.  Just give answers.  Don't argue.
4    THE WITNESS:  Okay.
5 BY MS. MIDDLETON:
6    Q    Let me ask you this.  You said something about double
7 paying for school for your grandsons, having to pay for summer
8 school?
9    A    Uh-huh.
10   Q    Now, correct me if I'm wrong, they had the full school
11 year to get the grades to not go to summer school, right?
12   A    Uh-huh.
13   Q    So you think because they made -- what Mr. Heller say
14 one of them had 0.8 --
15   A    Uh-huh.
16   Q    -- when they had the opportunity to get that 2.0, that
17 somebody's supposed to pay --
18   A    Uh-huh.
19   Q    -- for them to go school to make up what they should've
20 got during the regular school year?
21   A    See, my problem with the --
22   MR. WALKER:  Just answer her question.
23 BY MS. MIDDLETON:
24   Q    They should've gotten the -- gotten the grades during
25 the regular school year.  Taxpayers have already paid for

Page 88

1 that.  So now you're saying it's unfair because that you now
2 have to pay because they didn't do it during the regular
3 school year.
4    A    Yes.  Unfair.
5    MS. MIDDLETON:  Okay, that's all I have.
6    MR. WALKER:  Let me ask a few questions in view of
7 the attorney general -- I mean, in view of Mr. Key's position.
8    EXAMINATION
9 BY MR. WALKER:
10   Q    You were aware of the regulations of the State
11 Department of Education, which stated there should be no means
12 test for participation in public education?
13   A    A means test is where some people can pay, and others
14 can't pay.
15   Q    Right.
16   Q    You're aware of that?
17   A    Right.  Uh-huh.
18   Q    And having to pay for lunch when one is poor, under the
19 circumstances, according to your regulations of the Department
20 of Education --
21   A    Right, federal --
22   Q    Just a moment.
23   A    -- regulations --
24   Q    -- meant that that was a means test for getting food?
25   A    Uh-huh.

Page 89

1  Q    So you all implemented that when you were in the
2  Department of Education?
3  A    Yes.  It's a federal law.
4  Q    I understand, but it's the means test.  When you talked
5  about the drums -- the drumsticks --
6  A    Uh-huh.
7  Q    -- that's the means test for pay -- having some kids pay
8  and other kids not pay.
9  A    Right.
10  Q    And is it your understanding that all children should be
11  -- if the school offers something, all should be eligible for
12  it, without having to make payments?
13  A    Yes.
14  Q    And you cannot condition any part of the education upon
15  the ability of a child to pay?
16  A    No, you cannot.  And that's --
17  Q    So it's --
18  A    -- what you just did.
19  Q    Just a moment.  So it's -- just a moment.  Don't argue
20  with her.  So if you had one class over here, which they --
21  some parents want to have -- let's assume, that it's the --
22  it's a hypotenuse class.
23  A    Uh-huh.
24  Q    And in order to participate in it, everybody had to pay,
25  in order to pay the teacher's salary.

Page 90

1  A    Yes.
2  Q    Would it be your position that if your kid cannot pay
3  and all these other rich kids could pay, your kid should not
4  be denied the right to participate in that school, because of
5  one's income or means?
6  A    They should not.  They --
7  Q    I see.  In terms of --
8  A    -- should not be denied.
9  Q    -- in terms of the field trips, should one be denied the
10  ability to participate in the field trip because one doesn't
11  have the income?
12  A    No.
13  Q    So public education means public education?
14  A    Uh-huh.
15  Q    Equal education -- equal participation and opportunity
16  for participation --
17  A    It also --
18  Q    Just a moment -- without having those students subjected
19  to embarrassment and other things due to anything, including
20  race?
21  A    Right.
22  Q    Now, let's -- let's go to a couple of other things.  In
23  terms of the free public -- the public education during the
24  year, Ms. Middleton asked you, as to the fault of the -- whose
25  fault it was why these children didn't take advantage of the

Page 91

1  education during the year.
2       The fact that they have low grades, does that mean that
3  they were taught or not taught?  Or does it -- could it mean
4  anything?
5  A    I -- I feel that they weren't taught, and they
6  weren't --
7  Q    I see.
8  A    No stimulation and no --
9  Q    All right.  That's --
10  A    They weren't taught.
11  Q    Now, is it -- in your experience, is it understood that
12  the Department of Education itself has equity regulations
13  whereby you're always trying to make sure, in your supervisory
14  role, that children were actually taught, rather than have
15  some put over in a room and not taught --
16  A    Right.
17  Q    -- and getting .08 and the like, while others -- while
18  another part of the room who get better grades and everything,
19  you -- that's discrimination?  That's part of what you're
20  complaining about?
21  A    Yes.
22  Q    And you're -- part of this is the unequal treatment of
23  black and white students, including your kids, which resulted
24  in their inferior education --
25       MR. HELLER:  Object to the form.

Page 92

1       MR. WALKER:  I understand you can object to it all.
2  But I want to just make sure Ms. Middleton understands --
3  apparently she doesn't --
4       THE WITNESS:  Right.
5       MR. WALKER:  -- what these cases are all about.
6       THE WITNESS:  Right.
7       MR. WALKER:  Thank you.
8       THE WITNESS:  Right.
9       MR. HELLER:  All right.
10       THE WITNESS:  Thank you.
11       MR. HELLER:  I've got a couple --
12       THE WITNESS:  Can I -- oh, one more.
13       MR. HELLER:  -- more questions, Ms. Pettus.
14            FURTHER EXAMINATION
15  BY MS. MIDDLETON:
16  Q    So were your grandsons put in a separate classroom, and
17  taught, while the white kids were taught differently?
18  A    J. A. Fair is basically all black.  Dunbar --
19  Q    But you said you're complaining --
20  A    No.  Part of my complaint is the differences in the
21  facilities and how education is rendered to African-American
22  children differently than they are Caucasians.
23  Q    And what was the impact on your grandsons?  How has that
24  affected your grandsons?
25  A    How they were taught, how they are being taught.

Page 93

1   Q   How did it impact your grandsons?
2   A   How --
3   Q   What you're alleging, how does it affect --
4   A   Mentally --
5   Q   -- specifically impact --
6   A   -- educationally.
7   Q   How did it affect them mentally?
8   A   Okay. Mentally they were, you know, you know, upset
9   like I -- you know 'I don't have good teachers. I don't have
10  good teachers. The teacher sits in the classroom all day,
11  doesn't does do anything', An example --
12  Q   How did that affect him mentally?
13  A   Well, self-esteem-wise --
14      MR. WALKER:  Objection. Just a moment. Object to
15  the form of the question.
16  Q   I asked how does it affect mentally.
17  A   Okay.
18  Q   She said it affected them mentally so I --
19  A   Okay, self --
20  Q   -- I asked --
21  A   Well, you said 'mentally,' and I'm trying to tell you
22  self-esteem-wise --
23  Q   Okay.
24  A   Low self-esteem; you know, morale-wise, don't want to go
25  to school. It's nothing there for them.

Page 94

1   Q   Okay. You said 'physically'.-- how would that impact
2   them?
3   A   Self-esteem-wise. I don't know about physically. Self-
4   esteem-wise --
5   Q   Okay.
6   A   Uh-huh. And, you know, when a child's self-esteem is
7   affected, if -- you know, they just don't want to do anything
8   else.
9       And you've got teachers at J. A. Fair that sit out there
10  and do nothing all day. They don't teach there.
11      MR. HELLER:  I --
12      MS. MIDDLETON:  Okay.
13      MR. HELLER:  -- I've got a couple more.
14          REDIRECT EXAMINATION
15  BY MR. HELLER:
16  Q   The documents, we have -- Exhibit 1 -- relate to summer
17  school in 2013, right?
18  A   Yes.
19  Q   And you had to pay some fees for summer school?
20  A   Uh-huh.
21  Q   Were you aware of any white students who went to summer
22  school in 2013 and didn't have to pay the same types of costs
23  that you had to pay?
24      MR. WALKER:  We'll stipulate that she doesn't know of
25  any white children who --

Page 95

1       THE WITNESS:  No, I can't -- I can't think of any. I
2   don't know any.
3   BY MR. HELLER:
4   Q   All right. And then when you were calling these
5   different schools about drumsticks, and snacks, and things
6   like that, what did you do with that information?
7   A   In the case of the drumsticks, I called the band
8   director and asked him --
9       MR. WALKER:  Just a moment. I think I'm going to
10  object to the form of the question. Would you restate that?
11  Would you just rephrase that to ask her -- what did you she do
12  with it?
13      That's sort of vague. I understand what you're trying
14  to get at, but I think you can get it --
15  Q   Well, what -- how did you use the information you gained
16  by calling different schools to ask about things like field
17  trips and drumsticks?
18  A   I used the information as not being fair to black
19  children at Dunbar, and the children at the other school not
20  having to pay for something as simple as drumsticks.
21  Q   Okay.
22  A   And he couldn't participate in the band until he bought
23  the drumsticks.
24  Q   So did you take the information you got from the other
25  schools and talk to the people at Dunbar, and say hey, they

Page 96

1   don't have to pay for drumsticks at these other schools? Or
2   what did you do?
3   A   That's about all that I did. I -- you know, I wanted --
4   I had some comparisons here. The school where there are
5   mostly white kids, they're not being as punitive with these
6   kids as they are, you know, with my grandsons in the school --
7   Q   So once you reached that conclusion, did you talk to
8   anybody about it?
9   A   I talked to the band director. I talked to the
10  principal, and she told me this is how the band director does
11  business, they have to buy the drumsticks.
12  Q   Okay. So after you were told that your grandson would
13  have to pay for drumsticks at Dunbar and you called these
14  other schools and found out kids there didn't have to pay, you
15  went back and told the band director about your calls to the
16  other schools?
17  A   Uh-huh.
18  Q   And what -- okay. And --
19      MR. WALKER:  You have to say yes or no.
20  A   Yes.
21  Q   Okay.
22  A   Yes.
23  Q   Who was the band director at Dunbar?
24  A   I don't remember his name, sir.
25  Q   Okay. Do you remember his race?

Page 97

```
 1    A    Do I remember?
 2    Q    His race?
 3    A    He was white.
 4    Q    And when you called the other schools about the field
 5   trips, what did you do with that information?
 6    A    I mentioned it to the schools that, you know why -- why
 7   my -- why are my grandsons having to pay for field day when
 8   it's -- they don't have to pay for them at other schools?  And
 9   it's -- it's always this is how we do business.
10    Q    Did you ever write anything to anybody about what you
11   learned by calling the schools about field day or
12   drumsticks --
13    A    No.
14    Q    -- or anything like that?
15    A    No.
16    Q    Okay.
17        MR. HELLER:  That's all I have.
18        MR. WALKER:  No more questions.
19   [Whereupon the deposition concluded at 12:50 p.m.]
20   [Signature waived.]
21
22
23
24
25
```

Page 99

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 98

```
 1              CERTIFICATE
 2   STATE OF ARKANSAS  ]
 3   COUNTY OF PULASKI  ]  ss
 4   I, Stephanie G. Branton, an Arkansas Certified Court Reporter
 5   and Notary Public in and for the aforesaid county and state,
 6   do certify that the witness herein was sworn by me prior to
 7   the taking of the testimony as to the truth of the matters
 8   attested to and contained herein; that the testimony of
 9   witness was taken, by Stenomask, in accordance with the Rules
10   of Civil Procedure, and the questions and answers were reduced
11   to typewriting by me; that the deposition is a true and
12   correct record of all proceedings, to the best of my knowledge
13   and belief. The review of the transcript was not requested by
14   the deponent. I further certify that I am neither counsel for,
15   related to, nor employed by any of the parties to this action;
16   I am not a relative or employee of any attorney or counsel
17   employed by the parties, nor financially or otherwise
18   interested in the outcome of this action; that I have no
19   contract with the parties, attorneys, or any person with an
20   interest in this action that would affect impartiality.
21   WITNESS MY HAND AND SEAL as court reporter on this 24th day of
22   April,  2017.
23        _____
24            STEPHANIE G. BRANTON, CCR
25
```

# Transcript of the Testimony of

# **Lazareous Pettus**

**Date:** April 24, 2017

**Case:** Doe v. LRSD

**Bushman Court Reporting**
cris brasuell
Phone:  (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

EXHIBIT 13

**Page 1**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAKESHA DOE and her Minor Child
DENNIS DOE, et al.                    PLAINTIFFS

V          CASE NO. 4:15-CV-623-DPM

MICHAEL POORE, in his Official Capacity
as Superintendent of the Little Rock
School District, et al.          DEFENDANTS

_____

DEPOSITION OF
LAZAREOUS PETTUS

Little Rock, Arkansas
April 24, 2017, at 1:05 p.m.

_____

**Page 3**

1         I N D E X
2   STYLE AND NUMBER. . . . . . . . . . . . . . . . . .1
3   APPEARANCES. . . . . . . . . . . . . . . . . . . . . . .2
4   STIPULATION. . . . . . . . . . . . . . . . . . . . . . .4
5   PROCEEDINGS. . . . . . . . . . . . . . . . . . . . . .5
6   WITNESS:  Lazareous Pettus
7       Examination by Mr. Heller. . . . . . . . . .5
8       Further Examination by Mr. Hollingsworth. . .30
9       Cross Examination by Mr. Walker. . . . . . . 33
10      Redirect Examination by Mr. Heller. . . . . .58
11      Further Examination by Mr. Hollingsworth. . .67
12      Further Recross Examination by Mr. Walker. . 70
13      Further Redirect Examination by Mr. Heller. .71
14  DEPOSITION CONCLUDED. . . . . . . . . . . . . . . .75
15  COURT REPORTER'S CERTIFICATE. . . . . . . . . . . . .76
16
17      EXHIBITS IDENTIFIED
18  1. Facebook Photo. . . . . . . . . . . . . . . 25
19  2. Facebook Photo. . . . . . . . . . . . . . . 26
20  3. Facebook Photo. . . . . . . . . . . . . . . 26
21  4. Facebook Photo. . . . . . . . . . . . . . . 27
22  5. Facebook Photo. . . . . . . . . . . . . . . 27
23  6. Facebook Photo. . . . . . . . . . . . . . . 27
24  7. Facebook Photo. . . . . . . . . . . . . . . 28
25

**Page 2**

1
2       A P P E A R A N C E S
3   ON BEHALF OF THE LITTLE ROCK SCHOOL DISTRICT:
4       CHRISTOPHER J. HELLER, ESQUIRE
        FRIDAY, ELDREDGE AND CLARK, LLP
5       400 WEST CAPITOL AVENUE, SUITE 2000
        LITTLE ROCK, AR  72201
6       501-376-2011
        HELLER@FRIDAYFIRM.COM
7
8
9   ON BEHALF OF THE PLAINTIFFS:
        JOHN W. WALKER, ESQUIRE
10      JOHN WALKER LAW FIRM
        1723 SOUTH BROADWAY
11      LITTLE ROCK, AR  72206
        501-374-3758
12      JOHNWALKERATTY@AOL.COM
13
14
    ON BEHALF OF DEFENDANT JOHNNY KEY:
15
        PATRICK HOLLINGSWORTH, ESQUIRE
16      ASSISTANT ATTORNEY GENERAL
        323 CENTER STREET, SUITE 200
17      LITTLE ROCK, AR  72201
        501-682-1051
18      PATRICK.HOLLINGSWORTH@ARKANSASAG.GOV
19
20
21  ALSO IN APPEARANCE:
22      JOY C. SPRINGER
23      IDA PETTUS, PLAINTIFF
24
25

**Page 4**

1       S T I P U L A T I O N S
2       IT IS HEREBY AGREED AND STIPULATED by the parties in
3   the above cause, through their attorneys of record, that
4   the testimony of Lazareous Pettus, produced, sworn, and
5   examined at the offices of John W. Walker, P.A., 1723
6   South Broadway, Little Rock, Arkansas, commencing on
7   April 24, 2017, at 1:05 p.m., before Cris M. Brasuell,
8   CCR, pursuant to the terms and provisions of the Arkansas
9   Rules of Civil Procedure for use as permitted by the
10  Rules; that the questions and answers so given and
11  propounded shall be transcribed by the reporter.
12      WHEREUPON, there being no further stipulations, the
13  following proceedings were had and done, to wit:
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

PROCEEDINGS

1
2     THEREUPON, Lazareous Pettus, was duly
3     sworn to tell the truth, the whole truth, and
4     nothing but the truth and gave the following
5     testimony to wit:
6     DIRECT EXAMINATION
7 BY MR. HELLER:
8 Q   Would you tell us your name for the record, please?
9 A   My name Lazareous.
10 Q   Okay.  What's your last name?
11 A   Pettus.
12 Q   Okay.  Where do you live, Lazareous?
13 A   I stay on West 12, Look Street.
14 Q   Who lives with you there?
15 A   My mom and my three brother -- my two brothers.
16 Q   Is it Ezekiel and Elisha?
17 A   Yes, sir.
18 Q   Okay.  My name is Chris Heller, I'm a lawyer for
19 Little Rock School District.  I'm going to ask you a
20 couple of questions about the lawsuit that you and your
21 brother and your grandmother have joined.  And I'm going
22 to ask you to continue to answer my questions verbally so
23 that your answers can be recorded by the court reporter.
24     MR. WALKER:  Let me -- you've used the
25     term joint several times.  I think they're

Page 6

1     plaintiffs.  I don't (inaudible) mean that they
2     join something, that implies that they have
3     some changes with other people and then joined
4     it, but they are plaintiffs.
5     MR. HELLER:  Okay.  So the lawsuit was
6     filed a year before they began their
7     participation in it, so whatever word you want
8     to use is fine with me.
9     MR. WALKER:  Well, I mean, a person who
10     comes later can also be a plaintiff without
11     necessarily -- that's a lawyer's term and it
12     has other kind of connotation, but that's fine.
13 BY MR. HELLER:
14 Q   In addition to answering my questions verbally,
15 please make sure you understand my question and ask me to
16 rephrase it if you don't so that I can rely on your
17 answers, okay?
18 A   (Witness moves head up and down.)
19 Q   Yes?
20 A   Yes.
21 Q   Okay.  And if you want to take a break during the
22 deposition, just let me know, and we'll take a break,
23 okay?
24 A   Yes.
25 Q   Okay.

Page 7

1     Where do you go to school?
2 A   J.A. Fair.
3 Q   How long have you been at J.A. Fair?
4 A   I say a year, half a school year.
5 Q   Okay.  Do you live in a J.A. Fair attendance zone?
6 A   No, I don't.
7 Q   What zone do you live in?
8 A   I'd say Central or Hall.
9 Q   Okay.  Why do you say that?
10 A   Because that's the closest school around that area.
11 Q   Okay.  Did you make any effort to get in a high
12 school other than Hall, I mean, other than Fair?
13 A   Central.
14 Q   What did you do to try to get into Central?
15 A   My mom went up there.  She tried to enroll me, but
16 they said -- I was on the waiting list for a year but
17 they told me to -- it's too full.
18 Q   Okay.  What is your mother's name?
19 A   Toni Juniel.
20 Q   Okay.  And just so we can get this right in the
21 record, is that J-u-n-i-e-l?
22 A   Yes, sir.
23 Q   Okay.
24     Did you try to get in any other high school besides
25 Central?

Page 8

1 A   She -- no.
2 Q   Okay.  How did you end up at Fair High School?
3 A   Well, after they told me I couldn't get in Central,
4 I guess that's the only school that I, we went to.
5 Q   Okay.  Was your older brother already at Fair?
6 A   Yeah, for like a year.  But then they had a -- we
7 tried to go to Central and then they told us -- the
8 waiting list.  Same thing they tell us every year.
9 Q   Okay.  Did you ever talk to anybody in the Little
10 Rock School District about going to Central?
11 A   No.  I talked to my grandma.  I don't know if she
12 count, but. . .
13 Q   Okay.  But have you ever gone to meet with anybody
14 at Central about whether or not you could get in there?
15 A   Yes.  This summer, I had went up there.  I had
16 talked to the people at the front desk about letting me
17 in.
18 Q   Okay.  Who did you talk to?
19 A   Some -- the front.  I don't know their names.
20 Q   Was it in the principal's office or someone else?
21 A   I -- when -- when you walk through the main doors, I
22 -- it's the office you go to to enroll in.  I mean, the
23 first words they told us was we have a wait list and the
24 wait list is too long.  And which I told them we've been
25 on the wait list for like a year now.

2  (Pages 5 to 8)

Lazareous Pettus 4/24/2017                                    Doe v. LRSD

Page 9

1    Q   Okay.  When was it that you went to Central to talk
2    about whether you could get in this summer?
3    A   I say around June; June 16.
4    Q   Okay.  Who was with you when you went there?
5    A   Mom, my brother, and that's it.
6    Q   Okay.  And how many different people did you talk to
7    at Central?
8    A   Just one lady.
9    Q   Do you know her name?
10   A   No, sir.
11   Q   What'd she look like?
12   A   Black.
13   Q   And she was -- tell me where you went in the school,
14   where her office was in relationship to where you went in
15   to the school building.
16   A   I walk -- I remember walking through the front doors
17   and we asked where the main office.  We walked in to the
18   main office.  I don't remember just how exactly, where,
19   like exactly what turn we went, we did.  But I remember
20   walking in to the main office trying to get the
21   paperwork; and they told me that the, the list is too
22   long.  And which is -- they told me that for like a year
23   or two straight and I been on the waiting list for a long
24   time.
25   Q   Did you talk to anybody else at Central or anywhere

Page 10

1    else at the Little Rock School District about trying to
2    get into Central?
3    A   (Witness moves head side to side.)
4    Q   No?
5    A   No.  I mean, we always contact a little early to get
6    us on the list to be enrolled.
7        I mean, but every time you come down to it, you walk
8    through the doors, you ask -- you try to get the
9    enrollment paper and they tell you the waiting list is
10   too long.
11   Q   Okay.  When you went to Central, did anybody say
12   anything to you or your brother about a Facebook post?
13   A   Yeah.  My brother, but you have to ask my brother
14   that.
15   Q   Were you there when it happened?
16   A   No.  I remember him telling me about it.
17   Q   Okay.  Does your brother have a Facebook account?
18   A   Yeah, he has one.
19   Q   Do you?
20   A   Yeah, I have one.
21   Q   Okay.
22       Where did you go to school before --
23   A   Dunbar.
24   Q   -- Fair?  Okay.  How long were you at Dunbar?
25   A   Three years.

Page 11

1    Q   Did you try to go to any middle school besides
2    Dunbar?
3    A   (Witness moves head side to side.)
4    Q   No?
5    A   (Witness moves head side to side.)
6    Q   You have to say yes or no.
7    A   Yes.  No, no, no, no.  That was my answer, no.
8    Q   Okay.  Where'd you go to school before Dunbar?
9    A   Mabelvale Elementary.
10   Q   Were you there for all of your elementary school or
11   part of it?
12   A   Part of it.  I'd say from third to fifth.  Before
13   that, it was Geyer Springs.  And that was first -- no.
14   Kindergarten through second.
15   Q   Okay.  Did you go to a four-year-old program
16   anywhere?
17   A   No.
18   Q   How are you doing in school?
19   A   I say I'm -- I'd say about C average; C average.
20   Q   Are you absent a lot?
21   A   I would just -- yeah.  I say not all the time.
22   Like, if I am absent, doctor -- I got a doctor excuse to.
23   . .
24   Q   Have you spent any time at Hamilton?
25   A   No.  I don't recall going.

Page 12

1    Q   Okay.  So if you missed parts of 17 school days for
2    absences in February, this past February, that wouldn't
3    be because you were at Hamilton?
4    A   No.  Not this year.
5    Q   Have you had any discipline problems at school?
6    A   Yeah.  I mean -- like, what you mean, like,
7    discipline, discipline problems?  Me being kicked out of
8    class type discipline problems?
9    Q   Yeah.  In-school or out-of-school --
10   A   Oh, yes.
11   Q   -- suspension, anything --
12   A   Yes.
13   Q   -- like that?
14   A   Yes, sir.
15   Q   Okay.  Have you had those kind of problems this year
16   at Fair?
17   A   No.  Not just -- well, yeah, you might as well say
18   it.
19   Q   And what about before that at Dunbar?
20   A   No.
21   Q   Were you suspended out of school during the time you
22   were at Dunbar?
23   A   (Witness moves head up and down.)
24   Q   Yes?
25   A   Yes.

3 (Pages 9 to 12)

Page 13

1  Q   Were you ever suspended for fighting while you were
2  at Dunbar?
3  A   Yes.
4  Q   How many times?
5  A   About once.  Once, twice.
6  Q   Okay.
7  A   I'd say twice.
8  Q   And have you been suspended for fighting at Fair?
9  A   No.
10  Q   Do you know what Compass Learning Program is?
11  A   (Witness moves head side to side.)
12  Q   No?  You have to say yes or no.
13  A   Yeah.  No, I don't know what that is.
14  Q   Okay.
15      Why did you decide to be a part of this lawsuit?
16  A   Well, I -- I feel it's a lot of discrimination going
17  on in some parts of the Little Rock School District.
18  Q   Okay.  Have your ever been involved in a lawsuit
19  before?
20  A   No.  I -- I don't -- I don't recall being part of a
21  lawsuit.
22  Q   Have you ever testified under oath before?
23  A   No.
24  Q   All right.
25      So what do you mean when you say there's a lot of

Page 14

1  discrimination going on in parts of the Little Rock
2  School District?
3  A   I mean, like me having to pay for drumsticks when
4  there's like a box of drumsticks in the classroom.  And
5  like this -- how should I say it.
6      I'm going to just say whites being able to have a --
7  they get the brass.  They play the brass, I play the
8  drums, so they -- they already set.  They don't really
9  too much have to buy nothing.
10      He give them the mouthpiece and all but I got to
11  pay, pay for drumstick.  I'm -- I'm the major on the
12  snare.  If I miss one beat or a note, I got to go outside
13  for the whole classroom and bang on the door.  And -- and
14  they get to stay in and I don't recall nobody white being
15  outside with me banging on the door.  And he tells all
16  those students not to open up the door.
17  Q   Okay.  And when and where did this happen?
18  A   Dunbar.  And that was my sixth-grade year.
19  Q   Okay.  And now you're in ninth grade?
20  A   Yep.
21  Q   How old are you?
22  A   Fifteen.
23  Q   Okay.  Is there any other discrimination you're
24  complaining about in this case?
25  A   I mean, the security guards.  They use excessive

Page 15

1  brutality, if that's how I could say it.  One of my
2  friends was walking through the gate.  I mean, I remember
3  one white security guard telling him if that kid comes
4  through the gate, don't let this specific student come
5  through this gate.
6      And my friend had just left the bathroom and I'm a
7  witness to it.  And he walked in the gate and the black
8  security guard, he said, hey, and he kind of pushed him
9  away from the gate and he tried to get through the gate
10  while it was kind of open and he slammed it on his neck.
11      And my friend kicked the gate and they put my friend
12  in handcuffs and locked him up in juvenile for over the
13  weekend.
14  Q   What's your friend's name?
15  A   Stacy.
16  Q   What's his last name?
17  A   I don't know the last -- don't know his last name.
18  Q   What school did this happen at?
19  A   J.A. Fair.
20  Q   When did it happen?
21  A   I'd like to say about two months ago.
22  Q   And who was the security guard?
23  A   Hammock, Hammitt.
24  Q   Was it just one security guard there?
25  A   Yeah.  He's the -- like, he one that slam the

Page 16

1  gate on the dude's neck.
2  Q   Okay.  You said he's black?
3  A   Yes.  He's a black guy.
4  Q   Okay.  And then any other discrimination that you've
5  experienced or witnessed?
6  A   Well, not for me.  Well, my brother, one time, he
7  had to go to summer school.  I remember us having to pay.
8  Like if you late, like if you even three minutes, five
9  minutes late, you have to pay.  And I don't -- and I
10  thought that was kind of wrong.
11  Q   Did that happen to you or just your brother?
12  A   My brother.
13  Q   Okay.
14  A   Because by the time I got to summer school, my
15  grandma had put a end to it.
16  Q   Okay.  Is there any other discrimination that you've
17  experienced or witnessed in the Little Rock School
18  District?
19  A   My fourth grade or -- no.  First grade, I was in the
20  class with all whites.  They moved me from that class
21  into a black class with nothing but black kids in there.
22  Q   Okay.  What school was that?
23  A   Geyer Springs.
24  Q   Who was your teacher?
25  A   Well, I can't remember the white teacher.  I

4  (Pages 13 to 16)

cris brasuell

Page 17

1  remember the black probably would have been with Ms.
2  Moore.
3  Q   And did anybody say anything to you about why you
4  were moved from one class to another?
5  A   No.  I -- I remember just having to -- I remember
6  going to school one day and they just move me.
7  Q   This was during your first-grade year?
8  A   Yes.
9  Q   And are you saying you were the only black student
10  in a class full of white kids?
11  A   I mean, all -- it -- I can count on my finger
12  about -- it was at least three or two.  I mean, it wasn't
13  that meeting.
14  Q   Two or three white kids?
15  A   No, it was like three or two black kids in that
16  class.
17  Q   Okay.  And then how many white -- okay.  So it --
18  A   Rest are -- rest are white.
19  Q   Did the other black kids get moved?
20  A   No.  Just me and they kept them in class.  It was
21  about -- no.  My friend, Joshua, he got moved, too, to
22  the same classroom.  And they left one black kid in
23  there.
24  Q   Okay.  So when you went to this other class that
25  you're calling the black class, were there any white kids

Page 18

1  in there?
2  A   No.  Honestly, don't remember.  It was like Mexican
3  kids, no -- no whites or nothing.
4  Q   Okay.
5      All right.  Any other discrimination that you've
6  witnessed or experienced during your time in the Little
7  Rock School District?
8  A   Not that I can think of.
9  Q   Okay.
10  A   I mean, if I go home and think, I mean, it's -- so
11  probably a lot.  A lot.
12  Q   Tell me what you did to get ready for this
13  deposition.
14  A   Nothing.  Just think of all the times that I
15  remember of me getting treated bad in the Little Rock
16  School system.
17  Q   Okay.  Did you talk to anybody or read anything?
18  A   (Witness moves head side to side.)
19  Q   No?
20  A   No.
21  Q   Have you ever read the complaint in this case?
22  A   No.
23  Q   So who was your band teacher at Dunbar?
24  A   Toni Lockhart.
25  Q   Tonya?

Page 19

1  A   Toni Lockhart.
2  A   Oh, Toni, I'm sorry.
3  A   And you have Mike Willis.
4  Q   Okay.  And what race is Toni Lockhart?
5  A   Black.
6  Q   What about Mike Willis?
7  A   He's white.
8  Q   Okay.  And you're saying there was a box of
9  drumsticks in your band room --
10  A   Yeah.
11  Q   -- but they wouldn't let you have --
12  A   Exactly.  You have to -- you have to go -- my
13  grandma have to take me to the Guitar Center and buy me
14  some.
15  Q   Okay.  And who told you you couldn't use the
16  drumsticks that were in the band room?
17  A   Both of them, basically.
18  Q   Did anybody who played drums at Dunbar get to use
19  those drumsticks?
20  A   No.  Nobody.  I mean, but the -- because the whole
21  drum -- I'm not going to lie.  Like the whole drumline
22  section was blacks.
23  Q   Did Mr. Lockhart or Mr. Willis say anything to you
24  about why you couldn't use the drumsticks that were
25  there?

Page 20

1  A   No.  His words was if you want to play in the band,
2  you have to go buy your own drumsticks.
3  Q   Okay.
4      Including the stand.  You have to buy the stand and
5  you have to buy the drumsticks, but he provided the drum.
6  Q   Okay.
7      Your complaint says that Geyer Springs and Dunbar
8  facilities are not as good as other school district
9  facilities where white kids are concentrated.  Do you
10  know anything about that?
11  A   Can you repeat it?
12  Q   The complaint says -- Paragraph 54 C-1 of the
13  complaint says that you and your brother went to Geyer
14  Springs and Dunbar and facilities that you went to were
15  inferior to others where white kids are concentrated.
16      MR. WALKER:  Fifty-four, those two.  Take
17  a moment and read it.
18      THE WITNESS:  So basically, what you're
19  trying to say --
20      MR. WALKER:  That's what we wrote for you
21  and Ms. Pettus.
22  A   You trying to say, like it did -- yeah.  So
23  basically, the school that I went to, it was -- if you
24  ask me -- let's say I'm in the hallway.
25      J.A. Fair, any -- all of my -- my whole -- like the

Lazareous Pettus 4/24/2017                                    Doe v. LRSD

## Page 21

1   school, any school I went to.  If I'm coming from the
2   restroom and I go -- I go knock on my classroom door. I
3   knock, I say, sir, I was in the restroom.  Whoever it is,
4   (inaudible) I was in the restroom.  They going to get on
5   their phones, they got to call, make sure.
6       Like, but if a white student walk in and say he was
7   in the restroom, okay, sit down, everything okay.
8   BY MR. HELLER:
9   Q   At Fair?
10  A   Every school.  It'd be like that every school I --
11  Q   Tell me -- you're saying that happened at Fair?
12  A   Fair, Mabelvale, Dunbar.  Especially Dunbar.
13  Q   All right.  Well, first of all, tell me the white
14  student at Fair or students you saw that happened to.
15  A   Me, half of all my friends.  Half of any black kid
16  at the school that walks in and say -- if they -- they
17  were in the restroom or they was doing this or that, you
18  always have to -- they not going for it.  Like if. . .
19  Q   Okay.  Then tell me a white kid that was treated
20  differently.
21  A   I mean, all of them.  I mean, it's not like a
22  specific -- like, if they walk in and they say I was in
23  the restroom or I was doing this, okay, sit down.
24  Q   Well, I want to know, when you say you saw this,
25  when it was, what class, and who was the white kid?

## Page 22

1   A   I don't know his name.  I mean, but I can tell you
2   -- I mean, it usually happen in Mr. Hart class, my
3   first-period teacher, J.A. Fair.
4   Q   All right.  Who are the white kids in Mr. Hart's
5   class?
6   A   You got Jeremy, you got a kid name -- you got Tie.
7   There's a whole lot of them.  I mean, all -- I -- I'm not
8   necessarily say I know every white kid in my class.  I
9   just know if I hear a kid knock on the door and they say
10  they in the bathroom and they white, I know they ain't
11  going to have to get sent out the class and have to go
12  get proof of it.
13  Q   Okay.  And you say Mr. Hart did that?
14  A   Yes, sir.
15  Q   Okay.  How many white kids are in your class with
16  Mr. Hart?
17  A   Approximately, about ten.  And I'd say about ten
18  blacks, 15 black.  Mix, I'm just going to say mixed.
19  Q   Okay.  What about your other classes?  Do you have
20  as many as ten white kids in those?
21  A   Some.  I mean, yeah, you can say that.
22  Q   Let's talk about the buildings themselves.  Can you
23  name any schools where you believe white students are
24  concentrated?
25  A   What you mean by -- what you mean by concentrated?

## Page 23

1   Q   Well, there's just more white students in those
2   schools than in other schools.
3   A   I say J.A. Fair to -- J.A. Fair, yeah.  I can say
4   that.  There's a couple more white kids.  I mean, but no,
5   no, no, no, no.  Not really none of my schools because
6   none -- no.
7   Q   Well, do you think something about the buildings
8   themselves, the facilities at Geyer Springs or Dunbar or
9   Fair are in worse shape than other schools?
10  A   (Witness moves head up and down.)
11      MR. WALKER:  You have to say yes or no.
12  A   Oh, yes.  Like building wise?
13  BY MR. HELLER:
14  Q   Yes.
15  A   Yeah, it's like rats running around Dunbar.
16  Q   Okay.  And compared to what other schools?
17  A   Like Mabelvale, it -- I ain't never seen no rat or
18  nothing or any type of bat flying across the gym.  I
19  mean, but go to Dunbar, you got rats, bats.
20  Q   Okay.
21  A   Bugs, roaches, spiders running across the floor
22  while you eat.
23  Q   Okay.  So there any other problems at Dunbar besides
24  what you just mentioned?
25  A   No, not major.  I mean, us having to have class

## Page 24

1   outside because they brought Forest Heights kids over
2   there.
3   Q   Okay.  Tell me what you mean by that.
4   A   It was a point in time one year, my seventh-grade
5   year, we had to -- I was still going to Dunbar.  They
6   brought -- for some reason, it was at least 60 Forest
7   Heights kids that attended Dunbar that year.  But reason,
8   all I know was they were black and they came over there
9   and the school was so packed to where we have to have
10  class outside.
11  Q   Okay.  What class did you have outside?
12  A   I had art.
13  Q   Okay.  How many times?
14  A   At least four, five, six.  Like about every -- like
15  five weeks to the max until they start combining the
16  classroom, which it was still kind of packed to kind
17  of -- it was loud for a learning environment.
18  Q   Any other complaints about the building itself at
19  Dunbar?
20  A   Other than the rats and roaches and stuff, I got
21  nothing to say.
22  Q   Okay.  What about Geyer Springs?
23  A   No.
24  Q   No complaints?
25  A   No.

Lazareous Pettus 4/24/2017                                    Doe v. LRSD

Page 25

1    Q   What about J. A. Fair?
2    A   No.  The food nasty.  I mean, but. . .
3    Q   Other than that, the building's okay as far as
4    you've seen?
5    A   I think it's kind of too small.  I mean -- but I
6    don't know if that matter or not.  I think it's too
7    small.  Like the -- it's a long hallway, if you ask me.
8    Q   Were there courses at J.A. Fair that you wanted to
9    take that weren't available?
10   A   No.
11   Q   How did you decide what courses to take?
12   A   I got there, I enrolled, and they ask me if I wanted
13   to take art or if I wanted to take drumming.  I filled
14   out the drumming, I was in drumming.
15   Q   Okay.  Do you know what courses are available at any
16   other high school in LRSD?
17   A   No.
18   Q   Okay.
19       I want to ask you to look at some Facebook posts and
20   tell me if any of these are you or your brother.
21           (WHEREUPON, the document was marked for
22           identification as Exhibit No. 1 and is attached
23           hereto.)
24   A   I don't know.  Yeah, I guess it -- yeah.
25   BY MR. HELLER:

Page 26

1    Q   Who's that?
2    A   That's my -- that's my brother.
3    Q   The one I've marked No. 1 is your brother?  Your
4    brother Ezekiel?
5    A   Yeah.
6    Q   Okay.
7           (WHEREUPON, the document was marked for
8           identification as Exhibit No. 2 and is attached
9           hereto.)
10   BY MR. HELLER:
11   Q   What about Deposition Exhibit No. 2?  Do you
12   recognize the person in that photo?
13   A   Yeah.
14   Q   Who's that?
15   A   I mean, same person, my brother.  Like the name
16   right here.
17   Q   Okay.
18           (WHEREUPON, the document was marked for
19           identification as Exhibit No. 3 and is attached
20           hereto.)
21   BY MR. HELLER:
22   Q   And do you recognize the person in Deposition
23   Exhibit 3?
24   A   Yeah.
25   Q   Who is it?

Page 27

1    A   My brother.
2    Q   Okay.
3           (WHEREUPON, the document was marked for
4           identification as Exhibit No. 4 and is attached
5           hereto.)
6    BY MR. HELLER:
7    Q   And who is this, if you know, in Deposition Exhibit
8    4?
9    A   Same person.  I mean, y'all -- y'all see the name.
10   Q   Okay.
11           (WHEREUPON, the document was marked for
12           identification as Exhibit No. 5 and is attached
13           hereto.)
14   BY MR. HELLER:
15   Q   Now, who is this in Deposition Exhibit 5?
16   A   My brother.
17   Q   Okay.
18           (WHEREUPON, the document was marked for
19           identification as Exhibit No. 6 and is attached
20           hereto.)
21   BY MR. HELLER:
22   Q   And there are a group of people on Exhibit 6.  Do
23   you recognize any of them?
24   A   No.  I mean, that's me, my brother.
25   Q   You and your brother are both in that photo?

Page 28

1    A   Uh-huh.
2           (WHEREUPON, the document was marked for
3           identification as Exhibit No. 7 and is attached
4           hereto.)
5    BY MR. HELLER:
6    Q   And who is this, if you know, in Deposition
7    Exhibit 7?
8    A   That's me.
9        MR. WALKER:  I've got three copies of the
10   same thing.  Did you intend for that to be?
11       MR. HELLER:  No.  I was putting them out
12   there for whoever needed to see them.
13       MR. WALKER:  Oh, okay.
14       THE WITNESS:  How y'all get all these
15   pictures?
16       MR. WALKER:  They have the same sources
17   that you do.  Anytime you put anything on
18   Facebook, it's viral.
19   BY MR. HELLER:
20   Q   So let's look at Exhibit 1.  Does your brother own a
21   gun?
22   A   No, he don't own a gun.  I mean, if you look at this
23   right here, this right here, this is a BB gun.  This not
24   even a real clip.  This came off of -- oh, I know this.
25   And then the other one, too.  That's a BB gun.

                                    7 (Pages 25 to 28)

Lazareous Pettus 4/24/2017                           Doe v. LRSD

Page 29

1   Q   Okay.  When you say the other one's a BB gun, are
2   you talking about Deposition Exhibit 4?
3   A   Yeah, that's a BB gun.  Both of these are BB guns.
4   Q   Okay.  So let's look at Deposition Exhibit 5 where
5   your brother's got a gun.
6   A   That's a BB gun.
7   Q   How do you know that?
8   A   Because I've -- I -- this one, I bought.  I bought
9   this one, too.  And I bought that one.
10  Q   All right.  How many different BB guns are you
11  saying are in those Deposition --
12  A   Three.  Not many --
13  Q   Three different BB guns?
14  A   Three different BB guns.
15  Q   And you bought all of them?
16  A   Yes.  Yes, sir.  From Walmart.
17  Q   Okay.
18      Are you a member of a gang?
19  A   No, I'm not a member of a gang.
20  Q   Is your brother?
21  A   No, he's not a member of a gang.  I mean, if you ask
22  me, you could say he's a member of -- he a state
23  gangster, if you ask me.  Because he -- a gangbanger's in
24  the streets.
25  Q   Okay.

Page 30

1       So what's he doing in Deposition Exhibit 3?
2   A   He -- he's in the Oaks Apartment Complex, if you ask
3   me.  Fake tattoo.  I mean, I wish he was here right now
4   so he can show his arm.  I mean, this a pen.  Look like
5   he just throwing up a gang sign, which anybody can do.
6   Q   All right.  Is that what you're doing in Deposition
7   Exhibit 7?
8   A   Yes.  This right here, I'm throwing up Little Rock.
9   Little Rock, no gang signs.  I mean -- I mean, you can
10  call it gang sign, but it -- I say I call it a city sign,
11  because it's Little Rock, what I'm throwing up.
12  Q   Okay.  Not Southside?
13  A   No.  What the -- what Southside?  What I'm throwing
14  up?
15  Q   What your brother is.
16  A   I guess so.  I don't know gang signs.
17  Q   So when we started off, you said something about a
18  lot of discrimination in the Little Rock School District.
19  Have we talked about everything you meant when you said
20  that?
21  A   Yep.  I gave you -- everything cleared up.
22  Q   Okay.
23      MR. HELLER:  I don't have any more
24      questions.
25      FURTHER EXAMINATION

Page 31

1   BY MR. HOLLINGWORTH:
2   Q   Mr. Pettus, my name is Patrick Hollingsworth and I
3   represent John Key.  I'm a lawyer, also.
4       You said when you went to Central to get paperwork
5   to try to sign up for Central, they told you the list is
6   too long, what did --
7   A   Like it's a waiting list.
8   Q   What did you take that to mean?
9   A   Basically what -- first thing that came in my mind
10  basically?  Y'all don't want me in this school.
11  Q   Did you ask what does it mean, the list is too long?
12  A   I knew what it meant.  I mean, but I knew,
13  basically, that you basically -- that was how not to have
14  me in this school.
15  Q   Were they telling you that the list was so long that
16  if you signed up it wouldn't do you any good?
17  A   Yes, sir.
18  Q   Okay.
19  A   But I was on the -- but I was on the list like a
20  year.
21  Q   Okay.  You said that at Dunbar, they provided the
22  drums.  This is for band.
23  A   Yes.  They provided drums.
24  Q   Were the other children who played other instruments
25  also provided their instruments?

Page 32

1   A   No.  I remember them already having them.
2   Q   Yeah.  So their parents probably had to buy them or
3   rent them, right?
4   A   I don't -- I don't know about the brass.  I know
5   about my section.
6   Q   Okay.
7   A   We have to buy drumsticks, we have to buy a stand.
8   Q   And you said that, at Fair, Mr. Hart let the white
9   kids back in --
10  A   Without --
11  Q   -- without having to go through the --
12  A   Yes, sir.
13  Q   -- process --
14  A   I mean, it -- it's not --
15      COURT REPORTER:  Let him finish his
16      question, please.
17  BY MR. HOLLINGWORTH:
18  Q   Who are the other teachers that that happened with?
19  A   I mean, there's probably half all the teachers.
20  Q   Well, which ones do you remember that did that to
21  you?
22  A   Hart.  I mean, Hart.  He just the only one that do
23  it, if you ask me.
24  Q   Okay.  Who --
25  A   But I know -- but I know it's other teachers that do

8 (Pages 29 to 32)

Page 33

1    it.
2    Q   Okay.  So Mr. Hart is the only one you observed do
3    that?
4    A   (Witness moves head up and down.)
5    Q   Is that a yes?
6         MR. WALKER:  Is that yes?
7    A   Yes.
8    BY MR. HOLLINGWORTH:
9    Q   Thank you, sir.
10        MR. HOLLINGWORTH:  That's all I have.
11        CROSS EXAMINATION
12   BY MR. WALKER:
13   Q   All right.  Let me ask you a few questions.
14        Did you have occasion to be taught by, on an often
15   basis, a very often basis by substitute teachers?
16   A   What you say?
17   Q   Are some of your teachers substitutes from time to
18   time?
19   A   The substitute teachers, yeah, they substitute, and
20   they're not professional.  They don't dress professional,
21   they don't talk professional.
22        And if you ask me, they not very educated enough to
23   teach me what I need to know.
24   Q   I see.  Did you indicate -- this is sort of leading,
25   but did you indicate that any of them, to your knowledge,

Page 34

1    were high school graduates?
2    A   Yeah, they high school.  Like some of them -- like
3    this one dude at my school, his name -- I don't know his
4    name, but I know he's about 19.
5         He -- he's a high school graduate, for sure.  Like,
6    he look around like the kids.  Like if you seen him, you
7    think he was a student but he teach classes.  He don't do
8    nothing.  Like, he point at the board and show you what
9    you need to do and he's on his phone for the rest of the
10   day, for the rest of the class period.
11   Q   Whose class is it?
12   A   He's all around.  Like, let's say a teacher don't
13   show up today, he's in that classroom.  If teacher don't
14   show up the next day -- like, they just move them around
15   all the time.
16        Like, there's teachers that came in the beginning of
17   the year.  They came, they -- I guess they (inaudible) at
18   the school and they didn't even want to show up.  Like,
19   there's a teacher that came for one day and he didn't
20   show back up.  And he -- they put these substitutes in
21   class for the rest of the year as a permanent teacher.
22        Like, my seventh-period teacher is a substitute and
23   that been my teacher all year around.  Was it -- like I
24   said, point at the board, show you what you be doing,
25   they on their phone or doing whatever they going to do.

Page 35

1    Q   How many classes have you had that experience that?
2    A   First -- Mr. Hart, the one that I just told y'all --
3    he's a substitute.  Second period, I don't care.  All I
4    -- my seventh period -- it'd be my fifth period.  They
5    substitute teacher, that's -- they not permanent.
6    Q   Have they been there for a long time?
7    A   They been here all year.
8    Q   All year?
9    A   (Witness moves head up and down.)
10   Q   Now, have you ever been, called out your name by a
11   security guard?
12   A   Yes.  It's -- it's a white security guard.  His name
13   Mr. O'Neill.  He calls us boy.  Like, I'm in a group of
14   black -- he walk up, what you doing down here, boy.
15   Q   Does he do anything to you that you consider racial?
16   A   No.  I -- like I said, I witnessed him tell the
17   other kid to go out, don't let that, that boy walk
18   through the gate.  And then the black security guard
19   said, okay, and then he slammed the gate on his neck.
20   And like I said, he kicked it and got locked up for it.
21   Q   Who kicked it?
22   A   My friend.
23   Q   He did?  And then what happened to your friend?
24   Well, first of all what's your friend's name?
25   A   His name Stacy.  I don't know his last name, but I

Page 36

1    know he kick the gate and he --
2    Q   All right.
3    A   -- got put in handcuffs.
4    Q   He got put in handcuffs?
5    A   For getting hit with the gate.
6    Q   All right.  Who put him in handcuffs?
7    A   The resource officers at the school.
8    Q   I see.  And then was he able to -- did he have to go
9    to jail?
10   A   Yeah, he went to jail for the whole weekend until he
11   went to court, I guess.
12   Q   I see.
13   A   I know I didn't see him until the next Monday or
14   Tuesday.
15   Q   Is that right?  And what did he say before they --
16   he was in the bathroom?
17   A   Yeah.  Well, I -- we was in the bathroom.  We was
18   trying to get down there.  They always lock the gates.
19   That's their main thing, lock the gate.
20        And you got to have proof -- he said was I don't got
21   proof or nothing; I just left the bathroom; I been in the
22   -- I been in the restroom.  He said I don't care; you
23   need to go get a pass from somebody.  He said, but where
24   I going to get a pass from, I'm really just, just leaving
25   the bathroom.

9 (Pages 33 to 36)

Page 37

1    And that's when he had the gate kind of up and he
2    tried to just crawl under the gate and he just -- and he
3    hit his head or -- and the back of his neck and then he
4    kicked it hard. And it was a hard kick, because it put a
5    dent in the gate.
6    Q   All right. So you said your friend tried to go
7    under the gate?
8    A   Uh-huh. To get to class.
9    Q   And then you were descriptive and you were
10   describing the security guard taking the gate --
11   A   But he's kind of --
12   Q   -- by his hands and slamming it --
13   A   I mean, like -- yeah.
14   Q   -- down on him?
15   A   Yeah, basically.
16   Q   I see. And for that, when he kicked the gate, did
17   he hit the security guard or anything?
18   A   No, he didn't hit the security guard. He hit the
19   gate and they hit him with a --
20   Q   And then he got arrested --
21   A   Uh-huh.
22   Q   -- and handcuffed?
23   A   (Witness moves head up and down.)
24   Q   Did other students see that?
25   A   Yeah. I mean, no. It was me and other students,

Page 38

1    about three, four students around. Kids that was trying
2    to get to class --
3    Q   Uh-huh.
4    A   -- when the bell had rung.
5    Q   Okay.
6       Now, did you have any other adverse experiences with
7    that security guard?
8    A   No.
9    Q   Did you ever see any of the people -- when white
10   kids were late for school, did you ever see those -- did
11   you see those kids being treated the same way?
12          MR. HELLER: Object to form.
13   A   Like I said, only thing I can, I can recall is --
14   well, Like if I -- like I said, if I come in the
15   classroom late with -- well, let's say I'm leaving the
16   bathroom. I'm leaving the -- sir, I'm leaving the
17   bathroom, it's my teacher, a ma'am or sir.
18      I mean, I got to go show evidence, proof, I mean, I
19   got to show everything just to say I'm in the bathroom.
20   I mean, like I said, if another white student come in, I
21   was in the bathroom, okay, sit down. You know, that's
22   what you have to do.
23      But before they let me in the room, I have to show
24   where I was at in the -- you know, in the bathroom. Have
25   to get -- you have to get it wrote on a piece of paper.

Page 39

1    But if it's anybody else like a white kid, they get to
2    just come in, sit down, and everything. They believed
3    him.
4       And it's kind of weird for the teachers when they
5    honestly see that I was in the bathroom or I was actually
6    with an administrator. So it's like, dang, I kind of
7    sent this kid out for no reason but I just let this other
8    kid walk in without, you know, without no problem.
9    BY MR. WALKER:
10   Q   You were in the hall -- were you in the hall often
11   for missing a note or something?
12   A   My band director. If I -- like I said, if I miss a
13   note, get out, get out. You know, he yelling, he mad.
14   Sit out there for the whole class period.
15      My momma call, she said, now, what if there was
16   somebody up there, you know, with guns shooting at the
17   school or something and my kid out there banging on the
18   door trying to get in the classroom and you tell the
19   other kids not to let him in.
20   Q   Do sometimes white kids miss notes in your classes?
21   A   Yeah, they miss notes all the time. They play
22   brass.
23   Q   Are they put outside the door?
24   A   No. No. I never experienced a white kid outside
25   with me.

Page 40

1    Q   I see.
2    A   On my -- on my eighth-period class, they never went
3    outside.
4    Q   I see.
5       Now, you have been shown some pictures. I think
6    it's some eight or nine. And apparently, they come from
7    Facebook.
8    A   Yes, sir.
9    Q   And you asked the question where did they come from.
10   A   (Witness moves head up and down.)
11   Q   Did you have occasion to pose for those pictures?
12   The ones that, where you are?
13   A   Where? What you say?
14   Q   Did you have occasion to pose, p-o-s-e, for the --
15   A   Yes, I pose. If you see, I pose for all of them.
16   But one thing I can say is you can look at these pictures
17   all that they -- like, you can look at these pictures all
18   you want to, but that's not going to indicate the person
19   somebody really is.
20      I can pose for a picture, make myself look a certain
21   way. Like, y'all see me in these pictures like -- like,
22   me right here on this picture, I probably -- the way I'm
23   posing, the way I'm throwing up these gang sign right
24   here, they don't got nothing to do with how I talk, the
25   way -- the way I do in school.

cris brasuell

Page 41

1      I mean, I can be a totally different person than
2   these pictures.  I mean, it look like I'm just this
3   gangbanger type dude; but, no, I'm in the house every
4   day.  My momma -- my momma won't even let me outside.  I
5   mean, I can go outside but I can't -- I can't leave for
6   nobody.
7      If you look at these -- you look at half of all
8   these pictures, it -- we in our -- where we stay.  In my
9   apartment complex.  Nowhere -- that's in my apartment
10  complex.  Nowhere in the streets.  In my apartment
11  complex.  In these apartment complex where we stay at
12  home.  (Inaudible.)
13  Q   Now, he's asked you about your brother in some of
14  these pictures and you have indicated that those are BB
15  guns?
16  A   BB guns.  That's -- right there, that's actually in
17  the -- at the end of the gun where the clip is, that's
18  the -- that come off my TV stand that he taped.
19      If you see him right here, the tape is right here
20  where he tape this part down there to make it look like a
21  real clip magazine, but it's not.  And which is -- he
22  took the orange part off the BB gun to make it look like
23  a real gun.
24  Q   All right.  What exhibit number is that?
25  A   One.  It look -- that's what it say right here, one.

Page 42

1   Q   All right.
2       Have you ever been arrested?
3   A   No.
4   Q   I see.
5       Now, you've indicated that you know some of the
6   things that happened to your brother.
7   A   Yes, sir.  I mean, but I --
8   Q   Did you observe your brother being mistreated at
9   school on any occasion?
10  A   I mean, I been going off what my brother have told
11  me.  But like, you have to -- like I said, every time --
12  you have to ask Ezekiel.  I mean (inaudible) --
13  Q   Do you recall a time when Ezekiel was at school and
14  he just wore a shirt and tie to school?
15  A   Oh, yeah; now, that's a good one.
16      My brother -- we went to Dunbar.  He came in school
17  in a, in a suit.  And we in the cafeteria, everybody clap
18  for my brother.  They like, oh, my God.  You know, he
19  usually wear stuff like this.  He's finally in a suit,
20  he's basically trying to do good somewhere.
21      The assistant principal stood up and said, hey, boy,
22  you think this a game; you know what, get out.  You know,
23  send him home, got my brother emergency removal.  I
24  remember my brother having to sit home.  That day I got
25  home, he was there.  And he said, well, Mr. Bostic kick

Page 43

1   me out for wearing a suit, basically.
2   Q   For wearing a suit to class, to school?
3   A   Yeah, to school.
4   Q   Do white children from time to time wear --
5   A   Yeah, they all wear --
6   Q   -- suits and shirts and ties to school?
7   A   Yes, sir, all the time.
8   Q   And to your knowledge and observation, were any of
9   them sent home --
10  A   No.
11  Q   -- and told to go and change into something
12  different?
13  A   Well, when it started, I ain't never witnessed
14  Mr. Bostic say get out of here, you think this a game and
15  send him home on emergency removal.  I ain't never
16  witnessed that from a white kid.  I ain't never seen that
17  happen, to my knowledge.
18  Q   How often do white kids wear shirts and ties to
19  school?
20  A   I mean, like they always usually wear something like
21  that.  Like with a tie on it or something.  I mean, they
22  don't have the blazer on and all but they had it on with
23  a top or something.  I mean, but that's same thing, if
24  you ask me.  It ain't regular clothes.  It ain't clothes
25  that I've got on.

Page 44

1   Q   Uh-huh.
2   A   They didn't get sent home for that.
3   Q   Clothes you have on, is this what you wore to school
4   today?
5   A   Yes, sir.  This what I wore.
6   Q   Is that the kind of attire that you, that most
7   children wear?
8   A   Most kids wear.
9   Q   But since the record can not show what you have on,
10  would you describe it for the record?  Describe what you
11  have on.
12  A   I got on this shirt and got a bear with some shades
13  on, red cup in his hand.  Got the red star with a --
14  Q   T-shirt with a --
15  A   Yeah, t-shirt.  Black t-shirt with a bear.  It had a
16  palm tree.
17      I got on some regular khaki Levi's, some 501 Levi's,
18  and I got on some Jordans.  I got on some Future Jordans.
19  Q   Many kids dressed like you?
20  A   Yeah, I would say that.
21  Q   And a few kids dress, like they have a shirt and
22  tie?
23  A   Yeah.  Some kids wear suit and tie, some kids wear
24  penny loafers.  I mean -- but I'm just the type of kid
25  that wears something casual.

11 (Pages 41 to 44)

Page 45

1  Q  All right.  But your brother, on occasion, did that?
2  A  One time, he wanted to step out the box.
3  Q  Uh-huh.
4  A  Be -- you know, step out the box.  And once he did,
5  if you ask me, they kind of shut him up right there.
6  Tried -- basically told him just, boy, this not what you
7  do.  You ain't supposed to come up here dressing up here
8  like that.  Like it was something wrong for you to come
9  up there in that.
10  Q  I see.
11  A  But if it's anybody else, it's okay.
12  Q  I see.  That was at Dunbar?
13  A  Dunbar.
14  Q  Now, you indicated, at Dunbar, the facilities were
15  somewhat different than in Mabelvale, and you indicated
16  that you saw rats?
17  A  Roaches.
18  Q  Roaches, rats, what else?
19  A  Roaches, rats, and bats in the gym.
20  Q  I see.  Now, do you know the difference between a
21  rat and another and mice?
22  A  A mice is a -- I thought it was like a baby form of
23  a rat.
24  Q  Uh-huh.
25  A  And then you got the rat that's big, very big.  Kind

Page 46

1  of large, kind of big.
2  Q  Was it an occasional rat that you saw or frequently
3  did you see them?
4  A  I seen a rat.  I was in there eating my food at
5  lunch and it -- I seen something just run across under
6  the table.  I look under there, it's -- it's a rat.  It's
7  a big one.  It went into the hole.  They chase -- they
8  tried to kill it but didn't kill it.
9  Q  Who tried to kill it?
10  A  Janitors.  They always tell the janitors.  Like, we
11  always complain to the janitor it's a rat.  I've been in
12  Dunbar for three years and every year, ain't one time
13  that I ain't seen that one rat, that one big rat.
14  Q  Uh-huh.  Did he have colleagues?
15  A  I don't know.  I just remember seeing something move
16  when I'm eating my food.  Something very large.  For a
17  little bit, I thought it was a mice, I mean a puppy or
18  something.  I look down, it's a big rat.  That's who's
19  trying to get some food.
20  Q  Yeah.
21  A  Roaches.  Look up in the gym while you playing
22  basketball, you got bats flying through the ceiling.
23  Q  I see.
24      MR. WALKER:  Let me have a moment.
25      (WHEREUPON, the record was suspended

Page 47

1  momentarily and the proceedings resumed as
2  follows, to wit.)
3  BY MR. WALKER:
4  Q  Did you have occasion to be, to have to go to summer
5  school one summer?
6  A  Yeah, I had to go to summer school.
7  Q  Did you have to pay the school for summer school?
8  A  No.  But the year before that, my brother did.
9  Q  He did?
10  A  Uh-huh.
11  Q  All right.
12      Now, have you ever been on a field trip?  And if so,
13  at what school did you go on a field trip?
14  A  Basically elementary, middle school.  I mean, every
15  field trip I never went to, you always got to pay.
16  Q  Uh-huh.  And if you couldn't pay, what happened?
17  A  You can -- you don't go.  I mean, if you don't pay,
18  you don't go.
19  Q  I see.  Were you ever required to go -- if you went
20  to a field trip, did you ever go to the prison system at
21  all?
22  A  Yeah.  My fifth-grade year, we went to the county
23  jail, Pulaski county.
24  Q  Was that an all-black class?
25  A  Basically, yeah, all-black class.  Ms. Stewart

Page 48

1  class.
2  Q  I see.  And what did they tell you when you went to
3  that Pulaski county jail for a field trip?  I guess field
4  trips are supposed to be inspirational.
5  A  Scared straight.  It scared straight situation to
6  me.  They was telling us for a (inaudible) I told you we
7  was going in a cell with one of them, but I could tell he
8  switched up his words.  And I thought I was going to go
9  in to the cell with one of the inmates.  You know, I was
10  scared through the whole field trip.
11      He just -- basically, scared straight situation is
12  the only thing I could say.  Look at the scared straight
13  TV show and that's what we was on except we looked have
14  to do exactly what they did.  They just took us on the
15  tour.  If you don't do this now, this where you will be.
16  You know, just telling it.
17  Q  I see.
18  A  He wanted to -- he (inaudible) wrong though, because
19  if you do, do certain things you would end up in this
20  place.
21  Q  Yeah.  For a fifth grader, you know whether white
22  fifth-graders went on those field trips or whether they
23  went to see the bank or the state capitol or some place
24  like that?
25      MR. HELLER:  Object to form.

12 (Pages 45 to 48)

Page 49

1    A   I recall -- only thing I can say, I recall going on
2    the field -- my classroom, I knew it was nothing but
3    black kids in there. Where the other white kids, you
4    like (inaudible) white kid, Mexicans, I mean, but I don't
5    know where they went. I know I -- I know I went to the
6    Pulaski County jail system.
7    BY MR. WALKER:
8    Q   I see. Do you recall being pulled out of a mixed --
9    we're you in AP classes at Fair?
10   A   Yeah, AP.
11   Q   Were those the only classes that were mixed pretty
12   much in terms of race?
13   A   Yeah.
14   Q   So the white kids were all in AP classes pretty
15   much?
16          MR. WALKER:  Object to form.
17   BY MR. WALKER:
18   Q   Yes or no?
19   A   Yes.
20   Q   All right. And the black kids -- were you ever
21   taken out of an AP class and put in a regular class?
22   A   Once. Once at Fair. That was like in the second
23   semester when they had take me from my English class and
24   they had put me in a regular English class. Which is --
25   they had told me because of the teachers and the

Page 50

1    substitutes. I mean, because they was teaching -- they
2    came there for like one day and they never showed back up
3    and they put substitutes in the class.
4    Q   That was at the regular classes or the AP classes?
5    A   No, I think these substitutes, regular substitutes
6    in the AP classes, so. . .
7    Q   A regular substitute is over against a floating
8    substitute or what?
9    A   I call sub -- like a regular sub, like the young
10   substitutes. Instead of a permanent teacher in the AP
11   class, it's a regular substitute in the AP class. I
12   mean, like --
13   Q   It's a regular one?
14   A   Yes.
15   Q   So the other class where you were, you had somebody
16   just coming in --
17          MR. HELLER:  Object to form.
18   BY MR. WALKER:
19   Q   -- from time to time?
20   A   Yes, sir. And they change all through the day. I
21   mean, all year -- all through the day. Like one period,
22   they in this class; next day, this teacher don't come,
23   they just swapping out from the class that the teacher
24   never showed up all through the year.
25   Q   You have these mixed classes where you have maybe

Page 51

1    ten blacks and 15 whites or something like that and then
2    you have -- you say you have a regular substitute --
3    A   Uh-huh. In the AP classes.
4    Q   -- and then if you have an all-black class over
5    here, you have a hard of a substitute?
6    A   You have a regular -- like the substitutes that come
7    in and don't teach nothing. Want to point at the board
8    and just get on they phone.
9    Q   I see. So the black kids in all-black classes were
10   treated differently from the black kids and the
11   mixed-race kids who were in the AP classes?
12          MR. HELLER:  Object to form.
13   A   Yeah. I got -- yeah.
14   BY MR. WALKER:
15   Q   All right.
16       Now, what was the subject of a class, the AP class
17   where you had a regular substitute for the whole year?
18   A   English, my fifth-period class, and that's math. I
19   got a substitute that'd been in there, Ms. Bryan, she
20   been in there all year. And some other teacher supposed
21   to been hired. She -- she left. I mean, she never
22   showed up. I don't even remember her name.
23   Q   She came one day?
24   A   She didn't even come -- that teacher didn't even
25   come one day. And they just put this one teacher name

Page 52

1    Ms. Bryan in there. She don't really teach the class.
2    She just be on her phone she point at the board that
3    you're supposed to do and. . .
4    Q   Is that an AP class?
5    A   Uh-huh.
6    Q   All right. She doesn't teach the class either?
7    A   No. I mean, like all the substitutes that they
8    bring in there like the -- the ones they say that's
9    permanent, they don't teach nothing like in AP class.
10   Q   Do you think you're getting an education at Fair?
11   A   This year, I will say you wouldn't get a education
12   because of the substitutes.
13   Q   I see.
14   A   And the way it's set up. Like in my AP class, it's
15   just regular substitutes. Like how I'm supposed to learn
16   something in my AP class when you just point at the board
17   (inaudible) to work easy that you put on the board that's
18   something we already know. It's nothing, you know, new.
19   So we get passed through the day. Some to get the
20   kids out of there and it's 45 minutes. Some to deal with
21   the kids at 45 minutes, so it's basically like long as
22   you showed up and do this work on the board, you fine
23   with me and just let me sit here and be on my phone.
24   Q   Did it happen more than one day or two days?
25   A   It's all through the year. I mean, like I said, the

Page 53

1  substitute been in there all year.
2      I deal with English, math, been in there all year.
3  No -- no new teachers for nothing.  And they told us all
4  through the year y'all supposed to be getting y'all new
5  teacher this, you know, this point or this year, you
6  supposed to be getting two weeks, they will be coming.  I
7  mean, but they just switch out all through the year.
8      Like, one semester, we had Mr. Pritchard; other
9  semester, we had a different teacher.  And they all just
10  different substitutes.  I don't know where they come from
11  but they don't seem professional to me.
12  Q  All right.
13      And you live on Look and 12th Street?
14  A  Yep.
15  Q  By my calculation, it's about 28, 24 to 28 blocks
16  from Central.
17  A  Yes.
18  Q  Is there a bus that comes to take kids to school in
19  that area?
20  A  Yeah.  Down the street by the park area.
21  Q  Where does the bus go?
22  A  It goes to Central.  I know like -- sometimes, I see
23  Central kids.  They be coming, that they go to Central.
24  Q  Now, you live, what, like five miles from Fair?
25  A  Yes.

Page 54

1  Q  Is that -- can you walk to Fair?
2  A  I can't walk to Fair.  I mean, you can, I mean, but
3  it's -- it's far.
4  Q  I see.  Well, I understand.  But Fair would be like
5  five miles or more?
6      MR. HELLER:  Object to form.
7  BY MR. WALKER:
8  Q  Are you provided bus transportation to Fair --
9  A  Yeah.
10  Q  -- by the school district?
11  A  No.  I have to -- my momma have to drop me off in
12  Southwest to my old bus stop when we stayed in Southwest.
13  Have to go out there and she have to wait for my bus to
14  come.  I get on the bus, leave, I go to my Granny house
15  in Southwest.
16  Q  All right.
17      Now, are you aware of children who live near Fair,
18  like across the street from Fair --
19  A  Yes.
20  Q  -- who go to Central?
21  A  Yeah.  I mean, I know kids that stay in my
22  neighborhood that go to Central.
23  Q  Okay.  And you were told you couldn't go?
24  A  Basically said the list too full.  I mean. . .
25  Q  And you are in the shadow, so to speak, of Central,

Page 55

1  but you can't go there?
2  A  (Witness moves head up and down.)
3      MR. HELLER:  Object to form.
4  BY MR. WALKER:
5  Q  You have to say yes.
6  A  Yes.
7  Q  All right.
8      Now, did you know that Fair was what you called a
9  distressed school?
10  A  Yes.  I heard them say that the test scores are low.
11  Q  I see.  And you knew that you had an absolute right
12  to go to the school --
13  A  Central.
14  Q  To Central.
15      MR. HELLER:  Object to form.
16  BY MR. WALKER:
17  Q  Did somebody at the school tell you that?
18  A  Yes.
19  Q  And then when you tried to go to Central, you were
20  told for two years you couldn't go?
21  A  Yeah.  My eighth-grade year, my mom put me on a list
22  because they -- my -- my main thing was my brother, he's
23  two years -- so my sixth-grade year, he had left to go to
24  Fair.  He had tried then so they -- list too full.
25      So momma said, okay, I'm fixing to go in there and

Page 56

1  put your name down on the list so when you get out you
2  can go.  I get out, list too full.
3  Q  Does your brother attend Central?
4  A  He was for a small -- a small point of time.
5  Q  He went to Central for a short time?
6  A  Yes, short time.  And they told him -- she brung up
7  his location.
8  Q  Who brought up his location?
9  A  I guess the principal.  I don't know her name.  I
10  ain't never been to Central.  But she brung -- she brung
11  up his location.  She say, hey, he lives in this certain
12  -- I mean, he stays in this certain place in Little Rock,
13  so we going to send him to move Fair, his home school,
14  the school he left, he was at before Central.
15  Q  And that school was on the distress list at that
16  time, right?
17  A  Yes.
18  Q  And he lived closer to Central than he did to Fair?
19  A  Yes, basically.
20  Q  All right.
21      Now, Mr. Heller asked you about these Facebook
22  pictures.  Were you intimidating -- what are these
23  pictures here?  I mean, what was happening?  What was the
24  occasion for these pictures?
25  A  What you mean?  Like the purpose of the pictures?

14  (Pages 53 to 56)

Lazareous Pettus 4/24/2017                                    Doe v. LRSD

Page 57

1  Q  Yes.  Yeah.
2  A  I mean, I can't tell you a purpose of Ezekiel
3  pictures but I can tell you the purpose of my pictures.
4  Q  That's what I'm asking.
5  A  Okay.  This picture right here was just a purpose --
6  I was -- if you ask me, I was -- I had a polo.  I had a
7  polo shirt on, polo boots on, some nice-looking pants on.
8      Had a big watch on, so my thing is I want to get my
9  watch in the camera.
10 Q  Uh-huh.
11 A  So I said, you know, I'm not a part of any gang but
12 I know I'm from Little Rock.  So that mean I can throw up
13 the Little Rock sign in this picture, get me a couple of
14 likes on Facebook in front of my office, in my apartment
15 complex in West Little Rock.
16 Q  So the likes?
17 A  Yeah, yeah.
18 Q  Like in here?
19 A  Get some likes, yeah.
20 Q  Did you get some likes?
21 A  Yeah, I got some likes because of the background, I
22 guess.
23 Q  I see.
24     MR. WALKER:  Okay.  I don't have any more
25     questions.

Page 58

1         REDIRECT EXAMINATION
2  BY MR. HELLER:
3  Q  Where on West 12th Street do you live?
4  A  I stay on the last house on the block.
5  Q  Okay.  What's the address?
6  A  Twelve -- 1205 Look Street?
7  Q  1205 what?
8  A  1205 Look Street.
9  Q  Okay.
10     MR. WALKER:  L-o-o-k.
11     MR. HELLER:  Right.
12 BY MR. HELLER:
13 Q  So have you ever lived at 7601 Chico?
14 A  Yes.
15 Q  When was that?
16 A  About four years ago.
17 Q  How long?
18 A  Four years ago.
19 Q  Okay.
20 A  I stay on 1209 Look Street.
21 Q  Okay.
22    How do you know you live five miles from Fair?
23 A  I mean, like -- I mean, it's basically obvious.  I
24 mean, like it -- I don't even know the map but I know
25 it's down the street.  I know I can -- probably, it's

Page 59

1  kind of closer to walk to Central than to walk -- oh, you
2  talking about Fair?  You said how do I know?  I mean,
3  it's obvious.  I mean, it's kind of far.  I mean, I don't
4  know maps, I know common sense.  I know Central is closer
5  than Fair.
6  Q  How close is 7601 Chico to Fair?
7  A  All I know, it's a bus out there.  I don't know how
8  close it is.  I know it's a bus out there that I can get
9  on.
10 Q  Okay.
11    So when you say your mother drops you off somewhere
12 at a bus stop, is that the bus stop, same one you had
13 when you lived at 7601 Chico?
14 A  Yes.  And she also has to drop me off at home.
15 Q  Okay.
16 A  Wait on the bus stop.
17 Q  And do you know why you're going to a bus stop based
18 on your old address on Chico Road?
19 A  I -- all I know, the school that I was supposed to
20 get in, they didn't let me in, so I had to go to Fair.
21 So I said, you know what, I'm just going to go to my old
22 bus stop.  And my mom says she'll pick me up.
23 Q  Okay.  So do you know why your current address isn't
24 in your student records?
25 A  I guess not.  I don't know.

Page 60

1  Q  Okay.
2     Do you think your cumulative grade point average is
3  below one?
4  A  No.
5  Q  What do you think it is?  Any idea?
6  A  No idea.
7  Q  Okay.
8     So when you were talking about Mr. Hart and his
9  class, that's your economic seminar, isn't it?
10 A  (Witness moves head up and down.)
11     MR. WALKER:  You have to say yes.
12 A  Yes.
13 BY MR. HELLER:
14 Q  That's not an AP class, is it?
15 A  No.  I don't think his is.
16 Q  Okay.  Tell me what AP classes you have right now.
17 A  I got English, math.  No, not math.  English and
18 science, at least.
19 Q  Okay.  Is that physical science?
20 A  Yep.  Holder.
21 Q  Is Dishman your teacher?
22 A  No.  I go by -- my math -- no, not Dishman.
23 Q  Who's your teacher for science?
24 A  Holder.  For math, like I said, it's teachers coming
25 in and out all the time.  So it's not like I got a, just

15 (Pages 57 to 60)

Page 61

1   a teacher.  I mean, like I go by names, different names.
2   Like, I done had three different teachers this year.
3   Q   Okay.  Fair to say you have mostly Ds this year?
4   A   Fair.
5   Q   When your class, your fifth-grade class went to the
6   Pulaski County Jail, did other classes from your school
7   or any other school go as well?
8   A   Like three more other -- how many classes?  Three --
9   two classes on the -- three.  It was three classes.
10  Q   Did every fifth-grade class at your school go?
11  A   No.  Yeah, three.  Three of them.
12  Q   Okay.  That was all of them, right?
13  A   Yeah, I guess so.
14  Q   Do you know whether or not fifth-grade classes in
15  any other schools went to the Pulaski County Jail?
16  A   No.  I don't know.
17  Q   Mr. Walker asked whether you knew about your
18  absolute right to go to Central.  Did somebody tell you
19  you have an absolute right to go to Central?
20  A   I mean, no, they didn't have to tell me I had a
21  absolute right to go to Central.  I knew.
22  Q   Okay.  Based on what?
23  A   It being a school.  I knew I had the right to go to
24  Central.  I knew I can get in there.
25  Q   Okay.  So you think there's really a waiting list?

Page 62

1   A   Yeah.  I mean, that's what they told us.
2   Q   Okay.  You believe it?
3   A   No.
4   Q   Why not?
5   A   Because I -- I don't believe it's a waiting list on
6   the school.  I don't know.  It just the way it is.  I
7   don't just think there's a waiting list on the school.
8   Q   Okay.  And you said other kids from your neighbor go
9   to Central, who are they?
10  A   I mean, I don't know the kids.  I mean, like I
11  stopped them and asked them.  I say what school y'all go
12  to; they say we go to Central; okay, kept on pushing.  So
13  I said, hey, there's some kids out here that I know that
14  go to Central.
15  Q   You don't know any first names or last names?
16  A   No.  I'm not going to -- like -- like I said, I seen
17  them come from the bus stop.  I'm not going to ask them
18  their name.  I just say, hey, what -- what school you go
19  to.  And I have a goal, so they ask me if I want to play
20  basketball.  We got there and I said, I ain't even feel
21  like playing.  I say, hey, what school you go to,
22  Central.
23  Q   Black kids?  White kids?  Hispanic kids?
24  A   Black, whites.
25  Q   Okay.  So you've seen black and white kids come to

Page 63

1   your place and want to play basketball?
2   A   No, black kids.  But I done caught a couple of white
3   kids getting off the bus and they done said I go to
4   Central.
5   Q   Okay.  And they live in your neighborhood?
6   A   Uh-huh.  Black kids, they usually come to me and ask
7   to play basketball and I ask them what school they go to
8   and they say Central.
9   Q   Okay.
10      You were talking about your friend Stacy getting
11  arrested, and where was the gate that he was trying to
12  get through?
13  A   On the north hall of J.A. Fair.
14  Q   North hall?
15  A   Yeah, north hall.
16  Q   And what's on the side of the gate that he was
17  coming from?
18  A   On the other side that he was trying to get to?
19  Q   Yes.
20  A   Class.
21  Q   Okay.  What's on the side he was coming from?
22  A   Bathroom and the south hall.  But you don't have the
23  -- you might not have classes on that hall.
24  Q   Why is there a gate there?
25  A   I don't know.  I mean, I just know -- I guess for

Page 64

1   lockdown purposes then the school on lockdown.  But I
2   know it's the gate that they pull down when they don't
3   want you to get through there.
4   Q   On what occasions have you seen them pull the gate
5   down?
6   A   Today.
7   Q   Okay.  For what reason?
8   A   I don't know.  They just pull it down.  I guess to
9   show you got a pass.  I mean, if you -- like I said, if
10  you leaving the bathroom, what kind of pass can you have?
11  Q   Do they pull the gate down after the bell rings or
12  something?
13  A   Yeah, like -- yeah.  About a minute after bell, one
14  minute after the bell.  Like soon as the bell ring,
15  there's a security guard that pull the gate down and you
16  got to show a pass or got to show something to get in.
17  Q   Okay.
18      You said Mr. O'Neill called you and maybe some
19  others boy?
20  A   Yeah.
21  Q   Who's Mr. O'Neill?
22  A   Security guard.
23  Q   Where?
24  A   J.A. Fair.
25  Q   Okay.  And what's his race?

Page 65

1    A   White.
2    Q   How many times has he called you boy?
3    A   Anytime he approaching me.
4    Q   Okay.  You ever say anything to him about it?
5    A   No.  I just usually say this dude kind of racist.
6    Like I said, it ain't going to bother me.  You can call
7    me boy, nigger, I mean, I know -- I know who I am.
8    Q   You've got Exhibit 7 in front of you.  I think
9    you've already made this clear, but you're the one that
10   put that on Facebook, right?
11   A   Yeah, I put this on Facebook.
12   Q   Okay.  And your brother's the one that put of the
13   pictures of himself on Facebook, isn't it?
14   A   Yes, sir.
15   Q   Okay.  Is your brother here with you?
16   A   No.
17   Q   Where is he?
18   A   School.
19   Q   Do you know why he's not here?
20   A   He didn't want to come.
21   Q   How do you know that?
22   A   Because he told me.  He said I don't want -- he said
23   I got two more years in school.  And he said I'm going to
24   go up here and say some, say things about the Little Rock
25   School District and they can mess with me behind that.

Page 66

1    So he's -- he's afraid of retaliation.
2    Q   Okay.
3        He said an assistant principal named Boscy --
4        MR. WALKER:  No.  Excuse me, Chris.  It's
5    B-o-s-t-i-c, Bostic.
6        MR. HELLER:  Oh, Bostic, I'm sorry.
7    BY MR. HELLER:
8    Q   Tell me what his assistant principal Bostic did to
9    your brother.
10   A   Like I said, it was in the cafeteria.  And my
11   brother, it's time for lunch time.  They seen him with
12   the tuxedo on, the lunch ladies noticed it.  And they
13   said you know we're going to have Pettus come up here
14   first.
15       And my brother came up and he said what y'all think
16   this is, a game; and he said get him out of here and send
17   him home for emergency removal.
18   Q   Okay.
19   A   Told him not to wear it no more.
20   Q   And you were there?
21   A   Yes.  I was there.  I mean, I heard -- I just
22   (inaudible) -- I'm a sixth grader.  He's eighth grader.
23   But I know it's a whole bunch of students saying, bro,
24   your brother got sent home for emergency removal just for
25   wearing a suit.

Page 67

1    Q   Okay.  So you weren't there?
2    A   No, I wasn't there.  But I know it's a lot of kids
3    came and told me that my brother just got sent home for
4    no reason.
5    Q   Okay.
6        MR. HELLER:  That's all I have.
7        MR. HOLLINGWORTH:  A couple more
8    questions, Mr. Pettus.
9        FURTHER EXAMINATION
10   BY MR. HOLLINGWORTH:
11   Q   Do you still have Exhibit 7 there?
12   A   Yes.  You want it?
13   Q   No, I've got a copy of it, thanks.
14   I probably wasn't listening too close.  Did you tell
15   Mr. Walker that that's some kind of a gang sign you're
16   doing there as part of showing off your watch?
17   A   Yeah.
18   Q   Okay.
19   A   I mean, I wouldn't call it a gang sign.  I mean,
20   Little Rock, that's what it is.
21   Q   Now, where you live right now is just south of 12th
22   Street, right?
23   A   Yeah, it's the -- yeah.
24   Q   Almost to University?
25   A   Yes.

Page 68

1    Q   And how long have you lived there?
2    A   I got there last -- about a year.  A year.
3    Q   Okay.
4        And I got a little confused when Mr. Walker was
5    talking to you about substitute teachers at Fair.  I
6    think I understood you to say that you got moved out of
7    an AP class and what you were told was because the
8    teachers were substitutes; is that right?
9    A   (Witness moves head up and down.)
10   Q   Is that a yes?
11   A   Yes, yes, yes.
12   Q   And then the class that you got moved into, who was
13   the teacher?
14   A   No.  What I was saying was the class I was in, it
15   was like real -- like it was a permanent teacher.  Like a
16   teacher that'd been there for a couple of years.
17   Q   The AP class was?
18   A   Yes, yes.
19   Q   Okay.
20   A   And then they moved you -- they move you to a
21   classroom with a substitute --
22   Q   Okay.
23   A   -- that ain't really worth nothing.
24   Q   And why is it again that you were moved out of the
25   AP class?

17 (Pages 65 to 68)

Page 69

1  A  About -- ah, like I said, nobody knows.  They just
2  said, hey, you got to go to this class right here.  We
3  going to move your math because your math teacher didn't
4  want to show up.
5  Q  Okay.
6  A  Your math teacher -- your math teacher basically
7  quit on you.  Yeah, the move you from a class.
8  Q  Everybody in class moved to another class --
9  A  You move to another class --
10  Q  -- because your teacher wasn't showing up?
11  A  Your teacher bailed on you.  Like the teachers
12  bailed.
13  Q  Okay.  And that's the class you're talking about
14  where there was a substitute?
15  A  Yeah, substitutes.
16  Q  Okay.
17  A  Substitutes.
18  Q  And then the class they moved you into, would you
19  have the same teacher all year?
20  A  Yeah.  You have -- no.  You have different
21  substitute teachers all through the year.  Like they --
22  every semester when it's over.
23     Like, you come back from Christmas break different.
24  Different substitute come back from spring break,
25  different substitute teacher all through the year.

Page 70

1  Q  I'm still a little puzzled about why you go down to
2  Chico to catch the bus because it's a good, long ways
3  from where you live.  Can you explain that?
4  A  I can't explain it.
5  Q  Okay.
6  A  I wouldn't know.
7     MR. HOLLINGWORTH:  That's all I have.
8     FURTHER RECROSS EXAMINATION
9  BY MR. WALKER:
10  Q  You said they move you from one class to another
11  teacher when the teacher bailed on you, did they move you
12  into another class where there were other students?
13  A  No.  It wasn't -- no.  It was basically like they
14  gave these substitute teachers these small classes.  Like
15  classes they have, the classes come in there, and they
16  teach it.  I mean. . .
17  Q  So did they put two classes together then or were
18  they just moving --
19     MR. HELLER:  Object to form.
20  A  One.
21  BY MR. WALKER:
22  Q  Now, your grandmother is, asserts that she looks
23  after your education for the most part.
24  A  (Witness moves head up and down.)
25  Q  Would you explain whether that's true or not?

Page 71

1     MR. HELLER:  Object to form; and it's
2  beyond the scope of the redirect.
3     MR. WALKER:  I understand it is.
4     But would you state it anyway.
5  A  Okay.  It's true.  Because a lot of things -- I done
6  had some bad things happen to me in school.
7     Like me having to pay for summer school, she was
8  there.  Teachers recording me without no consent from
9  the, from a parent, she was there.  Like, she's the one
10  that's always in my meeting making sure I'm okay with the
11  school district.  I mean, like with my school.
12     I mean, just like a lot of situations.  Like, she's
13  the person to me making sure everything's okay.  She's
14  the person, you know, just making -- like, we don't got
15  to pay for summer school no more.  I'm pretty sure nobody
16  does until she said, you know, spoke out about it.
17     MR. WALKER:  I don't have anymore
18  questions.
19     FURTHER REDIRECT EXAMINATION
20  BY MR. HELLER:
21  Q  You just said you had to pay for summer school.  I
22  thought you testified awhile ago --
23  A  Well, my brother --
24  Q  -- that you did not.
25  A  Well, my brother have to pay for summer school.

Page 72

1     Let me speak on myself.  That's what I been trying
2  to do.  Well, I didn't have to pay.  I didn't get to
3  summer school -- reason why I didn't have to pay because
4  of my grandma.
5  Q  Okay.  And you just said that teachers record you?
6  What --
7  A  My fourth-grade year, my fourth-grade teacher, she
8  was recording us for -- I don't know what.  I'm being
9  honest.  I don't know, but she was recording us.
10     And then a meeting -- we called a meeting, my
11  grandma was there.  And she knows what the recording for;
12  I don't.
13  Q  So did that involve any kind of disciplinary issue?
14  A  No.
15  Q  Okay.  Who was your fourth-grade teacher?
16  A  Ms. Williams.  Yeah, Ms. Williams.
17  Q  Okay.
18     And when you say when you have issues at school your
19  grandmother shows up, what kind of issues are you talking
20  about?
21  A  I mean, for instance, like the summer school issues.
22  Like my little brother used -- he used excessive
23  brutality, pushed them to the wall.  Even on the papers
24  put -- like, she's just there for a lot of situations,
25  like small situations.

18 (Pages 69 to 72)

Page 73

1    Like it been teachers that being disrespectful
2    towards me, she's there.
3    Q   Okay.  What teacher what disrespectful towards you?
4    A   I mean, it's -- it's a lot.  It's a lot of teachers.
5    It just like. . .
6    Q   What's the last time a teacher was disrespectful to
7    you that you remember?
8    A   Every day I'm at school.  I mean, it start -- I
9    mean, it's like a -- it's not like it's a lot of -- I
10   mean, like, they always got they signs of disrespect.
11       Like, for instance, like the security guard calling
12   us boy, that's a sign.  I know I'm a -- I know I'm a boy
13   but I got a name.
14   Q   Okay.  What teachers are -- what's the last time any
15   teacher was disrespectful to you?
16   A   Lady at the front desk, she disrespectful.  She has
17   attitudes.  Like, my momma said she came in and said can
18   I check my son out, because I had a doctor's appointment,
19   they told my momma what time that she could check us out.
20   She say you can't check him out until 12.
21       And my momma, she can't understand why.  She said
22   she just kind of was aggressive.  She -- this is why you
23   can't check him out at this time, woopty woo.
24       And like I said, I can't even count on my fingers
25   how many times a teacher disrespectful to me.

Page 74

1    Q   All right.  Well, just tell me the last one then.
2    A   Hart.  You got Hart, you got a lot of -- every
3    teacher.  I mean, want me to just name some?
4    Q   No, no --
5    A   You got gym teacher --
6    Q   -- no, no.  I want you to tell me the last thing a
7    teacher did to you --
8    A   Oh.
9    Q   -- that was disrespectful.
10   A   Hart.  I walked in, I said, hey, can I get a pencil;
11   well, it's honestly not my job to supply you a pencil,
12   but -- I mean, which it's not.  I mean, but you got a
13   whole cup right here.  It's not my job, I mean that --
14   that was kind of disrespectful, if you ask me.
15   Q   Did you get the pencil?
16   A   No.  I had to go to my principal.
17   Q   You had to go to your principal to get a pencil?
18   A   Yeah.
19   Q   Did your grandmother get involved in that?
20   A   No, because it's recent.  Like I said, every day.
21   Q   Okay.
22   A   I mean, this was today.
23   Q   When's the last time there was a problem that your
24   grandmother had to get involved in?
25   A   In -- I got to think.  Along with LRSD, I mean, with

Page 75

1    the summer school, I ain't going to lie.  Ever since
2    middle school.  Last one was middle school and it was for
3    my brother, because I ain't had too many problems in this
4    school.  But the last one was my brother in middle
5    school.
6    Q   Well, you said you wanted to --
7    A   She ain't been to a lot --
8    Q   -- speak for yourself, right?
9    A   Yeah, well, not -- not with me.  I mean, last time,
10   probably elementary.  And -- with the band director.
11   Would not -- trying to make me pay for drumsticks.
12   Q   Okay.
13       MR. HELLER:  That's all I have.
14       MR. WALKER:  I don't have any questions.
15       (WHEREUPON, the proceedings were concluded
16   in the matter at 2:29 p.m.)
17       * * * * * * * *
         (WITNESS EXCUSED)
18
19
20
21
22
23
24
25

Page 76

C E R T I F I C A T E
STATE OF ARKANSAS   )
                    )
COUNTY OF PULASKI   )
    I, CRIS M. BRASUELL, Certified Court Reporter and
Notary Public do hereby certify the proceedings which
appear in the foregoing pages are the proceedings taken
by me verbatim through the use of the voice-writing
method and was thereafter reduced to typewritten form
under my supervision; that the witness, Lazareous Pettus,
was duly sworn by me; that the foregoing pages contain a
true and correct record of the testimony given by said
witness held to the best of my ability, along with all
items of evidence admitted hereto.

    I FURTHER CERTIFY, that I am not a relative or
employee of any attorney or employed by the parties
hereto, nor financially interested or otherwise, in the
outcome of this action, and that I have no contract with
any parties within this action that effects or has a
substantial tendency to affect impartiality, that
requires me to relinquish control of an original
transcript or copies of the transcript before it is
certified and delivered to the custodial attorney, or
that requires me to provide any service not made
available to all parties in the action.

    WITNESS MY HAND AND SEAL this 26th day of April,
2017.


    CRIS M. BRASUELL, CCR
    Arkansas State Supreme Court
    Certified Court Reporter No. 742

My Commission Expires:
August 21, 2021



Ezekiel Ssp Pettus
December 27, 2015

Share

3



2



Ezekiel Ssp Pettus
September 9, 2015

Share

21



Block South Kidd South
September 9, 2015 at 10:20pm






Ezekiel Ssp Pettus
September 5, 2015

Share

40


Liljason D. Washington Win you get
September 5, 2015 at 5:54pm

Ezekiel Ssp Pettus Thursday night
September 5, 2015 at 5:55pm


Shay' Carter Ugly ass 😂 😂
September 5, 2015 at 6:05pm


Ezekiel Ssp Pettus ⚡ on a south I
inbox you
September 5, 2015 at 6:07pm


Shay Carter I was sholl like damn w
at that's why I commented
September 5, 2015 at 6:08pm


Ezekiel Ssp Pettus Inbox me
September 5, 2015 at 6:11pm



Ezekiel Ssp Pettus
December 23, 2015

Share









Ezekiel Ssp Pettus
May 4  2015

Share ·

7





Timeline   About   Friends   Photos   More

DO YOU KNOW LAZAREOUS?

To see what he shares with friends, send him a friend request.

Add Friend

🖼 **Photos**

Lazareous's Photos   Albums

 Lazareous B. Pettus
February 24, 2014

Share
6







Lazareaous B. Pettus
(Pari SEpet)

Timeline    About    Friends    Photos    More

DO YOU KNOW LAZAREOUS?

To see what he shares with friends, send him a friend request.

Add Friend

Photos

Lazareous's Photo



 Lazareous B. Pettus
September 26  2016

Share

10



EXHIBIT
___7___