Transcript of the Testimony of

# Christy Winfrey

**Date:** April 21, 2017

**Case:** Lakesha Doe, et al v. Michael Poore, et al

**Bushman Court Reporting**
Janess Ferguson Smith
Phone:  (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

EXHIBIT 14

## Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

_____

PARENT PLAINTIFF LAKESHA DOE
And her minor child, DENNIS DOE; et al
                    PLAINTIFFS

VS.        CASE NO. 4:15-CV-000623 DPM

MICHAEL POORE, in his Official Capacity
as Superintendent of the Little Rock
School District, et al
                    DEFENDANTS

_____

ORAL DEPOSITION OF CHRISTY WINFREY
March 21, 2017

_____

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas  72201
501.372.5115

## Page 3

I N D E X

1
2
3    EXAMINATION
4      By Mr. Heller . . . . . . . . . . . . .   5
5    EXAMINATION
6      By Mr. Walker . . . . . . . . . . . . .  106
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 2

1    A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFF:
4    JOHN W. WALKER, ESQ.
     JOY CHARLES SPRINGER, ESQ.
5    John W. Walker Law
     1723 South Broadway
6    Little Rock, Arkansas 72206
7
8
9    ON BEHALF OF THE DEFENDANTS:
10
     CHRISTOPHER HELLER, ESQ.
11   Friday, Eldredge & Clark
     400 West Capitol
12   Suite 2000
     Little Rock, Arkansas  72201
13
14   ROSALYN MIDDLETON, ESQ.
     Office of the Attorney General
15   323 Center Street
     Suite 200
16   Little Rock, Arkansas  72201
17
18
19
20
21
22
23
24
25

## Page 4

1    ANSWERS AND DEPOSITION OF CHRISTY WINFREY,
2    a witness produced at the request of the Defendants,
3    was taken in the above-styled and numbered cause on
4    the 21st day of March, 2017, before Janess Ferguson
5    Smith, Certified Court Reporter and Notary Public in
6    and for Saline County, Arkansas, at the Offices of
7    John Walker, 1723 South Broadway, Little Rock,
8    Arkansas, at 10:49 a.m.
9
10              * * * * * * * * *
11
12       S T I P U L A T I O N S
13       It is stipulated and agreed by and between
14   the parties through their respective counsel that the
15   deposition of CHRISTY WINFREY may be taken for any
16   and all purposes according to the Federal Rules of
17   Civil Procedure.
18              * * * * * * * * * *
19
20
21
22
23
24
25

## Page 5

1       CHRISTY WINFREY,
2   the witness hereinbefore named, having first been
3   duly cautioned and sworn or affirmed to tell the
4   truth, the whole truth and nothing but the truth,
5   testified as follows:
6                   EXAMINATION
7   BY MR. HELLER:
8   Q.   Would you tell us your name, please?
9   A.   Christy Winfrey.
10  Q.   Have you ever given a deposition before, Ms.
11  Winfrey?
12  A.   No, sir.
13  Q.   Have you ever testified under oath before
14  anywhere?
15  A.   Yes, sir.
16  Q.   Where was that?
17  A.   Juvenile court.
18  Q.   And what were the circumstances?
19  A.   Well, I had some legal problems as a juvenile,
20  so.
21  Q.   What kind of problems?
22  A.   Just a teenager that went down the wrong road,
23  so.
24  Q.   Okay.  What court was that?
25  A.   Pulaski County.

## Page 6

1   Q.   Do you remember who the judge was?
2   A.   Warren.
3   Q.   And what year are we talking about,
4   approximately?
5   A.   Maybe '95, '96, maybe.
6           MR. WALKER:  I am objecting to those
7       questions regarding that because they are
8       not relevant to this case.
9   Q.   So just a few preliminary things.  Please
10  continue to answer my questions verbally, so that
11  your answers can be recorded.
12  A.   Yes, sir.
13  Q.   And if you want to take a break at any time,
14  for any reason, just let me know, and we'll do that;
15  okay?
16  A.   Yes, sir.
17  Q.   And, finally, I want you to be sure you
18  understand my questions, so that I can rely on your
19  answers.  So if there is a question you don't
20  understand, please let me know, and I will be happy
21  to change it or ask something else; okay?
22  A.   Yes, sir.
23  Q.   Thank you.  Where do you live?
24  A.   I stay at 1819 Reservoir Road, apartment five.
25  Q.   How long have you been there?

## Page 7

1   A.   Since August of last year.
2   Q.   Where did you live before that?
3   A.   I stayed on Labette Manor.
4   Q.   For how long?
5   A.   I was there about a year, approximately a year.
6   Q.   And before that?
7   A.   American Manor.
8   Q.   For how long?
9   A.   About seven years.
10  Q.   Okay.  Where do you work?
11  A.   I work at Home Goods.
12  Q.   What do you do there?
13  A.   I'm a back room coordinator.
14  Q.   Back room?
15  A.   Uh-huh.
16  Q.   What does that mean?
17  A.   Basically I'm merchandise manager.
18  Q.   How long have you had that job?
19  A.   I have been there seven months now.
20  Q.   What did you do before that?
21  A.   I was a merchandise manager for Dollar Tree.
22  Q.   For how long?
23  A.   About six and a half years.
24  Q.   Why did you leave that job?
25  A.   Why did I leave Dollar Tree?

## Page 8

1   Q.   Yes.
2   A.   I just wasn't happy with the company.  I
3   wanted -- I wanted to be with a company I could grow
4   with.
5   Q.   Okay.  Was there any particular issue with
6   Dollar Tree?
7   A.   They had their own personal issues.  For
8   whatever reason, they couldn't keep management at the
9   location that I was at.
10  Q.   Okay.  So you left voluntarily?
11  A.   Yes.
12  Q.   What location were you at?
13  A.   Mabelvale, Baseline.
14  Q.   Okay.  What did you do before that?
15  A.   I worked at St. Vincent as a surgical
16  instrument tech.
17  Q.   For how long?
18  A.   About three years.
19  Q.   Why did you leave that job?
20  A.   My youngest son, when I gave birth to him, he
21  was born with some medical issues, and being a single
22  parent, I chose to be a stay at home mom and tend to
23  his medical needs.
24  Q.   So how long was it between the time you left
25  St. Vincent's and the time you went to work at Dollar

Christy Winfrey 4/21/2017                    Lakesha Doe, et al v. Michael Poore, et al

## Page 9

1  Tree?
2  A.  About three years.
3  Q.  And what were Christian's -- was Christian your
4  youngest son?
5  A.  Yes.
6  Q.  What were his medical issues?
7  A.  He was born with a spinal growth delay.  Had he
8  not received occupational physical therapy, he would
9  not have use of his arms and legs.
10       He had aspiration problems.  He kept a lot
11  of fluid on his ears.  He had to have surgery to
12  correct that as well.
13  Q.  Tell me about your education.
14  A.  I dropped out of high school my 12th grade
15  year, and I received my GED in 2006, and from there I
16  have completed two years of junior college.
17  Q.  Okay.  Where were you in high school?
18  A.  I started out at Central, and then I went to
19  Sylvan Hills.
20  Q.  Why did you move from Central to Sylvan Hills?
21  A.  I was in foster care, so when my location
22  changed, I changed schools.
23  Q.  Okay.  Did you attend other Little Rock School
24  District schools before you went to Central?
25  A.  No, sir.

## Page 10

1  Q.  How long were you at Central?
2  A.  About a year.
3  Q.  And what year was it when you dropped out of
4  high school?
5  A.  In '99.
6  Q.  What did you do between the time you dropped
7  out of high school and the time you got your GED?
8  A.  Like I said, I got caught up with the wrong
9  crowd, and I prefer not to talk about it in front of
10  my children, but.
11  Q.  Okay.
12       MR. WALKER:  It's not relevant to
13       this; is it, Chris?  Do you want to --
14       MR. HELLER:  Well, I don't know, but
15       I'm not going to ask any more questions
16       about it.
17       MR. WALKER:  All right.
18  BY MR. HELLER:
19  Q.  What did you do to prepare for your deposition?
20  A.  As far as?
21  Q.  Well, did you talk to anybody, or read
22  anything, or anything like that?
23  A.  I mean, I had a meeting with my attorney.
24  Q.  Okay.  Did you do anything besides that?
25  A.  (Witness shakes head.)

## Page 11

1  Q.  Have you read the Complaint in this case?
2  A.  Yes.
3  Q.  When is the last time you read it?
4  A.  The day that I came in and -- what was that,
5  Wednesday?  I think it was Wednesday.
6  Q.  Did you read any other documents related to the
7  case?
8  A.  No, sir.
9  Q.  Okay.  Why did you decide to join the case?
10  A.  I was very upset with Little Rock School
11  District and the way that I felt like my children
12  were being treated.
13       They were not -- their education did not
14  seem to be important to the school district.  And I
15  was the PTA president for Baseline, and I was
16  speaking to someone at one of the PTA meetings who
17  told me about Mr. Walker.
18       And I called, and I talked -- I was talking
19  to Ms. Springer about the issues that I was having
20  with the school district to see if there was anything
21  that they could do to possibly help me with fighting
22  for my kids' education.
23  Q.  When was that?
24  A.  I know it was last year, at the beginning of
25  last year, maybe -- no, actually, it would have been

## Page 12

1  around November of 2015, possibly, when I spoke with
2  Ms. Springer.
3  Q.  Okay.  And what were the issues you were having
4  at that time with Little Rock School District?
5  A.  The issues actually began when Christian
6  started kindergarten at Baseline.  At that time it
7  was Baseline Elementary.
8       Due to Christian's medical issues,
9  Christian was attending Ascent in Benton, Arkansas.
10  He graduated from that program on a Friday, and that
11  Monday he immediately started school at Baseline
12  Elementary.
13       From me observing Christian, Christian's
14  class was maybe 90 to 95 percent Hispanic children
15  who did not speak English.
16       Christian was way more advanced than the
17  other children in that class.  He was the only one
18  that could read and write.  He was the only one that
19  could count.
20       He expressed several times to his teacher
21  the work that they had him doing he already knew how
22  to do.  He was bored, and he asked several times to
23  be given something else to do.
24       I also spoke with his teacher about the
25  work that she was giving him and the fact that he was

3 (Pages 9 to 12)

Page 13

1   not being challenged, and I was pretty much told that
2   Christian had to do it until all of the other
3   children learned to do it as well.
4   Q.   Okay.  So when Christian went to Baseline, did
5   he start in kindergarten?
6   A.   Yes.
7   Q.   So is this his kindergarten year you're talking
8   about?
9   A.   Yes.
10  Q.   And who was his teacher?
11  A.   Ms. Martinez.
12  Q.   And which school year was this?
13  A.   I'm thinking it was 2014.  I could be wrong.
14  Q.   Okay.  How many years did Christian spend at
15  Baseline?
16  A.   He did kindergarten and part of his first grade
17  year at Baseline.
18  Q.   And after that was he moved to Western Hills?
19  A.   Yes.
20  Q.   And why did your children move from Baseline to
21  Western Hills?
22  A.   Because I was not satisfied with the services
23  that we were receiving at Baseline.
24  Q.   Okay.  Where did Chase go to school for grades
25  K through three?

Page 14

1   A.   Chase started out at Geyer Springs.  From Geyer
2   Springs he went to Baseline.
3   Q.   And what grade was he in when he started at
4   Baseline?
5   A.   Fourth, I believe.  Either third or fourth.
6   Q.   And why did he move from Geyer Springs to
7   Baseline?
8   A.   We were not in the Geyer Springs school zone.
9   We were in the Baseline school zone.  So when I
10  updated my address, that put us in that school zone.
11  Q.   Okay.  So did you ever live in the Geyer
12  Springs school zone?
13  A.   Yes.
14  Q.   When was that?
15  A.   2009, I believe.
16  Q.   Okay.  Where did you live that was in the Geyer
17  Springs zone?
18  A.   I can't remember the address.  It was the
19  apartments right there on the side of Geyer Springs
20  Elementary.
21  Q.   But you are saying -- okay.  And how long after
22  you updated your address did the, did Chase --
23  A.   He did his -- like I say, I mean, I -- I was
24  dealing with a lot, dealing with Christian's medical
25  stuff, so I really can't remember.  I know he did

Page 15

1   kindergarten there for sure.
2   Q.   Okay.  And what time of the year was it when
3   you moved your children from Geyer -- Baseline to
4   Western Hills?
5   A.   It was during the summer.  It was before school
6   actually started back.
7   Q.   Okay.  For --
8   A.   For the, for the, you know, the next school
9   year.
10  Q.   Okay.  So did Chase go to fifth grade at
11  Western Hills?
12  A.   He, he finished up fifth grade at Western
13  Hills.
14  Q.   Okay.  Where did he start fifth grade?
15  A.   At Baseline.
16  Q.   Okay.  And what time of year did he move from
17  Baseline to Western Hills?
18  A.   During spring break of last year.
19  Q.   And besides Christian's kindergarten teacher,
20  Ms. Martinez, who else did you talk to at Baseline
21  about your concerns about his class?
22  A.   The kindergarten year I talked to Catina Ray
23  (phonetic) as well.  I spoke with his teacher over at
24  Ascent, and I expressed to her that he did not have a
25  good transition from their school to public school.

Page 16

1        And she informed me that they were willing
2   to take him back and let him do a couple of days a
3   week at Ascent, and then do a couple of days a week
4   over at Baseline, and just slowly transition him from
5   their program into the public school program.
6        I talked to Ms. -- well, I didn't actually
7   speak to Ms. Ray.  I spoke to her secretary to ask
8   her if Ms. Ray would do the referral to send him
9   back, and the referral was denied.
10  Q.   Okay.  Who was the secretary?
11  A.   I can't remember.  I can't remember her name.
12  Q.   Do you remember was it a female?
13  A.   Yes.
14  Q.   Do you remember her race?
15  A.   She was African-American.
16  Q.   And did you send a written application?
17  A.   I was not aware that I needed a written
18  application.
19  Q.   Okay.  So you -- what did you say to the
20  secretary?
21  A.   I just expressed to her the conversation that I
22  had with Ascent and what Ascent was asking from the
23  school district.
24  Q.   And what did she say?
25  A.   She said that she would talk to Ms. Ray about

Page 17

1    it.
2    Q.   And then what happened?
3    A.   A couple of days later I went back to talk to
4    her, and she said Ms. Ray didn't think that it would
5    be appropriate.
6    Q.   Okay.  Why didn't you talk to Ms. Ray about it?
7    A.   Ms. Ray was kind of one of those principals
8    that was never available for conversation.
9    Q.   Okay.  And what is Ms. Ray's race?
10   A.   She is African-American.
11   Q.   Have you ever spoken to Ms. Ray?
12   A.   No, not really.
13   Q.   Did you ever talk about this transition request
14   to anyone besides Ms. Ray's secretary?
15   A.   His PCP, but, again, it would have to have came
16   from the Little Rock School District.
17   Q.   And could you tell us what you mean by "PCP"?
18   A.   His primary care physician.
19   Q.   And you said you were talking to someone at the
20   PTA meeting about your concerns with Little Rock
21   School District.  Were there other concerns as well
22   as what we just talked about?
23   A.   Just with the, as far as my kids being
24   educated.  I didn't feel like my kids were being
25   educated.

Page 18

1    Q.   Okay.  What did you mean by that?
2    A.   I mean, for one, Christian was repeating stuff
3    that it was obvious with his test scores that he
4    already knew how to do.  He had expressed it to his
5    teacher, that he already knew how to do it.
6         She was aware that he already knew how to
7    do it.  I felt like he was being held back.  Instead
8    of having him repeatedly doing something every day
9    that, I mean, it's obvious that he knows how to do,
10   let's move him to the next level.
11        So, you know, if he knows how to do second
12   grade work, let's get him started on third grade
13   work, even though he is in kindergarten.  You know,
14   let's keep it going.
15        I felt like what I had started, the school
16   district put to a halt.  You know, I started
17   educating my kids at an early age, you know.
18   Q.   How old was Christian when he started reading?
19   It sounds like a pretty young age.
20   A.   Christian, I think he may have started reading
21   small sentences between three and a half and four
22   years old.
23   Q.   Okay.  How about Chase?
24   A.   Chase was actually writing in full complete
25   sentences by kindergarten with the correct

Page 19

1    punctuation marks.
2    Q.   Okay.  And did you ever talk to anyone besides
3    Christian's kindergarten teacher about moving his
4    placement or getting him more challenging work?
5    A.   I spoke with the assistant principal, which
6    would have been Ms. Jones at that time.  Ms. Jones
7    was a lot more helpful than Ms. Ray.
8         Ms. Jones had dealt with strictly nothing
9    but the kindergartens at Baseline, and Christian
10   started having a lot of behavior problems his
11   kindergarten year.
12        I think it became a learned behavior when
13   they would give him something to do, and he would
14   express he already knew how to do it, and he didn't
15   want to do it.
16        He became frustrated, and he would tear the
17   work up and do other disruptive things in the
18   classroom.  It would get him out of actually having
19   to do what he did not want to do in the first place.
20        And Ms. Jones would call me and tell me
21   that she would have him down in her office, and she
22   was giving him other things to do, which was a little
23   bit more challenging than what Ms. Martinez was
24   giving him.
25   Q.   Is that Beverly Jones, or somebody else?  Do

Page 20

1    you remember her first name?
2    A.   I know she is the principal over at -- is it
3    Watson now?
4    Q.   Okay.  But you don't remember her first name?
5    A.   No.
6    Q.   So Ms. Jones gave Christian more challenging
7    work to do?
8    A.   Yes.
9    Q.   Were you satisfied with that situation, or did
10   you --
11   A.   Not really, but, I mean, I just felt like there
12   was not too much more that I could do.
13   Q.   Was there anything else you asked anybody at
14   LRSD to do that year for Christian?
15   A.   It wasn't until his first grade year --
16   Q.   Okay.
17   A.   -- that the ballgame changed.  I was a little
18   bit more educated about who I felt like I needed to
19   talk to in order to change the situation.
20        I mean, Ms. Jones was no longer there to
21   save him, quote/unquote, and so it was just about
22   protecting him and making sure that he got his
23   education.  So I was pretty much left to fight that
24   battle on my own.
25   Q.   Okay.  So just to finish our discussion of

                              5 (Pages 17 to 20)

Page 21

1   Christian's kindergarten year --
2   A.   Uh-huh.
3   Q.   -- are you saying there wasn't anybody else
4   that you talked to about doing anything else for
5   Christian?
6   A.   No.
7   Q.   Once Ms. Jones started addressing the
8   situation?
9   A.   Right.
10  Q.   So, but you are saying you did do more during
11  Christian's first grade year?
12  A.   Yes.
13  Q.   Okay.
14  A.   I was --
15  Q.   Tell me what the problem was and what you did
16  to try and address it.
17  A.   For one, I mean, I was very aware that
18  Christian is a lot smarter than the other children in
19  his grade level.  I expressed concerns about -- I --
20  Geyer Springs had then switched to a Gifted and
21  Talented school.
22       I had talked to several people about
23  possibly getting him put over there, but because of
24  the behavior issues that he had his kindergarten
25  year, my request was denied.  It was pretty much just

Page 22

1   open and shut verbally.
2   Q.   Okay.  And let me catch up with you for a
3   minute.
4   A.   Uh-huh.
5   Q.   So who was Christian's first grade teacher?
6   A.   Christian's first grade teacher, he started out
7   with a lady by the name of Ms. Phillips.
8   Ms. Phillips, from my understanding, was fresh out of
9   college.  She was very young.  I don't feel that she
10  had enough experience.  I will just say it like that.
11       There were days that I would go down to
12  that classroom, and she would just be sitting there
13  bawling her eyes out in front of the whole class, you
14  know.
15       Ninety percent of that had to do with my
16  child and his behaviors and the way that he was
17  acting in her classroom.  And, you know, I would pull
18  her to the side and I would talk to her, and I would
19  tell her, You can't let him see you like this.  You
20  know, you are going to have to pull it together
21  because right now he feels like he is in control, and
22  he is running over you.  You are going to have to get
23  it together.
24       Mr. Crossly would fuss at her about
25  different things and -- I mean, she was very, very --

Page 23

1   she was a very emotional woman.  It didn't take much
2   to make her cry.
3   Q.   And what were the behaviors that were the
4   problem at this point?
5   A.   By first grade year it went from just tearing
6   up homework and screaming and yelling to now we're
7   turning our desk over, throwing chairs.
8       I remember a glass vase that got shattered
9   in her room because of him, which put everybody in
10  the room in danger.  Just --
11  Q.   Okay.
12  A.   Yeah.
13  Q.   So you, obviously from what you've said, were
14  trying to work with or help Ms. Phillips?
15  A.   Yes.
16  Q.   And you also, I think, mentioned that
17  Mr. Crossley was involved in some way?
18  A.   Yes.  And Ms. Freeman, the assistant principal.
19  Q.   Freeman?
20  A.   Right.  I actually spoke to Ms. Freeman before
21  I started speaking to Mr. Crossley about the
22  situation.  Ms. Phillips had my personal cell phone
23  number.
24       And what was being described to me of my
25  child's behaviors at school, I did not see this with

Page 24

1   him at home.  So to hear someone tell me that my
2   child has acted in this way is really - it is
3   unbelievable to me, because this is not the child
4   that I have at home.
5       This is not the child that -- I mean, it
6   was like two totally different kids that were being
7   described to me.
8   Q.   Okay.
9   A.   At that time I was self employed through a
10  catering company, and I told Ms. Phillips, you know,
11  Call me if you need me.
12       I wanted to try to intervene to make things
13  easier for her, for him, and for the other children
14  in the classroom, because from what was being
15  described to me, there is no way that any child in
16  there could have been receiving an d education with
17  the type of behavior that my child was demonstrating.
18  Q.   Okay.  So let me ask you something before we go
19  on.
20  A.   Uh-huh.
21  Q.   Do you believe that your child really was
22  engaging in those behaviors, or do you have a
23  question about that?
24  A.   I still have questions about it, I mean, but my
25  mother always told me that if more than one person

6 (Pages 21 to 24)

Page 25

1    tells you something about yourself, then there has
2    got to be some truth to it.
3    Q.   So more than one person saw --
4    A.   Yes.
5    Q.   -- Christian's behavior in the classroom?
6    A.   Yes.
7    Q.   Did you ever see him act up in the classroom?
8    A.   No.  When I got there it was always like he was
9    a perfect little angel, you know.
10   Q.   Okay.  So what -- when you were working with
11   Ms. Freeman and Mr. Crossley and Ms. Phillips, what
12   were you all trying to accomplish for Christian?
13              MR. WALKER:  Just a moment.  Objection
14         to the form of the question, and the reason
15         for it is she can't speak for what the
16         others were doing, unless they told her.
17   Q.   Okay.  So what were you hoping to accomplish by
18   working with Ms. Phillips, Ms. Freeman, and
19   Mr. Crossley with respect to Christian?
20   A.   Making sure that he was being properly educated
21   and not being held back.
22   Q.   Okay.  And was there something you wanted them
23   to do that they wouldn't do?
24   A.   It was a thing of, like I said, I still was in
25   the process of educating myself on how to deal with a

Page 26

1    child that was way more advanced than the rest of his
2    class.
3              I mean, this is kind of new to me, you
4    know.  So I did go to them, and I expressed my
5    concerns about it.
6              You know, again this year with his testing,
7    they looked at his test scores, and they agreed that
8    he was more advanced than the other children in his
9    classroom, and I expressed to them that he needed to
10   be challenged.
11             You know, if you have the kid sitting and
12   repeating the same thing that he -- he was pretty
13   much repeating in first grade everything that he had
14   did in kindergarten, so we had not got anywhere.
15             You know, here it is, in my eyes, of trying
16   to be in my child's shoes, it was the same battle
17   that I fought last year, I'm now having to fight this
18   battle again this year.
19   Q.   Okay.
20   A.   And as his legal guardian, I feel like it is my
21   job to protect him.  He was not comfortable.  He was
22   not happy.  He was wanting more, and he was not given
23   the opportunity to have more.
24             So I stepped in on his behalf and chose to
25   fight for him.  There were several days that I had a

Page 27

1    desk and a chair, and I sat outside of that
2    classroom, you know, so I could not be a disturbance
3    to the classroom, but I sat there several days to
4    make sure that my child was being educated and that
5    he was being challenged.
6    Q.   Okay.  So what happened -- did -- was he being
7    educated and challenged during the days you sat
8    there?
9    A.   Yes.
10   Q.   How so?
11   A.   I was -- he was given work from second, third
12   and fourth grade classes.  Whatever those grades were
13   working on, his teacher was collecting work from
14   those classes and giving it to him.  And those
15   teachers were grading it, and that's how he was
16   receiving his grades.
17   Q.   Okay.  And at what point in Christian's first
18   grade school year did that start?
19   A.   In the beginning.  I think it might have been
20   the second or third day of school.  I received a
21   phone call that he was being disruptive, and I myself
22   knew I did not want to have to deal with another
23   school year like the previous year.  So I spoke to
24   Ms. Freeman, and I asked her if it was okay for me to
25   sit outside that classroom.

Page 28

1    Q.   Okay.  So are you saying that Christian was
2    getting work from the second through fourth grade
3    teachers from the beginning of his first grade year?
4    A.   Yes.
5    Q.   Okay.  And did he finish his first grade year
6    at Baseline?
7    A.   No, he did not.  He -- I actually requested
8    that Christian be removed from Ms. Phillips'
9    classroom.
10             We were also dealing with the possibility
11   of Christian having Asperger's, being autistic.  He
12   was also a patient under the Dayspring program.
13             And, like I said, I spent a lot of days at
14   that school in that class, and from my observance,
15   the kids fed off of her emotions.  When she was an
16   emotional wreck, the kids were an emotional wreck.
17             And, you know, I can't do anything about
18   anybody else's child, but I can do something about my
19   own.  So I asked that he be removed from that
20   classroom and placed into a classroom with a teacher
21   that was a little more mellow, which was
22   Ms. Shoehart.
23   Q.   Okay.  So let me catch up with you again.  So
24   Christian started receiving second through fourth
25   grade level work at the beginning of his first grade

7 (Pages 25 to 28)

Page 29

1  year?
2  A.  Yes.
3  Q.  And did that continue until the time he left
4  Baseline?
5  A.  No.  Christian was actually kicked out of the
6  first grade and put into the fifth grade class with
7  his brother where his brother babysat him all day.
8  Q.  So did Christian receive second to fourth grade
9  level work during the entire time he was in Ms.
10  Phillips' class?
11  A.  I can't say for sure.  I only know about what I
12  seen when I was there.
13  Q.  Okay.  So every time you were there he had the
14  opportunity to do second the fourth grade level work
15  that was graded by the teachers at those levels?
16  A.  So-so.
17  Q.  Is that correct?
18  A.  I can't, I can't say every time, but I did see
19  that there was some type of effort trying to, that
20  was being made by Ms. Phillips to try to help him.
21  Q.  Okay.  And the second, third, and fourth grade
22  teachers were involved as well; right?
23  A.  Yes and no.  Again, like I said, I felt like it
24  was Ms. Phillips, I mean, that spoke up for him and
25  requested the work from the other teachers.

Page 30

1  Q.  Okay.
2  A.  They didn't just voluntarily come down and say,
3  Hey, this is what we're doing today.  Let Christian
4  work on this today.
5  Q.  I understand that, but didn't you tell me the
6  teachers from the other grades graded Christian's
7  work?
8  A.  Yes, upon Ms. Phillips' request.
9  Q.  So there are two other things that happened.
10  At some point you said you wanted to get Christian
11  into Geyer Springs?
12  A.  Yes.
13  Q.  Was that during his first grade year?
14  A.  Yes.
15  Q.  Okay.
16  A.  Well, I asked in kindergarten, but they said --
17  at that time it was they didn't accept kindergartners
18  for the GT school.
19  Q.  Okay.  So, so when was the next time you asked
20  to --
21  A.  His first grade.
22  Q.  -- tried to get Christian --
23  A.  His first grade year.
24  Q.  During the year, or before the year?
25  A.  During the year.

Page 31

1  Q.  At what point during the year?
2  A.  When, again, like I said, I was kind of hoping
3  that, that maybe his first grade year would be
4  different for him, so I just kind of played it by
5  ear, kind of see how it was going to work out with
6  Christian.
7      Once I seen that we were rolling right back
8  into what we had left off with kindergarten, then
9  that's when I spoke up and asked.
10  Q.  When was that?
11  A.  I mean, I can't tell you approximately the
12  time, but I know it was several times during his
13  first grade year at Baseline.
14  Q.  First semester, or second semester?
15  A.  It was several times during the time.
16  Q.  When was the first time?
17  A.  Like I said, at the very beginning when the
18  behavior started becoming a problem.  And I asked
19  from that time up until the time that I moved him
20  from Baseline.
21  Q.  Asked what?
22  A.  About him going to the Gifted and Talented
23  school.
24  Q.  Okay.  Who did you ask about that?
25  A.  I spoke to Ms. Freeman.  I spoke to

Page 32

1  Mr. Crossley.  He was eventually given a
2  paraprofessional.
3      I spoke to her about it.  Ms. Jamie
4  (phonetic), she -- I'm not going to say, Special
5  Education, I'm not really sure what her role was, but
6  I know that she pulled kids out of class that were
7  having trouble learning and gave them, you know,
8  private sessions, or whatever, to work on the things
9  that they were having problems with.
10      So I did, I spoke to her, too.  He has had
11  IEPs.  He has had 504s.  I brought it up.  Every time
12  that I asked, it was shot down, and the suggestion
13  was always made to put him into Special Education.
14  Q.  Okay.  So let's stick with Geyer Springs for a
15  minute.
16  A.  Uh-huh.
17  Q.  Do you recall asking somebody specifically to
18  allow Christian to be transferred to Geyer Springs?
19  A.  I spoke to Ms. -- and I always get them
20  backwards -- is it Dr. Smith and Ms. Green?  I think
21  I said it right.
22  Q.  Okay.
23  A.  The psychiatrist, I think her name was
24  Ms. Lopez.
25  Q.  Are these all people at Baseline or somewhere

8  (Pages 29 to 32)

Page 33

1   else?
2   A.   These were people at the school district.
3   Q.   Okay.  And what is Ms. Green's first name?
4   A.   I'm not sure.  I want to say Miranda, but I
5   could be wrong.
6   Q.   What about Dr. Smith?
7   A.   I'm not sure.
8   Q.   Okay.  And what time during Christian's first
9   grade year did you talk to them?
10   A.   I'm going to say in the first semester.
11   Q.   And why did you decide to talk to those people?
12   A.   I was frustrated with we weren't getting
13   anywhere just dealing with Baseline.  I just felt
14   like I was not getting anywhere?
15   Q.   What did you ask Dr. Smith or Ms. Green to do?
16   A.   I felt like Christian was not being educated.
17   I felt like Christian was being -- I felt like he was
18   being mistreated, and I wanted him -- I pretty much
19   wanted him removed from Baseline, but I wanted him
20   put somewhere to where he was receiving the services
21   that he needed.
22           We also talked about possibly a day
23   treatment school for him, because we have a
24   behavior issue.  We have a learned behavior that
25   needs to be addressed as well.

Page 34

1   Q.   Okay.  So did you ever apply to put Christian
2   in Geyer Springs?
3   A.   No.  I was told because of his behavior that he
4   would not be allowed to go.
5   Q.   Who told you that?
6   A.   The school district.
7   Q.   Who?
8   A.   Ms. Smith, Dr. Green, Mr. Crossley,
9   Ms. Freeman, and everybody else that sat in on those
10   504 and IEP meetings.
11   Q.   Okay.  Did you meet with Dr. Smith and
12   Ms. Green?
13   A.   Yes.
14   Q.   Where did you meet with them?
15   A.   At Baseline, and then I also met with them, not
16   on Sherman Street, but the other school district on
17   the opposite side of Broadway down here.
18   Q.   Okay.
19           MR. WALKER:  Markham?
20           THE WITNESS:  Yes.
21   BY MR. HELLER:
22   Q.   All right.  And can you tell me the race of Dr.
23   Smith?
24   A.   They are both African-American.
25   Q.   Okay.  Dr. Smith and Ms. Green both?

Page 35

1   A.   Yes.
2   Q.   And you talked about IEP and 504 and Special
3   Education?
4   A.   Uh-huh.
5   Q.   So at some point was Christian -- did you
6   consent to have Christian referred for Special
7   Education?
8   A.   It was -- in order for him to be tested for
9   autism, I was told -- the school district wanted to
10   do it, but in order for the school district to do it,
11   then basically that was the road that had to be
12   taken.
13           I was going to personally get it, try to
14   get it done through Dennis Developmental with a
15   referral from his PCP.  I was told by Ms. Lopez that
16   if I chose to -- that Medicaid wouldn't pay for both,
17   and that the school district would not be able to do
18   the accurate testing that they needed to do if I
19   intervened and had it done myself.
20   Q.   Okay.  So you said -- this wasn't just the
21   school district's idea, I guess.  Didn't you say that
22   you had a concern about finding out whether Christian
23   had autism?
24   A.   Yes.
25   Q.   And the school district offered to test him for

Page 36

1   that?
2   A.   Yes.
3   Q.   And you, after considering doing it yourself at
4   Dennis, consented to have Christian tested?
5   A.   Yes.
6   Q.   Okay.  And as a result of his testing, was
7   there a meeting --
8   A.   Yes, there was.
9   Q.   -- to review the tests?
10   A.   Yes.
11   Q.   And you participated in the meeting --
12   A.   Yes.
13   Q.   -- as well as people from Baseline and people
14   from the LRSD Special Ed department?
15   A.   Yes.
16   Q.   And what was the result of the meeting?
17   A.   That he does not have autism.
18   Q.   And was there --
19   A.   But --
20   Q.   Was there anything else decided about where he
21   should be placed or how he should be educated?
22   A.   They wanted to put into him into Special
23   Education because of his behavior problems, not
24   because of academically.
25           I did not agree with putting a child that

9 (Pages 33 to 36)

Page 37

1    was not academically distressed into a Special Ed
2    class with children who had a learning disability.
3    Q.    Okay.  So why do you think somebody wanted to
4    put Christian in a class with children who had
5    learning disabilities?
6    A.    Because I honestly felt like no one wanted to
7    deal with my child.
8    Q.    Okay.
9    A.    And the easiest thing to do is throw him in
10   Special Education with other kids with special needs
11   and not have to deal with him.
12   Q.    Did someone specifically say that they thought
13   Christian should be in a class with kids with
14   learning disabilities?
15   A.    At every IEP and 504 meeting that's what they
16   brought to me, that they wanted to put him into
17   Special Education.
18   Q.    Did that ever happen?
19   A.    Yes, and no.
20   Q.    Okay.  What do you mean by that?
21   A.    He is -- he ended up -- I went ahead and agreed
22   to him going to a self-contained class, which was a
23   bad idea, and I knew it would be, but, I mean, I have
24   been fighting the school district for three years
25   now.

Page 38

1    Q.    And was that Ms. Shoehart's class?
2    A.    No.
3    Q.    Okay.  So when did Christian move to a
4    self-contained class?
5    A.    He moved to a self-contained class his second
6    grade year, but you kind of skipped over the fact
7    that Ms. Shoehart refused to educate my child and
8    kicked him out of her class, and he was put into the
9    fifth grade with his brother for his brother to
10   babysit him.
11   Q.    Okay.  I'll get back to that in a second.
12   A.    Okay.
13   Q.    So when was it that Christian was first
14   assigned a paraprofessional?
15   A.    In Ms. Shoehart's class.  So I will say, it was
16   after Christmas break.
17   Q.    Okay.  During Christian's first grade year?
18   A.    First grade year, yes, sir.
19   Q.    Okay.  So let's finish out Christian's first
20   grade year.
21   A.    Uh-huh.
22   Q.    So you started with Ms. Phillips?
23   A.    Uh-huh.
24   Q.    And at what point did that change?
25   A.    The middle of the first semester.

Page 39

1    Q.    Okay.  What happened then?
2    A.    I requested that he be removed from her
3    classroom.  Ms. Phillips was -- Ms. Phillips seemed
4    to maybe possibly have a little ADHD herself maybe.
5         She was very hyperactive.  When she wasn't
6    hyperactive, she was crying and in tears in front of
7    the children.
8         And, you know, I mean, it's kind of like,
9    not referring to these children as animals, but it's
10   kind of like when your dog sees you, and you're all
11   excited and happy, your dog is just happy and excited
12   and bouncing and jumping all over you, and that's how
13   it was to go into this classroom.
14        She was just all over the place, and the
15   children were all over the place as well.  And when
16   she wasn't like that, one of the kids had her in
17   tears.  And, I mean, it was just -- I felt like she
18   had no control and power of her classroom.
19   Q.    So who did you ask to have Christian moved?
20   A.    Ms. Crossley.
21   Q.    And he agreed?
22   A.    Yes.
23   Q.    Where did Christian go?
24   A.    He went to Ms. Shoehart.
25   Q.    And what kind of teacher was she?

Page 40

1    A.    Ms. Shoehart was more, I guess timid.
2    Q.    Was she another first grade teacher?
3    A.    Yes.
4    Q.    Okay.
5    A.    She was.
6    Q.    What was her race?
7    A.    She was, she was white.
8    Q.    And what is Ms. Phillips' race?
9    A.    She was African-American.
10   Q.    And so at some point during the first semester,
11   Christian moved from Ms. Phillips to Ms. Shoehart's
12   first grade class?
13   A.    Uh-huh.
14   Q.    Yes?
15   A.    Yes.
16   Q.    Okay.  All right.  So then what?
17   A.    He was in Ms. Shoehart's class for maybe a
18   couple of weeks.  Things seemed to have been going
19   pretty smoothly.
20        I'm not really sure at what point that
21   things changed, but the next thing I knew Christian
22   was coming home expressing to me a conversation that
23   he had with Jonathan Crossley of Ms. Shoehart sent
24   him out of her classroom to Mr. Crossly's office.
25        He and Mr. Crossley had a conversation.

10  (Pages 37 to 40)

Page 41

1  Christian asked to return back to Ms. Shoehart's
2  room.  Mr. Crossley told Christian that Ms. Shoehart
3  had something that she needed to tell him.
4      Once Ms. Shoehart told him what she had to
5  say, he needed to return back to him, which then
6  Jonathan Crossley.
7      Christian told me that he went down to the
8  classroom.  Ms. Shoehart looked at him and told him
9  that she did not want him in her class and that he
10 was not to return back to her class ever.
11     He then went back to Mr. Crossley, and
12 Mr. Crossley asked him what Ms. Shoehart said, which
13 I believe Mr. Crossley already knew what Ms. Shoehart
14 wanted before he sent my child down there to that
15 classroom to be humiliated like that.
16     From that point on Christian would sit at
17 the security desk with Mr. Walker, the security
18 officer.  There were several days that I would go in
19 there and he would just be sitting there next to
20 security, just twirling in a chair with a pair of
21 scissors and Post-It notes cutting up Post-It notes.
22     I asked him, What are you doing," and he
23 said, Oh I have to sit here because Ms. Shoehart
24 doesn't want me in her room.
25     And I would ask him, I said, Well, what are

Page 42

1  you doing?  And he would hold up a Post-It note and
2  say, Look, I made Swiss cheese, and, you know, he was
3  just cutting Post-It notes up.
4      And I said, Oh, so you're doing art?  And
5  he said, No, I'm just cutting paper.  And I said,
6  Well, what are you learning from cutting paper?
7  Nothing.  I said, Well what have you learned today?
8  Nothing.  I said, So no one has educated you today?
9  No.
10     There would be other times that I would
11 come in, he would be in the cafeteria with the City
12 Year.  They were babysitting him.  The security
13 office was babysitting him.
14     I went into the cafeteria one day, and he
15 is sitting there with City Year playing with puppets,
16 you know, and I asked him, Christian, what have you
17 learned today?  Nothing.  I said, Did they give you
18 any kind of work?  No, just the puppets.
19     I then went back maybe a couple of days
20 later, and he was now in -- I cannot even think of
21 her name.
22     MR. SPRINGER:  Ms. Hodges?
23 A.  Ms. Hodges.  Thank you.  He was in the fifth
24 grade in Ms. Hodges' classroom with his brother.  A
25 lot of days he was on PBS Kids.

Page 43

1      I mean, I don't object to PBS Kids, but he
2  wasn't being graded from PBS Kids.  He was not -- my
3  child was not being educated, and now there is a
4  problem because now my fifth grader is not being
5  educated because he is babysitting instead of
6  actually being able to focus on his work.
7  Q.  So what time of year was it that Christian went
8  to Ms. Shoehart's class?
9  A.  He went the, the middle of the first semester.
10 He finished up that semester in fifth grade before we
11 went -- I think I am saying it right, it was before
12 Christmas break, so that's first semester; right?
13 Q.  So when did he leave Ms. Shoehart's class?
14 A.  I can't say for sure when he actually left,
15 but, like I said, all of this took place before
16 Christmas break.
17 Q.  Okay.  And when is the first time he went to
18 Ms. Hodges' class?
19 A.  It was around November of that year maybe.
20 Q.  How did you know he was in Ms. Hodges' class?
21 A.  I mean, like I said, I spent a lot of time at
22 Baseline checking on my children to make sure that my
23 kids were being educated.
24     No one informed me of anything.  I just so
25 happened -- when I went in that day he wasn't at the

Page 44

1  security desk, and he wasn't with City Year, and I
2  was informed that he was now in the fifth grade.
3  Q.  Okay.  Who is the security officer?
4  A.  Mr. Walker.
5  Q.  And what was his -- what is his race?
6  A.  He is African-American.
7  Q.  And that's who Christian sat with at the
8  security desk?
9  A.  Yes.
10 Q.  And was that going on every day?
11 A.  Pretty much.  Like I said, I mean I was down
12 there pretty much every day, and if he was not with
13 Mr. Walker, he was with City Year.
14     If he was not with City Year, he was with
15 Jamie and Mr. Witherspoon.  Their office is right
16 off, right behind the security desk.
17 Q.  Who is Mr. Witherspoon?
18 A.  I'm not really sure what his job title was.  I
19 think they -- I think, if I'm not mistaken, he and
20 Ms. Jamie worked with the home school program, I
21 think.
22 Q.  Is this the same Jamie that you said was his
23 paraprofessional?
24 A.  No.  Jamie was never his paraprofessional.
25 Q.  I thought at one point you said he had a

Page 45

1  paraprofessional named Jamie?
2  A.  No.  I said Ms. Jamie was a lady who pulled
3  kids out of the classroom for special tutoring.
4  Q.  Did Christian have a paraprofessional?
5  A.  Yes, he did.
6  Q.  What was that person's name?
7  A.  I can't remember.  You might have a better
8  chance of asking him.
9  Q.  Man or woman?
10  A.  It was a woman.
11  Q.  Okay.  So what was your -- first of all, tell
12  me what City Year is.
13  A.  My -- Chase could probably better explain it to
14  you than I did.  I think it was a volunteer program
15  maybe, and they did after school programs with the
16  children.
17      They were there all day, though, but I know
18  that they had afterschool programs with the children.
19  It was kind of a select few that got into those
20  programs, I think, with being exceptional.  With
21  grades and things like that they got into the
22  program.  Like I said, he could better explain it
23  than I can.
24  Q.  Was Christian in the program?
25  A.  No, he was not.

Page 46

1  Q.  So why was he working with City Year people?
2  A.  Who?  My point exactly.  That is a question
3  that you would have to ask Baseline, why Christian
4  was with City Year.  Christian was not even old
5  enough for that program.
6      I believe City Year is for third, fourth
7  and fifth grade.  It could just be fourth and fifth,
8  but Christian was not old enough to participate in on
9  the City Year program.
10  Q.  So when you went to Baseline and Christian was
11  with the security guard or with City Year or with
12  Jamie and Mr. Witherspoon --
13  A.  Uh-huh.
14  Q.  -- were you concerned about that?
15  A.  Yes, I was.  I spoke with Mr. Crossley about
16  it, and I was pretty much told that he couldn't have
17  Christian in the classroom being disruptive.
18  Q.  And it's your belief that once Christian left
19  Ms. Shoehart's classroom he never went back there?
20  A.  Yes, he eventually went back.  I raised enough
21  Cain that she had no choice but to allow him to come
22  back.
23  Q.  Okay.  How long was it between the time he went
24  out and he went back?
25  A.  Like I said, we had our Christmas vacation or

Page 47

1  whatever, and when we came back, he may have -- there
2  was an incident, apparently, before Christmas.
3      During the Christmas party in the fifth
4  grade, Christian was teased and taunted by the fifth
5  graders, which I felt like was emotional disgrace on
6  my child to be bullied and have to be in a classroom
7  all day with kids bigger than him, and he was being
8  bullied.
9      There was an incident with a particular
10  fifth grade girl where Ms. Hodges said that she did
11  have to step in and intervene because it almost
12  became physical.
13      Some kind of way she separated the two.
14  School was now over with for the day.  It is now
15  Christmas break.  Everybody has gone about their
16  merry ways.
17      Christian did not forgive, and he did not
18  forget.  No sooner than they returned back from
19  Christmas break, he attacked that fifth grader that
20  had picked on him, and she assaulted my child.
21      My child became very upset.  He threatened
22  to shoot her.  He also threatened to shoot
23  Mr. Crossley, and he also threatened to shoot
24  Ms. Freeman.
25      At this point my phone is ringing off the

Page 48

1  hook.  I am refusing to answer my phone because no
2  one is helping me, so why should I help them?  That's
3  the way I felt, not knowing the circumstances of what
4  was going on.
5      I felt like everything that I had asked the
6  school district for had been denied, so if they were
7  not willing to try to work with me, then I was not
8  going to work with them, and they could deal with
9  Christian and Christian's behaviors.
10      When I got to the school that evening
11  Mr. Walker pulled me to the side, and he informed me
12  of what had happened.  I immediately -- at that point
13  I knew I had a serious problem on my hands.
14      My child has now threatened to bring a
15  firearm, which we do not own, to the school, and harm
16  people.  I immediately called Pinnacle Pointe, and I
17  had my child admitted into Pinnacle Pointe for acute
18  care.
19  Q.  Okay.  All right.  So let me catch up one more
20  time.  During the first semester of Christian's first
21  grade year --
22  A.  Uh-huh.
23  Q.  -- he went from Ms. Phillips' class to
24  Ms. Shoehart's class?
25  A.  Yes.

Page 49

1   Q.   Then out of Ms. Shoehart's class?
2   A.   To Ms. Hodges' class.
3   Q.   Well, then back into Ms. Shoehart's class?
4   A.   Yes.
5   Q.   All during the first semester?
6   A.   Yes.
7   Q.   And then when did he go to Ms. Hodges' class?
8   A.   He went to Ms. Hodges' class before Christmas
9   break.
10  Q.   For how long?
11  A.   He was there, I know, from some points in
12  November up until Christmas break.
13  Q.   Okay.  Intermittently or every day?
14  A.   Oh, no, he was there every day.  He had
15  breakfast in the cafeteria, and from the cafeteria he
16  went to Ms. Hodges' class.
17       When they went to music, he went to music.
18  When they went to art, he went to art.  I mean, when
19  they went to PE, he went to PE.  He was a fifth
20  grader.
21  Q.   All right.  So then --
22  A.   That was not doing fifth grade work.  Let me
23  throw that in.
24  Q.   This incident -- well, what is your
25  understanding of what Christian was doing in

Page 50

1   Ms. Hodges' class, what kind of work?
2   A.   Like I said, when I would go in, I would see
3   him on PBS Kids.  He was on a computer.  He spent a
4   lot of time on a computer.
5       Ms. Hodges was pulling stuff off of the
6   internet for him to do, but he was not -- Christian
7   was not receiving a grade.
8   Q.   Okay.
9   A.   You know, I mean, she was giving him things to
10  do to keep him occupied and to keep him busy, but he
11  was not receiving a grade, I mean.
12  Q.   Did he have an IEP at that time?
13  A.   Yes, he did.
14  Q.   Did he spend any time in any place, any
15  resource room or self-contained classroom during that
16  time?
17  A.   Not at that time, no.
18  Q.   When did that start?
19  A.   They had that in place before he even went into
20  the second grade.
21  Q.   Okay.  And when was it that he threatened to
22  bring a gun?
23  A.   That was right after Christmas break of the,
24  his first grade year.
25  Q.   Okay.  So after the first semester when

Page 51

1   Christian went back to Baseline in first grade, whose
2   class was he in?
3   A.   He went back to Ms. Hodges' room.
4   Q.   And then how long after that did he threaten to
5   bring a gun?
6   A.   From my understanding, that it was the second
7   day back.
8   Q.   Okay.  So then what happened?
9   A.   I put him in Pinnacle Pointe.
10  Q.   Okay.  And did he go back to Baseline at all
11  that year?
12  A.   He went back to Baseline.  While he was in
13  Pinnacle Pointe we had a meeting with the Special
14  Education, and I was very upset, and I expressed
15  that.
16       And I told them that I felt like this child
17  has been tortured his first two years of elementary
18  school.  No one is listening to him.  I'm sorry.
19  Q.   Do you want to take a break for a minute?
20  A.   I'm all right.  I felt like his cries were
21  being ignored, and he is angry.  He is full of rage.
22  And it doesn't make it right what he said, but I
23  believe that's why he said what he said.  He was
24  angry, and he, you know.
25  Q.   What did they say at Pinnacle Pointe was -- was

Page 52

1   there any diagnosis?
2   A.   Mood swing disorders.  And the -- they said
3   that the ADHD medicine that they had him on, one of
4   the side effects of it was aggression.
5   Q.   So did they make any recommendations?
6   A.   Yeah, they added another medicine to it to
7   counteract with the Focalin.
8   Q.   Did that make a difference?
9   A.   No.  And I just recently found out yesterday
10  why it wasn't making a difference.
11  Q.   Why?
12  A.   Christian does not have mood swing disorders.
13  Christian does not have none of the things that
14  Little Rock School District and Daysprings tried to
15  diagnosis him with.
16       Christian is suffering from depression and
17  anxiety, and I feel like a lot of that has to do with
18  the treatment that he has received from the school
19  district.
20       And so now I'm dealing with trying to
21  correct a problem that sprouted about because this
22  child was neglected through the school district.
23  Q.   Who told you he has got depression and anxiety?
24  A.   He has actually -- Christian is in residential
25  right now at Methodist, and I spoke with his doctor

13 (Pages 49 to 52)

Page 53

1    yesterday, and they are taking him all off all of
2    those medications.
3        He has been put on an antidepressant, and
4    he is having to go through therapy now to talk about
5    these issues that he has had.
6    Q.   Okay.  So how long was he in Pinnacle Pointe?
7    A.   He only did a seven day acute evaluation.
8    Q.   Okay.  And after that he went back to Baseline?
9    A.   He went back to Baseline.
10   Q.   Has he ever been back to Pinnacle Pointe?
11   A.   Yes, he has.
12   Q.   When was that?
13   A.   He went several times while at Baseline.
14   Q.   Other times during his first grade year?
15   A.   Yes.  And I was not satisfied with the services
16   that I was getting at Pinnacle Pointe because, I
17   mean, the only thing they did was just doped him up.
18   And doping him up was not fixing the problem.
19        I mean, it's kind of like a person who does
20   drugs.  They do drugs for a reason.  It's getting to
21   the root of the problem to understand why they choose
22   to do the drugs.
23        So doping him up does not fix the problem.
24   We need to understand the problem so that we can fix
25   it.  You can't fix it if you have him high and

Page 54

1    zombied all day.
2    Q.   Why did he go back to Pinnacle Pointe the other
3    times?
4    A.   For behavior issues that -- it started rolling
5    over into the home.  Christian would have a bad day
6    at Baseline, and he could come home, and there were
7    times that I would look up, and this kid would be
8    gone.
9        He would just get up and just leave.  And I
10   would ask him, you know, Why did you leave?  Where
11   are you going?  And he doesn't know.  All he know is
12   he is being mistreated.  He does not like the way
13   that he is being treated.
14   Q.   So the second time you took him to Pinnacle
15   Pointe, what was the problem?
16   A.   Behaviors at the school.
17   Q.   What kind of behaviors?
18   A.   Throwing things, tearing stuff off the walls,
19   screaming, yelling, cursing.  I mean, it seemed like
20   over time he just, he got worse.  He is now picking
21   up other behaviors from other kids.
22        He has been put in the self-contained class
23   with kids who have obvious issues, and I have sat in
24   on those classes, and it's like a domino effect.
25        Once one gets started, they all get

Page 55

1    started.  And the language of these kids, he picked
2    up on that, you know.
3    Q.   All right.  So how many times during
4    Christian's first grade year did he go to Pinnacle
5    Pointe?
6    A.   Three, that I know of.
7    Q.   Okay.  And you said the problems were spilling
8    over into the home?
9    A.   Yes.
10   Q.   Did he ever go to Pinnacle Pointe because of
11   problems in the home?
12   A.   Related to the problems at the school.
13   Q.   All right.  But what were the problems at home
14   that were related to the problem at school?
15   A.   Like I said, the child that they were saying
16   that they were seeing at school, I did not see that
17   child at home.
18        Christian did not throw things in my house.
19   He did not tear things up in my house.  He did not
20   curse me.  He did not -- I mean, he, he -- the only
21   thing that he did was he would just leave, you know.
22        And I think it was -- the issue that I had
23   with him at home was he did not feel like I
24   understood or I cared or that I was doing my job to
25   protect him.

Page 56

1        Because I would, I would fuss at him for
2    his behaviors at school, and, you know, there were
3    consequences for his behaviors at school.  And due to
4    me trying to enforce the consequences of the
5    behaviors at school, he would run away from me.
6    Q.   So is that why -- did he go to Pinnacle Pointe
7    for that behavior as well?
8    A.   Yes.
9    Q.   So how much, how much time total did he spend
10   at Pinnacle Pointe during his second semester of his
11   first grade year?
12   A.   Maybe a total of time, maybe a month.
13   Q.   Okay.  So was he in Baseline at the end of his
14   first grade year, Christian?
15   A.   No.  He was in Western Hills.  I totally
16   removed my kids from Baseline.
17   Q.   Okay.  So during the time Christian was either
18   having issues with Ms. Shoehart or going to the fifth
19   grade classroom?
20   A.   Uh-huh.
21   Q.   Did you make any complaint or raise any issues
22   about it with anybody outside of Baseline?
23   A.   Of course I did.  I raised issues with the
24   School District.  I called -- I called several
25   people.  I mean, I --

14  (Pages 53 to 56)

Page 57

1    Q.   Who did you call?
2    A.   I can't even, I can't think of her name, but
3    she is on Sherman Street.  Her office is located
4    right next to...
5    Q.   Someone in the student assignment office?
6    A.   Yes, someone in the student assignment office.
7    It was doctor somebody that I spoke to.  Her office
8    is located right next to Ms. Gate's (phonetic)
9    office, because I went down there and personally
10   spoke to people about the issue.
11   Q.   And when was the first time you did that?
12   A.   I mean, like I -- I honestly, I know it was his
13   first grade year.  I can't give you a definite time.
14   Q.   Okay.  Do you remember anybody that you talked
15   to besides this doctor somebody?
16   A.   Like I said, Ms. Green, Dr. Smith.
17   Q.   So those people --
18   A.   What is -- oh my goodness.  I cannot think of
19   his name.  The man over the School District.
20        MR. WALKER:  Mr. Poore?
21        THE WITNESS:  No.
22        MR. WALKER:  Suggs?
23        THE WITNESS:  Baker, Mr. Baker?
24        MR. WALKER:  Baker Kurrus?
25        THE WITNESS:  Yes, Mr. Kurrus, I have

Page 58

1    spoken to Mr. Kurrus.
2         MR. HELLER:  Can we take a short
3    break?
4         MR. WALKER:  Yeah, let's do that.
5         THE WITNESS:  And then when we come
6    back is there in kind of way we can --
7    because I have to have him back by one, if
8    we can time out on mine and get his in, so
9    I can get him transported back?
10        MR. WALKER:  Do you mind doing that,
11   Chris?
12        MR. HELLER:  No, that's fine.
13        (Thirty-minute break)
14   BY MR. HELLER:
15   Q.   Okay.  Ms. Winfrey, before we took a break to
16   talk to Christian we were talking about Christian's
17   first grade year at Baseline; right?
18   A.   Yes.
19   Q.   Okay.  And you said that you took your
20   concerns --
21        (Brief interruption.)
22   BY MR. HELLER:
23   Q.   Are you ready to go, Ms. Winfrey?
24   A.   Yeah.
25   Q.   All right.  So we're talking about Christian's

Page 59

1    first grade year at Baseline and how you took your
2    concerns about his education beyond the school to
3    other people, including, I think you said, Green,
4    Smith, and Kurrus?
5    A.   Yes.
6    Q.   Okay.  And were Green and Smith both parts of
7    Christian's IEP team?
8    A.   Green was.
9    Q.   Okay.  That's Cassandra Green?
10   A.   Yes.
11   Q.   Okay.  And do you remember what Smith's job
12   was?
13   A.   Not really.
14   Q.   Okay.
15   A.   I didn't -- I think it was Green that I seen
16   more than Smith.
17   Q.   Okay.  Do you remember why you wanted to talk
18   to Dr. Smith?
19   A.   Yes.  I was very frustrated with the treatment
20   that my child was receiving as far as his education
21   was concerned.
22   Q.   Okay.  But my question has more to do with why
23   that particular person and that particular position?
24   A.   I'm not really sure.  I mean, I have talked to
25   several people, and I believe it was a name that was

Page 60

1    just dropped.
2    Q.   Okay.
3    A.   I mean, I made several phone calls down to the
4    school district and was transferred to several
5    different people.
6    Q.   Okay.  And what -- and this is all during
7    Christian's first grade year; right?
8    A.   Yes.
9    Q.   Okay.  What were you -- when you were calling
10   to the district, you were calling the administration
11   building or student registration?
12   A.   The 447-1000.
13   Q.   Okay.  And what were you trying to have done?
14   A.   Whatever needed to be done to change the
15   situation at hand, but I didn't want just anything
16   done.  I wanted it to be a positive change for the
17   best for both of my kids really.
18   Q.   Do you remember any specific thing somebody at
19   the school district told you in response to that?
20   A.   They wanted to put him in Special Education.
21   Q.   Christian?
22   A.   Yes.
23   Q.   Okay.  And so do you remember anything -- any
24   other specific thing that anybody in the LRSD
25   administration told you in response to your concerns?

Page 61

1    A.   No.  I mean, Mr. Kurrus -- at the point that I
2    talked to Mr. Kurrus, at this time, I have now been
3    fired from my job due to having to constantly leave
4    to go to the school to intervene in on behavior
5    issues.
6         And, like I said, when I got there there
7    were no behavior issues.  I mean, you could tell that
8    a tornado had been through, but I can't say who was
9    the cause of the tornado, but, you know, apparently
10   they were saying that my son caused the storm.
11        So at this point I have now lost my job.
12   You know, I was upset when I called him.  I lost --
13   not only did I lose my job.  My electricity got
14   caught cut off because I wasn't -- I'm not working.
15   I can't pay the bill.
16        My car got repo'd because I couldn't make
17   my car note due to not being employed, and, you know,
18   and I'm frustrated.
19        You know, I'm a strong believer in it takes
20   a village to raise a child.  Once these kids go into
21   public school, the school district is now part of
22   that village and, you know, I felt like on their
23   behalf they wasn't doing their job.
24        And because of them not doing their job
25   it's now a domino effect, and it's affecting these

Page 62

1    kids at home, and it's affecting me, and now I can't
2    provide and take care of my kids like I need to
3    because the school wasn't doing their job.
4    Q.   Okay.  First of all, what job were you fired
5    from?
6    A.   The catering company.
7    Q.   I thought you said you were self employed?
8    A.   I was -- it was a contract.  I lost my
9    contract.
10   Q.   Who was your contract with?
11   A.   It was with D's Catering, but I catered to the
12   City Hall.  I catered to the Circuit Court building,
13   Little Rock Diagnostic, a couple of other places.
14   Q.   Did you say East [sic] Catering?
15   A.   No, D.
16   Q.   Oh D?
17   A.   D, yes.
18   Q.   Just like the letter "D"?
19   A.   Uh-huh.
20   Q.   Or D-e-e.
21   A.   No, D.
22   Q.   Just --
23   A.   Just the letter D.
24   Q.   D apostrophe S?
25   A.   Yes.

Page 63

1    Q.   D's Catering.  Okay, gotcha.  All right.  So,
2    and when was it that you were fired from D's
3    Catering?
4    A.   Shortly after he began the, his first grade
5    year.
6    Q.   Okay.
7    A.   I can tell you exactly when it was.  It was
8    October of that year, because that's when they repo'd
9    my car.  But, yeah, it was October of that school
10   year, which would be -- what was it, 2015, I believe.
11   2015, I believe.
12   Q.   So last school year?
13   A.   First grade, yes.
14   Q.   Okay.  So -- and you said at sometime after all
15   of this happened you spoke to Mr. Kurrus?
16   A.   Yes.
17   Q.   Okay.  And tell me about that conversation.
18   A.   He just was very sorry that all of this was
19   going on and blah, blah, blah, and da, da, da, da,
20   da, and he would have someone to get in contact with
21   me.  So I ended up speaking to Ms. Smith, I believe,
22   Dr. Smith maybe.
23   Q.   Okay.  Did you speak to Mr. Kurrus more than
24   once?
25   A.   No.

Page 64

1    Q.   Okay.  So Mr. Kurrus said he would have someone
2    get in touch with you, and he did?
3    A.   I assume he did.
4    Q.   And that was Dr. Smith?
5    A.   Yes.
6    Q.   And tell me about your conversation with her.
7    A.   I explained to her my frustrations with what
8    was going on at Baseline, and she told me that she
9    would look into it.  And I ended up receiving a phone
10   call from Ms. Green.
11   Q.   Okay.
12   A.   We conducted a meeting at the school.
13   Q.   So did you have any other conversations with
14   Dr. Smith?
15   A.   Not that I can just really recall.  I think I
16   dealt more with Ms. Green --
17   Q.   Okay.
18   A.   -- than I did Dr. Smith.
19   Q.   Okay.  So what period of time did it take from
20   the time you talked to Mr. Kurrus until the time Dr.
21   Smith called you, until the time Cassandra Green
22   called you and you got a meeting scheduled at the
23   school?
24   A.   About a week, maybe a week and half.
25   Q.   Okay.  And the meeting at the school was to

16  (Pages 61 to 64)

Page 65

1  talk about Christian; right?
2  A.  Yes.
3  Q.  Okay.  Do you recall who was at that meeting?
4  A.  Ms. Green.  Ms. Springer was also there.  His
5  therapist from Daysprings, Mr. Crossley, Ms. Freeman.
6  I cannot think of the counselor's name, Ms. Ramsey.
7  Q.  Okay.
8  A.  That's all I can think of off the top of my
9  head.
10  Q.  So is this the meeting we talked a little bit
11  about earlier in which it was decided that Chase
12  would be -- I'm sorry -- Christian would be tested?
13  A.  I believe so.
14  Q.  Okay.
15  A.  I believe at this point -- yes.
16  Q.  What was Christian's teacher in the meeting?
17  A.  I believe so.  I can't -- I think, I think Ms.
18  Shoehart was there.
19  Q.  Okay.  And did people who worked with Christian
20  in various capacities talk about things that were
21  going on in the classroom or in the school?
22  A.  As far as his behavior, yes.  That was always
23  the main topic.
24  Q.  Okay.  Did you talk about Christian as well?
25  A.  His education.  That was what was important to

Page 66

1  me because I felt like if we fixed the problem with
2  the education we could fix the behavior problem.  I
3  mean, the kid is bored.
4  Q.  Okay.
5  A.  You know.
6  Q.  You talked about that at the meeting at
7  Baseline?
8  A.  At every meeting, yes.
9  Q.  Okay.  And how many meetings were there with
10  that group of people or a similar group?
11  A.  At least three.
12  Q.  Okay.
13  A.  That I can recall.
14  Q.  And did you ask Joy Springer to attend?
15  A.  Yes, I did.
16  Q.  Okay.  Did you have any other representative
17  that you asked to attend?
18  A.  No.
19  Q.  And were all three of the meetings you just
20  mentioned, were they all during Christian's first
21  grade year at Baseline?
22  A.  Yes.
23  Q.  And was a plan developed as a result of those
24  meetings?
25  A.  I guess you could -- it was something written

Page 67

1  on paper.  To me, it wasn't a plan.  It was just, I
2  believe, something to just shut me up for the moment.
3  So, yes.
4  Q.  Okay.  So there is a place after these meetings
5  when a decision is made for the parent to sign off or
6  not.  What did you do?
7  A.  I signed.
8  Q.  Okay.  And what do you recall about what the
9  plan was for Christian?
10  A.  The plan was to do the testing, the prepare --
11  the paraprofessional was put into place.  There were
12  some other little incentives that were given to him,
13  you know, if he had a good day or a good week, little
14  things like that.
15  Q.  Okay.  And just so I am clear about this, what
16  was the name of the parapro?
17  A.  I cannot remember --
18  Q.  Okay.
19  A.  -- her name.
20  Q.  Okay.  Okay.  So, we've talked about your
21  contact with Kurrus and Smith and Green, and what
22  happened as a result of that?
23  A.  Uh-huh.
24  Q.  I think you said you also contacted student
25  assignment; is that correct?

Page 68

1  A.  Yes.
2  Q.  Okay.  And who did you talk there?
3  A.  Like I said, again, I can't remember her name.
4  Her office is located right next to Ms. Gate.  I
5  remember Ms. Gate.
6  Q.  And who is Ms. Gate?
7  A.  Ms. Gate, she --
8  Q.  Oh, is it S-c-a-i-s-e or something?
9  A.  I'm not sure how she spelled it.
10  Q.  Okay.  Is it Alayna (phonetic), do you know, or
11  something like that?
12  A.  Say it again.
13  Q.  Alayna maybe?
14  A.  I think so.
15  Q.  Okay.
16  A.  She deals with like the homeless programs or
17  something.
18  Q.  Okay.
19  A.  Yeah.
20  Q.  All right.  But this person you talked to was
21  in the office next door?
22  A.  Yes.
23  Q.  Okay.  And tell me about that conversation.
24  A.  Again, I'm expressing my concerns with, you
25  know, I don't feel like my child's educational needs

17 (Pages 65 to 68)

Christy Winfrey 4/21/2017                    Lakesha Doe, et al v. Michael Poore, et al

Page 69

1     are being met.
2         I feel like the behavior is a reaction to
3     him feeling neglected, him feeling like he -- no one
4     is hearing him, no one is understanding, you know,
5     what he is asking for and what he is needing.
6     Q.   Well, I assume that you're at the student
7     assignment office because you want to do something
8     about his assignment; is that correct?
9     A.   Yes.  We -- I discussed again, like I said, I
10    went down there to inquire about alternative school
11    placing for him, you know.
12        We talked about the, the Geyer Springs
13    School or, you know, just trying to educate myself to
14    see if there was any other alternative that I had
15    outside of the Little Rock Public School that I could
16    afford to do.
17    Q.   Okay.
18    A.   At one point in time I did, I withdrew him from
19    the school district and chose to homeschool him, and
20    Mr. Crossley and them took it upon themselves to call
21    the DCFS hotline and report that my child wasn't at
22    school.
23    Q.   Okay.
24    A.   You know, no one cares about his education, and
25    apparently it's a problem for him to be there because

Page 70

1     of his behavior, but at the same time you called the
2     hotline on me because my child is not at school.
3         I didn't understand that one, but I had the
4     legal documentation from student assignment where I
5     had dropped him.
6     Q.   Okay.  So, when you talked to this person at
7     the student assignment?
8     A.   Uh-huh.
9     Q.   You said you were trying to educate yourself
10    about options outside of Little Rock School District?
11    A.   Yes.
12    Q.   What were you told?
13    A.   I was given the options of, I think it was
14    Youth Home that has a school program.  Twelfth Street
15    Centers I believe has one.  Those are some of the
16    options that I was given.
17    Q.   So were you asking specifically for a place
18    that could deal with Christian and whatever his
19    behavior issues were going on?
20    A.   And also meet his educational needs.
21    Q.   Okay.  Okay.  So you weren't asking about other
22    LRSD schools that Christian might go to?
23    A.   Those were brought up, too.  I know Roberts was
24    brought up.  Carver.  They actually had a -- they
25    were, again, trying to talk me into putting him in

Page 71

1     the Special Education, and they were saying that
2     Carver has some kind of special program at their
3     school that's not really for kids who are mentally
4     challenged, but it was a special program.
5         I was interested in inquiring about it,
6     maybe getting more information about it.  I called
7     over there.  I talked to the principal.  The
8     principal did not realize -- again, like I said, I'm
9     at Baseline, like I work at Baseline, did not realize
10    that when she called over there to talk to
11    Mr. Crossley that I was sitting right there when she
12    called him and pretty much told him that my child was
13    not coming to her school.
14    Q.   Do you know who the principal was?
15    A.   No.
16    Q.   So let me make sure I understand.  You were
17    talking to someone who works in the LRSD student
18    assignment office; right?
19    A.   Uh-huh.
20    Q.   A woman?
21    A.   Uh-huh.
22    Q.   Who among the possibilities she mentioned to
23    you were Carver and Roberts?
24    A.   Uh-huh.
25    Q.   For LRSD schools?

Page 72

1     A.   No.  Those were brought up in the IEP meeting.
2     Q.   Okay.  So then let's -- so someone at your IEP
3     meeting mentioned both of those schools, Carver and
4     Roberts, as possible places where Christian could
5     receive services?
6     A.   Yes.
7     Q.   Okay.  So let's go back to what happened when
8     you went to the student assignment office.
9     A.   Uh-huh.
10    Q.   What were you looking for there?  Was that
11    where you were looking for schools outside of LRSD?
12    A.   Yes.
13    Q.   Okay.  And so what happened as a result of
14    that?
15    A.   Like I said, she informed me about Youth Home,
16    and I think it's Centers.
17    Q.   Okay.
18    A.   That has a, their own school program.
19    Q.   And was it -- did you talk to the student
20    assignment office any other times?
21    A.   No more than to -- it's -- is that the 1000
22    number, is that student assignment 447-1000?  Where
23    does that number go?
24    Q.   That's just the general number for the schools.
25    A.   Okay.  Well, that's the number that I always

18  (Pages 69 to 72)

Page 73

1  call, and that's how I get --
2  A.   Okay.
3  A.   -- directed to wherever it is.  They feel like
4  I may get the help that I need.
5  Q.   Was it after this first meeting with someone in
6  the student assignment office that you decided to
7  homeschool Christian?
8  A.   Yes.
9  Q.   Okay.  And did you leave there with the forms
10 you mentioned earlier?
11 A.   Yes.
12 Q.   Okay.  So, and did you immediately fill out the
13 forms and start to home school Christian?
14 A.   I filled them out while I was there.
15 Q.   Okay.
16 A.   Yes, I did.
17 Q.   Okay.
18 A.   And I went over to the school, and I retrieved
19 his stuff from the school, and we left.
20 Q.   Okay.  That same day?
21 A.   Yes.
22 Q.   And about when was that?  What month, if you
23 remember?
24 A.   I can't, I can't remember.  I believe -- I
25 don't know.  I want to say it was -- it may have been

Page 74

1  before the Shoehart incident, but it could have been
2  afterwards.  I can't remember.
3  Q.   Okay.  So how long was he home schooled?
4  A.   I had him at home for about maybe two weeks,
5  and Ms. Ramsey called me saying that she felt like
6  his educational needs were not being met because he
7  was not at school.  And I told her his educational
8  needs are not being met at school, so, you know.
9  Q.   Who is Ms. Ramsey?
10 A.   She was the counselor.
11 Q.   At Baseline?
12 A.   Yes.
13 Q.   Okay.  And what were you doing at home to meet
14 Christian's educational needs?
15 A.   I was pulling things off of line.  I actually
16 can't remember how I came across the curriculum for
17 the first grade, but I was basing what we were doing
18 at home off of that.
19     We were working on -- I went and bought
20 play money.  We were working on multiplication,
21 counting money.  We were doing little science
22 projects.
23     You know, I was -- I just remember the
24 things that I did as a kid at school and, you know,
25 hands on and things like that, and that's what I did

Page 75

1  to educate him.  That's what I have always done with
2  my kids.
3  Q.   So during those two weeks were you home with
4  Christian all day every day?
5  A.   Yes, I was.
6  Q.   Okay.  What happened after the two weeks?
7  A.   Like I said, DCFS ended up at my door talking
8  about someone had reported me for educational neglect
9  that I had not been sending him to school.
10     I showed him the paperwork where I had
11 dropped him from the school district, and they left.
12 Eventually, I received a letter saying that, you
13 know, no allegations were found to be true.
14     Ms. Ramsey continued to call and express
15 her concerns with Christian not being at the school,
16 and so at that point I reversed everything, sent him
17 back, and told them not to call me.
18 Q.   Okay.
19 A.   I told them if you feel like you can do a
20 better job than what I'm doing don't call me
21 because -- and I told them, The issues that you guys
22 are having here at this school, I do not have these
23 issues with Christian at home.
24     I actually had someone come from the school
25 to my home and threaten me with DCFS because I

Page 76

1  spanked him.  And I do spank my kids.
2     Legally I have the right to spank my
3  children as long as I don't leave any marks on them.
4  They threatened to call DCFS on me for that as well.
5  Q.   Okay.
6  A.   So I felt like they were concerned about
7  everything but the right thing.
8  Q.   So when did someone from the school --
9  A.   I can't -- like I said, I mean, there was so
10 much going on that I can't give you definite times,
11 dates, and days.
12 Q.   Are you saying that someone from the school
13 came to your house?
14 A.   Yes, it was Mr. Wade from Dayspring.  That's
15 who came out, which was Christian's therapist and
16 apparently in the therapist's session Christian told
17 them that -- which he said -- Christian called it a
18 stick, but it wasn't a stick.  It was a switch.  And
19 I told Mr. Wade, Yes, I spank my children.
20 Q.   Okay.  So let's -- at some point Christian was
21 home with you for at least a couple of weeks; right?
22 A.   Uh-huh.
23 Q.   Was that during the second semester of his
24 first grade year or the first semester?
25 A.   Like I said, honestly I can't remember.

19  (Pages 73 to 76)

Christy Winfrey 4/21/2017                    Lakesha Doe, et al v. Michael Poore, et al

Page 77

1    Q.   Okay.  Where did he go next?
2    A.   He went back to Baseline.
3    Q.   Why?
4    A.   Because they called and called -- Ms. Ramsey
5    did.  Ms. Jamie -- Ms. Jamie and Mr. Witherspoon
6    actually came out to the house.
7         Like I said, they were part of the
8    homeschool program.  They, you know, pretty much
9    expressed their concerns saying that they wanted him
10   back.  And so I sent him back.
11        I had a meeting with Mr. Crossley and
12   Ms. Freeman, and I instructed them not to call me.  I
13   told them since they feel like that they could do a
14   better job than I did, then they need to do their job
15   and not contact me.
16   Q.   So that's why you refused to answer their call?
17   A.   Yes.
18   Q.   When Christian had threatened everybody with a
19   gun?
20   A.   Yes.  I wasn't aware that that's what was
21   happening at the time.  I just figured he was having
22   another one of their episodes, and they needed mommy
23   to come intervene, and I was done intervening.
24        No one was listening to me, and no one was
25   listening to my child, so my whole point is why

Page 78

1    continue to work with someone who was not willing to
2    work with me.
3    Q.   How did Chase and Christian get to school every
4    day during the time they were at Baseline?
5    A.   Before I -- well, during -- when I stayed on
6    American Manor, they walked.  We were in walking
7    distance.  They walked to school.  After I moved from
8    American Manor, I drove them.
9    Q.   All right.  So after Christian was home
10   schooled, and he went back to Baseline, who was his
11   teacher?
12   A.   He ended up -- he went back to Ms. Shoehart's
13   room.
14   Q.   Okay.  And how long was he there?
15   A.   Until May.  Well, Spring Break.
16   Q.   Okay.
17   A.   After Spring Break they did not return back to
18   Baseline.
19   Q.   Okay.
20   A.   I was done, and I was fed up.
21   Q.   Okay.  So let me see if I understand this.
22   Christian's first grade year at Baseline --
23   A.   Uh-huh.
24   Q.   -- he went from Ms. Phillips to Ms. Shoehart to
25   Ms. Hodges?

Page 79

1    A.   To Ms. Hodges.
2    Q.   To Ms. Shoehart?
3    A.   Right.
4    Q.   Okay.
5    A.   And in between that nowhere at all.
6    Q.   All right.  And is it true that most of the
7    second semester until Spring Break he was with
8    Ms. Shoehart?
9    A.   Yes.
10   Q.   Okay.  And after Spring Break both kids were at
11   Wakefield; right?
12   A.   No.  Western Hills.
13   Q.   I'm sorry.  Western Hills?
14   A.   Uh-huh.
15   Q.   Okay.  And how did you -- what process did you
16   follow to move the kids out of Baseline into Western
17   Hills?
18   A.   I changed our address.
19   Q.   Okay.  How did you do that?
20   A.   I spoke with Glenda and Dr. Williams, and they
21   agreed to let my kids use their address so that they
22   could go to Western Hills.
23   Q.   Who is Glenda?
24   A.   It's more Dr. Williams.  Dr. Williams is also
25   on the PTA.

Page 80

1    Q.   What is his first name?
2    A.   Robert.
3    Q.   Where does he live?
4    A.   I can't think of the name of the street that he
5    lives on.
6    Q.   Okay.
7    A.   But he lives in the Western Hills school zone.
8    Q.   Okay.  So you went -- did you go to student
9    assignment --
10   A.   Yes.
11   Q.   -- and you just gave them a false address?
12   A.   Yes, I did.
13   Q.   And so your kids immediately went to Western
14   Hills?
15   A.   Yes.
16   Q.   How did they get there?
17   A.   I took them, and when I didn't take them Dr.
18   Williams did.
19   Q.   Is Dr. Williams a medical doctor or some other
20   kind of doctor?
21   A.   A different type of doctor.
22   Q.   I'm sorry?
23   A.   He's another -- no, he is not a medical doctor.
24   But he was on the PTA at Baseline.
25   A.   Yes.  Well, no, he was on the PTA, I believe,

20  (Pages 77 to 80)

## Page 81

1  at Watson.
2  Q.  And how do you know Dr. Williams?
3  A.  I met him through the PTA.
4  Q.  And did you use different names for your
5  children, different middle names?
6  A.  What do you mean?
7  Q.  Well, it looks like the school records have a
8  Chase Daeshun Winfrey and a Chase Jordan Winfrey?
9  A.  No, my child is Chase Daeshun Winfrey.
10  Q.  Okay.  And it looks like we have a Christian
11  Mondrell (phonetic) Winfrey and a Christian Daniel
12  Winfrey?
13  A.  There are two different Christian Winfreys.
14  One is -- is he in the sixth grade now?
15      CHASE WINFREY:  Yes.
16  A.  There is a sixth grader by the name of
17  Christian Winfrey.  He went to Western Hills last
18  year.  I thought it was the cutest little thing.
19  There is actually two Christian Winfreys in the
20  school district.  Mine is Christian Daniel.
21  Q.  So is the address you used 26 Lavor (phonetic)?
22  A.  No.  I have never heard of that address.
23  Q.  Okay.
24      MR. WALKER:  That's in Otter Creek.
25  Q.  What address did you use?

## Page 82

1  A.  To get into Western Hills?
2  Q.  Yes.
3  A.  Like I said, I mean, I would -- I don't
4  remember the actual street that he lives on.  I know
5  where it's at, but...
6  Q.  Okay.  Did you use the name Lakesha Winfrey?
7  A.  No.  I don't have a need to use false names to
8  get my children into school.
9  Q.  Okay.
10  A.  So I don't know where you're going with this.
11  Q.  But you did you're right -- was your cell phone
12  442-1443?
13  A.  That is my cell phone number.
14  Q.  And did both of your children finish the year
15  at Western Hills?
16  A.  Yes.
17  Q.  Okay.
18  A.  Is there a problem?  I mean.
19      MR. WALKER:  You can't ask him
20      questions.
21      THE WITNESS:  Oh, okay.
22  BY MR. HELLER:
23  Q.  Who were their teachers at Western Hills?
24  A.  That, I can't, I can't, I can't recall.  They
25  were only there for a short time, so I didn't really

## Page 83

1  have the interaction with Western Hills that I did
2  with Baseline or Geyer Springs.
3  Q.  Do you have any particular problems at Western
4  Hills?
5  A.  Not, not at all.  I mean, my kids apparently
6  didn't -- Christian had a few behavior problems, but
7  it was nothing -- to be honest, I was in peace when
8  they went to Western Hills.
9      I mean, I didn't have all of the issues and
10  all of the worries that I had to deal with when my
11  kids were at Baseline, so.  I didn't have an issue
12  with Western Hills.
13  Q.  And where did your kids go after Western Hills?
14  A.  Chase went on to middle school.  He is now at
15  Henderson.  Someone from Special Education gave me a
16  call before the school year started up letting
17  me know that Christian will be going to Romine, the
18  self-contained classes.
19      At this point I'm tired of fighting the
20  fight with them.  So I went ahead and allowed it to
21  happen just to see what the outcomes will be of
22  putting him in a self contained class.
23      To me, his teachers are great.  I have no
24  complaints with his teachers at all.  The only
25  issue -- and they are actually -- after, again, they

## Page 84

1  did his testing, they realized that Christian is on a
2  different grade level than the second grade.
3      Mr. Williams, they actually pulled him from
4  the self-contained class at, you know, as a
5  paraprofessional, and take him to different grade
6  levels to have class in those classes.
7      So he is not in the self-contained class
8  all day, and that has nothing to do with the school
9  district.  That has to do with the fact that he has
10  teachers who actually care about him.
11      The only complaint that I have with him
12  being in that self-contained class, as you have heard
13  my child say, the different type of children that
14  they have in there, they have one in there whether he
15  is happy, mad or sad, he is a biter.
16  Q.  Okay.
17  A.  And you never know when you are going to get
18  bit.  You know, that's not safe.  You know, there is
19  a lot of different personalities in that room.
20      I have been down there, and it's like a
21  jungle, and I honestly don't see how any of those
22  kids are getting educated in that classroom.
23      And I think the only thing that is saving
24  my child is because he does have a teacher that sees
25  his ability and sees his educational level.

21 (Pages 81 to 84)

Page 85

1    I mean, even Ms. Hill has said herself if
2  he would be -- if he was in a regular second grade
3  classroom he will be valedictorian, or whatever it's
4  called, of the second grade.
5        My kid is a bright child, and I think the
6  only thing that is saving him education wise is
7  because that team of teachers that he has pulls him
8  from there and takes him to those different grade
9  levels so that he can continue to receive an
10  education and is not getting left behind.
11  Q.   So, at some point between Western Hills and
12  Romine --
13  A.   Uh-huh.
14  Q.   -- there was a transition meeting or some sort
15  of meeting with the Special Education team again;
16  right?
17  A.   Uh-huh.
18  Q.   And you were part of it?
19  A.   Uh-huh.
20  Q.   Yes?
21  A.   Yes.
22  Q.   All right.  And the team decided that, about
23  the self-contained placement at Romine with these
24  other --
25  A.   Children with issues, yes.

Page 86

1  Q.   All right.  And you signed off on that as well?
2  A.   Yes, I did.  I did not agree with it, but I'm
3  not given any other choice and any other options, you
4  know.
5  Q.   Did you, did you raise at any of these meetings
6  some other options that you preferred?
7  A.   I mean, that's all we have been talking about
8  the whole time, you know.  I brought up Carver, and I
9  brought up Roberts, and I brought up Geyer Springs.
10      And I have, you know, I have brought all of
11  this stuff up, and everything that I have asked for
12  was denied.  You know, it's just...
13  Q.   Didn't you tell me a little while ago that
14  somebody on the team brought up Roberts and Carver?
15  A.   I mean that's what I am saying, and when I
16  continue to ask and to look into it when they
17  called -- when I made the call, because I did.  I
18  made a call to Carver.  They didn't make the call.
19      I called over there to inquire about it.
20  She didn't know that I was at the school when I
21  called and inquired about it, and called and had a
22  conversation with Mr. Crossley and pretty much shot
23  it down.
24      All the school district wanted to do was
25  place my child in Special Education, as if he was

Page 87

1  mentally retarded.  My child is not mentally
2  retarded.  That's clear, and that's obvious.
3        I mean, apparently you have done some type
4  of homework, so I'm pretty sure that you have also
5  seen their grades.  I'm pretty sure that you know
6  that at one point in time this was a straight honor
7  roll child.
8        I have the awards and the certificates and
9  the pins and everything that this kid was receiving
10  up until they placed his brother in the classroom
11  with him.  His grades have been a struggle since.
12        I'm pretty sure you done did your homework.
13  If not, please, by all means look into it and look at
14  this child's grades.  This was a Beta Club.  This was
15  a Gifted and Talented child who is now getting C's
16  and D's on his report card.
17  Q.   Okay.
18  A.   What the School District has done pertaining to
19  Christian has not only affected Christian, it has
20  affected this child as well.  It has affected me.
21  Q.   So where is Christian going to school right
22  now?
23  A.   Christian is now residential at Methodist
24  receiving counseling for the torture that he has
25  endured being in the public school.

Page 88

1  Q.   How long has he been --
2  A.   He has been there since last Friday.  We have
3  just -- we have been waiting on a bed.  They had a
4  waiting list.  With him being so young, it's hard to
5  place him in a facility like that.  So they had to
6  wait until they actually had an age appropriate
7  roommate that they can match him up with.
8  Q.   When is the last time he was at Romine?
9  A.   Last Friday morning.
10  Q.   Okay.
11  A.   Well, he did school day last Friday.
12  Q.   And when did you decide to try to find some
13  other placement for Christian?
14  A.   As far as?
15  Q.   This?
16  A.   This residential?
17  Q.   Yes.
18  A.   The beginning of this year.  Like I say, he has
19  been on a waiting list.
20  Q.   The beginning of the school year or the
21  calendar year?
22  A.   The calendar year.
23  Q.   Okay.  And what caused you to come to that
24  decision?
25  A.   His behavior is just -- like I said, him being

22  (Pages 85 to 88)

Page 89

1   in that self-contained class with those children who
2   have some serious behavior issues, Christian has
3   picked up some bad habits.  Christian is out of
4   control.
5        I am raising an African-American male.  I
6   will not let my child be lost to the system.  I
7   refuse.  He will not be gunned down in the streets,
8   and he will not be incarcerated for the rest of his
9   life.
10       So, therefore, as a mother I intervened,
11  and I did what I felt like I needed to do to get my
12  child some counseling to reverse what the school
13  district has done to him.
14  Q.   Was this current placement a decision that you
15  made or a decision that the --
16  A.   A decision that I made.
17  Q.   -- team made?
18  A.   No.
19  Q.   Okay.
20  A.   I made.  The school district -- I don't even
21  think Special Education even realized that he is not
22  at that school.
23  Q.   Okay.  And who did you say is the person who
24  determined that Christian has anxiety and depression?
25  A.   His team at Methodist.  He has a team there

Page 90

1   that's working with them, and thus far I am very
2   happy with that team.  They see things the way that I
3   see them.
4        The medications and all of the drugs and
5   stuff that I'm going to say Baseline, along with
6   Dayspring, because Daysprings is part of Baseline,
7   decided to pump him up with drugs instead of dealing
8   with the issue, those drugs are not helping him.
9        They agreed with me.  I didn't even bring
10  it up to them.  They asked me did I feel like the
11  medication he was on, if it was helping him.  And
12  like I told them, no.  I don't see anything that it
13  does, no more than dope him up, and he is tired and
14  sleepy.
15  Q.   Did Christian running away have anything to do
16  with your decision to place him at Methodist?
17  A.   His behaviors at the school -- again, his
18  behaviors at the school that domino effects over into
19  the home is my reason for doing that.
20  Q.   Okay.
21  A.   His running away, he was starting to become a
22  danger to himself.  I don't need my child -- whatever
23  it is that he's dealing with and however he is
24  feeling, and he's running, and he goes out there -- I
25  stay on Reservoir.  It's nothing but hills, right off

Page 91

1   of Rodney Parham.  I don't need my child being struck
2   by a car.  That's the last thing that I need.
3   Q.   Did he ever run away from school?
4   A.   Yes, he has.  He has run away from Romine.
5   Q.   And he has run away from home as well?
6   A.   Yes, he has.  If I'm not mistaken, he has also
7   run from Baseline, too.  He didn't get outside the
8   building.  He was hiding somewhere in the building.
9   Q.   Your Complaint says that Christian was subject
10  to discipline for undocumented reasons?
11  A.   Uh-huh.
12  Q.   What does that mean?
13  A.   There were several days that Christian was sent
14  home without documentation.
15  Q.   Okay.
16  A.   That I was asked to come and remove him from
17  the school.
18  Q.   Did you talk to anybody about why?
19  A.   Yeah, I mean they told me why.
20  Q.   Okay.
21  A.   That I was removing him from the school.  It
22  just -- it was never written down.
23  Q.   Okay.
24  A.   And, again, that's why I lost my job for having
25  to go up there to that school to intervene.

Page 92

1   Q.   All right.  You say he was denied the
2   opportunity to transfer to a school outside of the
3   district.  What do you mean by that?
4   A.   Ascent, which is in Benton.
5   Q.   Okay.  So that's what you already told me about
6   when you wanted him to transition and spend some time
7   in Ascent and some time in Baseline?
8   A.   Yes.
9   Q.   Okay.  You also said that you didn't receive
10  written notice regarding many of Christian's
11  disciplinary sanctions?
12  A.   Yes.
13  Q.   Okay.  But you knew about all of them?
14  A.   I mean, verbally, yeah.
15  Q.   Okay.  So it says as well in the Complaint that
16  he was moved out, this being Christian again, moved
17  out of his educational placement in first grade and
18  arbitrarily placed in fifth grade --
19  A.   Uh-huh.
20  Q.   -- without proper documentation.
21  A.   Uh-huh.
22  Q.   But you knew he was in his brother's class;
23  right?
24  A.   I mean, it was obvious.  Again, I spent a lot
25  of time at Baseline.

23  (Pages 89 to 92)

Page 93

1   Q.   Okay.  And you said that he was being provided
2   work at the second and fourth level during that time?
3   A.   No, not when he was in the fifth grade with his
4   brother.
5   Q.   Okay.  Do you know what kind of work he was
6   being provided?
7   A.   He was on PBS Kids and Nick Jr.
8   Q.   Okay.  This says on information and belief
9   other students at Baseline who have been moved out of
10   their educational place -- or no other students at
11   Baseline have been moved out of their educational
12   placements and placed in another grade.
13       All right.  What is the basis for that
14   information and belief?
15   A.   What do you mean?  I can't hear you over that.
16       MR. WALKER:  What number are you
17   reading from, Chris?
18       MR. HELLER:  Eight.
19       THE WITNESS:  Oh, okay.  Yes, my child
20   was not the only child with behavior issues
21   that was kicked out of their classroom.
22   He was not the only one that I
23   witnessed being in the cafeteria with City
24   Year, or being babysat by Ms. Jamie or Mr.
25   Witherspoon or Mr. Walker.

Page 94

1       There was another child, I can't
2   recall what grade level that child was, but
3   it was definitely not a fifth grader that
4   was placed into another fifth grade
5   classroom.
6   BY MR. HELLER:
7   Q.   And what was the child's name?
8   A.   I -- that's -- I mean that would be
9   overstepping my boundaries.  That was not my child.
10   I didn't inquire.  I just observed.
11   Q.   So you're then aware of one other child who was
12   placed in a different --
13   A.   Yes.
14   Q.   -- level of class?
15   A.   Yes.  But there were several other children
16   with behavior issues that were not in class being
17   educated.
18   Q.   Okay.  Do you know any of their names?
19   A.   No.  Again, they were not my children, so I did
20   not overstep my boundaries.  My main concern were my
21   two.  I just, just observed what was going on at the
22   school.
23   Q.   Okay.  And you also say in the Complaint that
24   Chase was being used as an aide to assist in
25   educating Christian?

Page 95

1   A.   Yes, he was.
2   Q.   Does that refer to anything other than what we
3   talked about in Chase's class when Christian was
4   placed in there with him?
5   A.   Just him being in there, and Chase has told me
6   himself that, you know, when given work Christian, he
7   did assist Christian with some of his assignments,
8   which was keeping him from being able to do his own
9   assignments.
10   Q.   Your Complaint says that Christian and Chase
11   have been subjected to unequal treatment from white
12   students with respect to discipline, school
13   attendance, and an equal opportunity to be educated.
14   A.   Uh-huh.
15   Q.   Who are the white students you are talking
16   about?
17   A.   The librarian at the school who is Caucasian
18   apparently was having some of the same difficulties
19   with her own child, similar situation, the kid was
20   bright but the kid had behavior issues.
21       From my understanding from speaking with
22   her, that child was moved up to a higher grade level
23   which halted all behavior issues as well.
24   Q.   Okay.  What was the librarian's name?
25   A.   I can't remember her name.  I can't remember

Page 96

1   her name.
2   Q.   This person was the librarian at Baseline?
3   A.   Baseline, yes.  His first grade year.
4   Q.   Okay.  All right.  Any other white people that
5   you're alleging were treated differently?
6   A.   No.  I just feel like if my child had been
7   white he would have received a different -- we would
8   have received different services.
9   Q.   Okay.
10   A.   Than we were receiving.
11   Q.   The only white person that you're aware of who
12   you say was treated differently is this librarian's
13   child?
14   A.   It doesn't matter how many it was.  I mean,
15   it's the fact that there was.
16   Q.   Right.
17   A.   You know.
18   Q.   But I'm just asking you what your allegations
19   relates to.
20   A.   Yes.
21   Q.   And are you telling me it's this one child?
22   A.   Yes, but it doesn't matter how many.  My child
23   was just one child, too.
24   Q.   Did the librarian's child attend Baseline?
25   A.   No.  I don't think so.

24  (Pages 93 to 96)

Page 97

1    Q.   Okay.  How do you know?  Where did the
2    librarian's child go to school?
3    A.   I didn't inquire about all of that.  Again, my
4    main concerns are my children.
5    Q.   And how do you know what happened to the
6    librarian's child?
7    A.   She pulled me to the side.  She was concerned
8    about the treatment that my, me and my children were
9    receiving dealing with Baseline, and she explained to
10   me that she had to have a child in the same
11   predicament as Christian and was doing some of the
12   same things that Christian was doing, and she
13   explained to me how she was able to resolve her
14   issue.
15        And she also gave me literature to educate
16   myself to help me on possibilities of other things
17   that I could do.  These things were some of the
18   things that I brought up in the meetings.
19   Q.   Okay.  What kind --
20   A.   And I was denied.
21   Q.   I'm sorry.  What kind of literature?
22   A.   Just different things as far -- like the
23   Asperger's.  She talked about the Gifted and
24   Talented, just some of everything.  She, she talked
25   to me about different alternatives that could

Page 98

1    possibly be made a suggestion.
2    Q.   Do you know whether the librarian's child was
3    in public school?
4    A.   Yes.  Now that -- she did tell me that her
5    child was in public school.  I just didn't ask where
6    because, again, that's not my child.
7    Q.   So do you know why the librarian worked at
8    Baseline, and her child didn't come to school with
9    her?
10   A.   Apparently her child was older than elementary
11   level.  And then, I mean who is to say, I mean, she
12   might not have lived in that school zone.
13        So, I mean, it's many different reasons why
14   her child did not attend Baseline, and then it could
15   just be that she knew that Baseline was a sorry
16   school, and she didn't want her child to attend that
17   school.
18   Q.   How do you know the librarian lived in the
19   Little Rock School District?
20   A.   That's my point exactly.  That's what I just
21   said, maybe she didn't live in the Baseline school
22   zone.
23   Q.   How do you know if she even lived in the Little
24   Rock School District in any zone?
25   A.   My point exactly.  You were asking me about

Page 99

1    Baseline.
2    Q.   Okay.
3    A.   So I can't tell you anything about any other
4    school.  All I can say is apparently maybe she did
5    not live in the Baseline school zone.
6    Q.   Okay.
7    A.   So that don't mean that her child doesn't go
8    -- she doesn't live in the Little Rock School
9    District, period.  I can't say that.  All I can say
10   is maybe her child is not in that school zone.
11   Q.   Okay.  But you don't even know whether or not
12   the librarian lives in the Little Rock School
13   District?
14   A.   No, I didn't question about any of that.
15   Q.   Okay.  So --
16   A.   I just know at the end of the day Little Rock
17   School District needs to do better by these children
18   and stop treating the school like a zoo, because
19   that's what it is.  It's a zoo.
20        And these little black kids and these
21   little Hispanic kids, they are just a bunch of
22   monkeys out there to them.  It's a joke.
23   Q.   So you say that --
24   A.   These children, not just the black children,
25   the Hispanic children and any other child that

Page 100

1    attends Baseline Elementary, academy, whatever y'all
2    want to call it, deserves the same education as any
3    child over at Robert's, or any of these other schools
4    you got out at Chenal, the schools, the Benton School
5    District, the Bryant School District.
6        These kids in these poor neighborhoods
7    deserve the same education as any other child.
8    Because the parents are less fortunate does not give
9    anybody the right to mistreat a child.  That child
10   still needs to be given an education.
11        That child still deserves a chance to get
12   out of the ghetto, as y'all would like to call it.
13   It does not give you the right to mistreat a child
14   because this child comes from a poor background.
15        And at the end of the day, that's what it
16   boils down to.  These children are being mistreated
17   because their, their parents are less fortunate.
18        And I don't give a doggone what you or
19   anybody else in here has to say, I don't care what
20   school zone my kids are in, they will be educated.  I
21   do my part.  You need to do your part as well.
22   That's what it boils down to.
23        And now not only am I dealing with this,
24   I'm now dealing with behavior and mental issues
25   because of what y'all chose to neglect my child.

25 (Pages 97 to 100)

Page 101

1    Y'all neglected him, and it has affected my
2  household because of what y'all failed to do because
3  y'all thought that you could just sweep it up under
4  the rug, and I was going to be one of these parents
5  that just did not care, and I'm not. My kids will
6  have a better life than what I did, and I will hold
7  you accountable for it.
8  Q.   So you say they went to a facility that was
9  unequal to those attended by majority white students
10 in the northwestern part of the School District?
11 A.   That's right. Yes.
12 Q.   What schools are attended by the majority of
13 white students?
14 A.   Any school you have out in West Little Rock.
15 Any school that you have out that is not in a poor
16 neighborhood. These schools, Henderson is a horrible
17 school. I can name them. I can name them.
18 Q.   Okay.
19 A.   They're horrible. This child, he has to carry
20 his books all day because there is not enough
21 lockers, and they do this, Oh, well you have to earn
22 a locker.
23       Well, what do you need to do? I have
24 inquired, What does he need to do to earn his locker?
25 Oh, well, he has to make good grades, and he has to

Page 102

1  do this, and his attendance and all of this old bull
2  crap.
3        So you are going to break this kid's back
4  like he is on a cotton plant. You are not going to
5  be even giving him the decency of having a locker to
6  put his books in? He has to tote his books all day.
7  Q.   So what are the schools you are saying?
8  A.   Again, like I said, you go out to Roberts. You
9  go out to anywhere out Chenal, I guarantee you those
10 kids are receiving better educations.
11       And what about -- okay. Hall -- not
12 Hall -- what is it, Parkview, J.A. Fair, are they
13 taking their little black boys who misbehave on field
14 trips to the prisons? Are the white, little white
15 boys that misbehave, are they going on field trips to
16 the prison?
17 Q.   Who went on the field trip to the prison?
18 A.   It happens at Henderson all of the time.
19 Q.   How do you know?
20 A.   Because I'm on the PTA committee. There's a
21 lot that I know.
22 Q.   Okay. All right. So what are the white
23 schools you're saying are unequal to the schools your
24 kids attended?
25 A.   The schools in better neighborhoods.

Page 103

1  Q.   Can you name any besides Roberts you mentioned?
2  A.   Not off the top of my head. My main concern
3  right now is financially getting my -- maybe that's
4  what I need do is financially get myself in a better
5  place to where I can be with the white people so that
6  my kids can have a better opportunity like the white
7  kids.
8        That's where my brain is right now, sir.
9  I'm trying to make myself rich so that my kids can
10 have a better education and they can go to school
11 with the little white kids and they can be treated fairly.
12 Q.   Okay. So this case is about race
13 discrimination.
14 A.   Uh-huh.
15 Q.   So are you saying that there is somebody in the
16 Little Rock School District who discriminated against
17 your children because of your race?
18 A.   I mean, look at, look at what my children went
19 through at Baseline. Look at what they went through
20 at Baseline.
21 Q.   I understand that, and --
22 A.   My baby went to school in Benton and did not
23 have this problem at all.
24 Q.   Okay. I have heard everything you have said,
25 so now my question is are you saying that someone in

Page 104

1  the Little Rock School District --
2  A.   I'm saying the whole School District
3  discriminates. It, it starts at the top. The school
4  district does not care about these children in these
5  poor neighborhoods. That's what I am saying.
6  Q.   Okay.
7  A.   I'm not pinpointing -- pointing the finger at
8  any particular one person. I'm pointing at the
9  school district period. They do not care about these
10 children in these poor neighborhoods.
11 Q.   So you think somebody is intentionally trying
12 to harm your children because you are
13 African-American?
14 A.   I think that the school district -- no, I am
15 not going to say they are intentionally trying to
16 harm them. They just don't give a damn about them.
17 That is what I'm saying.
18 Q.   All right. And you know, since you have told
19 me a couple of times about your involvement with the
20 PTA and other things, so you are aware, I assume,
21 that the district was led until the takeover in 2015
22 by a majority African-American board and an
23 African-American superintendent?
24 A.   It doesn't matter what the majority is. I
25 mean, and black people discriminate against each

26 (Pages 101 to 104)

Christy Winfrey 4/21/2017                    Lakesha Doe, et al v. Michael Poore, et al

## Page 105

1  other all day, so what does that mean?
2  Q.   Okay.
3  A.   I am not pinpointing the race in the school
4  district.  I am pinpointing the school district.  I'm
5  not looking at the Hispanics in the school district.
6  I'm not looking at the whites.  I'm not looking at
7  the Asians, the Koreans, the black.  I'm looking at
8  the school district as a whole.
9  Q.   Okay.  So you're not claiming that any of the
10  individuals we talked about --
11  A.   No.
12  Q.   -- in this deposition are guilty of race
13  discrimination?
14  A.   No.  I'm talking about the school district
15  period, point blank.
16  Q.   Okay.
17  A.   And, again, like I asked them, what are the
18  rules that the school district has in place for
19  children like this, other than just throwing them
20  into a class with a bunch of retarded kids, when he
21  is not retarded.
22      What options does the school district have?
23  No one could answer that for me, other than place him
24  in Special Education.
25      MR. HELLER:  Okay.  I think that's all

## Page 106

1  I have.  Thank you, Ms. Winfrey.
2      MR. WALKER:  Do you have any
3  questions?
4      MS. MIDDLETON:  I don't have any.
5      EXAMINATION
6  BY MR. WALKER:
7  Q.   Let me ask you, the actions that were taken by
8  your child, your baby child, were taken in the last
9  two years; is that right?
10  A.   Yes.
11  Q.   Were you aware that the Board of Education of
12  the school district at that time was Mr. Johnny Key?
13  A.   No.  I don't even know who that is.
14  Q.   He is the director -- he is the State
15  Commissioner of Education?
16  A.   Okay.
17  Q.   Were you aware that the school board
18  superintendent in the last two years or three has
19  been Mr. Baker Kurrus?
20  A.   Yes, now that I did know.
21  Q.   You did try to speak to Mr. Kurrus?
22  A.   Yes.
23      MR. HELLER:  Object to the form.
24  Q.   And were you aware that the black board members
25  had announced that they wanted to do something to

## Page 107

1  educate the children, and then they were removed by
2  the Governor of the State of Arkansas and by Mr. Key?
3  A.   I seen that on the news.
4  Q.   All right.  So are you basically saying it's a
5  systematic discrimination?
6  A.   Yes.
7      MR. HELLER:  Object to form.
8  Q.   Mr. Crossley, when he was at Baseline, did he
9  do anything -- did he ever talk to you when you were
10  the president of the PTA?
11  A.   No.  He never attended any meetings or
12  participated in on any PTA activities that we had.
13  Q.   Did you see him do anything on behalf of the
14  people in the neighborhood, or the children of the
15  neighborhood to help them?
16  A.   He coached a basketball team.
17  Q.   He coached a basketball team?
18  A.   Yes.
19  Q.   I see.  Did he ever -- are you saying that --
20  first of all, were most of the members of the PTA
21  African-American at Baseline?
22  A.   They were actually Hispanic.
23  Q.   Hispanic and you?
24  A.   Yes.
25  Q.   Were there any other black person besides you?

## Page 108

1  A.   Not that I can -- well, Mr. Witherspoon.
2  Q.   I see.  So it was black and Hispanic?
3  A.   Yes.
4  Q.   So you are saying Mr. Crossley didn't even come
5  to the meetings?
6  A.   No.
7  Q.   Did you bring to his attention these children
8  were calling your boy, your baby boy monkey and
9  things like that?
10      MR. HELLER:  Object to form.
11  A.   Yes, I did.
12  Q.   Now, when you brought that to his attention,
13  what did he say to you?
14  A.   He pretty much just told me kids were kids and
15  kids could be cruel.
16  Q.   I see.
17      MR. WALKER:  I don't have any more
18  questions.  Thank you.
19      MR. HELLER:  Okay.  Thank you.
20  (The deposition was concluded at 1:42 p.m.)
21
22
23
24
25

27 (Pages 105 to 108)

Page 109

```
 1        COURT REPORTER'S CERTIFICATE
 2   STATE OF ARKANSAS )
            )ss.
 3   COUNTY OF SALINE )
 4        I, JANESS FERGUSON SMITH, CCR, RPR, a
 5   Notary Public in and for Saline County, Arkansas do
 6   hereby certify that the facts stated by me in the
 7   caption of the foregoing matter are true; and that
 8   the foregoing matter was transcribed by me, to the
 9   best of my ability and understanding, from my machine
10   shorthand notes taken at the time and place set out
11   in the caption hereto.
12        In accordance with Rule 30(e) of the
13   Rules of Civil Procedure, review of the transcript
14   was waived by the deponent or a party thereto.
15        I FURTHER CERTIFY that I am neither
16   counsel for, related to, nor employed by any of the
17   parties to the action in which this proceeding was
18   taken; and, further that I am not a relative or
19   employee of any attorney or counsel employed by the
20   parties hereto, not financially interested or
21   otherwise, in the outcome of this action.
22        GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
     this, the 21st day of April, 2017.
23
24   JANESS FERGUSON SMITH, CCR, RPR
     Notary Public for Saline County
25       and Court Reporter.
```

Transcript of the Testimony of

# Chase Winfrey

**Date:** April 21, 2017

**Case:** Lakesha Doe, et al v. Michael Poore, et al

**Bushman Court Reporting**
Janess Ferguson Smith
Phone:  (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

EXHIBIT 15

**Page 1**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE,
And her minor child, DENNIS DOE; et al
PLAINTIFFS

VS.          CASE NO. 4:15-CV-000623 DPM

MICHAEL POORE, in his Official Capacity
as Superintendent of the Little Rock
School District, et al
DEFENDANTS

ORAL DEPOSITION OF CHASE WINFREY
March 21, 2017

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas  72201
501.372.5115

---

**Page 3**

1          I N D E X
2
3     EXAMINATION
4       By Mr. Heller . . . . . . . . . . . .   5
5     EXAMINATION
6       By Ms. Middleton . . . . . . . . . . .  15
7     EXAMINATION
8       By Mr. Walker . . . . . . . . . . . .  17
9     EXAMINATION
10      By Mr. Heller . . . . . . . . . . . .  21
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 2**

1          A P P E A R A N C E S
2
3     ON BEHALF OF THE PLAINTIFF:
4       JOHN W. WALKER, ESQ.
        JOY CHARLES SPRINGER, ESQ.
5       John W. Walker Law
        1723 South Broadway
6       Little Rock, Arkansas 72206
7
8
9     ON BEHALF OF THE DEFENDANTS:
10
        CHRISTOPHER HELLER, ESQ.
11      Friday, Eldredge & Clark
        400 West Capitol
12      Suite 2000
        Little Rock, Arkansas  72201
13
14      ROSALYN MIDDLETON, ESQ.
        Office of the Attorney General
15      323 Center Street
        Suite 200
16      Little Rock, Arkansas  72201
17
18
19
20
21
22
23
24
25

---

**Page 4**

1     ANSWERS AND DEPOSITION OF CHASE WINFREY, a
2     witness produced at the request of the Defendants,
3     was taken in the above-styled and numbered cause on
4     the 21st day of March, 2017, before Janess Ferguson
5     Smith, Certified Court Reporter and Notary Public in
6     and for Saline County, Arkansas, at the Offices of
7     John Walker, 1723 South Broadway, Little Rock,
8     Arkansas, at 10:20 a.m.
9
10         * * * * * * * * *
11
12     S T I P U L A T I O N S
13     It is stipulated and agreed by and between
14   the parties through their respective counsel that the
15   deposition of CHASE WINFREY may be taken for any and
16   all purposes according to the Federal Rules of Civil
17   Procedure.
18         * * * * * * * * * *
19
20
21
22
23
24
25

Page 5

1           CHASE WINFREY,
2    the witness hereinbefore named, having first been
3    duly cautioned and sworn or affirmed to tell the
4    truth, the whole truth and nothing but the truth,
5    testified as follows:
6                EXAMINATION
7    BY MR. HELLER:
8        Q.  Chase, my name is Chris Heller, and I'm a
9    lawyer for the Little Rock School District.  I'm
10   going to ask you a couple of questions this morning,
11   and I would like for you to answer out loud so that
12   your answers can be recorded; okay?
13       A.  Yes, sir.
14       Q.  You have to say "yes" or "no."  So we're good;
15   right?
16       A.  Yes.
17       Q.  Okay.  And if you want to take a break at any
18   time, just let me know, and we will take a break;
19   okay?
20       A.  Okay.
21       Q.  And then, finally, I want to make sure you
22   understand my questions.  So if you don't understand
23   any question, please stop me and ask me to repeat it,
24   and I will be happy to do that.  Okay?
25       A.  Okay.

Page 6

1        Q.  How old are you, Chase?
2        A.  Twelve.
3        Q.  Where do you go to school?
4        A.  Henderson.
5        Q.  Where do you live?
6        A.  At Reservoir.
7        Q.  Okay.  1819 Reservoir Road; does that sound
8    right?
9        A.  Yes.
10       Q.  Okay.  Who do you live there with?
11       A.  My mom.
12       Q.  Okay.  Anybody else?
13       A.  My brother, and that's it.
14       Q.  Okay.  What is your brother's name?
15       A.  Christian.
16       Q.  Okay.  How long have you been at Henderson?
17       A.  For one year.
18       Q.  Where did you go to school before that?
19       A.  Western Hills.
20       Q.  For what grades were you at Western Hills?
21       A.  Fifth.
22       Q.  Okay.  Where did you go to school before that?
23       A.  Baseline.
24       Q.  For which grades?
25       A.  Third and fourth.

Page 7

1        Q.  Okay.  And where did you go to school before
2    Baseline?
3        A.  I don't remember.
4        Q.  Okay.  Do you remember if you went to pre-K
5    somewhere or if you started with kindergarten when
6    you went to school?
7        A.  I don't know.
8        Q.  Okay.  Why did you move from Baseline to
9    Western Hills?
10       A.  I don't really know why.
11       Q.  Did you move where you lived between those,
12   between your fourth and fifth grade year?
13       A.  Yes, we moved.
14       Q.  Okay.  Where did you live before Reservoir?
15       A.  West Bridge.
16       Q.  Okay.  How are you doing in school at
17   Henderson?
18       A.  A's, B's, and a couple of C's.
19       Q.  Okay.  Are you involved in any kind of
20   extracurricular activities, clubs, or athletics, or
21   anything like that?
22       A.  Chess Club, Mathletes, and I can't remember the
23   rest of them, but -- that's all I remember.
24       Q.  Okay.  But there are more than those two; you
25   can just remember those two?

Page 8

1        A.  Yes.
2        Q.  Do you have any problems at Henderson?
3        A.  No.
4        Q.  Are you in any AP or pre AP classes?
5        A.  Yes.
6        Q.  Which ones?
7        A.  Social studies and health science.
8        Q.  Okay.  Did you ever try to get into any schools
9    other than the ones that you went to?
10       A.  No.
11       Q.  Did you have any problems when you were at
12   Western Hills?
13       A.  No.
14       Q.  Did you have any problems when you were at
15   Baseline?
16       A.  No.
17       Q.  I am going to ask you a couple of questions
18   about a Complaint that was filed in this lawsuit that
19   has some, says some things about your education at
20   Baseline.  For one thing, it says that you were used
21   as --
22            MR. WALKER:  Excuse me, which
23   paragraph?
24            MR. HELLER:  Nine of the Amended
25   Complaint.

2  (Pages 5 to 8)

Page 9

1      MR. WALKER:  I want you to read it
2  with me, Paragraph nine.  Let's go back
3  here to nine.  I think it's right in there.
4      You are Chase Doe.  We can't put your last
5  name in.  That's like John Doe.
6  BY MR. HELLER:
7  Q.  Okay.  So this says that you were used as an
8  aide to help educate your brother, Christian.  Do you
9  remember doing anything like that?
10 A.  Yes.
11 Q.  Okay.  What did you do?
12 A.  Well, they sent him to my classroom, and I was
13 there to babysit him for a long time, and it was kind
14 of distracting because I couldn't do my work either.
15 Q.  Okay.  And what grade were you in when this
16 happened?
17 A.  I was in fifth.
18 Q.  Okay.  And what grade was Christian in?
19 A.  First.
20 Q.  So if you were in fifth grade you were at
21 Western Hills, not Baseline; right?
22 A.  I went to Western Hills -- I was at Baseline
23 for a little while in fifth grade.  Then I went to
24 Western Hills.
25 Q.  Okay.  So school starts in August; right?

Page 10

1  A.  Yes.
2  Q.  So you started in August at Baseline for your
3  fifth grade year?
4  A.  Yes.
5  Q.  And what month did you move to Western Hills?
6  A.  I think it was after October.
7  Q.  Okay.  So sometime between August and October
8  at Baseline Christian was in your room?
9  A.  Yes.
10 Q.  Who was your teacher at Baseline?
11 A.  Ms. Hodges.
12 Q.  Did you have one teacher all day in fifth grade
13 at Baseline?
14 A.  Yes.
15 Q.  Okay.  And that was Ms. Hodges?
16 A.  Yes.
17 Q.  And who was Christian's teacher?
18 A.  Ms. Phillips.
19 Q.  Okay.  So when is the -- and did Christian, was
20 Christian sent to your room at any school, other than
21 Baseline?
22 A.  No.
23 Q.  Okay.  So when is the first time he came to
24 your room while you were in fifth grade at Baseline?
25 A.  I can't remember that.

Page 11

1  Q.  Okay.  How long do you think after school
2  started?
3  A.  I think it was -- I think it was like at the
4  end of August --
5  Q.  Okay.
6  A.  -- when they sent him.
7  Q.  Okay.  And why, why did they send Christian to
8  your room?
9  A.  Because of his behavior.
10 Q.  Okay.  What was going on with his behavior that
11 caused somebody at Baseline to want Christian to be
12 in your room?
13 A.  Well, he would get mad and throw a tantrum
14 because he couldn't get an extra breakfast, or
15 something small like that.
16 Q.  Okay.  And do you know what to do when that
17 happens?
18 A.  Not all of the time.
19 Q.  Okay.  Have you seen that happen at places
20 other than school?
21 A.  Yes.
22 Q.  How many times do you think between the end of
23 August and the time you left Baseline in October did
24 Christian came to your class?
25 A.  At least ten and up.

Page 12

1  Q.  At least ten times?
2      MR. WALKER:  And up.
3  Q.  And who brought Christian to your class?
4  A.  The principal.
5  Q.  And what was his or her name?
6  A.  John Crossley.
7  Q.  So tell me what happened.  Let's just take the
8  first time you remember.  Was it always the principal
9  who brought your brother to your class?
10 A.  Always.
11 Q.  Okay.  And tell me the first time you remember
12 that that happened, tell me about it.
13 A.  It was in the morning when he did it.
14 Q.  And did somebody say something to you when they
15 brought your brother to your room, or your teacher?
16 A.  Some other students said why is he in there.
17 Q.  Okay.  So when Christian was brought to your
18 room by the principal, what happened?  Did somebody
19 talk to you?  Did he sit somewhere?  What happened?
20 A.  My teacher took him to a desk right beside me,
21 and the other students kept on asking me why he was
22 in here, and then they started talking about him.  I
23 was like, Don't, don't be doing that around him.
24 Q.  Okay.  So did the teacher continue to teach the
25 class when Christian was sitting next to you?

3 (Pages 9 to 12)

Page 13

1    A.   Yes.
2    Q.   Okay.  And you were in fifth grade.  What grade
3    did you say Christian was in at the time?
4    A.   First.
5    Q.   Okay.  And when Christian was sitting next to
6    you, was he disrupting the class or causing any
7    problems, or was he just sitting there?
8    A.   Just sitting there.
9    Q.   And the first time you remember this happening,
10   how long did your brother sit there next to you?
11   A.   He sat there for the whole day.
12   Q.   Okay.  So what happened at lunchtime?
13   A.   Well, he had to come to lunch with me.  The
14   cafeteria ladies had to put less lunch on his plate,
15   and he sat by me.  Kids were talking about him, and
16   he was defending himself.
17   Q.   Okay.  And why did the cafeteria ladies put
18   less lunch on his plate?
19   A.   Well, he was a little boy at the time.
20   Q.   Okay.  And what do you mean "he was defending
21   himself"?
22   A.   He was like, "Leave me alone," getting mad.  He
23   was -- he said -- he was threatening people, the
24   classmates and all of that.
25   Q.   Okay.  So did, did Christian move to Western

Page 14

1    Hills when you did?
2    A.   Yes.
3    Q.   Did Christian stay in your class all day every
4    time he was brought to your classroom?
5    A.   At Western Hills?
6    Q.   At Baseline.
7    A.   Not every day, but he did stay in there for the
8    whole day.
9    Q.   Okay.  Some days he would, and some days he
10   wouldn't?
11   A.   Yes.
12   Q.   Did the principal or your teacher at Baseline
13   ever talk to you about why Christian was there, or
14   what they wanted you to do?
15   A.   No.
16   Q.   Did you keep doing your school work at Baseline
17   when Christian was sitting next to you?
18   A.   Yes.
19   Q.   Did you have any problems finishing your school
20   work at Baseline when Christian was there?
21   A.   No.
22   Q.   Did you get good grades during the time that
23   you were at Baseline?
24   A.   Yes.
25   Q.   Do you get along pretty well with your brother?

Page 15

1    A.   Sometimes.
2    Q.   Okay.  What are the reasons you might not get
3    along with him so well at other times?
4    A.   Well, sometimes when we disagree on something
5    or he's mad at someone else, and he is taking his
6    anger out on me.
7    Q.   Okay.  Did you have any discipline problems at
8    any of the schools you went to?
9    A.   No.
10   Q.   Okay.  Do you think you've been treated
11   differently in the Little Rock School District than
12   white students you went to school with?
13   A.   No.
14   Q.   Okay.
15        MR. HELLER:  Well, that's all I have.
16        MR. WALKER:  Let me just ask a couple
17   of questions.
18        MS. MIDDLETON:  I have a couple.
19        EXAMINATION
20   BY MS. MIDDLETON:
21   Q.   Tell me why the kids would pick on your
22   brother.
23   A.   Well, they would pick on him because -- well,
24   he was in a lower grade, and he was smaller.
25   Q.   So they just pick on him because of his size

Page 16

1    and because he was in the classroom with you?
2    A.   Yes.
3    Q.   Okay.  Do you go to school every day?
4    A.   Go to school every day?
5    Q.   Every day, I mean every school day, Monday
6    through Friday?
7    A.   Not, not all of the time.
8    Q.   You have been absent?
9        MR. WALKER:  She was asking did you go
10   to school every day?
11   Q.   Do you go to school every day?
12   A.   No.
13   Q.   You don't.  Can you tell me how many times you
14   have been absent this nine weeks?
15   A.   Well, this one is going to be my second time.
16   Q.   Second time, so pretty good school attendance?
17   A.   (Witness nods head.)
18        MR. WALKER:  You have to say "Yes" or
19   "No."
20   Q.   Yeah, I'm sorry.  You have to say "Yes," so she
21   can hear you.
22   A.   Yes.
23        MS. MIDDLETON:  Okay.  That's all I
24   have got.
25        EXAMINATION

Page 17

1   BY MR. WALKER:
2   Q.  All right.  Chase, would you tell the lawyers
3   some of the things that the other students in the
4   class said to your brother?
5   A.  They called him stupid, dumb, gorilla,
6   chimpanzee, and I can't remember the other ones, but
7   they called him a lot of names.
8   Q.  What did the teacher do when they were calling
9   him names?
10  A.  Well, the teacher would say, "Stop it."  The
11  students wouldn't listen.  She sent them out of the
12  classroom, told them to go to the principal's office.
13  She was trying her best.
14  Q.  Did she ever tell you -- did your teacher ever
15  tell you why he was in your class?
16  A.  No.
17  Q.  Did Mr. Crossley ever explain to you why he was
18  putting him next to you?
19  A.  No.
20  Q.  Did anybody teach your brother when he was in
21  your class?
22  A.  The teacher tried, and I would try, too.
23  Q.  How were you trying to teach your brother?
24  A.  Well, I was trying to help him on his school
25  work and homework.

Page 18

1   Q.  While y'all were in class?
2   A.  Yes.
3   Q.  How did you go about doing that?
4   A.  Well, when I got done doing my work, I would go
5   over there and ask him did he need any help.  My
6   momma would come in and try to help him on his work.
7   Q.  Your mother?
8   A.  Yes.
9   Q.  Your mother also came to the same room?
10  A.  Yes.
11  Q.  Did he ever respond to the students when they
12  were calling him names like chimpanzee and gorilla?
13  A.  Who?
14  Q.  Your brother, did he talk back to the kids?
15  A.  Yes.
16  Q.  What were some of the things he would say or
17  do?
18  A.  He would say, "Stop, before I kill you," and
19  stuff like that.
20  Q.  Was he accused of threatening to kill somebody?
21  A.  Yes.
22  Q.  But he was saying those things in response to
23  the meanness, meanness, and the remarks and words
24  that were being spoken to him?
25        MR. HELLER:  Object to form.

Page 19

1   A.  Yes.
2   Q.  I see.  Did the teacher say anything to him to
3   indicate that she didn't want him there?
4   A.  No.
5   Q.  Did you ever go to his class when he was in the
6   first grade to help him with his work?
7   A.  No.
8   Q.  Did he subsequently -- when you changed
9   schools, did they bring -- did the school officials
10  bring him to your class to sit next to you, or for
11  you to babysit at the next school from Baseline?
12  A.  Yes, they would always send him in.  Well, not
13  always, but send him in for the whole day at
14  Baseline.
15  Q.  That's at Baseline.  What about your next
16  school, which was which school?
17  A.  Western Hills.
18  Q.  Did they bring him to your class for you to
19  babysit at Western Hills?
20  A.  No.
21  Q.  I see.  Could your brother read?  Could your
22  brother read?
23  A.  Yes.
24  Q.  Even though he was in the first grade, do you
25  know what his reading grade level was?

Page 20

1   A.  Either fourth or a fifth grade level.
2   Q.  I see.  Now, did you have lockers at school?
3   A.  At Henderson?
4   Q.  Well, it's at Henderson, I guess.  Is that
5   where you had the locker problems?
6   A.  Yes.
7   Q.  Do you have lockers at Henderson?
8   A.  Yes.
9   Q.  Now, have you always had a locker?
10  A.  No.
11  Q.  Why didn't you have a locker before?  Do you
12  have one now?
13  A.  No.
14  Q.  Oh, you don't have a locker.  Why don't you
15  have a locker?
16  A.  They say you have got to earn it.
17  Q.  Who told you that you had to earn your locker?
18  A.  The office and the principal at the school.
19  Q.  So they assigned you a locker, but you couldn't
20  get it because you had to earn it?
21        MR. HELLER:  Object to form.
22  A.  They don't assign you a locker.  They just say
23  you have got to earn it.
24  Q.  Did they tell you what you had to do to earn a
25  locker?

## Page 21

1    A.   They say you have got to get good grades, and
2    something like that.
3    Q.   In order to have a locker you have to have good
4    grades?
5    A.   Yes.
6    Q.   How long have you been in that school?
7    A.   For the whole year now.
8    Q.   Now, what do you do with your books between
9    classes and when you are on the playground and other
10   places?
11   A.   Well, we have got to carry them with you
12   outside and all of that.
13        MR. WALKER:  I don't have anything
14        else.
15        EXAMINATION
16   BY MR. HELLER:
17   Q.   Chase, let me just ask you a question about
18   your locker situation.  You're in your first year at
19   Henderson; right?
20   A.   Yes.
21   Q.   Are there other students in the first year who
22   don't have lockers yet?
23   A.   Yes.  And there is some sixth graders with a
24   locker.
25   Q.   Okay.  And has anyone said to you what kind of

## Page 22

1    grades you are supposed to have to get a locker?
2    A.   No.
3    Q.   Okay.  And tell me again who told you you had
4    to earn the locker?
5    A.   The front office and the principal.
6    Q.   Okay.  Who is your principal there?
7    A.   Mr. Williams.
8    Q.   Okay.
9         MR. HELLER:  That's all I have.
10        MS. MIDDLETON:  Nothing.
11        MR. WALKER:  Nothing else.
12        (The deposition was concluded at 10:44 a.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 23

1         COURT REPORTER'S CERTIFICATE
2    STATE OF ARKANSAS)
                     )ss.
3    COUNTY OF SALINE )
4         I, JANESS FERGUSON SMITH, CCR, RPR, a
5    Notary Public in and for Saline County, Arkansas do
6    hereby certify that the facts stated by me in the
7    caption of the foregoing matter are true; and that
8    the foregoing matter was transcribed by me, to the
9    best of my ability and understanding, from my machine
10   shorthand notes taken at the time and place set out
11   in the caption hereto.
12        In accordance with Rule 30(e) of the
13   Rules of Civil Procedure, review of the transcript
14   was waived by the deponent or a party thereto.
15        I FURTHER CERTIFY that I am neither
16   counsel for, related to, nor employed by any of the
17   parties to the action in which this proceeding was
18   taken; and, further that I am not a relative or
19   employee of any attorney or counsel employed by the
20   parties hereto, not financially interested or
21   otherwise, in the outcome of this action.
22        GIVEN UNDER MY HAND AND SEAL OF OFFICE on,
     this, the 21st day of April, 2017.
23
24   JANESS FERGUSON SMITH, CCR, RPR
     Notary Public for Saline County
25        and Court Reporter.

*INTERROGATORY 18*
*ADPSAFT WEBSITE*
*arkansasfacilities.arkansas.gov*
*Master Planning Tool*
*Reports Page*

## Capital Projects Summary

January 18, 2017

### 6001000 - Little Rock School District

#### 0000 - --Multiple Schools-- -

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1718-6001-004 | Major Restroom Renovations-Romine, Washington, Watson, Western Hills, Adult Ed, Mann, Central, Quigley, Henderson, Metro-Bldgs A&C | 0000 - | | | 07/01/2017 | 08/01/2017 | 09/01/2018 | Planned | 714,433 | $3,750,000 | Local | |
| 1718-6001-009 | Phase 1 Energy Project | 0000 - | | | 06/01/2017 | 06/01/2017 | 09/01/2018 | Planned | 0 | $11,974,259 | Local | |
| 1920-6001-003 | Roof Replacement-Pulaski Heights | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 128,465 | | Local | |

#### 0000 - --NEW SCHOOL-- -

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-487 | Dr. Don Roberts Elementary School | 0000 - --Not Specified-- | | | 10/08/2007 | 06/23/2008 | 08/16/2010 | Complete | 148,000 | $28,744,373 | Local | |
| 1516-6001-741 | New Southwest Little Rock High School | 0000 - --Not Specified-- | | | | | | Deleted | 0 | $0 | Local | |
| 1617-6001-597 | West Little Rock Middle School | 0000 - --Not Specified-- | | | 05/09/2013 | 06/01/2015 | 07/01/2016 | Committed | 191,000 | $36,217,648 | Local | |

#### 0000 - --Not Specified-- -

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 050660012991 65 | Cloverdale Elem. Demolition | 0000 - --Not Specified-- | | | 09/06/2005 | 11/30/2005 | Complete | | 0 | $0 | Local | |
| 06076001026D ST214585 | District Wide - QZAB Support | 0000 - --Not Specified-- | | | | 04/26/2006 | 11/14/2006 | Complete | 0 | $69,175 | Local | |
| 0708-6001-503 | Child Nutrition/Quigley Stadium Refrigeration/ New Office Bldg | 0000 - --Not Specified-- | | | 06/01/2006 | 11/06/2006 | 12/03/2008 | Complete | 0 | $620,614 | Local | |
| 0809-6001-558 | Child Nutrition/Quigley Parking Lot | 0000 - --Not Specified-- | | | 01/01/2008 | 06/01/2008 | 08/15/2008 | Complete | 0 | $147,465 | Local | |
| 1011-6001-488 | District Wide E.O.L. Technology Systems Renovations | 0000 - --Not Specified-- | | | 01/01/2010 | 01/29/2010 | 12/30/2011 | Deleted | 0 | $30,000,000 | Partnership | |
| 1314-6001-778 | District-Wide Door Access Controls and Equipment | 0000 - | | | 01/15/2013 | 06/01/2013 | 06/15/2014 | Complete | 0 | $300,000 | Local | |
| 1415-6001-767 | Child Nutrition Backup Generators | 0000 - | | | 12/02/2013 | 12/30/2013 | 05/30/2014 | Complete | 40,952 | $56,477 | Local | |
| 1516-6001-817 | Hamilton Learning Academy #2 Chiller Replacement | 0000 - | | | 06/04/2015 | 07/01/2015 | 09/17/2015 | Complete | 0 | $126,282 | Local | |
| 1718-6001-741 | South West Little Rock High School | 0000 - --Not Specified-- | | | 05/09/2015 | 06/01/2017 | 06/01/2019 | Planned | 270,000 | $59,821,268 | Local | |
| 2324-6001-773 | District-Wide HVAC Controls Upgrade | 0000 - | | | 02/02/2023 | 06/05/2023 | 08/15/2024 | Deleted | 0 | $800,000 | Local | |

EXHIBIT 16

DF_000548

**Capital Projects Summary**

January 18, 2017

### 6001000 - Little Rock School District

#### 6001044 - 6001 - Wilson Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-6001-229 | Wilson E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 37,200 | $375,000 | Partnership | |
| 2122-6001-230 | Wilson E.O.L. Emergency Lighting Replacement | 0000 - | | | 01/01/2010 | 01/01/2011 | 12/31/2012 | Deleted | 0 | $10,000 | Local | |
| 2223-6001-231 | Wilson E.O.L. Boiler Replacement | 0000 - | | | 01/01/2022 | 06/01/2022 | 08/10/2022 | Deleted | 0 | $90,000 | Partnership | |

#### 6001045 - 6001 - Woodruff Pre-K - Pre-K

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-176 | Woodruff Playground | 0000 - --Not Specified-- | | | 04/01/2007 | 05/19/2009 | 08/07/2009 | Complete | 0 | $57,947 | Local | |
| 0708-6001-512 | Woodruff Walkway Canopies | 0000 - --Not Specified-- | | | 10/15/2007 | 11/02/2007 | 12/17/2007 | Complete | 0 | $5,044 | Local | |
| 0809-6001-576 | Woodruff Restroom Renovation | 600104501 - WOODRUFF PRE-K | | | 01/01/2008 | 06/01/2008 | 08/11/2008 | Complete | 0 | $214,360 | Local | |
| 0910-6001-178 | Woodruff Fire Alarm | 600104501 - WOODRUFF PRE-K | | | 02/11/2009 | 06/04/2009 | 08/07/2009 | Complete | 0 | $59,527 | Local | |
| 0910-6001-632 | Woodruff ES Signage | 600104501 - WOODRUFF PRE-K | | | 09/14/2009 | 10/30/2009 | 01/14/2010 | Complete | 0 | $23,614 | Local | |
| 1314-6001-182 | Woodruff Roof Replacement | 600104501 - WOODRUFF PRE-K | | | 01/01/2009 | 06/09/2009 | 05/27/2010 | Complete | 0 | $425,767 | Local | |
| 1314-6001-183 | Woodruff E.O.L. Systems Minor Renovations | 600104501 - WOODRUFF PRE-K | | | 12/08/2010 | 04/25/2011 | 08/31/2011 | Complete | 38,000 | $66,802 | Local | |
| 1516-6001-184 | Woodruff E.O.L. Systems Minor Renovations | 0000 - | | | 11/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 38,000 | $325,000 | Partnership | |
| 1718-6001-177 | Woodruff E.O.L. Systems Minor Renovations | 0000 - --Not Specified-- | | | 01/01/2007 | 01/01/2008 | 12/31/2008 | Deleted | 38,000 | $670,902 | Local | |
| 1718-6001-185 | Woodruff E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/31/2017 | Deleted | 29,705 | $571,098 | Partnership | |
| 1819-6001-829 | Woodruff ES Pavilion | 600104501 - --Not Specified-- | | | 03/01/2017 | 06/01/2018 | 08/01/2018 | Deleted | 2,500 | $231,125 | Local | |
| 1920-6001-015 | HVAC Woodruff-Chiller and Boiler Replacement | 0000 - | | | 06/01/2019 | 07/01/2019 | 10/01/2019 | Planned | 38,000 | $225,000 | Local | |
| 2021-6001-179 | Woodruff E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 38,000 | $250,000 | Partnership | |
| 2122-6001-180 | Woodruff Major Landscaping | 0000 - | | | 01/01/2020 | 01/01/2021 | 12/01/2022 | Deleted | 0 | $75,000 | Local | |
| 2223-6001-181 | Woodruff E.O.L. Systems Structural and HVAC Renovations | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 38,000 | $2,300,000 | Partnership | |

### 0000 - --Multiple Schools-- -

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0809-6001-355 | Western Hills E.O.L. Carpet & Floor Tile Replacement | 0000 - --Multiple Buildings-- | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 21,000 | $43,050 | Local | |

DF_000549

# Capital Projects Summary

## 6001000 - Little Rock School District

### 6001043 - 6001 - Williams Magnet Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2324-6001-770 | Williams ES Boiler Replacement | 0000 - | | | 01/08/2024 | 06/05/2024 | 08/15/2024 | Deleted | 38,839 | $80,000 | Local | |
| 2425-6001-286 | Williams E.O.L. Fire ALarm Replacement | 0000 - | | | 01/01/2023 | 01/01/2024 | 12/31/2025 | Deleted | 47,200 | $100,000 | Local | |

### 6001044 - 6001 - Wilson Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607-6001-221 | Wilson Playground | 0000 - --Not Specified-- | | | 09/28/2007 | 10/30/2007 | 12/31/2007 | Complete | 0 | $6,634 | Local | |
| 0607-6001-222 | Wilson Roofing | 600104401 - Elementary or Primary | | | 10/10/2006 | 04/18/2007 | 06/01/2008 | Complete | 0 | $480,893 | Local | |
| 0708-6001-223 | Wilson ADA Restroom Renovation | 600104401 - Elementary or Primary | | | 11/07/2006 | 05/16/2007 | 08/15/2007 | Complete | 0 | $136,395 | Local | |
| 0708-6001-511 | Wilson Playground Equipment 07 | 0000 - --Not Specified-- | | | 10/01/2007 | 10/30/2007 | 04/17/2008 | Complete | 0 | $25,212 | Local | |
| 0708-6001-552 | Wilson Water Line Replacement & Repair | 600104401 - Elementary or Primary | | | 01/01/2008 | 06/01/2008 | 08/15/2008 | Complete | 37,100 | $42,468 | Local | |
| 0809-6001-225 | Wilson Playground Upgrade | 0000 - --Not Specified-- | | | 09/01/2007 | 01/02/2008 | 04/15/2009 | Complete | 0 | $61,919 | Local | |
| 0809-6001-226 | Wilson E.O.L. Carpet Replacement | 600104401 - Elementary or Primary | | | 01/01/2008 | 01/01/2008 | 12/31/2014 | Deleted | 14,880 | $14,880 | Local | |
| 0809-6001-609 | Wilson Fitness Equipment Installation | 600104401 - Elementary or Primary | | | 08/01/2008 | 08/04/2008 | 10/30/2008 | Complete | 0 | $10,900 | Local | |
| 0809-6001-614 | Wilson ES Cafeteria Waterproofing and French Drain | 600104401 - Elementary or Primary | | | 06/02/2008 | 06/05/2008 | 06/20/2008 | Complete | 0 | $4,800 | Local | |
| 0910-6001-227 | Wilson E.O.L. Floor Tile Replacement | 600104401 - Elementary or Primary | | | 04/02/2008 | 05/04/2010 | 09/01/2010 | Deleted | 17,880 | $116,091 | Local | |
| 1011-6001-626 | Wilson ES Window Replacement | 600104401 - Elementary or Primary | | | 05/13/2010 | 06/01/2011 | 11/03/2011 | Complete | 0 | $339,109 | Local | |
| 1213-6001-745 | Wilson ES Accessibility Lift | 0000 - | | | 07/01/2012 | 07/23/2012 | 11/09/2012 | Complete | 0 | $19,689 | Local | |
| 1213-6001-755 | Wilson ES Minor Renovations | 0000 - | | | 09/19/2012 | 10/11/2012 | 12/20/2013 | Complete | 38,839 | $166,966 | Local | |
| 1314-6001-232 | Wilson E.O.L. Ceiling Tile Replacement | 600104401 - Elementary or Primary | | | 11/01/2012 | 01/01/2013 | 12/31/2014 | Deleted | 37,100 | $223,000 | Local | |
| 1516-6001-233 | Wilson E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 37,100 | $278,000 | Partnership | |
| 1516-6001-745 | Wilson ES Emergency HVAC Equipment Replacement | 0000 - | | | 04/01/2013 | 04/22/2013 | 06/27/2013 | Complete | 38,839 | $73,153 | Local | |
| 1718-6001-224 | Wilson E.O.L. Systems Minor Renovations | 0000 - Elementary or Primary | | | 01/01/2008 | 04/22/2013 | 12/31/2008 | Deleted | 37,100 | $364,700 | Local | |
| 1718-6001-234 | Wilson E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 20,000 | $620,000 | Partnership | |
| 1819-6001-007 | HVAC Wilson Add A/C to Kitchen | 0000 - | | | 03/01/2018 | 06/01/2018 | 09/01/2018 | Planned | 38,839 | $50,000 | Local | |
| 1819-6001-828 | Wilson ES Activity Room Addition | 600104401 - --Not Specified-- | | | 03/02/2017 | 06/01/2018 | 08/10/2018 | Complete | 3,400 | $970,725 | Local | |
| 2021-6001-228 | Wilson Major Landscaping | 0000 - | | | 01/01/2020 | 03/01/2020 | 03/30/2020 | Deleted | 0 | $75,000 | Local | |

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001029 - 6001 - Western Hills Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1516-6001-360 | Western Hills E.O.L. Ductwork Renovations | 0000 - | | | 01/01/2013 | 01/01/2015 | 12/30/2016 | Deleted | 42,000 | $300,000 | Partnership | |
| 1718-6001-361 | Western Hills E.O.L. Systems Site & HVAC Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/01/2017 | Deleted | 42,000 | $696,855 | Partnership | |
| 1819-6001-826 | Western Hills ES Activity Room Addition and Restroom Renovations | 0000 - | | | 03/03/2017 | 06/01/2018 | 08/10/2018 | Deleted | 4,000 | $1,248,225 | Local | |
| 2021-6001-011 | HVAC Western Hills-Kitchen and Fresh Air | 0000 - | | | 01/01/2019 | 06/01/2020 | 09/01/2020 | Planned | 41,991 | $165,000 | Local | |
| 2021-6001-357 | Western Hills E.O.L. Safety & Security Systems Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 42,000 | $250,000 | Partnership | |
| 2223-6001-359 | Western Hills E.O.L. HVAC Renovations | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 18,400 | $210,000 | Partnership | |

### 6001043 - 6001 - Williams Magnet Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-550 | Williams Parking, Sidewalk & Stair Renovations | 600104301 - Elementary or Primary | | | 01/01/2008 | 06/01/2008 | 08/15/2008 | Deleted | 0 | $50,000 | Local | |
| 0708-6001-551 | Williams Playground Update | 0000 - --Not Specified-- | | | 01/01/2008 | 02/19/2009 | 08/01/2011 | Complete | 0 | $46,493 | Local | |
| 0910-6001-280 | Williams E.O.L. Carpet Replacement | 600104301 - Elementary or Primary | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 18,781 | $18,781 | Local | |
| 1011-6001-281 | Williams E.O.L. Systems Minor Renovations | 600104301 - Elementary or Primary | | | 01/01/2009 | 01/01/2010 | 12/30/2011 | Deleted | 47,200 | $35,500 | Local | |
| 1011-6001-282 | Williams Major Landscape & Playground Renovations | 0000 - --Not Specified-- | | | 01/01/2007 | 02/07/2007 | 11/10/2008 | Complete | 0 | $143,227 | Local | |
| 1011-6001-643 | Williams ES ADA Restroom Renovations | 600104301 - Elementary or Primary | | | 05/06/2010 | 05/13/2011 | 08/31/2011 | Complete | 0 | $217,031 | Local | |
| 1112-6001-283 | Williams E.O.L. Ceiling Tile Replacement | 600104301 - Elementary or Primary | | | 01/01/2011 | 01/01/2011 | 01/31/2012 | Deleted | 47,200 | $47,200 | Local | |
| 1314-6001-285 | Williams E.O.L. Security System Replacement | 600104301 - Elementary or Primary | | | 01/01/2012 | 01/01/2013 | 12/31/2014 | Deleted | 47,200 | $20,000 | Local | |
| 1516-6001-287 | Williams E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 47,200 | $850,000 | Partnership | |
| 1718-6001-279 | Williams E.O.L. HVAC Systems Minor Renovations | 0000 - | | | 01/01/2016 | 06/01/2018 | 12/31/2018 | Deleted | 47,200 | $200,000 | Local | |
| 1718-6001-288 | Williams E.O.L. Systems Renovations | 600104301 - Elementary or Primary | | | 01/01/2016 | 01/01/2017 | 12/01/2017 | Deleted | 32,700 | $450,000 | Partnership | |
| 1819-6001-712 | Williams EOL Roofing Systems Renovations | 0000 - | | | 01/02/2017 | 06/01/2018 | 08/15/2018 | Deleted | 20,000 | $750,000 | Local | |
| 1819-6001-827 | Williams ES Activity Room Addition | 600104301 - --Not Specified-- | | | 03/02/2017 | 06/01/2018 | 08/10/2018 | Deleted | 4,160 | $970,725 | Local | |
| 2021-6001-012 | HVAC Williams-Kitchen and Fresh Air | 0000 - | | | 01/01/2019 | 06/01/2020 | 09/01/2020 | Planned | 58,416 | $161,500 | Local | |
| 2223-6001-284 | Williams E.O.L. HVAC Renovations | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 17,000 | $156,000 | Partnership | |

DF_000551

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001071 - 6001 - Watson Intermediate School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-518 | Watson Kitchen Floor Renovations | 600107101 - Watson Elem | | | 06/01/2007 | 06/26/2007 | 08/01/2007 | Complete | 0 | $19,778 | Local | |
| 0809-6001-606 | Watson Asbestos Floor Tile Abatement and Replacement | 600107101 - Watson Elem | | | 04/02/2008 | 06/09/2008 | 07/01/2008 | Complete | 6,600 | $30,196 | Local | |
| 1011-6001-312 | Watson Playground | 0000 - --Not Specified-- | | | 12/01/2009 | 05/01/2009 | 12/30/2011 | Deleted | 0 | $200,000 | Local | |
| 1415-6001-314 | Watson E.O.L. Fence Renovations | 0000 - --Not Specified-- | | | 01/01/2013 | 01/01/2014 | 12/31/2015 | Deleted | 0 | $9,000 | Local | |
| 1516-6001-316 | Watson E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 56,610 | $500,000 | Partnership | |
| 1718-6001-308 | Watson E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2018 | 06/01/2018 | 12/01/2018 | Deleted | 56,610 | $750,000 | Local | |
| 1718-6001-317 | Watson E.O.L. Sidewalk Renovations | 0000 - --Not Specified-- | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 0 | $60,000 | Local | |
| 1819-6001-006 | HVAC Watson Add A/C to Kitchen | 0000 - | | | 03/01/2018 | 06/01/2018 | 09/01/2018 | Planned | 56,610 | $90,000 | Local | |
| 1819-6001-717 | Watson EOL Interior Concrete Renovations | 0000 - | | | 01/02/2017 | 06/01/2018 | 08/15/2018 | Deleted | 5,701 | $20,000 | Local | |
| 1819-6001-825 | Watson ES Restroom Renovations | 0000 - | | | 03/01/2017 | 06/01/2018 | 08/15/2018 | Deleted | 56,610 | $293,000 | Local | |
| 1920-6001-010 | Roof Replacement Watson | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 56,610 | $1,200,000 | Local | |
| 1920-6001-309 | Watson E.O.L. Systems Minor Renovations | 0000 - | | | 11/01/2018 | 01/01/2019 | 12/31/2020 | Deleted | 30,000 | $265,000 | Local | |
| 2021-6001-310 | Watson E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 56,610 | $680,000 | Local | |
| 2223-6001-311 | Watson ES Addition | 600107101 - --Not Specified-- | | | 03/02/2015 | 06/01/2022 | 08/10/2023 | Deleted | 33,834 | $4,791,500 | Local | |
| 2324-6001-313 | Watson E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2022 | 01/01/2023 | 12/31/2024 | Deleted | 56,610 | $489,000 | Partnership | |
| 2425-6001-315 | Watson Roof Replacement | 0000 - | | | 01/01/2023 | 01/01/2024 | 01/01/2025 | Deleted | 56,610 | $962,500 | Partnership | |

### 6001029 - 6001 - Western Hills Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-352 | Western Hills E.O.L. HVAC Renovations | 600102901 - Elementary or Primary | | | 05/25/2004 | 02/18/2005 | 06/30/2006 | Complete | 42,000 | $684,259 | Local | |
| 0708-6001-353 | Western Hills ADA Restroom Renovation | 600102901 - Elementary or Primary | | | 11/07/2006 | 05/16/2007 | 08/15/2007 | Complete | 0 | $86,316 | Local | |
| 0809-6001-354 | Western Hills Playground | 0000 - --Not Specified-- | | | 01/01/2008 | 05/27/2010 | 08/18/2010 | Complete | 0 | $130,217 | Local | |
| 0809-6001-575 | Western Hills Paving | 0000 - --Not Specified-- | | | 01/01/2008 | 06/01/2008 | 12/31/2009 | Deleted | 0 | $50,000 | Local | |
| 0910-6001-356 | Western Hills Playground | 0000 - --Not Specified-- | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $100,000 | Local | |
| 0910-6001-607 | Western Hills Landscaping and Site Improvements | 600102901 - Elementary or Primary | | | 04/23/2008 | 05/14/2009 | 08/16/2010 | Complete | 0 | $134,462 | Local | |
| 1112-6001-358 | Western Hills E.O.L. Ceiling & Lighting Replacement | 600102901 - Elementary or Primary | | | 01/01/2010 | 01/01/2011 | 12/31/2012 | Deleted | 42,000 | $504,000 | Local | |

DF_000552

**Capital Projects Summary**

January 18, 2017

### 6001000 - Little Rock School District

#### 6001059 - 6001 - Wakefield Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607-6001-489 | Wakefield Addition | 600105901 - --Not Specified-- | | | 01/29/2007 | 09/13/2007 | 09/22/2008 | Complete | 0 | $1,636,439 | Local | |
| 0910-6001-491 | Wakefield Playground | 600105901 - Wakefield Elementary School | | | 01/01/2009 | 05/19/2009 | 08/07/2009 | Complete | 0 | $75,000 | Local | |
| 1819-6001-005 | HVAC Wakefield Add A/C to Kitchen | 0000 - | | | 03/01/2018 | 06/01/2018 | 09/01/2018 | Planned | 59,470 | $17,500 | Local | |
| 1819-6001-823 | Wakefield ES Pavilion, Fire Alarm and HVAC Controls | 0000 - | | | 03/02/2017 | 06/01/2018 | 08/10/2018 | Deleted | 59,470 | $368,225 | Local | |

#### 6001042 - 6001 - Washington Magnet Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-289 | Washington E.O.L. Ceiling & Floor Renovations | 600104201 - Elementary or Primary | | | 01/01/2008 | 01/01/2008 | 12/31/2008 | Deleted | 90,000 | $634,000 | Partnership | |
| 0708-6001-605 | Washington Landscape and Irrigation | 600104201 - Elementary or Primary | | | 01/06/2006 | 09/06/2006 | 09/06/2007 | Complete | 0 | $63,743 | Local | |
| 1011-6001-291 | Washington Playground | 0000 - --Not Specified-- | | | 12/03/2007 | 12/31/2007 | 02/06/2008 | Complete | 0 | $40,190 | Local | |
| 1011-6001-634 | Washington ES Playground Area Drainage | 0000 - | | | 02/29/2012 | 06/27/2012 | 11/26/2012 | Complete | 56,610 | $22,536 | Local | |
| 1112-6001-678 | Washington ES New Playground Equipment | 0000 - | | | 06/07/2011 | 07/07/2011 | 01/06/2012 | Complete | 56,610 | $135,702 | Local | |
| 1314-6001-795 | Washington Elementary School Water Collection and Drainage | 0000 - | | | 07/15/2013 | 09/24/2013 | 08/27/2014 | Complete | 0 | $62,882 | Local | |
| 1718-6001-294 | Washington E.O.L. HVAC Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/01/2017 | Deleted | 90,000 | $450,000 | Partnership | |
| 1819-6001-824 | Washington ES Pavilion and HVAC Controls | 0000 - | | | 03/01/2017 | 06/01/2018 | 08/10/2018 | Deleted | 89,800 | $356,125 | Local | |
| 2021-6001-290 | Washington E.O.L. Systems Minor Renovations | 0000 - Elementary or Primary | | | 01/01/2009 | 03/25/2015 | 10/09/2015 | Deleted | 90,000 | $2,624,375 | Partnership | |
| 2324-6001-292 | Washington E.O.L. Site Systems Renovations | 0000 - | | | 01/01/2022 | 01/01/2023 | 12/31/2024 | Deleted | 0 | $186,000 | Local | |
| 2526-6001-293 | Washington E.O.L. Systems Minor Renovations | 0000 - | | | 07/07/2025 | 09/29/2025 | 12/30/2026 | Deleted | 90,000 | $690,000 | Local | |

#### 6001071 - 6001 - Watson Intermediate School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607-6001-306 | Watson Playground | 600107101 - Watson Elem | | | 05/01/2006 | 05/12/2006 | 01/29/2007 | Complete | 0 | $23,330 | Local | |
| 0607-6001-307 | Watson ADA Restroom Renovations | 600107101 - Watson Elem | | | 07/12/2004 | 12/05/2005 | 08/10/2006 | Complete | 0 | $164,836 | Local | |
| 0708-6001-508 | Watson Walkway Canopies | 0000 - --Not Specified-- | | | 01/01/2008 | 01/16/2008 | 02/01/2008 | Complete | 0 | $16,250 | Local | |

DF_000553

**Capital Projects Summary**

January 18, 2017

### 6001000 - Little Rock School District

#### 6001011 - 6001 - W.D. Hamilton Learning Academy - AE (Alternative Education)

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607600181 | Southwest Learning Academy Minor Renovations | 0000 - --Not Specified-- | | | | 08/01/2006 | 09/01/2006 | Complete | 0 | $61,213 | Local | |
| 0607600183 | Southwest Learning Academy Student Hearing Offices Renovations | 0000 - --Not Specified-- | | | | 09/22/2006 | 11/10/2006 | Complete | 0 | $176,000 | Local | |
| 0708-6001-517 | Hamilton Flooring Abatement & Replacement | 600101101 - Middle School | | | 10/02/2006 | 04/16/2007 | 08/15/2007 | Complete | 450 | $2,731 | Local | |
| 0708-6001-527 | Hamilton ADA Restroom Renovations | 600101101 - Middle School | | | 11/07/2007 | 05/16/2007 | 08/01/2007 | Complete | 0 | $203,804 | Local | |
| 0708-6001-604 | Hamilton Learning Academy Entrance Doors Renovations | 600101101 - Middle School | | | 02/01/2007 | 02/22/2007 | 03/22/2007 | Complete | 0 | $29,000 | Local | |
| 0809-6001-618 | Hamilton Learning Academy Chiller Replacement | 600101101 - Middle School | | | 02/01/2009 | 03/23/2009 | 10/06/2009 | Complete | 0 | $70,747 | Local | |
| 0910-6001-159 | Hamilton E.O.L. Ceiling, Floor & Emergency Lighting Renovations | 600101101 - Middle School | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 83,000 | $587,000 | Local | |
| 1112-6001-670 | Hamilton LA Gym Heat | 0000 - | | | 02/17/2011 | 06/10/2011 | 10/19/2011 | Complete | 15,000 | $40,484 | Local | |
| 1112-6001-674 | Hamilton Learning Academy Consumer Science Kitchen ADA Conversion | 0000 - | | | 10/26/2011 | 06/01/2012 | 10/06/2013 | Complete | 2,000 | $232,664 | Local | |
| 1314-6001-754 | Hamilton Learning Academy Classrooms to Offices | 600101101 - --Not Specified-- | | | 03/15/2013 | 04/15/2013 | 05/02/2013 | Complete | 2,000 | $31,289 | Local | |
| 1516-6001-163 | Hamilton E.O.L. Ceiling Grid & Fire Alarm Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 83,000 | $250,000 | Partnership | |
| 1718-6001-157 | Hamilton E.O.L. Systems Major Renovations | 0000 - | | | 01/01/2017 | 01/01/2017 | 12/01/2018 | Deleted | 83,000 | $4,150,000 | Partnership | |
| 1819-6001-158 | Hamilton E.O.L. Athletic Components Renovations | 0000 - | | | 01/01/2018 | 01/01/2018 | 12/31/2019 | Deleted | 0 | $250,000 | Local | |
| 1819-6001-694 | W.D. Hamilton LA EOL Exterior Door Replacement | 0000 - | | | 01/01/2018 | 06/03/2019 | 06/28/2019 | Deleted | 0 | $195,000 | Local | |
| 2021-6001-017 | HVAC Hamilton Learning Add A/C to Kitchen | 0000 - | | | 01/01/2020 | 06/01/2020 | 09/01/2020 | Planned | 82,968 | $95,000 | Local | |
| 2021-6001-160 | Hamilton E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 83,000 | $200,000 | Partnership | |
| 2021-6001-161 | Hamilton Special Ed. Classrooms & Offices | 600101101 - --Not Specified-- | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 0 | $200,000 | Partnership | |
| 2223-6001-162 | Hamilton E.O.L. HVAC Controls Replacement | 0000 - | | | 01/01/2011 | 01/01/2012 | 12/31/2013 | Deleted | 83,000 | $60,000 | Partnership | |

DF_000554

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001047 - 6001 - Terry Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-519 | Terry Flooring Abatement & Replacement | 600104701 - Elementary or Primary | | | 10/01/2006 | 04/16/2007 | 08/15/2007 | Complete | 0 | $81,545 | Local | |
| 0809-6001-119 | Terry E.O.L. Flooring Replacement | 600104701 - Elementary or Primary | | | 03/15/2007 | 06/09/2008 | 07/16/2009 | Deleted | 22,674 | $62,833 | Local | |
| 0809-6001-120 | Terry Major Landscape & Playground Update | 600104701 - Elementary or Primary | | | 01/01/2008 | 06/01/2008 | 08/01/2011 | Deleted | 0 | $150,000 | Local | |
| 0910-6001-121 | Terry Parking Lot Improvements | 0000 - --Not Specified-- | | | 01/01/2008 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $120,000 | Local | |
| 1011-6001-648 | Terry ES Replacement of Snow Damaged Canopies | 600104701 - Elementary or Primary | | | 05/06/2010 | 06/28/2010 | 08/12/2010 | Complete | 0 | $38,082 | Local | |
| 1112-6001-124 | Terry Fire Alarm | 0000 - | | | 02/11/2009 | 11/30/2011 | 11/11/2012 | Complete | 49,412 | $53,894 | Local | |
| 1516-6001-126 | Terry E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 50,925 | $1,200,000 | Partnership | |
| 1718-6001-118 | Terry E.O.L. Systems Major Renovations | 0000 - | | | 01/01/2007 | 01/01/2007 | 12/31/2008 | Deleted | 50,925 | $350,000 | Local | |
| 1718-6001-127 | Terry E.O.L. Exterior Door & HVAC Renovations | 0000 - | | | 09/14/2011 | 12/14/2011 | 06/01/2018 | Deleted | 45,000 | $641,215 | Local | |
| 1718-6001-549 | Terry Kitchen Doors & Serving Line Renovations | 0000 - | | | 01/01/2008 | 06/01/2008 | 08/01/2008 | Deleted | 0 | $7,000 | Local | |
| 1819-6001-713 | Terry EOL Interior Doors and Frames Replacement | 600104701 - Elementary or Primary | | | 01/01/2019 | 06/01/2019 | 06/28/2019 | Deleted | 0 | $23,500 | Local | |
| 1920-6001-009 | Roof Replacement Terry | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 49,412 | $1,000,000 | Local | |
| 1920-6001-584 | Terry Cafeteria Expansion | 600104701 - --Not Specified-- | | | 01/01/2018 | 01/01/2019 | 12/31/2020 | Deleted | 0 | $250,000 | Partnership | |
| 2021-6001-004 | Boiler Replacement and A/C to Kitchen and Vent-a-hood Terry | 0000 - | | | 01/01/2019 | 06/01/2020 | 09/02/2020 | Planned | 49,412 | $50,000 | Local | |
| 2021-6001-122 | Terry Addition | 600104701 - --Not Specified-- | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 14,032 | $3,820,725 | Local | |
| 2021-6001-123 | Terry E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 50,925 | $818,100 | Partnership | |
| 2223-6001-125 | Terry Roof Replacement | 0000 - | | | 01/01/2021 | 01/01/2022 | 08/10/2023 | Deleted | 49,412 | $880,000 | Partnership | |

### 6001011 - 6001 - W.D. Hamilton Learning Academy - AE (Alternative Education)

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 030460013408 09 | Southwest MS Addition/Renovations | 0000 - --Not Specified-- | | | | 08/06/2003 | 08/10/2004 | Complete | 0 | $0 | Local | |
| 050660012383 473 | Southwest MS Window Shade Replacement | 0000 - --Not Specified-- | | | | 11/15/2005 | 02/28/2006 | Complete | 0 | $0 | Local | |
| 0607600180 | Southwest Learning Academy Fence | 0000 - --Not Specified-- | | | | 08/15/2006 | 09/15/2006 | Complete | 0 | $31,275 | Local | |

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001040 - 6001 - Romine Interdist. Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1516-6001-784 | Romine ES Restroom Renovations | 0000 - | | | 02/05/2014 | 06/05/2015 | 08/15/2015 | Deleted | 7,000 | $250,000 | Local | |
| 1718-6001-821 | Romine Activity Room Addition | 600104001 - --Not Specified-- | | | 03/01/2016 | 06/01/2017 | 08/10/2017 | Deleted | 4,300 | $970,725 | Local | |
| 1819-6001-709 | Romine EOL Systems Renovations | 0000 - | | | 01/02/2017 | 06/01/2018 | 08/15/2018 | Deleted | 48,326 | $500,000 | Local | |
| 1920-6001-008 | Roof Replacement at Romine | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 49,769 | $900,000 | Local | |
| 1920-6001-023 | HVAC Romine Fresh Air Replacement | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 49,769 | $300,000 | Local | |
| 2021-6001-408 | Romine E.O.L. Safety & Security Systems Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 48,236 | $80,000 | Partnership | |
| 2324-6001-410 | Romine E.O.L. Site Systems Renovations | 0000 - | | | 01/01/2012 | 01/01/2013 | 12/31/2014 | Deleted | 0 | $163,545 | Partnership | |

### 6001041 - 6001 - Stephens Elementary - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-548 | Stephens Playground Renovations | 0000 - --Not Specified-- | | | 12/03/2007 | 12/31/2007 | 11/27/2008 | Complete | 0 | $63,499 | Local | |
| 0809-6001-421 | Stephens E.O.L. Carpet Replacement | 600104101 - Elementary or Primary | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 45,000 | $45,000 | Local | |
| 0910-6001-422 | Stephens E.O.L. Floor Tile Replacement | 600104101 - Elementary or Primary | | | 01/01/2008 | 01/01/2009 | 12/31/2010 | Deleted | 28,125 | $28,125 | Local | |
| 1718-6001-819 | Stephens ES Fire Alarm Additions | 0000 - | | | 03/01/2016 | 06/01/2017 | 08/10/2017 | Deleted | 77,987 | $65,550 | Local | |
| 1718-6001-822 | Stephens ES HVAC Controls | 0000 - | | | 03/01/2016 | 06/01/2017 | 08/10/2017 | Deleted | 77,987 | $200,000 | Local | |
| 1819-6001-710 | Stephens EOL Site Systems Renovations | 0000 - | | | 01/01/2018 | 03/18/2019 | 03/22/2019 | Deleted | 0 | $250,000 | Local | |
| 1920-6001-711 | Stephens EOL Interior Doors Frames and Public Address Renovations | 600104101 - Elementary or Primary | | | 01/01/2018 | 06/03/2019 | 08/15/2019 | Deleted | 0 | $250,000 | Local | |
| 2324-6001-423 | Stephens E.O.L. Ceiling and Safety & Security Systems Replacement | 0000 - | | | 11/01/2022 | 06/01/2023 | 12/31/2014 | Deleted | 75,000 | $640,000 | Partnership | |

### 6001047 - 6001 - Terry Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607-6001-113 | Terry ADA Restroom Renovations | 0000 - --Not Specified-- | | | 11/07/2006 | 05/16/2007 | 08/01/2007 | Complete | 0 | $191,874 | Local | |
| 0607-6001-114 | Terry Bus Drive | 0000 - --Not Specified-- | | | 01/01/2006 | 05/15/2006 | 10/13/2006 | Complete | 0 | $177,830 | Local | |
| 0607-6001-115 | Terry Playground | 0000 - --Not Specified-- | | | 01/01/2006 | 10/12/2006 | 12/15/2006 | Complete | 0 | $8,954 | Local | |
| 0607-6001-116 | Terry Canopies ('06) | 0000 - --Not Specified-- | | | 01/01/2006 | 08/14/2006 | 08/25/2006 | Complete | 0 | $10,865 | Local | |
| 0607-6001-117 | Terry Driveway Landscaping & Irrigation Improvements | 0000 - --Not Specified-- | | | 01/01/2006 | 08/23/2006 | 09/22/2006 | Complete | 0 | $32,265 | Local | |

DF_000556

## Capital Projects Summary

January 18, 2017

### 6001000 - Little Rock School District

#### 6001050 - 6001 - Rockefeller Incentive Elem. - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0809-6001-601 | Rockefeller Playground Resurfacing | 600105001 - Elementary or Primary | | | 06/01/2007 | 06/29/2007 | 10/23/2008 | Complete | 0 | $61,406 | Local | |
| 0809-6001-602 | Rockefeller Restroom Renovations | 600105001 - Elementary or Primary | | | 03/21/2008 | 06/09/2008 | 11/25/2008 | Complete | 0 | $244,111 | Local | |
| 0910-6001-363 | Rockefeller E.O.L. Ceiling & Vinyl Tile Replacement | 600105001 - Elementary or Primary | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 64,600 | $420,000 | Partnership | |
| 0910-6001-603 | Rockefeller Landscape Improvements | 600105001 - Elementary or Primary | | | 11/21/2006 | 03/05/2009 | 10/01/2008 | Deleted | 0 | $170,671 | Local | |
| 0910-6001-617 | Rockefeller Roof Replacement | 600105001 - Elementary or Primary | | | 02/18/2009 | 06/19/2009 | 06/01/2010 | Complete | 0 | $1,207,170 | Local | |
| 1314-6001-365 | Rockefeller E.O.L. Fence Replacement | 0000 - --Not Specified-- | | | 01/01/2013 | 01/01/2013 | 12/31/2014 | Deleted | 0 | $41,000 | Local | |
| 1516-6001-366 | Rockefeller E.O.L. Site Systems Renovations and Activity Room | 600105001 - --Not Specified-- | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 4,300 | $1,268,725 | Partnership | |
| 1516-6001-367 | Rockefeller E.O.L. Electrical Systems Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 64,600 | $300,000 | Partnership | |
| 1718-6001-006 | Fire Alarm Replacement Rockefeller | 0000 - | | | 06/01/2017 | 07/01/2017 | 09/01/2017 | Planned | 64,561 | $130,000 | Local | |
| 1718-6001-368 | Rockefeller E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2016 | 06/01/2017 | 12/01/2017 | Deleted | 64,600 | $629,133 | Partnership | |
| 1718-6001-820 | Rockefeller ES Classroom Renovations and HVAC Controls | 0000 - | | | 01/01/2016 | 06/01/2017 | 08/10/2017 | Deleted | 64,561 | $2,392,500 | Local | |
| 1819-6001-001 | Rockefeller-Playground Equipment | 0000 - | | | 04/01/2018 | 06/01/2018 | 09/01/2018 | Planned | 0 | $250,000 | Local | |
| 1819-6001-573 | Rockefeller Early Childhood Improvements | 0000 - | | | 01/01/2018 | 06/01/2018 | 12/31/2019 | Deleted | 0 | $20,000 | Local | |
| 1819-6001-574 | Rockefeller Canopy | 0000 - | | | 01/01/2018 | 06/01/2018 | 12/31/2019 | Deleted | 0 | $15,000 | Local | |
| 1819-6001-707 | Rockefeller EOL Doors Frames and Hardware Replacement | 600105001 - Elementary or Primary | | | 01/01/2018 | 06/01/2018 | 07/16/2018 | Deleted | 0 | $60,000 | Local | |
| 2021-6001-364 | Rockefeller E.O.L. Lighting and Safety & Security Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 64,600 | $360,000 | Partnership | |

#### 6001040 - 6001 - Romine Interdist. Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0809-6001-406 | Romine Playground | 600104001 - Elementary or Primary | | | 01/01/2008 | 04/13/2008 | 11/10/2008 | Complete | 0 | $66,919 | Local | |
| 0809-6001-407 | Romine E.O.L. Flooring Replacement | 600104001 - Elementary or Primary | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 26,614 | $52,600 | Local | |
| 1112-6001-409 | Romine E.O.L. Emergency Lighting | 600104001 - Elementary or Primary | | | 01/01/2010 | 01/01/2011 | 12/31/2012 | Deleted | 0 | $30,000 | Local | |
| 1314-6001-411 | Romine E.O.L. Ceiling Tile Replacement | 0000 - --Not Specified-- | | | 01/01/2012 | 01/01/2013 | 01/31/2014 | Deleted | 48,326 | $290,000 | Local | |
| 1516-6001-412 | Romine E.O.L. Systems Major Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 48,326 | $5,000,000 | Partnership | |

DF_000557

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001010 - 6001 - Pulaski Heights Middle School - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0809-6001-598 | Pulaski Heights MS Restroom Renovations (2) | 0000 - | | | 03/21/2008 | 06/09/2008 | 11/25/2008 | Complete | 0 | $37,569 | Local | |
| 0809-6001-599 | Pulaski Heights Dining/Patio and Connecting Sidewalk | 600101001 - Middle School | | | 07/01/2007 | 07/02/2007 | 03/21/2008 | Complete | 0 | $10,769 | Local | |
| 0910-6001-616 | Pulaski Heights MS Restroom Abatement and Renovations | 600101001 - Middle School | | | 02/02/2009 | 06/04/2009 | 08/31/2009 | Complete | 0 | $62,261 | Local | |
| 0910-6001-623 | Pulaski Heights MS Chiller Replacement and Water Line Relocation | 600101001 - Middle School | | | 06/02/2009 | 06/22/2009 | 10/06/2009 | Complete | 0 | $150,244 | Local | |
| 1314-6001-007 | Pulaski Hghts. MS E.O.L. Fencing Replacement | 0000 - --Not Specified-- | | | 01/01/2013 | 01/01/2013 | 01/31/2014 | Complete | 0 | $3,000 | Local | |
| 1415-6001-793 | Pulaski Hgts MS Fire Alarm Replacement | 0000 - | | | 02/11/2009 | 03/18/2015 | 08/27/2015 | Complete | 73,200 | $39,882 | Local | |
| 1516-6001-008 | Pulaski Hghts MS Roof Replacement | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 89,577 | $812,500 | Partnership | |
| 1516-6001-009 | Pulaski Hghts. MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 4,200 | $250,000 | Partnership | |
| 1516-6001-802 | Pulaski Heights MS Restroom Renovations | 0000 - | | | 02/27/2015 | 06/01/2015 | 08/10/2015 | Deleted | 89,577 | $444,500 | Local | |
| 1718-6001-003 | Pulaski Hgts. MS E.O.L. Systems Minor Renovations | 0000 - | | | 02/04/2013 | 06/02/2014 | 01/01/2017 | Deleted | 73,200 | $752,000 | Local | |
| 1718-6001-010 | Pulaski Hgts MS EOL Systems Minor Renovations | 0000 - | | | 01/01/2017 | 06/01/2007 | 08/01/2017 | Deleted | 52,000 | $125,000 | Partnership | |
| 1819-6001-571 | Pulaski Hghts MS Sidewalks | 0000 - | | | 01/01/2018 | 06/01/2018 | 12/31/2018 | Deleted | 0 | $20,000 | Local | |
| 1819-6001-692 | Pulaski Heights MS EOL HVAC and Plumbing Renovations | 0000 - | | | 01/02/2017 | 06/01/2018 | 08/15/2018 | Deleted | 0 | $500,000 | Local | |
| 1819-6001-693 | Pulaski Heights MS EOL Systems Renovations | 0000 - | | | 01/01/2018 | 06/03/2019 | 06/28/2019 | Deleted | 17,000 | $250,000 | Local | |
| 1920-6001-005 | Pulaski Hgts. MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2018 | 01/01/2019 | 12/31/2020 | Deleted | 4,200 | $300,000 | Partnership | |
| 2021-6001-003 | HVAC Replacement and Addition at Pulaski Heights MS | 0000 - | | | 01/01/2019 | 06/01/2020 | 10/01/2020 | Planned | 53,189 | $370,000 | Local | |
| 2021-6001-006 | Pulaski Hgts. MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 73,200 | $2,600,000 | Partnership | |

### 6001050 - 6001 - Rockefeller Incentive Elem. - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0809-6001-362 | Rockefeller E.O.L. Carpet Replacement | 600105001 - Elementary or Primary | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 32,300 | $32,300 | Local | |

38 of 48

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001038 - 6001 - Pulaski Heights Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-526 | Pulaski Hghts ES ADA Restroom Renovations | 600103801 - Elementary or Primary | | | 11/07/2006 | 05/16/2007 | 03/05/2008 | Complete | 0 | $108,049 | Local | |
| 0809-6001-068 | Pulaski Hgts ES E.O.L. Fire Alarm Replacement | 0000 - | | | 02/11/2009 | 03/18/2015 | 08/27/2015 | Complete | 43,915 | $39,882 | Local | |
| 0809-6001-570 | Pulaski Hghts ES Playground | 0000 - --Not Specified-- | | | 01/01/2008 | 04/14/2008 | 09/29/2008 | Complete | 0 | $64,627 | Local | |
| 1011-6001-070 | Pulaski Hghts ES Landscape & Playground | 600103801 - Elementary or Primary | | | 01/01/2009 | 05/01/2009 | 08/07/2012 | Deleted | 0 | $200,000 | Local | |
| 1011-6001-649 | Pulaski Heights ES Walkway Canopy System | 600103801 - Elementary or Primary | | | 05/06/2010 | 06/28/2010 | 08/16/2010 | Complete | 0 | $12,960 | Local | |
| 1314-6001-071 | Pulaski Hghts ES E.O.L. Site Systems Renovations | 0000 - --Not Specified-- | | | 06/30/2011 | 07/06/2011 | 09/14/2011 | Complete | 0 | $51,836 | Local | |
| 1516-6001-073 | Pulaski Hghts ES Roof Replacement | 0000 - | | | 01/01/2015 | 01/01/2015 | 12/01/2016 | Deleted | 65,578 | $737,500 | Local | |
| 1718-6001-074 | Pulaski Hghts ES E.O.L. HVAC & Plumbing Systems Renovations | 0000 - | | | 01/01/2017 | 01/01/2017 | 12/29/2017 | Deleted | 43,915 | $600,000 | Partnership | |
| 1920-6001-022 | HVAC Pulaski Heights ES Fresh Air Replacement | 0000 - | | | 03/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 65,578 | $100,000 | Local | |
| 1920-6001-582 | Pulaski Hghts MS Classroom Addition | 600103801 - --Not Specified-- | | | 11/01/2010 | 06/01/2016 | 12/01/2017 | Deleted | 8,500 | $2,202,476 | Local | |
| 2021-6001-069 | Pulaski Hgts ES E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2020 | 06/01/2020 | 12/30/2021 | Deleted | 43,915 | $600,000 | Partnership | |
| 2122-6001-657 | Pulaski Heights ES Classroom Addition | 600103801 - --Not Specified-- | | | 11/01/2010 | 06/01/2017 | 08/10/2018 | Deleted | 20,756 | $2,431,125 | Local | |
| 2526-6001-072 | Pulaski Hgts. ES E.O.L. Systems Minor Renovations | 0000 - | | | 12/16/2009 | 05/02/2013 | 12/30/2016 | Deleted | 43,915 | $652,029 | Local | |

### 6001010 - 6001 - Pulaski Heights Middle School - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0304-6001-001 | Pulaski Hghts MS Addition/Renovations | 0000 - --Not Specified-- | | | 01/01/2002 | 04/28/2003 | 07/30/2004 | Complete | 0 | $0 | Local | |
| 0708-6001-002 | Pulaski Hgts MS Restroom Renovations for ADA | 600101001 - Middle School | | | 11/07/2006 | 05/16/2007 | 08/01/2007 | Complete | 0 | $44,629 | Local | |
| 0809-6001-004 | Pulaski Hghts. MS E.O.L. Vinyl & Wood Floor Replacement | 0000 - --Not Specified-- | | | 01/01/2008 | 01/01/2008 | 12/30/2011 | Deleted | 0 | $87,000 | Local | |
| 0809-6001-553 | Pulaski Hghts MS Band Lockers | 600101002 - Band | | | 01/01/2008 | 06/01/2008 | 12/31/2008 | Deleted | 0 | $13,000 | Local | |
| 0809-6001-572 | Pulaski Hghts MS Girls Locker Room Lockers | 600101003 - Auditorium | | | 11/01/2006 | 11/14/2006 | 07/01/2007 | Complete | 0 | $17,268 | Local | |

# Capital Projects Summary

January 18, 2017

## 6001000 - Little Rock School District

### 6001005 - 6001 - Parkview Magnet High School - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1415-6001-092 | Parkview E.O.L. Parking Surface Renovations | 0000 - --Not Specified-- | | | 01/01/2013 | 01/01/2014 | 12/31/2015 | Deleted | 0 | $350,000 | Local | |
| 1516-6001-093 | Parkview E.O.L. Systems Minor Renovations | 600100501 - Senior High School | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Complete | 124,288 | $800,000 | Local | |
| 1718-6001-086 | Parkview E.O.L. Systems Minor Renovations | 0000 - Senior High School | | | 04/26/2010 | 05/04/2010 | 12/01/2012 | Deleted | 108,836 | $2,529,791 | Local | |
| 1718-6001-094 | Parkview E.O.L. Sidewalk & HVAC Renovations | 0000 - Senior High School | | | 07/11/2012 | 12/12/2012 | 05/15/2013 | Deleted | 124,288 | $600,700 | Partnership | |
| 1718-6001-639 | Parkview HS Classroom Addition | 600100501 - --Not Specified-- | | | 01/01/2015 | 01/02/2017 | 08/15/2017 | Deleted | 10,978 | $2,000,000 | Partnership | |
| 1819-6001-687 | Parkview HS EOL Interior Door Replacement | 0000 - --Not Specified-- | | | 01/01/2018 | 06/01/2018 | 08/15/2018 | Deleted | 0 | $121,500 | Local | |
| 1920-6001-688 | Parkview HS EOL Interior Renovations | 0000 - | | | 01/01/2018 | 06/01/2019 | 07/01/2020 | Deleted | 52,500 | $400,000 | Local | |
| 2021-6001-001 | HVAC Addition and Replacement Parkview PE and Kitchen | 0000 - | | | 01/01/2019 | 06/01/2020 | 09/01/2020 | Planned | 127,893 | $362,000 | Local | |
| 2021-6001-089 | Parkview E.O.L Systems Minor Renovations | 0000 - | | | 01/01/2020 | 01/01/2021 | 12/30/2021 | Deleted | 233,124 | $5,000,000 | Partnership | |
| 2021-6001-689 | Parkview HS EOL HVAC and Plumbing Renovations | 0000 - | | | 01/01/2018 | 06/01/2019 | 08/17/2020 | Deleted | 124,288 | $615,000 | Local | |
| 2122-6001-090 | Parkview E.O.L. Auditorium Ceiling Tile Replacement | 0000 - | | | 01/01/2021 | 06/01/2021 | 12/01/2022 | Deleted | 64,979 | $390,000 | Partnership | |

### 6001100 - 6001 - Pinnacle View Middle School - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1516-6001-850 | Leisure Arts Office Bldg. Conversion to Temporary WLR MS 6th Grade Classrooms | 0000 - --Not Specified-- | | | 11/23/2015 | 02/01/2016 | 08/01/2016 | Complete | 67,000 | $7,966,970 | Local | |
| 1718-6001-851 | Administration Building/Conversion of Leisure Arts 6th Grade Classrooms to Office Space | 0000 - --Not Specified-- | | | 01/01/2016 | 06/15/2017 | 09/29/2017 | Planned | 67,000 | $10,000,000 | Local | |

### 6001038 - 6001 - Pulaski Heights Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0304600157542 | Pulaski Hghts ES Addition/Renovations | 0000 - --Not Specified-- | | | | 04/28/2003 | 07/30/2004 | Complete | 0 | $0 | Local | |
| 0708-6001-067 | Pulaski Hghts ES E.O.L. Floor & Ceiling Renovations | 600103801 - Elementary or Primary | | | 01/01/2007 | 01/01/2007 | 12/31/2008 | Deleted | 43,915 | $770,000 | Local | |

DF_000560

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001058 - 6001 - Otter Creek Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1516-6001-142 | Otter Creek E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 45,125 | $200,000 | Partnership | |
| 1718-6001-143 | Otter Creek E.O.L. HVAC & Plumbing Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 6,000 | $456,000 | Partnership | |
| 1819-6001-715 | Otter Creek EOL Interior Doors and Frames Replacement | 600105801 - Elementary or Primary | | | 01/02/2017 | 07/02/2018 | 08/01/2018 | Deleted | 0 | $29,000 | Local | |
| 1920-6001-716 | Otter Creek EOL Parking Surface Renovations | 0000 - | | | 01/01/2019 | 03/16/2020 | 03/20/2020 | Deleted | 0 | $360,000 | Local | |
| 2021-6001-138 | Otter Creek E.O.L. Safety & Security Renovations | 0000 - | | | 01/01/2020 | 06/01/2020 | 12/30/2021 | Deleted | 45,125 | $65,000 | Partnership | |
| 2223-6001-139 | Otter Creek Addition | 600105801 - --Not Specified-- | | | 01/02/2021 | 06/03/2022 | 08/15/2023 | Deleted | 16,132 | $2,291,287 | Partnership | |
| 2223-6001-140 | Otter Creek E.O.L. HVAC Renovations | 0000 - | | | 01/01/2022 | 06/01/2022 | 12/31/2023 | Deleted | 39,000 | $275,000 | Partnership | |

### 6001005 - 6001 - Parkview Magnet High School - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 030460016075 8 | Parkview Addition/Renovations | 0000 - --Not Specified-- | | | | 10/30/2003 | 11/11/2004 | Complete | 0 | $0 | Local | |
| 0506600175 | Parkview Landscape Improvements | 0000 - --Not Specified-- | | | | 08/15/2005 | 11/02/2005 | Complete | 0 | $0 | Local | |
| 0607-6001-084 | Parkview Aud. Fire Alarm System Upgrade | 0000 - --Not Specified-- | | | 08/23/2006 | 04/19/2007 | 05/19/2007 | Complete | 0 | $32,858 | Local | |
| 0708-6001-085 | Parkview Reroof | 600100501 - Senior High School | | | 08/21/2006 | 03/11/2008 | 12/22/2008 | Complete | 0 | $1,362,815 | Local | |
| 0708-6001-087 | Parkview Switch Gear | 0000 - --Not Specified-- | | | 01/01/2007 | 01/01/2007 | 12/31/2008 | Complete | 0 | $129,000 | Partnership | |
| 0809-6001-088 | Parkview Electrical Upgrade & Chilled Water Piping Replacement | 0000 - --Not Specified-- | | | 06/13/2008 | 03/22/2007 | 08/01/2007 | Complete | 0 | $1,668,299 | Partnership | |
| 0809-6001-569 | Parkview Locker Room Remodel | 600100502 - Gymnasium | | | 01/01/2008 | 06/01/2008 | 12/31/2009 | Deleted | 0 | $13,000 | Local | |
| 1011-6001-647 | Parkview HS Waterproofing and Drainage | 600100501 - Senior High School | | | 07/09/2010 | 07/30/2010 | 08/01/2012 | Deleted | 0 | $268,599 | Local | |
| 1112-6001-661 | Parkview HS Restroom Renovations | 600100501 - Senior High School | | | 01/26/2011 | 04/06/2011 | 08/15/2011 | Complete | 0 | $462,491 | Local | |
| 1112-6001-676 | Parkview HS Womens Sports Field House Addition | 600100509 - --Not Specified-- | | | 09/06/2011 | 11/27/2012 | 06/15/2013 | Complete | 5,238 | $709,363 | Local | |
| 1213-6001-091 | Parkview E.O.L. HVAC Renovations | 0000 - | | | 07/11/2012 | 12/11/2012 | 05/15/2013 | Complete | 1,500 | $133,700 | Partnership | |
| 1213-6001-705 | Parkview HS Auditorium Roof, tuck-pointing ,waterproofing | 0000 - | | | 08/25/2012 | 12/25/2012 | 10/25/2013 | Complete | 20,150 | $452,910 | Local | |
| 1213-6001-743 | Parkview HS 26th Street Improvements | 0000 - | | | 11/08/2011 | 09/11/2012 | 05/06/2013 | Complete | 0 | $171,714 | Local | |

35 of 48

# Capital Projects Summary

January 18, 2017

## 6001000 - Little Rock School District

### 6001068 - 6001 - Metro VoTech / Accel. Learning / Evening HS - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1516-6001-399 | Metropolitan E.O.L. Systems Major Renovations | 0000 - | | | 10/04/2012 | 06/06/2013 | 10/17/2013 | Complete | 119,000 | $1,988,322 | Local | |
| 1516-6001-818 | Metropolitan CTC Culinary Prep Room Abatement and Remodel | 0000 - | | | 06/23/2015 | 07/13/2015 | 10/26/2015 | Complete | 850 | $112,880 | Local | |
| 1617-6001-798 | Metropolitan CTC Restrooms and Parking Reno. and Fire Alarm Additions | 0000 - | | | 03/02/2015 | 06/02/2015 | 08/10/2015 | Deleted | 155,520 | $227,250 | Local | |
| 1718-6001-392 | Metropolitan E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2017 | 06/01/2018 | 12/31/2018 | Deleted | 39,000 | $2,100,000 | Local | |
| 1718-6001-400 | Metropolitan E.O.L. Systems Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/01/2017 | Deleted | 20,000 | $985,000 | Local | |
| 1819-6001-568 | Metropolitan Partial HVAC Renovations | 0000 - | | | 01/01/2018 | 06/01/2008 | 12/31/2018 | Deleted | 0 | $300,000 | Partnership | |
| 1920-6001-002 | Roof Replacement Metro A Building | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 70,107 | $350,000 | Local | |
| 2021-6001-002 | Chiller and Tower Replacement Metro | 0000 - | | | 01/01/2019 | 06/01/2020 | 10/01/2020 | Planned | 70,107 | $250,000 | Local | |
| 2021-6001-395 | Metropolitan E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 06/01/2020 | 12/30/2021 | Deleted | 80,000 | $400,000 | Partnership | |
| 2021-6001-686 | Metro VoTech EOL Site Systems Renovations | 0000 - | | | 01/01/2019 | 06/01/2020 | 07/31/2020 | Deleted | 0 | $36,000 | Local | |
| 2122-6001-396 | Metropolitan E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2020 | 01/01/2021 | 12/31/2022 | Deleted | 39,000 | $200,000 | Partnership | |
| 2223-6001-397 | Metropolitan E.O.L. Furnace Replacement | 0000 - | | | 01/01/2022 | 06/01/2022 | 08/31/2022 | Deleted | 0 | $250,000 | Partnership | |
| 2324-6001-398 | Metropolitan E.O.L. Ceiling Tile Replacement | 0000 - | | | 01/01/2023 | 06/01/2023 | 12/31/2014 | Deleted | 99,000 | $600,000 | Partnership | |
| 2425-6001-789 | Metropolitan CAT Elevator Replacement | 0000 - | | | 03/05/2024 | 06/01/2025 | 08/10/2025 | Deleted | 70,107 | $75,000 | Local | |

### 6001058 - 6001 - Otter Creek Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607-6001-136 | Otter Creek Pre-K Playground | 600105801 - Elementary or Primary | | | 11/09/2006 | 11/09/2006 | 01/01/2007 | Complete | 0 | $17,477 | Local | |
| 0708-6001-537 | Otter Creek Parking Expansion | 600105801 - Elementary or Primary | | | 09/15/2006 | 04/19/2007 | 08/01/2007 | Complete | 0 | $71,991 | Local | |
| 0809-6001-137 | Otter Creek E.O.L. Ceiling & Floor Renovations | 0000 - --Not Specified-- | | | 12/01/2007 | 01/01/2008 | 12/31/2009 | Deleted | 45,125 | $314,201 | Partnership | |
| 1112-6001-668 | Otter Creek ES Media Center Enclosure | 600105801 - Elementary or Primary | | | 01/27/2011 | 06/01/2011 | 10/11/2011 | Complete | 0 | $123,337 | Local | |
| 1314-6001-141 | Otter Creek E.O.L. Fence Replacement | 0000 - --Not Specified-- | | | 12/01/2012 | 01/01/2013 | 12/31/2014 | Deleted | 0 | $5,190 | Local | |
| 1314-6001-723 | Otter Creek ES ADA Restroom Renovations | 0000 - | | | 02/21/2012 | 05/12/2013 | 06/15/2012 | Complete | 500 | $189,495 | Local | |

**Capital Projects Summary**

January 18, 2017

### 6001000 - Little Rock School District

#### 6001033 - 6001 - Meadowcliff Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1516-6001-103 | Meadowcliff E.O.L. Plumbing Renovations | 0000 - | | | 01/01/2015 | 01/01/2016 | 12/30/2016 | Deleted | 37,000 | $476,000 | Partnership | |
| 1516-6001-104 | Meadowcliff E.O.L. HVAC Systems Renovations | 0000 - | | | 01/01/2015 | 01/01/2015 | 12/30/2016 | Deleted | 10,000 | $125,000 | Partnership | |
| 1617-6001-105 | Meadowcliff E.O.L. Electrical Systems Renovation | 0000 - | | | 01/01/2015 | 11/01/2016 | 12/29/2017 | Deleted | 37,000 | $40,000 | Local | |
| 1617-6001-816 | Meadowcliff ES Addition | 0000 - North Bldg. | | | 03/02/2015 | 06/01/2016 | 08/10/2016 | Deleted | 7,359 | $1,983,750 | Local | |
| 1718-6001-096 | Meadowcliff E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2017 | 06/01/2017 | 12/31/2018 | Deleted | 10,000 | $280,000 | Partnership | |
| 1718-6001-106 | Meadowcliff E.O.L. HVAC Renovations | 0000 - | | | 01/01/2017 | 01/01/2017 | 12/29/2017 | Deleted | 5,000 | $40,000 | Local | |
| 1819-6001-004 | HVAC Meadowcliff Add A/C to Kitchen | 0000 - | | | 03/01/2018 | 06/01/2018 | 09/01/2018 | Planned | 29,572 | $20,000 | Local | |
| 1819-6001-705 | Meadowcliff EOL Subsystems Replacment | 0000 - | | | 01/01/2018 | 07/02/2018 | 08/15/2018 | Deleted | 0 | $38,500 | Local | |
| 2021-6001-099 | Meadowcliff E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2020 | 06/01/2020 | 12/30/2021 | Deleted | 27,000 | $155,000 | Partnership | |
| 2122-6001-100 | Meadowcliff E.O.L. Electrical & Intercom Minor Renovations | 0000 - | | | 01/01/2021 | 06/01/2021 | 12/31/2022 | Deleted | 32,000 | $280,000 | Partnership | |

#### 6001068 - 6001 - Metro VoTech / Accel. Learning / Evening HS - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607-6001-391 | Metropolitan HVAC & Environmental Controls | 0000 - --Not Specified-- | | | 06/01/2006 | 07/20/2006 | 12/01/2006 | Complete | 0 | $53,528 | Local | |
| 0708-6001-532 | Metropolitan Main Entrance Door Replacement | 600100401 - Vocational | | | 05/01/2007 | 05/30/2007 | 09/01/2007 | Complete | 0 | $20,520 | Local | |
| 0708-6001-533 | Metropolitan Washfountain Replacement | 0000 - --Not Specified-- | | | 06/01/2007 | 06/18/2007 | 09/01/2007 | Complete | 0 | $33,602 | Local | |
| 0708-6001-546 | Metropolitan Partial HVAC and Ceiling Renovations | 600100401 - Vocational | | | 01/01/2008 | 04/10/2008 | 07/07/2008 | Complete | 0 | $84,417 | Local | |
| 0809-6001-393 | Metropolitan E.O.L. Carpet Replacement | 0000 - --Not Specified-- | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 7,720 | $7,800 | Local | |
| 0809-6001-596 | Metropolitan Restroom Renovations | 0000 - | | | 02/21/2012 | 06/09/2008 | 10/30/2012 | Complete | 1,000 | $151,280 | Local | |
| 0910-6001-394 | Metropolitan E.O.L. Floor Tile Replacement | 600100401 - Vocational | | | 01/01/2009 | 07/16/2009 | 07/30/2010 | Deleted | 76,444 | $308,857 | Local | |
| 1112-6001-636 | Metropolitan CTC Kitchen Reorganization | 600100401 - Vocational | | | 09/14/2011 | 06/01/2012 | 08/10/2012 | Complete | 0 | $350,000 | Local | |
| 1314-6001-742 | Metropolitan CTC ADA Restroom Renovations and Kitchen Reorganization | 0000 - | | | 02/14/2012 | 05/15/2012 | 11/21/2012 | Complete | 0 | $207,622 | Local | |

33 of 48

**Capital Projects Summary**

## 6001000 - Little Rock School District

### 6001020 - 6001 - Mcdermott Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1516-6001-065 | McDermott E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2015 | 01/01/2015 | 12/30/2016 | Deleted | 48,500 | $250,000 | Partnership | |
| 1617-6001-815 | McDermott ES Restroom and Fire Alarm Renovations | 0000 - | | | 03/03/2015 | 06/01/2016 | 08/10/2016 | Deleted | 50,306 | $101,000 | Local | |
| 1718-6001-056 | McDermott E.O.L. HVAC and Window Major Renovations | 0000 - Elementary or Primary | | | 02/17/2009 | 03/23/2009 | 12/31/2015 | Deleted | 48,500 | $944,197 | Local | |
| 1718-6001-066 | McDermott E.O.L. Systems Minor Renovations | 0000 - | | | 01/02/2017 | 01/01/2017 | 01/31/2017 | Deleted | 48,500 | $260,000 | Partnership | |
| 1718-6001-760 | McDermott Roof Replacement | 0000 - | | | 01/01/2016 | 06/01/2017 | 08/10/2018 | Deleted | 48,020 | $1,062,500 | Local | |
| 1819-6001-003 | HVAC McDermott Add A/C to Kitchen | 0000 - | | | 01/01/2018 | 06/01/2018 | 09/01/2018 | Planned | 48,020 | $62,500 | Local | |
| 1819-6001-058 | McDermott Kitchen and Serving Line Update | 0000 - | | | 01/01/2018 | 06/01/2018 | 08/01/2019 | Deleted | 0 | $75,000 | Partnership | |
| 1819-6001-059 | McDermott Soundproofing | 0000 - | | | 01/01/2018 | 06/01/2018 | 08/10/2018 | Deleted | 0 | $100,000 | Partnership | |
| 1920-6001-007 | Roof Replacement McDermott | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 48,020 | $1,000,000 | Local | |
| 2021-6001-061 | McDermott E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2020 | 06/01/2020 | 12/10/2021 | Deleted | 48,500 | $495,000 | Partnership | |
| 2021-6001-062 | McDermott Addition | 600102001 - --Not Specified-- | | | 01/01/2019 | 01/01/2020 | 12/13/2021 | Deleted | 10,765 | $1,883,875 | Partnership | |
| 2223-6001-063 | McDermott E.O.L. Window Cooling Unit Replacement | 0000 - | | | 01/01/2022 | 06/01/2022 | 08/10/2022 | Deleted | 57 | $1,000 | Local | |

### 6001033 - 6001 - Meadowcliff Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-095 | Meadowcliff E.O.L. Ceramic Tile Replacement | 0000 - --Not Specified-- | | | 01/01/2007 | 01/01/2007 | 12/31/2008 | Deleted | 6,400 | $64,000 | Partnership | |
| 0809-6001-097 | Meadowcliff E.O.L. Carpet Replacement | 0000 - --Not Specified-- | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 14,800 | $18,500 | Local | |
| 0809-6001-567 | Meadowcliff ADA Restroom Renovations | 600103301 - Elementary or Primary | | | 01/01/2008 | 06/01/2008 | 11/26/2008 | Complete | 0 | $155,288 | Local | |
| 0910-6001-098 | Meadowcliff E.O.L. Systems Minor Renovations | 0000 - --Not Specified-- | | | 12/16/2009 | 03/18/2011 | 11/03/2011 | Complete | 37,000 | $607,959 | Stimulus (Archived) | |
| 1011-6001-656 | Meadowcliff ES New Corridor Lockers | 600103301 - Elementary or Primary | | | 07/01/2010 | 07/20/2010 | 11/09/2010 | Complete | 0 | $5,596 | Local | |
| 1112-6001-101 | Meadowcliff Partial Roof Replacement | 0000 - | | | 12/11/2013 | 04/11/2014 | 08/28/2014 | Complete | 29,180 | $409,944 | Local | |
| 1314-6001-722 | Meadowcliff ES Restroom Renovations | 0000 - | | | 01/18/2013 | 05/20/2013 | 10/06/2013 | Complete | 500 | $60,993 | Local | |
| 1516-6001-102 | Meadowcliff E.O.L. Site Systems Renovations | 0000 - | | | 01/01/2015 | 06/01/2016 | 08/10/2017 | Deleted | 4,150 | $1,311,786 | Local | |

DF_000564

**Capital Projects Summary**

## 6001000 - Little Rock School District

### 6001064 - 6001 - Mcclellan Magnet High School - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1112-6001-716 | McClellan HS CBI & Consumer Science Renovation | 0000 - | | | 02/29/2012 | 02/01/2012 | 03/01/2012 | Complete | 1,136 | $296,892 | Local | |
| 1213-6001-739 | McClellan High School Site Modifications | 0000 - | | | 06/27/2012 | 08/06/2012 | 10/30/2012 | Complete | 0 | $118,178 | Local | |
| 1516-6001-211 | McClellan E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 141,085 | $3,700,000 | Partnership | |
| 1718-6001-205 | McClellan E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2008 | 01/01/2008 | 12/31/2008 | Deleted | 80,000 | $600,000 | Local | |
| 1718-6001-212 | McClellan E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 5,063 | $600,000 | Partnership | |
| 1819-6001-566 | McClellan Chemistry Fume Hood | 0000 - | | | 01/01/2018 | 06/01/2018 | 12/31/2019 | Deleted | 1,000 | $30,000 | Local | |
| 1920-6001-001 | McClellan HS Renovations and Reconfiguration to K-8 | 0000 - | | | 01/01/2016 | 12/01/2017 | 02/01/2018 | Planned | 158,770 | $28,473,362 | Local | |
| 2021-6001-209 | McClellan E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/01/2021 | Deleted | 137,735 | $600,000 | Partnership | |
| 2324-6001-210 | McClellan E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2012 | 01/01/2013 | 12/01/2014 | Deleted | 130,235 | $1,650,000 | Local | |
| 2425-6001-769 | McClellan HS Auditorium and Gym HVAC Renovations | 0000 - | | | 02/10/2014 | 06/02/2014 | 08/10/2014 | Deleted | 25,000 | $168,000 | Local | |

### 6001020 - 6001 - Mcdermott Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-053 | McDermott ADA Restroom Renovation (1) | 0000 - --Not Specified-- | | | 07/12/2004 | 05/05/2006 | 11/13/2006 | Complete | 0 | $77,646 | Local | |
| 0708-6001-054 | McDermott ADA Restroom Renovations (2) | 0000 - --Not Specified-- | | | 11/01/2006 | 06/07/2007 | 08/01/2007 | Complete | 0 | $101,480 | Local | |
| 0708-6001-055 | McDermott Landscape & Playground | 0000 - --Not Specified-- | | | 09/11/2006 | 04/12/2007 | 01/07/2008 | Complete | 0 | $416,287 | Local | |
| 0708-6001-510 | McDermott Playground Equipment 07 | 0000 - --Not Specified-- | | | 04/02/2007 | 04/12/2007 | 08/01/2007 | Complete | 0 | $116,516 | Local | |
| 0708-6001-536 | McDermott Walkway Canopy System | 600102001 - Elementary or Primary | | | 12/01/2006 | 12/12/2006 | 09/27/2007 | Complete | 0 | $20,637 | Local | |
| 0708-6001-596 | McDermott VAFT Abatement and Kitchen Floor Renovations | 600102001 - Elementary or Primary | | | 03/15/2007 | 04/16/2007 | 09/25/2007 | Complete | 0 | $74,622 | Local | |
| 0809-6001-057 | McDermott Paving | 0000 - --Not Specified-- | | | 01/01/2008 | 01/01/2008 | 08/01/2009 | Deleted | 0 | $30,000 | Local | |
| 0910-6001-060 | McDermott E.O.L. Floor Tile and Carpet Replacement | 600102001 - Elementary or Primary | | | 03/15/2007 | 06/01/2007 | 08/13/2007 | Complete | 24,250 | $74,620 | Local | |
| 1314-6001-064 | McDermott Fire Alarm | 0000 - | | | 02/11/2009 | 11/30/2011 | 11/11/2012 | Complete | 48,020 | $58,849 | Local | |

DF_000565

## Capital Projects Summary

January 18, 2017

### 6001000 - Little Rock School District

#### 6001003 - 6001 - Mann Magnet Middle School - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2223-6001-376 | Mann E.O.L. Systems Major Renovations | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 126,440 | $6,322,000 | Partnership | |
| 2324-6001-377 | Mann MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2023 | 06/01/2023 | 08/31/2023 | Deleted | 0 | $120,000 | Partnership | |
| 2324-6001-751 | Mann MS Auditorium HVAC Renovations | 0000 - | | | 06/06/2013 | 10/15/2013 | 01/15/2014 | Deleted | 14,965 | $295,000 | Local | |
| 2324-6001-768 | Mann Middle School Auditorium HVAC Replacement | 0000 - | | | 06/06/2013 | 01/01/2014 | 03/19/2014 | Deleted | 14,565 | $390,000 | Local | |
| 2425-6001-378 | Mann MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2023 | 01/01/2024 | 12/31/2025 | Deleted | 192,490 | $1,300,000 | Partnership | |
| 2425-6001-785 | Mann MS Auditorium Stage Renovations | 0000 - | | | 03/01/2024 | 06/05/2024 | 08/05/2024 | Deleted | 14,565 | $100,000 | Local | |

#### 6001064 - 6001 - Mcclellan Magnet High School - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04056001105692 | McClellan Parking Lot Renovations | 0000 - --Not Specified-- | | | | 12/27/2004 | 02/15/2005 | Complete | 0 | $0 | Local | |
| 06076001016012300003 | McClellan Gym Bleacher Replacement | 0000 - --Not Specified-- | | | | 06/05/2006 | 07/31/2006 | Complete | 0 | $92,647 | Local | |
| 0607-6001-067 | McClellan Track Rehabilitation | 0000 - | | | | 07/07/2006 | 09/21/2006 | Complete | 0 | $72,808 | Local | |
| 0708-6001-515 | McClellan Athletic Locker Replacement | 600106401 - Senior High School | | | 06/01/2007 | 06/13/2007 | 07/29/2007 | Complete | 0 | $8,122 | Local | |
| 0708-6001-534 | McClellan Auditorium Theatrical Lighting Upgrade | 600106401 - Senior High School | | | 02/07/2007 | 03/07/2007 | 04/21/2007 | Complete | 0 | $63,835 | Local | |
| 0708-6001-535 | McClellan Auxiliary Gymnasium ReRoof | 600106401 - Senior High School | | | 06/19/2007 | 01/16/2008 | 05/28/2008 | Complete | 0 | $39,039 | Local | |
| 0809-6001-206 | McClellan E.O.L. Carpet Replacement | 600106401 - Senior High School | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 39,071 | $39,100 | Local | |
| 0809-6001-565 | McClellan ADA Restroom Renovations | 600106401 - Senior High School | | | 01/01/2008 | 06/01/2008 | 08/07/2009 | Complete | 0 | $318,888 | Local | |
| 0809-6001-594 | McClellan Partial Roof Replacement NW Corner | 600106401 - Senior High School | | | 04/01/2008 | 04/08/2008 | 04/25/2008 | Complete | 0 | $9,410 | Local | |
| 0809-6001-595 | McClellan Storm Drain System Repair | 600106401 - Senior High School | | | 09/01/2008 | 09/10/2008 | 09/19/2008 | Complete | 0 | $59,724 | Local | |
| 0910-6001-207 | McClellan E.O.L. Floor Tile Replacement | 600106401 - Senior High School | | | 11/01/2008 | 01/01/2009 | 12/31/2010 | Deleted | 41,261 | $51,300 | Local | |
| 0910-6001-208 | McClellan Roof Replacement | 0000 - | | | 02/01/2011 | 10/17/2011 | 06/06/2013 | Complete | 156,770 | $2,106,671 | Local | |
| 0910-6001-615 | McClellan HS New Football Stadium Concessions and Restrooms | 0000 - --Not Specified-- | | | 02/03/2009 | 05/14/2009 | 12/15/2009 | Complete | 0 | $218,086 | Local | |
| 1112-6001-672 | McClellan HS CBI Renovations | 0000 - Senior High School | | | 03/10/2011 | 06/01/2012 | 03/11/2013 | Complete | 2,000 | $296,892 | Local | |

DF_000566

**Capital Projects Summary**

## 6001000 - Little Rock School District

### 6001062 - 6001 - Mabelvale Middle School - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2324-6001-417 | Mabelvale MS E.O.L. Ceiling Tile Replacement | 0000 - | | | 01/01/2021 | 01/01/2023 | 12/31/2024 | Deleted | 81,600 | $490,000 | Partnership | |
| 2425-6001-414 | Mabelvale MS Gym Replacement And 12 Classroom Addition | 0000 - Middle School | | | 01/01/2008 | 06/01/2014 | 08/14/2015 | Deleted | 33,379 | $6,359,888 | Local | |
| 2425-6001-418 | Mabelvale MS E.O.L. Safety & Security Systems Renovations | 0000 - | | | 01/01/2023 | 01/01/2024 | 12/31/2025 | Deleted | 81,600 | $85,000 | Local | |
| 2425-6001-743 | Mabelvale Middle School Parking Expansion | 0000 - | | | 02/11/2013 | 03/01/2013 | 06/30/2015 | Deleted | 99,300 | $64,703 | Local | |

### 6001003 - 6001 - Mann Magnet Middle School - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607-6001-369 | Mann QZAB HVAC | 0000 - --Not Specified-- | | | 01/26/2007 | 04/26/2006 | 12/01/2007 | Complete | 0 | $382,400 | Local | |
| 0809-6001-371 | Mann MS E.O.L. Flooring Renovations | 0000 - --Not Specified-- | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 46,132 | $65,000 | Partnership | |
| 0910-6001-372 | Mann MS E.O.L. Ceiling Tile Replacement | 0000 - --Not Specified-- | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 85,108 | $511,000 | Partnership | |
| 0910-6001-581 | Mann Music & Dance Wing Replacement | 0000 - CR Addition Music/Dance | | | 02/03/2010 | 06/23/2011 | 06/01/2013 | Complete | 11,614 | $4,177,018 | Local | |
| 1011-6001-374 | Mann Roofing | 0000 - K-12 Comprehensive | | | 07/20/2010 | 01/19/2011 | 12/05/2011 | Complete | 33,978 | $1,343,876 | Stimulus (Archived) | |
| 1011-6001-658 | Mann MS Canopy Replacement | 600100302 - Middle School | | | 05/06/2010 | 06/28/2010 | 08/27/2010 | Complete | 0 | $8,400 | Local | |
| 1516-6001-379 | Mann MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 66,050 | $600,000 | Partnership | |
| 1516-6001-759 | Mann MS New Gym and Cafeteria Expansion | 0000 - --Not Specified-- | | | 01/01/2015 | 01/01/2016 | 08/15/2016 | Deleted | 25,000 | $3,500,000 | Local | |
| 1516-6001-783 | Mann MS Restroom Renovations | 0000 - | | | 03/14/2015 | 06/05/2016 | 08/15/2016 | Deleted | 4,000 | $200,000 | Local | |
| 1718-6001-370 | Mann MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2017 | 06/01/2017 | 08/15/2017 | Deleted | 66,050 | $450,000 | Local | |
| 1718-6001-381 | Mann E.O.L. Ceiling Grid Renovations | 600100302 - Middle School | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 19,058 | $114,348 | Partnership | |
| 1920-6001-017 | HVAC Mann Add A/C to Gym | 0000 - | | | 03/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 88,110 | $315,000 | Local | |
| 1920-6001-684 | Mann MS EOL Interior Doors and Frames | 600100327 - Middle School | | | 01/01/2020 | 06/01/2020 | 06/30/2020 | Deleted | 0 | $340,000 | Local | |
| 2021-6001-373 | Mann MS E.O.L. Systems Major Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 85,108 | $4,255,442 | Partnership | |
| 2021-6001-685 | Mann MS EOL Exterior Doors | 0000 - | | | 01/01/2020 | 06/01/2020 | 06/29/2020 | Deleted | 0 | $123,000 | Local | |
| 2122-6001-375 | Mann MS E.O.L. HVAC Renovations | 0000 - | | | 01/01/2021 | 06/01/2021 | 08/31/2021 | Deleted | 0 | $250,000 | Partnership | |

DF_000567

# Capital Projects Summary

January 18, 2017

## 6001000 - Little Rock School District

### 6001057 - 6001 - Mabelvale Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1617-6001-813 | Mabelvale ES Activity Addition | 600105701 - --Not Specified-- | | | 03/02/2015 | 06/01/2016 | 08/10/2016 | Deleted | 7,630 | $970,725 | Local | |
| 1718-6001-188 | Mabelvale ES E.O.L. Systems Minor Renovations | 0000 - Elementary or Primary | | | 01/01/2007 | 06/01/2008 | 12/31/2015 | Deleted | 55,568 | $281,814 | Local | |
| 2021-6001-010 | HVAC Mabelvale ES-Kitchen and Fresh Air | 0000 - | | | 01/01/2019 | 06/01/2020 | 09/01/2020 | Planned | 55,568 | $242,599 | Local | |
| 2021-6001-191 | Mabelvale ES E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 06/01/2020 | 08/10/2020 | Deleted | 55,568 | $150,000 | Partnership | |
| 2324-6001-193 | Mabelvale ES E.O.L. Safety & Security Systems Renovations | 0000 - | | | 01/01/2022 | 01/01/2023 | 12/31/2024 | Deleted | 55,568 | $150,000 | Partnership | |
| 2324-6001-775 | Mabelvale ES Fresh Air Unit | 0000 - | | | 02/03/2024 | 06/02/2024 | 08/15/2024 | Deleted | 55,648 | $200,000 | Local | |

### 6001062 - 6001 - Mabelvale Middle School - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0405600156454 | Mabelvale MS Parking Lot Improvements | 0000 - --Not Specified-- | | | | 07/23/2004 | 08/16/2004 | Complete | 0 | $0 | Local | |
| 0708-6001-531 | Mabelvale MS Outdoor Fitness Equipment | 600106201 - Middle School | | | 08/01/2007 | 08/21/2007 | 10/08/2007 | Complete | 0 | $34,483 | Local | |
| 0910-6001-415 | Mabelvale MS E.O.L. Carpet Replacement | 600106201 - Middle School | | | 01/01/2008 | 01/01/2009 | 12/31/2010 | Deleted | 32,600 | $32,600 | Local | |
| 0910-6001-580 | Mabelvale MS Classroom Addition | 600106201 - --Not Specified-- | | | 01/01/2008 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $1,200,000 | Partnership | |
| 0910-6001-624 | Mabelvale Middle School Gym Locker Rooms Renovations | 600106201 - Middle School | | | 05/22/2009 | 11/16/2009 | 08/16/2010 | Complete | 2,400 | $177,040 | Local | |
| 1011-6001-200 | MABELVALE M.S. NEW KITCHEN FACILITY | 0000 - Middle School | | | 01/05/2010 | 03/04/2010 | 08/25/2010 | Complete | 1,500 | $947,681 | Local | |
| 1011-6001-416 | Mabelvale MS E.O.L. Floor Tile Replacement | 600106201 - Middle School | | | 01/01/2009 | 01/01/2010 | 12/30/2011 | Deleted | 32,600 | $40,000 | Local | |
| 1314-6001-725 | Mabelvale Middle School Field House | 0000 - Middle School | | | 02/28/2013 | 04/02/2013 | 01/27/2014 | Complete | 3,750 | $926,676 | Local | |
| 1516-6001-419 | Mabelvale MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 81,600 | $190,000 | Partnership | |
| 1718-6001-413 | Mabelvale MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2008 | 01/02/2017 | 08/12/2018 | Deleted | 81,600 | $200,000 | Local | |
| 1718-6001-420 | Mabelvale MS E.O.L. Systems Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 81,000 | $425,000 | Partnership | |
| 1819-6001-642 | Mabelvale MS Classroom Addition | 600106201 - --Not Specified-- | | | 01/01/2016 | 01/01/2018 | 08/15/2018 | Deleted | 22,023 | $3,338,400 | Partnership | |
| 1920-6001-019 | HVAC Mabelvale Middle Fresh Air | 0000 - | | | 03/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 90,180 | $250,000 | Local | |
| 1920-6001-695 | Mabelvale MS EOL Systems Replacement | 0000 - | | | 01/01/2019 | 06/01/2020 | 06/30/2020 | Deleted | 81,600 | $50,000 | Local | |

DF_000568

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001035 - 6001 - M.L. King Magnet Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1112-6001-669 | M.L. King ES Restroom Renovations | 0000 - | | | 05/06/2010 | 05/14/2011 | 08/27/2011 | Complete | 0 | $178,724 | Local | |
| 1213-6001-737 | M.L. King Building Automation System | 0000 - | | | 07/02/2012 | 06/18/2012 | 10/04/2012 | Complete | 76,000 | $98,510 | Local | |
| 1213-6001-738 | M.L. King Skylight Replacement | 0000 - | | | 06/01/2012 | 07/20/2012 | 02/25/2013 | Complete | 0 | $192,530 | Local | |
| 1516-6001-405 | M.L. King E.O.L. Site Systems Renovation | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 75,000 | $531,125 | Local | |
| 1617-6001-814 | King ES HVAC Additions | 0000 - | | | 03/02/2015 | 06/01/2016 | 08/10/2015 | Deleted | 76,000 | $60,000 | Local | |
| 1718-6001-761 | M.L. King ES Roof Replacement | 0000 - | | | 01/01/2017 | 06/01/2018 | 08/10/2018 | Deleted | 76,000 | $831,250 | Local | |
| 1819-6001-706 | M.L. King EOL Interior Doors & Frames Replacement | 600103501 - King Magnet | | | 01/01/2018 | 06/01/2018 | 08/15/2018 | Deleted | 0 | $52,500 | Local | |
| 1920-6001-016 | HVAC-King Boiler Replacement | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 76,000 | $50,000 | Local | |
| 2021-6001-403 | M.L. King E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 06/01/2020 | 08/10/2020 | Deleted | 76,000 | $180,000 | Partnership | |
| 2425-6001-404 | M.L. King E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2013 | 01/01/2014 | 12/31/2015 | Deleted | 76,000 | $850,000 | Partnership | |

### 6001057 - 6001 - Mabelvale Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 050660010160 46300044 | Mabelvale ES Pre-K Playground | 0000 - --Not Specified-- | | | | 07/25/2005 | 09/30/2005 | Complete | 0 | $0 | Local | |
| 0607600162 | Mabelvale ES QZAB HVAC | 0000 - --Not Specified-- | | | | 04/26/2006 | 11/14/2006 | Complete | 0 | $220,000 | Local | |
| 0708-6001-186 | Mabelvale ES Paving | 600105701 - Elementary or Primary | | | 01/01/2008 | 06/01/2008 | 12/31/2008 | Deleted | 0 | $50,000 | Local | |
| 0708-6001-187 | Mabelvale ES Media Center Enclosure | 600105701 - Elementary or Primary | | | 01/31/2007 | 12/27/2007 | 03/13/2008 | Complete | 0 | $172,736 | Local | |
| 0708-6001-189 | Mabelvale ES Playground Update | 600105701 - Elementary or Primary | | | 01/01/2007 | 01/02/2008 | 07/08/2008 | Complete | 0 | $100,095 | Local | |
| 0910-6001-190 | Mabelvale ES E.O.L. Ceiling Tile Replacement | 600105701 - Elementary or Primary | | | 01/01/2008 | 01/01/2009 | 12/31/2010 | Deleted | 55,568 | $333,408 | Partnership | |
| 0910-6001-579 | Mabelvale ES Bus Drive & Parking Area | 0000 - --Not Specified-- | | | 03/05/2009 | 06/01/2009 | 09/01/2009 | Complete | 0 | $158,648 | Local | |
| 1011-6001-613 | Mabelvale ES ADA Restroom Renovations | 600105701 - Elementary or Primary | | | 02/17/2010 | 05/18/2010 | 08/16/2010 | Complete | 0 | $130,738 | Local | |
| 1112-6001-192 | Mabelvale ES Roof Replacement | 600105701 - Elementary or Primary | | | 12/16/2009 | 10/14/2010 | 02/28/2012 | Complete | 55,568 | $972,008 | Stimulus (Archived) | |
| 1415-6001-194 | Mabelvale ES Fire Alarm System | 0000 - | | | 02/11/2009 | 11/01/2013 | 04/30/2014 | Complete | 55,568 | $79,314 | Local | |
| 1516-6001-195 | Mabelvale ES E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 55,568 | $2,100,000 | Partnership | |

27 of 48

DF_000569

## Capital Projects Summary

### 6001000 - Little Rock School District

#### 6001030 - 6001 - Jefferson Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0809-6001-564 | Jefferson Parking Improvements | 0000 - --Not Specified-- | | | 01/01/2008 | 06/01/2008 | 12/01/2009 | Deleted | 0 | $60,000 | Local | |
| 0910-6001-297 | Jefferson E.O.L. Floor Tile Replacement | 0000 - --Not Specified-- | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 17,960 | $26,130 | Local | |
| 1011-6001-299 | Jefferson Playground Update | 600103001 - Elementary or Primary | | | 04/19/2009 | 05/19/2009 | 08/07/2009 | Complete | 0 | $75,000 | Local | |
| 1112-6001-300 | Jefferson E.O.L. Intercom Replacement | 0000 - --Not Specified-- | | | 01/01/2010 | 01/01/2011 | 12/31/2012 | Deleted | 45,000 | $10,000 | Local | |
| 1314-6001-301 | Jefferson E.O.L. Ceiling Tile Replacement | 600103001 - Elementary or Primary | | | 01/01/2012 | 01/01/2013 | 12/31/2014 | Deleted | 0 | $261,000 | Local | |
| 1415-6001-302 | Jefferson E.O.L. Parking Surface Renovations | 0000 - --Not Specified-- | | | 01/01/2013 | 01/01/2014 | 01/30/2015 | Deleted | 0 | $250,000 | Local | |
| 1516-6001-304 | Jefferson E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 43,500 | $650,000 | Partnership | |
| 1617-6001-811 | Jefferson ES Activity Room Addition | 600103001 - --Not Specified-- | | | 03/02/2015 | 06/01/2016 | 08/10/2016 | Deleted | 4,500 | $970,725 | Local | |
| 1617-6001-812 | Jefferson ES HVAC Controls | 0000 - | | | 02/02/2015 | 03/21/2016 | 03/25/2016 | Deleted | 45,046 | $100,000 | Local | |
| 1718-6001-305 | Jefferson ES Systems Renovations | 0000 - | | | 12/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 750 | $120,000 | Partnership | |
| 1819-6001-704 | Jefferson ES EOL Interior Doors and Frames Replacement | 600103001 - Elementary or Primary | | | 01/01/2018 | 07/02/2018 | 08/15/2018 | Deleted | 0 | $43,500 | Local | |
| 1920-6001-006 | Roof Replacement Jefferson | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 43,546 | $1,250,000 | Local | |
| 1920-6001-021 | HVAC Jefferson Fresh Air Replacement | 0000 - | | | 03/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 43,546 | $100,000 | Local | |
| 2021-6001-298 | Jefferson E.O.L. Systems Minor Renovations | 0000 - | | | 11/01/2019 | 06/01/2020 | 08/10/2020 | Deleted | 45,000 | $250,000 | Partnership | |
| 2425-6001-303 | Jefferson Roof Replacement | 0000 - | | | 01/01/2013 | 01/01/2024 | 12/31/2025 | Deleted | 45,000 | $1,093,750 | Partnership | |

#### 6001035 - 6001 - M.L. King Magnet Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-401 | M.L. King E.O.L. Ceiling Tile Replacement | 600103501 - King Magnet | | | 01/01/2008 | 01/01/2008 | 12/31/2008 | Deleted | 0 | $456,000 | Local | |
| 0708-6001-528 | M.L. King HVAC Revisions | 600103501 - King Magnet | | | 10/29/2007 | 02/01/2008 | 05/31/2008 | Complete | 0 | $161,981 | Local | |
| 0708-6001-542 | M.L. King Early Childhood Playground | 0000 - --Not Specified-- | | | 01/01/2008 | 01/08/2008 | 03/02/2008 | Complete | 0 | $12,500 | Local | |
| 0708-6001-543 | M.L. King Waterproofing | 600103501 - King Magnet | | | 01/01/2008 | 06/01/2008 | 08/01/2008 | Deleted | 0 | $110,000 | Partnership | |
| 0708-6001-592 | M.L. King Fitness Equipment and Concrete Site Work | 600103501 - King Magnet | | | 04/01/2007 | 04/16/2007 | 07/07/2007 | Complete | 0 | $22,025 | Local | |
| 0809-6001-402 | M.L. King E.O.L. Carpet Replacement | 600103501 - King Magnet | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 0 | $25,123 | Local | |
| 0809-6001-593 | M.L. King Roof Repair, Tuckpointing and Waterproofing of Media Center and Courtyards | 600103501 - King Magnet | | | 07/01/2008 | 03/17/2009 | 07/23/2009 | Complete | 0 | $109,378 | Local | |

DF_000570

## Capital Projects Summary

January 18, 2017

### 6001000 - Little Rock School District

#### 6001063 - 6001 - J.A. Fair High School - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0809-6001-129 | J.A. Fair E.O.L. Carpet Replacement | 600106301 - Senior High School | | | 12/03/2007 | 01/01/2008 | 12/31/2009 | Deleted | 0 | $23,766 | Local | |
| 0809-6001-560 | J.A. Fair Running Track Renovations | 600106301 - Senior High School | | | 01/01/2008 | 06/01/2008 | 12/31/2009 | Deleted | 0 | $140,000 | Local | |
| 0910-6001-130 | J.A. Fair E.O.L. Ceiling & Flooring Replacement | 600106301 - Senior High School | | | 12/01/2008 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $613,373 | Partnership | |
| 1011-6001-131 | J.A. Fair E.O.L. Wood Flooring Renovation | 600106301 - Senior High School | | | 11/02/2009 | 01/01/2010 | 12/30/2011 | Deleted | 0 | $251,640 | Partnership | |
| 1011-6001-611 | J.A. Fair HS Boiler and Tower Replacement | 600106301 - Senior High School | | | 09/02/2010 | 02/16/2011 | 10/19/2011 | Complete | 0 | $146,602 | Stimulus (Archived) | |
| 1011-6001-653 | J.A. Fair HS Storm Damage Repair | 600106301 - Senior High School | | | 05/26/2010 | 05/27/2010 | 03/11/2011 | Complete | 0 | $2,822,350 | Local | |
| 1112-6001-715 | HVAC Replacement | 0000 - --Not Specified-- | | | 01/01/2010 | 01/01/2011 | 06/01/2011 | Deleted | 1 | $1 | Stimulus (Archived) | |
| 1112-6001-735 | J.A. Fair HS Consumer Science/Home Econmics ADA Conversions | 0000 - | | | 05/14/2012 | 05/31/2012 | 08/27/2012 | Complete | 1,000 | $31,412 | Local | |
| 1314-6001-721 | J.A. Fair HS Restroom Renovations | 0000 - | | | 01/18/2013 | 05/20/2013 | 10/06/2013 | Complete | 500 | $396,322 | Local | |
| 1516-6001-135 | J.A. Fair E.O.L. HVAC Systems Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 125,820 | $250,000 | Partnership | |
| 1718-6001-638 | J.A. Fair HS Classroom Addition | 600106301 - --Not Specified-- | | | 01/01/2015 | 01/02/2017 | 08/15/2017 | Deleted | 13,015 | $3,000,000 | Partnership | |
| 1718-6001-797 | J.A. Fair High School Fire Alarm Replacement | 0000 - | | | 06/01/2015 | 06/01/2017 | 08/10/2017 | Deleted | 157,691 | $64,450 | Local | |
| 2223-6001-132 | J.A. Fair E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 127,396 | $350,000 | Partnership | |
| 2425-6001-133 | J.A. Fair E.O.L. Roof System Replacement | 0000 - | | | 01/01/2013 | 01/01/2014 | 12/31/2015 | Deleted | 115,000 | $500,000 | Partnership | |
| 2526-6001-134 | J.A. Fair E.O.L. Site Systems Renovation | 0000 - Senior High School | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 0 | $633,900 | Local | |

#### 6001030 - 6001 - Jefferson Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607600157 | Jefferson Playground Equipment Removal Relocation & Reinstallation | 0000 - --Not Specified-- | | | | 05/12/2006 | 08/01/2006 | Complete | 0 | $7,539 | Local | |
| 0708-6001-295 | Jefferson E.O.L. Ceiling Tile Replacement | 600103002 - Library/Media Center | | | 01/01/2008 | 01/01/2008 | 06/30/2008 | Deleted | 0 | $10,000 | Local | |
| 0708-6001-524 | Jefferson Landscape and Site Improvements | 0000 - --Not Specified-- | | | 10/26/2007 | 08/05/2008 | 03/02/2009 | Complete | 0 | $118,697 | Local | |
| 0708-6001-525 | Jefferson ADA Restroom Renovations | 600103001 - Elementary or Primary | | | 11/07/2006 | 05/23/2007 | 08/01/2007 | Complete | 0 | $168,815 | Local | |
| 0809-6001-296 | Jefferson E.O.L. Carpet Replacement | 0000 - --Not Specified-- | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 22,650 | $21,992 | Local | |
| 0809-6001-563 | Jefferson Canopy | 600103001 - Elementary or Primary | | | 01/01/2008 | 06/01/2008 | 12/31/2009 | Deleted | 0 | $10,000 | Local | |

DF_000571

# Capital Projects Summary

January 18, 2017

## 6001000 - Little Rock School District

### 6001013 - 6001 - Henderson Middle School - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 050660013216 41 | Henderson Drinking Fountain Replacement | 0000 - --Not Specified-- | | | | 07/25/2005 | 08/25/2005 | Complete | 0 | $0 | Local | |
| 060760010160 13300013 | Henderson Front Entrance Renovation | 0000 - --Not Specified-- | | | | 05/17/2006 | 08/07/2006 | Complete | 0 | $540,000 | Local | |
| 060760010160 13300014 | Henderson Media Center HVAC | 0000 - --Not Specified-- | | | | 06/06/2006 | 08/04/2006 | Complete | 0 | $90,191 | Local | |
| 0708-6001-197 | Henderson Locker Replacement | 600101301 - Middle School | | | 06/01/2006 | 07/24/2006 | 02/16/2007 | Complete | 0 | $9,990 | Local | |
| 0910-6001-578 | Henderson HVAC  & Electrical Renovations | 0000 - Middle School | | | 12/17/2009 | 04/08/2010 | 09/30/2010 | Complete | 0 | $1,050,934 | Stimulus (Archived) | |
| 1112-6001-200 | Henderson E.O.L. Ceilng Tile Replacement | 600101301 - Middle School | | | 01/01/2010 | 01/01/2011 | 12/01/2012 | Deleted | 0 | $257,000 | Partnership | |
| 1112-6001-673 | Henderson MS Consumer Science Kitchen ADA Conversion | 0000 - | | | 10/26/2011 | 05/31/2012 | 08/27/2012 | Complete | 2,000 | $40,545 | Local | |
| 1213-6001-201 | Henderson E.O.L. Fence Replacement | 600101301 - Middle School | | | 01/01/2011 | 01/01/2013 | 12/31/2013 | Deleted | 0 | $39,000 | Partnership | |
| 1314-6001-202 | Henderson E.O.L. Parking Surface Renovations | 0000 - --Not Specified-- | | | 01/01/2012 | 01/01/2013 | 12/31/2014 | Deleted | 0 | $180,000 | Local | |
| 1314-6001-740 | Henderson Middle School ADA Restrooms | 0000 - | | | 10/17/2012 | 06/06/2013 | 09/16/2013 | Complete | 700 | $41,087 | Local | |
| 1516-6001-203 | Henderson E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 103,200 | $700,000 | Partnership | |
| 1516-6001-801 | Henderson MS Restroom Renovations | 0000 - | | | 02/27/2015 | 06/01/2015 | 08/10/2015 | Deleted | 103,212 | $430,500 | Local | |
| 1718-6001-196 | Henderson E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2008 | 01/01/2008 | 12/31/2008 | Deleted | 103,200 | $600,000 | Partnership | |
| 1718-6001-204 | Henderson E.O.L. Boiler Replacement | 0000 - | | | 11/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 130,212 | $300,000 | Partnership | |
| 1819-6001-662 | Henderson MS Classroom Addition | 600101301 - --Not Specified-- | | | 01/01/2016 | 01/01/2018 | 08/15/2018 | Deleted | 4,901 | $1,800,000 | Local | |
| 2021-6001-198 | Henderson E.O.L. Lighting & Safety Systems Replacement | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 103,200 | $350,000 | Partnership | |
| 2021-6001-199 | Henderson Elevator | 0000 - | | | 01/01/2009 | 01/01/2010 | 12/30/2011 | Deleted | 0 | $50,000 | Partnership | |
| 2021-6001-764 | Henderson MS Roof Replacement | 0000 - | | | 01/01/2019 | 06/01/2020 | 08/10/2020 | Deleted | 103,212 | $2,000,000 | Local | |

### 6001063 - 6001 - J.A. Fair High School - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607-6001-128 | J.A. Fair Girls Softball Field | 0000 - --Not Specified-- | | | 10/01/2006 | 04/26/2007 | 09/26/2008 | Complete | 0 | $2,042,889 | Local | |
| 0708-6001-514 | J.A. Fair Athletic Locker Replacement | 0000 - Senior High School | | | 06/01/2007 | 06/13/2007 | 07/29/2007 | Complete | 0 | $7,902 | Local | |

DF_000572

## Capital Projects Summary

January 18, 2017

### 6001000 - Little Rock School District

#### 6001002 - 6001 - Hall High School - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607-6001-268 | Hall HVAC | 0000 - --Not Specified-- | | | 12/01/2006 | 01/02/2007 | 05/25/2007 | Complete | 0 | $120,104 | Local | |
| 0809-6001-270 | Hall Roof Replacement | 0000 - | | | 07/31/2009 | 04/21/2010 | 07/11/2013 | Complete | 210,000 | $3,285,799 | Local | |
| 0809-6001-591 | Hall Auditorium Boiler Abatement, Demolition and Replacement | 600100203 - Auditorium/Classrooms | | | 05/16/2008 | 06/17/2008 | 04/22/2009 | Complete | 0 | $72,130 | Local | |
| 0910-6001-635 | Hall HS Fencing | 600100201 - Senior High School | | | 12/01/2009 | 12/07/2009 | 12/30/2009 | Complete | 0 | $9,600 | Local | |
| 1011-6001-273 | Hall Waterproofing | 0000 - --Not Specified-- | | | 01/01/2009 | 01/01/2010 | 12/30/2011 | Deleted | 0 | $100,000 | Partnership | |
| 1112-6001-675 | Hall HS Consumer Science Kitchen ADA Conversion | 0000 - | | | 01/01/2012 | 06/04/2012 | 02/08/2013 | Complete | 1,050 | $76,588 | Local | |
| 1415-6001-758 | Hall High School Mammoth Unit Replacement | 0000 - | | | 10/01/2013 | 11/24/2014 | 04/10/2014 | Complete | 210,000 | $135,317 | Local | |
| 1415-6001-786 | Hall HS Auditorium Renovations | 0000 - | | | 02/05/2014 | 06/05/2015 | 08/10/2016 | Committed | 32,652 | $173,637 | Local | |
| 1516-6001-276 | Hall E.O.L. Systems Major Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 180,866 | $13,981,400 | Partnership | |
| 1516-6001-843 | Hall High School Restroom Abatement and Renovations | 0000 - | | | 03/25/2015 | 04/11/2015 | 09/22/2015 | Complete | 0 | $512,570 | Local | |
| 1617-6001-277 | Hall E.O.L. Gymnasium Ventalation System | 0000 - Gym | | | 05/13/2008 | 06/01/2016 | 11/30/2016 | Complete | 0 | $125,000 | Local | |
| 1718-6001-001 | Hall High School Fire Alarm Upgrade | 0000 - | | | 03/25/2015 | 06/01/2016 | 08/10/2016 | Planned | 214,608 | $204,000 | Local | |
| 1718-6001-007 | Fire Alarm Replacement Hall | 0000 - | | | 06/01/2017 | 08/01/2017 | 09/01/2017 | Planned | 90,028 | $225,000 | Local | |
| 1718-6001-269 | Hall E.O.L. Systems Major Renovations | 0000 - | | | 01/01/2008 | 01/01/2008 | 12/31/2008 | Deleted | 139,582 | $6,250,000 | Partnership | |
| 1718-6001-278 | Hall E.O.L. Systems Renovations | 0000 - --Not Specified-- | | | 08/12/2009 | 11/03/2010 | 12/29/2017 | Deleted | 57,000 | $3,193,974 | Local | |
| 1718-6001-750 | Hall HS Classroom Addition to Eliminate Portable Classrooms | 600100204 - --Not Specified-- | | | 01/01/2015 | 05/02/2016 | 08/01/2017 | Deleted | 10,978 | $6,162,500 | Local | |
| 1819-6001-271 | Hall E.O.L. Systems Minor Renovations | 0000 - --Multiple Buildings-- | | | 01/01/2008 | 05/15/2018 | 08/15/2018 | Deleted | 79,930 | $806,250 | Local | |
| 1819-6001-682 | Hall HS EOL Interior Doors and Frames and Ceiling Grid | 600100202 - Senior High School 600 Zone | | | 01/01/2018 | 07/02/2018 | 07/30/2018 | Deleted | 0 | $35,000 | Local | |
| 1920-6001-683 | Hall HS EOL Systems Replacement | 0000 - | | | 01/01/2018 | 06/03/2019 | 08/15/2019 | Deleted | 0 | $265,500 | Local | |
| 2021-6001-009 | HVAC Addiiton and Replacement at Hall | 0000 - | | | 01/01/2019 | 06/01/2020 | 09/01/2020 | Planned | 90,028 | $305,000 | Local | |
| 2021-6001-272 | Hall E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 162,522 | $1,150,000 | Local | |
| 2122-6001-274 | Hall E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2010 | 01/01/2011 | 12/31/2012 | Deleted | 24,347 | $400,000 | Partnership | |
| 2122-6001-750 | Hall HS Site, HVAC and Plumbing | 0000 - | | | 12/01/2020 | 06/01/2021 | 08/10/2021 | Deleted | 190,000 | $600,000 | Local | |
| 2425-6001-275 | Hall E.O.L. System Minor Renovations | 0000 - | | | 01/01/2013 | 01/01/2014 | 12/31/2015 | Deleted | 51,445 | $3,000,000 | Partnership | |

DF_000573

**Capital Projects Summary**

## 6001000 - Little Rock School District

### 6001056 - 6001 - Geyer Springs Gifted And Talented Academy - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-6001-216 | Geyer Springs E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 06/01/2020 | 08/10/2020 | Deleted | 41,780 | $170,000 | Partnership | |

### 6001027 - 6001 - Gibbs Magnet Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05066001299125 | Gibbs Addition | 0000 - --Not Specified-- | | | | 04/27/2005 | 12/20/2005 | Complete | 6,483 | $0 | Local | |
| 050660015703 8 | Gibbs Flooring Abatement | 0000 - --Not Specified-- | | | | 06/19/2006 | 06/26/2006 | Complete | 0 | $0 | Local | |
| 06076001038027300002 | Gibbs Bus Access Drive | 0000 - --Not Specified-- | | | | 05/31/2006 | 09/29/2006 | Complete | 0 | $177,942 | Local | |
| 060760011066 54 | Gibbs Playground | 0000 - --Not Specified-- | | | | 06/08/2006 | 08/01/2006 | Complete | 0 | $17,836 | Local | |
| 0607-6001-107 | Gibbs Playground  & Landscape Improvements | 0000 - --Not Specified-- | | | 06/15/2006 | 04/25/2007 | 08/01/2007 | Complete | 0 | $141,747 | Local | |
| 0607600149 | Gibbs Landscape & Irrigation Improvements | 0000 - --Not Specified-- | | | | 08/23/2006 | 11/15/2006 | Complete | 0 | $15,950 | Local | |
| 060760015703 7 | Gibbs Elementary Flooring | 0000 - --Not Specified-- | | | | 06/26/2006 | 07/03/2006 | Complete | 0 | $9,383 | Local | |
| 0708-6001-507 | Gibbs Walkway Canopies | 600102701 - Elementary or Primary | | | 08/15/2007 | 09/05/2007 | 10/20/2007 | Complete | 0 | $8,170 | Local | |
| 1213-6001-110 | Gibbs Roof Replacement | 0000 - | | | 01/01/2011 | 02/06/2012 | 04/11/2013 | Complete | 43,720 | $869,526 | Partnership | |
| 1516-6001-111 | Gibbs E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 37,237 | $410,000 | Partnership | |
| 1516-6001-782 | Gibbs ES Restroom Renovations | 0000 - | | | 02/17/2014 | 06/01/2014 | 08/27/2014 | Complete | 4,100 | $222,633 | Local | |
| 1617-6001-810 | Gibbs ES Playground Pavilion | 600102701 - --Not Specified-- | | | 01/30/2015 | 06/01/2016 | 08/10/2015 | Deleted | 3,620 | $231,125 | Local | |
| 1718-6001-108 | Gibbs E.O.L. Systems Minor Renovations | 0000 - | | | 02/27/2012 | 03/05/2012 | 12/31/2016 | Deleted | 43,720 | $1,956,235 | Local | |
| 1718-6001-112 | Gibbs E.O.L. Canopies and Exterior Door Replacement | 600102701 - Elementary or Primary | | | 01/01/2016 | 01/01/2017 | 12/01/2017 | Deleted | | $1,125,000 | Partnership | |
| 1819-6001-703 | Gibbs ES Window Replacement | 0000 - | | | 01/01/2018 | 07/02/2018 | 08/15/2018 | Deleted | 0 | $300,000 | Local | |
| 2021-6001-013 | HVAC Gibbs Add A/C to Kitchen | 0000 - | | | 01/01/2020 | 06/01/2020 | 09/01/2020 | Planned | 37,237 | $65,000 | Local | |
| 2021-6001-109 | Gibbs E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2020 | 06/01/2020 | 08/10/2020 | Deleted | 37,237 | $285,000 | Partnership | |

DF_000574

## Capital Projects Summary

### 6001000 - Little Rock School District

#### 6001048 - 6001 - Fulbright Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1819-6001-714 | Fulbright EOL Interior Doors Frames and Ceiling Grid Renovations | 600104801 - Elementary or Primary | | | 01/01/2019 | 06/03/2019 | 06/28/2019 | Deleted | 0 | $165,000 | Local | |
| 2021-6001-168 | Fulbright E.O.L. Electrical Service Replacement | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 66,892 | $225,000 | Partnership | |
| 2122-6001-170 | Fulbright Classroom Addition | 600104801 - --Not Specified-- | | | 01/01/2010 | 01/01/2015 | 12/31/2016 | Deleted | 25,065 | $3,476,512 | Local | |
| 2122-6001-171 | Fulbright E.O.L. Roof Renovation | 0000 - | | | 01/01/2020 | 01/01/2021 | 12/31/2022 | Deleted | 60,000 | $500,000 | Partnership | |
| 2122-6001-172 | Fulbright E.O.L. Security System Replacement | 0000 - | | | 01/01/2020 | 01/01/2021 | 12/31/2022 | Deleted | 66,892 | $82,000 | Local | |
| 2223-6001-173 | Fulbright E.O.L. Furnace Replacement | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 0 | $230,000 | Partnership | |
| 2425-6001-174 | Fulbright E.O.L. HVAC Renovations | 0000 - | | | 01/01/2023 | 01/01/2024 | 12/31/2025 | Deleted | 67,100 | $230,000 | Partnership | |
| 2526-6001-175 | Fulbright E.O.L. Systems Exterior Renovations | 0000 - | | | 04/10/2013 | 06/10/2013 | 12/30/2016 | Deleted | 0 | $196,996 | Local | |

#### 6001056 - 6001 - Geyer Springs Gifted And Talented Academy - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 060760010260 37300042 | Geyer Springs ADA Restroom Renovation | 0000 - --Not Specified-- | | | | 05/04/2006 | 09/15/2006 | Complete | 0 | $24,880 | Local | |
| 0809-6001-214 | Geyer Springs Playground | 600105601 - Elementary or Primary | | | 01/01/2008 | 04/13/2008 | 09/29/2008 | Complete | 0 | $61,457 | Local | |
| 0809-6001-215 | Geyer Springs E.O.L. Carpet Replacement | 600105601 - Elementary or Primary | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 0 | $11,316 | Local | |
| 1011-6001-655 | Geyer Springs ES Walkway Canopy System | 600105601 - Elementary or Primary | | | 08/02/2010 | 08/16/2010 | 10/08/2010 | Complete | 0 | $20,185 | Local | |
| 1213-6001-217 | Geyer Springs Fire Alarm | 600105601 - Elementary or Primary | | | 02/11/2009 | 11/02/2009 | 06/21/2010 | Complete | 0 | $27,202 | Local | |
| 1314-6001-218 | Geyer Springs E.O.L. Ceiling Tile Replacement | 600105601 - Elementary or Primary | | | 01/01/2012 | 01/01/2013 | 01/31/2014 | Deleted | 0 | $250,800 | Partnership | |
| 1516-6001-219 | Geyer Springs E.O.L. Systems Major Renovation | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 41,800 | $2,500,000 | Partnership | |
| 1516-6001-809 | Geyer Springs ES Fire Alarm Addition | 0000 - | | | 03/02/2015 | 06/01/2015 | 08/10/2015 | Deleted | 41,780 | $52,000 | Local | |
| 1718-6001-213 | Geyer Springs E.O.L. HVAC Renovations | 0000 - | | | 01/01/2017 | 06/01/2017 | 08/10/2017 | Deleted | 41,780 | $250,000 | Local | |
| 1718-6001-220 | Geyer Springs E.O.L. Playground and Parking Renovations | 0000 - | | | 01/01/2011 | 07/06/2011 | 12/01/2017 | Deleted | 3,580 | $515,419 | Local | |
| 1819-6001-708 | Geyer Springs EOL Ceramic Tile Replacement | 600105601 - Elementary or Primary | | | 01/01/2018 | 06/01/2018 | 07/16/2018 | Deleted | 0 | $113,160 | Local | |

DF_000575

## Capital Projects Summary

January 18, 2017

### 6001000 - Little Rock School District

#### 6001025 - 6001 - Franklin Incentive Elem. Sch. - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1718-6001-343 | Franklin E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2018 | 06/01/2018 | 08/31/2018 | Deleted | 78,334 | $298,000 | Local | |
| 1819-6001-562 | Franklin Campus Lighting Improvements | 0000 - | | | 01/01/2018 | 06/01/2018 | 08/31/2018 | Deleted | 0 | $10,000 | Local | |
| 1819-6001-700 | Franklin ES EOI Interior Door Replacement | 0000 - --Not Specified-- | | | 01/02/2017 | 06/30/2017 | 08/31/2017 | Deleted | 0 | $72,000 | Local | |
| 1920-6001-701 | Franklin ES EOL HVAC Renovations | 0000 - --Not Specified-- | | | 01/01/2018 | 06/01/2018 | 08/15/2018 | Deleted | 34,167 | $256,000 | Local | |
| 2021-6001-016 | HVAC Franklin-Add A/C to Kitchen | 0000 - | | | 01/01/2020 | 06/01/2020 | 09/01/2020 | Planned | 68,053 | $60,000 | Local | |
| 2021-6001-345 | Franklin E.O.L. Systems Minor Renovations | 0000 - Elementary or Primary | | | 01/01/2009 | 01/01/2010 | 12/30/2011 | Deleted | 0 | $325,000 | Partnership | |
| 2122-6001-347 | Franklin E.O.L. Intercom Replacement | 0000 - | | | 01/01/2020 | 01/01/2021 | 12/31/2022 | Deleted | 678,053 | $8,500 | Partnership | |
| 2223-6001-348 | Franklin E.O.L. HVAC Control Replacement | 0000 - Elementary or Primary | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 0 | $45,000 | Local | |
| 2526-6001-350 | Franklin E.O.L. Systems Minor Renovations | 0000 - Elementary or Primary | | | 01/07/2013 | 01/01/2015 | 12/30/2016 | Deleted | 68,053 | $4,079,604 | Partnership | |

#### 6001048 - 6001 - Fulbright Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 050660011126 43 | Fulbright Walkway Canopy System | 0000 - --Not Specified-- | | | 09/14/2005 | 10/31/2005 | | Complete | 0 | $0 | Local | |
| 060760010260 48300039 | Fulbright ADA Restroom Renovations | 0000 - --Not Specified-- | | | 05/05/2006 | 10/30/2006 | | Complete | 0 | $149,734 | Local | |
| 0607-6001-047 | Fulbright Walkway Canopy System ('06) | 0000 - --Not Specified-- | | | 06/14/2006 | 08/14/2006 | 01/07/2007 | Complete | 0 | $28,377 | Local | |
| 0607-6001-164 | Fulbright Pre-K Playground Equipment Installation | 600104801 - Elementary or Primary | | | 11/01/2006 | 11/09/2006 | 01/01/2007 | Complete | 0 | $13,324 | Local | |
| 0607600146 | Fulbright Site Work | 0000 - --Not Specified-- | | | 06/05/2006 | 09/06/2006 | | Complete | 0 | $13,924 | Local | |
| 0910-6001-167 | Fulbright E.O.L. Ceiling & Flooring Renovation | 600104801 - Elementary or Primary | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $150,000 | Partnership | |
| 1011-6001-169 | Fulbright Fire Alarm | 0000 - | | | 02/11/2009 | 11/01/2013 | 05/14/2014 | Complete | 66,892 | $86,013 | Local | |
| 1314-6001-739 | Fulbright Restroom Renovations | 0000 - | | | 07/15/2013 | 06/02/2014 | 09/02/2014 | Complete | 600 | $150,781 | Local | |
| 1415-6001-757 | Fulbright Elementary School Restroom Additions | 600104801 - --Not Specified-- | | | 07/15/2013 | 06/01/2014 | 08/25/2014 | Complete | 66,892 | $355,121 | Local | |
| 1516-6001-766 | Fulbright ES Parking Addition | 0000 - | | | 01/01/2014 | 06/01/2015 | 08/15/2015 | Deleted | 0 | $300,000 | Local | |
| 1617-6001-165 | Fulbright Bus Drive | 0000 - Elementary or Primary | | | 07/05/2006 | 01/01/2007 | 12/01/2008 | Deleted | 0 | $200,000 | Local | |
| 1718-6001-166 | Fulbright E.O.L. Systems Major Renovations | 0000 - | | | 01/01/2007 | 01/01/2008 | 12/31/2008 | Deleted | 67,000 | $3,350,000 | Partnership | |

DF_000576

**Capital Projects Summary**

January 18, 2017

### 6001000 - Little Rock School District

#### 6001024 - 6001 - Forest Park Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1314-6001-748 | Forest Park ES Outdoor Play Pavilion | 0000 - --Not Specified-- | | | 04/01/2013 | 06/07/2013 | 09/30/2013 | Complete | 0 | $372,385 | Local | |
| 1516-6001-022 | Forest Park E.O.L. Electrical Distribution System Replacement | 0000 - | | | 01/01/2015 | 06/01/2015 | 08/01/2015 | Deleted | 17,000 | $135,000 | Partnership | |
| 1617-6001-023 | Forest Park ES E.O.L. HVAC Controls | 600102401 - Elementary or Primary | | | 12/17/2009 | 05/12/2010 | 10/12/2010 | Complete | 32,000 | $75,265 | Local | |
| 1718-6001-012 | Forest Park Classroom Addition | 600102401 - --Not Specified-- | | | 01/01/2007 | 06/02/2016 | 09/30/2016 | Complete | 9,297 | $3,982,000 | Local | |
| 1718-6001-024 | Forest Park ES E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2017 | 06/01/2017 | 12/29/2017 | Deleted | 32,000 | $110,000 | Partnership | |
| 1819-6001-014 | Forest Park E.O.L. HVAC Renovations | 0000 - | | | 01/01/2008 | 06/01/2009 | 08/10/2009 | Deleted | 32,000 | $198,000 | Partnership | |
| 1819-6001-699 | Forest Park ES EOL Interior Door Replacement | 600102401 - Elementary or Primary | | | 01/01/2018 | 06/01/2018 | 06/29/2018 | Deleted | 0 | $17,000 | Local | |
| 2021-6001-018 | Forest Park ADA Project | 0000 - | | | 04/01/2010 | 06/01/2010 | 08/01/2010 | Deleted | 0 | $100,000 | Partnership | |
| 2021-6001-019 | Forest Park E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 0 | $1,600,000 | Partnership | |
| 2122-6001-020 | Forest Park E.O.L. Electrical Renovations | 0000 - | | | 01/01/2011 | 06/01/2021 | 08/10/2021 | Deleted | 83,000 | $459,000 | Partnership | |

#### 6001025 - 6001 - Franklin Incentive Elem. Sch. - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 050660010160 25300038 | Franklin Pre-K Playground | 0000 - --Not Specified-- | | | | 07/07/2005 | 08/01/2005 | Complete | 0 | $0 | Local | |
| 0708-6001-342 | Franklin Fire Alarm System | 600102501 - Elementary or Primary | | | 01/01/2008 | 06/16/2008 | 08/11/2008 | Complete | 0 | $71,933 | Local | |
| 0910-6001-344 | Franklin E.O.L. Carpet Replacement | 600102501 - Elementary or Primary | | | 01/01/2008 | 01/01/2009 | 12/31/2010 | Deleted | 31,274 | $31,274 | Local | |
| 1011-6001-346 | Franklin Landscape & Playground | 0000 - --Not Specified-- | | | 04/25/2009 | 05/25/2009 | 12/30/2011 | Deleted | 0 | $200,000 | Local | |
| 1314-6001-349 | Franklin E.O.L. Ceiling Tile Replacement | 0000 - --Not Specified-- | | | 01/01/2012 | 01/01/2013 | 12/31/2014 | Deleted | 78,334 | $511,700 | Partnership | |
| 1314-6001-750 | Franklin ES Conversion of Classroom to Clinic | 600102501 - --Not Specified-- | | | 05/01/2013 | 07/12/2013 | 08/15/2014 | Complete | 850 | $60,938 | Local | |
| 1314-6001-753 | Franklin Elementary School Media Center Roof Replacement | 0000 - | | | 01/07/2013 | 03/01/2013 | 07/16/2013 | Complete | 4,837 | $95,085 | Local | |
| 1314-6001-794 | Franklin Elementary School Health Clinic | 600102501 - --Not Specified-- | | | 07/10/2013 | 09/24/2013 | 06/30/2014 | Complete | 1,760 | $85,620 | Local | |
| 1617-6001-351 | Franklin E.O.L. Plumbing and Restroom Renovations | 0000 - | | | 01/01/2015 | 03/25/2015 | 09/22/2015 | Complete | 0 | $374,601 | Local | |
| 1617-6001-808 | Franklin ES Fire Alarm Additions | 0000 - | | | 03/02/2015 | 06/01/2016 | 08/10/2016 | Deleted | 68,053 | $95,250 | Local | |

DF_000577

**Capital Projects Summary**

January 18, 2017

### 6001000 - Little Rock School District

#### 6001075 - 6001 - Forest Heights Stem Academy - K-8

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1213-6001-240 | Forest Heights E.O.L. Systems HVAC Renovations | 600100903 - Middle School | | | 05/23/2008 | 06/24/2008 | 04/15/2009 | Complete | 0 | $0 | Partnership | |
| 1314-6001-241 | Forest Heights E.O.L. Systems Minor Renovations | 600100903 - Middle School | | | 01/01/2012 | 01/01/2013 | 01/31/2014 | Complete | 0 | $0 | Local | |
| 1415-6001-242 | Forest Heights E.O.L. Exterior Window and Door Replacement | 0000 - --Not Specified-- | | | 05/23/2008 | 06/24/2008 | 04/15/2009 | Complete | 0 | $0 | Local | |
| 1516-6001-243 | Forest Heights E.O.L. Systems Minor Renovations | 0000 - --Not Specified-- | | | 05/23/2008 | 06/24/2008 | 04/15/2009 | Complete | 0 | $0 | Local | |
| 1516-6001-800 | Forest Heights Stem Academy HVAC Controls and Additions | 0000 - | | | 02/28/2014 | 06/02/2014 | 08/10/2015 | Deleted | 167,040 | $577,800 | Local | |
| 1617-6001-244 | Forest Heights E.O.L. Elevator Renovations | 0000 - Middle School | | | 09/01/2015 | 01/01/2016 | 12/01/2017 | Deleted | 0 | $200,000 | Partnership | |
| 1617-6001-790 | Scott Field Restroom Renovations | 0000 - | | | 02/10/2014 | 03/31/2014 | 11/03/2014 | Complete | 2,000 | $129,812 | Local | |
| 1718-6001-238 | Forest Heights E.O.L. Systems Renovations | 0000 - | | | 02/10/2014 | 06/10/2014 | 08/29/2016 | Deleted | 24,320 | $11,389,796 | Partnership | |
| 1718-6001-245 | Forest Heights E.O.L. Site Systems Renovations | 0000 - --Not Specified-- | | | 01/01/2017 | 01/01/2017 | 12/01/2017 | Complete | 0 | $0 | Local | |
| 1920-6001-763 | Forest Heights MS Roof Replacement | 0000 - | | | 01/01/2018 | 06/01/2019 | 08/10/2019 | Deleted | 86,400 | $725,000 | Local | |
| 2021-6001-007 | Addition of A/C to Forest Heights Stem Academy | 0000 - | | | 01/01/2020 | 06/01/2020 | 09/01/2020 | Planned | 24,320 | $315,000 | Local | |

#### 6001024 - 6001 - Forest Park Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0506-6001-011 | Forest Park ADA Restroom Renovation | 0000 - --Not Specified-- | | | 12/15/2005 | 06/15/2005 | 08/01/2005 | Complete | 0 | $0 | Local | |
| 0708-6001-523 | Forest Park New Property Demolition | 0000 - --Not Specified-- | | | 05/02/2007 | 06/21/2007 | 08/01/2007 | Complete | 0 | $18,315 | Local | |
| 0809-6001-013 | Forest Park Waterproofing | 0000 - --Not Specified-- | | | 08/04/2009 | 05/17/2010 | 10/08/2010 | Complete | 0 | $47,896 | Local | |
| 0809-6001-015 | Forest Park New Playground Equipment and Site Improvements | 600102401 - Elementary or Primary | | | 01/01/2008 | 06/02/2008 | 08/01/2008 | Complete | 0 | $59,216 | Local | |
| 0809-6001-590 | Forest Park Cafeteria Floor Repair | 600102401 - Elementary or Primary | | | 06/01/2008 | 06/06/2008 | 07/08/2008 | Complete | 0 | $19,795 | Local | |
| 0910-6001-016 | Forest Park Roof Replacement | 0000 - --Not Specified-- | | | 01/07/2009 | 04/30/2009 | 02/16/2010 | Complete | 0 | $753,011 | Local | |
| 0910-6001-017 | Forest Park E.O.L. Carpet Replacement | 0000 - --Not Specified-- | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 12,800 | $12,089 | Local | |
| 1213-6001-749 | Forest Park ES ADA Restroom Renovations | 0000 - | | | 02/21/2012 | 05/15/2012 | 10/23/2012 | Complete | 0 | $60,493 | Local | |
| 1314-6001-021 | Forest Park E.O.L. Ceiling & Wood Floor Replacement | 0000 - --Not Specified-- | | | 01/01/2013 | 06/01/2013 | 08/01/2013 | Deleted | 0 | $212,000 | Partnership | |

DF_000578

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001023 - 6001 - Fair Park Early Childhood Developement Center - Pre-K

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1617-6001-252 | Fair Park E.O.L. HVAC Controls Renovations | 0000 - | | | 01/01/2015 | 01/01/2016 | 12/29/2017 | Deleted | 28,900 | $45,000 | Local | |
| 1718-6001-246 | Fair Park E.O.L. Electrical Distribution Replacement | 0000 - | | | 01/01/2018 | 06/01/2018 | 08/10/2018 | Deleted | 28,900 | $48,000 | Local | |
| 1920-6001-018 | HVAC Fair Park Add A/C Kitchen | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 28,867 | $45,000 | Local | |
| 1920-6001-248 | Fair Park Cafeteria Expansion | 600102301 - --Not Specified-- | | | 01/01/2018 | 06/01/2020 | 08/10/2020 | Deleted | 0 | $275,000 | Partnership | |
| 2021-6001-249 | Fair Park E.O.L. Safety & Security Systems Renovations | 0000 - | | | 01/01/2020 | 06/01/2021 | 08/10/2021 | Deleted | 28,900 | $60,000 | Partnership | |
| 2122-6001-250 | Fair Park E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2022 | Deleted | 28,900 | $220,000 | Partnership | |
| 2425-6001-776 | Fair Park ES Kitchen Renovations | 0000 - | | | 02/03/2024 | 06/03/2024 | 08/15/2024 | Deleted | 1,500 | $500,000 | Local | |
| 2425-6001-787 | Fair Park Fire Alarm Upgrade | 0000 - | | | 02/01/2024 | 06/05/2024 | 08/10/2024 | Deleted | 28,867 | $85,000 | Local | |

### 6001075 - 6001 - Forest Heights Stem Academy - K-8

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0607-6001-235 | Forest Heights Middle School Addition/Renovations | 0000 - --Not Specified-- | | | 06/09/2004 | 11/28/2006 | 08/03/2009 | Complete | 0 | $6,729,835 | Local | |
| 0607-6001-236 | Forest Heights Asbestos Abatement and Demolition | 600100901 - Related Arts / Cafeteria | | | 06/09/2004 | 10/24/2007 | 12/07/2007 | Complete | 23,000 | $167,445 | Local | |
| 0607-6001-237 | Forest Heights Construction Staging Area | 600100903 - Middle School | | | 06/01/2006 | 07/12/2006 | 08/11/2006 | Complete | 0 | $45,178 | Local | |
| 0708-6001-522 | Forest Heights Gymnasium HVAC Replacement | 600100902 - Gymnasium | | | 07/05/2007 | 10/23/2007 | 05/02/2008 | Complete | 0 | $176,516 | Local | |
| 0809-6001-561 | Forest Heights Gym Floor Refinish | 600100902 - Gymnasium | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 0 | $10,000 | Local | |
| 0910-6001-583 | Forest Hghts MS Scott Field Parking | 0000 - --Not Specified-- | | | 01/01/2008 | 01/01/2009 | 12/31/2010 | Complete | 0 | $0 | Local | |
| 1011-6001-239 | Forest Heights E.O.L. Systems Minor Renovations | 600100903 - Middle School | | | 05/23/2008 | 06/24/2008 | 11/30/2009 | Complete | 0 | $34,715 | Local | |
| 1011-6001-622 | Forest Heights MS Admin. Building Waterproofing | 600100903 - Middle School | | | 08/04/2009 | 05/17/2010 | 10/08/2010 | Complete | 0 | $78,843 | Local | |
| 1011-6001-641 | Forest Heights MS Landscape and Irrigation | 0000 - --Not Specified-- | | | 04/23/2010 | 07/08/2010 | 09/30/2010 | Complete | 0 | $47,236 | Local | |
| 1112-6001-631 | Forest Heights MS ADA Modifications | 0000 - --Not Specified-- | | | 10/21/2011 | 05/02/2012 | 12/03/2012 | Complete | 167,040 | $175,615 | Local | |
| 1112-6001-724 | Forest Hgts MS Scott Field Light Towers Replacement | 0000 - | | | 06/23/2011 | 07/05/2011 | 03/08/2012 | Complete | 167,040 | $91,177 | Local | |

DF_000579

## Capital Projects Summary

### 6001000 - Little Rock School District

#### 6001007 - 6001 - Dunbar Magnet Middle School - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1718-6001-640 | Dunbar MS Classroom Addition | 600100701 - --Not Specified-- | | | 01/01/2015 | 01/02/2017 | 08/15/2017 | Deleted | 13,334 | $2,200,000 | Partnership | |
| 2021-6001-005 | Addition of A/C to Dunbar | 0000 - | | | 01/01/2019 | 06/01/2020 | 10/01/2020 | Planned | 143,218 | $277,500 | Local | |
| 2021-6001-386 | Dunbar MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2020 | 06/01/2020 | 12/31/2021 | Deleted | 129,099 | $6,454,950 | Partnership | |
| 2324-6001-388 | Dunbar MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2012 | 01/01/2013 | 12/31/2014 | Deleted | 60,000 | $659,000 | Partnership | |

#### 6001023 - 6001 - Fair Park Early Childhood Developement Center - Pre-K

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 010260013103 41 | Fair Park HVAC Renovation | 0000 - --Not Specified-- | | | | 12/03/2001 | 04/01/2002 | Complete | 0 | $0 | Local | |
| 040560015966 3 | Fair Park Roof Replacement | 0000 - --Not Specified-- | | | | 12/02/2004 | 04/30/2005 | Complete | 0 | $0 | Local | |
| 050660010170 23300034 | Fair Park Playground Equipment & Installation | 0000 - --Not Specified-- | | | | 05/19/2005 | 07/04/2005 | Complete | 0 | $0 | Local | |
| 050660013213 88 | Fair Park Interior Renovation & Restroom Modifications | 0000 - --Not Specified-- | | | | 06/09/2005 | 08/01/2005 | Complete | 0 | $0 | Local | |
| 050660015965 8 | Fair Park Parking Lot Improvements | 0000 - --Not Specified-- | | | | 06/07/2005 | 08/01/2005 | Complete | 0 | $0 | Local | |
| 0607600135 | Fair Park - Miscellaneous Playground Equipment Removal Relocation & Re-Installation | 0000 - --Not Specified-- | | | | 06/06/2006 | 08/01/2006 | Complete | 0 | $9,256 | Local | |
| 0607600137 | Fair Park Canopy ('06) | 0000 - --Not Specified-- | | | | 09/22/2006 | 10/23/2006 | Complete | 0 | $5,490 | Local | |
| 0607600138 | Fair Park Restroom Renovation | 0000 - --Not Specified-- | | | | 09/21/2006 | 10/31/2006 | Complete | 0 | $8,445 | Local | |
| 0607-6001-495 | Fair Park QZAB HVAC | 0000 - --Not Specified-- | | | 01/01/2006 | 04/24/2006 | 11/14/2006 | Complete | 0 | $79,480 | Stimulus (Archived) | |
| 0708-6001-589 | Fair Park Tricycle Track for Early Childhood | 600102301 - Elementary or Primary | | | 03/01/2007 | 03/05/2007 | 04/05/2007 | Complete | 0 | $8,650 | Local | |
| 0809-6001-247 | Fair Park E.O.L. Systems Flooring Replacement | 0000 - --Not Specified-- | | | 12/31/2007 | 01/01/2008 | 12/31/2009 | Deleted | 0 | $54,238 | Partnership | |
| 0910-6001-628 | Fair Park ES Pre-K Playground Equipment | 600102301 - Elementary or Primary | | | 11/02/2009 | 11/09/2009 | 01/26/2011 | Complete | 0 | $62,860 | Local | |
| 1415-6001-805 | Fair Park ECC Chiller Replacement | 0000 - | | | 12/04/2014 | 02/02/2016 | 05/15/2016 | Complete | 28,867 | $80,394 | Local | |
| 1516-6001-251 | Fair Park E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 28,900 | $927,100 | Partnership | |
| 1516-6001-698 | Fair Park ES Site Systems Renovations | 0000 - | | | 01/01/2014 | 06/01/2015 | 08/17/2015 | Deleted | 9,332 | $431,125 | Local | |

DF_000580

# Capital Projects Summary

January 18, 2017

## 6001000 - Little Rock School District

### 6001055 - 6001 - David O'Dodd Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1718-6001-005 | Road Improvements-David O'Dodd | 0000 - | | | 05/01/2017 | 06/01/2017 | 10/01/2017 | Planned | 0 | $375,000 | Local | |
| 1718-6001-341 | David O. Dodd E.O.L. HVAC Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 46,700 | $500,000 | Partnership | |
| 2021-6001-015 | HVAC Dodd-add A/C to the kitchen | 0000 - | | | 01/01/2019 | 06/01/2020 | 09/01/2020 | Deleted | 46,700 | $52,500 | Local | |
| 2021-6001-336 | David O. Dodd E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2020 | 06/01/2020 | 08/10/2020 | Deleted | 32,840 | $840,000 | Partnership | |
| 2021-6001-337 | David O Dodd Addition | 0000 - --Not Specified-- | | | 01/30/2007 | 01/01/2020 | 12/31/2021 | Deleted | 64,622 | $16,937,100 | Partnership | |
| 2324-6001-338 | David O. Dodd Roof Replacement | 0000 - | | | 01/01/2023 | 06/01/2024 | 08/31/2024 | Deleted | 0 | $825,000 | Partnership | |
| 2425-6001-777 | David O. Dodd ES Kitchen Renovation | 0000 - | | | 01/01/2024 | 06/03/2024 | 08/01/2024 | Deleted | 1,500 | $500,000 | Local | |

### 6001007 - 6001 - Dunbar Magnet Middle School - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001600163016 | Dunbar Addition/Renovations | 0000 - --Not Specified-- | | | | 09/28/2000 | 08/13/2004 | Complete | 0 | $0 | Local | |
| 06076001026007215685 | Dunbar QZAB HVAC | 0000 - --Not Specified-- | | | | 04/26/2006 | 11/14/2006 | Complete | 0 | $278,800 | Local | |
| 0607600132 | Dunbar Gymnasium Heaters | 0000 - --Not Specified-- | | | | 06/06/2006 | 07/01/2006 | Complete | 0 | $24,529 | Local | |
| 0607600133 | Dunbar Gymnasium Re-Roof | 0000 - --Not Specified-- | | | | 07/13/2006 | 10/13/2006 | Complete | 0 | $96,605 | Local | |
| 0607-6001-382 | Dunbar Recreation Area Lanscaping | 0000 - --Not Specified-- | | | 09/05/2006 | 03/29/2007 | 11/16/2007 | Complete | 0 | $102,321 | Local | |
| 0708-6001-384 | Dunbar MS E.O.L. HVAC Roof-Top Units Replacement | 0000 - --Not Specified-- | | | 01/01/2008 | 01/01/2008 | 11/02/2011 | Complete | 20,619 | $133,099 | Stimulus (Archived) | |
| 0910-6001-385 | Dunbar MS E.O.L. Flooring Replacement | 0000 - Dunbar Middle School Main Bldg. | | | 01/01/2009 | 01/01/2009 | 12/01/2010 | Deleted | 52,124 | $48,000 | Local | |
| 1112-6001-387 | Dunbar MS E.O.L. Gym Floor and Athletic Components Reno. | 600100701 - Dunbar Middle School Main Bldg. | | | 01/01/2007 | 03/20/2007 | 12/31/2012 | Deleted | 26,627 | $330,000 | Local | |
| 1112-6001-660 | Dunbar MS Restroom Renovations | 0000 - | | | 01/26/2011 | 04/14/2011 | 11/18/2011 | Complete | 0 | $439,203 | Local | |
| 1112-6001-667 | Dunbar MS Tuckpointing and Waterproofing | 0000 - --Not Specified-- | | | 01/20/2011 | 06/02/2011 | 10/25/2011 | Complete | 0 | $552,723 | Stimulus (Archived) | |
| 1516-6001-389 | Dunbar MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 129,099 | $6,454,950 | Partnership | |
| 1718-6001-383 | Dunbar MS E.O.L. Systems Renovations | 0000 - | | | 01/01/2008 | 01/01/2008 | 12/01/2008 | Deleted | 41,464 | $1,500,000 | Partnership | |
| 1718-6001-390 | Dunbar E.O.L. Systems Site & Exterior Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/01/2017 | Deleted | 99,480 | $701,240 | Partnership | |

DF_000581

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001702 - 6001 - Cloverdale  - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1516-6001-082 | Cloverdale MS Fire Alarm System | 0000 - | | | 02/11/2009 | 06/01/2012 | 07/31/2012 | Complete | 0 | $101,192 | Local | |
| 1718-6001-075 | Cloverdale MS E.O.L. Systems Major Renovations | 0000 - Middle School | | | 04/21/2009 | 08/28/2009 | 12/01/2016 | Deleted | 105,650 | $5,302,387 | Partnership | |
| 1718-6001-083 | Cloverdale MS E.O.L. Plumbing Renovations | 0000 - | | | 01/02/2017 | 01/02/2017 | 12/29/2017 | Deleted | 0 | $3,000 | Local | |
| 2021-6001-078 | Cloverdale MS E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2010 | 01/01/2010 | 12/30/2011 | Deleted | 0 | $350,000 | Partnership | |
| 2223-6001-079 | Cloverdale MS E.O.L. HVAC | 0000 - | | | 01/01/2012 | 01/01/2012 | 12/31/2013 | Deleted | 80,000 | $90,000 | Partnership | |
| 2324-6001-080 | Cloverdale MS E.O.L. Parking & Window Renovations | 0000 - | | | 04/29/2010 | 01/01/2013 | 12/31/2014 | Deleted | 105,650 | $838,480 | Local | |
| 2324-6001-771 | Cloverdale MS Gym Heat Renovations | 0000 - | | | 02/03/2014 | 06/02/2014 | 08/15/2014 | Deleted | 5,500 | $15,000 | Local | |

### 6001055 - 6001 - David O'Dodd Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 060760010160 32300033 | David O Dodd ADA Restroom Renovations | 0000 - --Not Specified-- | | | 05/01/2006 | 08/01/2006 | Complete | | 0 | $47,886 | Local | |
| 0607600129 | David O Dodd Partial Asbestos Abatement | 0000 - --Not Specified-- | | | | 07/18/2006 | 07/24/2006 | Complete | 0 | $2,833 | Local | |
| 0607-6001-333 | David O. Dodd Cafeteria Roof Replacement | 0000 - --Not Specified-- | | | 01/09/2007 | 04/24/2007 | 07/24/2007 | Complete | 0 | $45,425 | Local | |
| 0708-6001-334 | David O. Dodd E.O.L. Ceramic Tile & Emergency Lighting Replacement | 600105501 - Elementary or Primary | | | 01/01/2006 | 01/01/2007 | 12/31/2008 | Deleted | 3,090 | $12,000 | Local | |
| 0708-6001-335 | David O Dodd Playground Update | 0000 - --Not Specified-- | | | 11/01/2006 | 06/03/2008 | 11/10/2008 | Complete | 0 | $97,006 | Local | |
| 0708-6001-516 | Dodd Flooring Abatement & Replacement | 600105501 - Elementary or Primary | | | 10/01/2006 | 04/16/2007 | 08/15/2007 | Complete | 0 | $38,048 | Local | |
| 0708-6001-520 | David O. Dodd Walkway Canopies | 0000 - --Not Specified-- | | | 09/01/2007 | 09/17/2007 | 10/15/2007 | Complete | 0 | $14,350 | Local | |
| 0708-6001-521 | David O. Dodd Pre-K Building Demolition | 0000 - --Not Specified-- | | | 06/01/2007 | 06/26/2007 | 07/15/2007 | Complete | 2,300 | $9,310 | Local | |
| 0809-6001-559 | David O. Dodd Canopies | 600105501 - Elementary or Primary | | | 09/17/2007 | 09/17/2008 | 10/24/2008 | Complete | 0 | $6,179 | Local | |
| 1011-6001-652 | David O. Dodd Canopies | 600105501 - Elementary or Primary | | | 05/06/2010 | 06/28/2010 | 08/16/2010 | Complete | 0 | $6,000 | Local | |
| 1213-6001-726 | David O Dodd ES ADA Restroom Renovations | 0000 - | | | 02/21/2012 | 05/09/2012 | 10/23/2012 | Complete | 500 | $122,250 | Local | |
| 1415-6001-339 | David O. Dodd E.O.L. Ceiling Tile Replacement | 0000 - --Not Specified-- | | | 01/01/2013 | 01/01/2014 | 12/31/2015 | Deleted | 46,700 | $186,800 | Partnership | |
| 1516-6001-340 | David O. Dodd E.O.L. Systems Major Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 46,700 | $5,000,000 | Partnership | |

DF_000582

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001072 - 6001 - Chicot Primary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-506 | Chicot Walkway Canopies | 600105301 - Elementary or Primary | | | 08/15/2007 | 09/05/2007 | 10/24/2008 | Complete | 0 | $63,659 | Local | |
| 0809-6001-256 | Chicot E.O.L. Vinyl Floor Tile Replacement | 600105301 - Elementary or Primary | | | 01/01/2008 | 01/01/2008 | 01/30/2009 | Deleted | 38,622 | $48,278 | Local | |
| 0809-6001-587 | Chicot New Early Childhood Playground Equipment | 600105301 - Elementary or Primary | | | 08/01/2008 | 08/21/2008 | 12/09/2008 | Complete | 0 | $104,698 | Local | |
| 0910-6001-627 | Chicot ES Drainage Improvements | 600105301 - Elementary or Primary | | | 10/21/2009 | 11/16/2009 | 02/01/2010 | Complete | 0 | $32,249 | Local | |
| 1011-6001-257 | Chicot Roof Replacement | 600105301 - Elementary or Primary | | | 12/16/2009 | 09/29/2010 | 11/08/2011 | Complete | 59,000 | $1,035,314 | Stimulus (Archived) | |
| 1011-6001-644 | Chicot ES New Playground Equipment | 600105301 - Elementary or Primary | | | 05/03/2010 | 05/26/2010 | 08/04/2010 | Complete | 0 | $99,996 | Local | |
| 1213-6001-746 | Chicot Early Childhood Center Parking & Access | 0000 - | | | 05/05/2011 | 05/03/2012 | 02/26/2013 | Complete | 80,937 | $1,341,050 | Local | |
| 1516-6001-260 | Chicot E.O.L. Electrical Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 59,700 | $100,000 | Partnership | |
| 1718-6001-254 | Chicot E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2018 | 06/01/2018 | 08/10/2018 | Deleted | 59,700 | $2,985,000 | Partnership | |
| 1718-6001-541 | Chicot Reception Renovation | 0000 - | | | 01/01/2018 | 06/01/2018 | 08/01/2018 | Deleted | 150 | $20,000 | Local | |
| 1920-6001-665 | Chicot ES Classroom Addition | 600107204 - --Not Specified-- | | | 01/02/2017 | 01/01/2019 | 08/15/2019 | Deleted | 14,479 | $2,620,725 | Local | |
| 2021-6001-014 | HVAC Chicot-Add A/C to Kitchen | 0000 - | | | 01/01/2019 | 06/01/2020 | 09/01/2020 | Planned | 59,687 | $45,000 | Local | |
| 2021-6001-256 | Chicot E.O.L. Minor Renovations | 0000 - | | | 01/01/2019 | 06/01/2019 | 08/15/2019 | Deleted | 0 | $325,000 | Local | |
| 2122-6001-258 | Chicot E.O.L. Lighting Fixture Replacement | 0000 - | | | 01/01/2021 | 06/01/2021 | 08/10/2021 | Deleted | 57,900 | $212,000 | Partnership | |
| 2223-6001-259 | Chicot E.O.L. Heating Furnace Replacement | 0000 - | | | 01/01/2022 | 06/01/2022 | 08/10/2022 | Deleted | 0 | $79,500 | Partnership | |
| 2526-6001-781 | Chicot ES Restroom Renovations | 0000 - | | | 02/05/2014 | 05/18/2015 | 08/15/2015 | Deleted | 5,500 | $311,271 | Local | |

### 6001702 - 6001 - Cloverdale  - Middle

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-076 | Cloverdale MS Partial Roof Replacement | 0000 - --Not Specified-- | | | 11/01/2006 | 02/09/2007 | 08/09/2007 | Complete | 0 | $200,164 | Local | |
| 0708-6001-513 | Cloverdale MS Athletic Locker Replacement | 600106101 - Middle School | | | 06/01/2007 | 06/13/2007 | 07/29/2007 | Complete | 0 | $5,927 | Local | |
| 0809-6001-077 | Cloverdale MS E.O.L Carpet & Ceiling Tile Replacement | 600106101 - Middle School | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 21,030 | $38,500 | Local | |
| 0809-6001-610 | Cloverdale MS Gymnasium Floor and Bleacher Replacement | 600106101 - Middle School | | | 05/01/2008 | 06/04/2008 | 09/10/2008 | Complete | 0 | $180,235 | Local | |
| 1112-6001-677 | Cloverdale MS Music Room Renovations | 0000 - Middle School | | | 09/15/2011 | 11/15/2011 | 08/28/2012 | Complete | 980 | $100,299 | Local | |
| 1516-6001-081 | Cloverdale MS Roof Renovations | 0000 - | | | 10/22/2010 | 03/22/2011 | 08/25/2016 | Complete | 105,650 | $6,030,514 | Local | |

13 of 48

DF_000583

**Capital Projects Summary**

January 18, 2017

### 6001000 - Little Rock School District

#### 6001001 - 6001 - Central High School - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1516-6001-839 | Central HS Grand Entrance Front Doors and Windows Reno | 0000 - | | | 08/12/2015 | 09/24/2015 | 02/01/2016 | Complete | 0 | $150,250 | Local | |
| 1617-6001-331 | Central E.O.L. Gymnasium Lighting Renovations | 0000 - | | | 01/01/2015 | 01/01/2016 | 12/01/2017 | Deleted | 38,500 | $45,000 | Local | |
| 1718-6001-002 | Central Plumbing Fixtures | 0000 - | | | 11/13/2013 | 01/01/2017 | 12/01/2017 | Planned | 262,626 | $500,000 | Partnership | |
| 1718-6001-320 | Central E.O.L. Systems Minor Renovations | 0000 - | | | 04/02/2012 | 05/01/2012 | 05/23/2012 | Deleted | 0 | $3,517,007 | Local | |
| 1819-6001-680 | Central HS Media Center HVAC | 0000 - | | | 01/02/2017 | 06/01/2018 | 08/15/2018 | Deleted | 13,000 | $500,000 | Local | |
| 1920-6001-322 | Central Field House Addition | 0000 - ---Not Specified-- | | | 09/10/2010 | 01/01/2013 | 12/01/2014 | Deleted | 28,000 | $3,000,000 | Local | |
| 1920-6001-577 | Central Parking | 0000 - | | | 01/01/2008 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $220,000 | Local | |
| 2021-6001-324 | Central Gym Replacement | 0000 - Gymnasium | | | 01/01/2009 | 06/01/2016 | 08/15/2016 | Deleted | 25,000 | $9,750,000 | Local | |
| 2021-6001-325 | Central E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 317,776 | $900,000 | Partnership | |
| 2021-6001-681 | Central HS EOL Elevator | 600100101 - Senior High School | | | 01/01/2019 | 06/01/2020 | 06/29/2020 | Complete | 0 | $60,000 | Local | |
| 2122-6001-326 | Central Classroom Addition for Math and Science | 0000 - ---Not Specified-- | | | 11/01/2010 | 01/01/2015 | 08/15/2016 | Deleted | 55,000 | $13,750,000 | Local | |
| 2122-6001-327 | Central E.O.L. Flooring & Lighting Replacement | 0000 - | | | 01/01/2020 | 01/01/2021 | 12/31/2022 | Deleted | 13,000 | $91,000 | Partnership | |
| 2122-6001-671 | Quigley Stadium New Field House and Concession Renovations | 0000 - ---Not Specified-- | | | 03/03/2011 | 06/01/2011 | 08/01/2016 | Deleted | 0 | $3,300,000 | Local | |
| 2324-6001-328 | Central E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2012 | 01/01/2013 | 12/31/2014 | Deleted | 317,776 | $500,000 | Partnership | |
| 2324-6001-772 | Quigley Stadium Shower and Weight Room Heat Renovations | 0000 - | | | 02/02/2014 | 06/01/2014 | 08/15/2014 | Deleted | 1,500 | $18,000 | Local | |
| 2526-6001-330 | Central E.O.L. Systems Minor Renovations | 0000 - | | | 06/29/2011 | 05/30/2012 | 08/24/2016 | Deleted | 0 | $1,901,007 | Local | |

#### 6001072 - 6001 - Chicot Primary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 050660010160 28300022 | Chicot Pre-K Playground | 0000 - ---Not Specified-- | | | | 07/25/2005 | 09/30/2005 | Complete | 0 | $0 | Local | |
| 050660011126 44 | Chicot Walkway Canopy | 0000 - ---Not Specified-- | | | | 06/12/2006 | 06/26/2006 | Complete | 0 | $0 | Local | |
| 0607-6001-253 | Chicot Bus Access Drive | 0000 - ---Not Specified-- | | | 09/01/2006 | 08/03/2007 | 12/31/2008 | Complete | 0 | $0 | Local | |
| 0708-6001-255 | Chicot Classroom Addition | 600105301 - ---Not Specified-- | | | 01/29/2007 | 08/03/2007 | 12/15/2008 | Complete | 0 | $4,144,493 | Local | |

DF_000584

**Capital Projects Summary**

## 6001000 - Little Rock School District

### 6001001 - 6001 - Central High School - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 060760015306 1 | Central Media Center Storefront Door Replacement | 0000 - --Not Specified-- | | | | 03/24/2006 | 04/07/2006 | Complete | 0 | $38,814 | Local | |
| 0708-6001-318 | Central HS Stage Lighting Repair & Renovations | 600100101 - Senior High School | | | 01/09/2007 | 10/01/2007 | 12/09/2008 | Complete | 0 | $575,524 | Local | |
| 0708-6001-319 | Central Landscape Phase II | 0000 - --Not Specified-- | | | 03/01/2006 | 11/02/2007 | 01/12/2009 | Complete | 0 | $94,495 | Local | |
| 0708-6001-504 | Central Band Lockers | 600100101 - Senior High School | | | 01/01/2007 | 06/07/2007 | 08/17/2007 | Complete | 0 | $19,806 | Local | |
| 0708-6001-505 | Central Auditorium Sound Systems Renovation | 600100101 - Senior High School | | | 02/20/2007 | 10/23/2007 | 07/28/2008 | Complete | 0 | $57,041 | Local | |
| 0708-6001-540 | Central Auditorium Window Waterproofing | 600100101 - Senior High School | | | 04/25/2007 | 02/11/2008 | 08/05/2008 | Complete | 0 | $88,243 | Local | |
| 0708-6001-547 | Central/Quigley Coaches Office Renovations | 600100101 - Senior High School | | | 08/01/2009 | 09/09/2009 | 04/05/2010 | Complete | 0 | $10,576 | Local | |
| 0809-6001-321 | Central E.O.L. Carpet & Floor Tile Replacement | 0000 - --Not Specified-- | | | 01/01/2008 | 01/01/2008 | 12/01/2009 | Deleted | 0 | $180,000 | Partnership | |
| 0809-6001-557 | Central/Quigley Overhead Door & Window Replacement | 600100101 - Senior High School | | | 01/01/2008 | 06/01/2008 | 08/01/2008 | Deleted | 0 | $12,000 | Local | |
| 0809-6001-585 | Central Campus Inn Kitchen Units and Foundation Repair | 600100101 - Senior High School | | | 06/20/2008 | 10/16/2008 | 03/02/2009 | Complete | 0 | $211,773 | Local | |
| 0809-6001-586 | Central Minor Renovations | 0000 - --Not Specified-- | | | 02/13/2007 | 02/19/2007 | 02/19/2008 | Complete | 0 | $93,322 | Local | |
| 0809-6001-600 | Central/Quigley Stadium Waterproofing and Weight Room Renovations | 600100101 - Senior High School | | | 07/04/2006 | 08/04/2006 | 10/21/2008 | Complete | 0 | $159,774 | Local | |
| 0910-6001-323 | Central E.O.L Systems Parking Surfacing Renovations | 0000 - --Not Specified-- | | | 01/01/2008 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $376,000 | Partnership | |
| 0910-6001-620 | Central Gymnasium Door Replacement | 600100102 - Gymnasium | | | 03/14/2009 | 04/14/2009 | 08/07/2009 | Complete | 0 | $63,973 | Local | |
| 1011-6001-625 | Central HS Tuckpointing and Waterproofing | 0000 - Senior High School | | | 08/26/2009 | 12/14/2009 | 09/15/2013 | Complete | 262,626 | $390,183 | Local | |
| 1011-6001-645 | Central HS Stage Rigging Renovations | 600100101 - Senior High School | | | 04/28/2010 | 05/28/2010 | 09/10/2010 | Complete | 0 | $149,874 | Local | |
| 1011-6001-651 | Central HS Dining Area Canopy | 600100101 - Senior High School | | | 05/06/2010 | 06/29/2010 | 07/21/2010 | Complete | 0 | $5,400 | Local | |
| 1213-6001-715 | Central High Quigley-Cox Stadium Office and Pressbox Renovations | 0000 - | | | 06/06/2012 | 04/17/2013 | 12/15/2013 | Complete | 650 | $286,063 | Local | |
| 1314-6001-796 | Central High School Kitchen, Sidewalks and Steps Renovations | 0000 - | | | 05/01/2014 | 06/11/2014 | 08/10/2015 | Complete | 1,200 | $143,655 | Local | |
| 1516-6001-329 | Central Auditorium Roof Replacement | 0000 - --Not Specified-- | | | 01/25/2011 | 04/25/2011 | 09/14/2011 | Complete | 0 | $107,178 | Stimulus (Archived) | |
| 1516-6001-780 | Central HS Media Center Restroom Renovation | 0000 - | | | 02/10/2014 | 06/05/2014 | 09/02/2014 | Complete | 1,000 | $38,156 | Local | |

DF_000585

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001021 - 6001 - Carver Magnet Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1314-6001-037 | Carver E.O.L. Ceiling Tile Replacement | 600102101 - Elementary or Primary | | | 01/01/2013 | 01/01/2013 | 12/31/2014 | Deleted | 61,700 | $370,200 | Partnership | |
| 1314-6001-679 | Carver ES Restroom Renovations | 0000 - | | | 01/18/2013 | 05/20/2013 | 10/06/2013 | Complete | 500 | $200,963 | Local | |
| 1516-6001-038 | Carver E.O.L. Playground Replacement | 0000 - --Not Specified-- | | | 04/25/2009 | 05/25/2004 | 08/24/2010 | Complete | 0 | $156,027 | Local | |
| 1516-6001-039 | Carver E.O.L. Electrical Distrbution | 0000 - | | | 06/02/2014 | 01/01/2015 | 12/01/2016 | Deleted | 61,700 | $489,000 | Partnership | |
| 1516-6001-807 | Carver ES Activity Room and Fire Alarm Additions | 600102101 - --Not Specified-- | | | 01/30/2015 | 06/01/2015 | 08/10/2015 | Deleted | 4,180 | $1,038,725 | Local | |
| 1718-6001-032 | Carver E.O.L. HVAC & Emergency Lighting Renovations | 0000 - | | | 12/31/2017 | 06/01/2018 | 08/29/2018 | Deleted | 62,657 | $290,000 | Local | |
| 1718-6001-040 | Carver ES E.O.L. Systems Parking & Fencing Renovations | 0000 - | | | 01/01/2016 | 06/01/2017 | 08/15/2017 | Deleted | 41,200 | $284,000 | Local | |
| 1819-6001-664 | Carver ES Classroom Addition | 0000 - --Not Specified-- | | | 01/01/2016 | 01/01/2018 | 08/01/2018 | Deleted | 6,007 | $3,821,283 | Partnership | |
| 1819-6001-697 | Carver ES Interior Doors and Frames Replacement | 600102101 - Elementary or Primary | | | 01/01/2018 | 06/01/2018 | 06/29/2018 | Deleted | 0 | $51,500 | Local | |
| 2021-6001-036 | Carver E.O.L. Major Renovations | 0000 - | | | 01/01/2019 | 06/01/2019 | 12/30/2021 | Deleted | 61,700 | $3,085,000 | Partnership | |

### 6001001 - 6001 - Central High School - High

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 040560012290 21 | Central - Major Renovations | 0000 - --Not Specified-- | | | | 01/01/2001 | 08/01/2005 | Complete | 0 | $0 | Local | |
| 040560013103 15 | Central Band & Biology HVAC Reno & Fresh Air Unit Replacement | 0000 - --Not Specified-- | | | | 04/26/2004 | 08/05/2004 | Complete | 0 | $0 | Local | |
| 040560015307 3 | Central - Remove & Dispose of Folding Partitions in Gymnasium | 0000 - --Not Specified-- | | | | 06/07/2005 | 08/15/2005 | Complete | 0 | $0 | Local | |
| 050660010150 01215168 | Central Media Center Roof Replacement | 0000 - --Not Specified-- | | | | 09/12/2005 | 12/12/2005 | Complete | 0 | $0 | Local | |
| 050660015307 4 | Central Replacement of Gymnasium Telescoping Bleachers | 0000 - --Not Specified-- | | | | 06/16/2005 | 09/16/2005 | Complete | 0 | $0 | Local | |
| 0607-6001-022 | Central Landscaping - Phase I | 0000 - --Not Specified-- | | | 01/02/2006 | 08/28/2006 | 09/24/2007 | Complete | 0 | $30,995 | Local | |
| 060760010250 01215684 | Central QZAB HVAC | 0000 - --Not Specified-- | | | | 04/26/2006 | 11/14/2006 | Complete | 0 | $1,051,760 | Local | |
| 0607600117 | Central Baseball Field Sidewalk | 0000 - --Not Specified-- | | | | 03/24/2006 | 04/24/2006 | Complete | 0 | $10,138 | Local | |
| 060760015305 2 | Central - Remove and Replace Sidewalks | 0000 - --Not Specified-- | | | | 08/25/2006 | 10/25/2006 | Complete | 0 | $63,500 | Local | |

DF_000586

**Capital Projects Summary**

January 18, 2017

### 6001000 - Little Rock School District

#### 6001018 - 6001 - Brady Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0506-6001-041 | Brady Roof Renovation | 0000 - --Not Specified-- | | | 05/11/2005 | 12/19/2005 | 08/30/2006 | Complete | 0 | $112,950 | Local | |
| 0506-6001-042 | Brady Soffit & Fascia Abatement | 0000 - --Not Specified-- | | | 12/01/2006 | 01/13/2006 | 02/13/2006 | Complete | 0 | $0 | Local | |
| 0607-6001-043 | Brady Entrance Door Replacement | 600101801 - Elementary or Primary | | | 09/25/2006 | 09/25/2006 | 10/21/2006 | Complete | 0 | $12,648 | Local | |
| 0607-6001-044 | Brady Landscape & Irrigation Improvements | 0000 - --Not Specified-- | | | 02/23/2006 | 08/23/2006 | 11/23/2006 | Complete | 0 | $22,972 | Local | |
| 0607-6001-045 | Brady West Sidewalk | 0000 - --Not Specified-- | | | 09/01/2006 | 09/26/2006 | 10/26/2006 | Complete | 0 | $10,359 | Local | |
| 0708-6001-502 | Brady Drainage Improvements | 0000 - --Not Specified-- | | | 09/03/2007 | 10/23/2007 | 11/23/2007 | Complete | 0 | $7,070 | Local | |
| 0708-6001-539 | Brady East & Rear Door Replacement | 600101801 - Elementary or Primary | | | 09/01/2007 | 09/21/2007 | 01/17/2008 | Complete | 0 | $22,648 | Local | |
| 0910-6001-047 | Brady E.O.L. Fence Replacement | 0000 - --Not Specified-- | | | 12/29/2008 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $12,375 | Local | |
| 1011-6001-048 | Brady Playground Update | 0000 - --Not Specified-- | | | 01/01/2008 | 06/04/2008 | 09/29/2008 | Complete | 0 | $83,646 | Local | |
| 1011-6001-629 | Brady ES ADA Restroom Renovations | 0000 - Elementary or Primary | | | 02/17/2010 | 05/18/2010 | 09/30/2010 | Complete | 0 | $136,575 | Local | |
| 1112-6001-050 | Brady Window Replacement | 0000 - --Not Specified-- | | | 12/16/2009 | 06/04/2010 | 09/01/2010 | Complete | 0 | $362,837 | Stimulus (Archived) | |
| 1516-6001-051 | Brady E.O.L. Playground and Parking Renovation | 0000 - --Not Specified-- | | | 07/01/2011 | 07/08/2011 | 08/05/2011 | Complete | 0 | $5,103 | Local | |
| 1516-6001-806 | Brady ES Activity Room Additions | 600101801 - --Not Specified-- | | | 01/29/2015 | 06/01/2015 | 08/10/2015 | Deleted | 4,000 | $970,725 | Local | |
| 1718-6001-046 | Brady ES E.O.L. Systems Major Renovations | 0000 - | | | 01/01/2017 | 06/01/2017 | 08/01/2018 | Deleted | 36,300 | $2,722,500 | Partnership | |
| 1718-6001-052 | Brady ES E.O.L. Sidewalk and HVAC Renovations | 0000 - | | | 01/01/2017 | 06/01/2017 | 08/01/2017 | Deleted | 20,300 | $105,400 | Partnership | |
| 1920-6001-014 | HVAC Brady-Add A/C to Kitchen | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 26,804 | $52,500 | Local | |
| 2021-6001-049 | Brady E.O.L Lighting & Security Renovations | 0000 - | | | 12/01/2019 | 06/01/2020 | 12/30/2021 | Deleted | 0 | $265,000 | Partnership | |

#### 6001021 - 6001 - Carver Magnet Elem. School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0506-6001-031 | Carver Media Center Addition | 0000 - --Not Specified-- | | | 01/01/2004 | 05/04/2005 | 10/31/2005 | Complete | 962 | $0 | Local | |
| 0809-6001-033 | Carver Fire Alarm | 600102101 - Elementary or Primary | | | 02/11/2009 | 05/26/2009 | 08/01/2009 | Complete | 0 | $56,806 | Local | |
| 0809-6001-034 | Carver E.O.L. Carpet Replacement | 600102101 - Elementary or Primary | | | 01/01/2007 | 01/01/2008 | 12/31/2009 | Complete | 0 | $23,301 | Local | |
| 0809-6001-608 | Carver Fitness Equipment Installation | 600102101 - Elementary or Primary | | | 08/01/2008 | 08/04/2008 | 10/30/2008 | Complete | 0 | $10,250 | Local | |
| 0910-6001-035 | Carver E.O.L. Vinyl Flooring Replacement | 600102101 - Elementary or Primary | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 30,865 | $38,681 | Local | |

DF_000587

**Capital Projects Summary**

January 18, 2017

## 6001000 - Little Rock School District

### 6001006 - 6001 - Booker Arts Magnet Elem. Sch. - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 060760010260 06215686 | Booker QZAB HVAC | 0000 - --Not Specified-- | | | | 04/26/2006 | 11/14/2006 | Complete | 0 | $421,514 | Local | |
| 0607600104 | Booker Chairlift Replacement (Gym) | 0000 - --Not Specified-- | | | | 08/04/2006 | 11/06/2006 | Complete | 0 | $9,930 | Local | |
| 0607600107 | Booker Restroom ADA Renovation | 0000 - --Not Specified-- | | | | 12/05/2005 | 08/01/2006 | Complete | 0 | $33,031 | Local | |
| 0708-6001-144 | Booker Waterproofing | 600100601 - Elementary or Primary | | | 01/01/2008 | 01/01/2008 | 12/31/2008 | Deleted | 0 | $50,000 | Local | |
| 0708-6001-145 | Booker Roof Replacement | 600100601 - Elementary or Primary | | | 01/01/2008 | 06/01/2008 | 10/06/2009 | Complete | 0 | $1,281,339 | Local | |
| 0708-6001-146 | Booker E.O.L. Ceramic Tile Replacement | 600100601 - Elementary or Primary | | | 01/01/2007 | 01/01/2007 | 12/31/2008 | Deleted | 0 | $37,000 | Local | |
| 0809-6001-148 | Booker Playground Equipment | 600100601 - Elementary or Primary | | | 04/02/2007 | 04/17/2007 | 06/18/2007 | Complete | 0 | $37,209 | Local | |
| 0809-6001-149 | Booker E.O.L. Carpet Replacement | 600100601 - Elementary or Primary | | | 01/01/2008 | 01/01/2008 | 12/31/2008 | Deleted | 29,800 | $70,361 | Partnership | |
| 0809-6001-555 | Booker Running Track Renovations | 0000 - --Not Specified-- | | | 01/01/2008 | 06/01/2008 | 08/15/2008 | Complete | 0 | $66,409 | Local | |
| 0809-6001-556 | Booker Gymnasium HVAC | 600100601 - Elementary or Primary | | | 05/26/2009 | 07/01/2009 | 09/11/2009 | Complete | 0 | $194,588 | Local | |
| 0910-6001-150 | Booker E.O.L. Vinyl Flooring Replacement | 600100601 - Elementary or Primary | | | 01/01/2009 | 01/01/2009 | 11/16/2011 | Complete | 41,000 | $69,736 | Local | |
| 1011-6001-151 | Booker Playground Update | 600100601 - Elementary or Primary | | | 05/03/2010 | 05/26/2010 | 07/27/2010 | Complete | 0 | $75,326 | Local | |
| 1011-6001-633 | Booker ES Sidewalk and Ramp with Brick | 600100601 - Elementary or Primary | | | 07/01/2010 | 07/28/2010 | 08/16/2010 | Complete | 0 | $4,975 | Local | |
| 1112-6001-153 | Booker Major Landscaping | 600100601 - Elementary or Primary | | | 01/01/2010 | 01/01/2011 | 12/30/2011 | Deleted | 0 | $75,000 | Local | |
| 1314-6001-678 | Booker ES Restroom Renovations | 0000 - | | | 01/18/2013 | 05/20/2013 | 10/06/2013 | Complete | 500 | $149,485 | Local | |
| 1516-6001-155 | Booker E.O.L HVAC & Plumbing Systems Replacement | 600100601 - Elementary or Primary | | | 01/01/2014 | 01/01/2015 | 01/01/2016 | Deleted | 0 | $500,000 | Partnership | |
| 1718-6001-147 | Booker E.O.L. Window Replacement | 0000 - | | | 01/01/2017 | 06/01/2017 | 08/10/2017 | Deleted | 74,500 | $350,000 | Local | |
| 1718-6001-156 | Booker E.O.L. HVAC and Plumbing Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/01/2017 | Deleted | 74,500 | $1,159,900 | Local | |
| 1819-6001-663 | Booker ES Classroom Addition | 600100601 - --Not Specified-- | | | 01/01/2016 | 01/01/2018 | 08/15/2018 | Deleted | 2,403 | $322,867 | Partnership | |
| 1819-6001-690 | Booker ES EOL Interior Doors and Frames Replacement | 600100601 - Elementary or Primary | | | 01/01/2017 | 06/01/2018 | 08/15/2018 | Deleted | 0 | $71,000 | Local | |
| 1920-6001-013 | HVAC-Booker A/C Addition in Kitchen | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 74,530 | $72,500 | Local | |
| 1920-6001-765 | Booker ES Fire Alarm & HVAC Controls | 0000 - | | | 01/01/2019 | 06/01/2019 | 08/10/2019 | Deleted | 75,520 | $339,850 | Local | |
| 2021-6001-152 | Booker E.O.L. Electrical Renovations & Public Address System Replacement | 0000 - | | | 01/01/2020 | 06/01/2020 | 08/10/2020 | Deleted | 0 | $389,000 | Partnership | |
| 2021-6001-691 | Booker ES EOL Systems Renovations | 0000 - | | | 01/01/2020 | 06/01/2020 | 06/30/2020 | Deleted | 0 | $177,000 | Local | |
| 2223-6001-154 | Booker E.O.L. Boiler Replacement | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 0 | $79,480 | Partnership | |

8 of 48

**Capital Projects Summary**

January 18, 2017

### 6001000 - Little Rock School District

#### 6001017 - 6001 - Bale Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1920-6001-020 | HVAC Bale Fresh Air Replacement | 0000 - | | | 03/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 41,226 | $150,000 | Local | |
| 2021-6001-495 | Bale E.O.L. Electrical and Safety Systems Replacement | 0000 - | | | 01/01/2020 | 06/01/2020 | 08/10/2020 | Deleted | 40,600 | $725,000 | Partnership | |
| 2122-6001-497 | Bale E.O.L. Ceiling Reno. & Lighting Replacement | 0000 - | | | 01/01/2020 | 01/01/2021 | 12/31/2022 | Deleted | 41,226 | $265,000 | Partnership | |

#### 6001052 - 6001 - Baseline Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 060760010180 22300016 | Baseline Playground Equipment | 0000 - --Not Specified-- | | | | 06/28/2006 | 08/01/2006 | Complete | 0 | $12,925 | Local | |
| 0708-6001-261 | Baseline Playground Update | 0000 - --Not Specified-- | | | 01/01/2008 | 06/01/2008 | 08/15/2008 | Complete | 0 | $55,901 | Local | |
| 0708-6001-509 | Baseline Playground Equipment 07 | 0000 - --Not Specified-- | | | 10/01/2007 | 10/30/2007 | 12/01/2007 | Complete | 0 | $8,433 | Local | |
| 1314-6001-265 | Baseline E.O.L. Parking and Fencing | 600105201 - Elementary or Primary | | | 01/01/2012 | 01/01/2013 | 01/01/2014 | Deleted | 0 | $125,000 | Local | |
| 1314-6001-636 | Baseline ES Wall Modifications | 0000 - | | | 12/17/2012 | 05/22/2013 | 09/20/2013 | Complete | 0 | $221,616 | Local | |
| 1516-6001-266 | Baseline E.O.L. Systems Minor Renovation | 0000 - | | | 01/01/2014 | 01/01/2015 | 01/01/2016 | Deleted | 4,300 | $2,525,000 | Partnership | |
| 1516-6001-804 | Baseline ES Activity/Playground Pavilion | 0000 - | | | 03/02/2015 | 06/01/2015 | 08/10/2015 | Deleted | 2,710 | $231,725 | Local | |
| 1516-6001-840 | Baseline ES Exterior Wall Structural Repair and Reno. of Classrooms 407 & 408 | 0000 - | | | 06/03/2014 | 06/19/2015 | 07/21/2015 | Complete | 1,600 | $20,182 | Local | |
| 1617-6001-267 | Baseline ES Restroom Renovations | 0000 - Elementary or Primary | | | 01/01/2015 | 01/01/2016 | 12/29/2017 | Deleted | 0 | $80,000 | Partnership | |
| 1718-6001-008 | Fire Alarm and Addressable System Baseline | 0000 - | | | 06/01/2017 | 08/01/2017 | 09/01/2017 | Planned | 50,455 | $100,000 | Local | |
| 1718-6001-262 | Baseline E.O.L. HVAC Replacement | 0000 - | | | 01/01/2018 | 06/01/2018 | 08/15/2018 | Deleted | 40,000 | $300,000 | Local | |
| 1920-6001-004 | Roof Replacement Baseline | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 50,455 | $850,000 | Local | |
| 1920-6001-012 | HVAC Baseline-Add A/C to Kitchen | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 50,455 | $117,500 | Local | |
| 1920-6001-263 | Baseline E.O.L. Boiler Replacement | 0000 - | | | 12/01/2019 | 06/01/2019 | 08/15/2019 | Deleted | 0 | $79,500 | Partnership | |
| 2021-6001-264 | Baseline E.O.L. Systems Major Renovations | 0000 - | | | 01/01/2020 | 06/05/2020 | 08/30/2021 | Deleted | 50,500 | $3,200,500 | Partnership | |

#### 6001006 - 6001 - Booker Arts Magnet Elem. Sch. - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0506600103 | Booker Asbestos Abatement 06 | 0000 - --Not Specified-- | | | | 05/31/2006 | 06/15/2006 | Complete | 0 | $0 | Local | |

DF_000589

# Capital Projects Summary

January 18, 2017

## 6001000 - Little Rock School District

### 6001051 - 6001 - Badgett Elementary School - Abandoned/Vacant

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0809-6001-025 | Badgett/Felder Academy E.O.L. Flooring Renovations | 60010703 - Middle School Learning Academy | | | 06/09/2010 | 06/01/2008 | 08/01/2008 | Deleted | 0 | $151,688 | Local | |
| 1011-6001-026 | Badgett/Felder Academy E.O.L. Systems Renovations | 0000 - Middle School Learning Academy | | | 11/13/2009 | 06/01/2010 | 08/13/2010 | Deleted | 0 | $1,196,346 | Local | |
| 1213-6001-027 | Badgett/Felder Academy E.O.L. System Renovations | 0000 - Middle School Learning Academy | | | 09/01/2011 | 05/01/2012 | 08/15/2012 | Deleted | 0 | $475,000 | Partnership | |
| 1314-6001-028 | Badgett/Felder Academy E.O.L. Roof Replacement | 0000 - Middle School Learning Academy | | | 09/01/2012 | 06/01/2013 | 08/15/2013 | Deleted | 0 | $450,000 | Partnership | |
| 1516-6001-029 | Badgett/Felder Academy E.O.L. Systems Renovation | 0000 - Middle School Learning Academy | | | 01/01/2015 | 06/01/2015 | 08/14/2015 | Deleted | 0 | $330,000 | Partnership | |
| 1718-6001-030 | Badgett/Felder Academy E.O.L. Systems Renovations | 0000 - Middle School Learning Academy | | | 01/02/2017 | 06/01/2017 | 08/11/2017 | Deleted | 0 | $297,000 | Partnership | |

### 6001017 - 6001 - Bale Elementary School - Elementary

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 050660010180 17300011 | Bale Ele. Pre-K Playground Equipment | 0000 - --Not Specified-- | | | | 07/25/2005 | 08/18/2005 | Complete | 0 | $0 | Local | |
| 0708-6001-493 | Bale E.O.L. Flooring Replacement | 600101701 - Elementary or Primary | | | 01/01/2008 | 01/01/2008 | 12/31/2008 | Deleted | 0 | $42,700 | Local | |
| 0809-6001-554 | Bale Bus Drive and Landscaping Improvements | 0000 - --Not Specified-- | | | 01/01/2007 | 05/18/2007 | 07/25/2007 | Complete | 0 | $5,072 | Local | |
| 1011-6001-496 | Bale E.O.L. Flooring Replacement(2) | 600101701 - Elementary or Primary | | | 01/01/2009 | 01/01/2010 | 12/30/2011 | Deleted | 0 | $40,000 | Local | |
| 1213-6001-703 | Bale Elementary kitchen Renovations | 600101701 - --Not Specified-- | | | 01/01/2013 | 05/22/2013 | 10/31/2013 | Complete | 900 | $406,961 | Local | |
| 1516-6001-498 | Bale Roof Replacement | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 41,226 | $434,742 | Partnership | |
| 1516-6001-499 | Bale E.O.L. HVAC Reno. & Exterior Window Replacement | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 41,226 | $450,000 | Partnership | |
| 1516-6001-500 | Bale E.O.L. Playground and Fencing | 600101701 - Elementary or Primary | | | 04/01/2008 | 04/13/2008 | 12/31/2016 | Deleted | 0 | $215,860 | Local | |
| 1516-6001-779 | Bale ES Restroom Renovations | 0000 - | | | 04/14/2014 | 06/05/2015 | 08/10/2015 | Deleted | 3,100 | $150,000 | Local | |
| 1516-6001-803 | Bale ES Activity Room Addition | 600101701 - --Not Specified-- | | | 08/01/2014 | 01/01/2015 | 08/10/2015 | Deleted | 3,520 | $970,725 | Local | |
| 1718-6001-492 | Bale E.O.L. Domestic Water Piping Replacement | 0000 - | | | 01/01/2018 | 01/01/2018 | 12/31/2018 | Deleted | 41,226 | $389,000 | Partnership | |
| 1718-6001-494 | Bale E.O.L. HVAC Replacement | 0000 - | | | 01/01/2018 | 06/01/2018 | 08/01/2018 | Deleted | 41,226 | $638,000 | Local | |
| 1819-6001-696 | Bale ES EOL Site & Interior Door Systems Renovations | 600101701 - Elementary or Primary | | | 01/01/2018 | 06/01/2018 | 06/29/2018 | Deleted | 0 | $140,500 | Local | |

DF_000590

**Capital Projects Summary**

January 18, 2017

### 6001000 - Little Rock School District

#### 6001000 - 6001 - Administration - Administration

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-6001-446 | Maintenance & Operations E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 21,300 | $750,000 | Partnership | |
| 2021-6001-447 | Maintenance & Operations Portable Replacement | 0000 - Maintenance & Operations | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 0 | $350,000 | Partnership | |
| 2021-6001-453 | Admin. Community Activity E.O.L. Systems Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 42,309 | $350,000 | Partnership | |
| 2021-6001-458 | Ish/I.R.C. E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 32,000 | $400,000 | Partnership | |
| 2021-6001-462 | LRSD Transportation E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 6,100 | $80,000 | Partnership | |
| 2021-6001-469 | Procurement E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 21,000 | $280,000 | Partnership | |
| 2021-6001-474 | Laidlaw E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 19,600 | $320,000 | Partnership | |
| 2021-6001-481 | Student Assignment E.O.L. Systems Minor Renovations | 0000 - | | | 02/06/2012 | 06/18/2012 | 12/31/2017 | Deleted | 6,400 | $250,000 | Local | |
| 2122-6001-482 | Student Assignment E.O.L. Systems Minor Renovations | 0000 - | | | 12/01/2010 | 06/01/2021 | 12/31/2022 | Deleted | 6,400 | $100,000 | Partnership | |
| 2223-6001-427 | Administration E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 26,800 | $160,000 | Partnership | |
| 2223-6001-448 | Maintenance & Operations E.O.L. Systems HVAC Renovations | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 22,644 | $88,000 | Partnership | |
| 2223-6001-459 | Ish/I.R.C. E.O.L. Systems HVAC Renovations | 0000 - | | | 01/01/2011 | 04/16/2014 | 12/30/2023 | Deleted | 31,802 | $479,420 | Partnership | |
| 2223-6001-463 | LRSD Transportation E.O.L. Systems HVAC Renovations | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 6,000 | $80,000 | Partnership | |
| 2223-6001-471 | Procurement E.O.L. HVAC Renovations | 0000 - | | | 01/01/2011 | 01/01/2012 | 12/31/2013 | Deleted | 0 | $75,000 | Partnership | |
| 2223-6001-475 | First Student E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2021 | 01/01/2022 | 12/31/2023 | Deleted | 0 | $125,000 | Local | |
| 2324-6001-435 | Garland/Safety & Security E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2022 | 01/01/2023 | 12/01/2024 | Deleted | 38,716 | $532,296 | Partnership | |
| 2324-6001-449 | Maintenance & Operations E.O.L. Water Piping Renovations | 0000 - | | | 01/01/2022 | 01/01/2023 | 12/31/2024 | Deleted | 21,300 | $140,000 | Partnership | |
| 2324-6001-464 | LRSD Transportation E.O.L. Window Systems Renovations | 0000 - | | | 01/01/2022 | 01/01/2023 | 12/31/2024 | Deleted | 6,100 | $20,000 | Local | |
| 2425-6001-792 | Administration Bldg Elevator Replacement | 0000 - | | | 05/01/2016 | 07/11/2016 | 01/06/2017 | Deleted | 26,800 | $146,235 | Local | |

DF_000591

# Capital Projects Summary

## 6001000 - Little Rock School District

### 6001000 - 6001 - Administration - Administration

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1819-6001-002 | Parking Lot Repairs-Administration, M&O, First Student Student Transportation, Various | 0000 - | | | 03/01/2018 | 06/01/2018 | 09/01/2018 | Planned | 0 | $2,035,000 | Local | |
| 1819-6001-445 | Maintenance & Operations E.O.L. Systems Minor Renovations | 0000 - | | | 10/01/2018 | 12/15/2018 | 12/29/2018 | Deleted | 0 | $9,833 | Partnership | |
| 1819-6001-457 | Ish/I.R.C. E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2018 | 06/01/2018 | 12/31/2019 | Deleted | 16,000 | $225,000 | Local | |
| 1819-6001-718 | Administration Building EOL Sidewalks and Interior Doors and Frames | 600100006 - Administrative | | | 01/01/2017 | 06/01/2018 | 08/15/2018 | Deleted | 0 | $110,200 | Local | |
| 1819-6001-719 | Community Activity/Gilliam EOL | 0000 - | | | 01/02/2017 | 06/01/2018 | 08/15/2018 | Deleted | 3,300 | $179,000 | Local | |
| 1819-6001-720 | Procurement EOL Interior Doors and Frames Replacement | 600100009 - Procurement and Materials Management | | | 01/02/2017 | 06/01/2018 | 06/29/2018 | Deleted | 0 | $14,400 | Local | |
| 1819-6001-830 | Child Nutrition Addition and Roof Replacement | 600100006 - --Not Specified-- | | | 03/01/2017 | 06/01/2018 | 08/10/2018 | Deleted | 40,952 | $669,000 | Local | |
| 1819-6001-831 | Ish/IRC Restroom Renovations | 0000 - | | | 03/02/2017 | 06/01/2018 | 08/10/2018 | Deleted | 108,000 | $108,000 | Local | |
| 1819-6001-832 | Administration Building Restroom Renovations | 0000 - | | | 03/01/2017 | 06/01/2018 | 08/10/2018 | Deleted | 21,000 | $21,000 | Local | |
| 1819-6001-833 | Oakhurst/Adult Education Fire Alarm Additon and HVAC Controls | 0000 - | | | 03/01/2017 | 06/01/2018 | 08/10/2018 | Deleted | 33,700 | $128,500 | Local | |
| 1819-6001-835 | Facility Services Roof Replacement and Generator | 0000 - | | | 03/01/2017 | 06/01/2018 | 08/10/2018 | Deleted | 21,300 | $230,000 | Local | |
| 1819-6001-836 | First Student Restroom Renovations | 0000 - | | | 03/01/2017 | 06/01/2018 | 08/10/2018 | Deleted | 19,600 | $106,000 | Local | |
| 1819-6001-837 | Procurement Roof Replacement | 0000 - | | | 03/02/2017 | 06/01/2018 | 08/10/2018 | Deleted | 21,000 | $362,700 | Local | |
| 1819-6001-838 | Student Assignment Fire Alarm and HVAC Controls | 0000 - | | | 03/01/2017 | 06/01/2018 | 08/10/2018 | Deleted | 6,400 | $114,450 | Local | |
| 1920-6001-011 | Roof Replacement Maintenance and Operations | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 21,300 | $300,000 | Local | |
| 1920-6001-473 | Laidlaw E.O.L. Systems Minor Renovations | 0000 - | | | 05/01/2012 | 06/29/2012 | 12/01/2015 | Deleted | 19,600 | $185,334 | Local | |
| 1920-6001-702 | Garland/Safety & Security EOL Exterior Door Replacement | 600100001 - Admn. - Garland | | | 01/01/2018 | 07/16/2018 | 08/15/2018 | Deleted | 0 | $85,000 | Local | |
| 2021-6001-434 | Garland/Safety & Security E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2009 | 01/01/2010 | 12/30/2011 | Deleted | 0 | $380,000 | Partnership | |
| 2021-6001-441 | Oakhurst/Adult Ed. E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2019 | 01/01/2020 | 12/30/2021 | Deleted | 33,700 | $1,360,000 | Partnership | |

DF_000592

**Capital Projects Summary**

### 6001000 - Little Rock School District

#### 6001000 - 6001 - Administration - Administration

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1516-6001-483 | Student Assignment E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 6,400 | $240,000 | Partnership | |
| 1516-6001-785 | Oakhurst Adult Education Restroom Renovations | 0000 - | | | 03/15/2015 | 06/05/2016 | 08/15/2015 | Deleted | 2,000 | $75,000 | Local | |
| 1516-6001-837 | Procurement Woodson Warehouse Renovations | 0000 - --Not Specified-- | | | 09/01/2014 | 09/18/2014 | 12/29/2015 | Complete | 40,000 | $343,665 | Local | |
| 1617-6001-791 | First Student Transportation Parking Lot Repairs | 0000 - | | | 02/05/2015 | 06/05/2016 | 08/10/2015 | Deleted | 19,600 | $350,000 | Local | |
| 1718-6001-430 | Administration E.O.L. HVAC Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 31,802 | $200,000 | Partnership | |
| 1718-6001-431 | Garland/Safety & Security E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2018 | 06/01/2018 | 12/31/2018 | Deleted | 38,716 | $300,000 | Local | |
| 1718-6001-437 | Garland/Safety & Security E.O.L. Site & HVAC Systems Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 18,862 | $25,000 | Local | |
| 1718-6001-438 | Oakhurst/Adult Ed. E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2008 | 01/01/2008 | 12/31/2008 | Deleted | 33,700 | $185,000 | Local | |
| 1718-6001-443 | Oakhurst/Adult Ed. E.O.L HVAC Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 30,000 | $250,000 | Partnership | |
| 1718-6001-444 | Maintenance & Operations E.O.L. Systems Electrical Renovations | 0000 - | | | 01/01/2018 | 01/01/2018 | 12/31/2018 | Deleted | 21,300 | $48,000 | Local | |
| 1718-6001-451 | Admin. Community Activity E.O.L. Floor Tile Replacement | 0000 - Community Activity (Gilliam) | | | 01/01/2008 | 01/01/2008 | 01/31/2008 | Deleted | 0 | $50,368 | Local | |
| 1718-6001-455 | Admin. Community Activity E.O.L. Systems HVAC Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 19,000 | $25,000 | Local | |
| 1718-6001-465 | LRSD Transportation E.O.L. Systems HVAC Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 6,000 | $160,000 | Partnership | |
| 1718-6001-466 | Procurement E.O.L. HVAC Renovation | 0000 - | | | 01/01/2018 | 06/01/2018 | 08/10/2018 | Deleted | 500 | $6,000 | Local | |
| 1718-6001-472 | First Student E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2017 | 01/01/2018 | 12/31/2018 | Deleted | 29,600 | $300,000 | Local | |
| 1718-6001-478 | First Student E.O.L. Systems HVAC Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 29,600 | $350,000 | Partnership | |
| 1718-6001-484 | Student Assignment E.O.L. Systems HVAC Renovations | 0000 - | | | 01/01/2016 | 01/01/2017 | 12/29/2017 | Deleted | 6,400 | $150,000 | Partnership | |
| 1718-6001-544 | First Student Parking Lot Renovations | 0000 - | | | 01/01/2018 | 06/01/2018 | 08/01/2018 | Deleted | 0 | $250,000 | Local | |
| 1718-6001-762 | Garland/Safety & Security Roof Replacement | 0000 - | | | 01/01/2016 | 06/01/2017 | 08/10/2017 | Deleted | 0 | $412,500 | Local | |

DF_000593

## Capital Projects Summary

January 18, 2017

### 6001000 - Little Rock School District

#### 6001000 - 6001 - Administration - Administration

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0910-6001-468 | Procurement E.O.L. Floor Tile Replacement | 600000009 - Procurement and Materials Management | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $24,977 | Local | |
| 0910-6001-480 | Student Assignment E.O.L. Floor Tile Replacement | 600100013 - Student Assignment | | | 01/01/2009 | 01/01/2009 | 12/01/2010 | Deleted | 0 | $450 | Local | |
| 0910-6001-612 | First Student Transportation Restroom Renovations | 600100010 - Transportation Fac | | | 01/28/2009 | 04/28/2009 | 07/30/2009 | Complete | 0 | $20,477 | Local | |
| 0910-6001-630 | LRSD Transportation Parking Lot Addition | 600100008 - LRSD Transportation Fac | | | 09/24/2009 | 11/02/2009 | 02/02/2010 | Complete | 0 | $137,493 | Local | |
| 1011-6001-621 | Admin. Building ADA Restroom Renovations | 600100006 - Administrative | | | 02/17/2010 | 05/18/2010 | 09/30/2010 | Complete | 0 | $25,952 | Local | |
| 1112-6001-426 | Administration E.O.L. Ceiling Tile Replacement | 600100006 - Administrative | | | 01/01/2011 | 01/01/2011 | 12/31/2012 | Deleted | 0 | $161,000 | Partnership | |
| 1112-6001-470 | Procurement E.O.L. Ceiling Tile Replacement | 600000009 - Procurement and Materials Management | | | 01/01/2010 | 01/01/2011 | 12/31/2012 | Deleted | 0 | $126,000 | Partnership | |
| 1213-6001-747 | First Student Transportation New Rotunda Ceiling | 0000 - | | | 06/01/2012 | 06/29/2012 | 02/05/2013 | Complete | 19,600 | $101,179 | Local | |
| 1314-6001-428 | Administration E.O.L. Roof Replacement | 0000 - | | | 02/01/2011 | 06/08/2011 | 11/01/2011 | Complete | 0 | $128,057 | Local | |
| 1314-6001-476 | Laidlaw E.O.L. Systems Roof Replacement | 600100010 - Transportation Fac | | | 11/16/2010 | 05/16/2011 | 11/23/2011 | Complete | 190,000 | $192,240 | Local | |
| 1314-6001-752 | First Student Transportation Fire Alarm Upgrade | 0000 - | | | 07/01/2013 | 11/04/2013 | 04/30/2014 | Complete | 19,600 | $34,054 | Local | |
| 1314-6001-756 | Office Realignments and Break Room Renovations | 600100006 - --Not Specified-- | | | 09/16/2013 | 10/16/2013 | 01/09/2014 | Complete | 800 | $16,791 | Local | |
| 1516-6001-429 | Administration E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 26,800 | $1,300,000 | Partnership | |
| 1516-6001-436 | Garland/Safety & Security E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 38,716 | $350,000 | Partnership | |
| 1516-6001-442 | Oakhurst/Adult Ed. E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 33,700 | $1,200,000 | Partnership | |
| 1516-6001-450 | Maintenance & Operations E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 21,300 | $480,000 | Partnership | |
| 1516-6001-454 | Admin. Community Activity E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 42,309 | $534,000 | Partnership | |
| 1516-6001-460 | Ish/I.R.C. E.O.L. Systems Minor Renovations | 0000 - | | | 10/17/2011 | 11/28/2011 | 12/30/2016 | Complete | 32,000 | $620,873 | Local | |
| 1516-6001-477 | First Student E.O.L. Systems Major Renovation | 0000 - | | | 01/01/2014 | 01/01/2015 | 12/30/2016 | Deleted | 29,600 | $500,000 | Partnership | |

2 of 48

DF_000594

## Capital Projects Summary

January 18, 2017

### 6001000 - Little Rock School District

#### 6001000 - 6001 - Administration - Administration

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 060760010260 49300059 | Ish/I.R.C. ADA Restroom Renovations | 0000 - --Not Specified-- | | | | 12/05/2005 | 08/01/2006 | Complete | 0 | $108,359 | Local | |
| 0607-6001-619 | Ish/IRC Office Renovations and Minor Landscaping | 600100007 - Instructional Resource Center | | | 06/26/2006 | 09/26/2006 | 06/01/2007 | Complete | 0 | $110,107 | Local | |
| 0708-6001-456 | Ish/I.R.C. E.O.L. Ceramic Tile Replacement | 600100007 - Instructional Resource Center | | | 01/01/2008 | 01/01/2008 | 12/01/2008 | Deleted | 0 | $32,000 | Local | |
| 0708-6001-461 | LRSD Transportation E.O.L. Systems Minor Renovations | 0000 - | | | 01/01/2008 | 01/01/2008 | 12/31/2008 | Complete | 0 | $0 | Partnership | |
| 0708-6001-530 | Laidlaw Above Ground Bio-Diesel Fuel Tank | 600100010 - Transportation Fac | | | 06/13/2006 | 08/10/2006 | 08/15/2007 | Complete | 0 | $80,000 | Local | |
| 0708-6001-538 | Maintenance & Operations Womens Restroom Renovations | 600100004 - Maintenance & Operations | | | 10/08/2007 | 03/03/2010 | 04/05/2010 | Complete | 0 | $5,487 | Local | |
| 0708-6001-545 | LRSD Transportation Facility Expansion | 600100008 - --Not Specified-- | | | 10/09/2007 | 05/16/2008 | 01/09/2009 | Complete | 0 | $260,297 | Local | |
| 0708-6001-650 | Adminstration ADA Restroom Renovations | 600100006 - Administrative | | | 03/20/2008 | 06/09/2008 | 11/25/2008 | Complete | 0 | $55,539 | Local | |
| 0809-6001-424 | Administration E.O.L. Flooring Replacement | 600100006 - Administrative | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 0 | $167,630 | Local | |
| 0809-6001-432 | Garland/Safety & Security E.O.L. Ceiling Replacement | 600100001 - Admn. - Garland | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 0 | $232,296 | Partnership | |
| 0809-6001-439 | Oakhurst/Adult Ed. E.O.L. Carpet Replacement | 600100002 - Adult Education | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 0 | $2,000 | Local | |
| 0809-6001-452 | Admin. Community Activity E.O.L. Carpet Replacement | 600100005 - Community Activity (Gilliam) | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 0 | $2,015 | Local | |
| 0809-6001-467 | Procurement E.O.L. Carpet Replacement | 600100009 - Procurement and Materials Management | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 0 | $5,000 | Local | |
| 0809-6001-479 | Student Assignment E.O.L. Carpet Replacement | 600100013 - Student Assignment | | | 01/01/2008 | 01/01/2008 | 12/31/2009 | Deleted | 0 | $6,000 | Local | |
| 0809-6001-501 | Administration Chiller Replacement | 600100006 - Administrative | | | 10/29/2007 | 06/01/2008 | 08/05/2008 | Complete | 0 | $142,314 | Local | |
| 0809-6001-588 | Child Nutrition 16th & Jones Building Roof Replacement & Fire Alarm | 0000 - --Not Specified-- | | | 04/01/2008 | 04/11/2008 | 07/10/2008 | Complete | 0 | $17,844 | Local | |
| 0809-6001-613 | Oakhurst/Adult Ed. Office Space and Teachers Lounge Renovation | 600100002 - Adult Education | | | 04/11/2008 | 07/08/2008 | 06/01/2009 | Complete | 1,925 | $107,445 | Local | |
| 0910-6001-425 | Administration Paving | 600100006 - Administrative | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $60,000 | Local | |
| 0910-6001-433 | Garland/Safety & Security E.O.L. Flooring Replacement | 600100001 - Admn. - Garland | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $7,484 | Partnership | |
| 0910-6001-440 | Oakhurst/Adult Ed. E.O.L. Systems Floor Tile Replacement | 600100002 - Adult Education | | | 01/01/2009 | 01/01/2009 | 12/31/2010 | Deleted | 0 | $200,000 | Local | |

1 of 48

DF_000595



# Little Rock School District





# Facilities Master Plan 2014


FANNING·HOWEY

WOODS
GROUP ✦ ARCHITECTS

STUCK
associates
ARCHITECTS
BRAILSFORD & DUNLAVEY

RDI
REMENSCHNEIDER DESIGN, INC.

EXHIBIT C

# Table of Contents

1. Introduction ........................................................................................................... 1
2. Overview .............................................................................................................. 9
   A. Background ................................................................................................... 9
   B. Board of Directors Goals ............................................................................. 10
   C. Impact ......................................................................................................... 11
3. Physical Assessment ......................................................................................... 13
   A. Overview .................................................................................................... 13
   B. Data ............................................................................................................ 21
   C. Analysis ...................................................................................................... 41
   D. Impact ........................................................................................................ 42
4. Educational Assessment ................................................................................... 43
   A. Overview .................................................................................................... 43
   B. Data ............................................................................................................ 56
   C. Analysis ...................................................................................................... 58
   D. Impact ........................................................................................................ 60
5. Utilization Assessment ...................................................................................... 61
   A. Overview .................................................................................................... 61
   B. Demographics ............................................................................................ 61
   C. Capacity ..................................................................................................... 65
   D. Utilization ................................................................................................... 68
   E. Results ........................................................................................................ 69
   F. Impact ......................................................................................................... 70
6. Stakeholder Input .............................................................................................. 71
   A. Overview .................................................................................................... 71
   B. School Survey ............................................................................................. 72
   C. On-line Stakeholder Survey ....................................................................... 73
   D. Community Meetings .................................................................................. 73
   E. Impact ......................................................................................................... 74

EXHIBIT 17

7.  Addressing Needs ................................................................................. 75

    A.  Overview ....................................................................................... 75

    B.  Needs Summary ............................................................................ 76

    C.  Facility Options ............................................................................ 84

    D.  Scenarios ...................................................................................... 95

    E.  Impact ........................................................................................... 106


Appendix A – Physical Assessment Details ............................................. 113

Appendix B - Building Summary Detail Sheets ....................................... 217

Appendix C - Educational Adequacy Details ........................................... 305

Appendix D – Board of Directors Presentations ..................................... 341

Appendix E – Stakeholder Input Results ................................................. 433

Appendix F – 21st Century Examples ...................................................... 565

Appendix G –Terminology ....................................................................... 581

Appendix H – Demographic Projections .................................................. 585

Appendix I – Student Distribution .......................................................... 603

EXHIBIT 17

# Little Rock School District

# Facilities Master Planning Team

**Little Rock Board of Directors**

| | |
|---|---|
| Greg Adams | President |
| Norma Jean Johnson | Vice-President |
| C.E. McAdoo | Secretary |
| Jody Carreiro | Member |
| Dianne Curry | Member |
| Leslie Fisken | Member |
| Tara Shephard | Member |
| Dr. Dexter Suggs | Superintendent |

**Steering Committee**

| | |
|---|---|
| Dr. Dexter Suggs | Superintendent |
| Kelsey Bailey | Chief Financial Officer |
| Marvin Burton | Deputy Superintendent |
| Wayne Adams | Director of Maintenance and Operations |
| Lilly Bouie | Director of Child Nutrition Services |
| John Daniels | Director of Athletics |
| Frederick Fields | Associate Superintendent of Student Services |
| Erikk Jackson | Program Director |
| Pamela Smith | Director of Communications |

**Consultants**

| | |
|---|---|
| Troy Glover, CEFP | Fanning Howey, Project Manager |
| Carl Baxmeyer, AICP, REFP | Fanning Howey, Project Executive |
| George Kacan, AIA LEED AP, REFP | Fanning Howey, VFA Reviewer |
| Ron Woods, AIA LEED, AP | Woods Group, Facility Assessment Team Leader |
| J. Rodgers Critz, AIA | Stuck Associates, Quality Control / Quality Assurance |
| Carla Remenschneider | RDI, Educational Adequacy Team Leader |
| Beth Penfield | CIP Project Manager |

EXHIBIT 17

**Conditions Assessment Team**
Ron Woods, AIA, LEED, AP
Rodgers Critz, AIA
Nomi Brown
Tim Browner
Janice Cranford
Mark Enos
Darrell Finney
John Lai
Jim Matchett
DeeDee Nicholas
Ross Piazza
James Primm
Hannah Shelton
Sam Turner

**Educational Adequacy Assessment Team**

| | |
|---|---|
| Carl Baxmeyer, AICP, REFP | Fanning Howey |
| Robin O'Hara, REFP | Fanning Howey |
| Troy Glover, CEFP | Fanning Howey |
| Carla Remenschneider | RDI |

EXHIBIT 17

# 1.  Introduction

Fanning Howey was selected by the Little Rock School District to develop a Facilities Master Plan.  Fanning Howey assembled a team of professionals from other firms to work together, with the District on this project. The Fanning Howey Team consisted of:

- Fanning Howey
- Woods Group Architects, Inc.
- Stuck Associates, Inc.
- Brailsford & Dunlavey, Inc.
- Remenschneider Design, Inc.

Referred to as the "Fanning Howey Team" through this report, the work could not have been completed without the support and effort by the professionals from these firms.

The planning process was guided by the Steering Committee. The committee was assembled by the Superintendent, Dr. Suggs, and consisted of key district administrators. Without the guidance, information and input of the Steering Committee, this plan would not have been possible.

This introduction provides an overview of the Little Rock School District (LRSD) Facilities Master Plan.  It is important to understand what the Facilities Master Plan is and what the goals of the plan are.

The Facilities Master Plan is a "blueprint" for renovation and new construction necessary to enhance alignment of Little Rock School District educational programs and physical structures. It establishes standards; measures how well the educational facilities meet established standards; identifies where physical improvements and adjustments are needed; provides solutions to address those problems; and determines the potential cost and timeline for implementing the solutions.

EXHIBIT 17

The Facilities Master Plan addresses three areas of need – physical, educational, and utilization. The physical needs are the "bricks and mortar" needs of a building.  Just like our homes, parts of the school buildings, no matter how well maintained, have a life expectancy.  The Plan assesses the current condition of school buildings and determines if and when major systems, such as the roof or the heating system, will need to be repaired or replaced.  The educational questions include whether there is sufficient space for the number of students or if there is too much space for the number of students housed at a school?  Do the spaces in the school provide the right type of environment for what is being taught?  Is the technology sufficient?  The utilization needs refer to the number, location, and size of the schools.  The utilization considers the student capacity of a school compared to the number of students.  The goal is to align the buildings with the number of students so that schools are used efficiently with a high level of utilization.

Further, there are three key elements of the Facilities Master Plan assessment, utilization, and solutions.   The assessment process began with an overview of school, athletic, and administrative facilities followed by a facilities condition assessment and educational adequacy evaluation of each school, athletic facility, and administrative facility.  During this part of the process, the physical and educational opportunities and challenges inherent in each facility are documented.  The second key element of the Plan is analyzing utilization which begins by examining past student enrollment and developing projections that provide guidance for future space needs.  The data and methodology used to develop Little Rock School District's projected enrollment is detailed in the demographics section of the Facilities Master Plan.  The final key element of the Facilities Master Plan is the development of solutions to meet the needs identified by the prior elements.

Finally, three overarching goals guided development of the Facilities Master Plan; to provide an appropriate learning environment at every school in the Little Rock School District, to maximize the use of student capacity of each school as efficiently as possible, and to recognize the cost benefits of achieving the first two goals and to be responsible in the allocation of financial resources.

EXHIBIT 17

**Findings**

Architects and Engineers of the Fanning Howey Team conducted facility condition assessments at all LRSD schools, including non-educational facilities, as well as by persons specializing in the evaluation of roofs, kitchens, and athletic facilities and playfields.  All aspects of a building were assessed including foundation, structure, exterior and interior walls, windows and doors; ceilings, floors, and cabinetry; electrical system; heating, ventilation and air-conditioning system; plumbing system; roof; and kitchens.  Portable facilities were not evaluated given the district goal of removing temporary facilities and replacing them with permanent structures. Facility condition assessment information was collected electronically by the assessors.  Overall, LRSD buildings have been very well maintained with most needs simply a result of age.  The physical condition of LRSD facilities are categorized as good, fair, or poor.  The results are reflected in the table that follows.

| Priority Level | Elementary Schools | Middle Schools | High Schools |
|---|---|---|---|
| Good | 19 | 4 | 2 |
| Fair | 9 | 2 | 1 |
| Poor | 4 | 1 | 2 |

The educational adequacy of school facilities was based on factors that directly influence the learning environment.  Factors include but are not limited to size, number, type and location of classrooms and labs; student centered sustainable design including day lighting, indoor air quality, ventilation, thermal control, and acoustics; furniture; and technology.  The overall educational adequacy for each school was based on a rating scale of 1 to 5 where 5 represents a school that meets all criteria.  The results of the educational adequacy of schools are as follows.

| Priority Level | Elementary Schools | Middle Schools | High Schools |
|---|---|---|---|
| 1 (very poor) | 0% | 0% | 0% |
| 2 (poor) | 69% | 72% | 80% |
| 3 (fair) | 25% | 14% | 20% |
| 4 (good) | 3% | 0% | 0% |
| 5 (excellent) | 3% | 14% | 0% |

EXHIBIT 17

A cohort methodology was used to develop LRSD projected student enrollment.  A number of factors were analyzed as part of the process to develop projected enrollment, including but limited birth rates, historical student enrollment, housing data, employment data, population, academic programs, etc.  The trend for LRSD has been a relatively consistent enrollment pattern and projections indicate that this trend will continue.  The illustration that follows shows 10 years of historical and 10 years of projected enrollment for the Little Rock School District.

The capacity of Little Rock School District schools was calculated using a dual approach where first educational spaces were counted and multiplied by a number based on grade level.  These multipliers are 20 students per teaching station for Pre-Kindergarten and Kindergarten, 25 for grades 1 through 5, 28 for grades 6 through 12, and 10 for self-contained special education classes.  A secondary adjustment was made to the capacity count at all schools where classrooms were smaller than the standard established by the State of Arkansas.



EXHIBIT 17

The utilization percentage of LRSD schools was developed by dividing the enrollment by the capacity of each school.  The following table presents for each school the current enrollment, the capacity, the ten-year projected enrollment and the projected ten-year utilization.

| School | 2013 Enrollment | Capacity (Revised) based on Area | 10-Year Projected Enrollment | 10-Year Projected Utilization |
|---|---|---|---|---|
| Bale | 326 | 364 | 369 | 101.37% |
| Baseline | 310 | 387 | 351 | 90.69% |
| Booker | 515 | 480 | 499 | 104.08% |
| Brady | 398 | 400 | 377 | 94.34% |
| Carver | 342 | 418 | 170 | 40.66% |
| Chicot | 842 | 900 | 982 | 109.11% |
| Dodd | 346 | 234 | 454 | 194.15% |
| Fair Park | 179 | 180 | 181 | 100.55% |
| Forest Park | 447 | 393 | 548 | 139.40% |
| Franklin | 343 | 420 | 266 | 63.33% |
| Fulbright | 624 | 676 | 637 | 94.23% |
| Geyer Springs | 261 | 358 | 162 | 45.25% |
| Gibbs Magnet | 302 | 362 | 310 | 85.63% |
| Jefferson | 452 | 450 | 410 | 91.16% |
| King | 531 | 552 | 521 | 94.37% |
| Mabelvale ES | 546 | 586 | 763 | 130.20% |
| McDermott | 403 | 485 | 366 | 72.57% |
| Meadowcliff | 357 | 415 | 319 | 75.46% |
| Otter Creek | 593 | 528 | 698 | 132.19% |
| Pulaski Heights ES | 369 | 333 | 458 | 137.62% |

EXHIBIT 17

| School | 2013 Enrollment | Capacity (Revised) based on Area | 10-Year Projected Enrollment | 10-Year Projected Utilization |
|---|---|---|---|---|
| Roberts | 904 | 961 | 1,009 | 104.99% |
| Rockefeller | 417 | 427 | 458 | 107.26% |
| Romine | 356 | 430 | 418 | 97.20% |
| Stephens | 395 | 529 | 304 | 57.49% |
| Terry | 436 | 487 | 211 | 43.32% |
| Wakefield | 592 | 600 | 709 | 118.12% |
| Washington | 472 | 964 | 277 | 28.79% |
| Watson | 383 | 455 | 280 | 61.48% |
| Western Hills | 259 | 277 | 287 | 103.61% |
| Williams | 407 | 416 | 342 | 82.32% |
| Wilson | 281 | 340 | 287 | 84.48% |
| Woodruff | 132 | 142 | 151 | 106.40% |
| Cloverdale | 654 | 588 | 697 | 118.53% |
| Dunbar | 669 | 589 | 798 | 135.48% |
| Forest Heights | 580 | 642 | 648 | 100.94% |
| Henderson | 727 | 760 | 789 | 103.86% |
| Mabelvale MS | 649 | 603 | 691 | 114.64% |
| Mann | 759 | 672 | 850 | 126.37% |
| Pulaski Heights MS | 813 | 539 | 845 | 156.86% |
| Central | 2,519 | 1,460 | 2,496 | 170.94% |
| Hall | 1,122 | 1,434 | 1,259 | 87.79% |
| J. A. Fair | 805 | 1,040 | 923 | 88.72% |
| McClellan | 895 | 1,366 | 893 | 65.36% |
| Parkview | 1,024 | 1,050 | 1,082 | 103.00% |

The utilization percentages of LRSD schools vary by grade level.  The capacity at all LRSD elementary schools totals approximately 14,947. Comparatively, the 10-year projected enrollment is 13,372 resulting in utilization at the elementary level of 90.8 percent.  The middle school capacity is 4,393 with a 10-year projected enrollment of 5,319 resulting in a utilization of 121.07 percent.   Comparatively, capacity at the high school level is 6,351 with a 10-year projected enrollment of 6,652 and having a utilization of 104.73 percent.

EXHIBIT 17

**Stakeholder Input**

The importance of community involvement was conveyed at the outset of the Facilities Master Planning Process.  The expectation was set that participation opportunities would be provided for all residents of the City of Little Rock.   To this end, two round of community meetings were conducted at each LRSD school, an online version of surveys was posted to maximize opportunity for public input, a comment section was established on the Facilities Master Planning Process website, and local media outlets were engaged as a means of notifying the general public of community meetings.  Through community meetings and the Facilities Master Plan website, more than 4,000 persons participated in the input gathering phases of the Facilities Master Planning Process providing guidance and direction for facility and educational topics.

**Addressing Needs**

Considering the physical and educational adequacy of Little Rock Schools, as well as utilization, projected enrollment, and community input, recommendations were developed for improving the condition and efficiency of Little Rock Schools.  The recommendations involved renovations, additions, changing the use of, and reassigning students.   In addition, non-negotiables identified at the beginning of the Facilities Master Planning Process called for the removal of portables and replacing them with permanent structures, adding student activity centers at elementary schools where feasible, and air-conditioning school kitchens as the priorities, in addition to other work needed at schools.   The information that follows provides a summary of the recommendation for LRSD.

EXHIBIT 17

EXHIBIT 17

# 2.  Overview

BACKGROUND

Little Rock School District (LRSD) is committed to providing the greatest educational experience for all students who are enrolled in its schools.  To ensure this commitment, the District commissioned a Facilities Master Plan Study for all its educational and athletic facilities. Specifically, the Study would involve conducting facility condition and educational adequacy assessments of all District buildings and athletic facilities, school capacity analysis, demographic analysis, community engagement, and recommended the future capital plan.   Fanning Howey was among the short listed firms for further consideration by LRSD Board of Directors, interviewed via a public meeting, and subsequently selected by the LRSD Board of Directors to develop its Facilities Master Plan.

A Process, Roles, Goals, and Controls Workshop was held at the beginning of the Facilities Master Planning process. The workshop was conducted to ensure that a clear understanding existed between Little Rock School District and the Fanning Howey consultant team regarding project expectations and deliverables.  The Process component of the workshop referred to the general approach for development of the Facilities Master Plan while Roles refer to the function of all stakeholders - Board of Directors, Superintendent, Steering Committee, consultant team, etc. Equally important is the Goals component which establishes benchmarks or targets toward which the planning process is driven. Controls refer to how the Facilities Master Planning process is set up and organized.  The timeline established indicates the start and ending period for developing Little Rock School District's Facilities Master Plan, including the activities and major milestones that occur throughout.

EXHIBIT 17

The Roles, Goals, and Controls Workshop resulted in the identification of items referred to as non-negotiable and were to be incorporated into the Facilities Master Plan recommendations.   These items include the following.

1.  Reflect and support LRSD move to digital conversion;

2.  Air-conditioning 25 kitchens;

3.  Remove all portables from school sites and replace them with permanent structures, if needed;

4.  Improve and/or expand athletic facilities throughout the District;

5.  Incorporate student activity centers at elementary schools;

6.  Identify safety issues and incorporate improvements;

7.  Incorporate strategies for energy conservation;

8.  Learning environments must maximize student achievement; and

9.  Recommendations must be fiscally responsible.

**Board of Directors' Goals**

The LRSD Board of Directors 2013-2014 Goals, drafted at their July 2013 Board Retreat/ Work Session, served as a context for understanding LRSD academic priorities and focus, and was a foundational guide from which the Facilities Master Plan Study was developed.   The Board goals are as follows.

1.  To remove identified schools from the list designating them as "needs improvement," "priority," and focus schools.

2.  To implement with integrity the middle school initiative and to create environments that are more conducive to learning.

3.  To establish and begin implementation of a multi-year facilities plan to address new construction along with enhancements and repairs to existing facilities.

4.  To provide clear, open and timely communication to students, parents and families and establish the community as an essential partner.

5.  To continue progress toward the strategic initiative for third grade reading to have all students reading on grade level and proficient in mathematics and writing by the end of their third grade year.

EXHIBIT 17

**Impact**

The Little Rock School District educational and programmatic parameters and goals established by the Board of Directors and enhanced and expanded through the Roles, Goals, and Controls Workshop confirmed Little Rock School District's commitment to improving school facilities and ensuring educational success for all students.  The educational directives and emphasis provided by the Board of Directors and District officials guided facility decisions as recommendations were developed pertaining to the level and extent of improvements needed at school facilities to accommodate the educational program.

EXHIBIT 17

EXHIBIT 17

# 3.  Physical Assessment

## A.  Overview

At its core a Facilities Master Plan or FMP is about identifying needs and developing the best solution to address those needs. The needs fall into three categories…physical, educational and utilization as established by an assessment of each. The first is a physical assessment of each facility to identify the "bricks and mortar" needs. What is required to make each school "warm, safe and dry?" These include the day-to-day maintenance and repair issues such as painting, as well as larger, capital projects such as reroofing or replacing all the windows.  When these needs are addressed, the buildings will be fully operational.

The needs also extend beyond what is required to keep the buildings warm, safe and dry or the changes necessary to accommodate the number of students. For the Little Rock School District, this includes addressing other needs that are addressed in some but not all buildings. These items have been referred to as "_non-negotiables_". They are factors that the District wants to address, whenever possible, to ensure equality among all facilities. These include actions to:

1.  Reflect and support the District's move to digital conversion

2.  Ensure that all Child Nutrition Services' kitchens are air-conditioned

3.  Remove all portables so that all students are educated in permanent buildings

4.  Improve and/or expand athletic facilities throughout the District

5.  Identify safety issues and incorporate improvements

6.  Incorporate strategies for energy conservation

Most of the non-negotiable factors are directly addressed in the physical needs presentation under the "Data" subsection which follows this overview.

The second is an educational assessment to determine how well each facility functions relative to the curriculum offered. This is determined by establishing what represents an "ideal" learning environment. The ideal is comprised of the number, type, size and orientation of spaces, as well as

EXHIBIT 17

other physical attributes including, but not limited to, such requirements as daylighting, thermal comfort and indoor air quality. Each facility is measured against the ideal to identify opportunities and challenges. From that assessment comes a list of needs that, when addressed, will provide an enhanced learning environment in which teachers can teach and students can learn.

The third assessment is the utilization of each facility. That includes the demographics of the District which establishes how many students are currently enrolled and a projection of the number anticipated to be enrolled in the future. The current and projected number of students is compared to the capacity of each building to determine the utilization. The goal is to have schools that are not over-crowded which degrades the learning environment. Neither should the schools be underutilized which results in the District maintaining unused space with financial resources that could be better allocated to other areas for the students' education.

Taken together, these sections paint an overall picture of the needs of the Little Rock School District. From an analysis of that information, options to address those needs were developed. The options were combined in various ways to create alternative scenarios. Those scenarios were evaluated and the best scenario that meets the educational needs of the students; that reflects the goals and vision of all the stakeholders; and, is most cost-effective was ultimately recommended as the course of action in the Facilities Master Plan. This will be addressed in the following sections of the FMP.

This section addresses the physical assessment of the Little Rock facilities. The physical assessment was conducted using software specifically designed for facilities assessments.

EXHIBIT 17

**SOFTWARE OVERVIEW**

The physical assessment was conducted using software developed by VFA, Inc. VFA combines facility assessment services and Web-based software products into a comprehensive solution for the complete capital management lifecycle.

The key concept is "capital management lifecycle". Traditional facility assessments evaluate a building at a single point in time. An assessment professional walks through a building and notes needs that must be addressed at that particular point in time. He or she might note items such as fixing a roof leak or replacing the window. While those are necessary and important items, they do not provide a complete picture of the physical needs of the building throughout the planning period.

The concept of "capital management lifecycle" is that in addition to immediate needs; the building is evaluated based on the _lifecycle_ of the component systems. Perhaps there are no roof leaks in a building but the roof was installed 18 years ago. Depending on the type of roof, it may have a 20 year life span. Therefore, while there is no immediate need, in four years that roof will reach the end of its useful life. Knowing that, a district can factor the capital improvement cost of a new roof into its facility budget.

By assessing a building not only on its immediate needs but on potential future needs based on the lifecycle of the building components, a more comprehensive picture emerges of the true physical needs. The assessment becomes an asset management tool for the District rather than a simple listing of the immediate needs.

Fanning Howey and VFA are partners in providing this system assessment. The Fanning Howey Team did the evaluation of the physical plant using the VFA supplied software. There are two components to the software. VFA Auditor is a tablet based software program used to collect the data. VFA Facility is a software program that analyzes the collected data. Together, the assessment provided the system specific information included in this section.

The assessment is based on the UniFormat standard for classifying building systems, specifications, cost estimating, and cost analysis. It is the industry standard in the U.S. and Canada. The elements

EXHIBIT 17

are major components common to most buildings. The system can be used to provide consistency in the economic evaluation of building projects. It was developed through an industry and government consensus and has been widely accepted as an ASTM standard.

The UniFormat system is based on a series of levels each providing a greater degree of information. Level 1 contains the following broad categories:

- A SUBSTRUCTURE *(foundation)*
- B SHELL *(building structure, walls, windows, doors, roof, etc.*)
- C INTERIORS *(interior walls, windows, floors, etc.)*
- D SERVICES *(HVAC, plumbing, electrical, etc.)*
- E EQUIPMENT AND FURNISHINGS *(furniture, casework, etc.)*
- F SPECIAL CONSTRUCTION AND DEMOLITION
- G BUILDING SITEWORK *(pavement, sidewalks, drainage, playgrounds, etc.)*

Under Level 1 – Substructure the following are some of the Level 2 and 3 subcategories:

- A10 Foundations
  - A1010 Standard Foundations
  - A1020 Special Foundations
  - A1030 Slab-on-Grade
- A20 Basement Construction
  - A2010 Basement Excavation
  - A2020 Basement Walls

***SOFTWARE FUNCTIONALITY***

Conditions assessments are based on systems that utilize system life cycle spans established by BOMA, a nationally recognized standard. Therefore, every system in the building was assessed beginning with its life cycle. The system then generates "system requirements" for those systems that are past or nearing the end of the life cycle. For example, if a roof has a life cycle span of 20 years and it was installed 19 years ago the system would generate a requirement that the roof should be replaced the following year.

The expertise of the assessor is brought in when they evaluate each building component. The software may generate a requirement that vinyl flooring be replaced because it has reached the end of its life cycle. However, the assessor may determine that, given the condition, there are still several

**EXHIBIT 17**

more years of useful life.  They would enter that information into the system. A new requirement would be generated showing the vinyl flooring should be replaced in ten years rather than next year as an example.

Conversely, the assessor may see a building component, or part of a building component that needs attention. Perhaps the windows still have 20 years of useful life; however, 10 of the 80  windows in a school have failing seals and need repair or replacement. When the assessor enters that information into the system, a "user defined requirement" is generated.

Regardless of whether the requirement is a system requirement or a user defined requirement, cost estimating is integrated in the tablet software and is tied directly to RS Means cost database. RS Means is another nationally recognized standard. The cost basis can be regionally adjusted to any location in the United States and in this case was naturally benchmarked to Little Rock, Arkansas. The RS Means cost estimating database is indexed yearly for inflation, typically in April of each year.

Photographs, when utilized, are connected directly to the individual systems. If the assessor is evaluating an air handler, they can and did in most cases, take a picture of the system and tie additional information into the database.

The use of the VFA software has resulted in a detailed database of the physical condition of the buildings and their associated systems. From that database a wide variety of reports can be generated in order to provide sound, reliable, uniform information upon which the District can make annual capital and maintenance funding decisions.

### SURVEY METHODS

Each school was divided among several teams of assessors with experience in their area of survey. Professionals from Woods Group Architects, Inc. and Stuck Associates Architects formed the nucleus of the assessment teams.

The primary survey areas utilized for the physical adequacy assessment were:

- Site – above ground improvements
- Site – athletic fields and playgrounds

EXHIBIT 17

- Building – architectural systems
- Building – roofing systems
- Building – mechanical and  plumbing systems (including fire sprinklers)
- Building – electrical and fire alarm
- Building – technology
- Building – kitchen equipment

### SURVEY PROCESS

The assessors participated in training prior to beginning work. The training included:

- An assessor trainer introduced them to VFA software, provided experience, and  updated them on new VFA capabilities
- A trial assessment at Metropolitan VoTech High School
- Several group conference calls to review and discuss the results of the trial assessment and to receive an overview of the "VFA.Facility" review/approval process

Assessors began the individual school surveys using "VFA.auditor" tablet based assessment software. Each of the assessors wore a photo ID badge and was instructed to sign in at the main office before beginning any of their survey work. It was up to individual schools how the assessors were escorted through the school, but generally followed this pattern:

- Building and roofing assessors were typically accompanied by one of the school custodians.
- Mechanical, plumbing, electrical assessors were either accompanied by a custodian, or provided with a key for access into the equipment and service areas of the buildings.
- Kitchen equipment assessors met with the kitchen managers at each of the schools.
- The site assessors, after signing in, often travelled independently performing their survey work outside of the building.

The surveys were completed individually and submitted for review upon their completion. Fanning Howey's "VFA Reviewer" subsequently reviewed, rejected or approved the surveys. Once approved, the surveys became part of the "VFA.Facility" database for The Little Rock School District.

All of the reports provided in the appendix of this report were generated from this database. The report generation capability of "VFA.Facility" is very extensive and can be tailored specifically to the district's requirements.

EXHIBIT 17

***SCHEDULE***

The assessor training began in early December. The field assessments began immediately thereafter and continued through the holiday break. Assessments were generally completed by the end of February.

The assessments were reviewed beginning in March and an initial report was delivered to the District in April. The Maintenance and Operations Department, under the direction of Wayne Adams, conducted an extensive review of the data. They provided input on many factors, including items that were not visible to the assessors; costing; and items that were scheduled for improvement through the maintenance department this year. Their work was extensive.

The input received was incorporated into the database and a revised list of needs was produced. The list was again reviewed by the Maintenance and Operations Department as a final check. Feedback was received in mid-July and incorporated into the database and this plan.

Concurrent assessments to the kitchen at each Child Nutrition Services site, as well as the athletic facilities, were conducted along with the physical building assessments. Once the data  was compiled, Lilly Bouie, Director of Child Nutrition Services and her staff reviewed all of the data. In order to ensure that the information represented an assessment and not simply an inventory, several schools were reassessed. The result of the cooperative effort between Ms. Bouie, her staff and the Fanning Howey Team resulted in a comprehensive listing of the equipment needs at each school site.

Also, John Daniels, Director of Athletics, actively participated in the review of information relative to the District's athletic facilities. Assisted by Erikk Jackson, the Athletic Department Program Manager, John Daniels, just like  Lilly Bouie from Child Nutrition, visited schools with the assessors, arranged site visits and worked with the Fanning Howey Team to identify needs and options to address those needs.

***SURVEY DETAILS***

Assessors were assigned responsibility for specific survey areas as described below.

EXHIBIT 17

*Site Development* -The documentation of conditions for above ground site improvements was the main focus of this survey area. Detailed assessments of sub-grade systems, such as underground utilities were not provided.

*Athletics* - Conditions of outdoor athletic fields and playground areas were surveyed. The actual number of required program facilities was evaluated in the educational adequacy surveys.

*Building Systems* - The bulk of the assessment data collected is related to the physical building and its systems. The primary assessment surveys included in building systems include:

- Substructure (foundations)
- Superstructure (structure)
- Exterior Envelope (excluding roofing)
- Interiors and  Finishes
- Fixed Equipment
- Casework
- Plumbing
- Electrical
- Fire Alarm
- Mechanical
- Fire Sprinklers

*Roofing Systems* – The buildings were assessed by essentially one assessor providing uniformity of opinion on the conditions of the various roofing systems currently in place within the district.

*Kitchen Equipment* - The schools received an assessment of the kitchen equipment. Those surveys were conducted while school was in session and included an interview, whenever possible, with the kitchen manager, in addition to the physical assessment.

EXHIBIT 17

## B.  Data

**PHYSICAL ASSESSMENT**

The following table represents the results of the physical assessment. In the left-hand columns the schools and their levels are represented. The columns marked "Priority" represent the dollar values associated with the physical needs at each school. The priorities were established based on when the needs should be addressed. The priorities are as follows:

- Priority 1 – Due within one (1) year – these items have an immediate impact on the safety of the building occupants or, if not addressed, could significantly impact the operation of a school to the point of limiting operation.
- Priority 2 – Due within two (2) years – these items would have a detrimental effect on the operation of a building if not addressed to the point of limiting operation but could be deferred for a couple of years.
- Priority 3 – Due within five (5) years – these are items that generally represent energy saving measures but would not necessarily immediately limit building operation.
- Priority 4 – Due within ten (10) years – these represent items, some of which could impact safety or building operations but, given their current state, do not need immediate attention and could be deferred for a longer period of time.

The column in the center marked "Grand Total" represents the sum of all the priority items. The Replacement Value is the estimated cost of rebuilding school and the site.

The next several entries in the table represent the heart of the data. The Facility Condition Index or FCI is determined by dividing the cost of Priorities 1-3 by the replacement value. As previously mentioned any FCI that exceeds two thirds, or 66 percent, is a candidate for replacement. The total of all four of the priority items divided by the replacement value yields the Renewal Index Value.

The FCI covers the next five years. Even if all the work listed  was completed, there are still other items that will be reaching the end of their life cycle during the following five years of the planning period. The RI, therefore, covers the full ten-year planning window.

**EXHIBIT 17**

**Physical Assessment**

| School | Level | Priority 1 | Priority 2 | Priority 3 | Priority 4 | Grand Total | Replacement Value | Facility Condition Index - $ | Facility Condition Index | Renewal Index $ | Renewal Index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bale | ES | $690,654 | $302,457 | $1,889,848 | $406,488 | $2,882,959 | $8,312,398 | $2,882,959 | 0.35 | $3,289,447 | 0.40 |
| Baseline | ES | $645,236 | $1,280,684 | $2,003,358 | $229,513 | $3,929,278 | $10,173,242 | $3,929,278 | 0.39 | $4,158,791 | 0.41 |
| Booker | ES | $208,423 | $2,249 | $2,140,268 | $899,072 | $2,350,940 | $16,530,232 | $2,350,940 | 0.14 | $3,250,012 | 0.20 |
| Brady | ES | $180,894 | $265,033 | $777,139 | $498,061 | $1,223,066 | $8,520,683 | $1,223,066 | 0.14 | $1,721,127 | 0.20 |
| Carver | ES | $269,469 | $609,496 | $2,419,505 | $371,491 | $3,298,470 | $12,633,531 | $3,298,470 | 0.26 | $3,669,961 | 0.29 |
| Chicot | ES | $0 | $65,739 | $1,405,525 | $767,643 | $1,471,264 | $15,865,660 | $1,471,264 | 0.09 | $2,238,907 | 0.14 |
| Dodd | ES | $0 | $1,256,093 | $1,960,079 | $604,733 | $3,216,172 | $9,416,121 | $3,216,172 | 0.34 | $3,820,905 | 0.41 |
| Fair Park | ES | $0 | $0 | $476,764 | $349,640 | $476,764 | $5,820,453 | $476,764 | 0.08 | $826,404 | 0.14 |
| Forest Park | ES | $638 | $315,429 | $1,310,888 | $349,088 | $1,626,955 | $6,757,484 | $1,626,955 | 0.24 | $1,976,043 | 0.29 |
| Franklin | ES | $0 | $88,637 | $1,762,461 | $259,253 | $1,851,098 | $13,721,526 | $1,851,098 | 0.13 | $2,110,351 | 0.15 |
| Fulbright | ES | $1,244,053 | $1,058,559 | $3,826,896 | $426,199 | $6,129,508 | $13,505,581 | $6,129,508 | 0.45 | $6,555,707 | 0.49 |
| Geyer Springs | ES | $177,869 | $723,246 | $1,210,105 | $269,872 | $2,111,220 | $8,424,101 | $2,111,220 | 0.25 | $2,381,092 | 0.28 |
| Gibbs Magnet | ES | $695,070 | $439,897 | $2,114,215 | $501,935 | $3,249,182 | $9,696,790 | $3,249,182 | 0.34 | $3,751,117 | 0.39 |
| Jefferson | ES | $199,479 | $741,502 | $2,110,132 | $559,170 | $3,051,113 | $9,082,625 | $3,051,113 | 0.34 | $3,610,283 | 0.40 |
| King | ES | $74,246 | $309,664 | $1,525,351 | $116,664 | $1,909,261 | $15,323,880 | $1,909,261 | 0.12 | $2,025,925 | 0.13 |
| Mabelvale | ES | $329,197 | $2,112,387 | $4,226,577 | $292,152 | $6,668,161 | $11,204,176 | $6,668,161 | 0.60 | $6,960,313 | 0.62 |
| McDermott | ES | $142,115 | $707,627 | $961,593 | $833,627 | $1,811,335 | $9,682,273 | $1,811,335 | 0.19 | $2,644,962 | 0.27 |
| Meadowcliff | ES | $76,757 | $912,142 | $1,161,710 | $527,489 | $2,150,609 | $7,575,350 | $2,150,609 | 0.28 | $2,678,098 | 0.35 |
| Otter Creek | ES | $331,816 | $292,165 | $2,598,865 | $234,946 | $3,222,846 | $9,214,693 | $3,222,846 | 0.35 | $3,457,792 | 0.38 |
| Pulaski Heights | ES | $77,920 | $465,984 | $1,307,415 | $937,901 | $1,851,319 | $13,222,492 | $1,851,319 | 0.14 | $2,789,220 | 0.21 |
| Roberts | ES | $981,974 | $319,968 | $4,014,597 | $288,920 | $5,316,569 | $31,877,501 | $5,316,569 | 0.17 | $5,605,489 | 0.18 |
| Rockefeller | ES | $151 | $207,461 | $1,576,012 | $323,452 | $1,783,624 | $13,017,434 | $1,783,624 | 0.14 | $2,107,076 | 0.16 |
| Romine | ES | $646,268 | $1,407,490 | $2,144,419 | $290,229 | $4,198,177 | $11,038,416 | $4,198,177 | 0.38 | $4,488,406 | 0.41 |
| Stephens | ES | $455,274 | $174,401 | $2,181,684 | $509,807 | $2,811,359 | $15,724,519 | $2,811,359 | 0.18 | $3,321,166 | 0.21 |

EXHIBIT 17

| School | Level | Priority 1 | Priority 2 | Priority 3 | Priority 4 | Grand Total | Replacement Value | Facility Condition Index - $ | Facility Condition Index | Renewal Index $ | Renewal Index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry | ES | $283,374 | $989,058 | $1,385,280 | $423,070 | $2,657,712 | $9,962,942 | $2,657,712 | 0.27 | $3,080,782 | 0.31 |
| Wakefield | ES | $11,401 | $174,058 | $2,723,402 | $73,016 | $2,908,861 | $11,990,936 | $2,908,861 | 0.24 | $2,835,845 | 0.24 |
| Washington | ES | $240,378 | $1,133,902 | $4,093,804 | $882,938 | $5,468,084 | $19,917,011 | $5,468,084 | 0.27 | $6,151,022 | 0.31 |
| Watson | ES | $693,731 | $1,372,473 | $3,321,266 | $551,239 | $5,387,470 | $11,414,274 | $5,387,470 | 0.47 | $5,938,709 | 0.52 |
| Western Hills | ES | $772,909 | $713,301 | $2,459,544 | $80,422 | $3,945,754 | $8,466,645 | $3,945,754 | 0.47 | $4,026,176 | 0.48 |
| Williams | ES | $535,592 | $889,645 | $938,064 | $648,600 | $2,363,301 | $12,956,260 | $2,363,301 | 0.18 | $3,011,901 | 0.23 |
| Wilson | ES | $680,045 | $600,226 | $1,706,176 | $232,842 | $2,986,447 | $7,831,108 | $2,986,447 | 0.38 | $3,219,289 | 0.41 |
| Woodruff | ES | $160,520 | $181,219 | $2,352,850 | $977,301 | $2,694,998 | $7,661,940 | $2,694,998 | 0.35 | $3,672,299 | 0.48 |
| Cloverdale | MS | $4,535,757 | $1,870,817 | $12,018,778 | $2,223,904 | $18,425,352 | $25,834,293 | $18,425,352 | 0.71 | $20,649,256 | 0.80 |
| Dunbar | MS | $867,473 | $622,660 | $3,119,076 | $608,024 | $4,609,209 | $35,442,121 | $4,609,209 | 0.13 | $5,217,233 | 0.15 |
| Forest Heights | MS | $585,012 | $2,033,060 | $6,088,775 | $2,168,529 | $8,706,847 | $37,554,616 | $8,706,847 | 0.23 | $10,875,376 | 0.29 |
| Henderson | MS | $89,870 | $1,890,246 | $4,978,504 | $2,737,618 | $6,958,620 | $23,400,908 | $6,958,620 | 0.30 | $9,696,238 | 0.41 |
| Mabelvale | MS | $58,176 | $449,500 | $3,555,043 | $1,074,778 | $4,062,719 | $21,500,123 | $4,062,719 | 0.19 | $5,137,497 | 0.24 |
| Mann | MS | $751,104 | $983,694 | $3,218,781 | $5,462 | $4,953,579 | $34,167,758 | $4,953,579 | 0.14 | $4,959,041 | 0.15 |
| Pulaski Heights | MS | $1,716,797 | $1,107,666 | $5,874,583 | $84,274 | $8,699,046 | $20,378,846 | $8,699,046 | 0.43 | $8,783,320 | 0.43 |
| Central | HS | $2,100,491 | $2,845,724 | $15,998,279 | $8,441,255 | $20,944,494 | $90,520,442 | $20,944,494 | 0.23 | $29,385,749 | 0.32 |
| Hall | HS | $1,949,269 | $2,585,035 | $8,555,197 | $1,581,324 | $13,089,501 | $58,846,701 | $13,089,501 | 0.22 | $14,670,825 | 0.25 |
| J. A. Fair | HS | $200,764 | $2,134,917 | $3,816,629 | $3,399,506 | $6,152,310 | $45,816,859 | $6,152,310 | 0.13 | $9,551,816 | 0.21 |
| McClellan | HS | $979,595 | $5,917,016 | $11,362,977 | $7,455,762 | $18,259,588 | $45,578,058 | $18,259,588 | 0.40 | $25,715,350 | 0.56 |
| Parkview | HS | $412,518 | $1,953,483 | $4,644,543 | $3,269,933 | $7,010,544 | $42,643,117 | $7,010,544 | 0.16 | $10,280,477 | 0.24 |
| Hamilton | NT | $197,172 | $1,768,154 | $2,965,887 | $550,176 | $4,931,213 | $20,532,000 | $4,931,213 | 0.24 | $5,481,389 | 0.27 |
| Metropolitan | NT | $853,080 | $2,230,789 | $7,673,882 | $230,498 | $10,757,751 | $42,643,117 | $10,757,751 | 0.25 | $10,988,249 | 0.26 |
| TOTALS | | $26,102,940 | $48,504,983 | $159,956,726 | $46,201,784 | $234,564,649 | | $234,564,649 | | $282,766,433 | |

EXHIBIT 17

It should be remembered that even after 10 years there will be additional costs associated with maintaining the Little Rock School District facilities. This is not to say that the District  does not do a good job of maintaining its facilities.   Really, it is quite the opposite. The _Operations and Maintenance Department does an outstanding job of maintaining the Little Rock School facilities_. However, just as with a home or an automobile and with the passage of time systems wear out, the majority of the identified needs are the result of building system components reaching the end of their useful life.

Developed through an in-depth analysis of the data, the table shown on the following page provides additional information  on the physical needs at each school. As previously stated, the VFA software used in the assessment generates needs, referred to as "requirements" for each building component that has already exceeded, or will exceed during the ten-year planning horizon, its useful life. In addition, the assessors both modified the software generated requirements or produced user generated requirements when appropriate while they were assessing the building systems.

The table on the following page groups all of the requirements by Uniformat category. For two major categories, A – Substructure (the building foundation) and E – Furniture, Fixtures and Equipment (the non-attached items in the building with the exception of casework, the built-in shelves and cabinets) there are no subcategories shown. For the other major categories, there are next level subcategories shown.

Within each line item there are over 2,100 requirements. These are presented individually in the Appendix. The District also has all of the information electronically for use in both capital planning as well as by the Operations and Maintenance Department.

EXHIBIT 17

**Cost of Requirements per School by Uniformat Code Groups**

| Uniformat Code | Description | Bale ES | Baseline ES | Booker Arts Magnet ES | Brady ES | Carver Magnet ES | Chicot ES | David O'Dodd ES | Dr. Don Roberts ES |
|---|---|---|---|---|---|---|---|---|---|
| A | Substructure | | | | | | | | |
| B | Building Shell | | | | | | | | |
| B101 | Accessible Ramps and Stairs - Exterior | $7,941 | $36,375 | | | | | | |
| B201 | Exterior Walls | | $150,000 | | | | | | |
| B202 | Windows | $313,507 | $50,000 | $495,802 | | $895,158 | | $80,584 | |
| B203 | Doors - Exterior | | $98,783 | | $80,355 | $87,085 | | $26,404 | |
| B30 | Roofing | $638 | $432,973 | | | | | $549,534 | |
| B302 | Roof Penetrations *(ex. skylights)* | | | | | | | | |
| C | Interior | | | | | | | | |
| C10 | Interior Finishes | | $292,725 | | | | | $84,111 | |
| C101 | Walls and Partitions | | $37,055 | | | | | | |
| C102 | Doors - Interior | | | $390,541 | $28,232 | | | $25,893 | |
| C103 | Partitions - Restrooms | | | | $7,823 | | | | |
| C20 | Stairs - Interior | | | | | | | | |
| C301 | Finish - Walls | $156,020 | | | | $20,051 | | $33,968 | $64,474 |
| C302 | Finish - Floors | $218,213 | $320,033 | $582,402 | $106,401 | $252,581 | $432,849 | $170,682 | $383,329 |
| C303 | Finish - Ceilings | $68,993 | $261,105 | | | | | | |
| D | Mechanical, Electrical and Plumbing | | | | | | | | |
| D101 | Conveying Systems *(elevators, etc.)* | | | | | | | | |
| D201 | Restrooms, Sinks, Water Coolers | $279,222 | $341,730 | $101,999 | $91,355 | $267,053 | $118,994 | $128,984 | |
| D202 | Water Distribution *(piping and water heaters)* | $198,941 | $91,562 | $242,548 | $134,642 | $134,652 | $197,857 | $113,296 | $10,140 |
| D203 | Sanitary Waste | $220,068 | | $397,848 | $143,082 | | $318,615 | $175,303 | |
| D204 | Roof Drainage | | | | | | | | |
| D302 | Heating | | | | | | | | |
| D303 | Cooling | $278,229 | | | | | | | |
| D304 | Ventilation | $265,607 | $679,090 | $30,965 | $81,117 | $25,633 | $44,351 | $313,176 | |
| D305 | Air Conditioning/Heating | $61,602 | $83,236 | $32,361 | $141,186 | $436,736 | $140,209 | $153,715 | $18,821 |
| D306 | Direct Digital Controls (DDC) - HVAC | $175,730 | $133,080 | $172,052 | $144,785 | $162,726 | $152,650 | $111,984 | |
| D40 | Fire Control | | $1,522 | $2,249 | | | $1,801 | $991 | |
| D501 | Electrical - Distribution | $207,858 | $34,293 | | | | | $334,620 | |
| D502 | Electrical - Lighting | | | | | $260,569 | | $138,700 | |
| D503 | Communications *(PA, phone, clocks, fire alarms, security, LAN)* | $245,495 | $602,686 | | | $392,336 | | $317,274 | |
| D509 | Emergency Systems *(battery packs, lights)* | $46,163 | | | | $717 | | $36,772 | |
| E | Furniture, Fixtures, and Equipment | | $278,582 | | | $256,682 | | $77,128 | |
| G | Site Work | | | | | | | | |
| G201 | Site - Roadways | $99,063 | $5,504 | | $15,777 | | | | |
| G202 | Site - Parking | $49,255 | $27,613 | | | $50,001 | | $194,781 | |
| G203 | Site - Sidewalks | $11,114 | $207,167 | | $113,906 | $9,937 | | $84,334 | |
| G204 | Site Improvements *(retaining walls, fencing, athletic fields and courts)* | | $72,113 | | $134,405 | $46,553 | $63,938 | $63,938 | |
| G303 | Site Drainage | | | | | | | | |
| *Grand Total* | | *$2,903,659* | *$4,237,227* | *$2,448,767* | *$1,223,066* | *$3,298,470* | *$1,471,264* | *$3,216,172* | *$476,764* |

Cost of Requirements per School by Uniformat Code Groups

EXHIBIT 17

| Uniformat Code | Description | Fair Park ECDC | Forest Park ES | Franklin Incentive ES | Fulbright ES | Geyer Springs ES | Gibbs Magnet ES | Jefferson ES | M.L. King Magnet ES |
|---|---|---|---|---|---|---|---|---|---|
| A | Substructure | | | $7,923 | | | | | |
| B | Building Shell | | | | | | | | |
| B101 | Accessible Ramps and Stairs - Exterior | | | $25,927 | | | | | |
| B201 | Exterior Walls | | | $42,015 | | | | | |
| B202 | Windows | $159,712 | $519,645 | $21,161 | $296,888 | | $469,853 | $212,063 | $860,974 |
| B203 | Doors - Exterior | $50,043 | | | $116,115 | $103,345 | $49,751 | $27,586 | $52,276 |
| B30 | Roofing | $638 | | $514,259 | | | | $123,658 | $639,805 |
| B302 | Roof Penetrations *(ex. skylights)* | | | | $42,459 | | | | |
| C | Interior | | | | | | | | |
| C10 | Interior Finishes | | | | $361,057 | | $221,868 | | $349,354 |
| C101 | Walls and Partitions | $113,273 | | $77,280 | | $5,417 | | | |
| C102 | Doors - Interior | $177,911 | $35,290 | $179,209 | | | | $225,478 | |
| C103 | Partitions - Restrooms | $1,936 | | $2,488 | | | | $263 | |
| C20 | Stairs - Interior | $8,847 | | | | | | | |
| C301 | Finish - Walls | $71,331 | | $221,924 | $60,800 | $112,365 | $95,032 | | $229,467 |
| C302 | Finish - Floors | $159,614 | $113,380 | $660,660 | $43,990 | $229,956 | $338,080 | $358,528 | $477,788 |
| C303 | Finish - Ceilings | | | | | $177,181 | | | |
| D | Mechanical, Electrical and Plumbing | | | | | | | | |
| D101 | Conveying Systems *(elevators, etc.)* | | | | | | | | |
| D201 | Restrooms, Sinks, Water Coolers | $76,344 | $101,498 | $405,609 | $443,239 | $280,956 | $29,653 | $275,095 | $468,212 |
| D202 | Water Distribution *(piping and water heaters)* | $106,704 | $22,460 | $221,668 | $227,807 | $146,397 | $193,370 | $149,259 | $477,266 |
| D203 | Sanitary Waste | $154,095 | | $363,273 | | | $198,775 | $232,453 | |
| D204 | Roof Drainage | | | $118,061 | | | | | |
| D302 | Heating | $48,417 | | | | $177,443 | | | $322,778 |
| D303 | Cooling | | | | | | | | $557,110 |
| D304 | Ventilation | $157,360 | $242,182 | $223,052 | $27,829 | $269,955 | $17,358 | $18,092 | $433,065 |
| D305 | Air Conditioning/Heating | | $303,930 | $765,472 | | $247,145 | $266,061 | $26,797 | |
| D306 | Direct Digital Controls (DDC) - HVAC | $149,357 | | $179,496 | $171,306 | $178,087 | $98,216 | $74,246 | |
| D40 | Fire Control | $871 | $8,643 | $2,053 | $2,021 | | | $1,314 | $2,293 |
| D501 | Electrical - Distribution | | $168,652 | $1,049,883 | | $484,766 | $235,534 | | |
| D502 | Electrical - Lighting | | $141,276 | $289,485 | | $176,458 | $157,271 | | $323,290 |
| D503 | Communications *(PA, phone, clocks, fire alarms, security, LAN)* | | $144,318 | $194,235 | | $594,221 | $275,861 | | $727,854 |
| D509 | Emergency Systems *(battery packs, lights)* | | $37,456 | $50,715 | | $46,784 | $41,696 | | $85,162 |
| E | Furniture, Fixtures, and Equipment | | | $331,034 | | $123,405 | $154,256 | | $481,280 |
| G | Site Work | | | | | | | | |
| G201 | Site - Roadways | $46,728 | | | | | | $48,724 | |
| G202 | Site - Parking | $23,135 | $42,538 | | $141,795 | | $97,764 | $27,613 | $76,868 |
| G203 | Site - Sidewalks | $33,478 | | $195,968 | $71,913 | | $99,697 | $27,967 | $99,193 |
| G204 | Site Improvements *(retaining walls, fencing, athletic fields and courts)* | $200,434 | | $63,938 | $104,001 | $63,938 | $11,017 | $80,125 | $4,126 |
| G303 | Site Drainage | | | | | | | | |
| *Grand Total* | | *$1,740,228* | *$1,881,268* | *$6,206,788* | *$2,111,220* | *$3,417,819* | *$3,051,113* | *$1,909,261* | *$6,668,161* |

Cost of Requirements per School by Uniformat Code Groups

EXHIBIT 17

| Uniformat Code | Description | Mabelvale ES | McDermott ES | Meadowcliff ES | Otter Creek ES | Pulaski Heights ES | Rockefeller Incentive ES | Romine Interdistrict ES | Stephens ES |
|---|---|---|---|---|---|---|---|---|---|
| A | Substructure | | | | | | | | |
| B | Building Shell | | | | | | | | |
| B101 | Accessible Ramps and Stairs - Exterior | | | | | | | | |
| B201 | Exterior Walls | | | | | | | | |
| B202 | Windows | | $72,950 | $89,433 | $96,900 | $365,312 | | $101,940 | |
| B203 | Doors - Exterior | | $83,825 | $198,655 | $80,996 | $18,551 | $4,758 | $73,723 | |
| B30 | Roofing | $238,425 | $502,735 | | | $141,416 | | $317,080 | $39,970 |
| B302 | Roof Penetrations *(ex. skylights)* | | | | | | $34,119 | | |
| C | Interior | | | | | | | | |
| C10 | Interior Finishes | $216,245 | | | $103,819 | | | | |
| C101 | Walls and Partitions | | | | | | | | |
| C102 | Doors - Interior | $233,956 | $163,969 | $360,605 | | $181,569 | | $101,628 | |
| C103 | Partitions - Restrooms | | $2,203 | $152 | | $724 | | | |
| C20 | Stairs - Interior | | | | | | | | |
| C301 | Finish - Walls | | $14,231 | $25,479 | | $66,055 | | $160,376 | $148,104 |
| C302 | Finish - Floors | $326,723 | $295,025 | $200,803 | $74,394 | $397,626 | $349,624 | $314,212 | $474,028 |
| C303 | Finish - Ceilings | | | $134,027 | | | | | |
| D | Mechanical, Electrical and Plumbing | | | | | | | | |
| D101 | Conveying Systems *(elevators, etc.)* | | | | | | | | |
| D201 | Restrooms, Sinks, Water Coolers | $20,091 | $105,751 | $199,668 | $11,868 | $303,786 | $84,587 | $337,084 | $17,812 |
| D202 | Water Distribution *(piping and water heaters)* | $182,302 | $164,545 | $241,883 | $160,136 | $204,760 | $194,385 | $168,157 | $141,186 |
| D203 | Sanitary Waste | | $256,335 | $157,858 | | $350,061 | $344,633 | $265,671 | $415,304 |
| D204 | Roof Drainage | | | | | | | | |
| D302 | Heating | | | | | | | | |
| D303 | Cooling | | | | | | | | $363,657 |
| D304 | Ventilation | $63,669 | $19,951 | $214,913 | $99,382 | $1,208,828 | $25,597 | $60,797 | $502,693 |
| D305 | Air Conditioning/Heating | $97,083 | $58,078 | $474,708 | $255,357 | $170,089 | $522,314 | $481,747 | |
| D306 | Direct Digital Controls (DDC) - HVAC | $142,115 | $76,757 | $77,999 | $77,920 | $83,858 | $50,114 | $72,199 | $205,205 |
| D40 | Fire Control | $1,676 | $1,449 | $892 | $1,379 | $1,978 | $1,948 | $1,502 | |
| D501 | Electrical - Distribution | $37,769 | | $348,121 | $294,155 | $996,566 | | | |
| D502 | Electrical - Lighting | | | $155,983 | $193,019 | $276,969 | | $211,708 | $328,999 |
| D503 | Communications *(PA, phone, clocks, fire alarms, security, LAN)* | | | $353,699 | $341,463 | $372,541 | $75,639 | $686,561 | |
| D509 | Emergency Systems *(battery packs, lights)* | | | $41,355 | $51,174 | $73,441 | | $55,729 | $87,225 |
| E | Furniture, Fixtures, and Equipment | $200,533 | | $67,873 | $84,841 | | | $443,024 | |
| G | Site Work | | | | | | | | |
| G201 | Site - Roadways | | $22,931 | | | | | $101,503 | |
| G202 | Site - Parking | $50,748 | $139,705 | | | $31,344 | | $103,734 | |
| G203 | Site - Sidewalks | | $137,117 | | | $71,095 | | $35,201 | |
| G204 | Site Improvements *(retaining walls, fencing, athletic fields and courts)* | | $33,052 | | $95,906 | | $95,906 | $104,601 | $87,176 |
| G303 | Site Drainage | | | | | | | | |
| *Grand Total* | | *$1,811,335* | *$2,150,609* | *$3,356,873* | *$2,022,709* | *$5,316,569* | *$1,783,624* | *$4,198,177* | *$2,811,359* |

**Cost of Requirements per School by Uniformat Code Groups**

EXHIBIT 17

| Uniformat Code | Description | Terry ES | Wakefield ES | Washington Magnet ES | Watson ES | Western Hills ES | Williams Magnet ES | Wilson ES |
|---|---|---|---|---|---|---|---|---|
| A | Substructure | | $7,158 | | | | | |
| B | Building Shell | | | | | | | |
| B101 | Accessible Ramps and Stairs - Exterior | | | | $26,398 | $32,168 | | |
| B201 | Exterior Walls | | | | | $41,542 | | |
| B202 | Windows | $116,280 | | $718,756 | | $124,119 | $419,036 | |
| B203 | Doors - Exterior | $43,758 | | $152,789 | $73,075 | $53,673 | $68,808 | $1,840 |
| B30 | Roofing | $825,262 | | | $830,527 | | $61,786 | |
| B302 | Roof Penetrations *(ex. skylights)* | | | | | | | |
| C | Interior | | | | | | | |
| C10 | Interior Finishes | $94,381 | | $221,868 | | | | $184,115 |
| C101 | Walls and Partitions | | | | | | | |
| C102 | Doors - Interior | $168,369 | | | $238,474 | $95,260 | $195,565 | $239,717 |
| C103 | Partitions - Restrooms | | | | | $352 | $5,302 | |
| C20 | Stairs - Interior | | | | | | | |
| C301 | Finish - Walls | | $66,622 | $199,386 | $12,728 | $106,852 | | $84,269 |
| C302 | Finish - Floors | $293,070 | $399,951 | $628,444 | $355,721 | $281,165 | $363,868 | $128,892 |
| C303 | Finish - Ceilings | | | | | | | |
| D | Mechanical, Electrical and Plumbing | | | | | | | |
| D101 | Conveying Systems *(elevators, etc.)* | | | | | | | |
| D201 | Restrooms, Sinks, Water Coolers | $64,292 | $13,615 | $608,212 | $348,900 | $274,098 | $55,747 | $263,056 |
| D202 | Water Distribution *(piping and water heaters)* | $238,443 | $199,454 | $134,652 | $273,286 | $202,632 | $186,857 | $187,422 |
| D203 | Sanitary Waste | $263,766 | | | $302,189 | $224,152 | $309,471 | $207,326 |
| D204 | Roof Drainage | | | | $99,852 | | | |
| D302 | Heating | $55,212 | | | | $178,339 | $50,000 | |
| D303 | Cooling | | | | | | | |
| D304 | Ventilation | $304,394 | $384,256 | $35,636 | $23,520 | $632,546 | $24,087 | $282,261 |
| D305 | Air Conditioning/Heating | | $575,649 | $245,830 | $439,752 | $253,765 | $133,575 | |
| D306 | Direct Digital Controls (DDC) - HVAC | $84,247 | $75,292 | $236,856 | $76,150 | $111,292 | $81,548 | $80,033 |
| D40 | Fire Control | $1,452 | | | $1,708 | $1,267 | $1,749 | $1,172 |
| D501 | Electrical - Distribution | | | $452,764 | $860,282 | $207,316 | | $214,851 |
| D502 | Electrical - Lighting | | $252,975 | $260,569 | | | | $165,214 |
| D503 | Communications (PA, phone, clocks, fire alarms, security, LAN) | | $815,721 | $647,234 | $659,356 | $551,547 | | $553,431 |
| D509 | Emergency Systems *(battery packs, lights)* | $36,823 | $66,592 | $100,554 | $42,188 | $47,020 | | $43,521 |
| E | Furniture, Fixtures, and Equipment | $69,415 | | $449,373 | $304,579 | $262,236 | | $245,267 |
| G | Site Work | | | | | | | |
| G201 | Site - Roadways | | | | | | $132,084 | |
| G202 | Site - Parking | | | $60,449 | $89,555 | | $55,972 | $28,359 |
| G203 | Site - Sidewalks | | $256 | $223,732 | $148,920 | $136,133 | $113,683 | $19,613 |
| G204 | Site Improvements *(retaining walls, fencing, athletic fields and courts)* | | $51,320 | $90,980 | $180,310 | $128,280 | $104,163 | $56,088 |
| G303 | Site Drainage | | | | | | | |
| *Grand Total* | | *$2,659,164* | *$2,908,861* | *$5,468,084* | *$5,387,470* | *$3,945,754* | *$2,363,301* | *$2,986,447* |

Cost of Requirements per School by Uniformat Code Groups

EXHIBIT 17

| Uniformat Code | Description | Woodruff Pre-K | Elementary Totals | Cloverdale MS | Dunbar Magnet MS | Forest Heights MS | Henderson MS | Mabelvale MS | Mann Magnet MS |
|---|---|---|---|---|---|---|---|---|---|
| A | Substructure | | $15,081 | $1,275,462 | | | | | $59,247 |
| B | Building Shell | | | | | | | | |
| B101 | Accessible Ramps and Stairs - Exterior | | $128,809 | $837,593 | $13,236 | $34,735 | $26,472 | $8,147 | $170,275 |
| B201 | Exterior Walls | $139,028 | $372,585 | $2,623,539 | $77,580 | $22 | | $992 | $86,391 |
| B202 | Windows | $207,821 | $6,687,894 | $122,148 | $754,579 | $47,502 | | $91,264 | $207,652 |
| B203 | Doors - Exterior | $38,936 | $1,585,130 | $37,101 | $96,423 | $152,008 | $110,343 | $113,104 | $156,426 |
| B30 | Roofing | | $5,218,706 | $4,495,838 | $147,590 | $552,810 | $900,858 | | $232,126 |
| B302 | Roof Penetrations *(ex. skylights)* | | $76,578 | | | | | | |
| C | Interior | | | | | | | | |
| C10 | Interior Finishes | | $2,129,543 | | | $36,501 | $92,057 | $330,477 | $174,677 |
| C101 | Walls and Partitions | $2,254 | $235,279 | $15,728 | $28,163 | | | | $1,260 |
| C102 | Doors - Interior | $243,213 | $3,284,879 | $52,246 | $410,421 | | $501,022 | | $98,911 |
| C103 | Partitions - Restrooms | | $21,243 | $8,001 | | | $284 | | |
| C20 | Stairs - Interior | | $8,847 | | | | | | |
| C301 | Finish - Walls | $152,859 | $2,102,393 | $385,875 | $50,371 | $362,837 | | $1,710 | $190,604 |
| C302 | Finish - Floors | $257,421 | $9,989,453 | $507,611 | $244,289 | $565,205 | $601,425 | $339,717 | $238,388 |
| C303 | Finish - Ceilings | $65,495 | $706,801 | $294,984 | | | $33,431 | | |
| D | Mechanical, Electrical and Plumbing | | | | | | | | |
| D101 | Conveying Systems *(elevators, etc.)* | | | | $365,473 | | $189,115 | | |
| D201 | Restrooms, Sinks, Water Coolers | $26,720 | $6,145,230 | $552,566 | $71,585 | $432,066 | $293,343 | $369,378 | $39,726 |
| D202 | Water Distribution *(piping and water heaters)* | $119,709 | $5,668,378 | $551,040 | $334,891 | $455,952 | $329,823 | $456,676 | $136,878 |
| D203 | Sanitary Waste | $202,847 | $5,503,125 | $273,466 | $71,844 | | $247,174 | $226,636 | $19,178 |
| D204 | Roof Drainage | | $217,913 | | | | | | |
| D302 | Heating | $161,649 | $993,838 | | $92,663 | | $82,818 | $59,459 | |
| D303 | Cooling | $109,956 | $1,308,952 | | $249,233 | | $500,000 | $174,463 | |
| D304 | Ventilation | $26,992 | $6,738,354 | $47,443 | $876,501 | $98,315 | $1,782,024 | $1,599,089 | $165,290 |
| D305 | Air Conditioning/Heating | $53,926 | $6,439,144 | $2,248,784 | | $961,097 | | $4,089 | $629,990 |
| D306 | Direct Digital Controls (DDC) - HVAC | $100,229 | $3,535,529 | $301,189 | $183,519 | $305,301 | | $153,757 | $163,900 |
| D40 | Fire Control | $1,146 | $43,076 | $3,445 | $3,156 | $3,492 | $3,114 | $2,855 | $242 |
| D501 | Electrical - Distribution | $577,473 | $6,504,903 | $1,812,934 | | $1,404,850 | | | $230,473 |
| D502 | Electrical - Lighting | | $3,332,485 | $482,287 | | $678,000 | $220,821 | | $505,750 |
| D503 | Communications *(PA, phone, clocks, fire alarms, security, LAN)* | $65,535 | $8,617,007 | $1,235,631 | $5,817 | $1,072,236 | $4,078 | $8,156 | $640,646 |
| D509 | Emergency Systems *(battery packs, lights)* | $28,319 | $1,019,406 | $156,378 | | $110,492 | $65,031 | | $17,747 |
| E | Furniture, Fixtures, and Equipment | | $3,829,508 | $335,960 | $249,450 | $917,788 | $283,121 | $77,498 | $626,985 |
| G | Site Work | | | | | | | | |
| G201 | Site - Roadways | | $472,314 | $6,237 | | | $124,746 | | |
| G202 | Site - Parking | $31,344 | $1,322,573 | $103,734 | | $166,439 | $117,167 | | |
| G203 | Site - Sidewalks | $100,678 | $1,941,102 | $112,551 | $13,195 | $198,740 | $85,915 | | $8,807 |
| G204 | Site Improvements *(retaining walls, fencing, athletic fields and courts)* | $49,197 | $1,985,505 | $596,241 | $294,505 | $140,219 | $397,869 | $46,244 | $152,010 |
| G303 | Site Drainage | | | | | $10,240 | | | |
| *Grand Total* | | *$2,762,747* | *$98,194,330* | *$19,476,012* | *$4,634,484* | *$8,706,847* | *$6,992,051* | *$4,063,711* | *$4,953,579* |

**Cost of Requirements per School by Uniformat Code Groups**

EXHIBIT 17

| Uniformat Code | Description | Pulaski Heights MS | Middle School Totals | Central HS | Hall HS | J.A. Fair HS | McClellan HS | Parkview Magnet HS | High School Totals |
|---|---|---|---|---|---|---|---|---|---|
| A | Substructure | | $1,334,709 | | | | | | |
| B | Building Shell | | | | | | | | |
| B101 | Accessible Ramps and Stairs - Exterior | $794,841 | $1,885,299 | $327,946 | $18,531 | | $8,443 | $15,883 | $370,803 |
| B201 | Exterior Walls | $18,699 | $2,807,223 | $35 | | | $127,875 | | $127,910 |
| B202 | Windows | $10,290 | $1,233,435 | $1,705,516 | $1,202,819 | $251,133 | $406,375 | $187,915 | $3,753,758 |
| B203 | Doors - Exterior | $62,064 | $727,469 | $153,837 | $51,133 | $72,624 | $319,164 | $109,277 | $706,035 |
| B30 | Roofing | $641,852 | $6,971,074 | $808,804 | $506,935 | | | | $1,315,739 |
| B302 | Roof Penetrations (ex. skylights) | | | | $2,516 | | | | $2,516 |
| C | Interior | | | | | | | | |
| C10 | Interior Finishes | | $633,712 | $238,920 | $325,944 | $272,495 | $678,424 | $247,858 | $1,763,641 |
| C101 | Walls and Partitions | | $45,151 | $90,707 | | | | | $90,707 |
| C102 | Doors - Interior | $68,720 | $1,131,320 | $809,439 | $42,517 | | $398,078 | $573,132 | $1,823,166 |
| C103 | Partitions - Restrooms | | $8,285 | $209 | | $727 | | $263 | $1,199 |
| C20 | Stairs - Interior | $64,013 | $64,013 | $291,446 | | | | | $291,446 |
| C301 | Finish - Walls | $224,895 | $1,216,292 | $357,613 | $472,570 | $133,750 | $191,301 | $76,027 | $1,231,261 |
| C302 | Finish - Floors | $587,464 | $3,084,099 | $1,749,790 | $824,119 | $823,155 | $1,261,829 | $684,674 | $5,343,567 |
| C303 | Finish - Ceilings | $291,763 | $620,178 | $60,501 | $121,061 | | $356,373 | $23,148 | $561,083 |
| D | Mechanical, Electrical and Plumbing | | | | | | | | |
| D101 | Conveying Systems (elevators, etc.) | $189,115 | $743,703 | $189,115 | | $14,849 | | $189,115 | $393,079 |
| D201 | Restrooms, Sinks, Water Coolers | $623,554 | $2,382,218 | $773,393 | $163,368 | $254,891 | $1,610,778 | $326,560 | $3,128,990 |
| D202 | Water Distribution (piping and water heaters) | $338,535 | $2,603,795 | $989,078 | $363,633 | $491,424 | $904,824 | $441,038 | $3,189,997 |
| D203 | Sanitary Waste | $203,713 | $1,042,011 | $283,452 | $242,099 | | $297,604 | $306,280 | $1,129,435 |
| D204 | Roof Drainage | $92,274 | $92,274 | | | | | | |
| D302 | Heating | $225,218 | $460,158 | $1,500,000 | $673,140 | | | $543,171 | $2,716,311 |
| D303 | Cooling | $573,674 | $1,497,370 | | $248,115 | | | | $248,115 |
| D304 | Ventilation | $1,736,373 | $6,305,035 | $3,264,673 | $2,625,210 | $361,115 | $51,631 | $786,709 | $7,089,338 |
| D305 | Air Conditioning/Heating | $54,165 | $3,898,125 | $73,193 | $727,552 | $656,328 | $2,662,557 | $145,039 | $4,264,669 |
| D306 | Direct Digital Controls (DDC) - HVAC | $140,291 | $1,247,957 | $346,350 | $199,982 | $200,764 | $206,748 | $162,401 | $1,116,245 |
| D40 | Fire Control | $1,605 | $17,909 | $422 | $52,781 | $4,759 | $3,749 | $3,859 | $65,570 |
| D501 | Electrical - Distribution | $880,393 | $4,328,650 | $3,047,118 | $724,527 | | $1,084,564 | | $4,856,209 |
| D502 | Electrical - Lighting | $304,245 | $2,191,103 | $810,611 | $810,650 | | $459,573 | | $2,080,834 |
| D503 | Communications (PA, Phone, clocks, fire alarms, security, LAN) | $104,806 | $3,071,370 | $2,358,398 | $1,009,284 | | $1,544,131 | $8,156 | $4,919,969 |
| D509 | Emergency Systems (battery packs, lights) | $18,637 | $368,285 | $36,733 | $173,569 | | $112,535 | | $322,837 |
| E | Furniture, Fixtures, and Equipment | $67,873 | $2,558,675 | $654,162 | $597,115 | $999,261 | $912,832 | $452,375 | $3,615,745 |
| G | Site Work | | | | | | | | |
| G201 | Site - Roadways | | $130,983 | $80,718 | | $73,380 | | $550,350 | $704,448 |
| G202 | Site - Parking | $29,852 | $417,192 | $117,913 | $160,452 | $261,201 | $101,495 | $291,052 | $932,113 |
| G203 | Site - Sidewalks | $164,990 | $584,198 | $363,701 | $693,992 | $214,347 | $924,938 | $177,166 | $2,374,144 |
| G204 | Site Improvements (retaining walls, fencing, athletic fields and courts) | $30,047 | $1,657,135 | $187,347 | $55,887 | $1,066,107 | $3,633,767 | $986,866 | $5,929,974 |
| G303 | Site Drainage | $155,085 | $165,325 | | | | | | |
| Grand Total | | $8,699,046 | $57,525,730 | $21,671,140 | $13,089,501 | $6,152,310 | $18,259,588 | $7,288,314 | $66,460,853 |

EXHIBIT 17

Taking a broader district-wide view, the findings of the facility condition assessment show that the LRSD school facilities span the entire range. Schools have been grouped based on their FCI score and graded from "good" to "critical".  Buildings with an FCI of less than 15 percent (0.15 expressed as a decimal value) were graded as good. Buildings with an FCI greater than 60 percent, meaning it will take more than 60 percent of the cost of a new building to correct the immediate physical needs, were graded as critical.

**Schools by FCI Score**

| FCI Score | | Elementary School | Middle School | High School |
|---|---|---|---|---|
| **Good** | < 15% | 5 | 2 | 1 |
| **Fair** | 15 to 25% | 8 | 2 | 3 |
| **Poor** | > 25% | 19 | 2 | 1 |
| **Critical** | > 60% | 0 | 1 | 0 |

There was only one building, Cloverdale Middle School that rated a critical rating.  This is primarily attributable to foundation problems that have resulted from the building settling due to poor soil conditions.

Most are in fair to poor physical condition with the average FCI score ranging from 15 percent to 29 percent across the grade levels. Eight schools were rated as "good" based on their FCI scores as a result of being new or having major building systems not at the end of their life cycle.

If the District were to perform all Priority 1 and 2 facility improvements at each school, the estimated costs to make those repairs is approximately $67.2 million (without consideration of escalation or additional wear and tear).

EXHIBIT 17

**Priority 1 & 2 Projected Costs Organized by FCI Category and Grade Level**

| FCI Rating Category | Elementary School | | | Middle School | | |
|---|---|---|---|---|---|---|
| | Priority 1 | Priority 2 | *Subtotal* | Priority 1 | Priority 2 | *Subtotal* |
| **Good** | $389,468 | $540,482 | $929,950 | $1,618,577 | $1,606,354 | $3,224,931 |
| **Fair** | $1,948,980 | $6,413,155 | $8,362,135 | $643,188 | $2,482,560 | $3,125,748 |
| **Poor** | $8,865,220 | $15,214,973 | $24,080,193 | $840,974 | $2,873,940 | $3,714,914 |
| **Critical** | $0 | $0 | $0 | $4,535,757 | $1,870,817 | $6,406,574 |
| **Total** | $11,203,668 | $22,168,610 | $33,372,278 | $7,638,496 | $8,833,671 | $16,472,167 |

| FCI Score | High School | | |
|---|---|---|---|
| | Priority 1 | Priority 2 | *Subtotal* |
| **Good** | $200,764 | $2,134,917 | $2,335,681 |
| **Fair** | $5,226,527 | $11,347,775 | $16,574,302 |
| **Poor** | $1,832,675 | $8,147,805 | $9,980,480 |
| **Critical** | $0 | $0 | $0 |
| **Total** | $7,259,966 | $21,630,497 | $28,890,463 |

Priority 3 items are those that can be deferred at least five years. The following chart shows the Priority 3 needs by school type and FCI score.

**Priority 3 Projected Costs Organized by FCI Category and Grade Level**

| FCI Rating Category | Elementary School | Middle School | High School |
|---|---|---|---|
| **Good** | $6,375,708 | $6,337,857 | $3,816,629 |
| **Fair** | $17,501,522 | $9,643,818 | $38,882,340 |
| **Poor** | $47,700,760 | $8,197,285 | $19,036,859 |
| **Critical** | $0 | $0 | $12,018,778 |
| **Total** | $71,577,990 | $24,178,960 | $73,754,606 |

This information provides data on the physical needs of the Little Rock schools. Please refer to the Appendix for a school by school breakdown of the costs on a line item basis.

EXHIBIT 17

**CHILD NUTRITION SERVICES**

As previously noted, the District identified that all kitchens are air-conditioned as a "non-negotiable" need. In addition, as part of the physical needs assessment, all of the kitchens, serving areas and cafeterias were assessed for their size relative to the student population being served. Finally, all of the kitchen, equipment was assessed to make certain that the required items are present in each kitchen as well as an assessment of their functionality. The next several subsections provide information on the methodology and results of these assessments of the Child Nutrition Services facilities.

*Space Needs*: Working with Lilly Bouie, Director of Child Nutrition Services, a formula was developed for the space needs. The formula was based on the percentage of the student population that actually uses Child Nutrition Services. This is in recognition that the percentage varies between schools.  To apply a "blanket" factor of a set number of square feet per child would result in excess space in some schools and potential deficits at other schools.

The formula was developed and applied to each school. Details can be found in the Appendix but the basic information is included in the next table. The three columns to the right of the school name show the required, existing and surplus/deficit respectively. For any school with a surplus, it is shown. For the schools with a deficit, the amount in square feet is shown. The deficit is then multiplied by a renovation/addition cost per square foot and the amount of adding the additional space is shown.

*Serving Line/Equipment Costs*: Child Nutrition Services supplied a template of the equipment that should be present in an elementary school with one serving line; an elementary with two serving lines; a middle school (all have two serving lines); and, a high school (also having two serving lines). The assessors initially identified which items were present and then, with the assistance of Lilly Bouie and her staff, established the functionality of the equipment. A cost of either adding missing equipment, replacing unusable equipment, or repairing equipment, when possible, was established.

The cost associated with updating the serving line and equipment at each school is shown in the next table. Once again, details are found in the Appendix.

EXHIBIT 17

*Air Conditioning*: Twenty-five [the list we developed has 25] kitchens are currently not air-conditioned. This results in an extremely difficult work environment for the staff. Installing air-conditioning in all kitchens was identified at the start of the planning process as a "non-negotiable" item.

The cost of installing air-conditioning will vary from building to building depending upon the installation challenges to be overcome. For planning purposes, the cost was set at $50,000, $75,000 and $100,000 for elementary, middle and high schools respectively. Chicot and Wakefield Elementary Schools had additional dollars allocated due to the need to also correct heating system problems.

| School Name | Required SF | Existing SF | Surplus/Deficit SF | Cost of Additional SF | Serving Line/Equipment Cost | Air Conditioning Cost | Total Costs |
|---|---|---|---|---|---|---|---|
| Bale | 3,189 | 4,346 | Surplus | $0 | $58,693 | $0 | $58,693 |
| Baseline | 3,221 | 6,270 | Surplus | $0 | $184,335 | $50,000 | $234,335 |
| Booker | 4,293 | 5,525 | Surplus | $0 | $161,343 | $50,000 | $211,343 |
| Brady | 3,868 | 3,600 | -268 | $54,000 | $189,124 | $50,000 | $293,124 |
| Carver | 3,083 | 7,275 | Surplus | $0 | $325,725 | $0 | $325,725 |
| Chicot | 8,311 | 6,698 | -1,613 | $325,163 | $176,988 | $100,000 | $602,151 |
| David O'Dodd | 3,270 | 2,730 | -540 | $108,899 | $273,084 | $50,000 | $431,983 |
| Fair Park ECDC | 1,181 | 2,420 | Surplus | $0 | $223,708 | $50,000 | $273,708 |
| Forest Park | 2,092 | 5,880 | Surplus | $0 | $301,209 | $50,000 | $351,209 |
| Franklin | 3,307 | 3,103 | -204 | $41,230 | $280,302 | $50,000 | $371,532 |
| Fulbright | 2,967 | 2,560 | -407 | $82,017 | $185,678 | $0 | $267,695 |
| Geyer Springs | 2,798 | 3,700 | Surplus | $0 | $210,951 | $0 | $210,951 |
| Gibbs | 1,961 | 3,650 | Surplus | $0 | $230,583 | $50,000 | $280,583 |
| Jefferson | 2,485 | 6,774 | Surplus | $0 | $181,525 | $0 | $181,525 |
| M.L. King | 4,813 | 6,175 | Surplus | $0 | $316,615 | $0 | $316,615 |
| Mabelvale | 4,894 | 3,950 | -944 | $190,297 | $213,476 | $50,000 | $453,773 |
| McDermott | 3,786 | 3,075 | -711 | $143,390 | $161,818 | $50,000 | $355,208 |
| Meadowcliff | 3,664 | 3,175 | -489 | $98,597 | $181,785 | $50,000 | $330,382 |
| Otter Creek | 4,854 | 3,280 | -1,574 | $317,451 | $257,840 | $0 | $575,291 |
| Pulaski Heights | 2,375 | 5,570 | Surplus | $0 | $0 | $50,000 | $50,000 |
| Roberts | 4,010 | 7,263 | Surplus | $0 | $5,890 | $0 | $5,890 |
| Rockefeller | 3,798 | 3,610 | -188 | $37,826 | $183,371 | $0 | $221,197 |
| Romine | 3,508 | 5,550 | Surplus | $0 | $180,873 | $0 | $180,873 |
| Stephens | 4,052 | 7,633 | Surplus | $0 | $201,398 | $0 | $201,398 |

EXHIBIT 17

| School Name | Required SF | Existing SF | Surplus/Deficit SF | Cost of Additional SF | Serving Line/Equipment Cost | Air Conditioning Cost | Total Costs |
|---|---|---|---|---|---|---|---|
| Terry | 3,663 | 5,985 | Surplus | $0 | $342,663 | $100,000 | $442,663 |
| Wakefield | 6,026 | 5,470 | -556 | $112,191 | $228,426 | $50,000 | $390,617 |
| Washington | 4,806 | 6,595 | Surplus | $0 | $235,467 | $0 | $235,467 |
| Watson | 4,015 | 7,657 | Surplus | $0 | $186,441 | $50,000 | $236,441 |
| Western Hills | 2,250 | 3,467 | Surplus | $0 | $286,287 | $50,000 | $336,287 |
| Williams | 2,409 | 5,195 | Surplus | $0 | $289,938 | $50,000 | $339,938 |
| Wilson | 2,874 | 2,707 | -167 | $33,601 | $177,817 | $50,000 | $261,418 |
| Woodruff Pre-K | 1,463 | 3,240 | Surplus | $0 | $165,179 | $0 | $165,179 |
| Cloverdale MS | 4,748 | 7,030 | Surplus | $0 | $267,042 | $0 | $267,042 |
| Dunbar MS | 4,721 | 3,640 | -1,081 | $217,914 | $326,905 | $75,000 | $619,819 |
| Forest Heights MS | 4,088 | 9,130 | Surplus | $0 | $298,209 | $75,000 | $373,209 |
| Henderson MS | 5,199 | 6,095 | Surplus | $0 | $271,272 | $0 | $271,272 |
| Mabelvale MS | 5,558 | 4,575 | -983 | $198,117 | $32,013 | $0 | $230,130 |
| Mann MS | 4,687 | 8,065 | Surplus | $0 | $233,074 | $75,000 | $308,074 |
| Pulaski Heights MS | 3,610 | 8,605 | Surplus | $0 | $299,307 | $75,000 | $374,307 |
| Central | 9,911 | 7,535 | -2,376 | $478,975 | $478,885 | $0 | $957,860 |
| Hall | 6,751 | 4,750 | -2,001 | $403,418 | $300,521 | $100,000 | $803,939 |
| J.A. Fair | 5,999 | 6,500 | Surplus | $0 | $232,423 | $0 | $232,423 |
| McClellan | 6,273 | 6,832 | Surplus | $0 | $317,538 | $100,000 | $417,538 |
| Parkview | 6,110 | 4,200 | -1,910 | $385,167 | $317,538 | $100,000 | $802,705 |
| TOTALS | | | | $3,228,255 | $9,973,259 | $1,650,000 | $14,851,514 |

## SCHOOL ADDITIONS/UPGRADES

A goal developed during the planning process is having a student activity center that is a multi-purpose space at elementary schools, where possible. The student activity center would provide an area for athletics but also for large group instruction, recess activities, assemblies, etc. Associated with the student activity center is the goal of also having space for student enrichment classes, primarily art and music, offered in dedicated spaces rather than in the main classroom or having "art on a cart".

Accomplishing the goals of student activity centers and dedicated art and music rooms are dependent upon the space available at each elementary school site and the current physical configuration of the building. Each building may or may not be conducive to accommodating these spaces.

EXHIBIT 17

The following table illustrates which elementary schools have the need and can accommodate these spaces. A "no" in the art, music and student activity center columns indicates that the space does not exist and is needed. A "no" in the expansion room on site column indicates that the site and/or building is not capable of supporting an expansion.

| School | Additions | Art | Music | Student Activity Center | Expansion Room On Site |
|---|---|---|---|---|---|
| Bale ES | $2,245,654 | No | Yes | No | Yes |
| Baseline ES | $0 | Undersized | Yes | No | No |
| Booker Arts Magnet ES | $0 | Yes | Yes | Yes | No |
| Brady ES | $0 | Yes | Undersized | No | Yes |
| Carver Magnet ES | $1,891,793 | Yes | Yes | No | Yes |
| Chicot ES | $0 | Undersized | Undersized | No | Yes |
| David O'Dodd ES | $1,891,793 | Undersized | No | No | Yes |
| Fair Park ECDC | $0 | No | Undersized | No | Yes |
| Forest Park ES | $0 | No | No | No | Yes |
| Franklin Incentive ES | $1,891,793 | Yes | Yes | No | Yes |
| Fulbright ES | $1,891,793 | No | Undersized | No | Yes |
| Geyer Springs ES | $1,891,793 | No | Undersized | No | Yes |
| Gibbs Magnet ES | $0 | Yes | Undersized | No | No |
| Jefferson ES | $1,891,793 | Yes | Undersized | No | Yes |
| M.L. King Magnet ES | $1,891,793 | Yes | Yes | No | Yes |
| Mabelvale ES | $2,245,654 | No | Undersized | No | Yes |
| McDermott ES | $0 | Undersized | Undersized | Yes | No |
| Meadowcliff ES | $1,891,793 | No | Undersized | No | No |
| Otter Creek ES | $1,891,793 | Undersized | Undersized | No | Yes |
| Pulaski Heights ES | $0 | Undersized | No | No | Yes |
| Roberts ES | $0 | Yes | Yes | Yes | Yes |
| Rockefeller Incentive ES | $0 | Undersized | Undersized | No | No |
| Romine Inter-district ES | $0 | Undersized | Undersized | No | Yes |
| Stephens ES | $0 | Undersized | Undersized | Yes | No |
| Terry ES | $1,891,793 | Undersized | Undersized | No | Yes |
| Wakefield ES | $1,891,793 | Undersized | Undersized | No | Limited |
| Washington Magnet ES | $0 | Undersized | Undersized | No | Yes |
| Watson ES | $1,891,793 | Undersized | Undersized | Yes | Yes |
| Western Hills ES | $1,891,793 | Undersized | Undersized | No | Yes |
| Williams Magnet ES | $1,891,793 | Undersized | Undersized | No | Yes |
| Wilson ES | $1,891,793 | Undersized | Undersized | Yes | Yes |
| Woodruff Pre-K | $0 | No | Undersized | NA | No |
| **Total** | **$32,868,210** | | | | |

EXHIBIT 17

The following table summarizes the needs and also shows the needed square footage.

| Condition | Number of Schools | Square Footage Needed |
|---|---|---|
| Elementary Schools lacking Art Rooms | 8 (Full) / 16 (Undersized) | 14,090 sq ft |
| Elementary Schools lacking Music Rooms | 3 (Full) / 23 (Undersized) | 9,840 sq ft |
| Elementary Schools lacking Student Activity Centers | 25 | 173,750 sq ft |

The Fanning Howey Team considered how to most efficiently provide these spaces to minimize the need to build additions at each site where those spaces are lacking. These considerations include the recommendation to convert existing excess elementary school space into art and/or music rooms instead of with newly constructed additions.  This consideration involves an understanding of the capacity and utilization of elementary schools. These recommendations are included in the *Addressing Needs* section of this plan.

ATHLETICS

The Little Rock School District established a goal to improve and expand athletic facilities at individual school sites, as well as district-wide.  This is one of the "non-negotiable" factors set at the start of the planning process.

These improvements target the middle and high schools. Physical education at the elementary level would be enhanced by the construction of student activity centers. Note that the improvements at the individual schools also include improvements to Scott Field. The following table summarizes the planned improvements.

| School | Estimated Cost |
|---|---|
| **Cloverdale MS** | |
| Renovate physical education area | $807,528 |
| Construct a weight room | $332,460 |
| Add air-conditioning to gymnasium | $178,000 |
| Expand locker rooms | $40,830 |
| *Total* | *$1,358,818* |

EXHIBIT 17

| School | Estimated Cost |
|---|---|
| **Dunbar MS** | |
| Lighting upgrade in gymnasium | $26,000 |
| Add air-conditioning to gymnasium | $208,000 |
| Gym floor resurfaced | $25,000 |
| *Total* | *$259,000* |
| **Forest Heights MS** | |
| Update existing locker room | $246,795 |
| Lighting upgrade in gymnasium | $19,750 |
| Add air-conditioning to gymnasium | $158,000 |
| *Total* | *$424,545* |
| **Henderson MS** | |
| Renovate existing gymnasium | $837,017 |
| *Total* | *$837,017* |
| **Mabelvale MS** | |
| New Gymnasium | $3,368,928 |
| *Total* | *$3,368,928* |
| **Mann MS** | |
| New Gymnasium | $3,368,928 |
| *Total* | *$3,368,928* |
| **Pulaski MS** | |
| Renovate existing gymnasium | $637,000 |
| Add air-conditioning to gymnasium | $120,000 |
| *Total* | *$757,000* |
| **Scott Field** | |
| Locker room facility to serve Forest Heights Middle School and  Hall High School | $1,800,000 |
| Press box at Scott Field | $190,000 |
| Renovate football field - add turf | $1,000,000 |
| Add bleachers on the visitors side (1,000 seats) | $375,000 |
| Concession stand | $150,000 |
| *Total* | *$3,365,000* |
| **Central HS** | |
| New gymnasium | $5,683,200 |
| New dressing room for baseball | $450,000 |
| New field house | $2,300,000 |
| *Total* | *$8,433,200* |

EXHIBIT 17

| School | Estimated Cost |
|---|---|
| **Fair HS** | |
| Stadium bleacher upgrade | $75,000 |
| New field house | $2,300,000 |
| Add air-conditioning to gymnasium | $240,000 |
| Press box for football | $250,000 |
| Resurface track | $400,000 |
| Renovate football field - add turf | $1,000,000 |
| *Total* | *$4,265,000* |
| **Hall HS** | |
| Add air-conditioning to gymnasium | $280,000 |
| New field house | $2,300,000 |
| *Total* | *$2,580,000* |
| **McClellan HS** | |
| Upgrade football field (add turf) | $1,000,000 |
| Add air-conditioning to gymnasium | $196,000 |
| Lighting upgrade in small gymnasium for physical education (10,000 SF) | $30,000 |
| *Total* | *$1,226,000* |
| **Parkview HS** | |
| Football stadium | $5,000,000 |
| Add air-conditioning to gymnasium | $220,000 |
| New gymnasium | $3,489,840 |
| *Total* | *$8,709,840* |

In addition to improvements at individual schools and to create efficiency, an athletic complex is proposed to provide space for sporting and recreational activities. The complex would host spaces that could not be offered at individual schools. It would also feature a pool/athletic complex building that would serve the needs of the students and would also be available to the community.

| SPORTS COMPLEX | Estimated Cost |
|---|---|
| New Athletic Complex should have the following: | |
| 3 softball fields ($300,000 each) | $900,000 |
| Press box in the center of all 3 | $190,000 |
| 2 baseball fields ($350,000 each) | $700,000 |
| Press box between the two | $175,000 |
| Centrally located 4 large and 2 small locker rooms for baseball/softball | $900,000 |

EXHIBIT 17

| SPORTS COMPLEX | Estimated Cost |
|---|---|
| 8 locker rooms (4 male/4 female - all sports) and laundry room | $1,800,000 |
| 10 lane rubberized track | $840,000 |
| 12 tennis courts | $350,000 |
| 4 soccer fields (grass, not turf - $250,000 ea.) | $1,000,000 |
| Concession Stand (each - number to be determined) | $150,000 |
| Archery space | $50,000 |
| Storage Area | $100,000 |
| Pool/Athletic Complex Building including:<br><br>    Pool<br>    Diving well<br>    Dressing rooms<br>    Multi-purpose room that can be separated<br>        by curtains into 4 areas<br>    Dance room<br>    Wrestling practice area<br>    Competitive gymnasium for basketball with 4 locker rooms<br>    Concession stand<br>    Weight room<br>    Air-conditioning<br>    Commercial kitchen | $17,493,415 |
| **TOTAL FOR SPORTS COMPLEX** | **$24,648,415** |

The next table summarizes the cost of the proposed improvements.

| Summary of Improvements | Estimated Costs |
|---|---|
| Sports Complex | $24,648,415 |
| Middle Schools[1] | $9,015,418 |
| High Schools[2] | $27,353,040 |
| **Total** | **$61,016,873** |

EXHIBIT 17



Summary of Funding Needed by Requirement Type and Year

## C. Analysis

The following graph and table summarizes the results of the physical assessment on a district-wide basis. Please note that the data extends for a 20 year period. Remember that the planning window for the FMP has been set at 10 years. The information shown extends the additional 10 years to illustrate that the needs of the District are ongoing.

In the year 2029 there is an exceptionally large "bump "in the facility needs. This is due to a large number of building systems reaching the end of their useful life at that point. In summary, the cost of addressing all of the identified needs is presented in the following table.

| Summary of Improvements | Cost |
|---|---|
| **Physical Assessment Needs** | |
| Priority 1 | $26,102,940 |
| Priority 2 | $48,504,983 |
| Priority 3 | $159,956,726 |
| Priority 4 | $48,201,784 |
| *Sub-Total* | *$282,766,433* |
| **Child Nutrition Services** | |
| Kitchen/Cafeteria Space | $3,228,255 |
| Serving Line/Equipment | $9,973,259 |
| Air-conditioning | $1,650,000 |
| *Sub-Total* | *$14,851,514* |
| **School Additions/Upgrades** | |
| *Sub-Total* | *$32,868,210* |
| **Athletics** | |
| Sports Complex | $24,648,415 |
| Middle Schools[1] | $9,015,418 |
| High Schools[2] | $27,353,040 |
| *Sub-Total* | *$61,016,873* |
| **TOTAL** | **$391,503,031** |

EXHIBIT 17

## D.  Impact

If all of the physical needs could be addressed during the next ten years, the Little Rock School District facilities would be:

- Warm, safe and dry (maintenance needs met)
- All of the Child Nutrition Services kitchens would be air-conditioned and completely outfitted with appropriate equipment
- Cafeterias would be sized to accommodate the number of students served
- Elementary Schools would have student activity centers and separate classrooms for art and music
- Middle School and High School athletic facilities would be upgraded and improved
- A sports complex would be built to accommodate district-wide student and community athletic and recreation needs

Remember that these costs represent physical needs only. There are also educational adequacy and utilization needs that are shown in the following sections.

In addition, at the end of the next ten years maintenance needs necessary to keep the schools warm, safe and dry will have been met. However, just like painting a bridge, when those needs are met there will be additional needs arising in the following ten years as other building components age. In the next 10 years there are significant, needs especially in years 2016 and 2017 due to major building systems reaching the end of their useful life.

This does not necessarily mean that every building component needs to be replaced in those years. The purpose of this analysis is to provide a forward look at the "potential costs". It provides a budget placeholder for the District. Each year the systems that have been identified as reaching the end of their useful life should be evaluated. Many will need to be replaced but certainly given the level of maintenance provided by the Maintenance and Operations Department, it will be possible to defer the full replacement of some items to a later date.

Ideally, as maintenance needs are addressed sufficient funding can be allocated annually to maintain the facilities. If this is accomplished, in the long run, the impact of significant" bumps" shown in the chart above can be minimized.

EXHIBIT 17

# 4. Educational Assessment

## A. Overview

An educational assessment is a comparison between size, form, features and function of an "ideal" facility and what actually exists. Therefore, the first step was to establish what represents an ideal facility. To do this the Fanning Howey Team, with the assistance of the district administrators, primarily the building principals, conducted an Educational Adequacy Charrette. Meeting with each group of building principals, an ideal facility was developed based on the values and goals of the Little Rock School District.

The Educational Adequacy Charrette involved a three step exercise focused on the development of three theoretical Models; District-wide, Schoolhouse and Classroom.  Each exercise focused on a specific academic configuration and identified individual components of an overall model that allowed the school district, and the educational assessor, to evaluate an educational asset against a quantitative and qualitative benchmark.

The three steps addressed during the work session included:

*Adequacy* - The exercise began with the development of the first model, the District Model.  This addressed the overarching issues of ratio, configuration, division and pathways as they relate to specific academic configurations. It began with the Program of Requirements (POR) as outlined by the Arkansas School Facility Manual. The intention was to compose the Little Rock model as it relates to the ideal number of students per grade, per class and per teacher as well as the type and distribution of programs, amenities and assets.

This exercise resulted in a quantitative "Summary of Required Space" that established the foundation for the other two exercises.

EXHIBIT 17

*Efficiency* - The second exercise focused equally on the elements of facility and function. Within the discussion of facilities, a review of the program spaces, academic configurations and component alignment was conducted. The discussions concerned function focusing on purpose, utilization and activity alignment.

This exercise produced a facility diagram, by academic configuration that illustrated an ideal school template that was used to compare the existing school buildings.

*Quality* - The final exercise involved a discussion of the qualitative aspects of the educational facility. The exercise focused on the physical influences of configuration, air / light / sound quality and furnishings. The exercise produced a checklist of the essential physical aspects of the ideal classroom thus providing the educational assessor with a metric by which each classroom/space can be evaluated.

The Fanning Howey Team used the results of the Educational Adequacy Charrette and developed a scoring metric for assessing the educational adequacy of school facilities. The following is a list of the items in the scoring metric. Note that not all items pertain to all building types. Obviously, Pre-Kindergarten and kindergarten rooms are not found in middle and high schools. Typically science rooms, especially science labs, are not found in elementary schools. Therefore the following table shows which items pertain to each type of school.

| Metric | Elementary | Middle | High |
|---|:---:|:---:|:---:|
| **FACILITY** | | | |
| Size & Number of Spaces | ✓ | ✓ | ✓ |
| Orientation | ✓ | ✓ | ✓ |
| Location | ✓ | ✓ | ✓ |
| **LEARNING AREAS** | · | · | · |
| Differentiated Learning | ✓ | ✓ | ✓ |
| Project Based Learning | ✓ | ✓ | ✓ |
| Large Group Instruction | · | ✓ | ✓ |
| Distance Learning | ✓ | ✓ | ✓ |
| Independent Study | ✓ | ✓ | ✓ |

EXHIBIT 17

| Metric | Elementary | Middle | High |
|---|---|---|---|
| **LEARNING AREAS** | · | · | · |
| Small Group Instruction | ✓ | ✓ | ✓ |
| Self Contained Classrooms | ✓ | ✓ | ✓ |
| Student Gathering Areas | ✓ | ✓ | ✓ |
| **EDUCATIONAL ENVIRONMENT** | · | · | · |
| **Student Centered Sustainable Design™** | · | · | · |
| Daylighting | ✓ | ✓ | ✓ |
| Indoor Air Quality | ✓ | ✓ | ✓ |
| Ventilation | ✓ | ✓ | ✓ |
| Thermal Comfort | ✓ | ✓ | ✓ |
| Acoustics | ✓ | ✓ | ✓ |
| **Metric** | **Elementary** | **Middle** | **High** |
| **INSTRUCTIONAL SPACES (cont')** | · | · | · |
| **Furniture** | · | · | · |
| Design | ✓ | ✓ | ✓ |
| Flexibility | ✓ | ✓ | ✓ |
| Type | · | ✓ | ✓ |
| Movement | · | ✓ | ✓ |
| **Technology** | · | · | · |
| Wireless | ✓ | ✓ | ✓ |
| Display | ✓ | ✓ | ✓ |
| Interactive | ✓ | ✓ | ✓ |
| Power | ✓ | ✓ | ✓ |
| **Classrooms (Regular instructional spaces)** | | | |
| Size | ✓ | ✓ | ✓ |
| Flexible furniture | ✓ | ✓ | ✓ |
| Technology | ✓ | ✓ | ✓ |
| Storage for student materials | ✓ | ✓ | ✓ |
| Storage for teacher materials | ✓ | ✓ | ✓ |
| Sink | ✓ | · | · |
| Water fountain | ✓ | · | · |
| Daylighting | ✓ | ✓ | ✓ |
| Interactive white board | ✓ | ✓ | ✓ |
| Tackable surfaces | ✓ | ✓ | ✓ |
| Lighting | ✓ | ✓ | ✓ |
| Flooring condition | ✓ | ✓ | ✓ |
| Wall condition | ✓ | ✓ | ✓ |
| Ceiling condition | ✓ | ✓ | ✓ |
| Accessibility | ✓ | ✓ | ✓ |
| **Pre-K and Kindergarten** | · | · | · |
| Size | ✓ | · | · |
| Flexible furniture | ✓ | · | · |

EXHIBIT 17

| Metric | Elementary | Middle | High |
|---|:---:|:---:|:---:|
| **INSTRUCTIONAL SPACES (cont')** | · | · | · |
| **Pre-K and Kindergarten** | · | · | · |
| Technology | ✓ | · | · |
| Storage for student materials | ✓ | · | · |
| Storage for teacher materials | ✓ | · | · |
| Toilet room | ✓ | · | · |
| Sink | ✓ | · | · |
| Water fountain | ✓ | · | · |
| Daylighting | ✓ | · | · |
| Interactive white board | ✓ | · | · |
| Tackable surfaces | ✓ | · | · |
| Lighting | ✓ | · | · |
| Flooring condition | ✓ | · | · |
| Wall condition | ✓ | · | · |
| Ceiling condition | ✓ | · | · |
| Accessibility | ✓ | · | · |
| Direct outdoor access | ✓ | · | · |
| **Specialized Instructional Spaces (students with special needs)** | · | · | · |
| Size | ✓ | ✓ | ✓ |
| Flexible furniture | ✓ | ✓ | ✓ |
| Technology | ✓ | ✓ | ✓ |
| Storage for student materials | ✓ | ✓ | ✓ |
| Storage for teacher materials | ✓ | ✓ | ✓ |
| Toilet room | ✓ | ✓ | ✓ |
| Sink | ✓ | ✓ | ✓ |
| Water fountain | ✓ | ✓ | ✓ |
| Daylighting | ✓ | ✓ | ✓ |
| Interactive white board | ✓ | ✓ | ✓ |
| Tackable surfaces | ✓ | ✓ | ✓ |
| Lighting | ✓ | ✓ | ✓ |
| Flooring condition | ✓ | ✓ | ✓ |
| Wall condition | ✓ | ✓ | ✓ |
| Ceiling condition | ✓ | ✓ | ✓ |
| Accessibility | ✓ | ✓ | ✓ |
| Direct outdoor access | ✓ | ✓ | ✓ |
| **Speech** | · | · | · |
| Size | ✓ | ✓ | ✓ |
| Acoustic treatment | ✓ | ✓ | ✓ |
| Privacy | ✓ | ✓ | ✓ |
| **Media Center** | · | · | · |
| Size | ✓ | ✓ | ✓ |
| Daylighting | ✓ | ✓ | ✓ |

EXHIBIT 17

| Metric | Elementary | Middle | High |
|---|---|---|---|
| **FACILITY** | | | |
| **Media Center Cont'** | · | · | · |
| Interactive white board | ✓ | ✓ | ✓ |
| Computer research area | ✓ | ✓ | ✓ |
| Attractive layout | ✓ | ✓ | ✓ |
| Comfortable seating | ✓ | ✓ | ✓ |
| Small group project area | ✓ | ✓ | ✓ |
| Conference room | ✓ | ✓ | ✓ |
| Office | ✓ | ✓ | ✓ |
| AV storage | ✓ | ✓ | ✓ |
| Collection storage | ✓ | ✓ | ✓ |
| Storybook reading zone | ✓ | · | · |
| **Science Lab** | · | · | · |
| Size | · | ✓ | ✓ |
| Sinks | · | ✓ | ✓ |
| Daylighting | · | ✓ | ✓ |
| Furniture | · | ✓ | ✓ |
| Chemical storage | · | ✓ | ✓ |
| Eye wash station | · | ✓ | ✓ |
| Emergency shower | · | ✓ | ✓ |
| Prep room | · | ✓ | ✓ |
| Demonstration table | · | ✓ | ✓ |
| Interactive white board | · | ✓ | ✓ |
| Gas | · | ✓ | ✓ |
| **Art Room** | · | · | · |
| Size | ✓ | ✓ | ✓ |
| Daylighting | ✓ | ✓ | ✓ |
| Interactive white board | ✓ | ✓ | ✓ |
| Sinks | ✓ | ✓ | ✓ |
| Furniture | ✓ | ✓ | ✓ |
| Kiln room | ✓ | ✓ | ✓ |
| Storage of materials | ✓ | ✓ | ✓ |
| Display areas | ✓ | ✓ | ✓ |
| Storage of student projects | ✓ | ✓ | ✓ |
| **Music Room** | · | · | · |
| Size | ✓ | ✓ | ✓ |
| Interactive white board | ✓ | ✓ | ✓ |
| Acoustic treatment | ✓ | ✓ | ✓ |
| Furniture | ✓ | ✓ | ✓ |
| Instrument storage | ✓ | ✓ | ✓ |
| Practice Room | | ✓ | ✓ |

EXHIBIT 17

| Metric | Elementary | Middle | High |
|---|:---:|:---:|:---:|
| **FACILITY** | | | |
| **Music Room (con't)** | • | • | • |
| Sheet music storage | ✓ | ✓ | ✓ |
| **Gymnasium** | • | • | • |
| Size (Main Gym) | | ✓ | ✓ |
| Size (Auxiliary Gym) | • | • | ✓ |
| Weight Room | • | • | ✓ |
| Basketball standards | ✓ | ✓ | ✓ |
| Volleyball standards | ✓ | ✓ | ✓ |
| Flooring condition | ✓ | ✓ | ✓ |
| Acoustic treatments | ✓ | ✓ | ✓ |
| Water fountain | ✓ | ✓ | ✓ |
| Locker rooms | • | ✓ | ✓ |
| Team rooms | • | ✓ | ✓ |
| Office | ✓ | ✓ | ✓ |
| Storage | ✓ | ✓ | ✓ |
| Bleachers | ✓ | ✓ | ✓ |
| **SUPPORT SPACES** | • | • | • |
| **Cafeteria** | • | • | • |
| Size *(Dining Area including serving space)* | ✓ | ✓ | ✓ |
| Furniture | ✓ | ✓ | ✓ |
| Daylighting | ✓ | ✓ | ✓ |
| Acoustic Treatments | ✓ | ✓ | ✓ |
| Kitchen *(all spaces except dining, serving and storage)* | ✓ | ✓ | ✓ |
| Acoustic Treatments | ✓ | ✓ | ✓ |
| Kitchen *(all spaces except dining, serving and storage)* | ✓ | ✓ | ✓ |
| Storage | ✓ | ✓ | ✓ |
| **Administrative Offices** | • | • | • |
| Main office is close to main entrance | ✓ | ✓ | ✓ |
| Welcome area | ✓ | ✓ | ✓ |
| Furniture | ✓ | ✓ | ✓ |
| Conference Room | ✓ | ✓ | ✓ |
| Counselor's Office Offers Privacy | ✓ | ✓ | ✓ |
| Record Storage | ✓ | ✓ | ✓ |
| Staff Toilet | ✓ | ✓ | ✓ |
| Mental Health Offices Offer Privacy | ✓ | ✓ | ✓ |
| Secured Storage | ✓ | ✓ | ✓ |
| Supply Storage | ✓ | ✓ | ✓ |
| **Health Suite** | • | • | • |
| Toilet Room | ✓ | ✓ | ✓ |
| Shower | ✓ | ✓ | ✓ |
| Proximity to Main Office | ✓ | ✓ | ✓ |

EXHIBIT 17

| Metric | Elementary | Middle | High |
|---|---|---|---|
| **FACILITY** | | | |
| **Health Suite (con't)** | · | · | · |
| Exam Room | ✓ | ✓ | ✓ |
| Cot Area | ✓ | ✓ | ✓ |
| Locked Med Storage | ✓ | ✓ | ✓ |
| Office | ✓ | ✓ | ✓ |
| Refrigerator | ✓ | ✓ | ✓ |
| **Teacher's Planning Room** | · | · | · |
| Size | ✓ | ✓ | ✓ |
| Comfortable Seating | ✓ | ✓ | ✓ |
| Table and Chairs | ✓ | ✓ | ✓ |
| Kitchenette | ✓ | ✓ | ✓ |
| Toilet Room | ✓ | ✓ | ✓ |
| **Work Rooms** | · | · | · |
| Supply Storage | ✓ | ✓ | ✓ |
| Counter Space | ✓ | ✓ | ✓ |
| Furniture | ✓ | ✓ | ✓ |
| **Outdoor Amenities** | · | · | · |
| Playground Structure | ✓ | · | · |
| Multipurpose Field | ✓ | ✓ | ✓ |
| Football Field | · | · | ✓ |
| Baseball Field | ✓ | ✓ | ✓ |
| Basketball Court | ✓ | ✓ | ✓ |
| Soccer Field | · | ✓ | ✓ |
| Parking | ✓ | ✓ | ✓ |
| Separation of Pedestrian and Vehicular Travel | ✓ | ✓ | ✓ |

Each of the items was scored on a scale of 0 to 10. A score of zero indicated that item was not present. A score of 10 indicated that the school fully met the standards. Again, the goal of the educational adequacy assessment is to compare the current state of a facility with an "ideal" facility. The items considered in the assessment represent factors which, when adequately present, provide an outstanding learning environment for the students.

Also, it is important to remember that the educational adequacy assessment and the associated standards are relative to this point in time. Standards can, and do, change. In 10 years undoubtedly these standards that were used in this assessment will require changes to reflect advances in technology as well as changes in the delivery of curriculum. Again, it should be remembered that when those facilities were designed, some of the standards against which they are measured were not considered.

EXHIBIT 17

**21ST CENTURY SCHOOLS**

The concept of a 21st Century School is one where the learning environment is flexible and can support a myriad of educational approaches including, but limited not to interdisciplinary, project-based, STEM, and research-driven educational programs.   It may have the following characteristics: instructional spaces with the ability to accommodate different-sized groups of students; break-out spaces for student learning/tutorials/presentations immediately adjacent to classrooms; flexible furniture for easy repositioning; square classrooms to better serve multiple small groups of students; and places for teacher collaboration for grade level teams, departments and inter-disciplinary teams. The concept of 21st schools also involves the use of student workspaces, teacher planning centers, and virtual learning systems that can support the goals of personalized learning.

The following sub-sections present an overview of the design philosophy and concepts that should be considered when designing a new school or renovating an existing facility. As previously stated, the Facilities Master Plan is a blueprint for recommended actions to maintain and improve the facilities and their educational environment throughout the Little Rock School District. It is anticipated that as the plan is implemented the actual designs will be developed. The general concepts developed through the Educational Adequacy Charrette and further presented in the following sub-sections should be the framework for the actual designs.

As the educational adequacy assessment was conducted, it was evident that some concepts are already embodied in the Little Rock Schools. Technology is one example. The other concepts are a direct reflection of the input the Fanning Howey Team received from the principals and other educators during the Educational Adequacy Charrette.

***Elementary School***: As a child's first introduction to formalized education, an elementary school plays a powerful role in developing a life-long love of learning. The following concepts provide a functional and inspiring introduction to education at the elementary level.

<u>Design Philosophy</u>

To be effective, elementary schools must give special attention to the size and scale of the surroundings. Young students need a place where they can feel secure and comfortable.

EXHIBIT 17

Other elements of successful elementary schools include:

1. Flexible environments that allow for day- to-day space modifications.

2. The effective use of technology, including the potential use of wireless networks and laptops.

3. Shared use spaces that allow the entire community to take advantage of school facilities.

4. Media centers or resource areas focused on discovery and hands-on activities.



### Flexible Teaching Centers

Many elementary schools are implementing the flexible teaching center model, in which classrooms are divided into a series of small group areas. Students work either individually or in small groups, and periodically rotate to the next activity.

Flexible teaching centers offer greater flexibility by allowing multiple learning activities to occur at once. They also allow students to learn at their own pace and pursue individual interests or strengths.

Typical characteristics of flexible teaching centers include:

1. Use of all four corners of the room.

2. Operable walls to connect adjoining classrooms.

3. Multiple markerboards or interactive whiteboards.

4. A sound reinforcement system.

5. Moveable display/storage units.

6. A variety of electrical and data ports to support instructional flexibility.

EXHIBIT 17

Flexible teaching centers represent just one approach to the delivery of a 21st century elementary school curriculum. Whatever the methods, the goal should be to create environments that reflect and support the vision and mission of the Little Rock School District.

**Middle Schools**: Schools for these transitional grade levels should provide an environment where students can learn to work together, and where team-teaching opportunities can be maximized.

<u>Smaller Learning Communities</u>



**High Schools**: Change is the one constant in today's high schools. These buildings are being asked to support an ever-expanding array of curriculum offerings and instructional methods. They are increasingly providing a "24/7" approach to community use. And they should do so while minimizing operating costs and the impact to the surrounding environment.

 It is important to plan and design changes to the existing schools or potential new high schools that result in the Little Rock schools being 21st century high schools that are flexible, adaptable, and highly-customized. There is a need for learning environments – both traditional and non-traditional – to support current curriculum and have the ability to change over time.

EXHIBIT 17



<u>Designed From the Curriculum Up</u>

As part of the actual design process, it is vital that all stakeholders be engaged in an exploration of current and future trends. The goal is to gain a clear understanding of the District's educational philosophy and curriculum delivery methods, so that the building can support teaching and learning in the most effective way. This includes in-depth discussions regarding the use of educational technology – one of the most rapidly-changing elements of the modern high school environment.

Again, this discussion was begun during the Educational Design Charrette. However, the purpose of that effort was to identify the general features of an "ideal" school at each level. When moving into the next phase, a more detailed effort needs to be made to design from the curriculum up to ensure that the learning environment supports the curriculum delivery methods.

<u>A Focus on Flexibility</u>

The best high schools provide flexible environments that can change along with the needs of teachers and students. Operable walls, raised access floors, and adaptable classroom configurations help to ensure that the building will be as relevant 50 years from now as it is on the first day of school.

EXHIBIT 17



Student-Centered Sustainable Design

The incorporation of sustainable strategies is one of the most important aspects of a 21st century high school. Daylighting, indoor air quality, thermal comfort, and acoustics all have a significant impact on a student's ability to learn. In addition, it is vital that mechanical options – ranging from chilled beam systems to displacement ventilation that can lower operating costs and allow more money to be directed toward education be incorporated. In many cases incorporation of demonstration elements, such as renewable energy systems, allow the building itself to be used as a teaching tool.

Community Use

A 21st century high school is more than just a place to learn. Today's flexible facilities support a wide variety of community activities. Performing arts centers, continuing education labs, gymnasiums, and athletic fields help to enhance the lives of all residents and establish the high school as a true center of the community.

Additional images of 21st century educational spaces are included in the Appendix F.

EXHIBIT 17

*SECURITY*

In general, it is the opinion of the Fanning Howey Team that the overall security of each of the educational facilities is very high. Magnetic locks on the doors and security officers in the vestibule are two of the more visible signs of security.

The buildings were evaluated for one additional security component. While having a security officer in the vestibule is excellent, the fact remains that if a person reaches that point, they are within the building. Newer buildings are designed with a locked vestibule adjacent to the office where the security officer, or other designated person, first determines whether a person seeking entrance to the building should be admitted. Since the vestibule is locked, persons to be denied admittance can advance no farther than the vestibule.

All the buildings were evaluated on whether a locking vestibule exists in which case a score of five was received. A score of four was given to a facility that could very easily be arranged to provide a locking vestibule. Lower scores were given based on the associated degree of difficulty. Along with each score, a dollar amount was assigned.

The following table expands on the rating scale and the associated description:

| Rating | Description |
|--------|-------------|
| 1 | No vestibule, office not near entrance |
| 2 | No vestibule, office near entrance, major renovation to fix |
| 3 | No vestibule, office near entrance, minor renovation to fix |
| 4 | Vestibule, office near entrance, minor renovation to fix |
| 5 | Vestibule, office adjacent to entry, door to office from vestibule, or lock from rest of building – must go through a secure area before getting to classroom wing. No renovation needed |

While not truly an educational adequacy feature, the security assessment was conducted along with the educational assessment. Therefore, the security data is provided in this section.

**EXHIBIT 17**

## B.  Data

Based on the educational adequacy score, a cost was assigned.  As with the aforementioned security, a score of five means that a facility matches or comes very close to achieving the maximum number of points based on the educational adequacy scoring metric. The lower the score, the less a building matches the ideal configuration.

Since this is a Facilities Master Plan, the actual design of how to retrofit a building to better match the ideal configuration is not part of the process. Therefore, associated with each score is an estimated dollar amount to be allocated in order to retrofit a building.

It should also be noted that throughout this report costs are always estimated on the "high" side. Since this is a planning process and not a design process, it is essential that as the plan be implemented sufficient resources be available to make the noted improvements. Is it possible that these improvements could be achieved at a lower dollar cost? Yes, but that will be determined during the actual design. The goal is to provide a recommendation in the FMP of how best to meet the identified needs of the Little Rock School District. It is vital for the District and community stakeholders to realize that as implementation occurs, the dollars set aside meet the needs outlined in the plan.

| School | Level | Educational Adequacy Score | Educational Adequacy Cost | Security Score | Security Cost |
|---|---|---|---|---|---|
| Bale | ES | 2 | $254,659 | 2 | $123,678 |
| Baseline | ES | 2 | $246,886 | 2 | $151,365 |
| Booker | ES | 2 | $313,257 | 1 | $372,650 |
| Brady | ES | 2 | $282,786 | 2 | $126,777 |
| Carver | ES | 3 | $197,597 | 1 | $317,125 |
| Chicot | ES | 2 | $665,606 | 3 | $121,406 |
| Dodd | ES | 1 | $229,052 | 2 | $140,100 |
| Fair Park | ES | 2 | $145,930 | 3 | $43,301 |
| Forest Park | ES | 3 | $184,814 | 4 | $17,395 |
| Franklin | ES | 2 | $297,152 | 2 | $204,159 |
| Fulbright | ES | 2 | $443,082 | 3 | $100,338 |
| Geyer Springs | ES | 2 | $242,712 | 2 | $125,340 |
| Gibbs Magnet | ES | 2 | $235,756 | 2 | $131,160 |
| Jefferson | ES | 2 | $316,433 | 2 | $135,138 |
| King | ES | 4 | $115,282 | 2 | $228,000 |

EXHIBIT 17

| School | Level | Educational Adequacy Score | Educational Adequacy Cost | Security Score | Security Cost |
|---|---|---|---|---|---|
| Mabelvale | ES | 2 | $352,348 | 2 | $166,944 |
| McDermott | ES | 2 | $303,201 | 2 | $144,060 |
| Meadowcliff | ES | 2 | $269,327 | 2 | $110,793 |
| Otter Creek | ES | 3 | $228,548 | 4 | $22,851 |
| Pulaski Heights | ES | 2 | $251,029 | 1 | $327,890 |
| Roberts | ES | 5 | $0 | 5 | $0 |
| Rockefeller | ES | 1 | $419,632 | 2 | $193,683 |
| Romine | ES | 3 | $185,298 | 4 | $24,885 |
| Stephens | ES | 4 | $111,602 | 4 | $38,994 |
| Terry | ES | 2 | $322,104 | 2 | $148,236 |
| Wakefield | ES | 4 | $148,097 | 4 | $29,735 |
| Washington | ES | 4 | $120,091 | 1 | $449,000 |
| Watson | ES | 3 | $180,963 | 2 | $169,830 |
| Western Hills | ES | 3 | $139,548 | 3 | $62,987 |
| Williams | ES | 4 | $120,802 | 5 | $0 |
| Wilson | ES | 3 | $132,552 | 3 | $58,259 |
| Woodruff | ES | 3 | $76,055 | 1 | $190,000 |
| Cloverdale | MS | 2 | $446,711 | 1 | $285,478 |
| Dunbar | MS | 2 | $391,666 | 3 | $0 |
| Forest Heights | MS | 5 | $0 | 5 | $0 |
| Henderson | MS | 2 | $583,719 | 2 | $154,818 |
| Mabelvale | MS | 2 | $475,595 | 1 | $236,590 |
| Mann | MS | 3 | $300,429 | 3 | $103,493 |
| Pulaski Heights | MS | 3 | $270,184 | 2 | $134,366 |
| Central | HS | 2 | $2,538,844 | 2 | $251,832 |
| Hall | HS | 2 | $1,587,836 | 3 | $78,750 |
| J. A. Fair | HS | 3 | $814,903 | 3 | $60,624 |
| McClellan | HS | 2 | $1,200,480 | 2 | $119,078 |
| Parkview | HS | 2 | $1,446,957 | 3 | $71,763 |
| TOTAL | | | $17,589,526 | | $5,972,865 |

*OBSERVATIONS*

The following general observations were made during the educational adequacy assessment:

- Technology - the provision of technology at all facilities is well above average.
- Space – This was the widest variable in the assessment. Obviously newer schools such as Roberts Elementary met or exceeded the standards established by the Little Rock School District. In many cases, especially in older buildings such as Central High School, there are a significant number of smaller classrooms. This is not a negative about Central or any of the

EXHIBIT 17

other schools with smaller classrooms. Rather, it is an acknowledgement that when those buildings were designed, standards were different.

- Differentiated Spaces - in general it is possible to provide a significant degree of differentiated learning within the existing buildings where larger classrooms exist. Differentiated learning allows students to be taught in different ways. Being able to provide differentiated learning is a key element in delivering future curriculum.

## C.  Analysis

A considerable investment is necessary to improve the educational adequacy of most facilities as well as the security enhancements. A newer building such as Roberts does not require any investment given the more recent design and construction of this facility. In general, the older the building the greater is the need.

The cost breakdown, by school type and the educational adequacy score is shown in the following table. In order to provide 21st century learning environments at the older buildings, it is anticipated that a heavy renovation will be required. This may involve moving walls to create different spaces. A building scoring a four on the educational adequacy scale will require only a light renovation. That is typically limited to smaller improvements to brighten and enhance the learning environment. Obviously, those facilities with other scores will require appropriate levels of renovation.

| EA Score | Elementary School | Middle School | High School | Subtotal |
|---|---|---|---|---|
| **5** | $0 | $0 | $0 | $0 |
| **4** | $257,135 | $0 | $0 | $257,135 |
| **3** | $567,179 | $0 | $848,731 | $1,415,909 |
| **2** | $6,782,003 | $2,570,768 | $7,055,323 | $16,408,093 |
| **1** | $238,560 | $0 | $0 | $238,560 |
| *Subtotal* | $7,844,876 | $2,570,768 | $7,904,054 | $18,319,697 |

**EXHIBIT 17**

A similar table based on the security ranking and associated cost provides the following information. A higher score indicates that schools already meet the "next level" of security by providing locking vestibules therefore no changes are required. Progressively lower scores indicate increasing funding in order to construct locking vestibules. For some schools, especially those in Security Score 1, while dollars are shown when the Facilities Master Plan is implemented, it may prove to be infeasible to construct the next level of security. For the Facilities Master Plan, the following table represents a summary of the potential funding required for implementation.

| Security Score | Elementary School | Middle School | High School | Subtotal |
|---|---|---|---|---|
| **5** | $0 | $0 | $0 | $0 |
| **4** | $133,858 | $0 | $0 | $133,858 |
| **3** | $386,289 | $103,493 | $211,137 | $700,919 |
| **2** | $2,299,263 | $289,184 | $370,910 | $2,959,356 |
| **1** | $1,656,665 | $522,068 | $0 | $2,178,733 |
| *Subtotal* | $4,476,075 | $914,744 | $582,046 | $5,972,865 |

Please note this does not fully address the needs at each facility. Their capacity needs, as well as the need to address the non-negotiable items established by the District, are included in Section 8 *Addressing Needs*.

The scores associated with each school are presented in detail in the Appendix.

EXHIBIT 17

## D.  Impact

Fully addressing the educational adequacy and security needs will result in a greatly enhanced, secure learning environment for the students. Research shows that students  do not learn best and teachers  do not teach best using one educational modality.   Historically, teachers taught and students demonstrated their comprehension and retention of the information by completing a worksheet.  The "sage on the stage" method was used for years and still has a place in delivering certain curriculum elements.

However, in studying how children learn, researchers have found that presenting curriculum through differentiated learning yields the best educational results for the students. Some curriculum is best delivered through hands-on project-based learning. Other curriculum is best learned through reading or small group instruction.

Funding and implementing improvements at most of the schools as required will result in an enhanced learning environment. The District has provided a high level of technology throughout the facilities. Coupling that investment with an enhanced learning environment can only benefit the students.

EXHIBIT 17

# 5.  Utilization Assessment

## A.  Overview

Demographics, capacity and utilization are interrelated as they pertain to the Facilities Master Plan. The goal is to understand how many students are currently enrolled and how many are projected to enroll in the future. The capacity is the ability of the facilities to accommodate a set enrollment now and in the future. The utilization represents how well the spaces provided are filled. Obviously, too few students in a space and dollars are wasted supporting unused space. If there are too many students, the educational environment is compromised, student achievement is negatively impacted and dollars are wasted.

In this section all three elements are examined and analyzed.

## B.  Demographics

### Methodology

Three types of projections were prepared as part of the Little Rock School District Facilities Master Plan Study – population, district-wide, and school-by-school. The following methodology was used in the generation of these projections.

*District-wide Projection* - The cohort survival method was used to generate a new demographic projection for the LRSD.  The term "cohort survival" refers to the factors that affect individual age groups within the population. Demographic projections are based on a simple equation:

*Known population + births – deaths + persons moving in – persons moving out =*
***Projected population***

The first three (3) factors are known and can be verified.  Based on the Census we know, to the best extent possible, how many persons were living in Little Rock in 2010.  Since then, we know how many children were born and how many deaths occurred.  The migration factor…persons moving into or out of the area…is difficult to quantify.  The level of migration to be reflected in the projection is clearly the "art part" of demographics.

EXHIBIT 17

The start of this method is to divide the District population into distinct five-year (5) increment age groups (cohorts).  Therefore, the population of the District was divided into those persons age 0 to 4, 5 to 9, 10 to 14, etc.  Due to the small size of the final cohort, persons age 85 and over are considered as one cohort.

Using a combination of the annual fertility and mortality rates for each cohort, the population is "aged" each year throughout the planning period.  The fertility and mortality rates are taken from vital statistics from the State of Arkansas Department of Health.  It should be noted that this information is compiled based on the address of the person, not where the event occurs.  Thus, a birth to a mother from a particular county in Arkansas is reported as part of the statistics for that county regardless of where the birth actually occurred.

As stated, population changes are also affected by migration into and out of the area.  Traditionally, this is the most difficult factor to assess.  The level of migration was considered using a key source of data.  The IRS geocodes individual income tax returns by the social security number of the primary filer.  Geocoding is the process of defining the exact latitude and longitude of an individual address.  This process establishes the location of the home from which the return was filed.  The following year the location code of the primary filer is compared to the previous year's location code.  Tables of outflows and inflows by county for each state are developed.  Again, this represents macro-level data that is useful for spotting general county-wide trends.

In addition, migration is affected, in large measure, by development patterns. The attraction of a new employer or the expansion by an existing employer that results in the creation of new jobs often results in a net in-migration to an area. The construction of new housing will also affect migration. Much of this information is based on data supplied by the City of Little Rock and Pulaski County.

Whenever possible, as much of this information was used to augment the cohort survival method. The result was the development of a 10-year demographic projection for the population residing in the Little Rock School District.  While interesting and important, the annual survival ratio from one cohort to the next is primarily done to provide needed information, especially about births, upon which future kindergarten enrollment relies.

EXHIBIT 17

*Enrollment Projection* - Following completion of the district-wide population projection, the next step was to develop a grade-to-grade enrollment projection for the District as a whole as well as each school. The steps in generating an enrollment projection include:

1. Kindergarten enrollment – The projected number of kindergarten students for the next ten years begins with an analysis of the actual number of births that occurred in the past as compared to the number of students enrolling in kindergarten five years later. Data on actual births from the State of Arkansas Department of Health were used. Since information on actual births is only available through the year 2012 the projected kindergarten enrollment using that information was generated to the year 2017. From that point until the end of the ten year planning period kindergarten enrollment was projected using linear regression. This combination provided projected kindergarten enrollment through the 2023-24 school year.

2. Grade-to-grade survival ratios - The ratio, expressed as a percent, of the number of kindergarten students in one year who matriculated as first graders the next year was calculated. This was done for each grade level using ten years of data.

3. Apply the ratios – By multiplying the number of kindergarten students enrolled this year by the average ratio of the number of kindergarten students moving to first grade each year for a ten year period provided a projected number of first grade students in the 2014-15 school year. This application of ratios was done for each grade level for the ten year period to produce a district-wide enrollment projection.

Once the district-wide enrollment projection was completed the next step was to generate individual projections for each school. A similar procedure was followed.

1. Kindergarten enrollment – The total number of projected kindergarten students was developed for the district-wide projection. That total number was divided among each elementary school with an adjustment for the number of women of child-bearing age in the location of each school.

2. Grade-to-grade survival ratios – Just like the district-wide projection, the ratio between the numbers of students in a grade one year that move to the next grade the following year was generated.

3. Apply the ratios – As with the district-wide projection, the ratios were applied to each grade for the ten year period to generate an enrollment projection for each school.

**EXHIBIT 17**

The enrollment projection for the entire district shows a relatively stable pattern.

Using this methodology, projections were developed for both the student enrollment for the entire district as well as future enrollment for each individual school. The results are summarized in the following table. Detailed, grade-to-grade projections for each school are provided in the Appendix.

Student enrollment at the middle school level has increased and based on projected student enrollment, this trend will continue through the 2023-24 school year.  Comparatively, student enrollment will exceed middle school capacity within the next year by nearly 2,000 students.  The need for an additional middle school will be required or additions at current middle schools to accommodate the middle school student population. Similar to the middle school grade level, the overall high school current and projected student enrollment slightly exceeds existing capacity.  LRSD high schools operate on a 4 session block schedule in which teachers provide instruction for 3 of the 4 periods and therefore calling for need of additional space to accommodate the total student enrollment.

EXHIBIT 17

## C. Capacity

**METHODOLOGY**

A vital element in the development of the Little Rock Facilities Master Plan is an analysis of the student capacity of each school. By comparing the capacity with current and projected enrollment, the utilization of each school was determined.

A typical definition of "school capacity" is the number of students that can be accommodated in a building considering the physical, operational and programmatic variables.  The degree to which the variables are quantified defines the "tightness" of the capacity calculation.

There are several key components to each of the variables.  The physical variable component most often assessed is the number and type of teaching stations in the facility.  The operation component that typically influences capacity is specialty program offerings. Finally, the components of the programmatic variables that are usually factored into a capacity calculation are student/teacher ratios and scheduling.

This is not to diminish the fact that the other variables can and do play a role in determining the capacity of a building. Physical variable components such as the size of classrooms and support facilities including the kitchen and lunchroom influence capacity.  Policies affecting the operation of a building and educational program offerings are components of the operational and programmatic variables that also affect capacity.

The typical method of computing capacity is straightforward. The capacity of a school facility is driven by the number of classrooms or other spaces in which children are educated (teaching spaces), multiplied by the preferred number of students per teacher (student/teacher ratio).  This capacity is adjusted based on the number of spaces needed to support specialty program offerings which are most often self-contained classrooms for students with special needs which operate at a lower student/teacher ratio.  The capacity is further adjusted by scheduling considerations such as the school calendar or extra class periods during the school day.

EXHIBIT 17

The key to determining whether a space is counted as a teaching station lies in the daily use of that space.   At the elementary level, only classrooms are counted as teaching stations.   The school typically has other spaces such as an art or music room in which students are taught.   However, it is assumed when an elementary class moves from its assigned space/core classroom to the art room, no other group moves into that classroom.   After that art class is completed, the students return to their classroom and another class moves into the art room.   The point is that to count any space other than the main classroom as a teaching space, for the purpose of determining capacity, leads to an inflated number.

The exact opposite is true at the middle and high school level.  As students move from classroom to classroom throughout the day, other students can move into those spaces.  Therefore, any space with an assigned teacher is considered a teaching space for the purpose of capacity analysis. This includes classrooms, labs and the gym.

The only caveat is that it is virtually impossible to program the use of a middle or high school so efficiently that every space is used every period throughout the school day.  Thus, the number of teaching stations multiplied by the student/teacher ratio is adjusted by a utilization factor.

While the goal is 100 percent utilization, in practice 75 percent is a realistic utilization factor when high schools function on a block schedule. Teachers at the high schools teach three out of four periods a day. Therefore, the utilization factor is  three-fourths or 75 percent.

At the Little Rock middle schools, which utilize team teaching, planning periods need to be provided. Teachers are typically in the classroom five out of eight periods a day with the other periods devoted to planning either individually or with their team. Thus, five-eights of a day or 62.5 percent is the utilization factor at the middle school level. If teachers do not have an alternate space for their planning periods, then a higher utilization factor is difficult, if not impossible to achieve.

However, as in many other districts, Little Rock classrooms, particularly in older buildings tend to be considerably smaller than in buildings of a more recent vintage. Therefore, an adjustment to the capacity of those smaller classrooms needs to be made. The methodology used to calculate capacity for the Facilities Master Plan is as follows:

EXHIBIT 17

1.  Determine and count the number of teaching stations – The use of each space in the facility was determined and the number of teaching stations was counted. At the elementary level the number of teaching stations is the number of regular classrooms including self-contained classrooms for children with special needs that are assigned to those classrooms for a full day. At the middle and high school level, all spaces with assigned teachers were counted as teaching stations. This included regular classrooms, art, music and science rooms as well as gymnasiums and self-contained classrooms for special needs students. Gymnasiums, since they typically have two classes at once, were counted as two teaching stations.

2.  Resource rooms, where children are taken out of a regular class for special assistance such as with a math or language arts tutor, were not counted.

3.  Spaces that could be a classroom, or were a classroom but have been converted to another use such as administration or community programs, were typically not counted as teaching stations but were noted. These spaces could be converted to classrooms, if necessary, and at the point at which they became classrooms would then add to the capacity.

4.  The exception was when there is a large block of classrooms available. This occurs at Washington Elementary School where several classrooms in a wing of the building that are currently used for non-academic purposes. Those spaces could be reassigned as academic classrooms. Since there are a large number of classrooms readily available, those spaces have been counted as part of the Washington Elementary School Capacity.

5.  Gross capacity determination – The number of teaching stations were multiplied by the appropriate student: teacher ratio. The following ratios were used.

    *   Pre-K and Kindergarten – 20 students
    *   1st to 3rd Grades – 25 students
    *   4th to 12th Grades – 28 students
    *   Self-contained Classrooms – 10 students

6.  Multiplying the number of teaching stations by the proper ratio provided the gross capacity of each facility.

7.  Net capacity determination - The size of the classrooms and other teaching stations is a key influencing factor relative to capacity. This is especially true in older buildings such as Central High School. With many smaller classrooms and other teaching stations assigning a capacity based only on multiplying the number of teaching stations by the student: teacher ratio is unrealistic. Smaller classrooms and teaching stations are defined as any classroom space less than the desired size which is 1,050 SF at the elementary level; 850 square feet

EXHIBIT 17

for classrooms at the middle and high school levels; and, 1,200 SF for labs. For those smaller spaces, the capacity was determined by dividing the square footage of the space by 30 SF per student. Therefore, a 600 SF classroom at the high school level would have a capacity of 20 students not 28 students.

8. For any classroom space at or greater than the desired size, the teaching station was multiplied by the appropriate ratio. Despite a space being larger the student: teacher ratio was still applied. Therefore, the size of the space, if it exceeds the desired size does not affect capacity.

9. Functional capacity determination – The last step in establishing the facility capacity is to multiply the net capacity by the appropriate utilization factor. As previously stated those factors as 100 percent at the elementary level, 62.5 percent for middle schools and 75 percent for high schools. Using those factors provides the functional capacity of each facility.

The final capacity of each facility was compared with the current and future enrollment to determine the overall utilization. This information is shown on the following sheet.

## D. Utilization

### Methodology

The final capacity of each facility was compared with the current and future enrollment to determine the overall utilization. This is a straight-forward math exercise. The enrollment is divided by the capacity to determine the utilization.

In general, for high schools and middle schools the goal is to be around 85 percent utilization. This allows some space for flexibility. After 90 percent the building begins to feel "tight". At 95 percent plans to either provide additional space or relocate students to a less utilized facility should be initiated.

For elementary schools, since the students do not change classrooms as much, a higher level of utilization is acceptable. Typically, the target is 90-95 percent utilization. However, as with the middle and high schools utilization over 95 percent should result in implementation of alternate plans.

EXHIBIT 17

## E.  Results

The results of the enrollment projection; capacity determination; and, utilization analysis are shown in the following table.

| School | Level | 2013 Enrollment | Capacity (Revised) based on Area | Current Utilization | 10-Year Projected Enrollment | 10-Year Projected Utilization | Rooms | SF |
|---|---|---|---|---|---|---|---|---|
| Bale | ES | 364 | 364 | 89.56% | 369 | 101.49% | 1 | 1,350 |
| Baseline | ES | 413 | 387 | 80.10% | 351 | 90.65% | -2 | -2,700 |
| Booker | ES | 480 | 480 | 107.29% | 499 | 104.03% | 1 | 1,350 |
| Brady | ES | 400 | 400 | 99.50% | 377 | 94.34% | -1 | -1,350 |
| Carver | ES | 474 | 418 | 81.82% | 170 | 40.65% | -10 | -13,500 |
| Chicot | ES | 1,053 | 900 | 93.56% | 982 | 109.14% | 4 | 5,400 |
| Dodd | ES | 234 | 234 | 147.86% | 454 | 194.15% | 9 | 12,150 |
| Fair Park | ES | 191 | 180 | 99.44% | 181 | 100.58% | 1 | 1,350 |
| Forest Park | ES | 393 | 393 | 113.74% | 548 | 139.35% | 7 | 9,450 |
| Franklin | ES | 443 | 420 | 81.67% | 266 | 63.24% | -7 | -9,450 |
| Fulbright | ES | 715 | 676 | 92.31% | 637 | 94.18% | -2 | -2,700 |
| Geyer Springs | ES | 358 | 358 | 72.91% | 162 | 45.19% | -8 | -10,800 |
| Gibbs Magnet | ES | 396 | 362 | 83.43% | 310 | 85.62% | -3 | -4,050 |
| Jefferson | ES | 450 | 450 | 100.44% | 410 | 91.16% | -2 | -2,700 |
| King | ES | 552 | 552 | 96.20% | 521 | 94.32% | -2 | -2,700 |
| Mabelvale | ES | 590 | 586 | 93.17% | 763 | 130.19% | 8 | 10,800 |
| McDermott | ES | 504 | 485 | 83.09% | 366 | 75.38% | -5 | -6,750 |
| Meadowcliff | ES | 357 | 415 | 86.02% | 319 | 76.83% | -4 | -5,400 |
| Otter Creek | ES | 593 | 528 | 112.31% | 698 | 132.25% | 7 | 9,450 |
| Pulaski Heights | ES | 369 | 333 | 110.81% | 458 | 137.42% | 5 | 6,750 |
| Roberts | ES | 904 | 961 | 94.07% | 1009 | 104.96% | 2 | 2,700 |
| Rockefeller | ES | 417 | 427 | 97.66% | 458 | 107.16% | 2 | 2,700 |
| Romine | ES | 356 | 430 | 82.79% | 418 | 97.26% | -1 | -1,350 |
| Stephens | ES | 395 | 529 | 74.67% | 304 | 57.43% | -10 | -13,500 |
| Terry | ES | 436 | 487 | 89.53% | 211 | 43.26% | -12 | -16,200 |
| Wakefield | ES | 592 | 600 | 98.67% | 709 | 118.12% | 5 | 6,750 |
| Washington | ES | 472 | 964 | 48.96% | 277 | 28.77% | -28 | -37,800 |
| Watson | ES | 383 | 455 | 84.18% | 280 | 61.48% | -8 | -10,800 |
| Western Hills | ES | 259 | 277 | 93.50% | 287 | 103.54% | 1 | 1,350 |
| Williams | ES | 407 | 416 | 97.84% | 342 | 82.22% | -3 | -4,050 |
| Wilson | ES | 281 | 340 | 82.65% | 287 | 84.51% | -3 | -4,050 |
| Woodruff | ES | 132 | 140 | 94.29% | 151 | 108.00% | 1 | 1,350 |
| Cloverdale | MS | 654 | 588 | 111.32% | 697 | 118.57% | 5 | 6,750 |
| Dunbar | MS | 669 | 589 | 113.63% | 798 | 135.59% | 9 | 12,150 |
| Forest Heights | MS | 580 | 642 | 90.30% | 648 | 100.94% | 1 | 1,350 |

EXHIBIT 17

| School | Level | 2013 Enrollment | Capacity (Revised) based on Area | Current Utilization | 10-Year Projected Enrollment | 10-Year Projected Utilization | Rooms | SF |
|---|---|---|---|---|---|---|---|---|
| Henderson | MS | 727 | 760 | 95.64% | 789 | 103.86% | 2 | 2,700 |
| Mabelvale | MS | 649 | 603 | 107.61% | 691 | 114.64% | 4 | 5,400 |
| Mann | MS | 759 | 672 | 112.89% | 850 | 126.37% | 8 | 10,800 |
| Pulaski Heights | MS | 813 | 539 | 150.90% | 845 | 156.86% | 13 | 17,550 |
| Central | HS | 2519 | 1460 | 172.50% | 2496 | 170.94% | 42 | 56,700 |
| Hall | HS | 1122 | 1434 | 78.22% | 1259 | 87.76% | -8 | -10,800 |
| J. A. Fair | HS | 805 | 1040 | 77.41% | 923 | 88.72% | -5 | -6,750 |
| McClellan | HS | 895 | 1366 | 65.51% | 893 | 65.36% | -19 | -25,650 |
| Parkview | HS | 1024 | 1050 | 97.48% | 1082 | 103.00% | 2 | 2,700 |

## F.  Impact

Based on the analysis, there is some room available at the elementary schools. The high schools are slightly over capacity and the middle schools are overcapacity. The following table summarizes the utilization analysis.

| Elementary Schools | Factors |
|---|---|
| Capacity | 15,552 |
| 10-year Enrollment *(projected)* | 13,572 |
| Utilization | 87.3% |
| **Middle Schools** | |
| Capacity | 4,332 |
| 10-year Enrollment *(projected)* | 5,319 |
| Utilization | 122.8% |
| **High Schools** | |
| Capacity | 6,351 |
| 10-year Enrollment *(projected)* | 6,652 |
| Utilization | 104.7% |

EXHIBIT 17

Teresa B. Henry

---

**Page 1**

United States District Court
Eastern District of Arkansas
Western Division

PARENT PLAINTIFF LAKESHA DOE and her minor
child, DENNIS DOE; PARENT PLAINTIFF
CLAUDIUS JOHNSON, and his minor child,
CHRISTIAN DOE; PARENT PLAINTIFF EVELYN DOE,
and her minor child, EDWARD DOE; PARENT
PLAINTIFF SONYA DOE and her minor child,
JOHNNY DOE; JOY C. SPRINGER and JIM ROSS,
       Plaintiffs,

vs.          Cause No. 4:15-CV-000623 DPM

MICHAEL POORE, in his official capacity as
Superintendent of the Little Rock School
District, et al,

       Defendant.

Deposition of

PROFESSOR JOHN POROS

April 11, 2017

[Appearances Noted Herein]

Taken at the Mill Conference Center
Sanders Boardroom, 100 Mercantile Street
Starkville, Mississippi,
Tuesday, April 11, 2017, at 8:29 a.m.

---

**Page 2**

REPORTED BY:  Teresa B. Henry, CCR
       Glenn-Henry Reporting
       400 Peg Lane
       Amory, Mississippi 38821
       662-315-2175
       662-256-7880
       teresabh@bellsouth.net

Appearances:

Honorable Christopher Heller
Friday Eldredge & Clark
400 West Capitol Ave, Ste 2000
Little Rock, Arkansas  72201
REPRESENTING Defendant

Honorable Gale Stewart
1 River Oaks Circle
Little Rock, Arkansas  72207-1701

REPRESENTING Plaintiffs

Honorable Patrick Hollingsworth, via telephone
323 Center, Ste 200
Little Rock, Arkansas  72201
Assistant Attorney General

Also present:

Walter Dunn

---

**Page 3**

TABLE OF CONTENTS

PROFESSOR JOHN POROS

Style and Appearances                  1

Stipulation                            4

Examination by Mr. Heller              5

Examination by Mr. Hollingsworth       78

Certificate of Court Reporter          85

Exhibits

Exhibit 1 - Selected Schools Conditions Report    70

---

**Page 4**

1          STIPULATION

2          It is stipulated by and between the parties that

3      the deposition of Professor John Poros is being taken

4      pursuant to notice under the Federal Rules of Civil

5      Procedure at this time and place.

6          All objections, except to the form of the

7      question, are reserved until such time as the

8      deposition, or any part thereof, is sought to be

9      introduced into evidence.

10         All formalities, including the reading and

11     signing of the deposition by the deponent, are waived.

12

EXHIBIT 18

Teresa B. Henry

---

Page 5

1           PROFESSOR JOHN POROS
2   having been first duly sworn, was examined under oath
3   and testified as follows:
4   EXAMINATION BY MR. HELLER:
5   Q.      Good morning, Professor Poros.  My name is
6   Chris Heller and I represent the Little Rock School
7   District in the case you've agreed to participate in,
8   Does -- a number of Does against the Little Rock School
9   District.
10          I know that you've been deposed at least twice
11  before but I will say a couple of things preliminarily
12  just to make sure that we're on the same page.  First
13  of all, please answer all my questions verbally so that
14  the court reporter can record your responses.
15  Secondly, please make your answers as complete as
16  possible so I will be in a position to rely on them at
17  trial.
18          Third, if you don't understand any question
19  that I ask or you would prefer, for any reason, that I
20  rephrase it, just let me know and I will be happy to do
21  that.  Finally, so long as there is not a question
22  pending, if you would like to take a break at any time,
23  just let me know and we will be happy to do that, okay?
24  A.      Yes.
25  Q.      Okay.  I mentioned the two depositions I am

---

Page 6

1   aware of in the Bolivar County, Mississippi, case.
2   Have you given depositions other than those two?
3   A.      No, I have not.
4   Q.      What is this case about?
5   A.      As I understand it, this case is about -- and,
6   again, I'm not a civil rights expert, I'm an
7   architecture and educational design expert, so this
8   case is about unequal treatment in terms of the Little
9   Rock School District facilities, as far as I know.  My
10  part of it is looking at the facilities in the Little
11  Rock School District.
12  Q.      Why did you agree to participate?
13  A.      I agreed to participate in the case in that I
14  had -- as you have said once before, participated in
15  the Bolivar County case and these cases concerning the
16  school facilities and sort of the equality of school
17  facilities are cases that interest me.
18  Q.      How did you find out about this case?
19  A.      I was contacted by the Walker law firm.
20  Q.      Have you read the Amended Complaint?
21  A.      Yes, I have.
22  Q.      How many times?
23  A.      I think just once.
24  Q.      When did you do that?
25  A.      While they sent me -- you know, I can't recall

---

Page 7

1   the exact date.
2   Q.      Who hired you?
3   A.      The Walker law firm.
4   Q.      Who, specifically?
5   A.      Well, I was first contacted by -- let's see.
6   Let me get this right.  I believe John Walker contacted
7   me first.
8   Q.      When did that happen?
9   A.      That happened -- I can't recall the exact
10  date.  I'm really sorry.
11  Q.      Can you recall approximately how long you have
12  been working on this case?
13  A.      Since the -- since, I think, January of this
14  year, something like that.
15  Q.      Do you know whether any of the allegations in
16  the Amended Complaint are true?
17  A.      Can you clarify that?
18  Q.      I will try.  You said you've read the Amended
19  Complaint.  You've now done your work to the point at
20  least of completing a report.
21  A.      Okay.
22  Q.      So, the question is whether you've determined
23  that any of the allegations of the Amended Complaint
24  are true?
25  A.      Do you mean in terms of whether there is a

---

Page 8

1   civil rights violation or do you mean in terms of -- I
2   mean, that's a - -that's a very broad question,
3   frankly.
4   Q.      All right.  Let me narrow it this way, then.
5   The Complaint contains factual allegations as well as
6   legal arguments and legal positions.  Do you know
7   whether any of the factual allegations are true?
8   A.      And again,  that's really broad, so I'm -- I
9   don't feel like I can answer your question.
10  Q.      Okay.  Let me make it as narrow as I can for
11  now.  Can you recite any allegation of the Amended
12  Complaint that you believe was true?
13  A.      No, not at the moment.
14  Q.      What were you hired to do?
15  A.      I was hired to assess school buildings in the
16  Little Rock School District and look at them in terms
17  of condition, so physical condition in the buildings,
18  and educational adequacy as well as looking -- I was
19  looking at building code violations and ADA problems,
20  so American Disability Act problems.
21  Q.      Okay.  What does it mean to assess the
22  physical condition and educational adequacy of selected
23  schools?  I believe I'm quoting the first paragraph of
24  your methods and procedures.
25  A.      Yes.  What it means was to walk through the

2 (Pages 5 to 8)

Teresa B. Henry

Page 9

1   school buildings and note problems with the condition
2   of finishes, so wall, floor, ceiling finishes, any
3   problems that I see in terms of structural problems
4   with the school, any mechanical or lighting or
5   electrical columns that I can see -- I can visually
6   distinguish, and -- so that's the physical conditions
7   part of it.
8        The educational adequacy is to look at
9   equipment, look at furnishings and see what sort of
10  conditions those are in and whether the schools seem to
11  have, based on the Arkansas School Facilities Manual,
12  whether these schools seem to have those minimum
13  requirements in terms of furnishings and equipment.
14       And I believe you asked me one more thing.
15  Q.    Well, the last to complete and quote from your
16  methods procedures, it was assess physical condition,
17  which you told me about.
18  A.    Um-hmm. [indicating affirmative]
19  Q.    Assess educational adequacy --
20  A.    Um-hmm. [indicating affirmative]
21  Q.    -- of selected schools.
22  A.    Um-hmm. [indicating affirmative]
23  Q.    So, --
24  A.    Yeah.
25  Q.    Have you ever done anything like this before?

Page 10

1   A.    Sure.
2   Q.    When and where?
3   A.    So, I did, of course, a very similar thing for
4   the Bolivar case where I went through all of the
5   schools in the Bolivar County School District and did a
6   very similar type of assessment.  In the past as my
7   role in the Educational Design Institute we did that
8   for the Meridian School District as well and for the
9   Laurel School District here in Mississippi.
10  Q.    How many schools did you assess in Bolivar
11  County?
12  A.    That's an excellent question.  It was around
13  10 schools, but I'm -- I'm not -- I would have to look
14  at my note again to be sure, but around 10 schools.
15  Q.    Looked like the dispute in the case came down
16  to how to use two or three schools.  Did you assess all
17  10 schools?
18  A.    Yes.
19  Q.    How many schools in Meridian?
20  A.    Meridian, I think we looked at -- in Meridian
21  we did not look at all of the schools in the District.
22  We looked at about five or six schools in Meridian.
23  Q.    Why were you doing that?
24  A.    Because it was more for a strategic plan for
25  Meridian and they were more interested in certain

Page 11

1   schools than other schools.
2   Q.    Who asked you to do that?
3   A.    That was part of our work, the Meridian School
4   District and it was part of our work in Educational
5   Design Institute.  So, that was one of the services
6   that we offer to school districts, to come in and do
7   assessments and  help them with strategic planning, in
8   particular for bond issues, that sort of thing.
9   Q.    Who worked with you on the Meridian project?
10  A.    Jack Lackney.
11  Q.    What was your position with EDI?
12  A.    At that point I was the assistant director.
13  Q.    Was Jeff Lackney also acting on behalf of
14  EDI?
15  A.    Yes.  He was the director.
16  Q.    How many schools did you assess in Laurel?
17  A.    Laurel, we looked at all of the schools and,
18  again -- again, I can just give you an approximate
19  number.  I believe, again, it was around nine or ten
20  schools, something like that.
21  Q.    Did anyone work with you on that project?
22  A.    No.  On that Laurel -- well, let's put -- in
23  terms of that project, I was the only person working in
24  terms of school facilities but it was a project that we
25  worked with with an organization here on campus known

Page 12

1   as PREPS which is part of the College of Education.
2   They looked at curricular issues.  A gentleman named
3   Rueben Dilworth.  They looked at curricular issues and
4   I looked at the school facilities issues.
5   Q.    Did you produce  written facilities
6   assessments for Meridian and for Laurel?
7   A.    We did.
8   Q.    How did they compare to the assessment you
9   have produced in this case?
10  A.    In terms of format or in terms of content or--
11  Q.    Depth, format, substance, content.
12  A.    Similar, although, again, our aim in those
13  cases was to produce a master -- let me think about my
14  words a little bit here.  Was to produce a master plan
15  for them and also to do some cost estimating so that
16  they would then be able to put together a bond issue
17  and that was kind of the key for them, to be able to
18  put together a bond issue for the districts.
19  Q.    So, your purpose was a little different in
20  Meridian and Laurel than has been in this case in
21  Bolivar County?
22  A.    That's correct.   That's correct.
23  Q.    And your purpose in Meridian and Laurel was
24  more to help the school districts plan for the future?
25  A.    Um-hmm. [indicating affirmative]

3 (Pages 9 to 12)

Teresa B. Henry

Page 13

1    Q.    Did your work in either of those districts
2  include determinations about where facilities should be
3  located or renovated?
4    A.    Yes.  Yes.
5    Q.    Does EDI still exist?
6    A.    No, it does not.
7    Q.    Why not?
8    A.    It came down to a lack of funding.
9    Q.    Other than  your work for the Justice
10  Department,  I believe in Bolivar County and for EDI
11  and working with Meridian and Laurel school districts,
12  have you done anywhere else at any other time the kind
13  of assessments you did in this case?
14    A.    No.
15    Q.    How does one learn that you are available to
16  provide this kind of service?
17    A.    I don't advertise, I can tell you that.  I can
18  tell you how the Walker law firm learned.  They heard
19  of my testimony in the Bolivar case.
20    Q.    Can you tell me how the Department of Justice
21  came to seek your services --
22    A.    Sure.
23    Q.    -- in the Bolivar case?
24    A.    I had written the -- I had been the chief
25  editor, that's probably more accurate, of the

Page 14

1  Mississippi School Design Guidelines, which is a
2  document that lays out guidelines for the planning and
3  design of school facilities for the State of
4  Mississippi.  So, that's a statewide document
5  available on the Mississippi Department of Education's
6  website.
7        So, they had seen that document, the
8  Department of Justice had seen that document and
9  contacted me.
10    Q.    I think you referenced in your methods and
11  procedures a website for the Arkansas School Facilities
12  manual?
13    A.    Yes.
14    Q.    Is that the -- would you say that's the
15  Arkansas equivalent of the --
16    A.    That's the Arkansas equivalent, yes.
17    Q.    On the website you mentioned planning and
18  design with respect to Mississippi and I think the
19  Arkansas website says that it deals with, quote,
20  Planning, design and construction.  Is that your
21  recollection?
22    A.    I can't recall exactly it said on the Arkansas
23  website.
24    Q.    What was the purpose of consulting the
25  Arkansas website?

Page 15

1    A.    To see what the standards were in the state of
2  Arkansas.
3    Q.    For planning, design and construction?
4    A.    For planning and design and construction.
5    Q.    Does the Arkansas website include any
6  standards for maintenance?
7    A.    I can't really recall.  I can't recall.
8    Q.    Did you rely on the Arkansas website
9  concerning any standards for maintenance?
10    A.    No, I did not look at it in terms of standards
11  for maintenance.
12    Q.    Did you rely on any written standards for
13  maintenance?
14    A.    No.
15    Q.    Do you publicize anywhere your participation
16  or your availability to participate in cases such as
17  this one and the Bolivar County case?
18    A.    No, I do not.  I've noted in places that I was
19  involved in these cases but I don't advertise.
20    Q.    Have you been contacted by anyone else to
21  participate in any kind of similar work?
22    A.    Yeah.  I was contacted by a former DOJ
23  attorney who is now in private practice to participate
24  in a case in -- I can't remember, it was somewhere in
25  the Midwest, having to do with restroom accommodations

Page 16

1  for a trans student.
2    Q.    Are you going to do that?
3    A.    No.
4    Q.    Why not?
5    A.    I didn't have the time to do it.
6    Q.    Have you done any work in this case beyond
7  what is described in your report?
8    A.    No, I have not.
9    Q.    Do you plan to do anything else in this case?
10    A.    Other than -- other than participate in
11  depositions and the trial?
12    Q.    Yes.
13    A.    You mean, in terms of research or -- I haven't
14  been asked to.
15    Q.    Is there anything else you would want to do to
16  prepare for trial?
17    A.    Not at the moment.
18    Q.    Did you do anything in the Bolivar County case
19  after submitting your report?
20    A.    Yes, because after I submitted the report
21  there was -- there were some proposals back and forth
22  between the Department of Justice and Bolivar County to
23  resolve the case and so I was asked to assess in terms
24  of the school facility some of those proposals that
25  went back and forth.

4 (Pages 13 to 16)

Teresa B. Henry

Page 17

1  Q.    Did you do anything else in the Bolivar County
2  case after submitting your report?
3  A.    I looked at the proposals. There were some
4  questions that needed to be clarified and I did some
5  further analysis and that was about it. And then, of
6  course, I did depositions and the trial.
7  Q.    What was the subject of the further analysis?
8  A.    I did some further analysis on the capacity of
9  a particular high school in Bolivar County, the
10 Eastside High School.
11 Q.    Did that further analysis take place before or
12 after your deposition?
13 A.    That's an excellent question. I believe it
14 took place afterwards but I would have to check my
15 notes.
16 Q.    Who decided that further analysis was
17 necessary and why?
18 A.    The head attorney at the Department of
19 Justice.
20 Q.    Why was it necessary?
21 A.    In order to clarify a point and to counter a
22 point made by the school district.
23 Q.    Do you know whether your further analysis was
24 provided to the school district in advance of trial?
25 A.    Oh, yes, it was.

Page 18

1  Q.    Your -- I think your report says you are being
2  paid $100.00 an hour --
3  A.    Yes.
4  Q.    -- for your work in this case?
5  A.    That's correct.
6  Q.    How much -- how many hours have you worked in
7  this case so far, roughly?
8  A.    Oh, I can tell you exactly. I have an app.
9
10 [Pause in proceedings.]
11
12 Let's see. Sorry. I have to do some
13 calculations.
14 Q.    Glad you came prepared.
15 A.    504 hours.
16 Q.    Can you give me a rough breakdown of how much
17 of that time was spent going to Little Rock to look at
18 schools and how much talking to lawyers and how much
19 writing the report?
20 A.    Yeah. Let me go back to my app. Oh, shoot.
21 Let's see.
22
23 [Pause in proceedings.]
24
25 Sorry. I thought it would give me everything

Page 19

1  by task but it won't do that. Okay. So, let me give
2  you maybe a rough estimate.
3  Q.    Okay.
4  A.    So, reading and the Fanning-Howey report, kind
5  of reading that report was about 2 1/2 hours. There
6  was some analysis of that report which was about 2
7  hours. Preparing for the visit to the schools was
8  about 3 1/2 hours. The visit itself was over two days.
9  The first day was from 8:00 until 3:00 o'clock and the
10 second day we were there from 8:00 until about 7:00 at
11 night.
12 The existing conditions report was most of the
13 rest of the time and then talking to the lawyers, about
14 3 or 4 hours.
15 Q.    How many times did you physically meet with
16 the lawyers during your one trip to Little Rock?
17 A.    Just in my one trip.
18 Q.    What analysis did you do of the Fanning-Howey
19 report?
20 A.    I basically looked at their -- I looked at
21 their ratings of the different schools and created a
22 spreadsheet which I believe should have been -- there
23 it is. Give it to you.
24 Q.    What was the purpose of doing that?
25 A.    The purpose of doing that was to -- because

Page 20

1  they had done a lot of work on that to see how they had
2  looked at school conditions and how they had rated
3  school conditions for the various schools and also
4  because we were only going to see 14 out of -- what is
5  it, 40 schools in the district. I wanted to be sure
6  that we saw a range of school conditions, according to
7  the Fanning-Howey report.
8  Q.    Okay. So, at least to that extent, you relied
9  on the Fanning-Howey report --
10 A.    Yes, sir.
11 Q.    -- to get a feel for the range of school
12 conditions in the district?
13 A.    That's correct.
14 Q.    Are you referring to a particular aspect of
15 the Fanning-Howey report when you say they discussed
16 school conditions or that were educational adequacy?
17 A.    So, they had teams that went around the
18 District and they rated different -- had a rating
19 system for different parts of the school. In that
20 spreadsheet you can see that I have columns for each
21 one of their ratings that they produced, which was
22 Conditions, Maintenance, Adequacy. They had a number
23 of different ratings.
24 So, I basically compiled all of those and then
25 sorted the -- sorted the EXCEL spreadsheet in terms

5 (Pages 17 to 20)

Teresa B. Henry

Page 21

1  of -- I believe it was -- I believe it's highest to
2  lowest, it might be lowest to highest, in terms of
3  school facility -- in terms of condition.
4  Q.      Which column in  your spreadsheet would cover
5  maintenance?
6  A.      Would it be possible for me to look at that?
7  Q.      Sure.
8  A.      Sure. That's great. So, -- let's see. So,
9  they looked at -- let me see if I can recall.
10  Q.      Can we agree while you are looking at that,
11  that what I have placed before you is the spreadsheet
12  you produced in this case?
13  A.      Yes, it is.
14  Q.      Okay.
15  A.      Yes, it is.
16              BY MS. STEWART:  Can you
17              get two more copies of this
18              made.  Front and back of this.
19              Yeah.
20  A.      So, I think -- I think that maintenance is
21  part of the facility renewal index, although I would
22  have to re-examine the spreadsheet again in order to be
23  absolutely sure.
24  Q.      [Mr. Heller]  Would you agree that there is no
25  column heading on your spreadsheet that says

Page 22

1  maintenance?
2  A.      No, there is none that says maintenance.
3  Q.      And it's not clear that any of them actually
4  refer to maintenance?
5  A.      No.  I would have to look and see at the --
6  see the factors.
7  Q.      Okay.  There is a column for educational
8  adequacy.
9  A.      Yes, there is.
10  Q.      Do you know whether the folks at Fanning-
11  Howey, by using that term, meant the same thing that
12  you mean when you use that term in your report?
13  A.      Yeah.  They -- in their report there is a
14  checklist in terms of educational adequacy, so they
15  were looking at certain equipment, certain conditions
16  but they were also looking at, let's say, certain
17  conditions in the classroom, natural kind, other kind
18  of conditions.
19              So, generally, yes.  Their educational
20  adequacy and mine are pretty much in line.
21  Q.      Did you use a checklist for educational
22  adequacy?
23  A.      I did not.
24  Q.      Do you disagree with Fanning-Howey's
25  assessment of educational adequacy at any particular

Page 23

1  school?
2  A.      I would need to re-examine that to be able to
3  make that kind of assessment.
4  Q.      Did you note in your report any disagreement
5  with Fanning-Howey's assessments of educational
6  adequacy?
7  A.      No, because in my report my objective was not
8  to compare what I've done with Fanning-Howey.  I just
9  used Fanning-Howey as a starting point.
10  Q.      Okay.  And Fanning-Howey's report is, I think,
11  obviously, but you may disagree, much more
12  comprehensive than the one you did.
13  A.      Well, they looked at all the schools.
14  Q.      Did they look at each school in any greater
15  depth than you did?
16  A.      They certainly had more time at each school.
17  Q.      Do you know whether they had information or
18  looked at particular things that you did not?
19  A.      They had some information that I did not have,
20  such as information on the mechanical systems in the
21  school, so HVAC, those kind of things.  They definitely
22  had that information.  I did not.
23  Q.      Did you have access to the maintenance
24  schedules at any of the schools?
25  A.      I did not.

Page 24

1  Q.      Do you know whether or not Fanning-Howey did?
2  A.      I can't recall.
3  Q.      So, does the spreadsheet that's before you--
4  A.      Um-hmm. [indicating affirmative]
5  Q.      -- that you've produced in this case, --
6  A.      Um-hmm. [indicating affirmative]
7  Q.      -- reflect the sum total of your analysis of
8  the Fanning-Howey report?
9  A.      It's certainly a -- oh, do you mean in terms
10  of written analysis?
11  Q.      Yes.
12  A.      Yeah.  The spreadsheet was really, again, like
13  I said, a starting off point to see how they have rated
14  schools and, like I said, it was more to make sure that
15  the schools that we were looking at, because you can
16  see here, the schools that we had proposed looking at
17  are bolded on the spreadsheet --
18  Q.      Right.
19  A.      -- to make sure that those -- that there was a
20  range of different conditions, according to the
21  Fanning-Howey report.
22  Q.      But I thought you said that your report, that
23  you chose the schools based on a range of racial
24  compositions?
25  A.      They -- yes.  So, here's how it worked.  The

6  (Pages 21 to 24)

Teresa B. Henry

Page 25

1    Walker firm chose a range of schools based on the --
2    based on the racial composition and particularly the
3    white composition in the schools.
4          What I wanted to be sure of, once I knew what
5    their facility were, that it also reflected a range of
6    facility conditions.
7    Q.    Did the list change based on your desire to
8    have a range of facility conditions, the list you were
9    provided by the Walker firm?
10   A.    No, because it -- it turned out that it was a
11   range of facility conditions, so I was satisfied with
12   their list.
13   Q.    When you say that the bolded schools, the ones
14   you visited on your --
15   A.    Um-hmm. [indicating affirmative]
16   Q.    -- that are bolded on your spreadsheet
17   represent a range of facilities conditions, --
18   A.    Um-hmm. [indicating affirmative]
19   Q.    -- what part of the spreadsheet are you
20   referring to that showed that?
21   A.    So, the FCI score, the one defined as FCI
22   score. So, you can see that I sorted the spreadsheet
23   from lowest to highest in terms of that FCI score.
24   Sorry.
25   Q.    No, that's fine. You can keep it.

Page 26

1    A.    Okay.
2    Q.    What is FCI?
3    A.    That's Facilities Conditions Index. So,
4    that's Fanning-Howey's category for the kind of
5    existing conditions of the school.
6    Q.    What does it mean?
7    A.    Basically they are looking at -- they were
8    looking at finishes. They were looking at any other
9    sort of physical conditions of the school, the exterior
10   walls, you know, were there any structural issues.
11   Basically those same conditions that I was to look at
12   later at those schools.
13   Q.    What is the purpose of putting together a
14   Facilities Condition Index?
15   A.    For them? I have to just infer that from what
16   I've read because I'm not, you know. I can infer that
17   from what I've read from their report, right?
18         So, I'm inferring they are doing that so that
19   they know, you know, which schools are in worse
20   condition, which schools are in better condition, so
21   when they do their master plan, you know, they can --
22   they can figure out where resources should go.
23   Q.    Do you know whether the Facilities Condition
24   Index has a purpose of helping the School District
25   determine which schools are worth fixing up and which

Page 27

1    schools are not?
2    A.    I would -- I would assume so.
3    Q.    What is the range of numbers in the Facility
4    Condition Index -- indices on your spreadsheet?
5    A.    So, on a 1 to 5 scale it's 3.4 to 5. I mean,
6    actually there's a 3.2. Cloverdale is a 3.2.
7    Q.    I asked you a few minutes ago about whether
8    you disagreed with the Fanning-Howey report with
9    respect to educational adequacy. I should broaden that
10   and ask if you disagree with their report with respect
11   to any aspect of their assessment with LRSD schools?
12   A.    I would have to look at it again. Like I
13   said, this was just a starting-up point for me. I had
14   never been to any of these schools. It seemed a good
15   way to --
16
17              [Interruption by convention
18              center staff.]
19
20   CONTINUING BY MR. HELLER:
21   Q.    Okay. So, did you note any such disagreements
22   in your report?
23   A.    No.
24   Q.    Can you say for sure whether or not you
25   actually had any disagreements?

Page 28

1    A.    I cannot.
2    Q.    So, nothing that was notable enough to come to
3    mind at the moment?
4    A.    Like I said, I would have to do a detailed
5    analysis or comparison, let's say, between the two.
6    Q.    All right. You said you spent about 3 1/2
7    hours preparing to visit the schools. How was that
8    time spent?
9    A.    So, basically I tried to put together -- the
10   School District provided me with PDFs of each one of
11   the schools. It's an aerial. And then a plan of the -
12   - of the school. So, I had that and they also
13   provided me some general information about each one of
14   the schools. So, I put together a notebook that had
15   sections on each one of those schools that I was going
16   to visit.
17   Q.    Okay. Did you bring that notebook to Little
18   Rock?
19   A.    I did.
20   Q.    I asked you about whether you had the type of
21   checklist that Fanning-Howey used for educational
22   assessment. Did you have any kind of checklist for any
23   purpose in your notebook that you brought with you to
24   Little Rock?
25   A.    No, I did not.

7 (Pages 25 to 28)

Teresa B. Henry

Page 29

1    Q.    Is there any writing that reflects, during
2    your preparation period, what you were looking for when
3    you came to Little Rock?
4    A.    No.  Not in terms of what I was looking for.
5    It was just background information  provided to me
6    so I would have that background information.
7    Q.    Okay.  Is there anything else that you thought
8    should be done to complete your work at the level you
9    thought it ought to be done that, for any reason,
10   budget or otherwise, was not done?
11   A.    No.  This was -- what I did was very similar
12   to what I had done for the Bolivar County case and the
13   Cleveland School District.
14   Q.    Did you make any notable change for this case
15   from the procedure you followed in Bolivar County?
16   A.    That's a great question.  No.  No.  The
17   procedure was about the same.
18   Q.    Have you requested any additional information
19   in this case, whether or not you received it?
20   A.    I have not.
21   Q.    Did you rely on anything other than what is
22   described in your report?
23   A.    No.
24   Q.    Are you aware that there was an injunction
25   hearing in this case?

Page 30

1    A.    No.
2    Q.    Have you ever spoken with a former LRSD
3    employee named Karen DeJarnette?
4    A.    No.  That name is unfamiliar to me.  Little
5    Rock School District.  No.
6    Q.    Did you -- have you spoken with anyone from
7    the Little Rock School District concerning your work in
8    this case?
9    A.    No, not concerning my work.  The -- of course,
10   the attorney for the Little Rock School District
11   visited those schools with us so I certainly spoke to
12   him.  Eric.
13   Q.    Right.  Eric Walker.
14   A.    Yes.
15   Q.    Did you get any information from anyone at
16   LRSD that influenced your report in any way?
17   A.    Do you mean other than, let's say, the school
18   plans or the background information that LRSD provided
19   me?
20           BY MR. HELLER:  Can we go
21           off the record for one second?
22   A.    Sure.
23
24           [Discussion off the record
25           9:18 a.m. to 9:25 a.m.]

Page 31

1    CONTINUING BY MR. HELLER:
2    Q.    Professor Poros, one more question, I think,
3    about your spreadsheet.
4    A.    Sure.
5    Q.    What is the difference between Facilities
6    Condition Index and the facilities condition scores you
7    said you looked at that range between 3 point something
8    and 5?
9    A.    So, according to Fanning-Howey,  they
10   basically took this -- this index and they turned it
11   into this 1 to 5 scoring, so that the index -- this is
12   according to them, is about, you know, kind of how much
13   needs -- the greater kind of needs in terms of the --
14   of the school.  So, you can see that the index has
15   higher numbers and goes to lower numbers.  So, it kind
16   of has to do with the greater kind of needs in terms of
17   the -- in terms of the -- I'm going to try to be
18   exact -- in terms of the physical condition of the
19   school.  Then, what they did -- so, this is both of
20   their kind of scoring, they turned that into 1 to 5.
21        So, I guess I could have sorted it on either
22   one of those but it seemed easier to sort it in terms
23   of the score that they created.
24   Q.    So, would the sorting have resulted  in a
25   different order if you used the index rather than the

Page 32

1    summary?
2    A.    I don't believe so, although I'm looking at
3    this Bale, and they have a 4 percent and then they have
4    it scored as a 3.4.  Maybe that's a mistake on my part
5    in the inputting, so I will have to look at that.
6    Q.    Is it your understanding that the numbers that
7    you used are simply mathematical conversions from the
8    Facilities Condition Index?
9    A.    Yeah.  That's the way I understand it.
10   Q.    Do you know what formula was used for that
11   conversion?
12   A.    I don't.  I would have to look at the Fanning-
13   Howey report.  Again, it's their numbers.
14   Q.    Okay.  If --
15   A.    Oh, wait.  I'm sorry.  Let me backtrack.  I
16   think I remember that is also the index -- and that's
17   why that 4 percent is there, takes into account also--
18   Q.    Yeah.
19   A.    No, I would need to look at the report.  I
20   would need to look at the report again.
21   Q.    Okay.
22   A.    Again, I just used this as a way to get myself
23   into the district.  I didn't rely on it.
24   Q.    Let me ask you this.  I think there's plenty
25   of math and statistics involved in architecture so let

8  (Pages 29 to 32)

Page 33

1    me take a stab at this.
2    A.    Sure.
3    Q.    If the conversion --
4    A.    Um-hmm. [indicating affirmative]
5    Q.    -- from the Facilities Condition Index --
6    A.    Um-hmm. [indicating affirmative]
7    Q.    -- to Facilities Condition Summary would
8    result in a different rank order, would that indicate
9    that something other is at play for a mathematical
10   formula for conversion?
11   A.    I guess it would.
12   Q.    Do you expect to testify as an expert in this
13   case?
14   A.    Yes, I do.
15   Q.    In what field?
16   A.    In architecture and educational planning and
17   design.
18   Q.    Have you discussed this case with any other
19   experts?
20   A.    No, I have not.
21   Q.    Are you working with anyone on this case?
22   A.    No, I am not working with anyone else.
23   Q.    Are architecture and educational planning and
24   design two separate fields of expertise?
25   A.    Architecture -- well, yes.  So, if I think

Page 34

1    about it in terms of architecture, I'm looking at
2    building additions, so, you know, again, we were
3    talking about the conditions of floors, ceilings,
4    walls, other architectural elements of the building
5    and educational planning and design.  We're looking at
6    issues of educational adequacy.  So, they are the
7    particular furnishings, they are the particular sort of
8    layout in terms of the room there in order for certain
9    teaching objectives to occur.
10   Q.    Are there experts in educational planning and
11   design who are not architects?
12   A.    Oh, there may be.  I don't know.  That's
13   probably the best answer, I don't know.
14   Q.    Are there architects who don't know anything
15   about educational planning and design?
16   A.    Certainly.
17   Q.    So, how did you develop your expertise in
18   educational planning and design?
19   A.    As assistant director and director of the
20   Education Design Institute.
21   Q.    So, would that be sort of on-the-job training?
22   A.    Sure.
23   Q.    But --
24   A.    And research.  Remember, we do research here.
25   Q.    Is there anything in your education, your

Page 35

1    formal education that covers educational planning and
2    design?
3    A.    No.
4    Q.    Would you consider your work in any or all of
5    Bolivar County, Meridian or Laurel to have been
6    educational planning and design?
7    A.    Yes.
8    Q.    All of them?
9    A.    Oh, good question.  Really, Meridian and
10   Laurel, a sort of planning and design and then in terms
11   of making proposals, right, for the facilities.  And in
12   Bolivar County, really, analysis.
13   Q.    Do you know any other experts in educational
14   planning and design?
15   A.    Oh, right now do I -- is there someone I talk
16   to or anything like that?
17   Q.    Anybody you have even heard of who is an
18   expert in educational planning and design.
19   A.    Sure.  My former colleague, Jeff Lackney, who,
20   unfortunately, is deceased.
21   Q.    Anybody besides Mr. Lackney?
22   A.    Yeah.  I mean,  -- yes, but I can't -- I can't
23   recall all the names now.
24   Q.    Is there a journal of educational planning and
25   design?

Page 36

1    A.    So, the CEFPI, the Council of Education
2    Facility Planners International is the main
3    organization for educational facility design.
4    Q.    Okay.  Do they publish a journal?
5    A.    They used to.  I would have to look again and
6    see if they are still -- I believe they still are.
7    Q.    Have you written for that journal?
8    A.    No, I have not written an article for that.
9    Q.    Have you written any peer reviewed article for
10   any of the educational planning and design --
11   A.    No.  No.  No peer reviewed articles.
12   Q.    Have you written any articles?
13   A.    Yes.  I've written -- I've got a great book
14   chapter on the work of Marcel Breuer.  I've got several
15   other journal publications that are in my CV.
16          Let me also say that I presented at
17   conferences for CEFPI and that's in my description of
18   qualifications.
19   Q.    Are there any accepted standards in the field
20   of educational planning and design that you  used in
21   your assessments of physical condition of educational
22   adequacy in this case?
23   A.    Not exclusive, no.
24   Q.    Why visit, quote, selected schools, close
25   quote, based on which ones had the most and the fewest

Teresa B. Henry

Page 37

1  white students?
2  A.    You will have to ask the Walker art firm --
3  that would be interesting to have an art firm -- the
4  Walker law firm about that.
5  Q.    There is a Walker --
6  A.    Art, the museum, which is an incredible place.
7  Yeah.
8  Q.    Are you aware of that particular methodology,
9  assessing schools based on white population, that's
10  been used by anyone else anywhere?
11  A.    I'm not aware of it.  I mean, we're not -- I
12  don't think the idea was to assess schools.  I think
13  that's maybe a --
14  Q.    Well, we're --
15  A.    -- problem in language to say that we are
16  assessing schools based on that.
17  Q.    Okay.  Let me ask it this way.  Are you aware
18  of anyone else anywhere who has ever selected schools
19  for assessment based on the white -- the percentage of
20  white student population?
21  A.    I haven't -- I have not personally encountered
22  that.
23  Q.    What is your understanding of the reason for
24  doing it that way?
25  A.    My understanding is that the Walker law firm

Page 38

1  wanted to see whether there were racial disparities
2  within the District.
3  Q.    Did they ask you to make that determination?
4  A.    No.
5  Q.    Did you make that determination?
6  A.    No.  That's not my expertise.
7  Q.    So, is it fair to say, then, that the
8  methodology you used was devised at least in part by
9  the Walker law firm?
10  A.    No.
11  Q.    Why not?
12  A.    Because I used the methodology that I had used
13  in the past to assess the school conditions.
14  Q.    Okay.  Isn't it fair to say that you did not
15  in Bolivar County or Laurel or Meridian select schools
16  to look at based on the racial composition of the
17  student body?
18  A.    Oh, yeah, that's correct.
19  Q.    Are you aware of any presentation or
20  publication in the field of educational planning and
21  design --
22  A.    Uh-huh.  [indicating affirmative]
23  Q.    -- that would suggest the process of selecting
24  schools for assessment based on racial composition of
25  student population?

Page 39

1  A.    I'm not aware of that.
2  Q.    What is the Little Rock School District's
3  student assignment plan?
4  A.    You know, I don't know what their student
5  assignment plan is.  That's not my expertise.
6  Q.    Does it matter?
7  A.    If I am solely looking at school condition,
8  then it doesn't matter.
9  Q.    Do you know whether or not there are more LRSD
10  schools at every level, elementary, middle and high
11  school, in African American or Hispanic neighborhoods
12  than in majority white neighborhoods?
13  A.    I don't know that.  I don't have that
14  statistic.
15  Q.    You visited the Pinnacle View Middle School?
16  A.    I did.
17  Q.    Maybe it's fair to call it a partial middle
18  school.  At the time you visited it was serving only
19  sixth grade students, correct?
20  A.    That's correct.
21  Q.    Okay.  In fact, as I recall, --
22  A.    Uh-huh.  [indicating affirmative]
23  Q.    -- the fact that it was only serving sixth
24  grade students at the time limited your ability to say
25  much about it.

Page 40

1  A.    I could talk about the -- I could talk about
2  the temporary facility and the conditions of that, you
3  know, temporary facility and obviously next year
4  they're going to have a new facility next door.  Yeah.
5  Q.    But you could not make an assessment of
6  educational adequacy, correct?
7  A.    Well, I could make an assessment of adequacy
8  of that temporary facility.  Sure.
9  Q.    Okay.
10  A.    Now, when they move next door, that's a whole
11  different thing.
12  Q.    When you use the term pedagogical adequacy in
13  your report, does it mean the same thing as educational
14  adequacy?
15  A.    Yeah.  Yeah.
16  Q.    I'm looking at your Summary of School
17  Facilities at page 71 of your report.
18  A.    Okay.
19  Q.    I don't see anything about educational
20  adequacy at Pinnacle View but you do say, quote, When
21  the new Pinnacle View is completed, an assessment of
22  pedagogical adequacy can be made.
23  A.    Yeah.  For that new school.
24  Q.    Okay.
25  A.    So, I'm just trying to say that this is a

10  (Pages 37 to 40)

Teresa B. Henry

Page 41

1  temporary facility in that they have a new facility
2  next door.  I don't have any information on the new
3  facility.
4  Q.     So, why would you go to a temporary facility
5  with only one grade when there is a fully operating
6  middle school with almost the same white population as
7  Pinnacle, --
8  A.     You're going to have to --
9  Q.     -- that being Pulaski Heights?
10 A.     You're going to have to ask the Walker firm
11 about that.  I didn't make that determination.
12 Q.     Is there an ideal school size at each level of
13 education: elementary, middle and high school?
14 A.     There are, according to the research.  There
15 are ideal sizes for elementary, middle and high
16 schools.
17 Q.     Are those the same across the country or are
18 there variables that cause the ideal size in a
19 particular school district to be different from another
20 one?
21 A.     So, those are just really general guidelines
22 and if all -- it would also depend on the curriculum of
23 the school, what they are trying to teach, who they are
24 trying to teach.  So, it's -- it's going to be
25 different but there are some kind of general

Page 42

1  guidelines.
2  Q.     Could you tell me what those are at each
3  level?
4  A.     I wish I remembered them.  They are in the
5  Mississippi School Design Guidelines.
6  Q.     Do you know whether they are also in the
7  Arkansas School Design Guidelines?
8  A.     I believe so but I need to look at that again.
9  Q.     What are the factors that would make a
10 particular school size ideal in any particular
11 educational level?
12 A.     So, it has to do with the -- it has to do with
13 the kind of school community, in a sense, in that how
14 many people that, let's say, a principal might know or
15 a teacher -- the number of students a teacher might
16 know.  So, it kind of has to do with those kinds of
17 sociological ideas about group size.
18        So, what you're -- what you're trying to do --
19 here may be a colloquial way to think about it is that
20 if you are a vice principal, you want to be able to
21 know the names of all the kids that are -- that you are
22 vice principal of.  So, that may be like, you know, 100
23 kids, something like that.
24        So, it has to do with sort of these kind of
25 social groupings that we have in the schools in trying

Page 43

1  to maintain that connection to the students.
2  Q.     Are there any efficiencies associated with
3  certain ideal school sizes?
4  A.     So, there are efficiencies with larger
5  schools.  There is no question about that.  In larger
6  schools there are efficiencies with that.  But it is
7  possible to have what is a concept of the schools
8  within schools that you would have a smaller group
9  within, by grade, by -- there are a number of ways to
10 do it within a larger facility.
11        So, there are ways to get the efficiency but
12 still have that smaller size that kids know their
13 teachers really well, their principals really well,
14 that sort of thing.
15 Q.     Are there also increased opportunities for
16 students to have more diverse courses, more
17 extracurricular opportunities and things like that at a
18 certain ideal school size?
19 A.     Yes.  In larger schools there are -- again,
20 there are certain efficiencies and then you can get
21 more opportunities.
22 Q.     I'm curious about what  may be the
23 intersection of your work with the Carl Small Town
24 Center in your work, maybe at Laurel and Meridian,
25 concerning where schools should be located within a

Page 44

1  community.
2  A.     Um-hmm. [indicating affirmative]
3  Q.     So, one of the things that we promote in the
4  should be determined?
5  A.     So, one of the things that we promote in the
6  Mississippi School Design Guidelines, well,
7  particularly for elementary schools, so the lower grade
8  schools, is the idea of neighborhood schools.  We, in
9  fact, have a whole section on neighborhood schools.
10        So, we like to -- we like to see that,
11 particularly in the elementary grades, for those kind
12 of reasons of community and those -- and the -- sort of
13 these kind of sociological reasons that, you know,
14 people see the school as a place to gather and that it
15 symbolizes, in many ways, our community, so,
16 particularly for those kind of lower grades, so you
17 will see that in the Mississippi School Design
18 Guidelines.
19 Q.     Okay.  Are there any guidelines or do you have
20 any thought about where schools should be located
21 within the community if they are neighborhood schools?
22 A.     Well, I mean, I think -- let me just take a
23 minute here because that's a -- I think it's a tricky
24 issue where you place a school.  It has, you know, a
25 lot of variables to it.

11 (Pages 41 to 44)

Teresa B. Henry

Page 45

1    We like to see schools that are part of, you
2  know, the -- and especially in small towns where they
3  are kind of traditional downtown area, but, you know,
4  that's not always possible.  You know, it has to do
5  with where -- I don't know if you all have Section 16
6  land in Arkansas?
7  Q.    We had at one point.
8  A.    You did -- so y'all don't have that anymore?
9  Q.    I just haven't read about it in a long time.
10  A.    Okay.
11  Q.    There was a statute about how you use Section
12  16 land.
13  A.    Yeah.  So, you know, for a lot of -- in
14  Mississippi, let's say, where school districts have
15  their Section 16 land, you know, all these sort of
16  variables.  There are a lot of variables to where you
17  put up a school.
18  Q.    Do you know why Pinnacle View was built?
19  A.    I don't.  Now, do you mean the new Pinnacle
20  View?  The one next to the facility that I looked at?
21  Q.    Well, maybe built isn't the right word but --
22  A.    Why it was placed there in the office park?
23  Q.    Why somebody decided to put a school in that
24  location?
25  A.    I have no idea.

Page 46

1  Q.    Okay.
2  A.    I have no idea.
3  Q.    What's the approximate general population of
4  Meridian, Mississippi?
5  A.    Right now Meridian is somewhere about 30,000
6  people, something like that.
7  Q.    And how many people in Laurel?
8  A.    Laurel's a bunch smaller.  Laurel is about 15.
9  Q.    Okay.  Have you ever addressed questions of
10  educational design --
11  A.    Um-hmm. [indicating affirmative]
12  Q.    -- in places as large as Little Rock?
13  A.    Yeah, in Jackson, Mississippi.
14  Q.    What did you do there?
15  A.    So, in Jackson, Mississippi, and it's in my
16  report, --
17  Q.    Right.  It's in the middle of page --
18  A.    Sure.  Yeah.  So, in Jackson, Mississippi, we
19  were asked to facilitate a planning process for two new
20  elementary schools that were going to use -- that used
21  Montessori pedagogy.
22        So, we brought together teachers and parents
23  and administrators from the school district as well as
24  teachers from the local Montessori school to begin to
25  understand how spaces and how the design of the school

Page 47

1  needed to be different in order to facilitate
2  Montessori.  So, it was two new public Montessori
3  schools.
4  Q.    Was the determination made before you got
5  involved that both of these schools would be Montessori
6  schools?
7  A.    Yes.  Yes.
8  Q.    Was the location of the school determined
9  before you got involved?
10  A.    Yeah.  It was predetermined.
11  Q.    Okay.  So, is it fair to say that your role
12  was in explaining, facilitating, determining how to
13  create space to employ the Montessori method?
14  A.    Yeah.  Yeah.  So, we helped community members
15  and teachers to visualize, you know, how that space
16  would be used and what spaces they would need and how
17  to organize it.  Help them to organize it.
18  Q.    Should there be a relationship between where
19  people live and where schools are built?
20  A.    You know, there -- there can be and, again, it
21  depends on, you know, the role of the school in the
22  city.  Like I said, for these kind of lower grades, the
23  elementary schools, you know, one of the things that we
24  talked about is neighborhood schools.
25        But sometimes, like you're alluding to, with

Page 48

1  these larger schools, there has to be more, kind of
2  consolidation, more efficiency and that sort of thing.
3  But we do like to see those things in schools.
4  Q.    Well, when you use the phrase what I alluded
5  to, do you mean when I'm talking about ideal school
6  size?
7  A.    Oh, no.  No.  When you were talking about --
8  you were talking about efficiencies in schools and
9  having bigger schools to gain certain efficiencies.
10  Q.    Well, my question was whether there are
11  certain efficiencies that are gained by having schools
12  of an idea size.  Is that part of what makes a certain
13  size ideal?
14  A.    No.  No.  The efficiency -- I mean, the --
15  what makes it ideal is those human relationships,
16  having the size right so that, you know, those
17  relationships exist.
18        Now, the efficiencies, that's, I think,
19  another issue, and you can get to those efficiencies by
20  doing the schools within schools, all those kinds of
21  strategies.
22  Q.    Does it make sense to build schools in parts
23  of the city where population is growing rather than
24  declining?
25  A.    Sure.  It could.

12  (Pages 45 to 48)

Teresa B. Henry

Page 49

1    Q.    Well, when you say it could, what's your --
2    A.    **Again, you --**
3    Q.    What situation would that not make sense?
4    A.    **Well, I mean, it would make sense if you were**
5    **trying to have a neighborhood school and that was the**
6    **goal of that school, to kind of anchor that**
7    **neighborhood.**
8          **I mean, you can't make these decisions in**
9    **absentia of a community and a place.**
10   Q.    Do you know anything about Little Rock, for
11   example, in terms of which parts of the city are
12   growing in population and which parts are not?
13   A.    **Just really vaguely, the southwest is -- you**
14   **know, just from my visit.  I have heard that the**
15   **southwest part of the city is growing?**
16   Q.    Where did you hear that?
17   A.    **From the attorneys, at the Walker.**
18   Q.    Were you aware that the area around the
19   Pinnacle View is one of the fastest growing parts of
20   the city?
21   A.    **I -- you know, I don't know Little Rock so I**
22   **didn't know that.**
23   Q.    Are you aware of enrollment trends in any of
24   the LRSD schools?
25   A.    **No.**

Page 50

1    Q.    Did the districts you worked with in Laurel--
2    A.    **Um-hmm. [indicating affirmative]**
3    Q.    -- Jackson --
4    A.    **Um-hmm. [indicating affirmative]**
5    Q.    -- Meridian, Bolivar County, --
6    A.    **Um-hmm. [indicating affirmative]**
7    Q.    -- did budget limitations affect what you were
8    able to recommend or determine in any way?
9    A.    **No.  Of course not for Bolivar because that**
10   **was really just an analysis.  For Meridian and for**
11   **Laurel, no, in that we came up with some scenarios for**
12   **the school district to look at in terms of bond issue.**
13   **So, we basically came up with some scenarios you could**
14   **fix the school or build a new school or so on and so**
15   **forth and then the school district looked at those**
16   **scenarios and decided, Okay, this is way we want to go.**
17   Q.    Do you have an idea how much it would cost in
18   the Little Rock School District to do the things you
19   suggest in your report ought to be done?
20   A.    **No.  I haven't looked at that.**
21   Q.    Are you aware that LRSD is seeking to extend
22   debt service payments to create a significant fund for
23   capital improvements?
24   A.    **No.  I wasn't aware of that.**
25   Q.    So, I suppose that means that you are not

Page 51

1    aware of the list of things LRSD is prepared to do
2    should that effort be successful?
3    A.    **No, unless that's connected to what the**
4    **Fanning-Howey report is proposing.**
5    Q.    Do you recall what the total price tag on the
6    Fanning-Howey recommendations are?
7    A.    **I didn't -- it was large but I can't remember.**
8    Q.    It's hundreds of millions of dollars.
9    A.    **Right.  I don't remember an exact figure.**
10   Q.    Are there -- let's get back to the field of
11   education planning and design.
12   A.    **Uh-huh. [indicating affirmative]**
13   Q.    Let's say we're trying to plan and design
14   schools --
15   A.    **Um-hmm. [indicating affirmative]**
16   Q.    -- in a time of decreasing funds.
17   A.    **Yeah.**
18   Q.    And we're trying to decide which schools could
19   possibly be closed and which ones could be useful or
20   renovated.
21   A.    **Um-hmm. [indicating affirmative]**
22   Q.    What sort of factors should be taken into
23   account in that process?
24   A.    **Well, certainly the school condition, so the**
25   **physical condition of the school.  Certainly whether**

Page 52

1    **that school is providing that particular population or**
2    **program that's going to the school with the right sort**
3    **of spaces for the kind of teaching that they do, the**
4    **kind of learning that they do.**
5          **The community itself.  Is that school an**
6    **anchor to that community?  Will it greatly affect that**
7    **community if, say, that school is closed down, is a**
8    **really important issue.**
9    Q.    Anything else?
10   A.    **Those are the big issues to me.**
11   Q.    What about the availability of other nearby
12   satisfactory options?
13   A.    **Sure.  Sure.  So, if there are some nearby**
14   **schools, that's something that has to be looked at.**
15   Q.    Minimizing transportation time?
16   A.    **Yes.  Something that could be looked at.**
17   Q.    What about diversity?  Is there any ideal
18   racial composition, either in -- for a school either in
19   the abstract or in relation to the racial composition
20   of a community?
21   A.    **I don't do that kind of research.  It's not my**
22   **expertise.**
23   Q.    In a multiracial community would the location
24   of students of different races be a factor in
25   determining where to locate a school?

13 (Pages 49 to 52)

Teresa B. Henry

Page 53

1  A.      It might be.  Again, that's not my expertise.
2  Q.      In your work in both community development and
3  in school design, --
4  A.      Um-hmm. [indicating affirmative]
5  Q.      -- have you determined a connection or
6  relationship between the general health of a community
7  and the health of the public schools in the community?
8  A.      Oh, sure.  I mean, the health of the public
9  school and the quality of the public school has an
10  enormous effect on the, you know, the general health
11  and economical being of the community.
12  Q.      Positive, I presume?
13  A.      Well, the better the school, then, yeah.  If
14  you have a community with really poor schools, then it
15  has a negative effect economically, socially and
16  communities.
17  Q.      Is it bad for a community to have public
18  schools that large segments of the population decline
19  to attend?
20  A.      I mean, that would be a personal observation
21  or opinion on my part.  I mean, you know, in terms of
22  the research, I don't know what the research is there.
23  Q.      When you say that poor public schools are bad
24  for a community, what do you mean by poor public
25  schools?

Page 54

1  A.      So, under performing schools in terms of that
2  state's assessments.  I'm not sure what the assessment
3  system is in Arkansas.  We have a graded assessment
4  system here in Mississippi.  Schools are assessed A to
5  F.  So, schools that are failing schools or D schools,
6  have an effect on the community in terms of  the, you
7  know, the real estate and prices of real estate with
8  economic development of those communities,
9  opportunities for economic development, all those sort
10  of things.  And that's my -- that really comes from my
11  observations as the director of Carl Small Town Center
12  and working in communities across the State of
13  Mississippi.
14  Q.      So you think public schools are a leading or
15  trailing indicator of community health?
16  A.      They are a leading indicator.
17  Q.      I apologize, Professor, if I've asked you this
18  already.
19  A.      That's all right.
20  Q.      What do you know about the curriculum  in the
21  education activities in each of the schools you
22  visited?
23  A.      Only -- the only thing I know about them is
24  from talking to the principals and assistant principals
25  and the people who led us around.  So, in each one of

Page 55

1  those schools, when we went around, there was  usually
2  an administrator that would lead us around, so I could
3  ask those people, kind of, questions about their
4  curriculum.
5  Q.      Did you do that at each school?
6  A.      I tried to.
7  Q.      Did you review any documents that informed you
8  about the curriculum and educational activities in each
9  school?
10  A.      No.  I would look at the school websites.  So
11  the school district has a website for each one of the
12  schools and it talks about the activities at the
13  school.
14  Q.      Are you talking about the one-page
15  descriptions of each school on the website?
16  A.      Yeah.  The descriptions of the school.  Yes.
17  Q.      Are there any standards in the field of
18  educational planning and design --
19  A.      Um-hmm. [indicating affirmative]
20  Q.      -- that would tell you what you need to know
21  about what goes on in a school in order to determine
22  educational adequacy?
23  A.      Standards, I think is maybe too strong a term.
24  I think there are certainly guidelines.  So, as an
25  example, our Mississippi School Design Guidelines

Page 56

1  certainly talk about the different curricula in a
2  school, you know, laboratory or different kinds of
3  learning and sort of the standards or the guidelines
4  for those learning activities.   Sure,
5  Q.      So, did you use -- well, tell me if you used
6  any Arkansas standards.
7  A.      Yes.  The -- I looked at the -- sorry.  I need
8  to remember the exact name -- the Arkansas School
9  Facilities Manual.
10  Q.      Does your report compare your findings at each
11  particular school with some particular requirement or
12  guideline in the Arkansas Facilities Manual?
13  A.      Not point by point.  If you look at the
14  Arkansas School Facilities Manual it says you need to
15  have, you know, a pencil sharpener, you have to have
16  certain exact pieces of equipment in each classroom, so
17  I didn't go there and say, okay, there's the pencil
18  sharpener, there's the, you know, that sort of thing.
19  Q.      But I think you have testified you didn't have
20  any kind of checklist when you went to --
21  A.      That's right.
22  Q.      -- the schools, right?
23  A.      That's correct.
24  Q.      Including the, whatever standards exist in
25  Arkansas for educational --

14 (Pages 53 to 56)

Teresa B. Henry

Page 57

```
 1    A.    That's right.
 2    Q.    Okay.  So, does your report anywhere
 3   explicitly compare some requirement or guidelines in
 4   the Arkansas Facilities Manual with your findings in a
 5   particular school?
 6    A.    I would need to look at it again.  I think
 7   that I did reference it somewhere but I can't remember
 8   the exact place.
 9                 BY MS. STEWART:  Excuse
10            me.  Would it be convenient to
11            take a break:
12                 BY MR. HELLER:
13            Certainly.  Highly convenient.
14    A.    That would be great.
15
16            [Discussion off the record
17            10:14 a.m. to 10:27 a.m.]
18
19   CONTINUING BY MR. HELLER:
20    Q.    Could you approximate how much time you spent
21   on average in each of the 14 schools you visited?
22    A.    Yeah.  About an hour.
23    Q.    Was the scope of your inspection about the
24   same at each school or were there differences?
25    A.    Just about.  So, each school -- and you can
```

Page 58

```
 1   see it in the report, that I have it categorized in
 2   different pieces of the school, so corridors,
 3   restrooms, classrooms, et cetera, that sort of the
 4   thing.  So I tried to see all of those categories or
 5   see a representative.  So, let's say with the
 6   classrooms, I tried to see a representative of each of
 7   the grades in the classroom.  I tried to see all of the
 8   specialty classrooms they had in each school.
 9   Corridors, obviously.  Exterior as much as I could.
10   Restrooms, as many representative restrooms as I could.
11    Q.    Would you define specialty classes?
12    A.    So, specialty classes are things like science
13   labs, art rooms, music rooms, choral rooms, that sort
14   of thing.
15    Q.    Did you make any assessment of any mechanical
16   or electrical systems?
17    A.    Only to the extent that I could see something
18   not working.  In Stephens, the assistant principal
19   pointed out a mechanical box, a VAB box, variable air
20   volume box, that wasn't working, which I have a picture
21   of in the report.  Wilson, there were a number of
22   electrical boxes and mechanical that was around but,
23   no, to -- I did not try to make an overall assessment
24   of whether a HVAC and those sort of things were working
25   in the school.
```

Page 59

```
 1    Q.    The roof systems, did you --
 2    A.    No, I didn't get a chance.  I did get a chance
 3   to talk to the head of maintenance from the school
 4   district and ask him whether there was a roof
 5   maintenance plan and he indicated that there was.
 6    Q.    You are aware that there is -- there are
 7   asbestos tiles in some of the schools?
 8    A.    Yes.  Yes.
 9    Q.    Are you aware that there is a plan at any
10   school at which there is any asbestos containing
11   substance --
12    A.    Um-hmm. [indicating affirmative]
13    Q.    -- to deal with that?
14    A.    No, I didn't -- I didn't know that there was
15   any kind of plan.  I just noted that there was asbestos
16   and particularly where there was asbestos that was
17   flaking or worn and that's really where the problem is.
18    Q.    Do you know whether Federal law requires any
19   particular documents at a school that has any asbestos
20   containing material?
21    A.    Oh, Federal law.  You know, I don't know the
22   answer to that.
23    Q.    So, you didn't review any asbestos management
24   plans at the Little Rock School District?
25    A.    I did not, no.
```

Page 60

```
 1    Q.    What are TEM air samples?
 2    A.    I'm sorry?
 3    Q.    Do you know what TEM air samples are?
 4    A.    TEM air samples.  No, I don't.
 5    Q.    Do you know how one would test for friable
 6   asbestos in a school?
 7    A.    No, I don't know the exact testing
 8   requirements for friable asbestos.
 9    Q.    Let's get back to maintenance for a second.
10    A.    Sure.
11    Q.    Is there part of the field of architecture
12   that covers maintenance of structures?
13    A.    So, that's a really new field in a sense that
14   architects have just began -- beginning to get into --
15   certainly for -- there's building construction science
16   maintenance is a field of study.
17    Q.    So, when you were earning your architecture
18   degrees, was there -- did that involve this new study
19   of maintenance?
20    A.    No.  No, not when I was earning my degree.
21    Q.    How new is it?
22    A.    You know, I think, really past -- I don't
23   know.  Remember, I earned my degree a very long time
24   ago.  So maybe in the past 20 years you begin to see
25   much more work on maintenance.
```

15 (Pages 57 to 60)

Teresa B. Henry

Page 61

1  Q.    With respect to your work as an expert in
2  architecture, --
3  A.    Um-hmm. [indicating affirmative]
4  Q.    -- have you published anything about -- in the
5  field of maintenance?
6  A.    So, in the Mississippi School Design
7  Guidelines we talk about maintenance.
8  Q.    Sure. Have you published any peer reviewed
9  articles in the field of architecture concerning
10 maintenance?
11 A.    No. Uh-uh. [indicating negative]
12 Q.    Have you taught any courses concerning
13 maintenance?
14 A.    No.
15 Q.    What is the extent to which maintenance is
16 addressed in the Mississippi guidelines?
17 A.    Well, we have a couple of chapters on
18 maintenance. We talk -- we talk about establishing a
19 routine maintenance. So, like I talked about with your
20 school facilities person having a roof replacement plan
21 or a roof service plan so that there is a  -- so that
22 there is a plan to kind of save -- to have money to be
23 able to replace roofs as they're -- as they reach the
24 end of their lives, that kind of thing.
25        So, kind of planning for maintenance is

Page 62

1  something we talk about in the school design
2  guidelines.
3        We talk about cleaning, too. We talk about
4  cleaning for health. So, rather than cleaning
5  restrooms so they look good, what you really are
6  looking for is kind if cleaning so that kids are
7  healthy. So, there are cleaning procedures that we
8  talk about in the Mississippi School Design Guidelines
9  for that.
10 Q.    Do you know whether any LRSD school is out of
11 compliance within the Arkansas requirement concerning
12 maintenance?
13 A.    I do not know.
14 Q.    Were any of the schools you looked at found to
15 be inadequate in your assessment of educational
16 adequacy?
17 A.    In terms of educational adequacy? That's good
18 -- Let me look at my notes here.
19
20        [Pause in proceedings.]
21
22        What I noted in my report is that there are
23 some schools that have facilities that are -- or, let's
24 say, equipment and facilities that are not as well
25 equipped as other schools. So, I talk about on page 72

Page 63

1  Washington and Jefferson and Fulbright not being as
2  well equipped or have the kind of specialty classrooms
3  that Roberts or Stephens have.
4  Q.    Did you determine that any of the 14 schools
5  you looked at were inadequate in terms of educational
6  adequacy?
7  A.    Compared to what standards?
8  Q.    Well, that's a good question.
9  A.    Yeah.
10 Q.    Whether this field has any standards.
11 A.    Well, if I look at it in terms of the
12 guidelines that I developed, I mean, I feel like -- and
13 here's the thing. I would need to really go over my
14 report again and go point by point --
15 Q.    Okay.
16 A.    -- and find those places where there would be
17 inadequacies. I know I've noted them but how --
18 Q.    Well, let's focus on the question you raised,
19 then.
20 A.    Sure.
21 Q.    Is there a standard below which an educational
22 facility can be said to be educationally inadequate?
23 A.    Sure. So, you have standards in Arkansas,
24 right? Arkansas School Facility Guidelines. We have
25 standards here in Mississippi or guidelines in

Page 64

1  Mississippi in terms of what should be educationally
2  adequate.
3  Q.    Well, did determine that any of the 14 schools
4  are inadequate?
5  A.    Again, you are, like, is the whole school
6  inadequate? Are there parts of the school that are
7  inadequate? Yeah. There were certainly places in each
8  of the schools in certain of the schools that were
9  inadequate.
10        I mean, we would have to go through the entire
11 report and talk about each of the --
12 Q.    Right.
13 A.    -- situations.
14 Q.    Okay. I'm with you but I think we are --
15 A.    I mean, your --
16 Q.    -- not talking about the same thing,
17 because--
18 A.    Okay.
19 Q.    -- I think you've made an interesting point
20 about standards.
21 A.    Right.
22 Q.    So, my question about standards is, --
23 A.    Yeah.
24 Q.    -- is there a standard that you can say, a
25 school that falls below this standard --

16 (Pages 61 to 64)

Teresa B. Henry

Page 65

1   A.      Um-hmm. [indicating affirmative]
2   Q.      -- is educationally inadequate?  Kids
3   shouldn't go there.  It's bad.
4   A.      Oh, in terms -- so, certainly you have that in
5   Arkansas with your school facilities -- what's it
6   called?  The Arkansas School Facilities Manual, right?
7   Just in terms of basic equipment.  Just basic equipment
8   in the classroom is basically what that School
9   Facilities Manual talks about for the most part.
10          It doesn't talk about the quality of the
11  classroom, is there natural light in the classroom, so
12  I have some problems with that -- that manual as well,
13  but that's certainly a standard that you all have
14  created, right?
15  Q.      Okay.  So, then, can you say that any of the
16  schools you looked at are inadequate in terms of the
17  standards contained in the Arkansas Facilities Manual?
18  A.      Yeah, I think so, but to -- but when you say -
19  - when you say globally, you know, there are kind of
20  things that the schools -- that some of you could point
21  to a classroom and say, That's fine, but you might
22  point to another place and say, That's not adequate,
23  and that's what the report is trying to ...
24  Q.      Okay.   So, just to be clear, is it fair to
25  say that you haven't determined that any entire school

Page 66

1   is educationally inadequate?
2   A.      Not in an entire -- I mean, not an entire
3   school, right?  I mean, I think it's a mistake to look
4   at it as a global.
5   Q.      Well, I'm just trying to understand the nature
6   of the standards that you are judging the schools by.
7   A.      Okay.
8   Q.      So, is it fair to say, then, that there's
9   really not a global standard?  There is more a --
10  A.      No.
11  Q.      -- comparison among the schools with respect
12  to educational adequacy?
13  A.      And basically I was looking more -- yes.  I'm
14  looking more in a comparison type of way.
15  Q.      Okay.
16  A.      Yeah.  That's -- that's accurate.
17  Q.      In Arkansas, with respect to the statewide
18  effort to improve facilities and for the state to
19  participate in funding that effort, the first priority
20  involves a standard called Warm, Safe and Dry.
21  A.      Um-hmm. [indicating affirmative]
22  Q.      Are you familiar with that?
23  A.      I'm not.
24  Q.      Okay.
25  A.      I am not.

Page 67

1   Q.      I didn't know whether that was common among
2   school facility planners or just something invented in
3   Arkansas.
4   A.      It sounds like y'all have it in Arkansas.
5   Q.      Okay.  Did you see any school that wasn't
6   warm, safe and dry?
7   A.      Certainly -- so, if I understand warm, safe
8   and dry as kind of general terms, certainly Cloverdale
9   was not safe.  McClellan -- warm, safe, dry.  McClellan
10  was not safe and there are some code issues with
11  McClellan.  Let's see.  Warm, safe and dry.
12          And, again, I'm thinking about these in very -
13  - in those very general terms that you are giving to
14  me.  Warm, safe and dry.  You know, again, there are
15  points, there are things at Wilson in terms of the
16  ramps that go from one area to another area that are --
17  that are not up to code, so you might say that those
18  are not safe.
19  Q.      Okay.
20  A.      But then there are things like that in some of
21  the other schools as well in terms of, you know, let's
22  say code issues, which, you know, is a very knowable
23  standard.
24  Q.      What is it that's unsafe about Cloverdale?
25  A.      So, Cloverdale, you have a have a whole wing

Page 68

1   where there is structural cracking.  There is movement
2   structurally.
3   Q.      Okay.
4   A.      As well as the asbestos tile, friable asbestos
5   tile, frame asbestos tile.
6   Q.      Okay.
7   A.      So, there are those issues in Cloverdale.
8   Q.      Did you recommend in Bolivar County the use of
9   the building of the cafeteria with structural problems?
10  A.      No.  Actually I recommended that they demolish
11  that cafeteria and build a new one.
12  Q.      Okay.  So, what about the structural issues at
13  Cloverdale makes the school unsafe?
14  A.      What about the structural issues?  Basically
15  the foundation is moving, the walls are -- have
16  diagonal cracks, which is an indication of structural
17  damage.  So, there could be, in the future, it's slow
18  but there could be in the future some of these walls
19  actually falling down.
20  Q.      Okay.  Do you know whether LRSD had done
21  anything to investigate the nature of these structural
22  issues at Cloverdale?
23  A.      I do not know.
24  Q.      Do you know anything about the nature of the
25  structural issues at Cloverdale other than the fact

17 (Pages 65 to 68)

Teresa B. Henry

Page 69

1  that there are diagonal cracks?
2  **A.     No, that's the only thing that I was able to**
3  **visually note.**
4  Q.     Okay.  What is it that makes McClellan unsafe?
5  **A.     McClellan, there are corridors where there is**
6  **not a one hour separation between the corridor and the**
7  **classroom.  So, in order to have safe fire exit, there**
8  **needs to be a one hour separation or the building needs**
9  **to be automatically sprinkled.**
10  Q.     And there's no sprinkler system at McClellan?
11  **A.     There's no sprinkler system.**
12  Q.     Okay.  So, are you pretty confident that you
13  saw sprinkler systems in each of the schools you
14  visited that had sprinkler systems?
15  **A.     I'm pretty confident and I think I could go**
16  **back to my -- and that's part of the reason for the**
17  **1,000 photographs, to go back and be sure of those**
18  **things.**
19  Q.     Okay.  Can you tell me in general terms what
20  you plan to testify about?
21  **A.     Yeah, sure.  In general terms I plan to**
22  **testify about the conditions that I saw at each of the**
23  **14 schools that I visited.**
24  Q.     Okay.  We are going to mark your report as
25  Deposition Exhibit 1 and we will talk about that for a

Page 70

1  minute.
2  **A.     Sure.**
3
4          [Whereupon the Selected
5          Schools Existing Conditions
6          Report was marked as Exhibit 1
7          to the deposition of John
8          Poros.]
9
10  Q.     You see on page 2 that you've testified as an
11  expert in the Cowan case in Bolivar County.
12  **A.     Um-hmm. [indicating affirmative]**
13  Q.     I understand that's correct and -- was there a
14  determination made in that case about what your area of
15  expertise was?
16  **A.     Yeah, I believe so.**
17  Q.     What was it?
18  **A.     It was in architecture and educational**
19  **facilities planning design.**
20  Q.     So, is there any disconnect in attempting to
21  apply whatever standards there are concerning design
22  and construction to exiting school facilities?
23  **A.     Disconnect?  Construction?  No, I don't**
24  **believe so.**
25  Q.     Okay.  One of the subjects you addressed with

Page 71

1  respect to each school is the existence of portable
2  classrooms.
3  **A.     Yeah.**
4  Q.     Is that a good thing or a bad thing, having
5  portable classrooms at a school?
6  **A.     Usually it's not a -- it's not a good thing.**
7  Q.     Okay.  Does the existence of portable
8  buildings affect your assessment of educational
9  adequacy?
10  **A.     Well, it does in that when, you know, there**
11  **are certain activities going on in the portable**
12  **classrooms that the portable classrooms don't really**
13  **work well for like, let's say, a music classroom or**
14  **something like that.  Just the existence of portables,**
15  **I think, is a problem.**
16  Q.     What's the solution?
17  **A.     Well, build new permanent classrooms, find**
18  **ways to change the student population so you don't have**
19  **portables, to move them to other facilities or that**
20  **sort of thing.  So, there are a number of different**
21  **solutions that you might have.**
22  Q.     Okay.  Are you aware that there was a
23  Cloverdale Elementary school on the same campus?
24  **A.     Yes.  I did read that.  That might have been**
25  **on the website.**

Page 72

1  Q.     So, you know that was demolished and that's
2  what you, I think, agree with the people at LRSD should
3  happen to Cloverdale Middle School?
4  **A.     I agreed with LRSD about that, absolutely.**
5  Q.     Do you know about the district's plan to build
6  a southwest Little Rock high school?
7  **A.     I heard of the plan through the attorneys at**
8  **Walker.**
9  Q.     Okay.  What would you have to do to determine
10  whether or not  building a high school is a good idea?
11  **A.     Well, I think you'd have to look and see sort**
12  **of what the student population would be, you know,**
13  **where you are looking for students, the kind of,**
14  **curriculum that you wanted to offer in that school.**
15  **How does that fit within the, you know, curriculum?  Is**
16  **that school designed to be a magnet school?  Is it**
17  **designed to be a neighborhood school?  You know, all**
18  **those kind of pedagogical issues are the first thing to**
19  **look at before, you know, you even think about, you**
20  **know, the building and all those sort of things.  How**
21  **does it fit within the mission of LRSD in terms of**
22  **their, you know, curriculum, their pedagogy, their**
23  **entire mission.**
24  Q.     Okay.  What would the next step be?
25  **A.     Well, then, the next step would be once you**

18  (Pages 69 to 72)

Teresa B. Henry

Page 73

1   knew that, to identify a site.
2   Q.    Okay.
3   A.    You look at other things, too.  You look at
4   school transportation.  There are all those little
5   issues that you've got to look at.
6   Q.    And if building a new southwest LRSD high
7   school provided the opportunity to tear down McClellan
8   except for the gymnasia and the maybe cafeteria, would
9   that be a good thing as well?
10  A.    In my expert opinion it would be a good thing.
11  Q.    Let's -- since you mentioned your expert
12  opinion, let's talk about where that begins and
13  ends --
14  A.    Sure.
15  Q.    -- in your report.
16  A.    Sure.
17  Q.    My predicate for discussion is that I guess
18  one could argue that a lot of what's in this report
19  might be considered to be factual.  So, I mean, do --
20  to what extent in your report in your view are you
21  presenting facts and to what extent are you presenting
22  opinions?
23  A.    Well, I think for the most part I am
24  presenting facts in the report.  I see things.  I point
25  them out.  If there are code issues or ADA issues or

Page 74

1   other issues that I see, I try to point them out.
2         In the conclusion I try to, you know, be a
3   little more kind of opinionated about how I would place
4   the schools in terms of a rank.
5   Q.    Okay.  When you say the conclusion, we're
6   looking at --
7   A.    Yeah, I'm sorry.
8   Q.    -- the Summary of School Facilities on pages
9   71 to 73 of your report, correct?
10  A.    Yes.
11  Q.    Okay.
12  A.    Yes, that is correct.
13  Q.    Let's talk about that for a minute.  Are there
14  some standards in either of your areas of expertise
15  that I can turn to that support these groupings of
16  schools in your Summary of School Facilities?
17  A.    So, the grouping comes out of all the kind of
18  analysis that came before in trying to summarize that -
19  - that factual part in terms of school condition and
20  code and ADA issues and adequacy issues that I see in
21  each of those schools.
22        So, I'm trying to, then, you know, summarize
23  and to -- which is why it's called a summary --
24  summarize and then try to create a ranking kind of
25  based on those facts.

Page 75

1   Q.    So, is there a recognized procedure or a set
2   of standards either in architecture or in your other
3   area of expertise, school facilities design and
4   construction, that would set out how to group school
5   facilities for this purpose?
6   A.    No.
7   Q.    Okay.  Does it surprise you that the two
8   newest school buildings in the district are in the
9   first group?
10  A.    No.  Absolutely not.
11  Q.    Would you expect that when a southwest high
12  school gets built, that will be the top facility in the
13  district?
14  A.    In all probability it will be one of the top
15  if -- yes.
16  Q.    When you group schools together --
17  A.    Um-hmm. [indicating affirmative]
18  Q.    -- does that mean that you found them to be
19  roughly comparable --
20  A.    Roughly --
21  Q.    -- in terms of their facilities condition and
22  educational adequacy?
23  A.    Yeah.  Roughly comparable and then I talk
24  about in the paragraph beyond that sort of what are the
25  -- what makes them sort of comparable.

Page 76

1   Q.    Okay.  And are the groups listed in a
2   particular order?
3   A.    Oh, in terms of -- no.  No.  Each of the sub
4   groups are not in a particular order.
5   Q.    How did you determine whether or not a
6   particular school had an acceptable level of
7   maintenance?
8   A.    I didn't have -- except for my one
9   conversation with the facilities director I didn't have
10  any information in terms of maintenance.
11  Q.    Okay.  I trust that the facilities director
12  didn't tell you that he was failing to maintain any of
13  the schools, did he?
14  A.    No.  That wasn't what our -- our conversation
15  wasn't about that.
16  Q.    Okay.
17              BY MR. HELLER:  Can we
18        take a five minute break?
19  A.    Sure.
20              BY MR. HELLER:  I'm about
21        to wrap up.
22
23        [Discussion off the record
24        10:58 a.m to 11:08 a.m.]
25

19  (Pages 73 to 76)

Page 77

1   CONTINUING BY MR. HELLER:
2   Q.    Professor Poros, just to be crystal clear --
3   A.    Um-hmm. [indicating affirmative]
4   Q.    -- with respect to your conclusions --
5   A.    Um-hmm. [indicating affirmative]
6   Q.    -- and opinions, you don't have anything to
7   say about whether race or some other improper motive
8   played a role in creating any of the conditions that
9   you observed in your visits to 14 schools, correct?
10  A.    Yeah.  That wasn't my charge --
11  Q.    Okay.
12  A.    -- to look at that.
13  Q.    And, then, there's one other question I want
14  to ask you about the Fanning-Howey report.  They say,
15  on page 224, that the operations and maintenance
16  department does an outstanding job of maintaining the
17  facilities and, quote, the majority of the identified
18  needs are the result of building system components
19  reaching the end of their useful life.
20       Do you have any quarrel with these
21  observations?
22  A.    I wouldn't say outstanding.  I think they are
23  doing the best they can with some facilities that are
24  definitely at the finishes -- that are definitely at
25  the end of their life.

Page 78

1   Q.    Okay.
2             BY MR. HELLER:  For now,
3             that's all I have.  I'm going
4             to let Patrick Hollingsworth
5             from the Arkansas Attorney
6             General's office ask you some
7             questions.
8   A.    Sure.
9
10  EXAMINATION BY MR. HOLLINGSWORTH:
11  Q.    Thanks.  Professor, can you hear me?
12  A.    Yes, I can, Patrick.
13  Q.    Okay.  Excellent.  Thank you.  A couple of
14  quick questions, Professor, about your report.  Mr.
15  Heller asked you about the educational adequacy --
16  A.    Yeah.
17  Q.    -- component of your review.
18  A.    Yeah.
19  Q.    Where, specifically, in each -- let's take
20  Baseline Elementary for example on page 5 of your
21  report.
22  A.    Sure.
23  Q.    Specifically in each one of these individual
24  assessments, where will we find your assessment of
25  educational adequacy?

Page 79

1   A.    So, there will be comments about educational
2   adequacy, so, like, in the classrooms I say, All
3   classrooms are equipped with smartboards, have
4   appropriate furnishings and equipment in good condition
5   for the age group that's being taught.  They have four
6   to five desktop computers in grades K-3, in addition to
7   tablet computers for grades 5 to 6.
8   Q.    Okay.
9   A.    So, that's a -- that's a comment about
10  educational adequacy.
11  Q.    Okay.  I've noticed that the comments, for
12  example, in the classrooms and specialty classrooms,
13  that the categories you commented on are not the same
14  for each school.  Why is that?
15  A.    I think -- I tried my best to comment about
16  each one -- everything as consistently as I could but
17  there were some things that actually rose and other
18  things that fell in terms of the comment area, so there
19  were a lot of things, let's say, about Roberts that,
20  because it was in such new condition, I was less
21  inclined to comment about.
22  Q.    Okay.  Would it be fair for us and for the
23  Court to assume that in the case of any one of these
24  schools you commented upon, --
25  A.    Um-hmm. [indicating affirmative]

Page 80

1   Q.    -- that you have commented on each area that
2   you felt was not adequate?
3   A.    And sometimes I have commented on things that
4   were of great adequacy.  So, if I -- at Roberts I talk
5   about the common areas that they have that link the
6   classrooms together, which is, in terms of educational
7   design, is a kind of state of the art.
8   Q.    And the design is a function, in part, of age,
9   isn't it?
10  A.    Somewhat.
11  Q.    For example, in fifth and sixth grade I
12  attended an open classroom and that was the rage at one
13  time, wasn't it?
14  A.    That's correct.  That's correct.  So, there
15  are certain educational ideas that come in and out.
16  That's very true.
17  Q.    And, so, those older designs might be -- might
18  have been considered adequate at the time but are not
19  considered adequate today?
20  A.    But, think about it, now.  Your open classroom
21  was considered state of the art 30 years ago, right, in
22  the 70s.  No, 40 years ago, I'm sorry, in the 70s.
23  Q.    In the 60s.
24  A.    Well, 60s and into the 70s, truthfully.  But
25  now there are kind of more closed classrooms, which,

Glenn-Henry Reporting - 662-315-2175
teresabh@bellsouth.net

Teresa B. Henry

Page 81

1  like, Forest Heights.  Forest Hills?
2          BY MS. STEWART: Forest
3          Heights.
4  A.      Forest Heights.  I'm sorry.  -- like Forest
5  Heights, right, is seen as the, kind of, standard.  So,
6  that was done -- that building was from the, what, 30s?
7  20s?  30s?  So, you know, it's not necessarily just a
8  function of age.
9  Q.      But what is considered adequate varies from
10  time to time --
11  A.      I certainly --
12  Q.      -- in terms of building design.
13  A.      Absolutely.  Absolutely does.
14  Q.      Okay.  Good.
15  A.      Yeah.
16  Q.      And, then, to get back to my question, which I
17  probably didn't ask very well, if I look, let's say,
18  for example, you talked about Roberts.  If I looked at
19  Roberts Elementary School, --
20  A.      Sure.
21  Q.      -- and I don't see anything that you -- and
22  let's say there's nothing in this that indicates any
23  item that you think is educationally inadequate, can we
24  assume that you found no such thing?
25  A.      Oh, in Roberts I didn't see any educational

Page 82

1  inadequacy.  I mean, I think Roberts --
2  Q.      Okay.
3  A.      -- to me is a model school.
4  Q.      And if we look at Fulbright on page 16, --
5  A.      Right.
6  Q.      -- you say, fourth paragraph on the page, The
7  rooms lack some of the requirements outlined by the
8  Arkansas School Facilities Manual for special education
9  spaces.
10  A.      Yeah.
11  Q.      So, when we look -- so, you made a notation
12  there and when we look at Fulbright, can we assume that
13  your notations of inadequacy here are comprehensive of
14  your observations for that school?
15  A.      When you say comprehensive, what do you mean?
16  Q.      I mean that it includes everything that you
17  observed about that school that you felt was not
18  adequate in terms of educational adequacy.
19  A.      Yeah, of what I observed, that's correct.
20  Q.      Right.  And would that be the case for each
21  school that you reviewed?
22  A.      Of what I observed, yes.  I tried to -- I
23  tried to, whenever I saw something that I felt was
24  inadequate, tried to make a note of that.
25  Q.      Apart from what you read in the Fanning-Howey

Page 83

1  report, do you have any other information about the
2  structural or education adequacy of any of the other
3  schools in the Little Rock School District?
4  A.      Oh, you mean in terms of reports or that sort
5  of thing?
6  Q.      Any information at all that you have other
7  than what you looked at as reflected in your
8  report, --
9  A.      Yes.
10  Q.      -- and what you reviewed in the Fanning-Howey
11  report --
12  A.      Yes.
13  Q.      -- and let's break that down.  One, about the
14  condition of the facilities, --
15  A.      Yeah.
16  Q.      -- and, two, about the educational adequacy of
17  the facilities.
18  A.      No.
19  Q.      Okay.  Did you draw any conclusions from the
20  Fanning-Howey report about the adequacy of the
21  facilities structurally or educationally of any of the
22  other schools in the Little Rock School District?
23  A.      I did not.  I really used the Fanning-Howey
24  report as a jumping off point to assess whether the 14
25  schools that the Walker firm had selected were a --

Page 84

1  were representative of all the different kind of
2  conditions.  So, I just used that as a jumping off
3  point.
4  Q.      Okay.  Thank you, Professor.  That's all the
5  questions I have.
6  A.      Um-hmm. [indicating affirmative]
7          BY MR. HELLER: I don't
8          have any more.
9          BY MS. STEWART:  If we
10          may go off the record just a
11          moment.
12
13          [Discussion off the record.]
14
15          BY MR. HELLER:  All
16          right.  Patrick, are you done?
17          BY MR. HOLLINGSWORTH: I
18          am.
19          BY MR. HELLER:  Okay.
20
21          [Whereupon the deposition was
22          concluded at 11:17 a.m.]
23

21 (Pages 81 to 84)

Teresa B. Henry

Page 85

CERTIFICATE OF COURT REPORTER

I, Teresa B. Henry, Certified Court Reporter
for the State of Mississippi, hereby certify to the
following:

That the foregoing 84 pages, and including
this page, contain a full, true and correct transcript
of the testimony of Professor John Poros as taken by me
at the time and place heretofore stated in the
aforementioned matter and later reduced by me to
typewritten form to the best of my skill and ability;

That the deponent was placed under oath to
truthfully answer all questions in this matter under
the authority vested in me by the State of Mississippi;
and

That I am not in the employ of or related to
any counsel or party in this matter and have no
interest, monetary or otherwise, in the final outcome
of this proceeding;

WITNESS MY SIGNATURE AND SEAL, this, the 13th
day of April, 2017.


TERESA B. HENRY, CSR 1205
( S E A L )
My Commission Expires:
December 16, 2018

Draft Copy

# Little Rock School District
# Selected Schools Existing Conditions Report

Prof. John Poros
Mississippi State University

March 10, 2017

EXHIBIT 19

## Description of Qualifications

Prof. John Poros is an Associate Professor in the School of Architecture at Mississippi State University. He has a Bachelor of Arts from Columbia College in New York City and a Masters of Architecture from the Graduate School of Design at Harvard University in Cambridge, Massachusetts. He has been a licensed architect since 1995 and worked for the internationally recognized architecture firm, Kieran Timberlake in Philadelphia, Pennsylvania from 1990 to 1998. While at Kieran Timberlake, Prof Poros worked on numerous educational projects for secondary and higher education clients such as the West Middle School at the Shipley School in Bryn Mawr, PA, the Welles Activity Center at the Tatnall School in Wilmington, Delaware, Rock Hall at Temple University, and Berkeley College at Yale University.


Prof. Poros was the director of the Educational Design Institute (EDI) from 2002 to 2004. A partnership between the Mississippi State University School of Architecture and College of Education, EDI was funded by the State of Mississippi to "encourage the creation of safe, accessible, flexible, and developmentally-appropriate learning environments…" With EDI, Prof. Poros was responsible for creating an educational facility strategic plan for the Laurel School District. Along with Prof. Jeffrey Lackney, Prof. Poros designed and facilitated a community process for Jackson Public Schools to plan two elementary schools with Montessori pedagogy, McWillie Elementary and Van Winkle Elementary. Prof. Poros' major achievement as director of EDI was to lead the project to write educational facility guidelines for the state of Mississippi. The Mississippi School Design Guidelines, written in conjunction with the Mississippi Department of Education and architects, engineers, superintendents, and teachers, are a complete guide of best practices for educational facility planning, design, maintenance and related issues. The guidelines are written for the use of school boards, superintendents, and architects and available on the Mississippi Department of Education's website. Prof. Poros as part of EDI gave presentations at the International Conference of the Council of Educational Facilities Planners, the Southeastern Chapter of the Council of Educational Facilities Planners International, and the American Society of Heating, Refrigerating and Air Conditioning Engineers Annual Conference.


Prof. Poros was the Director of the Carl Small Town Center from 2008 to 2016, a nationally recognized community design center in the School of Architecture at Mississippi State University. The Carl Small Town Center under Prof. Poros' directorship won awards for its work from the Small Town and Rural Division of the American Planning Association and the Mississippi Chapter of the American Institute of Architects. In November of 2015, Prof. Poros was invited to the White House to present to The White House Convening on Rural Placemaking. Prof. Poros was a juror for the Our Town program of the National Endowment for the Arts in 2011. Prof. Poros has given papers and presentations at the American Planning

Association's National Conference, the Council of Educators in Landscape Architecture, the Association for Community Design Annual Conference, and the Association of Collegiate Schools of Architecture National Conference.

The Center received grants and awards from the Citizen's Institute on Rural Design of the National Endowment for the Arts, the National Cooperative Highway Research Program of the U.S. Transportation Research Board, the Southeastern Transportation Research, Innovation, Development and Education Center funded by the USDOT, and Enterprise Community Partners as well as many state agencies and private foundations.

Prof. Poros has testified as an expert at trial in *Cowan, et al. v. Bolivar County Board of Education, et al.,* No. 2:65-CV-31-DMB, United States District Court for the Northern District of Mississippi (2016).

The work Prof. Poros has done for John W. Walker P.A. has been to assess the physical condition and educational adequacy of selected schools in the Little Rock School District. For this work, Prof. Poros has been compensated $100 an hour plus travel expenses.

## Methods and Procedures

The procedure I followed to assess the physical condition and educational adequacy of selected schools in the Little Rock School District was to examine and analyze previous reports on the district, visit and document the selected schools, and write the report analyzing the selected schools,

I examined the Little Rock School District Facilities Master Plan produced by a team organized by Fanning Howey Architecture and Engineering for the school district in 2014. From that report, I produced a chart showing how the Fanning Howey team ranked the schools in the district based on the criteria that they developed with the school district. The chart was developed as a guide to make sure that I visited schools with a range of physical and educational conditions according to the Fanning Howey rankings.

The schools selected for the visit were chosen based on their white student population percentage.  Four elementary schools were amongst the elementary schools with the highest white student population percentage, while four others were amongst the schools with the lowest white student population percentage.  The same criteria were used to choose the middle schools and high schools; Forest Heights, Pinnacle and Central had highest white populations while Cloverdale, Henderson and McClellan had the lowest.

Based on this list of schools developed by the Walker firm, I visited fourteen schools in the little Rock School District on February 9th and 10th of 2017. I took 1,155 photographs of the schools as I toured, looking for conditions of wear and educational adequacy, as well as building code and ADA issues. The photos are available in digital form and are reference in the report by school building and number.

In writing this report, I used a number of district, state and national information and standards. I was given aerial photographs and plans of each of the school buildings visited by the Little Rock School District. The Arkansas School Facilities Manual was used to understand the state's standards for educational adequacy (http://arkansasfacilities.arkansas.gov/facilities/arkansas-school-facilities-manual-updated). In addition, I referenced the Building Code and Existing Building Code for the City of Little Rock which are based on the 2013 International Building Code (https://www.littlerock.gov/!userfiles/editor/docs/planning/building%20codes/construction%20codes%201%201%2015.pdf).  For accessibility issues, I referenced the American with Disabilities Act Accessibility Guidelines (ADAAG) (https://www.access-board.gov/guidelines-

and-standards/buildings-and-sites/about-the-ada-standards/background/adaag). Finally for general information regarding the district's facilities, I referenced the Little Rock School District Facilities Master Plan produced by Fanning Howey Architecture and Engineering.

# Baseline Elementary School

Baseline Elementary School, a 50,455 square foot facility constructed in 1975, houses Pre-K through 5th grade.[1]

## Exterior

The school has exterior walls with precast concrete panels and was previous an open plan school that was modified in 2013 into individual classrooms[2] (Baseline -2). The exterior walls of the school appear in good condition with no cracking or waterstains from leaks apparent (Baseline-49). The school district's Capital Projects Summary reports that in 2015 exterior wall structural repairs were made.[3] Windows are non-operating with aluminum frames and appear to be in good condition (Baseline-32).

## Corridors

The corridors of Baseline Academy are in good to very good condition (Baseline-3). The older corridors have concrete masonry unit walls, vinyl composition tile floors with vinyl cove base, and acoustical ceiling panels with surface mounted lighting fixtures. (Baseline-11, 18). A small area of the vinyl tile has some wrinkling due to improper adhesion and there is an area where the acoustic ceiling panels are sagging, but finishes are in good shape in this area on the whole (Baseline-20, 57).

In the renovated corridor areas, the materials are drywall partitions with wood wainscoting, vinyl composition tile floors with vinyl cove base and acoustical ceiling panels with recessed lighting fixtures (Baseline-30, 33, 36).  There is some staining of acoustical ceiling panels in the renovated corridor areas, but overall, the condition of the corridors are very good (Baseline-31).

## Restrooms

Restrooms appear original to the building's 1975 construction date with large group hand wash stations at the entrance to the restrooms with toilets and urinals within (Baseline 23 – 26). The finishes, mosaic tile floors with fully tiled walls are worn with replaced mosaic tiles on the floors, especially around the floor drains. Toilet partitions are in good condition. Accessible fixtures and partitions are not available in these restrooms.

---

[1] Fanning Howey, Little Rock School District Facilities Master Plan, 2014, p. 219
[2] Little Rock School District, "Capital Projects Summary", January 18,2017.
[3] Ibid.

## Classrooms

Classrooms are in good to very good condition with carpeted floors, drywall partitions, and acoustical ceiling panels with surface mounted lighting (Baseline-15, 17 & Baseline 27, 28 & Baseline 37, 38). Most of the classrooms are approximately 860 sq. ft., appropriate for grades 1-6 according to the Arkansas Facilities Manual Program of Requirements.[4] Kindergarten classrooms should be 1000 sq. ft. according to the Manual, so those rooms are undersized unless two classrooms are combined (Baseline-19). All classrooms are equipped with smartboards, have the appropriate furnishings and equipment in good condition for the age group that is being taught, and have four to five desktop computers in the grades K-3 and in addition have tablet computers for grades 5-6 (Baseline-39, 40).

## Specialty Classrooms

The specialty classrooms in Baseline Academy are a music room, media center and computer classroom. The music room is large enough in square footage, approximately 1,600 sq. ft., which is over the 1,200 sq. ft. minimum, but does not have a large enough volume for performance. The music room is well-equipped with keyboards (Baseline-21, 22). The computer classroom is well equipped with enough electrical service but at about 860 sq. ft., appears to be just under the 900 sq. ft. minimum asked for by the Program of Requirements. (Baseline-51). The Media Center is well equipped with shelving, mats for students to sit on, chairs and tables, stools, and casework to hold dictionaries and other reference materials, all in very good condition (Baseline 34, 35).

## Cafeteria

The cafeteria has vinyl composition tile floors, masonry walls, and acoustical ceiling panels with recessed lighting, all in very good condition (Baseline-9). The cafeteria is equipped with folding dining tables, storage casework lining one wall of the cafeteria along with an electrical power strip (Baseline-10). The kitchen has epoxy resin floors, washable, coated walls, and acoustical ceiling panels with lensed light fixtures, all in good to very good condition (Baseline-12-14). Kitchen equipment appears to be functioning and in good condition.

## Health Center

The health center is close to the 250 sq. ft. required by the Arkansas Facilities Manual Program of Requirements (Baseline-5,6). The health center is equipped with two patient beds, a sink

---

[4] Arkansas Division of Public School Facilities and Transportation, "Arkansas School Facilities Manual: Chapter 5 Program of Requirements", http://arkansasfacilities.arkansas.gov/facilities/arkansas-school-facilities-manual-updated

with undercabinet and upper cabinet storage, and freestanding storage cabinets. The entrance to the health center contains the ESL resource area for the school (Baseline-7).

## Play Areas

The play areas of the school are equipped with the appropriate play equipment in very good condition (Baseline-42, 43). Ground surfaces are mulched, which provide the soft surface necessary. The basketball court and goals are in good condition overall (Baseline-46). A problem with storm drainage was being attended to during our school visit (Baseline-44).

## Portables

Baseline Elementary has no portable classrooms.

## Building Code/ADA

In terms of building code and accessibility requirements, there are only a few issues. Since there is not a sprinkler system in the building, walls between classrooms and the corridors must have a one hour fire rating. Most of the corridor walls are made of either concrete masonry units or gypsum wall board partitions with limited amounts of wired glass that would still allow the one hour fire rating (Baseline-36). There is one stretch of corridor where there are large windows between the classroom and the corridor, which unless they are one hour rated glass wall units, would not provide the fire protection necessary for a one hour rating because of their size and construction (Baseline-18). In terms of code compliance as well, the exterior ramps to the east of the building do not have the appropriate guardrails because they allow users to climb over the guardrails. (check 2012 Intl existing building code) (Baseline-47,48).

# Don Roberts Elementary School

Don Roberts Elementary School, completed in 2010, is a 148,000 square foot facility on 20 acres of land (Don Roberts-1). The school has a reported capacity of 961 students.[5] At 154 square feet per student, the facility is over the median per student, 144.4 sq. ft. , for new elementary schools in Arkansas, Louisiana, Oklahoma and Texas in 2014, and close to the national median at 149.6 sq. ft.[6]

## Exterior

The exterior of the building is in excellent condition with brick masonry walls and aluminum windows (Don Roberts-2). There are no indications of staining or leaks.

## Corridors

The corridors of the building are generally two stories high, filled with natural light from windows, and in excellent condition (Don Roberts-9, 39). The materials used are vinyl composition tile, concrete masonry unit walls, and acoustical ceiling panels with recessed linear lighting and HVAC diffusers. Large windows or clerestories line most of the corridor spaces.

## Restrooms

Restrooms in Don Roberts are in very good to excellent condition with either epoxy coated or vinyl tile floors, ceramic tile walls, and acoustical ceiling panels with recessed, lensed, fixtures. Restrooms are ADA accessible with handicapped stalls and handicapped accessible lavatories (Don Roberts-14,15, 17). Some areas of the epoxy floors have cracks at the junction between the floor and the wall (Don Roberts-16).

## Classrooms

Grade levels are arranged with classrooms clustered around a flex space open to all of the classrooms with teacher workrooms and restrooms as part of the clusters. For kindergarten and first grade classrooms, restrooms are placed within each of the classrooms.

Typical classrooms are in excellent condition overall with carpet tile floors, concrete masonry unit walls, large aluminum framed windows with roller shades, and acoustical ceiling panels with lensed or direct/indirect fixtures (Don Roberts-42-43).  Some of the classrooms have a wall of upper and lower cabinet storage with a sink and eyewash station and a separate water fountain as part of the cabinetry (Don Roberts-44). Others have cabinetry especially designed for the activities of the grade level with coat hooks and spaces for sleeping mats (Don Roberts-

---

[5] Fanning Howey, Little Rock School District Master Plan, 2014, p. 257
[6] 19th Annual School Construction Report, School Planning & Management, February 2014, p.22,28.

23). Smaller, special purpose classrooms have the same finishes as the larger classrooms, but different furnishings appropriate to the type of teaching or counseling being done (Don Roberts-30,31).

For each grade level, there is a large flex space for classes to do joint instructional activities or to have teachers work with small groups.  These areas are either open to the corridors with large windows or have skylights to bring in natural light (Don Roberts-28, 34, 47). The flex areas have vinyl tile floors, concrete masonry unit walls, and acoustical ceiling panels with recessed linear lighting and HVAC diffusers. The flex areas are equipped with smartboards, but also a variety of hands on educational equipment, such as a playhouse, activity mats, lounge seating, portable risers, and bookshelves. All of these areas are in excellent condition.

As part of the grade clusters there are also specialty classrooms for students with different learning needs (Don Roberts-30, 31). These rooms have the carpet tile floors, concrete masonry unit walls, acoustical ceiling panels with lensed fixtures, and storage cabinets that the other classrooms have, but in addition are furnished with chairs, tables, rugs and other equipment so that teachers can work in small groups with students. The room finishes, furnishings and equipment are in excellent condition.

There are also teacher workrooms as part of each grade (Don Roberts-24, 35). The workrooms have vinyl tile floors, concrete masonry unit walls, and acoustical panel ceilings with recessed lensed light fixtures. The workrooms are equipped with upper and lower storage cabinets, office equipment such as paper cutters etc. and a photocopy machine.

## Specialty Classrooms

Don Roberts also houses a number of specialty classrooms such as a music room, computer classrooms and art room as well as a library and gymnasium. The music room is large and has high ceilings; the volume of the room is necessary for optimal vocal/instrumental practice and performance. The room has carpet tile floors, concrete masonry unit walls, acoustic ceiling panels with pendant direct/indirect lighting fixtures. The room is equipped with portable risers, whiteboards, tackboards and shelving. The finishes are in excellent condition.

Next door to the music room is a separate music practice room with a window into the music room and another standard classroom with a window into the practice room (Don Roberts-13). The practice room has carpet tile floors, concrete masonry unit walls, acoustical ceiling panels with pendant direct/indirect lighting fixtures. The practice room is well equipped with multiple keyboards and a teaching station. The finishes are in excellent condition.

The art room has all of the same finishes of a typical classroom but is equipped with low work tables and stools as well as storage bins for working and storing art projects (Don Roberts-10). The art room also has a kiln room adjacent with a kiln, vent hood for the kiln, and storage racks for ceramics (Don Roberts-11).

The computer classrooms have the same finishes as the typical classrooms. The computer classrooms are furnished with tables and chairs on which are placed desktop computers (Don Roberts-6).

The library is a double-height, light filled space with book cases, reading tables and the reference desk on the ground floor, and a story telling area on a mezzanine reached by an internal stair on the second floor (Don Roberts-3, 4, 5). The library has carpet tile floors, concrete masonry unit walls and gypsum wallboard beam enclosures, wood panels, and acoustical ceiling panels with pendant direct/indirect lighting fixtures. The library is well equipped with the appropriate furnishings and equipment and the finishes are in excellent condition.

The gymnasium has a full basketball court with four basketball goals and an appropriately height (Don Roberts-8). The gymnasium has resilient athletic flooring, concrete masonry unit walls, and exposed steel truss and decking ceiling.

## Cafeteria

The cafeteria is a large open room with a window wall on one side, a platform stage on another side, and the serving line/ kitchen at a third side (Don Roberts-21). The dining room has vinyl tile flooring, concrete masonry unit and glass curtainwalls with roller shades, and acoustical ceiling panels with pendant direct/indirect lighting fixtures. The serving line area has an epoxy coated floor, ceramic tile walls, acoustical ceiling panels with lensed fixtures, and stainless steel hot and cold tables for serving (Don Roberts-20). The kitchen area has an epoxy coated floor, concrete masonry unit walls, and acoustical ceiling panels with lensed fixtures (Don Roberts-18, 19). The kitchen is well equipped.

## Health Center

The health center at Don Roberts has three patient beds with privacy curtains between them and a nurse's station with upper and lower storage cabinets with a workstation for the nurse (Don Roberts-50). The room's finishes are vinyl composition tile for the flooring, concrete masonry unit walls, and acoustical ceiling panels with lensed, recessed fixtures. The condition of the finishes and equipment for the center is excellent.

*Portables*

Don Roberts has no portable classrooms.

*Building Code/ADA*

Don Roberts has no apparent building code issues or ADA deficiencies. The building is fully sprinklered, which creates the safest circumstances in case of fire.

The overall condition of Don Roberts Elementary is excellent. The planning and design of the school is the state of the art in school design with its clustered classrooms, flex spaces, and extensive daylight.

# Forest Park Elementary

Forest Park is a 34,789 square foot building that currently houses Pre-K through 5th grade.[7] There has been a school on this site since 1913, but the current building was completed in 1924, with a major renovation in 1979-80.

## Exterior

The exterior of the building is brick in very good condition; no visible diagonal cracking or loss of mortar in the joints. The windows are aluminum replacement windows that are also in very good condition (Forest Park-13). The building has a bronze sculpture at the front of the building (Forest Park-3).

### Corridors

Corridors in Forest Park have vinyl composition tile floors, the original plaster walls, and acoustical ceiling panels with recessed, troffered, lighting fixtures (Forest Park-5). Monumental stairs open to the corridors have vinyl covered treads and risers and a steel handrail. Handrails should extend past the bottom of the stair and wrap around the walls for one foot to meet ADA requirements (Forest Park-7). The office areas have the original wood doors with transoms in excellent condition, however, these doors pose a fire code issue unless they were remade to have a one hour fire rating (Forest Park-12). Electrical panels for the building have been placed in the upper level corridor (Forest Park-48). Corridor drinking fountains include a water bottle fill station (Forest Park-49).

### Restrooms

The restrooms in Forest Park are in very good condition and have sheet vinyl flooring, what appear to be the plaster original walls or ceramic tile wainscot, and acoustical panel ceilings with troffered light fixtures. The restroom fixtures include group hand wash stations with mirrors, stainless steel paper towel dispensers with built-in litter baskets, automated flush toilets and urinals, and steel enameled toilet and urinal partitions (Forest Park 10, 11, 23, 24).

### Classrooms

Classrooms are generally in very good condition with either older broadloom carpet or new carpet tile on floors, the original plaster walls, and original plaster ceilings with surface mounted troffered light fixtures or acoustical panel ceilings with recessed troffered light fixtures ( Forest Park-25,26, 28, 29, 30, 32, 33 ). There are no indications I could see of water damage on ceilings or walls. Most classrooms had built-in upper and lower cabinet storage with

---

[7] Fanning Howey, Little Rock School District Master Plan, 2014, p. 233.

a sink in a the counter ( Forest Park-27 ). All of the classrooms are equipped with smartboards and appropriate furnishings of various age. Classrooms are heated and cooled by air handlers suspended from the ceiling ( Forest Park-22 ). There is also a teacher resource room with new wood plank floors, gypsum wall board, and acoustical panel ceilings in excellent condition. The resource room has new upper and lower storage cabinets with counters with a photocopy machine ( Forest Park-31 ).

## Specialty Classrooms

The library has carpet tile floors, existing plaster walls, and acoustical ceiling panels with recessed, troffered light fixtures all in good to very good condition. The library has metal book shelving with wood library tables and chairs. The library has a technology at one end of the room with a center of ten computers ( Forest Park-34 ).

The music classroom has broadloom carpet, wood panel walls, and acoustical panel ceilings with lensed lighting fixtures (Forest Park-19). The acoustic ceiling panels are sagging, but the other finishes in the room are in good shape. The room is equipped with practice keyboards, tables and stools.

## Cafeteria

The cafeteria at the center of the building has a dining room, full kitchen, and a platform stage. The flooring on the dining area is a vinyl composition tile, the walls are plaster, and the ceiling is an acoustical panel ceiling with troffered, recessed light fixtures (Forest Park-8). The platform stage is not handicapped accessible. The dining room ceiling has some staining and slightly damaged panels, but on the whole is in good condition (Forest Park-9, 47). The serving line and kitchen are small and somewhat cramped, but fully equipped (Forest Park-43, 44, 45). The kitchen area has vinyl composition tile flooring, plaster walls, and plaster ceilings in fair to good condition. In the dining area, there are some minor cracks in the vinyl tile (Forest Park-46).

## Health Center

The health center at Forest Park has two patient beds and a desk for the nurse in a small room. (Forest Park-50). The floors are vinyl composition tile, and the walls are plaster which are in very good condition.

## Play Areas

Forest Park has three main play areas: a large area with a basketball court and playground equipment to the east of the building (Forest Park-1), a small playground with a walking track to the west of the building (Forest Park-17), and covered pavilion the size of a basketball court to

the southwest of the building (Forest Park-14). The playground areas have appropriate play equipment in very good condition for the particular age groups that they serve. The basketball court and walking track are both in very good condition as well. The covered pavilion has brick piers with iron gates and arched openings between the piers supporting a gabled roof with deep eaves. The gabled roof is held up with an intricate scissor trussed structure (Forest Park-16). The pavilion is in excellent condition.

## Portables

Forest Park has one portable classroom to the south of the main building.

## Building Code/ADA

Forest Park does not have an elevator, so wheelchair using students in the 2nd, 3rd, 4th and 5th grade would need to be accommodated in a downstairs classroom. Also, the library would be inaccessible to a wheelchair using student.

# Fulbright Elementary

Fulbright is a 66,892 square foot facility housing pre-K through 5th grade.[8] The school is organized in two stories of clustered, open classrooms to the south along a large open corridor, with specialized spaces such as the cafeteria and library to the north of the open corridor.

## Exterior

The exterior of the school is brick with aluminum windows in very good condition with no evidence I could see of leaks or movement in the walls (Fulbright-38).

## Corridors

The building is organized around one large corridor with vinyl composition tile floors, concrete masonry unit partition walls, and exposed open web trusses with tectum ceiling panels above the trusses. The corridor on the bottom floor has colored concrete floors with gypsum wallboard walls (Fulbright-18). The finishes in the building are worn, but well maintained so in good condition. The two stories are accessible by both stairs and a ramp (Fulbright-26). The rails of the ramp are only on one side; for ADA compliance, a handrail should be added to the other side and the rails should be extended to one foot beyond the start of the ramp.

## Restrooms

Short bridges connect the large corridor to the classroom clusters and contain restrooms for each classroom cluster (Fulbright-8). The restrooms have sheet vinyl flooring with gypsum wallboard walls and gypsum wallboard ceilings (Fulbright-15,16,17). The lavatory fixtures are in very good condition, with metal toilet partitions and solid plastic counters, all in very good condition. At one of the bridges to a classroom cluster is a handicapped accessible restroom (Fulbright-19). The accessible restrooms are equipped with the correct lavatory fixtures, bars and clearances (Fulbright-25).

## Classrooms

The classrooms are arranged in clusters of four arranged by grade, with a sink areas and storage areas common to each placed at the entrance to the cluster. The sink areas, two per cluster, have plastic laminate upper and lower cabinets, plastic laminate countertops, and a stainless steel sink (Fulbright-10, 12, 30, 33, 49). While for the most part, these sink areas are in good condition, under one of the sinks the cabinets showed a good deal of mold and rot from water (Fulbright-47). In addition, the acoustical panel ceiling in the sink areas also show some water damage (Fulbright-14, 27).

---

[8] Fanning Howey, <u>Little Rock School District Master Plan</u>, 2014, p. 237.

The entries to the classroom cluster also house a small storage/work space area for teachers (Fulbright-11, 31). The area has plastic laminate cabinets along one wall and a work counter with upper storage cabinets along the other.

The classrooms themselves have carpeted floors, gypsum wallboard walls, and acoustical ceiling panels with surface mounted light fixtures (Fulbright-43 to 46). The finishes in the classrooms are in good condition with some wearing of the carpet. The classrooms receive minimal natural light from windows, which are mostly covered. Classrooms are equipped with smartboards and the age appropriate furniture and equipment; chairs, tables, shelving, mats all in good condition.

## Specialty Classrooms

The specialty classrooms include the library, special education, and music. The library is a large open area to the north of the large corridor (Fulbright-21,22). A ramp leads from the corridor to the lower level of the library. The library space contains wood shelving, tables and chairs, computer stations and other library furnishings and equipment. The floors are carpeted, the walls are concrete masonry units, and the ceiling is exposed open web trusses with tectum ceiling panels above the trusses. The carpet, as in other areas, is worn, but the finishes are overall in good condition.

The special education classrooms are to the west of the library. The SPED classrooms consists of two adjoining rooms with a gypsum wallboard partition and then only a fabric divider between the two spaces (Fulbright-23,24). The finishes in the rooms are carpet on the floors, gypsum wallboard walls, and exposed open web trusses with tectum ceiling panels above the trusses, all in good condition. The rooms lack some of the requirements outlined by the Arkansas School Facilities Manual for special education spaces such as a sink, base cabinets, coat wardrobe and importantly, an operable partition between rooms.[9] The lack of a true divider between the rooms prevents acoustical privacy necessary for instruction and counseling between the two rooms.

The music room is to the west of the special education rooms. The music room has carpeted floors, gypsum wallboard and concrete masonry unit walls, and acoustical ceiling panels. The finishes for the room are in good condition. The room has no special accommodation for practice and performance. The room, however, is not handicapped accessible. The entrance to the room has four steps with railings that do not extend the proper length beyond the steps

---

[9] Arkansas Department of Education, <u>Arkansas School Facilities Manual</u> , Chapter 6, 6100 Series, Page 4

(Fulbright-20). A ramp was installed in the cafeteria that is used for accessibility to the stage and music room beyond, but the ramp does not meet ADA requirements because there are no handrails (Fulbright-6).

## Cafeteria

The cafeteria is to the west of the music room and connected by a stage to the music room. The cafeteria has stained concrete floors, concrete masonry unit and gypsum wallboard walls, and the ceiling is exposed open web trusses with tectum ceiling panels above the trusses (Fulbright-5).  The concrete floors are in poor to fair condition with gouges and scrapes throughout. The walls and the tectum ceiling panels are in good condition. The platform stage, as mentioned earlier, has a ramp to it that is non-compliant (Fulbright-6).

## Health Center

The health center for Fulbright is within the administrative area and has two patient beds, a desk for the nurse, and a water fountain (Fulbright-59). The flooring is vinyl composition tile, the walls gypsum wallboard, with acoustic ceiling panels and surface mounted lighting, all in good condition.

## Play Areas

The play areas are located to the south of the main building (Fulbright-42). The play areas have the appropriate play equipment in good condition with soft surfaces under the equipment as required. The basketball courts are in good condition.

## Portables

To the east of Fulbright's main building is a cluster of five portable buildings with ten classrooms (Fulbright-34).  The portables have paver paths between them, wood steps and landings, and roofing over the landings (Fulbright-35,37). The pathways are certainly prone to becoming muddy on rainy days as seen by the erosion on the ground. The pathways between the portables are not handicapped accessible, although at least one portable has an accessible ramp.

The interiors of the portables are in good condition with carpeted floors, wood paneled walls, and acoustical ceiling panels (Fulbright-36, 39).

## Building Code / ADA

As noted before, the most important ADA concern at Fulbright is the ramp onto the stage in the cafeteria as the sole accessible route into the music room. To correct this, either a compliant

ramp should be built, or a wheelchair lift added. In addition, there are some extensions to handrails that should be added.

A larger issue is that the classrooms and large corridor which acts as an exit access corridor are open to one another so there is not a fire rated door between the two. If a fire were to start in one of the classroom clusters, there would be no barrier between the fire and the corridor, the means of egress out of the building. Two approaches could be taken to create a fire separation; one would be to install doors and walls closing the classroom clusters to the corridor on the bridges to the classrooms. The second approach would be to install fire sprinklers throughout the building.

## Jefferson Elementary School

Jefferson Elementary is a 45,046 square foot facility built in 1949 that serves grades pre-K through 5.[10]

### Exterior

The exterior of the school is brick with aluminum windows (Jefferson-2, 39). The windows are replacements for the original windows are in good condition (Jefferson-30). An addition containing the media center is in fair condition with no visible cracks, but evident staining on the masonry (Jefferson-46). The aluminum windows in the addition are in good condition (Jefferson-24).

### Corridor

Jefferson is organized along one main corridor that steps down the hill that the school is built on (Jefferson-33). The floors of the corridor are vinyl composition tile, with vinyl stair treads and base, brick walls, and acoustic panel ceilings with recessed, lensed light fixtures (Jefferson-28). The vinyl flooring is in good condition except in some spots (Jefferson-54) as well as the vinyl stair treads (Jefferson-12). The masonry walls are in good condition, but the ceiling panels are sagging and have stains in some areas (Jefferson-36).

The main corridor and side corridors have a series of stairs that make the transition in grade down the slope. To provide handicapped accessibility, there are handicapped lifts at the stairs (Jefferson-12, 27, 54). The handicapped lifts do not continue all the way down the main corridor, so handicapped students who need to use the classrooms at the west end of the building must travel outside to reach those classrooms.

### Restrooms

The restrooms are mostly in good condition. The bathroom floors are ceramic tile with ceramic tile wainscoting, gypsum wallboard walls, and acoustic panel ceilings with recessed, lensed light fixtures. The lavatory fixtures are in very good condition with solid plastic partitions, and an ADA accessible stall and washstations all in very good condition (Jefferson-13,14,15). Other restrooms are similar and in similar condition (Jefferson-49, 50, 51). There has been some patching of tile (Jefferson-52).

---

[10] Fanning Howey, <u>Little Rock School District Master Plan</u>, 2014, p. 243.

## Classrooms

The classrooms are generally in good condition with carpeted floors, brick walls, aluminum windows, and acoustic panel ceilings with troffer light fixtures. The ceilings are in very good condition while the carpet is in good condition. The classrooms receive abundant natural light from the windows. Storage cabinets and wood shelving line the inner walls adjacent to the corridor in the classrooms; these are generally in good condition. (Jefferson-17, 48). Classrooms are equipped with smartboards and the age appropriate furniture and equipment; chairs, tables, shelving, mats all in good condition (Jefferson-16, 17, 29, 31).

Some of the classrooms have acoustic panel ceilings with some minor sagging, but on the whole the classrooms are in very good condition (Jefferson-34, 35).

## Specialty Classrooms

The specialty classrooms at Jefferson include the media center, music room, art room, computer classroom, and special education. The media center is a separate addition to the school attached by a hallway (Jefferson-26). The media center itself is a single, long, rectangular room with reference desk and offices at the entrance and large windows at the end of the room (Jefferson-23). The finishes are carpeted floors, concrete masonry unit walls, and acoustic ceiling panels with recessed, lensed, lighting fixtures, all in good condition. Tables, chairs, bookshelves, lounge furniture, and floor mats are placed throughout; all are in good condition and appropriate for an elementary school media center. The teachers have creatively curtained off a space to create smaller learning areas as well (Jefferson-25).

The music room is a standard classroom furnished with musical instruments and equipment (Jefferson-47). The art classroom is accessed through a stairway and has an exterior door, as such, it is only handicapped accessible from the exterior of the building (Jefferson-41). Large windows line the north side of the room creating appropriate natural lighting for creating art work. The floor of the room is exposed concrete with some chips and gouges, the walls are brick and gypsum wallboard, and the ceiling has acoustical ceiling panels with surface mounted light fixtures. The room is equipped with appropriate chairs, tables and a drying rack for ceramics.

The computer classroom or technology laboratory is located in the wing with the media center (Jefferson-18, 19). The technology laboratory has vinyl composition tile floors, concrete masonry unit walls, acoustical ceiling panels with recessed, lensed, lighting fixtures, all in good condition. The room is equipped with computers, a teacher's station, smartboard, and bookshelves.

20

The special education classroom has the same finishes as the typical classrooms, but is inadequate in that it does not provide for the two required, separated areas as shown in the Arkansas School Facilities Manual.[11] Instead, there are haphazard partitions that do not provide privacy or acoustic separation between the two required areas (Jefferson-37, 38).

## Cafeteria

The cafeteria is composed of a dining area with a platform stage and a full kitchen with serving line. The dining area has vinyl tile floors, concrete masonry unit walls, and an acoustic panel ceiling with recessed, lensed, light fixtures, all in good condition (Jefferson-5). The platform stage is only reached by steps in wings at the side of the stage, so it is not handicapped accessible (Jefferson-6). The acoustic ceiling tile above the platform stage has a damaged tile, but is in overall good shape (Jefferson-8).

The serving line has quarry tile floors, ceramic wall tile, and acoustic panel ceilings with recessed, lensed, light fixtures (Jefferson-9). The kitchen area has the same finishes with glass block openings containing operating clear glass windows (Jefferson-10,11). The finishes are generally in good condition with some wear on the quarry tile. The kitchen equipment appears to be in working order and in good condition.

## Health Center

The health center has one bed, two waiting room chairs, a desk and some miscellaneous storage cabinets (Jefferson-56). The finishes are vinyl composition tile, gypsum wall board walls, and acoustic ceiling panels. Adjacent to the health center is a handicapped accessible restroom with sink and toilet (Jefferson-57). The storage cabinet placed in the restroom may prevent a wheelchair using student from using the restroom. The finishes in the restroom are the same as in the health center and in good condition.

## Play Areas

The play areas are located at the front of the building to the east and in back of the building to the west. The play areas at the front of the building are fenced with play equipment for students in the Pre-K to 2 grades (Jefferson-3). The play area is surrounded by a vehicular drop-off to the front of the school, a parking lot to the south, and a street to the east, making for a hazardous situation if children were to leave the control of their teachers.

The play areas to the west and in the back of the school building are much larger and are for the 3rd to 5th graders. The facilities include a large field, basketball court, play area with

---

[11] Arkansas Department of Education, Arkansas School Facilities Manual , Chapter 6, 6100 Series, Page 4

appropriate equipment and soft surfaces below, and further to the west, a small walking track with an outdoor classroom area (Jefferson-43, 44, 45). The school's property extends even further to the west than the walking track. The walking track is in poor condition, but overall, these facilities are in good condition.

## Portables

There are no portables at Jefferson Elementary.

## ADA / Building Code

The major accessibility issue for Jefferson is for wheelchair bound 3rd to 5th graders. To access their classrooms, these students need to be brought to an entrance at the bottom of the hill at the west end of the building, which has worked before according to the school personnel, but does not allow the student by themselves to go from the front offices of the school to their classroom. Additionally, the art room does not have an accessible path for any wheelchair bound student.

## Stephens Elementary School

Stephens Elementary School is a 77,987 square foot facility built in 2000 that houses Pre-K to fifth grade students.[12]

### Exterior

The exterior of Stephens Elementary is brick with a split face concrete masonry unit base, aluminum windows and metal roofs (Stephens-1). The exterior of the building is in excellent condition with no apparent cracks or streaks indicating any problems.

### Corridors

The main entry corridor is very distinctive with a ceiling that rises up to a central rotunda (Stephens-4). A series of linear, pendent light fixtures hang at the center of the corridor. The finishes in the main entry are vinyl composition tile, concrete masonry unit and gypsum wallboard walls, and gypsum wallboard ceilings, all in excellent condition.

The other corridors in the building have vinyl composition tile floors, concrete masonry unit walls, and acoustic panel ceilings with recessed, troffer lighting. The condition of most hallways is excellent save a slightly bowed acoustic panel and an area in a basement corridor where a pipe in the ceiling is leaking (Stephens-27, 33).

### Restrooms

The restrooms in most of the facility have sheet vinyl floors with integral coved bases, concrete masonry unit or gypsum wallboard walls, and acoustic ceiling panels (Stephens-6,7,. The toilet partitions are solid plastic partitions and sinks are placed in plastic laminate countertops with wall to wall mirrors and down lighting at the mirrors (Stephens-26). The condition of these restrooms are excellent and all are ADA accessible.

At the entrance to the cafeteria, there is a larger restroom with group hand wash stations at the entrance and mirrors (Stephens-40). Inside the restroom doors, there are just water closets and urinals with the same finishes as the other restrooms. The restrooms are in excellent condition with very little wear.

---

[12] Fanning Howey, Little Rock School District Master Plan, 2014, p. 263.

*Classrooms*

Classrooms were designed to be state of the art in Stephens. For the pre-K and kindergarten classrooms, there are a variety of learning areas with built-in cabinets and equipment to accommodate a variety of learning activities. The center of the kindergarten rooms are carpeted with desks and chairs, but at each of the sides of the room there are different built-ins (Stephens-16). At one edge of the room there is a sink in a counter with upper and lower cabinets as well as large wardrobe sized storage (Stephens-18). The flooring is vinyl composition tile to allow for wet and messier hand-on learning activities. On another wall there are pull down white boards along the entire wall with book storage behind the white boards. At a corner of the room, there is a separate play area with cubbies for storage, white board, and play mats (Stephens-21). The pre-K rooms have access right from their rooms to a small, outside play area as well as a small restroom in each classroom (Stephens-20, 17). The pre-K rooms are well outfitted with play equipment (Stephens-19). The classrooms have carpeted and vinyl composition tile floors, concrete masonry unit and gypsum wallboard walls, and acoustical ceiling panels with linear pendant fixtures with up and down lighting, all in excellent condition.

The upper grades, while absent all of the play equipment of the lower grades, have a similar layout to the kindergarten classrooms. In a fifth grade classroom, there is no play equipment, but all of the multiple learning areas as in the kindergarten classrooms (Stephens-11, 12, 13). The room finishes are the same and are in excellent condition as well.

*Specialty Classrooms*

Stephens Elementary has a number of specialty classrooms, such as computer, music, art, and a media center. Stephens also has a special complex of classrooms named the "Cyber Time and Space Travel Theater." The computer classroom is near the entrance of the facility and has computers for more than 24 students (Stephens-3). In addition to computers arrayed throughout the room, the computer room has an open area to gather students around and talk to them as a group. The finishes in the computer classroom are carpet, concrete masonry unit walls, and acoustic ceiling panels with linear pendant fixtures with up and down lighting, all in excellent condition.

The music classroom is adjacent to the platform stage in the dining room and includes access to the stage via steps and a small set of risers at the back of the room (Stephens-46). The classroom has storage as well as the typical smartboard (Stephens-48). While the room is large enough to fit classes for instruction, the volume is no more than a standard classroom which does not provide ideal acoustics. The room finishes are carpet, concrete masonry unit walls, and acoustical panel ceilings with recessed, lensed lighting fixtures. The condition of the room is excellent except for a small tear in the carpet (Stephens-47).

The art classroom is located on the lower floor level and is the size of a standard classroom with most of the same casework (Stephens-37). There are only a few windows in the room so natural light will not be plentiful, a negative for an art room. The finishes in the art room are a vinyl composition tile floor, concrete masonry unit walls, and acoustic ceiling panels with linear pendant fixtures up lighting the room. The condition of the finishes are excellent except for a strip of vinyl cove base that has come off of the wall (Stephens-38).

The media center is at the end of the entrance axis and is a large, diamond shaped room with two large walls of windows. The center is furnished with tables, chairs, low book cases, library equipment, reference desk and play rugs. The finishes in the media center are carpeted floors, with gypsum wallboard walls, acoustic ceiling panels and linear pendant fixtures with up and down lighting, all in excellent condition.

The Cyber Time and Space Travel Theater is a specialized learning facility at the western end of the school. The Theater is accessed from the floors below by a large ramp that also serves the cafeteria, gymnasium and other specialized classrooms (Stephens-28). The entrance to the theater with colored LED lights leads to a classroom with theater seating, display cabinets, and a large projection screen (Stephens-30). This theater room has carpet, gypsum wall board with plastic laminate casework on the walls, and black acoustic ceiling panels with recessed downlights and linear pendant fixtures with up lighting, all in excellent condition.

Adjacent to the theater is a classroom with movable seating and tables, counter seating with pin-up boards, casework, a built in teacher's desk, and a digital projector (Stephens-31, 32). The room has carpeted floors, gypsum wallboard walls with pin-up boards, and acoustic ceiling panels with linear pendant fixtures with up and down lighting, all in excellent condition.

## Cafeteria
The cafeteria is a large, two story volume with clerestory windows and a platform stage (Stephens-34). The stage can accessed by wheelchair users through a ramp (Stephens-36). The floor of the cafeteria has some cracking and bubbling, but overall, the dining space is in excellent condition.

The serving line and kitchen are open to one another and separated from the dining room (Stephens-43, 44, 45). The serving line area and kitchen have sheet vinyl floors, coated washable walls, and acoustic ceiling panels with recessed, lensed fixtures. The kitchen equipment all appears to be in very good condition.

25

## Gymnasium

The gymnasium is located on the lower level and is designed to be accessed by the community after school hours (Stephens-42). The gymnasium has a full basketball court with a small recessed spectator area to one side. The structure is a steel moment frame with non-bearing concrete masonry unit walls, clerestory windows, and a panel ceiling over steel purlins. The basketball court has a hardwood floor and all the finishes are in excellent condition.

## Health Center

The health center, located near the school entrance, is a large room with three patient beds that can be separated by curtains on overhead tracks, a sink area with upper and lower storage cabinets, and room for a nurse's desk (Stephens-5). The center's finishes include vinyl composition tile floors in very good condition, gypsum wallboard walls in excellent condition, and acoustic ceiling panels with recessed, lensed light fixtures in excellent condition.

## Play Areas

The outside play areas are located to the east of the school building and separated by a small drive from the east exit to the school. The play areas are open to the school and the community and include not only play structures, but also a small outdoor classroom (Stephens-24). The play equipment is in very good condition.

## Portables

There are no portables at Stephens Elementary.

## ADA / Code Issues

There are no code or ADA issues that I could see at Stephens Elementary. The entire building is sprinkled, so many of the fire code issues found at some of the other school facilities are non-existent at Stephens.

## Washington Elementary School

Washington Elementary School is an 89,800 square foot facility built in 1989 that houses Pre-K to fifth grade students.[13] The school is arranged in three double-loaded corridors of classrooms, two of them ring around open courtyard spaces.

### Exterior

I was not able to thoroughly examine the exterior of the building, but from what I saw, the exterior is in good condition.

### Corridor

The corridors of the school as mentioned before are double loaded with classroom spaces. The corridors have vinyl composition tile floors with an integral base, concrete masonry unit walls, and acoustic ceiling panels with recessed troffer lighting fixtures (Washington-8). All of the finishes are in very good condition.

### Restrooms

The restrooms have freestanding group hand wash stations in the corridor outside the restrooms (Washington-21). The floors are a vinyl composition tile with integral base, concrete masonry unit walls, and an acoustic panel ceiling. The tile is a bit worn and dirty, but in good condition. The other finishes are in good condition overall.

The interior of the restroom contains urinals and water closets and is in fair condition (Washington-22). The paint on the concrete masonry unit walls has peeled and bubbled from water exposure, but the sheet vinyl floors are in worn, but good condition and the fixtures are in good condition. The waterclosets and stalls are in good condition, although the handicapped stall is an alternate stall and not a fully accessible stall (Washington-23). The mirrors in the restroom are rusting and in poor condition (Washington-24).

### Classrooms

The classrooms are similar from grade to grade. The pre-K and kindergarten rooms have carpeted floors, concrete masonry unit walls, and acoustic ceiling panels with recessed, troffer light fixtures (Washington-4). The kindergarten classrooms also have a sink and counter area with upper and lower storage cabinets (Washington-6). The kindergarten classrooms also have their own water closet within the room (Washington-7). In the particular kindergarten classroom, there are water stains on some of the acoustic ceiling panels at the front of the

---

[13] Fanning Howey, <u>Little Rock School District Master Plan</u>, 2014, p. 269.

room, showing a possible leak (Washington-5). Otherwise, the finishes and furnishings are in good to very good condition.

In classrooms for the higher grades, there is less play equipment, but the classrooms are basically the same layout and finishes (Washington-10, 11). The sink area with its plastic laminate countertop and wood undercabinets is in good condition (Washington-12). Other classrooms are again very similar (Washington-13, 14, 15).  The water stains on acoustic ceiling panels occurs in some of these classrooms as well, otherwise finishes are in good condition (Washington-17).

## Specialty Classrooms

Washington Elementary has a number of specialty classrooms including an art room, computer lab, music room, and a media center. The art room is a standard classroom with large tables and chairs to allow students to work (Washington-25). The art room differs from a standard classroom also by the vinyl composition tile floors which allow for easier clean-up.

The computer lab is a larger classroom space that can hold two classes at once (Washington-28). The room has two long tables with computer workstations, technology cart, a teacher's desk, and the standard sink counter and cabinet storage found in the other Washington Elementary classrooms. The finishes are the same as in the other classrooms except the flooring is vinyl composition tile. All of the finishes in the computer classroom are in good condition.

The music room is located adjacent to the platform stage of the dining room and has a ramp to connect with the stage (Washington-29). The music room is larger, wider, and has a higher ceiling than a standard classroom, which will help with the acoustics of playing musical instruments. The room is also equipped with a set of built-in risers. The finishes in the room are vinyl composition flooring, concrete masonry unit walls, and acoustical ceiling panels with recessed, lensed light fixtures. A number of the acoustical ceiling panels are stained, but overall the room is in good condition (Washington-30).

The media center is at the center of the school building with doors out to one of the courtyards (Washington-38). The media center is a large volume with windows at one end and six skylights to provide natural light throughout. The media center is furnished with shelving, tables, chairs, a reference desk, and the appropriate library equipment. A large screen and computer projector are in the center of the room. The room has carpeted floors, concrete masonry unit walls, and acoustical ceiling panels with recessed light fixtures. The condition of the room, equipment and furnishings is very good.

## Cafeteria

The cafeteria consists of a dining area with a platform stage and a full kitchen. The kitchen was not available to see during my tour of the facility. The dining area consists of long, high space with windows on both sides and exposed steel roof trusses (Washington-1). The finishes are vinyl composition tile on the floors, concrete masonry unit walls with aluminum windows and doors, exposed ductwork, and exposed steel trusses with insulation. The finishes are in very good condition.

The stage area has two risers to reach the top, but is handicapped accessible from the music room behind it (Washington-2). The platform stage has vinyl composition tile floors and treads, concrete masonry unit walls and acoustic ceiling panels with recessed troffer light fixtures all in good condition.

## Gymnasium

The gymnasium is located at the opposite end of the school from the dining room. The gymnasium, like the dining room, is a large, open, high volume space with a pitched roof supported by exposed steel trusses (Washington-39). The space has a basketball goal  but is not a full court size. The finishes are a vinyl composition tile floor, concrete masonry unit walls, and exposed steel trusses with insulation. The finishes are in very good condition.

## Health Center

The health center has two patient beds, a sink in a countertop with undercounter storage, and a refrigerator (Washington-34, 36). Adjoining the room with the patient room is a full accessible restroom with sink, watercloset with grab bars, and mirror (Washington-35). The finishes in the health center are vinyl composition tile floors, concrete masonry unit and gypsum wallboard walls, and acoustical ceiling panels. Some of the floor tiles are stained in the restroom, but otherwise the finishes are in good condition.

## Play Areas

Play areas are to the west of the building and in the open courtyard area. The larger play areas to the west of the building include the appropriate equipment for the older age groups with soft surface areas below the equipment (Washington-9). In the courtyard, there is play equipment for the younger grades with a soft surface underneath (Washington-3).

## Portables

There are no portables at Washington Elementary.

29

*ADA / Code Issues*

The one issue for Washington Elementary is to create standard handicapped accessible stalls in the restrooms.

# Wilson Elementary School

Wilson Elementary School is a 38,839 square foot facility constructed in 1927 and then receiving major renovations and additions in 1980 (Wilson-5).[14] Wilson serves grades pre-K through 5th grade.

## *Exterior*

The exterior of school is brick masonry with aluminum windows and doors capped with flat roofs (Wilson-2). The brick masonry is in good condition overall. The windows are in generally good condition with no signs of leaks (Wilson-3, 23, 42). Roofs look as if they have been replaced as evidenced by the new aluminum coping (Wilson-61). One area still has a small overhang from the existing building that requires scraping and painting (Wilson-41). The library appears to be an addition from the 1980 work to the facility and on the exterior, is in good condition.

Mechanical, plumbing and electrical services have accreted on the exterior of the building as these services have been changed over time (Wilson-14, 16, 40, 60). The problem with so many of these exterior services is penetrations into the building envelope due to these that can let water in over time.

## *Corridors*

The main exterior entrance to the school has a concrete ramp for handicapped accessibility. While the slope of the ramp appears correct, the guardrails do not extend out past the beginning of the ramp as they should and there is no handrail properly sized and at the proper height (Wilson-4).

Interior corridors vary in condition. The corridor leading to the cafeteria has vinyl composition tile floors, ceramic tile wainscoting, plaster walls, and acoustic ceiling panels with recessed, troffer light fixtures, all of which are in good condition (Wilson-6).

Other corridors show much more wear as in the corridor leading to classrooms 19 & 20 (Wilson-57). The stained concrete floors are clearly worn, but then well waxed to provide as much protection as possible ( Wilson-57). The stair is equipped with a wheelchair lift as required for accessibility, but there is no handrail on the other side of the stair.

---

[14] Fanning Howey, Little Rock School District Master Plan, 2014, p. 277.

In the corridor leading to classrooms 14 through 17, there is a ramp which has approximately a 1:10 slope, under the maximum 1:12 slope for a handicapped ramp (Wilson-64). However, the ramp exceeds the 30 foot maximum length for a ramp and does not provide a level landing at the boy's bathroom. The finishes are polished concrete with a ceramic tile base which are in fair condition, concrete masonry unit walls, and acoustic ceiling panels.

Corridors also have water fountains with wheelchair and standard heights (Wilson-27, 58).

A code issue in the corridors are the transom windows (Wilson-43, 44, 53). Unless a building has a sprinkler system throughout, there must be a one hour rated separation between the exit corridor and rooms opening onto that corridor. The transom creates a break in the fire separation. Remedies would be to back the transoms with a fire rated partition or to sprinkle the building.

## Restrooms

Restrooms are located along the hallway entering into the building, a girl's bathroom at the end of the hallway, and a boy's restroom at the northeast wing. An accessible restroom and two other small restrooms are located in the hallway leading to the cafeteria. The boy's bathroom at the northeast wing has a group wash station, two urinals and three standard stalls, but no accessible stalls (Wilson-65, 66). The floors are sheet vinyl that move up the wall to become wainscoting behind the wash station and urinals. An older ceramic tile wainscot lines the other walls. The walls above the wainscot are the original plaster and the ceiling is acoustic panels with surface mounted linear light fixtures. The toilet partitions are metal. All the finishes and fixtures in this restroom are in good condition.

The accessible restrooms in the corridor to the cafeteria have accessible stalls and a lavatory (Wilson-24). The floors are sheet vinyl and walls are concrete masonry units with solid plastic toilet partitions, all in good condition.

## Classrooms

The classrooms are all arranged in wings along double loaded corridors. A typical upper level classroom has a wall of closet storage along the inner corridor wall, and bookshelves below windows that extend across an entire wall of the classroom (Wilson-7,9, 11). The classrooms also have smartboards installed on top of the existing whiteboards and some bulletin boards as well. Windows have operating roller blinds (Wilson-10). The classrooms are furnished with tables and chairs, but there is less furniture and equipment than in some other schools in the district. Finishes include carpeted floors, the original plaster walls and wood cabinetry and acoustic ceiling panels with recessed troffer light fixtures. The walls, doors and cabinets are

mostly in fair condition, with a good number of dents and scrapes in walls and doors (Wilson-8). Acoustic ceiling panels in all of the classrooms vary from good to poor condition with stains, scrapes, and warping or missing (Wilson-35, 55, 63, 70, 72).

Pre-K and kindergarten classrooms have the same built-ins and finishes as the upper level classrooms, but with round tables, bookshelves, play mats and play equipment (Wilson-51, 54, 56). The kindergarten rooms do also have a sink, but with very limited storage and counter space (Wilson-52). The amount of play equipment, however, is much less than in other elementary schools in the district.

## Specialty Classrooms

The specialty classrooms at Wilson Elementary include a music, teacher resource rooms, special education, computer classroom and library. The music room is a standard classroom equipped with musical instruments (Wilson-13). The teacher resource rooms are standard classrooms with additional shelving added for storage materials (Wilson-28, 29). There are some additional classrooms which appear to be used as teacher resource rooms as well (Wilson-32, 32).

The special education classroom is a standard classroom divided by a shoulder high book case (Wilson-67, 68, 69). As discussed for other SPED classrooms, there is required by the Arkansas School Facilities Manual, a movable partition that would seal off one room from another.[15]

The computer classroom is a standard classroom with approximately 25 computer workstations placed on desks with chairs and additional whiteboards (Wilson-81, 82). The classroom is in fair to good condition with some noticeable warping of acoustic ceiling panels and the same issues with wall and cabinetry condition.

The library is clearly an addition completed in 1980. A long, low main room with a large window at the end of the room, the library is equipped with chairs, tables, bookshelves, and reference materials (Wilson-46,47, 48). The library has carpeted floors, gypsum wallboard walls, and acoustic ceiling panels with recessed, troffer, light fixtures. The acoustic ceiling panels have a number of stains and chips in them (Wilson-49, 50).

## Cafeteria

The cafeteria is a large, high ceilinged space with large windows on both sides and a platform stage (Wilson-20). The cafeteria is equipped with folding tables and also has a computer projection system with a motorized screen. The finishes in the cafeteria are vinyl composition

---

[15] Arkansas Department of Education, Arkansas School Facilities Manual , Chapter 6, 6100 Series, Page 4

tile, ceramic tile wainscot with plaster walls and acoustic ceiling panels with recessed, lensed light fixtures all in good condition. The heating ventilating and cooling system is ducted into the cafeteria space through a panel in a window, inviting leaks (Wilson-21).

The kitchen area has a serving line with a full kitchen. The finishes in the kitchen area are epoxy floor, with ceramic tile walls, and acoustic ceiling panels with recessed, lensed light fixtures (Wilson-17, 18, 18). The floors are a bit worn, but the walls and ceiling appear to be in good condition. The kitchen equipment also appears to be in fair to good condition in terms of wear.

### Gymnasium
There is no gymnasium at Wilson Elementary School.

### Health Center
The health center at Wilson has two patient beds side by side with no separation, a desk for the nurse, and some storage cabinets (Wilson-83, 84). The floors are vinyl composition tile and the walls are concrete masonry units, both in good condition.

### Play Areas
The play areas are to the south and east of the school building. The areas consist of fields with three separate play areas with equipment (Wilson-36, 37, 38). The play equipment is in good condition with the appropriate equipment for the various grade levels. To the east of the school building is a series of basketball courts in poor condition with cracked and broken surfaces and goals in various states of wear (Wilson-78, 79, 80).

### Portables
There are no portables at Wilson Elementary School

### ADA / Code Issues
As described above, the ADA / Code issues are:
- The main exterior entrance to the school has a concrete ramp for handicapped accessibility. While the slope of the ramp appears correct, the guardrails do not extend out past the beginning of the ramp as they should and there is no handrail properly sized and at the proper height (Wilson-4).
- Interior stair is equipped with a wheelchair lift as required for accessibility, but there is no handrail on the other side of the stair.
- In the corridor leading to classrooms 14 through 17, there is a ramp which has approximately a 1:10 slope, under the maximum 1:12 slope for a handicapped ramp

(Wilson-64). However, the ramp exceeds the 30 foot maximum length for a ramp and does not provide a level landing at the boy's bathroom.

- A code issue in the corridors are the transom windows (Wilson-43, 44, 53). Unless a building has a sprinkler system throughout, there must be a one hour rated separation between the exit corridor and rooms opening onto that corridor. The transom creates a break in the fire separation. Remedies would be to back the transoms with a fire rated partition or to sprinkle the building.

## Cloverdale Magnet Middle School

Cloverdale Middle School, a 114,479 square foot facility built in 1957, serves grades 6 through 8 (Cloverdale-1).[16]

### Exterior

The school is a series of interconnected freestanding wings. The exterior of the buildings range from failing to good condition. The failing exterior is a classroom wing with large diagonal cracking throughout, indicating movement of the foundation of the building (Cloverdale-84, 85, 86, 140). If left alone, the building will continue to shift and begin to crack apart in structural failure. The best option for this wing would be demolition.

Other exteriors of the wings of the school are in fair to good condition. The entry building is in good condition with brick masonry walls, aluminum storefront door system, and a metal fascia with pitched metal roof (Cloverdale-165, 26). The most northern wing of the school's exterior is in good condition with a concrete base, brick masonry walls, and metal roof and fascia (Cloverdale-87).

The cafeteria is also in good condition on the exterior with brick masonry walls, aluminum windows and doors, and a metal roof and fascia (Cloverdale-3).

### Corridors

Cloverdale is divided into a series of long, single and double loaded classroom wings interconnected with open air, roofed corridors and walkways (Cloverdale-2, 65).  At a distance from the complex, but attached by a covered walkway, is the cafeteria (Cloverdale-3). The covered walkways pose a number of difficulties. Students are not protected from the weather as they move from class to class in a middle school setting, doors and walls are not well protected from the elements and temperature changes leading them to deteriorate faster, and the buildings are less secure because there is greater opportunity to enter the school complex. In some areas where there are classrooms double loaded onto the corridor, there is no natural light in an exterior corridor and the corridor is only dimly lit by exterior sodium lamp fixtures, again creating an unsafe situation. In taking photograph Cloverdale-44, I had to use my camera's flash to expose the conditions (Cloverdale-44). The floors are a bare concrete slab, the walls are painted brick with a clerestory window that at one point brought in light before the corridor was roofed over, the ceiling is painted strandboard, and as stated before, underlit by exterior sodium lamp fixtures. The finishes of single loaded exterior corridors are concrete slab,

---

[16] Fanning Howey, Little Rock School District Master Plan, 2014, p. 281.

36

masonry walls, strandboard ceilings, and pipe columns to prop up the open side (Cloverdale-2, 65). The ceilings and doors in these corridors are in poor condition generally with scrapes, dents, cracks and chips (Cloverdale-30, 88, 77, 83, 92, 97, 152). A pipe column has also begun to move and cracked the concrete slab (Cloverdale-147).

The exterior canopy to the cafeteria is in good condition with steel canopy frames, steel decking for roofing, and concrete walkways. A compliant handicapped accessible ramp connects the ground level with the level of the school (Cloverdale-27).

Two buildings have internal corridors, the northernmost building and the front building with the main office (Cloverdale-98, 153). The corridor the northernmost building is in fair to poor condition with chipped and patched vinyl composition tile, painted masonry walls in fair condition, coffered gypsum wallboard ceilings in good condition with linear uplighting fixtures (Cloverdale-98). Lockers in the corridor are dented and rusting (Cloverdale-114). The corridor in the front building is in good condition with vinyl flooring, concrete masonry unit walls, and acoustic ceiling panels and recessed, troffer light fixtures (Cloverdale-153). The lockers in this corridor appear in good condition.

## Restrooms

The conditions of restrooms in Cloverdale range. In the cafeteria building, the restrooms have a lavatory system with mirrors, urinals water closets and ADA accessible stalls (Cloverdale-20, 21, 22). The epoxy coated concrete floors are stained and have some chips, the concrete masonry unit walls are in good condition, and there are some acoustic ceiling panels out of place, but in good condition. The restrooms is lit by a lensed linear fixture over all of the fixtures. The restroom is generally in good condition.

In the northernmost wing of the school with the interior corridor, the restrooms have a lavatory system with mirrors above, urinals, water closets and ADA stalls (Cloverdale-124, 125, 128). The floor is ceramic tile that has some wear, ceramic tile wainscot with concrete masonry unit walls, and solid plastic toilet partitions, generally in good condition.

In the front wing with the office, the restrooms have a lavatory system with mirrors above, urinals, water closets and an alternate ADA stall (Cloverdale-160, 161, 162). The finishes are in fair condition with worn epoxy resin floors over concrete, concrete masonry unit walls and acoustic ceiling panels with surface mounted, lensed light fixtures.

37

*Classrooms*

The classrooms are generally in poor condition. Classrooms in Cloverdale tend to have fewer built-in cabinets, have classroom furniture and equipment in worse condition, and finishes in worse condition than other schools in the district. Some classrooms potentially have old vinyl asbestos tile that is fraying, potentially releasing asbestos fibers for people to breath. Also, most of the classrooms are cooled by residential type air conditioning equipment, an inefficient and many times ineffective method to cool. Many classrooms have small or no windows, leaving classrooms with no natural light and further exacerbating the problem of ventilating.

Finishes and equipment tend to be in fair to poor condition. Classroom 13 has some upper and lower storage cabinets in the room, but a countertop repaired with contact paper (Cloverdale-66). The acoustical ceiling panels in this classroom have some staining on them, particularly a large water stain where fire and bell equipment are located (Cloverdale 67, 70). This classroom also potentially has vinyl asbestos tile, usually recognizable by its 9" x 9" dimensions rather than today's standard 12" x 12" (Cloverdale-69). The floor tile in this room has no visible fraying, but the potential to release asbestos fibers is there. Classroom 13 also has only one residential window type air conditioning unit for cooling (Cloverdale-68). The painted concrete masonry unit walls, however, appear to be in good condition.

In classroom 14, there are similar conditions with interior finishes. Acoustical ceiling panels are ill-fitting and warped (Cloverdale-72, 74). Floor tiles are also potentially vinyl asbestos tile, unfrayed, but with the potential to cause harm. This classroom is also cooled by a residential, window air conditioner (Cloverdale-75).

Classroom 32 has an arrangement of tables and seats, some whiteboards, and bulletin boards. The room does also have a smartboard and technology carts with laptops for the students (Cloverdale-100).  The room has some small windows in addition to the residential window air conditioning units found throughout the classrooms (Cloverdale-102). The flooring is the smaller sized, vinyl asbestos tile but with a number of gouges, potentially releasing asbestos fibers. The acoustic ceiling panels are bowed, and a large ceiling diffuser is cut into the grid and has stained surrounding panels (Cloverdale-108).

In classroom 34, similar finishes are used (Cloverdale-89). Acoustic ceiling panels are worn and utilities that should run above the acoustical panel ceiling run below (Cloverdale-90). The vinyl asbestos floor tile here is broken and frayed at the entrance to the classroom, potentially releasing asbestos fibers (Cloverdale-91).  The concrete masonry walls are in good condition.

Classroom 46B is a classroom with finishes in good condition (Cloverdale-129, 130). The classroom has carpeted floors, gypsum wallboard walls, large windows, and acoustic ceiling panels with recessed, lensed light fixtures, all in good condition. The room is furnished with long tables and chairs, six desktop computers, and a ceiling mounted computer projector.

Classroom 49B has different finishes with carpet, concrete masonry unit walls, and acoustical ceiling panels with recessed, lensed light fixtures (Cloverdale-110). The acoustical ceiling panels are in good condition (Cloverdale-112), but the carpet is worn and needs replacement (Cloverdale-111).

## Specialty Classrooms

The specialty classrooms at Cloverdale include an art, music, band, computer, aerospace & technology, science lab, and library. The school also has a number of teacher and parent resource rooms.

The art classroom has a series of large tables and chairs for working on artwork, and has a long counter with a sink with upper and lower cabinet storage (Cloverdale-57, 58). There are no windows for any natural light in the room, a disadvantage for an art classroom. The flooring is vinyl composition tile, useful for clean-up in an art room. There are only two shelving systems for storing artwork. The walls are gypsum wallboard and the ceiling is composed of acoustical ceiling panels with recessed, troffer lighting. The finishes in the art room are in good condition, but the acoustical panel ceiling has some damage.

Classroom 33, a music classroom does not have the most basic furnishings and equipment (Cloverdale-93). At the teacher's desk, there are two keyboards, but no other keyboards visible in the room for students. Instead, there are tablet arm desks for the students. The corridor side of the room has a long counter with a hand sink and a lab sink with storage underneath (Cloverdale-94). The flooring is vinyl asbestos tile, with a number of gouges and scrapes (Cloverdale-95). The walls are concrete masonry units in good condition, with the residential window air conditioner and acoustical ceiling panels with surface mounted lensed lighting fixtures in good condition (Cloverdale-96).

The band room is a large room with carpeted floors, paneled walls, and acoustic ceiling panels with surface mounted light fixtures (Cloverdale-135). The room has a number of storage rooms for the band instruments and racks as well. The room does not have enough volume for its use as a band room to have the best acoustics for practice.

The finishes in the band room are in fair condition, the carpet is worn with some stains, the paneled walls have some dents and repairs with doors that are clearly worn (Cloverdale-138). The ceiling has some panels out of place, but is in generally good condition (Cloverdale-137).

The computer classroom is a typical classroom furnished with tables, chairs and desktop computers (Cloverdale-78, 80). The floors are vinyl asbestos tile, which are worn and have a number of chips (Cloverdale-81). The walls are painted concrete masonry units in good condition and acoustic ceiling panels with surface mounted, lensed, lighting fixtures. The acoustical ceiling panels sag and are in poor condition (Cloverdale-79).

The aerospace and technology classroom is where students can build models and learn about aerospace (Cloverdale-119, 120, 121). The classroom is equipped with long tables and chairs, and full height wood cabinetry for storage. Next door is a classroom for robotics work with long tables, chairs, carts and robotics kits (Cloverdale-116, 117). The doorway to this room has chipped and broken vinyl asbestos tile (Cloverdale-115).

The science lab is a classroom ringed with counters and sinks with gas cocks, and with under and upper cabinet storage (Cloverdale-157, 158). The sinks are working, but the gas cocks do not supply gas. The room is furnished with lab tables and chairs, and there is a teacher's demonstration table at the front of the room. The lab has vinyl composition tile floors, concrete masonry unit walls and acoustic ceiling panels with recessed, troffer lighting fixtures, all in good condition.

The library is a large room furnished with tables and chairs, lined with metal bookshelves and freestanding bookshelves (Cloverdale-141, 143). The library has a small reference desk and a librarian's office with glass walls overlooking the main room. The library has carpeted floors, concrete masonry walls in fair and good condition. The acoustic ceiling panels have a patchwork of replaced panels with recessed, troffer, light fixtures, mostly in good condition. This large room is cooled by only two residential, window type air conditioners, which is not adequate according to the librarians (Cloverdale-142).

## Cafeteria

The cafeteria is placed in a separate building built in 1991 (Cloverdale-3). The dining room is a large, tall ceilinged room with a platform stage, smaller dining room, and its own restrooms. The dining room has vinyl composition flooring, concrete masonry unit walls with large windows to the north, and acoustic ceiling panels with recessed troffer light fixtures. The ceiling panels are in fair condition with some panels bowed and a broken grid (Cloverdale-11).

The platform stage is accessible from steps at the front of the stage and a ramp located in a room behind the stage (Cloverdale-12, 13, 14). The room behind the stage has some stained and broken acoustic ceiling panels (Cloverdale-15, 16).

The smaller dining area has its own small kitchen, with a sink, trash compactor, and upper and lower cabinets (Cloverdale-19).

The kitchen area includes a serving line and a full kitchen, with epoxy on concrete floors, gypsum wallboard walls, and acoustical panel ceilings with surface mounted, lensed, light fixtures, all in good condition (Cloverdale-6,7,8). The kitchen equipment also appears to be in good condition.

## Gymnasium
The gymnasium holds a full basketball court with telescoping stands at one side (Cloverdale-41, 43). The gymnasium is naturally lit by large polycarbonate panel windows (Cloverdale-42). The finishes are hardwood flooring, concrete masonry unit walls and large steel trusses with steel panel ceilings, all in good condition.

The gymnasium also contains locker rooms with showers and a weight room (Cloverdale-37, 38, 39). The locker room have epoxy coated floors with some patching, concrete masonry walls with some cracking evident, and acoustical ceiling panels with some bowing panels (Cloverdale-37). There are two stalls with toilet partitions in fair condition and a handwashing station, but no handicapped stalls. The shower room has gang showers with ceramic tile floors and wainscot, but appears to not be used (Cloverdale-38).

The weight room has concrete floors, steel trusses with steel ceiling panels and concrete masonry walls in good condition (Cloverdale-39).

## Health Center
The health center has two patient beds divided by a privacy curtain and a long counter with a sink with lower and upper cabinet storage in good condition (Cloverdale-163, 164). The center has vinyl composition tile floors, gypsum wallboard walls and acoustical ceiling panels with recessed, troffer lighting, all in good condition.

## Play Fields
Cloverdale has a football field with stands and a concrete track surrounding it (Cloverdale-23, 24, 25). The field and the track are in fair condition.

41

## Portables

There are no portables at Cloverdale Middle School except for a storage shed for the school's maintenance workers (Cloverdale-139).

## Code / ADA Issues

The buildings at Cloverdale are accessible with no apparent code violations.

## Forest Heights STEM Academy

Forest Heights STEM Academy, originally built in 1955 and then remodeled in 2008-09, "offers students with interests in Science, Technology, Engineering, and Mathematics (STEM) school-wide enrichment experiences, project-based learning, real-world applied learning, career awareness, and other STEM specific activities. "[17] The academy, a 167,040 square foot facility, serves grades K-8.

### Exterior

Forest Heights is a complex of four buildings. The main building is a two story brick masonry building built into the hill (Forest Heights-2). The main building has brick masonry walls with aluminum fixed and operating windows. The triangular entry portion of the main building has a pitched metal roof while the larger bar building in the back has a flat roof. (Forest Heights-25). The brick and windows are in excellent condition (Forest Heights-11, 12).

To the east of the main building is what is identified in the plans as the '500 Building'. This building contains the specialized technology classrooms and has the same exterior finishes and construction as the main building. The exterior of the 500 Building is like the main building, in excellent condition.

To the west of the main building is the 700 Building and cafeteria (Forest Heights-1). The 700 building is a long, one story bar with the same brick exterior, but with large aluminum storefront windows on the south side (Forest Heights-50). The brick walls and windows are in excellent condition. The space in between 700 Building and 600 Building is a concrete paved plaza with brick accent bands and streetlamps on brick pedestals in excellent condition.

The 600 Building just to the south of the 700 Building contains the gymnasium (Forest Heights-55). The exterior of the 600 Building has the same brick and aluminum window system in the classroom areas, but the gymnasium is sheathed in a metal panel system. Both the brick and metal panel system are in excellent condition.

### Corridors

Each of the buildings, Main, 500, 600, and 700 have internal corridors. In the Main building, corridors have vinyl composition tiles, concrete masonry unit walls, and acoustic ceiling panels with recessed, lensed, light fixtures. The walls and ceilings are in excellent condition, but the flooring has some very large gouges and scratches (Forest Heights-6,7,8). The corridor of the

---

[17] Little Rock School District, "Forest Heights STEM Academy", http://schools.lrsd3.org/?q=content/forest-heights-stem-academy

main building also has standard and wheelchair height water fountains with a bottle fill in excellent condition (Forest Heights-5).

Stairwells in the Main Building are generously sized with large windows for natural light, vinyl tile and risers for flooring, concrete masonry unit walls, and acoustic ceiling panels (Forest Heights-16). At the ground floor of the stair is a large, naturally lit, sitting area at the landing (Forest Heights-24). The stairwells are in excellent condition.

The corridors in the 500 Building have patterned vinyl composition tile, concrete masonry unit walls, and acoustic ceiling panels with recessed, lensed light fixtures, all in excellent condition (Forest Heights-34).

In the 600 Building, there are no corridors, all the rooms adjoin one another or open to the exterior.
The 700 Building has a long, single loaded corridor that leads to the cafeteria. A ramp makes the transition in level from the level of the main building and the cafeteria (Forest Heights-35). The corridor and ramp have patterned vinyl composition tile, brick and concrete masonry walls, large storefront type windows, and acoustic ceiling panels with pendant type linear light fixtures placed in a repeating 'V' pattern, all in excellent condition.

*Restrooms*

Restrooms in the Main Building include a lavatory system with mirrors, urinals with full height screens, and an ADA stall, air hand dryers, and a large glass block window (Forest Heights-4). The interior finishes of the restroom are epoxy coated concrete floor that turn up the concrete masonry unit walls to provide a wainscot behind the lavatory fixtures, and gypsum wallboard ceilings with recessed, lensed, light fixtures. All of the fixtures and finishes are in excellent condition.

In Building 500, the restrooms include a lavatory system with mirrors, urinal, and an ADA stall, and air hand dryers (Forest Heights-28). The interior finishes of the restroom are epoxy coated concrete floors, concrete masonry unit walls, and acoustic ceiling panels with recessed, lensed, light fixtures. The ADA stall has the epoxy coated floor turn up to become a wainscot behind the water closet (Forest Heights-29). All of the fixtures and finishes are in excellent condition.

In Building 600, the restrooms are within the locker rooms. The locker room restrooms include two hand sinks, urinals with privacy partitions in stainless steel, an ADA stall, and hand dryers (Forest Heights-48). The finishes are epoxy coated concrete floors, concrete masonry unit walls,

gypsum wallboard ceilings with surface mounted linear light fixtures. All of the fixtures and finishes are in excellent condition.

Building 700 include a lavatory system with mirrors, urinals with full height screens, and an ADA stall, air hand dryers, and a large glass block window (Forest Heights-4). The interior finishes of the restroom are epoxy coated concrete floor that turn up the concrete masonry unit walls to provide a wainscot behind the lavatory fixtures, and gypsum wallboard ceilings with recessed, lensed, light fixtures. All of the fixtures and finishes are in excellent condition.

## Classrooms

In the Main Building, the classrooms have the basic furnishings and equipment, are flexible, and are generally in very good condition. Classrooms have large windows that open with bookcases underneath the windows, tables and chairs for individual students, storage cabinets, the smartboards found in all classrooms in the district. Classrooms have movable partitions between them that allow for rooms to be combined (Forest Heights-18). In other classrooms as well, there are sinks with counters and under cabinet storage with both cabinets and drawers in a natural wood finish (Forest Heights-20). All of the furnishings and equipment is in very good to excellent condition.

The finishes in the Main Building classrooms are carpeted floors, concrete masonry unit walls and movable partitions, acoustic ceiling panels with recessed, lensed, light fixtures. The carpet is in very good condition and the walls are in excellent condition. The acoustic ceiling panels, however, sag and could be replaced (Forest Heights-17). The classroom is heated and cooled by a split system HVAC unit, with thermostatic control in the room.

 In Building 700, the classrooms, have the same finishes as the classrooms in the Main Building, but also have more built-in storage and areas. The classroom has a counter with drawer storage underneath and two tall wardrobes spanning the length of the classroom (Forest Heights-37). At the other end of the classroom, there is a short concrete masonry wall defining an area for the teacher (Forest Heights-38). The classroom has a row of operable windows with a wood sill. The finishes are carpet floors, concrete masonry unit walls, and acoustic ceiling panels with recessed, troffer, light fixtures. All of the finishes are in excellent condition.

## Specialty Classrooms

Forest Heights has a large number of specialty classrooms. In the Main Building, there are computer classrooms and the media center. In the 500 Building, all of the classrooms are specialty classrooms. In the 700 Building, there is an elementary music classroom while in the 600 Buildings, there are band and choir rooms.

45

The computer classrooms in the Main Building are standard classrooms with desktop computer equipment (Forest Heights-9, 14, 15). In both of these rooms, there are plates for floor monuments, power from the floor, but not used (Forest Heights-10). In one of the rooms, the acoustic ceiling panels have some holes in them (Forest Heights-13).

The media center is a large, low ceilinged, room on the ground floor of the main building with windows on both ends (Forest Heights-23).  The library is furnished with low wood shelving at the center and high wood shelving at the perimeter walls, lounge furniture, tables & chairs, a large reference desk, and library equipment (Forest Heights-21, 22). The finishes in the media center are carpet, concrete masonry unit walls, and acoustic ceiling panels with recessed, troffer, light fixtures. All of the equipment, furnishings, and finishes in the library is in very good to excellent condition.

The 500 Building is devoted to specialty classrooms, in particular, Project Lead the Way classrooms and art classrooms. Project Lead the Way (PLTW) is a problem-based, hand- on program for learning. The PLTW classrooms have a lab type environment for hands on learning. Long, standing height, wood lab tables are in the center of the room, with wood shelving and glass cabinets along a wall (Forest Heights-30). A counter with a large sink and wood under counter storage is also along the wall. The finishes in the room are vinyl composition tile floors, concrete masonry unit walls, and no finished ceiling. At the ceiling level are large supply ducts to provide adequate ventilation for any type of experimentation and pendant up and down lighting fixtures. The finishes are in very good to excellent condition.

Another PLTW classroom is devoted to robotics work. The robotics classroom is furnished with long wood lab tables as in the other classroom and chairs (Forest Heights-31). Along one wall is open wood shelving above a countertop with wood cabinets below. The finishes in the robotics room are carpet, concrete masonry walls and acoustic panel ceilings with pendant up and down lighting fixtures for even lighting.

In the 500 Building, there is also an art room that is similar to the PLTW classroom except that it has a large stainless steel utility sink (Forest Heights-26). The art room is furnished with tables and chairs for younger students. The condition of equipment and finishes are very to excellent in this art classroom.

A second art room is also in the 500 Building (Forest Heights-27). This art room has extensive wood flat files and storage system for artwork in addition to the other amenities found in the other art room.

On the same floor as the robotics classroom in the 500 Building is an additional classroom similar to the robotics room but equipped with computers (Forest Heights-33).

In the 700 Building, there is a music classroom that is a standard classroom that is simply equipped with musical instruments and risers (Forest Heights-36). The finishes are carpet, concrete masonry units and acoustical ceiling panels with recessed, lensed, light fixtures, all in excellent condition.

The 600 Building contains the band and choir classrooms. The band room is a large, but low ceilinged, room (Forest Heights-51). The lack of volume makes this room not ideal for practice. The band room has offices along the north wall. The finishes are carpet, which is in good condition, concrete masonry unit walls, and acoustical ceiling panels that are sagging and could be replaced.

The chorus classroom is similar to the space shown in Forest Heights-52 except larger. The room steps up with room sized risers and also has a high ceiling. The room has an appropriate volume to make it a good choral practice space. The finishes are carpet, which is in good condition, concrete masonry unit walls, and acoustic ceiling panels, which are sagging and could be replaced.

## Cafeteria

The cafeteria is at the east end of the 700 Building and is original to the 1955 building. The cafeteria is a large, high ceilinged, space with northern facing clerestory lighting (Forest Heights-41, 42). The dining room also has a small platform stage only accessible by steps to each side and not ADA accessible (Forest Heights-43). The finishes are vinyl composition tile floors in good condition, and acoustical ceiling panels, that have some dents and stains, with pendant lighting fixtures. The serving line is within the dining room and is in good condition (Forest Heights-45).

## Gymnasium

The gymnasium is also original to the 1955 building. The gymnasium houses a full basketball court with fixed stands to the north of the court (Forest Heights-46, 47). The gymnasium is naturally lit by a north facing clerestory. The gymnasium has a hardwood court, painted brick lower walls and steel panel upper walls, and acoustical ceiling panels over the seating with steel trusses over the court. The spectator stands are painted wood benches. The finishes are in good condition, but the spectator benches' paint is fading and abraded.

47

The locker room is at the opposite side of the court from the spectator stands. Along with a restroom, the locker room has a great number of lockers, but very few benches for dressing and undressing (Forest Heights-49). The floor of the locker room is raw concrete and rough, unacceptable for a floor surface. The walls of the locker room are ceramic tile and the ceilings unfinished.

## Health Center
The Health Center was not visited.

## Play Fields
A football field with a track is to the south of the school buildings (Forest Heights-53). However, there are no play structures visible for the K-5 students at the school.

## ADA / Code Issues
There are no apparent accessibility or code issues.

# Henderson Middle School

Henderson Middle School is a 103,212 square foot building constructed in 1964 that serves 6th through 8th grade.[18]

## *Exterior*

Henderson has an exposed concrete frame rendered over and painted white that supports the roof system (Henderson-1). Brick is used to infill the walls between the concrete columns. The framing elements do not appear to have any cracking or movement. Likewise, the brick infill walls show no diagonal cracking, although they do show some repair and repointing. On the whole, the exterior is in good condition.

The cafeteria is lifted off of the ground plane on the concrete frame. A window wall fills the space between the concrete elements, and there is a small, metal roof overhanging the window wall (Henderson-64). The window wall is in fair to poor condition (Henderson-49). While there is the one cracked window pane shown, the metal frame shows rust and flaking throughout at the base of the window wall system. The small shelter next to the cafeteria shows some staining from its roof as well (Henderson-64).

To the northeast of the cafeteria is a concrete masonry unit wall that infills a void space at the end of the building to turn it into a storage space. The wall has some diagonal cracking at the base, indicating that there is some movement in the wall (Henderson-63). The wall may have been constructed without pouring a footing or reinforcing the wall.

There are two small, exterior courtyards that the school is organized around (Henderson-32). The courtyards have large storefront windows looking into the courtyard from the surrounding corridors. Some water is leaking into the building from the storefront windows which is evident from the stained acoustical ceiling panel adjacent to the windows (Henderson-2, 3). The courtyards have brick paving and planted areas as well.

## *Corridors*

The major corridors in Henderson run the entirety of the building from the northwest to the southeast end of the facility (Henderson-4). The major corridors are two stories tall and appear to have had clerestory windows that were roofed over at some point. The corridor is lined with lockers and looks out to the two courtyards. The finishes of the main corridors are poured concrete floors, in worn but fair condition, concrete masonry and plastered walls, and a metal window frame indicated the presence of the clerestory. The plastered wall show some cracking

---

[18] Fanning Howey, Little Rock School District Master Plan, 2014, p. 287

and bubbling, particularly at corners and ends where water may be penetrating.  (Henderson-83). Doors into these major corridors are in poor condition with multiple chips and dings from use (Henderson-79).

The other corridors at Henderson connect perpendicularly to these larger corridors (Henderson-10). These corridors are only one story high with what appear to be later constructed bulkheads at the classroom doors to allow for HVAC and services to pass across the corridor. Lighting levels are very poor in these corridors. The corridors have the same poured in place concrete floors, in fair condition, brick masonry and what appear to be plaster walls in good condition, and plaster ceilings in good condition. The bulkheads are constructed from gypsum wallboard with acoustical ceiling panels that are in poor condition with stained and warped panels.

At the end of the perpendicular corridors, there are exit doors accessed by stairs (Henderson-12). The handrails are in poor condition and do not meet ADA requirements.

In some smaller corridor spaces, there are areas where walls do not meet floors and ceilings (Henderson-28, 29).  These lack of closures create an issue in providing a one hour rating between classroom and exit access corridor, a code problem. Also, the finishes are in poor condition. A small corridor at the northwest wing is missing vinyl cove base (Henderson-33, 34).

## *Restrooms*

The restrooms in Henderson are mainly along the major corridors. The restrooms along the major corridors are small and not handicapped accessible. Fixtures include a lavatory system, mirrors, paper towel dispenser, three urinals, and three standard stalls (Henderson-21, 22, 24). The ceilings in these restrooms are low and lit by only two, handmade, overhead fixtures (Henderson-23). While the fixtures are in good condition, the finishes in the restrooms themselves are in good to poor condition. Epoxy coated floors have the occasional stain, but are in good condition. The plaster walls are in poor condition, rough overall and chipped and pitted near the floor base. The plaster ceiling is in poor condition with stains and cracks. As stated before, the light fixtures and ventilation diffusers are not commercial grade, but handmade with lumber trim holding the ventilation grille and lens of the light fixture in place (Henderson-23).

In the other restrooms, there is a similar configuration and condition (Henderson-68, 69, 80, 81, 82). The walls are concrete masonry units, but the wear and poor construction of the ceiling fixtures are the same.

The ADA restroom in the administrative area has the appropriate area and space and fixtures (Henderson-84, 85, 86). The fixtures are in excellent condition and the room finishes are in very good condition.

## Classrooms

Most of the general classrooms are to the northeast of the exterior courtyards and major corridors. The major feature of these classrooms are two parallel, barrel vault ceilings (Henderson-5). The classrooms, however, have no windows and are lit by only six linear pendant fixtures. The vinyl composition tile floors are worn, but in fair condition, the concrete masonry unit walls are in good condition, and the plaster vaults have some staining, but are in good condition. A small cabinet apparently with intercom, bell and clock equipment sits at the front of the room.

The classrooms are sparsely furnished with some painted bookcases in poor condition at the back of the room, two desktop computers, tablet arm chairs, a table, and a white board across the front of the room with a smartboard installed on top.

Some other classrooms have more furnishings and equipment (Henderson-8, 9). An English classroom has bookcases with lower cabinets, tables, chairs, and some bulletin boards. White boards are on two adjacent sides of the room with the smartboard installed atop a white board. Three desktop computers are in the front corner of the room.

Other classrooms are similarly equipped with whiteboards and smartboards, but also with old, painted, cabinets that are chipped and have broken cabinet doors (Henderson-26, 27).

This math classroom is located to the southwest of the courtyards (Henderson-70, 71). The classroom is only one half of a regular vaulted classroom with a carpeted floor, concrete masonry unit walls, and the plastered, vaulted, ceiling in good condition. The classroom is sparsely furnished with tablet arm chairs, a smartboard, a whiteboard, and a bulletin board.

## Specialty Classrooms

There are a number of specialty classrooms in Henderson; there are art classrooms, computer classrooms, a band room, choral room, science classroom, and media center

Some classrooms in this northeast wing do not have the barrel vaulted ceilings (Henderson-14). This art classroom has vinyl composition tile floors, which are scuffed and worn, concrete masonry unit walls, in good condition, and acoustical ceiling panels with recessed, troffer lights.

The ceiling panels are badly stained in places, indicating leaks, but are generally in good condition (Henderson-15, 16).

This art room is sparsely furnished with a variety of old tables, some bulletin board space, and a cabinet with some storage racks in the corner of the room (Henderson-13). There is no sink in this art classroom.

A second art classroom at the southwest wing is similar to the art room in the northwest wing, but has what appears to a moveable wall system with a transom window on one side (Henderson-66). A code issue exists in that the wall system is not fire rated so there is not a one-hour fire separation between the classroom and the exit access corridor.

The room is again sparsely furnished for an art room with a variety of tables, chairs and some whiteboards. At the back of the room is a small counter with a sink and upper and lower storage cabinets (Henderson-67). A group hand wash station is also in the room.

One of the computer classrooms is in a vaulted ceiling classroom (Henderson-42). The finishes in the room are in good condition except for the plaster vault, which is peeling at the center where the HVAC supply duct is hidden. The room is furnished with a variety of tables & chairs, and two painted cabinets with lower and upper storage in worn condition.

A second computer classroom has carpeted floors, concrete masonry unit walls and acoustical ceiling panels with recessed, troffer light fixtures haphazardly placed (Henderson-90, 93). The carpet is cut and some of the acoustical ceiling panels show staining (Henderson-91, 92).

The band room is the width of one and a half classrooms and the length of rooms in the southwest wing (Henderson-75). While this room is large and has some volume due to the vaulted ceiling, I could not test the acoustics to see whether the vaults would simply concentrate and trap the sound in the room due to their shape. In addition to the large space, there is a row of six small practice rooms as well as instrument storage in the room (Henderson-76). The finishes are carpet with some staining and wear, gypsum wallboard walls that are chipped and rough, along with doors that are worn. The vaulted and flat ceilings have some staining and cracking and are in fair condition.

The choral room is the width of a standard classroom and the length of the rooms in the southwest wing (Henderson-77, 78). The room has a series of built-in wood choral risers. Again, while the volume provided by the barrel vaults is advantageous for music, the shape of the

barrels may trap the sound. The finishes are vinyl composition tile floors, gypsum wallboard and concrete masonry unit walls in fair condition, and plaster vaulted ceilings in good condition.

The science classroom is a barrel vaulted classroom (Henderson-36). The science room has a whiteboard with smartboard, lab tables and chairs, some painted storage cabinets flanking the teacher's desk, and a single sink (Henderson-37, 35). There are no lab stations with sinks for students or any other equipment.

The media center is a large space with the barrel vaulted ceiling (Henderson-30, 31). The media center has a carpeted floor in good condition, walls with recessed bookshelves, and the plaster vaults in good condition. The library has a reference desk, tables and chairs, freestanding bookshelves and other library equipment. The library is in overall good condition.

## Cafeteria

The cafeteria is on the second floor and is a large room with windows on three sides (Henderson-45). The floor is a vinyl composition tile that has some staining, and acoustical ceiling panels in good condition with recessed, troffer, light fixtures. The serving areas are at the entrance to the dining room, with the same vinyl composition tile and concrete masonry unit walls (Henderson-46). The ceilings at the serving areas have peeled paint on the plaster ceilings (Henderson-48, 50). The dining room is accessible through an elevator (Henderson-65).

The kitchen is underneath the serving areas (Henderson-44). The kitchen has vinyl composition tile, concrete masonry unit walls, and plaster ceilings. The ceilings are peeling paint. The kitchen equipment appears to be in good condition.

## Gymnasium

The gymnasium has a full basketball court with stands on both sides (Henderson-53). The stands are elevated from the court floor and are concrete with wood bleachers (Henderson-52). By being elevated, the bleachers are not handicapped accessible (Henderson-55). The gymnasium also has a platform stage on one end of the gymnasium (Henderson-51). The stage, as well, is not handicapped accessible.

The finishes are in poor condition. The concrete floors are worn, concrete masonry unit walls are in good condition, and acoustic ceiling panels are missing and broken.

The locker rooms have concrete floors, concrete masonry walls and plaster ceilings in fair condition (Henderson-54).

## Health Center

The health center is within the administrative area (Henderson-87). The center has two patient beds with privacy curtains (Henderson-88). The center has a sink cabinet with overhead cabinets to one side and a desk for the nurse (Henderson-89). The finishes are vinyl composition tile, concrete masonry unit and gypsum wallboard walls, and acoustical ceiling panels in good condition.

## Play Fields

The play fields include 4 basketball courts, 4 previous tennis courts, and 4 soccer fields (Henderson-95, 96, 97). The fields are all in poor condition. The soccer fields are eroded and cracked pavement on the basketball courts. The tennis courts have no nets, fencing or any other equipment so that the tennis courts would be playable.

## Portables

To the northeast of the main building are two portables with four classrooms (Henderson-56). The classrooms have vinyl tile floors, paneled walls and acoustical ceiling panels (Henderson-57, 58, 59, 60, 61, 62). The finishes are in fair condition and a number of ceiling panels are missing.

## ADA / Code Issues

- At the end of the perpendicular corridors, there are exit doors accessed by stairs (Henderson-12). The handrails are in poor condition and do not meet ADA requirements.
- In some smaller corridor spaces, there are areas where walls do not meet floors and ceilings (Henderson-28, 29).  These lack of closures create an issue in providing a one hour rating between classroom and exit access corridor, a code problem.
- A second art classroom at the southwest wing is similar to the art room in the northwest wing, but has what appears to a moveable wall system with a transom window on one side (Henderson-66). A code issue exists in that the wall system is not fire rated so there is not a one-hour fire separation between the classroom and the exit access corridor.
- The stands are elevated from the court floor and are concrete with wood bleachers (Henderson-52). By being elevated, the bleachers are not handicapped accessible (Henderson-55).
- The gymnasium also has a platform stage on one end of the gymnasium (Henderson-51). The stage, as well, is not handicapped accessible.

## Pinnacle View

Pinnacle View is a facility adapted from a 74,000 square foot office building into a 6th grade school. A new 175,000 square foot school is being constructed from an existing warehouse next to the current facility so that in the next few years, 7th and eighth grade classes will be added.[19]

### Exterior

The building exterior is a grey brick masonry and glass curtainwall system. The exterior envelope shows no signs of water damage or weathering and appears to be in excellent condition.

### Corridors

The building is organized around a three story central atrium space with a large fountain in the center and a large central skylight (Pinnacle View-4). The finishes are black granite tiles on wall surfaces, with ceramic tile flooring. Railings are glass. The finishes are all in excellent condition.

Corridors in the building are very short and run in the cardinal directions from the atrium space. The exit stairways are large with adequate clearances (Pinnacle View 25). Finishes are textured rubber flooring, gypsum wallboard walls, and acoustical ceiling panels, all in excellent condition. The fire extinguisher on the floor should be wall mounted.

### Restrooms

Restrooms are located on each level, with a girl's and boys as well as a separate ADA restroom. The boys' restroom on the ground floor includes a lavatory system, wall size mirror, paper towel dispensers, and two stalls with water closets (Pinnacle View-5,6). The finishes include ceramic mosaic tile floors, gypsum wallboard walls with wallpaper, and acoustic ceiling panels with recessed, troffer, light fixtures. The wallpaper is peeling back and some of the ceramic tile base is missing, probably due to the heavy use from students, but the finishes are otherwise in very good condition.

On the first floor, the boys' restroom has the same finishes as the ground floor, but includes urinals (Pinnacle View-19, 20). The finishes are in very good condition.

### Classrooms

Partitions have been added to the open floor plan of the building to temporarily create classrooms. Classrooms have then been equipped with basic equipment and furnishings

---

[19] Benjamin Hardy, "A look inside the LRSD's new soon-to-be middle school in West Little Rock", *Arkansas Times*, January 9, 2016.

(Pinnacle View-1, 2). The classrooms have tables, chairs, smartboards, but no tackboards or whiteboards. All of these items are in excellent condition. Additional residential lounge furniture has also been added. The finishes in these rooms, carpet, gypsum wallboard and acoustic ceiling panels with recessed, troffer lighting, are in excellent condition.

Other classrooms are in similar condition with similar amounts of furnishing and equipment (Pinnacle View-3, 9). A history classroom on the first floor, illustrates the basic furnishings and equipment; chairs, tables, a small whiteboard, smartboard and some shelving (Pinnacle View-11, 12, 13).

## Specialty Classrooms

The specialty classrooms at Pinnacle View include a digital design and fabrication laboratory, music room, science room, and media center. These specialized classrooms exist only due to equipment placed in those rooms and not the space or architectural qualities of those rooms.

The digital design and fabrication laboratory contains desks, chairs, computer workstations, three dimensional printers, and plotters (Pinnacle View-17). The finishes in these rooms, carpet, gypsum wallboard and acoustic ceiling panels with recessed, troffer lighting, are in excellent condition.

The music room is simply a corner of the facility that has been equipped with chairs, music stands and a smartboard (Pinnacle View-23, 24). There is no apparent instrument storage and the space overlooks the atrium with no separation for noise, etc.

The science room is a standard classroom for this facility with a portable lab table (Pinnacle View-27). The media center is a small room with tables, chairs, a reference desk and rolling bookshelves (Pinnacle View-15,16).

## Cafeteria

The  cafeteria has been created form what appears to be a former cafeteria or break room for the office building with a large, glassed in area (Pinnacle View-7,8).  There is a good sized dining area with tables and chairs, and a small room off of the dining room for a serving line, but no kitchen.  Food is prepared at Don Roberts Elementary and transported to Pinnacle View. At the center of the space is a granite faced octagonal bar area.

The dining area finishes are black granite tiles and dark brick on the wall surfaces, ceramic tile flooring, and acoustical ceiling panels with granite balcony fascias. Railings are glass. The finishes are all in excellent condition.

*Gymnasium*

There is no gymnasium at Pinnacle View.

*Health Center*

There is a health center in Pinnacle View, but I did not visit it.

*Play Fields*

There are no play fields at Pinnacle View.

*Portables*

There are no portables at Pinnacle View.

*ADA / Code Issues*

The building is fully sprinklered and has an elevator, so there are no apparent code or ADA issues.

## McClellan High School

McClellan High School is a 158,770 square foot facility originally constructed in 1965 that serves 9th through 12th grade students.[20]

### Exterior

The front of McClellan High School has a freestanding front portal probably constructed in the 1990's (206). Behind this portal, is the typical exterior of McClellan High School, brick masonry with a sheet metal roof fascia in some areas (McClellan-73).  The exterior wall is generally in good condition with some repair and staining, but few visible diagonal. In some areas where original opening were filled in with concrete masonry, the movement between the two walls have created some cracks in the original wall (McClellan-90).

The East Wing of the school, an addition built in 1990, creates an 'L' of classrooms off of the block of the original building. Between one leg of the 'L' and the other is a covered breezeway (McClellan-72). The breezeway roof is made from steel tube with steel deck creating the roof surface. The steel is in good condition. While one leg of the 'L' is in brick matching the existing building, the other is precast concrete panels. Both walls are in good condition. The doors are in poor condition, worn, dented and with rusting spots (McClellan-71, 74, 75).

The auditorium, to the west of the main building, has brick masonry that matches the main building and is in good condition. The roof has metal coping at the roof in good condition. A roof scupper is full of leaves and should be cleaned out (McClellan-190).

### Corridors

Corridors in McClellan are of two types, exterior and interior. The exterior corridors straddle the major spaces of the school: cafeteria, library and two open courtyards and run north-south. The open courtyards have large planters in the center of the space with a bench that surrounds the counter. The exterior corridor leading into the courtyard has simply an overhead roof constructed of steel columns, beams, and purlins with steel deck for the roofing (McClellan-2). The steel columns, beams, and purlins has some rust and pitting and are in fair condition. The concrete slab of the courtyard is stained and has some broken concrete.

Where the corridor is double loaded, the exterior corridor is simply roofed over by metal deck (McClellan-113). The floor is a concrete slab, the walls are the exterior brick, concrete masonry and stucco bulkheads, and the metal deck. The finishes are in fair condition, with wear and

---

[20] Fanning Howey, Little Rock School District Master Plan, 2014, p. 301

pitting on the concrete slab and some cracking of the stucco. At the ceiling, electrical and communications conduit is exposed.

At some doorways at the exterior corridor, there are large cracks in the concrete (McClellan-22).

The interior corridors connect to the exterior corridors and run east-west. The corridors have vinyl composition tile floors, gypsum wallboard walls, and acoustical ceiling panels with recessed, troffer, lighting fixtures (McClellan-14). Most of the finishes are in poor condition. The vinyl composition tiles are cracked, uneven, and broken at doorways (McClellan-16, 134, 135, 173, 185, 186). Doors are dented, worn, and many have rusted sidelights as well (McClellan-15, 133, 175). Walls are dented and uneven as well. The acoustical ceiling panels are uneven, stained and dented. Some corridors have plaster ceilings and are rough and in poor condition (McClellan-174).

In one corridor, the corridor walls do not meet the floor and leave a gap (McClellan-179, 180, 189). The difficulty with the gap is that there is not a one hour fire separation between the classrooms and the exit access corridors.

Some corridors have newer vinyl composition floors in good condition, but walls and ceilings still in poor condition (McClellan-38, 39, 40, 41).

## Restrooms

The restrooms vary in size and condition. Restrooms accessed from the exterior corridors have individual lavatories, urinals with privacy partitions, water closet stalls with an accessible stall, mirrors, and paper towel dispensers (McClellan-42, 43, 44). The finishes are ceramic tile floors, ceramic tile wainscoting, concrete masonry unit walls, and gypsum wallboard ceilings. The finishes are in good condition except for the ceiling which has peeling paint.

Another restroom accessed from the exterior corridor is similar. While there are similar fixtures, the finishes are different. The flooring is epoxy coating concrete in good condition, concrete masonry unit walls with some gouges in fair condition, and toilet partitions that need to be refinished and scrapes.

In the auditorium, the restroom has two hand sink fixtures, a urinal and an ADA stall (McClellan-202, 205). Mirrors over the hand sinks are missing. The flooring is badly stained and the vinyl base is delaminating from the wall and in poor condition (McClellan-204). The concrete

masonry unit walls are in good condition, but the acoustic ceiling panels are in poor condition, stained, sagging and mismatched (McClellan-203).

*Classrooms*

Classrooms are in various condition from good to poor. The classrooms also have a range of furnishings and equipment. Most of the classrooms have no windows as well.

Classroom H-2 has carpeted floors, concrete masonry unit and gypsum wallboard walls, and acoustic ceiling panels with recessed, troffer, light fixtures (McClellan-18). The carpet is worn (McClellan-19).  The ceilings are in good condition (McClellan-20).

The classroom is furnished with tablet arm chairs, teacher's desk, tables with desktop computers, smartboard, and a tackboard.

In classroom J-11, the finishes are carpet, gypsum wallboard walls, and acoustic ceiling panels with recessed, troffer, light fixtures (McClellan-55, 56). The carpet is in poor condition with stains (McClellan-56, 59).  Walls are in good condition and the ceiling are in fair condition (McClellan-58).

The classroom is furnished with tablet arm chairs, counters at the perimeter of the room with desktop computers, wood bookcase, podium, whiteboards, smartboard, and desk. The furnishings are in good to fair condition.

Others are in much worse condition and with sparser furnishings and equipment. Classroom MM-6 has vinyl composition floors in poor condition, concrete masonry unit walls, and acoustic ceiling panels with recessed, troffer, lighting fixtures in fair condition. The floors are scuffed, broken and damaged (McClellan-77, 78, 79). Ceilings have some dirt and age, and are missing panels in places (McClellan-76, 80).

The room is furnished with tablet arm chairs, tables and a wood cabinet in mostly good condition. The room is also equipped with whiteboards, bulletin boards, and smartboard.

Classrooms in the C wing have the most basic furnishings and equipment. In C-1, the classroom has a collection of mismatched chairs, tables, desks, storage shelves, and cabinets. There are , however, large whiteboards and, of course, the smartboard.

Classroom C-3, and C-6 are similarly furnished. Classroom C-3 has various tablet arm chairs, bookcase without shelves, and bulletin boards (McClellan-164). The floor in C-3 has a number

of divots in the tiles (McClellan-163). Classroom C-6 again has tablet arm chairs, desk, various cabinets in poor condition, and a large white board (McClellan-169, 170). Classroom C-6 has a number of divots on the floor as well (McClelllan-171).

Many of the classrooms have damaged vinyl composition tile floors and acoustic panel ceilings (McClellan-124, 127, 128, 131). Carpeting is also in poor condition in general (McClellan-64).

## Specialty Classrooms

McClellan has several specialty classrooms including band room, art room, library, computer classroom, home economics, engineering academy, and science laboratory.

The band room is a large room that has the right volume for practice (McClellan-3). The band room has closets with instrument storage, but does not fit all of the instruments (McClellan-6). There is a step ramp to the outside, presumably to move large musical instruments (McClellan-4). The finishes in the room are vinyl composition tile, concrete masonry unit walls, and acoustical ceiling panels. The ceiling are stained and dented in poor condition (McClellan-5).

The art room is furnished with tables and chairs and in the back of the room is a sink with upper and lower cabinets, a flat storage file, and vertical drying racks (McClellan-8,9). The sink and cabinets are old, worn and in poor condition. The vinyl composition tile floors in the art room are worn and patched as well (McClellan-10, 12). The acoustic ceiling panels are in good condition (McClellan-11).

The library is a large, voluminous room with window walls at both ends (McClellan-23, 24). A range of offices and storage line the other two side of the room. The library has a range of freestanding bookshelves and wall bookshelves, table and chairs, a reference desk, desktop computers and a plotter, and library equipment (McClellan-25).

The finishes in the library include a carpeted floor, concrete masonry unit walls, and acoustic ceiling panels with recessed light fixtures. The carpet is in good condition but with some dirt (McClellan-28). The library doors are worn and chipped and the ceiling at the entrance is peeling (McClellan-26, 29). The ceiling is in very good condition (McClellan-27).

The computer classroom, MM-7, is a large room with desktop computers on tables with rolling chairs (McClellan-83). The floors are vinyl composition tile that is patched and with large divots (McClellan-84, 85, 86). The acoustical ceiling panels are old with some chips (McClellan-87).

The home economics classroom has a kitchen with sink, dishwasher, range, refrigerator, microwave, clothes washer and dryer, as well as counter and cabinets in good condition (McClellan-98). On the other side of the room has a row of desktop computers on tables (McClellan-99). The floors are vinyl composition tile, gypsum wallboard walls, and acoustical ceiling panels in good condition.

The Engineering Academy classroom has desktop computers lining one side of the room on tables with chairs, with robotics equipment and plotter at the other (McClellan-116, 117, 120, 121). The tables and chairs are in excellent condition. The carpet is stained in places and the acoustical ceiling tile has some staining (McClellan-118, 119).

The physical science laboratory, D-4, has a row of four lab tables with chemical resistant tops with sinks built-in, but only two of the sinks have faucets (McClellan-137). At the side of the room is a long counter with a large sink with a working faucet (McClellan-138). The side counters also have upper and lower cabinet storage, and some open shelving. The shelves are about half filled with glassware (McClellan-139).

Electrical outlet boxes hang from the ceiling in three locations (McClellan-140). On the wall opposite from the long counter is a smartboard and more glass fronted storage cabinets. The lab casework is in good condition and this lab has adequate casework, but no water at each lab table and no gas in the lab as well. The safety eyewash and shower is also not located in the lab, but in the lab next door, creating a potential safety problem.

Chemistry Laboratory D-5 is divided into an area with lab tables and a lecture area, which is appropriate for teaching chemistry of physical science (McClellan-144). The lab tables have working faucets, but from the gas cocks that I tried, no gas came out. Also, the fume hood ventilation is very weak according to the science teacher (McClellan-145).

In Chemistry / Physical Science Laboratory D-3, the classroom has two freestanding sink stations at the center of the room and storage cabinets at the walls (McClellan-150). The sink stations, however, do not work and the gas cocks I tried also do not work (McClellan-151). The other side of the room has lab tables in poor condition and a teacher's station (McClelllan-152). The safety shower in the room is buried behind a rolling cabinet (McClellan-153).

## Cafeteria

The cafeteria is located at the northern end of the school, adjacent to an exterior courtyard. The cafeteria is naturally lit on its south end by a large window wall (McClellan-103). On the north side of the cafeteria is the serving areas and kitchen (McClellan-102). The dining area has

vinyl composition tile floors, concrete masonry unit walls, and acoustical ceiling panels with recessed, lensed, light fixtures. The flooring and walls are in good condition except near the serving line and doors to the cafeteria, where there is a great deal of wear (McClellan-105, 107). The acoustical ceiling panels are sagging throughout and could all be replaced (McClellan-104).

## Auditorium

The auditorium is a separate building to the west of the main building. The auditorium has a proscenium stage, but no fly loft (McClellan-191). The stage wings are in poor condition with torn insulation and graffiti (McClellan-195). The stage has theatrical lighting overhead and lighting at a slot in the proscenium (McClellan-196, 197). A sound and lighting both is at the back of the house (McClellan-193). The house consists of fixed, continental seating with two exit access aisles (McClellan-198). The fixed seats are not upholstered and some of them are broken (McClellan-201). Fire extinguishers are missing from the fire extinguisher cabinets (McClellan-192). The house is lit by uplighting pendant fixtures in fair condition. The auditorium on the whole is worn and in fair condition.

## Gymnasium

The gymnasium is located to the south and connected to the main building. The main gymnasium holds a full size basketball court with telescoping stands on both sides (McClellan-215, 213).  The floor is hard wood and the walls concrete masonry units. The space is spanned by large steel trusses and bar joists and roofed with corrugated steel deck (McClellan-214, 216). This main gymnasium is in good condition.

The small gymnasium is adjacent to the large gymnasium and consists of a full size basketball courts with additional goals on the side (McClellan-218). The space is spanned by steel moment frames and steel purlins. The ceiling has the same corrugated steel deck as the main gym. The hardwood floors are worn, but the walls and ceiling are in good condition (McClellan-219).

The gymnasium has men's and women's locker rooms. The locker areas have large lockers with few benches, painted concrete floors, clerestory windows and acoustical ceiling panels (McClellan-207). The locker room is in fair condition with some wear. The weight room has concrete floors, concrete masonry unit walls, and acoustical ceiling panels and is in fair condition.

The restroom has two hand sinks, two urinals and stalls (McClellan-208). The painted concrete and toilet partitions are very worn, while the walls and the fixtures are in fair condition.

## Sport Fields

The sports fields include a football field to the south of the main building and some tennis courts to the west. The football field is surrounded by a running track and flanked by stands (McClellan-210, 211).

## Portables

There are no portables at McClellan High School.

## ADA / Code Issues

- In one corridor, the corridor walls do not meet the floor and leave a gap (McClellan-179, 180, 189). The difficulty with the gap is that there is not a one hour fire separation between the classrooms and the exit access corridors. The corridor walls would all need to be rebuilt to seal at the floor and roof deck to create a one-hour separation.
- Fire extinguishers are missing from the fire extinguisher cabinets (McClellan-192).

## Central High School

Built in 1927, Central High School has 350,304 square feet and serves grades 9 through 12. Central High School is the only operating high school in the country to be designated a National Historic Site.[21]

### Exterior

The exterior of Central High School is brick masonry with limestone trim and wood windows and doors (Central-1, 2). Wide stairs in brick and limestone lead to the elevated entrance (Central-4). The limestone trim is carved in high relief at the entrance and wrought iron lanterns light the entry (Central-5). The wood entrance doors have divided lights and transoms with brass handles in excellent condition. Entrances for handicapped students occur at the end of the northern wing of the building. Overall, the exterior of the building is in excellent condition.

### Corridors

The building is defined by a long main corridor that geometrically defines half an octagon. The corridor is reached from the front entrance by a large vestibule (Central-7). The vestibule is has stone walls and shallow stone vaults, the floors are ceramic tile with limestone steps. The vestibule is lighted by custom cast iron fixtures. The condition of the vestibule is in excellent condition.

The main corridor on the second floor where the entrance is wide and generous with ceramic tile flooring, brick wainscoting, plaster walls, crown molding, and acoustic ceiling panels (Central 8). The lighting is pendant mounted, glass globed fixtures. All of the finishes and elements are in excellent condition.

The main corridor on the third floor can be accessed by monumental staircases (Central-34, 84). The staircases have concrete steps, plaster guards with wood handrails, and plaster walls. The staircases are lit by large windows. The condition of the staircase shows some wear on the treads, as well as plaster peeling from water infiltration at some walls, but overall is in very good condition (Central-93).

The third floor main hallway is similar to the second floor hallway with ceramic tile floors, brick wainscoting, plaster walls and acoustical ceiling panels (Central-35). The corridor also has lockers along the west wall and a wheelchair lift where there are steps (Central-71). Water fountains are placed in a niche at the hallway (Central-83). The finishes in this corridor are in very good condition.

---

[21] National Park Service, "Central High History", https://www.nps.gov/chsc/learn/historyculture/school-history.htm

The main hallway at the basement has similar finishes but with recessed lockers on both sides and a plaster ceiling with strip light fixtures (Central-120). The plaster wall has some cracking right above the lockers but is in overall very good condition.

Other back staircases and hallways have similar construction and materials and are generally in good condition except for the exterior walls which show cracking and spalling from past water damage (Central-22). Another stair has a handicapped stair lift that climbs and winds an entire story (Central-33). An elevator also lands at each level of the main corridor (Central-48).


## Restrooms

Restrooms are located at the corners of the main hallways. The restrooms have new fixtures and ceramic tile placed over the historic finishes (Central-55). The restrooms include five sinks set within a stainless steel counter with automatic sensor faucets and soap dispensers, five urinals with automatic sensors, stalls including a handicapped stall with solid plastic toilet partitions, and automatic hand dryers (Central-56, 57, 58). The restroom is in excellent condition.

Restrooms at the ground floor have a hand sink, urinal, and handicapped accessible water closet (Central-104, 105). The flooring is quarry tile, on the walls are ceramic tile and there are plastic privacy and stall partitions. The fixtures and finishes are in very good condition, except for the partition which has been abraded and missing screws.


## Classrooms

The classrooms are located off of the main hallway on four floors. Large classrooms are located at the ends of the wings (Central-80). These have large windows which are shaded by roller blinds. This classroom has carpeted floors that are worn and stained, plaster walls in good condition, and acoustical ceiling panels with up and down lighting linear pendant fixtures in excellent condition. The room is furnished and equipped with a hodgepodge of furnishings and equipment. Tablet arm chairs, tables, lounge chairs, bookshelves, storage cubbies, and desktop computers are all about the classroom.

At the central portion of the building, some classrooms are quite small (Central-49). This small classroom has octagonal tables for group work, with whiteboards along one wall, smartboard bookshelves and a technology cart.  The room has vinyl tile floors in good condition, plaster walls that are peeling at the exterior wall, and acoustical ceiling panels with up and down lighting linear pendant fixtures in excellent condition.

Other classrooms at the central portion are large (Central-73, 75). This classroom has carpeted floors which are badly stained (Central-74). Rough and dented, the plaster walls are in fair

condition. The ceilings are acoustical ceiling panels with up and down lighting linear pendant fixtures in excellent condition. The classroom has a French doors, which are in poor condition and do not provide a one hour fire rating to the corridor (Central-76).

The classroom is furnished with tablet arm chairs, which are unsuccessfully clustered together facing one another to try to allow small group work. The classroom also has a row of desktop computers at the back of the room, various low bookcases, and tables.

At the area between the central portions and the wings are small, wedge shaped, classrooms. This classroom has vinyl composition tile floors in good condition, plaster walls which are rough and in fair condition, and acoustical ceiling panels with up and down lighting linear pendant fixtures in excellent condition (Central-70). The room has a countertop on storage cabinets with a sink and upper cabinets. This casework is in poor condition, with worn and chipped cabinets and laminate counters (Central-69).

In the basement, there are a number of small and very large classrooms. The small classrooms face east toward the front of the building (Central-95, 97). The classrooms have large, original, wood and steel casement windows (Central-98). The carpet is badly stained (Central-96). The walls are plaster in good condition, but wood sills are flaking. The acoustic ceilings are new, but there is an edge near a covered window with water staining (Central-94).

On the west side of the basement are large, voluminous science classrooms with large clerestory windows (Central 106). The floors are painted, concrete slabs that are flaking, masonry walls in good condition, and exposed ceilings with pendant lighting fixtures. The classroom has double sinks and a number of large specimens (Central-108). The room also has an emergency eyewash (Central-107).


## Specialty Classrooms

Central High School has a number of specialty classrooms, including computer, art, chemistry laboratories, choral music classroom, band room, and a library.

The computer classrooms are on third floor in the central area of the school to the east. The largest classroom has a series of columns that divide the room with a trabeated ceiling and large Diocletian windows. The finishes in the room are carpeted floors, in stained and poor conditions, wood wall panels, plaster walls, and plaster ceiling beams and coffers (Central-41). The smaller computer classrooms are similar but without the central columns (Central-43). Again, the carpet is heavily stained (Central-44).

The computer room is furnished with numerous desktop computers on tables with rolling chairs.

Another computer classroom is on the fourth floor (Central-63). The classroom is a typical classroom with desktop computers on tables with rolling chairs. The carpet is badly stained (Central-64, 65).

The art classroom is also on the third floor. The art classroom is a long room with windows facing northwest (Central-59, 60). On one end of the art room is a stainless steel utility sink and storage shelves for large artworks. Various tables with various chairs are in the center of the room with a long whiteboard. At the other end of the room are cabinets, flat files and the teacher's desk with smartboard.

The floors are vinyl composition tile in fair condition as are the plaster walls. The ceilings are acoustical ceiling panels with up and down lighting linear pendant fixtures in excellent condition.

The chemistry laboratories have two person lab tables with epoxy tops and lab sinks with working gas cocks (Central-85, 86, 92). One side of the room is lined with lab cabinets with epoxy tops (Central-87, 90). Each of the drawers are filled with glassware and lab supplies. At the end of the room are two chemical hoods (Central-89). An emergency shower and eyewash are at the front of the laboratory (Central-91).

The lab furniture and cabinets are worn, but in good working condition. The laboratory has concrete flooring, plaster walls, and acoustical ceiling panels with up and down lighting linear pendant fixtures. A wall in the corner is badly damaged (Central-88).

The choral music classroom is a large room with carpeted, built-in risers on three sides of the room (Central-141, 142). The classroom has carpet in fair condition, plaster walls, and acoustical panel ceilings with recessed light fixtures.

The band room is a large voluminous room in the basement (Central-115, 116). The room has not only a practice area, but a teaching area with table arm chairs (Central (117). The room has vinyl composition tile floors in good condition. Walls have applied acoustical treatment and plaster ceilings have acoustical tile sections to control reverberation. In the hall outside the band room are a series of small practice rooms (Central-114).

The library is a separate building to the west of the main building (Central-135). The library has a large reference desk just opposite the entrance with a computer lab nearby (Central-138, 140). The rest of the library has areas of tables and chairs defined by low bookshelves (Central-136, 137). Shelving standards line the exterior walls.

The finishes in the library are carpet in good condition, gypsum wallboard walls, and gypsum wallboard ceilings with recessed lighting fixtures. The ceilings have some stained areas, but are in otherwise good condition (Central-137).

*Auditorium*

The auditorium seats an audience of around 2,000 (Central-13). The house has both orchestra seating and a balcony (Central-9). The fixed seats are wood seats and backs with metal frames (Central-10). At the back of the orchestra seating, there are designated wheelchair spots (Central-11). The sides of the house have large windows with drapes, the walls show some bubbling from water damage (Central-14).

The stage has a full fly loft with a manual line set (Central-12). The proscenium is nearly the width of the entire theater. At the back of the stage are a series of rooms used as classrooms (Central-20).

The auditorium, although worn, is overall in very good condition.


*Cafeteria*

The cafeteria is located at the basement level underneath the auditorium. A columned room with high ceilings, the cafeteria finishes are ceramic tile floors, plaster columns and walls with tile wainscot, and painted concrete ceilings (Central-121). The finishes have worn well, but the paint on the ceiling is showing wear and fading (Central-122). The serving line area is in good condition (Central-123).


*Gymnasium*

The gymnasium is located to the west of the library. The main gymnasium holds a full size basketball court with telescoping stands on all four sides (Central-124).  The floor is hard wood and the walls concrete masonry units. The space is spanned by large steel trusses purlins and wood deck. The gymnasium is in very good condition.


The locker rooms have locker areas with painted concrete floors and bench, brick masonry walls, and plaster ceilings (Central-129). The floors have some cracking.

A restroom areas in the locker room has sinks in a large counter with a mirror above, urinals and an ADA stall (Central-130, 134). The other locker room has two hand sinks with mirrors in good condition (Central-128). Both locker rooms have a large shower area and a separate handicapped shower (Central-125, 126, 132, 133). One of the shower rooms have some damaged tile, but they are in overall good condition.

*Sports Fields*

The Central High campus has a baseball field and football stadium which I did not have the opportunity to examine.

*Portables*

There is a cluster of eleven portables to the southwest of the main building (Central 113, 112, 11,). The portables have vinyl composition tile floors, panel walls, and acoustical ceiling panels with recessed light fixtures (Central-110).

*ADA / Code Issues*

Central High School has been well adapted to accommodate handicapped persons. There is an elevator, stair lifts, and restrooms that meet the ADA guidelines.

In terms of building code, if there were to be a very large renovation that would exceed 50% of the area of the facility, the issue of open stairways at Central would become a code issue. Under code, an exit stairway cannot be left open for more than two stories. The open stairways would need to be closed in by a fire rated separating wall and door. The rooms with glass doors and transoms would also need to be corrected as well.

## Summary of School Facilities

The school facilities that I visited can be categorized in groups in terms of condition and pedagogical adequacy.

**Don Roberts Elementary School**
**Stephens Elementary School**
**Pinnacle View Middle School**

The first two schools, Don Roberts and Stephens are excellent in the conditions of their facilities. These two schools go beyond their excellent physical condition in terms of the educational opportunities their facilities provide. Don Roberts provides an exceptional environment with its large flex spaces shared by each grade, specialty classrooms designed for the activities that occur within them, abundance of natural light throughout the facility which is proven to raise test scores, and well-furnished and equipped spaces.[22] Collaborative and project based learning, two important components of elementary education today, can happen easily at Don Roberts.

Stephens Elementary is similar in that the design of classrooms with their built-in areas, furnishing and equipment allow teachers to pursue different modes of learning, whether  with projects, small groups, or individually. Stephens too, has excellent specialty classrooms. The Cyber Time and Space Travel Theater is a unique facility for both presentation and hands-on learning.

Pinnacle View Middle School this school year does not share the design for educational purpose that Don Roberts and Stephens have. Students are temporarily placed in the facility awaiting the completion of the new facility next door. However, the building condition is excellent. When the new Pinnacle View is completed, an assessment of pedagogical adequacy can be made.

**Central High School**
**Forest Park Elementary School**

Central High School and Forest Park are two of the oldest schools in the district, but very well maintained and updated.

Forest Park is an older school, but renovations and upgrades have been pursued routinely and have contributed to the good condition of the buildings. Central High has certain spaces which

---

[22] E. Warren Hathaway, "Effects of School Lighting on Physical Development and School Performance," The Journal of Educational Research, March 1, 1995.

have been very well maintained, such as the exterior, corridors and some specialty classrooms. However, classrooms have not been as well maintained especially carpeting.

Because of their age, both Central and Forest Park do not have some of the newer learning spaces, like the flex classroom spaces in Don Roberts. Central and Forest Park do have more educational equipment than some of the other schools.

**Forest Heights STEM Academy**
**Baseline Elementary School**
Forest Heights and Baseline are two older schools that have been remodeled or mostly reconstructed, in the case of Forest Heights, to very good condition. Forest Heights has three buildings less than 25 years old and an old gymnasium. Baseline has been extensively remodeled in the past two years. Both schools have a good deal of use left in them.

In terms of pedagogical adequacy, Forest Heights offers a number of specialized learning areas such as the PLTW classrooms and art rooms for hands on learning. Baseline has been transformed from an open classroom school to a one with individual classrooms, more desirable from a teacher's standpoint.

**Washington Elementary School**
**Jefferson Elementary School**
**Fulbright Elementary School**
Washington, Jefferson, and Fulbright represent schools that are in good to very good condition, as in the case of Washington, but require some work in terms of replacing interior finishes, and upgrading some of the facilities. These schools have been fairly well maintained and upgraded through their lives.

In terms of educational adequacy, these schools do not have the type of facilities or specialty classrooms that Roberts or Stephens have. Washington, constructed in 1989, is in the best condition and has the most specialty spaces, like a separate gymnasium and a play courtyard. Jefferson has all of the basic school spaces, but the difficulty of its sloping site needs to be better addressed for accessibility and use. Fulbright represents an educational philosophy of the 1960's and 1970's, the open classroom, that needs to be modified to better meet the needs of teachers today. Fulbright also requires more space to be able to remove its village of portables.

All of these schools are upgradable and should be able to serve the district into the future.

**Henderson Middle School**
**Wilson Elementary School**
**McClellan High School**
**Cloverdale Magnet Middle School**

Henderson, Wilson, McClellan and Cloverdale are schools which need either massive renovation, construction of new facilities, or in the case of Cloverdale, demolition. These schools have had upgrades, but a lack of maintenance over the years has taken its toll. Almost all of the components in these buildings need an upgrade, and at Cloverdale, there is failure of structural walls.

Henderson requires replacement doors, windows, and finishes. Classrooms receive no natural light and much of the casework and equipment is old and needs replacement. Wilson is a building that has been added to and renovated, but in a piecemeal way that makes further renovation difficult with major changes. Most of the interior finishes and doors in McClellan are broken and worn requiring replacement. There also code problems with some of the corridors and most of the classrooms do not receive any natural light. Cloverdale is the worst case, with exterior walls that are failing, dark exterior corridors, fraying asbestos tile, and finishes that are completely worn out. Complete replacement of this school would be recommended.

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

*********************************
LAKESHA DOES, Et. Al.                    PLAINTIFFS
V.          Case No. 4:15-CV 623 DPM
MICHAEL POORE, Et. Al.               DEFENDANTS
*********************************

ORAL DEPOSITION OF KELSEY BAILEY
TAKEN IN LITTLE ROCK, ARKANSAS
TUESDAY,  APRIL 4, 2017
AT INSTANCE OF PLAINTIFFS
**********

APPEARANCES
ON BEHALF OF THE PLAINTIFFS:
OMAVI SHUKUR, ESQ.
John W. Walker, PA
1723 S. Broadway
Little Rock, AR  72206

ON BEHALF OF THE DEFENDANTS:

CHRISTOPHER HELLER, ESQ.
Friday Eldredge Clark
400 W. Capitol, Suite 2300
Little Rock, AR 72201
PATRICK HOLLINGSWORTH, ESQ.
ROSALYN MIDDLETON, ESQ.
Assistant Attorneys General
323 Center Street, Suite 200
Little Rock, AR  72201

---

Page 2

CONTENTS

PAGE

APPEARANCES                              1

STIPULATIONS                             3

WITNESS SWORN                       4

EXAMINATION BY MR. SHUKUR            4

EXAMINATION BY MR. HELLER            80

FURTHER EXAMINATION BY MR. SHUKUR        81

Plaintiff's Deposition Exhibits -- Marked for Identification

#1 Portion of motion hearing transcript       22

#2 Board minutes 1-22-15            37

#3 Design Work Plan charts           38

#4 Capital Projects Summary 1-18-17       44

#5 AIA Doc G701-2001                48

#6 PV School - Bid Schedule          50

#7 LRSD 2-14-17 Revenue And Expense Projection  56

#8 Capital Projects - Planned         66

#9 Ar School Facility Manual POR      68

#10 LRSD Object of Function Summary        70

#11 Capital Projects Summary 1-18-17      81

COURT REPORTER'S CERTIFICATE          82

---

Page 3

STIPULATIONS

The oral deposition of KELSEY BAILEY, produced, sworn and

examined in the offices of Friday Eldredge Clark, 400 W.

Capitol, Suite 2300, Little Rock, Arkansas, commencing at

10:05 a.m. on Tuesday, April 4, 2017, in the captioned cause

at the instance of the counsel for the Plaintiffs,  said

deposition being taken according to the terms and provisions

of the Federal Rules of Civil Procedure.

It is hereby stipulated and agreed by and between parties

that all forms and formalities in the filing of said

deposition are hereby waived by the parties, and that this

deposition shall be taken for use as permitted by the Federal

Rules of Civil Procedure.

---

Page 4

1     WHEREUPON,
2              KELSEY BAILEY
3     swore to tell the truth in this proceeding, and testified as
4     follows:
5              EXAMINATION
6     BY MR. SHUKUR:
7     Q    Good morning.
8     A    Good morning.
9     Q    Please state your name and address for the record.
10    A    My personal address?
11    Q    Yes.
12    A    Okay.  Kelsey Bailey, 109 River Valley Loop, Maumelle,
13    Arkansas, 72113.
14    Q    All right.  All right.  Mr. Bailey, what did -- well, is
15    this your first time giving a deposition?
16    A    I think so.
17    Q    All right.  So basically I'll just be asking questions,
18    not for hopefully too long.  Your attorney might object at
19    times.  You can still answer, I guess, unless instructed by
20    your attorney not to.  If you have any questions throughout,
21    just let me know.  And if you need to take a break, just let
22    the attorney know, and we'll take a break.  All right?
23    A    Okay.
24    Q    All right.  What did you do in preparation for this
25    deposition?

EXHIBIT 20

Page 5

1   A    Read over some of the -- I guess, prior documents that I
2   -- not a whole lot of -- preparation, but just prior documents
3   that I had in the past, in email.
4        So I just got back yesterday.  I've been off for two
5   weeks, so not much to prepare, not much time so --
6   Q    Right.  Right.  What documents did you review?
7   A    Well, I've been looking at like our capital improvement
8   documents.  I looked at a portion of Michael Poore's, I think,
9   deposition.  I'm not sure any other documents.
10  Q    When you say 'capital improvement documents,' that's a
11  lot of documents.  Did you select --
12  A    Well, just -- that's just -- not necessarily just for
13  this part, but just had -- we have -- just getting back into
14  the office, so capital improvements based on what we're going
15  for, extension of millage.
16       But I'm not sure how that's playing, 'cause I don't know
17  what all you're going to ask on here.  So I'm here, so --
18  Q    So you reviewed the capital improvement documents, that
19  particular -- specifically related to the extension of the
20  millage, the proposed extension of the millage.
21       And are those kind of labeled school -- by school,
22  or --
23  A    No.  It's just -- it's just one summary document, yeah.
24  Q    All right.  Did you talk to anybody in preparation for
25  your deposition today?

Page 6

1   A    No more than my attorney here next to me, Mr. Heller.
2   Q    And is there any reason -- any, be it medical or
3   otherwise, that you feel like you can't testify today?
4   A    No.
5   Q    Are you on any medications preventing you from
6   testifying?
7   A    No.
8   Q    So where do you work, Mr. Bailey?
9   A    I work at the Little Rock School District.
10  Q    What's your title at the Little Rock School District?
11  A    Chief financial officer.
12  Q    Describe your responsibilities as chief financial
13  officer.
14  A    As chief financial officer, my responsibilities are to
15  make sure that the financial documents are prepared, that we
16  follow internal controls, as far as financially.
17       I have a lot of support areas that typically, probably
18  most chief financial officers don't have.  So I oversee, of
19  course, finance and accounting, and I have procurement.
20       I have transportation, child nutrition, Title I grants,
21  information technology.  I'm responsible, primarily, for
22  budget preparation, any ad hoc financial reports.
23       I think I'm leaving out one department but -- maybe
24  maintenance and facilities.  I think that pretty much covers
25  -- and any special requests from anybody as far as the

Page 7

1   financial support areas, so.
2   Q    Do you have any say so as to how much gets allocated to
3   any given budget item?
4   A    Well, we have a formula that's allocated, based on
5   student population of the schools as far as the allocation
6   formula.  As far as -- I may have input on other allocation
7   amounts, but typically it's based on the student population
8   you have.
9   Q    How long have you been a chief financial officer at the
10  Little Rock School District?
11  A    Since April, 2009.
12  Q    When did you first become aware of this litigation?
13  A    Looks like probably -- maybe a year ago or so, I think.
14  Q    And how did you become aware of it?
15  A    I think -- if my memory serves me right, I think the
16  superintendent, or maybe the attorneys might've told us at
17  that time, so.
18  Q    What were you told about this litigation, not from your
19  attorneys, but from the superintendent?
20  A    I don't think anything specific -- that we've been -- we
21  have a lot of litigation, it seems like, that hits.  So
22  typically, they just inform us what's going on.
23  Q    All right.  Are you aware of the claims being made in
24  this litigation?
25  A    I'm aware of the general claims that are being made.

Page 8

1   Q    All right.  What's -- what's your understanding of the
2   claims?
3   A    I guess, that there's been some unfair treatment, or
4   maybe not equal facilities based on race in the district,
5   maybe how  money is spent, or just the facilities being
6   developed.
7   Q    What's -- what do you -- what are your thoughts on the
8   merits of the claims, as you understand them in this
9   litigation?  Do you think there's anything to them?
10  A    I -- personally, I hadn't seen anything since I've been
11  here in 2009.  Money is typically spent on the facilities that
12  have the greatest needs.
13       And typically we don't have a whole lot of facility
14  money that's available, so we're typically running around kind
15  of trying to put out fires on emergency things that happen.
16  Q    And can you explain a bit more about what you mean about
17  not having too much money available for facilities.
18  A    So how the district is laid out as far a its financing
19  for facilities, we have two mills that are dedicated for --
20  it's called 'dedicated maintenance operations'.
21       So the board, whenever they, I guess, got to have these
22  two mills passed, they -- one is dedicated purely for
23  technology; the other one is dedicated for account
24  improvement.
25       So we're looking at about a 3.2, 3.3. billion dollar

Page 9

1    assessment.  So we can get in -- just say roughly 3.2 million
2    that's for capital improvements, along with general operating
3    for maintenance.
4       So when you're looking at four to eight schools and
5    another say ten or so other admin facilities, that's not a
6    whole lot of money to be spread out.
7       So when you're looking at maybe just replacing a roof at
8    an elementary, you're looking at 600,000.  You're looking at a
9    high school, it may be a million to a million and a half at
10   that point.
11      So it's just not a whole lot of money to really do a
12   whole lot with it in just a general operational.  But over the
13   past, I guess, eight to nine years -- eight years at least --
14   we've been able to take advantage of the economic downturn and
15   actually refunding bonds or refinancing bonds at a lower
16   interest rate that actually produced refund savings that could
17   be put into capital improvement projects.
18      Along with when the stimulus money was actually
19   distributed, we used a lot of that money for roof replacement,
20   and window replacement, HVAC -- stuff like that so -- but that
21   money's dried up now so --
22   Q    Okay.  When did that stimulus money come down?
23   A    I believe that was -- we got the bulk of it in 2010.
24   Q    2010.
25   A    We started working on it the latter part of 2009.  It

Page 10

1    was somewhere around 2010.
2   Q    And when did it dry up?
3   A    It was about a two-and-a-half-year process, so it kind
4   of came and went within -- by the of 2012, or something like
5   that.
6   Q    All right.  And when did the district -- or how many
7   times since 2007 -- excuse me -- fall of 2008 has the district
8   refinanced their bonds?
9   A    I don't know about the fall of -- I know I got here
10   April 2009.
11   Q    And that's the --
12   A    So --
13   Q    -- downturn?
14   A    -- probably -- I think we've -- at least three times.
15   Q    Three times?
16   A    It's different issues so -- it was different -- yeah,
17   when they came available, if the economic conditions were
18   appropriate, we went forward.
19   Q    Do you know when those three times were?
20   A    I don't.  I do not know.
21   Q    Do you know -- can you tell us how much money the
22   district has saved by virtue of those refinances?
23   A    Upwards of about 30 million dollars.
24   Q    Thirty?  How has that 30 million been distributed or
25   allocated, if you know?

Page 11

1   A    Based on -- typically it's based on those larger
2   projects.  So when I got here in 2009, I know a big complaint
3   that was coming to the board at that time, we had roofs that
4   were in disrepair that were leaking at the time.
5      Like I said, it costs, say, 650 million [sic] -- or a
6   million plus to have roofs replaced.  So some of the
7   buildings we looked at, at that time, and we had the money --
8   we did McClellan.  That was close to two million dollars to
9   re-roof McClellan.
10      Another -- say, Hall was a million and something.  Went
11   through and did some of those -- the HVAC repairs.  So most of
12   our buildings right now, the average age, I think is getting
13   close to about 70 years on elementaries and middle schools,
14   and about 50-something years on high school.
15      So you have infrastructure things that you have to go
16   and replace, whether that's sewer lines, or electrical things,
17   and plumbing, and HVAC system, boilers, and different things
18   like that are at end of life so --
19   Q    All right.  And back to where this litigation.  Did you
20   have any discussions, or have you had any discussions with
21   Johnny Key about this litigation?
22   A    I haven't, no.
23   Q    What about Baker Kurrus?
24   A    I would assume, yes, with Baker.
25   Q    You remember the substance of any of those

Page 12

1    conversations?
2   A    I don't recall, no more than -- I think he asked maybe
3   how we spent money in other facilities, but nothing specific
4   that I recall on those.
5   Q    Can you kind of go into a little more about his inquiry
6   into how money was spent on facilities?
7   A    Well, we've had several like FOI requests as far as
8   facilities and different things over the past year.  So I know
9   we've provided a lot of that.
10      So as we look -- and, I guess -- well, you asked me did
11   it have merits and kind of look at what -- where we have spent
12   the majority of the money -- typically has been in schools
13   that have a higher percent of minority students along with a
14   higher percentage of free and reduced.
15      So like I said, McClellan, Cloverdale.  We do a lot of
16   bathroom renovations and different things.  So typically there
17   -- they've been the schools that we've taken over or, I guess,
18   brought into the district from the county previously.
19      So the county schools typically have more -- previously
20   county schools typically have more needs than the schools that
21   were build within Little Rock.
22   Q    And all those expenditures that you're referencing, when
23   you talk about typically spending more money in the schools
24   that have larger African-American student populations, those
25   are --

Page 13

1   A   Well, I said 'minority,' not necessarily --
2   Q   Minority -- yeah.
3   A   -- yeah, yeah.
4   Q   I apologize -- minority.  All those expenditures are
5   detailed in the capital projects reports?
6   A   Well, depending on the reports at that point.  So we
7   have a capital improvement budget at -- that we set at the
8   beginning of the year.
9       There may be some projects that are identified at that
10  time, but we may have projects that come up just over the
11  course of a year.
12      Like, for instance, I know a few years ago, Gibbs.
13  Gibbs was scheduled to have a roof maybe the following year.
14  But we had vandals get on the Gibbs' roof and damage say 25 of
15  the air conditioning units up there.
16      So in damaging the units, they ended up damaging the
17  roof even more.  So that pushed Gibbs up to have a roof
18  replaced before the scheduled time.
19      So it's kind of fluid.  We typically put together a
20  capital improvement budget, which is not much at that point.
21  So we try to plan out summer projects.
22      We will identify some of those projects, but they may be
23  altered during the year depending on the emergency things that
24  come up.
25  Q   And what about Michael Poore?  Have you had any

Page 14

1   conversations with Michael Poore about this litigation?
2   A   Not in detail.  I know he was deposed as well.  He's
3   only been here a short time as well so --
4   Q   All right.  So you touched on this a little earlier, but
5   if you could expound a little bit more about your role in
6   developing the school district's budget, or make -- yeah.
7   A   So I guess prior to me coming here, typically the budget
8   process didn't include a whole lot of input -- maybe from the
9   board members.
10      So we started a process called 'budget work sessions'
11  where we included -- had multiple public board meetings and
12  different stuff, so we could talk about initiatives that
13  either the board, superintendent, and get feedback from
14  principals or whoever the stakeholders might be at that time.
15      So we'd look at those -- those items that may be
16  requested or initiatives that may be in place, so we're not
17  surprised during a given fiscal year, along with whatever
18  economic conditions are facing the district, whether we have
19  any school improvement statuses and things that may be
20  required of the state along with any economic downturns or
21  upturns that we may see in the economy.
22      So at that point it gives us an idea kind of as far as
23  charting for the given year on whether we foresee a three
24  percent increase or something, along with we have to take into
25  consideration at that time, we have a negotiated agreement

Page 15

1   with the union.
2       So there may be salary negotiations that have to play
3   into that as well.  So kind of put all that stuff together to
4   start the budget process.
5       And like I said, school allocations are based on -- just
6   operating school allocations are based on the number of
7   students you have there.
8       Special funding is based on whether it's free and
9   reduced or you have ELL population, and that money goes with
10  the students.
11      But as far as staffing, it's kind of based on -- and we
12  get a lot of that information from HR and minimal state
13  standards for staffing and -- and in special needs.  So all of
14  this information comes together into -- kind of together.
15      We put it together, compile it to present it to the
16  board in a budget format that's required by the state.  Now,
17  adjustments can be made throughout that process, up until we
18  have to submit it my September 30.
19      So my office is pretty much responsible for making sure
20  all those items are in place, they're coded correctly.  Also
21  going through and making sure that we can -- we're as
22  conservative as possible, making any recommendation for maybe
23  reductions in certain areas.
24      Or if we have a request from another department, a
25  school, that we can give some attention to that, if funding is

Page 16

1   available.
2   Q   All right.  These budget --
3   A   And --
4   Q   -- these budget -- no, go ahead.  What were you saying?
5   A   And the budget process almost never stops.  It's almost
6   a year-round process.  So we finish up one budget, submit it
7   to the state.  We're constantly thinking about -- we're still
8   working on for next year so --
9   Q   These budget work meetings, when do they typically
10  occur?
11  A   Typically we would've started them -- started around
12  March or so.  Start maybe even earlier that -- just kind of
13  depending on the schedule.
14      We would set a schedule that would be published out
15  there.  And we would work with the board at that point to see
16  when they had special meeting dates available so --
17  Q   And they happened periodically or --
18  A   Yeah, we -- I do a budget update every -- I would do a
19  budget update every month.  And we also have to submit budget
20  reports every month for board agenda.  But, yeah, would
21  typically be three -- maybe three to four before the actual
22  budget was submitted, along with reviewing of the budget
23  before it was submitted, typically twice 'cause the board has
24  to approve the budget before it's submitted.
25  Q   And is there an agenda for these budget work meetings,

Page 17

1    typically?
2    A   Yes.  Typically it starts off with an overview of just
3    -- if you -- especially if you have new board members, just an
4    overview of how the funding comes in the district, how we get
5    to the point of, you know, calculating budget figures and
6    different things.  So it's kind of as tutorial as well so --
7    Q   All right.  And are there minutes kept of these budget
8    work meetings?
9    A   I'm not sure about minutes.
10   Q   You've never seen minutes of the budget work meetings?
11   A   I haven't seen minutes of the budget work meetings.  I
12   don't know if they keep minutes of budget work sessions like a --
13   Q   Were there any changes in the operation or time or any
14   other facet of the budget work meetings once the state took
15   over the Little Rock School District?
16   A   Yeah.  We didn't have those -- I guess once the board
17   was removed, those -- I forgot when -- I think that happened
18   in --
19   Q   January, 2015.
20   A   So that year it did affect it, so we didn't -- I didn't
21   have an audience to present to at that point.  We still went
22   through the same process.
23       So have to submit -- and we have multiple people that
24   actually look at a budget.  So based on like accreditation
25   standards, schools are given a -- just say a total allocation.

Page 18

1        Say if you're at Gibbs, just say if your allocation of
2    100,000, you get that allocation.  You allow -- you're allowed
3    to go on a web form.  You can allocate it among whatever
4    categories you feel that are most appropriate for your
5    location at that point.
6        So they have the autonomy to make those changes.  Of
7    course, personnel costs aren't tied to a budget.  They have to
8    oversee, because depending on the tenure of your staff, you
9    know, your staff might be -- the average years of service may
10   be 20 years.  And you don't have anything to do with that.
11       So we don't hold them to the actual staffing that's at
12   the school.  With the general operations for supplies and
13   different purchasing and different things through the year,
14   they have the autonomy to make those changes.
15       So I guess the -- the point we still have to submit a
16   budget for approval, which it went to the commissioner for
17   approval.  They had questions, and they went through it as
18   well so --
19   Q   All right.  So --
20   A   It's a 800-page budget, so it's --
21   Q   Right.
22   A   -- a massive budget.  You've probably seen it.
23   Q   Yes.  So once the -- so after the state takeover,
24   basically the budget work meetings kind of ceased?
25   A   Well, no, we still had meetings with the -- I think it

Page 19

1    was the civic advisory committee --
2    Q   All right.
3    A   -- at that point.  And then -- now the community
4    advisory board, so we've had some -- some meetings with them a
5    well so -- and we're just getting in kind of the budget season
6    now for this one.  So I'm assuming we'll have those meetings
7    with our community advisory board now.
8    Q   Did you ever have any disagreements -- well, first, did
9    the superintendent, Baker Kurrus -- I guess now Michael
10   Poore -- review the budgets before they went to the
11   commission?
12   A   Yes.
13   Q   Did you go over the budgets with them?
14   A   Um-hmn.  Yeah, we typically sit down with board members
15   and the superintendent at that time so --
16   Q   All right.  And you sat down with Baker Kurrus and
17   reviewed the budget before submitting it?
18   A   Yes.
19   Q   And the same with Michael Poore?
20   A   Yes.
21   Q   And did you review the whole budget, or the entire
22   budget or --
23   A   Typically would do -- well, we'd pull out summary pieces
24   of the budget.  So we've gone through the 800 or 900 pages.
25   They've -- and they are handed that as well.  So I can't -- we

Page 20

1    didn't go through all 900 pages per page --
2    Q   Um-hmn.
3    A   -- with them.  I'm sure they looked through it as well
4    so -- but typically we highlight and go through a lot of the
5    summary pieces so --
6    Q   All right.  Did you ever have any disagreements with
7    Baker Kurrus as to any of the budget line items?
8    A   No, not that I recall.
9    Q   When you submitted the budget to Baker Kurrus, what
10   feedback did he give to the --
11   A   Typically --
12   Q   -- proposed budgets?
13   A   -- by the time we got to the point of submittal, we've
14   actually have discussed a lot of items.  So we looked at
15   revenue projection.  We looked at expense projections.
16       We looked at any initiatives that he might've foreseen
17   maybe coming in a upcoming fiscal year.  So, of course, with
18   the deseg settlement, we -- a lot of things have kind of
19   hinged around reduction of expenditures, so those things were
20   typically discussed by the time you get to submission.
21       So it's really just going back over the summary to make
22   sure we captured all those things and have multiple eyes over
23   it.
24       So he's actually the one that's presenting the budget to
25   the board or -- at that time.  So he has -- the

Page 21

1  superintendent, he or she, has to be familiar with the
2  document as well so --
3     Q   You touched on this, but what were Baker Kurrus'
4  priorities  in terms of the Little Rock School District budget
5  when -- during his tenure as superintendent?
6     A   I would say to make sure we are fiscally solvent.
7  Making sure that the -- I think focus on facilities and
8  personnel as well.
9        So just looking at -- because he came into the year
10 where we really needed to -- and I get my superintendents
11 mixed up in time frames.  I kind of -- 'cause we've had quite
12 a few since we started the deseg wind down.
13       But he was focused a lot -- a lot on the business side,
14 because that -- I think that was his background more so, so --
15    Q   Were any changes needed to accommodate the Pinnacle View
16 construction?
17    A   Were any changes to --
18    Q   The budget?
19    A   -- to the budget?  We had the -- not change it.  We just
20 had to incorporate those -- the amounts in there.
21    Q   All right.
22    A   So to make sure that we had enough funding for that.
23    Q   Right.  Was any money moved around to ensure that there
24 was sufficient funds to fund the Pinnacle View project?
25    A   I don't -- I wouldn't say moved around, but we budgeted

Page 22

1  enough fund in that category so -- and typically you have a
2  building fund.  A capital improvement fund is set up separate
3  from your operating fund so -- those are major expenditures.
4        Those are things you don't -- you can't go into a fiscal
5  year and then be surprised after the fiscal year began, so we
6  have to plan those in advance.
7  [Whereupon Plaintiff's Deposition Exhibit 1 was marked for
8  identification.]
9  BY MR. SHUKUR:
10    Q   All right.  I hand you Plaintiff's Exhibit 1.  Please
11 turn -- it's a transcript of Baker Kurrus, his testimony in a
12 hearing earlier in this case.  Can you turn to page 212?
13       And read lines 4 to 13 to yourself.  Let me know when
14 you're finished.
15    A   What line you want me to read down to?  Thirteen?
16    Q   Excuse me.  Yes.  Fourteen.
17    A   Okay, finished.
18    Q   All right.  Now, on line -- lines -- line 10 of 212, Mr.
19 Kurrus says, (as read) "Mr. Bailey has a different budget."
20 What is he referring to here?
21    A   I'm assuming he's referring to a capital improvement
22 estimated budget for two projects here as we -- it's not a --
23 a different -- different budget figure, I'm assuming.
24       We only have one budget in the district.  It's a
25 district budget that's approved by the board.

Page 23

1     Q   Do you know if Mr. Kurrus had his own budget separate
2  and apart from the capital improvement budget -- estimated
3  budget that you're re -- that he referred to here?
4     A   Well, I'm -- I hadn't seen his separate.  I gave him
5  reports that I had on estimates so --
6     Q   Um-hmn.  All right.  And so you don't know if Mr. Kurrus
7  had his own numbers?
8     A   Well, I guess he did.  Here he says different than --
9  Mr. Bailey has a different budget.
10    Q   Um-hmn.
11    A   So I'm assuming.  He didn't give his budget to me --
12    Q   Right.
13    A   -- if he had one, so what he might've been thinking as
14 far a -- the amounts were on there so --
15    Q   Okay.  Do you know why he said that you're normally more
16 conservative than he is?
17    A   Probably because I've -- since we started this process
18 as far as deseg wind-down, I've had four superintendents.  All
19 of them have different focuses on that point so --
20    Q   Um-hmn.
21    A   When we were taken over by the state -- you said was
22 January.  That year we had to actually submit budget reduction
23 options at that point.
24       So it just kind of depends on the mentality of that
25 superintendent, whether they push more on reducing personnel

Page 24

1  or they don't.  Because the majority of our budget is based on
2  personnel.
3        You're looking at just say 70, 75 percent of our budget
4  is personnel.  So if you got to make some reductions in
5  personnel
6  -- so when I'm looking at conservative approach, I'm looking
7  at things that I realistically see that we probably can -- we
8  can hit.
9        Now if we hit any additional, that's even better.  But
10 I'm assuming that's kind of why he said my -- I don't -- I
11 don't know if I had 107 million by my estimation at that time
12 so -- 'cause the budget estimates at that time were kind of --
13 what we were looking at were fluid, as far as reduction.  They
14 were reduction options --
15    Q   Um-hmn.
16    A   -- estimated fund balances.
17    Q   So it was about 107 million by Mr. Kurrus' estimation.
18 What was it by your estimation, do you feel like, at the time?
19    A   I can't tell you at that time what my estimate was
20 because --
21    Q   Um-hmn.  Go ahead.
22    A   -- I mean, it's constantly -- was constantly probably
23 changing at --
24    Q   All right.
25    A   -- that point depending on reductions being looked at,

Page 25

1  at that point so --
2  Q   All right.  And when you said -- you just said that you
3  didn't know if it was 107 million just now.  Why did you say
4  that?
5  A   Because I'm looking at it's about -- he says it's about
6  107 million by his estimate --
7  Q   And --
8  A   -- estimation, so --
9  Q   Right.  I mean, why aren't you confident in that
10 estimation that he made at the time?
11 A   Well, I think your question was a little bit different.
12 You asked did I see Baker's budget, and I know I didn't
13 at that point.  I won't say I'm not confident about him.  I'm
14 confident in the numbers that I put together because --
15 Q   Right.
16 A   -- they are researched at that point so --
17 Q   I understand.  No, I was just trying -- I was just
18 trying to understand why you --
19 A   Yeah.
20 Q   -- just -- right?  You remember just now you said, you
21 know you don't know if you would've said 107 million.
22 A   Yeah, I don't -- I don't --
23 Q   And so I was --
24 A   Not without looking at my --
25 Q   -- I was just trying to --

Page 26

1  A   -- my budget figures --
2  Q   Yeah, I was just trying to understand why you said that.
3  A   Okay.
4  Q   And so do you think that was -- that estimate -- that
5  estimation was on the high range, the high-end range of the
6  estimation?  The high-end?  Or at the low-end of a estimation?
7  A   It -- I don't -- I would probably just say moderate
8  depending on --
9  Q   All right.
10 A   -- where we were at that time.  So if he's calculating
11 in that 37.3 million that we're estimated to get this upcoming
12 fiscal year.
13 Q   Do you know specifically what budget line items or areas
14 of the budgeted items -- areas of budgeted items you were more
15 conservative than Mr. Kurrus regarding?
16 A   Well, what he's looking at -- referring to, I'm
17 assuming, here are -- well, of course, it's not the approved
18 budget.  It's based on looking at calculations on capital
19 improvements, which are infrastructure, or building new
20 schools, or renovating existing facilities at that point.
21    So it would've been based on what we had projected as
22 far as budget reductions, along with revenue increases, along
23 with the 37.3 million dollars of capital improvement funding
24 from the state for -- via the deseg settlement.  So it's not
25 necessarily a budget line there.

Page 27

1  Q   So I'm -- I'm not talking about --
2  A   Okay.  Can you restate the question, then?  Okay.  All
3  right.
4  Q   Right now I just want to know were there any specific
5  areas of the budget and so --
6  A   Okay.
7  Q   Were there any specific areas of the budget or budget
8  line items that you were more conservative than Mr. Kurrus on?
9  A   More conservative.  I wouldn't -- I wouldn't say,
10 because I hadn't seen his budget on what -- 'cause --
11 Q   Um-hmn.
12 A   -- his budget was my budget --
13 Q   Right.
14 A   -- as far as the --
15 Q   Right.
16 A   -- overall district budget.
17 Q   Right.
18 A   So that's what I guess I'm taking a exit off on because
19 of this right here is not our budget, per se, not approved
20 budget --
21 Q   Right.
22 A   That were most likely a report or just a estimated
23 number of some sort so --
24 Q   Did Mr. Kurrus ever make any suggestions, in terms of
25 the budget, that you might've been concerned might've been

Page 28

1  either, you know, too costly to the district, or not realistic
2  financially for the district?
3  A   No.  Typically my concerns would be around staff
4  reductions, whether we were going to make enough staff
5  reductions that would hit those budget reduction goals or
6  marks that we had out there.
7  Q   It sounds like you wanted to make more staff reductions
8  or --
9  A   Not necessarily make more, but we actually -- typically
10 we put together budget options on staff reductions on how they
11 should be made.  Whether those are implemented fully --
12 Q   So we're done with that for now.  When did you become
13 aware of the Pinnacle View project?
14 A   The Leisure Art building, or just the Pinnacle View
15 project?
16 Q   Leisure Arts.
17 A   Mr. Kurrus mentioned the possible -- the building was
18 available.  I don't recall the exact date on that so --
19 Q   And at this time what were your -- you know, what were
20 your thoughts as chief financial officer on -- in terms of the
21 fiscal propriety or financial propriety of procuring the
22 Leisure Arts building?
23 A   So I guess at that point in time, we actually had enough
24 funding to actually -- for the purchase.  So 'cause part of
25 the budget reductions were not only to wean ourself off of the

1  deseg money that we were getting from the state, but also  to
2  produce enough savings to actually construct the southwest
3  high school, along with the west Little Rock middle school.
4       Because we had already purchased the -- the land there
5  so it was always kind of two-step as far as budget reduction.
6  So we knew that was in the plans, not necessarily Leisure Arts
7  at that point but --
8  Q   All right.  And so the purchase price was 11.5 million
9  dollars for Leisure Arts, correct?
10  A   That's correct.
11  Q   All right.  Now what pot of money did that 11.5 million
12  dollars come out of?
13  A   It came out of the actual building fund.  It was
14  actually part of our fund balance at that point so -- so all
15  the reductions that we typically would save would actually go
16  into the fund balance.
17       So basically the fund balance -- the difference between
18  revenue and expenses for a given year to add to your
19  reserve --
20  Q   Sorry.  Keep going.
21  A   That just add to your reserve, yeah.
22  Q   All right.  Now you said a building fund and fund
23  balance.  Pardon me, I --
24  A   So the building fund --
25  Q   -- it's the same thing?

1  A   -- you know, the building -- well, the fund balance is
2  actually your reserve at that point.  So in order to purchase
3  anything, you have to have -- actually to transfer money out
4  of -- either operating -- well, out of your reserve, into a
5  building fund.
6       So that's where you actually purchase your capital
7  improvement.  You don't -- you can't buy buildings out of your
8  just general operating.  It's just an accounting --
9  Q   All right.
10  A   -- so --
11  Q   And so LRSD had a general fund balance, largely due to
12  the savings, and it transferred money from the fund balance to
13  the building fund?
14  A   That's correct.
15  Q   All right.  And had the money already been transferred
16  before Mr. Kurrus first mentioned the Leisure Arts building as
17  well?
18  A   No.
19  Q   Okay.
20  A   Because we had a time to go through due diligence on the
21  building and check it out and make sure it was something that
22  was feasible at that point.  And once we decide we want to
23  purchase any property or sell any property, you have to submit
24  a board agenda item for approval at that point so the board
25  would have to actually approve the purchase.

1       So no officer or superintendent in the district can just
2  purchase or sell a building without board approval.  And
3  that's in our policy.
4  Q   How much did the Little Rock -- if you remember, how
5  much did the Little Rock School District have approximately in
6  its fund balance before it transferred the money used to
7  purchase the Leisure Arts building?
8  A   I don't recall at that exact time.
9  Q   Do you know if it was over one trillion, or under one
10  trillion?
11  A   No, it was -- it was under one trillion.
12  Q   All right.
13  A   It was roughly around -- I don't know -- 30 or 40-
14  million dollar range.
15  Q   And the money in this fund balance was to be used in
16  part for the construction of southwest -- the southwest Little
17  Rock high school and the middle school in west Little Rock,
18  correct?
19  A   No.  The money hadn't actually been designated before
20  anything at that point.  So typically on the fund balance
21  you're looking at -- say Little Rock is say 300 -- just say
22  330-million-dollar range or so.
23       So typically your fund balance you want to have a
24  minimum of around ten percent for any ups and downs in the
25  economy or anything that may happen with federal

1  reimbursements or anything at that point.
2       So I don't even think at that time we had actually
3  designated architects, I don't believe, or construction
4  management for either of the projects 'cause we were still
5  going through the exercise, actually, implementing some of the
6  budget reductions to get to a point where it was financially
7  feasible.
8  Q   Did Baker ever -- did Baker Kurrus ever make any
9  expressions to you in terms of representations to you in --
10  reflecting his priorities in terms of construction projects so
11  -- saying that this project has priority right now, or that
12  project does?
13  A   No.
14  Q   Okay.  Now, as you sit here now and looking back over,
15  you know, the past couple of years, do you think that the
16  school district should've handled the project -- the west
17  Little Rock middle school project and southwest Little Rock
18  high school projects -- any differently?
19  A   Over the past two years I think -- I don't think so at
20  that point.  We all -- we knew from the beginning, we
21  discussed this with the board, we knew that the high school
22  was going to be a larger project.  It was going to probably
23  take, I don't know, six months maybe to a year or longer, due
24  to athletic facilities on there.
25       The scope has kind of changed a little bit on the

Page 33

1    project. It's grown in the southwest part. So I don't think
2    so.
3    Q    All right. Describe the Little Rock School District's
4    current plan to complete the southwest Little Rock high school
5    and Pinnacle View.
6    A    So Pinnacle View is slated to finish -- because it's an
7    the existing building, renovated -- scheduled to finish this
8    summer. At the same -- when -- architects were chosen at the
9    same time to start design on the renovation and the
10   construction of southwest, along with the construction
11   managers actually chose as well.
12        So as far as the completion of southwest, I think
13   they're getting close to final design and programming.
14   Because a lot more programming goes into high schools than
15   elementary. So we've had a lot of input from staff and the
16   community -- I think parents and the students there.
17        So it's a little bit different because Pinnacle View is
18   totally a new school that doesn't have a population right now,
19   but is affected.
20        And Southwest is affecting two other high schools if the
21   proposal is still to merge McClellan and Fair together. So
22   it's a little more thought have to go into that, and a little
23   more planning and needs on that.
24        So hopefully with the millage extension, it will
25   facilitate enough money -- well, I know it will facilitate

Page 34

1    enough money to finish southwest, but we also have other needs
2    as far a big part on the southwest high school is what we
3    would do with McClellan, and then Cloverdale.
4         So that was a community piece that we really had to
5    address. So having enough money to come back with McClellan
6    and renovate it to a point where it can be used for -- whether
7    it's a middle school or K/8 -- whatever is decided at that
8    point. And Cloverdale hopefully can be not used anymore so --
9    for a school -- not for a school anyway.
10   Q    And are there any contingency plans on how the southwest
11   high school would be constructed without the extension of the
12   millage?
13   A    So I would say a contingency plan would be that the
14   district has enough internal savings, could possibly do a
15   second lien financing to complete that school, but it only
16   completes that school.
17        It doesn't give you any money to go back and renovate
18   McClellan or to do any other capital improvements of the other
19   schools in the district so --
20   Q    All right.
21   A    And all that's contingent on the economy staying fairly
22   stable.
23   Q    Is this second lien contingency plan documented in the
24   Little Rock School District anywhere?
25   A    I don't know if it's documented, but that's some of the

Page 35

1    things that we presented to the board when the board was
2    actually looking at -- I think it was under Suggs -- maybe
3    looking at actually asking for additional mills and looking at
4    second lien, and looking at different internal savings. If
5    it's documented, it's -- it might've been in some of those.
6    Q    And the school district -- so you're familiar with the
7    -- kind of the annual 37.3 million dollar allocation of state
8    desegregation settlement funds, correct?
9    A    That's correct, yes.
10   Q    And the school district is -- they are to receive its
11   last payment this year, correct?
12   A    '17/'18 -- next fiscal year.
13   Q    Next fiscal year. Now do you know how the district
14   plans on allocating this next payment?
15   A    Well, it's -- I think it's still going to be broken up
16   into 11 payments on how they paid it, so we don't just get it
17   all at once.
18   Q    Right.
19   A    So the ideal and estimates we have put together that it
20   would be designated for the -- southwest high school
21   project so --
22   Q    All of it?
23   A    That was my thought, yeah.
24   Q    And how did you come to that understanding?
25   A    Well, as we put together figures and trying to get to a

Page 36

1    point where we could afford both projects, that was just
2    something.
3         Because this -- with Pinnacle View going into the
4    Leisure Arts renovation, we would've been finishing this
5    summer, so we won't have any of that 37 million --
6    Q    Right.
7    A    -- dollars to utilize. So that project is pretty much
8    complete. So the next, you know, priority project is
9    southwest so.
10   Q    And were any of the desegregation settlement funds used,
11   or are they currently being used for the construction of the
12   Pinnacle View project?
13   A    Any of the -- so, I guess, based on the deseg settlement
14   funding, and it comes into our general operations. So I can't
15   say yes or really no to that. It wasn't designated for that.
16        So it's just -- it's part of our general operating
17   budget that we set up at the beginning of the year so --
18   Q    So -- all right. The state sends a check of -- one of
19   the 11 installments for the deseg funds. What pot does that
20   check go in to?
21   A    It comes in, and we code it as the deseg. It goes into
22   general operations.
23   Q    General operations?
24   A    Yeah.
25   Q    So that -- that's a pot, right?

Page 37

1    A    Yes.
2    Q    That's an account?
3    A    Same as our tax revenue or any other, so, yeah.
4    Q    Now does any -- has any money from that pot, the general
5    operation's pot, been used to, you know, help complete the
6    Pinnacle View project?
7    A    Not from -- well, from the general operations, if you
8    remember, we transfer -- we'll transfer money from the general
9    operation to the building fund --
10   Q    Right.
11   A    -- to actually do any building projects.
12   Q    All right.
13   A    So we have made transfers from general operating to our
14   building fund for the project, but that was all budgeted.
15   Q    All right.
16   [Whereupon parties went off the record.]
17   [Back on the record.]
18   [Whereupon Plaintiff's Deposition Exhibit 2 was marked for
19   identification.]
20   BY MR. SHUKUR:
21   Q    All right.  I hand you Plaintiff's Exhibit 2.  Can you
22   read for yourself, under 7(b), the words in italics, just
23   those paragraphs?  Just let me know when you're ready.
24   A    I'm finished.
25   Q    All right.  So were you aware of this resolution when it

Page 38

1    passed or was implemented?
2    A    Was I aware?
3    Q    Yes.
4    A    I'm -- I would say yes because I was there.
5    Q    Oh, you were there?  All right.
6    A    I didn't remember verbatim the words.  I would -- but,
7    yeah.
8    Q    All right.  Did you remember the resolution explaining
9    that construction of the southwest high school shall be the
10   district's first priority?
11   A    I didn't recall that until just reading this.
12   Q    Is construction of the southwest high school currently
13   the Little Rock School District's first priority?
14   A    I don't know if I can speak as far as the district --
15   being the first priority -- since that would probably be the
16   board and superintendent.
17        I know it's always been a priority.  It was actually a
18   priority of the superintendent, how it actually came about --
19   Dr. Morris Holmes.  So he was the one that actually
20   facilitated, actually, the purchase of the southwest land
21   simultaneously with the purchase of the west Little Rock.
22   Q    And do you know of -- first --
23   [Whereupon Plaintiff's Deposition Exhibit 3 was marked for
24   identification.]
25   BY MR. SHUKUR:

Page 39

1    Q    I hand you Plaintiff's Exhibit 3, the design work plan
2    for the southwest Little Rock high school.  Have you seen this
3    before?
4    A    I don't recall if I've seen this exact -- I'm seen
5    similar documents.
6    Q    And if you look on row 25, it says that the school is
7    slated to open for -- during the fall of 2019 -- in the fall
8    of 2019.
9        Is that -- do you believe that the Little Rock School
10   District will be able to open the southwest high school in the
11   fall of 2019?
12   A    That's been our push and plan to.  So I don't -- unless
13   mother nature has something else to say or something happens
14   with the financing or something.  But yeah, that's been the
15   plan the whole time so --
16   Q    All right.  If you look at columns 18 and 19 -- or rows
17   18 and 19 -- they explain that the Little Rock School District
18   was scheduled to complete the design development phase of the
19   southwest high school design work plan no later than February,
20   2017.
21        Has the Little Rock School District completed the design
22   development phase?
23   A    I don't think the final design is finished yet.  I think
24   it's -- it's pretty close.  So I'm not the one actually over
25   that project.

Page 40

1        Mr. Burton is actually overseeing that.  But I know
2    we've gone back to the table as looking at, as far as the
3    student body enrollment designed of the school.
4        Because this school actually started off beginning, I
5    believe, at 18 -- either the 16 -- I think we had a 1600
6    version and a 1800 version.  So it was up to -- and I think it
7    went up to maybe 2400.  Now it's -- I think it's at 2250 so --
8    Q    All right.  And so the Little Rock School District is
9    currently finalizing the conceptual building design?
10   A    I wouldn't say 'conception'.  I'm talking about specific
11   approval of -- the design, I think, is there.  But the
12   packaging cost estimate -- so the final design has to be
13   pretty much everything laid out -- electrical, plumbing, all
14   that stuff and design, so they can actually issue bid packages
15   from the construction management.
16   Q    And so have you seen a conceptual design cost estimate?
17   A    I have seen a conceptual design, yes.
18   Q    Cost estimate?
19   A    I've seen some cost estimates.
20   Q    For -- sorry.  And so let's put it altogether.  Have you
21   seen --
22   A    Okay.
23   Q    Have you seen conceptual design cost estimate for the
24   southwest Little Rock high school?
25   A    Yes.

1  Q   Okay.  And was that -- well, has a conceptual design and
2  cost been approved for the southwest high school?
3  A   I don't think so.  So the part that -- just honestly,
4  the part that I am most interested in is 21.  So we can cut,
5  and so that's the guaranteed maximum price.  Once you lock it
6  in, at that point that's what we're guaranteed to be paying.
7      So the estimate's going to change quite a bit based on
8  follow-up meetings and different things as we come back to the
9  table saying,  this is too much, and that point, where can we
10 cut -- cut down on it.
11 Q   Have you seen a schematic design cost estimate for the
12 southwest high school?
13 A   Schematic design?  I don't recall.  I've seen schematic
14 designs, but I don't know if it include -- when you add the
15 cost estimate on there.  I see them as separate.
16 Q   And is the Little Rock District scheduled to, or slated
17 to have the guaranteed maximum price by May of this year?
18 A   Based on this schedule that -- that's correct.  It looks
19 like this was -- I'm not sure the date of this.  I don't know.
20     I don't know if that March 1 is when that was actually
21 the design work plan or the 16, so it's a year old now so --
22 Q   Right.  So do you have any independent basis, aside from
23 this design work plan, that the Little Rock School District
24 will have the final construction manager guaranteed maximum
25 price before -- actually, I withdraw that question.

1      So the Little Rock School District is scheduled to begin
2  construction currently in June of this year?
3  A   You ask -- was it a question or a statement?  What --
4  Q   I'm asking.  I'm asking.  I will make no statements,
5  hopefully.
6  A   Restate that question.
7  Q   All right.  So the Little Rock School District is
8  scheduled for a millage election in May, correct?
9  A   May 9, yes.
10 Q   May 9.  And this is to -- the purpose of this, in part,
11 is  to construct the southwest Little Rock high school,
12 correct?
13 A   Um-hmn.
14 Q   All right.  If the millage passes on May -- what was the
15 date, again?
16 A   Ninth.
17 Q   May 9.  Will the Little Rock School District begin
18 construction on the southwest high school project in June of
19 this year?
20 A   I'm not sure.  June may be -- it may start before June.
21 So it says June 7 -- well, I guess that's 2017.  I don't know
22 how to answer that one.
23 Q   It's pretty ambitious, right?
24 A   No, it's not ambitious because we're constantly going
25 through the stuff.  Like the money is here now so --

1  Q   Right.
2  A   -- we hadn't stopped the process.
3  Q   Right.
4  A   In order to complete this high school in basically two
5  years, which is a short time frame, we have to move forward.
6  Q   All right.  So is there any delay in the construction in
7  the southwest Little Rock high school?
8  A   Has there been any delay?
9  Q   Yes.
10 A   Not that I've noticed. no more than maybe going back,
11 maybe having additional follow-up meetings.  I know they -- I
12 think they went back and had a couple of more community
13 meetings and made sure everybody's kind of aware of the
14 project and allow any input at that point so -- not
15 necessarily a delay.
16 Q   All right.
17 A   This has been a pretty long process, because if you
18 looked at Little Rock School District high schools, you know,
19 I don't know  the last time they've built a high school.
20     So this is kind of monumental here.  So we want to make
21 sure we do it right.
22 Q   Now do you -- going back to -- shifting back to Pinnacle
23 View.
24     So there's two phases of the Pinnacle View project.  One
25 is converting the office building into a sixth-grade classroom

1  space.  And the other, converting the warehouse to a middle
2  school, correct?
3  A   That's correct.
4  Q   Now --
5  A   Sort of.  You say 'converting,' but the -- the phase one
6  is already complete, because it's there.  This is a school
7  year for them.
8  Q   Right.
9  A   For sixth graders, so, yeah.
10 Q   All right.  All right.  And so what was the first
11 estimate that you remember, to convert the office building
12 into a classroom space?
13 A   I think that was -- I think roughly around 500,000 to a
14 million dollars -- somewhere right there.
15 Q   And what about the warehouse?  What was the first
16 estimate --
17 A   I think I was --
18 Q   -- that you remember?
19 A   These are -- yeah, estimates, I think, were given 25 or
20 28 million -- something like that.
21 [Whereupon Plaintiff's Deposition Exhibit 4 was marked for
22 identification.]
23 BY MR. SHUKUR:
24 Q   I'm handing you Plaintiff's Exhibit 4.  First question
25 about Plaintiff's Exhibit 4 is earlier you mentioned several,

Page 45

1   I guess, renovations or maintenance projects at schools with
2   large minority populations.
3       All of those would be detailed in kind of a larger
4   version of this document -- Plaintiff's Exhibit 4 -- which is
5   the capital project summary, correct?
6   A   Yes, I'm assuming this came from a master plan.
7   Q   Correct.
8   A   Okay.
9   Q   All right.  Now second question is, if you look on
10  Plaintiff's Exhibit 4, you look under Pinnacle View Middle
11  School, there's a project name, 'Leisure Arts Office Building
12  Conversion to Temporary West Little Rock Middle
13  School, Sixth-Grade Classrooms'.
14      And the total costs -- it says it's complete and the
15  total cost is 7.9 million dollars.  You know why it says 7.9
16  million dollars?
17  A   I'm assuming this was probably a part of the -- let me
18  see.  It's not -- it's not 7, unless they wrapped part of the
19  purchase in there.
20  Q   And then under that it say, (as read) "Administration
21  Building Conversion of Leisure Arts, Sixth-Grade Classroom to
22  Office Space."
23      Is there currently a plan to convert the building in
24  which the sixth graders are being educated at Pinnacle View
25  into an office space?

Page 46

1   A   Not that I'm aware of.
2   Q   Okay.  Now -- so during the planning stages of the
3   Pinnacle View project, did anybody at the Little Rock School
4   District raise any concerns about the -- I guess the -- any
5   concern about the cost of converting the office space into a
6   sixth-grade classroom that will only be used for one or two
7   years?
8   A   Not concerning -- we discussed the future use of that
9   building.  And most likely it didn't make sense to convert it
10  back to office space once it's converted to classroom space,
11  so I don't know.
12      That's yet to be determined what kind of space it may
13  be used for in the future, what educational purposes it might
14  be used for.  So that's the first and second floor.  Third
15  floor never was touched.
16      So it still has cubicles, and open area offices, and
17  private offices upstairs, and conference rooms, so --
18      I think I got off the question.  What were your concerns
19  about?
20  Q   It's just -- it's just, you know, if the -- you know, if
21  there's going to be a middle school, full middle school in a
22  couple of years.
23      You know, why spend, you know, over $700,000 converting
24  this office building into just a temporary classroom space
25  when there's -- we have a shortage of maintenance needs and --

Page 47

1   A   Yeah, the --
2   Q   -- nobody -- nobody had that concern, I don't think.
3   A   I know the -- the concern about actually, I guess,
4   finishing the project up as well.  It was a fairly tight time
5   frame on conversion of this project -- about a year -- so the
6   contingency would be if the couldn't actually finish all the
7   building up, you would still utilize that classroom space
8   there as well.
9   Q   All right.  So but -- yes, so nobody had that concern at
10  the district?
11  A   It was a concern not to convert it back and spend
12  additional money to convert it back to office.  Yeah, that was
13  a concern of mine but --
14  Q   That was a concern.  Did you voice that concern?
15  A   Yeah, we -- I voiced it.
16  Q   All right.  Well, how did that proposal get on the
17  capital project summary?
18  A   Now, I can't -- I don't know that answer to that one
19  so --
20  Q   All right.  And what was your --
21  A   But it wouldn't be ten million dollars to do anything to
22  that building again so --
23  Q   Yeah.  All right.  Do you remember when Phase I of the
24  Leisure Arts -- of the Pinnacle View project -- so the
25  conversion, do you know when it was completed?  Do you

Page 48

1   remember?
2   A   It was in July.  It was like July of '16, somewhere
3   around in there -- that point.
4   Q   July, '16, all right.  And when did you say the -- the
5   warehouse or -- sorry -- Phase II of the Pinnacle View project
6   would be complete?
7   A   It was scheduled to be complete this summer, either June
8   or July of this -- 2017.
9   [Whereupon Plaintiff's Deposition Exhibit 5 was marked for
10  identification.]
11  BY MR. SHUKUR:
12  Q   All right, I'm handing you the next exhibit.  Just take
13  a second, and review it, if you will.  Have you seen this
14  before?
15  A   Yes, sir.
16  Q   All right.  What is it?
17  A   It's basically a document that kind of outlines our
18  contract with -- I believe this is with Baldwin and Shell
19  Construction on Pinnacle View project.
20  Q   All right.  And it appears to be a change order raising
21  the original -- raising the contract some for the Pinnacle
22  View Middle School project, from 2.3 [sic] million to 33.3
23  million [sic] correct?
24  A   That's correct.
25  Q   All right.  Now, do you know if the school district was

Page 49

1  contractually obligated to enter into this change order?
2  A   No.  Basically Phase I and Phase II of Pinnacle View,
3  Baldwin and Shell was the contractor for Phase I.  We actually
4  issued a RFP for Phase II alone, with the southwest piece.
5      At that point, they were actually the selected firm,
6  yeah, and to finish up Phase II.  So some of the things that
7  you look at, like on the, say, the 2.3 million dollars, as
8  you're converting over HVAC systems or boilers on a complex
9  like this, that are tied to two separate units, it doesn't
10 make sense to just do a portion; you have to do the whole
11 unit.
12     So once we got to a point where they were awarded the
13 contract, and this was the estimate, the change order -- 31
14 million exactly.  It comes up to 33 million was the actual
15 renovation for Phase II, to do the complete building at that
16 point so --
17 Q   And that's -- that's higher than the -- original
18 estimate that you provided?
19 A   What did I say -- 20, 25?
20 Q   Right.
21 A   Yeah, that -- so we can look at Exhibit 3.  As you go
22 through architectural design work plan, you have a conceptual
23 design form.
24     At that point, I think when the 25 or 28 -- I forgot
25 which one came up --

Page 50

1  Q   I'm going to interrupt you.
2  A   Okay.
3  Q   I might have something that might help you.
4  A   Okay.
5  Q   I'll -- and  let me just get it to you.
6  [Whereupon Plaintiff's Deposition Exhibit 6 was marked for
7  identification.]
8  BY MR. SHUKUR:
9  Q   All right, this is Plaintiff's Exhibit, which is a bid
10 schedule for Pinnacle View Middle School.
11 A   Yes.
12 Q   So since Plaintiff's Exhibit 5 -- it's for --
13 A   This doesn't help me on my explanation here but --
14 Q   Oh, it doesn't?
15 A   -- I'll look at it.  Yeah.
16 Q   Oh, okay.  All right.
17 A   So -- we can look at it, though.  But basically -- and
18 Baker, during that -- Mr. Kurrus, at that time, asked for an
19 estimate.  And I believe Wayne Adams provided that based on
20 just general knowledge.
21     And I think he might've touched base with one of the
22 construction management companies to get an estimate.  But as
23 you go through the tasks -- like you see the tasks here, you
24 have conceptual design, and programming,  and different
25 things.

Page 51

1      So none of that had been discussed at that first
2  estimate.  So I think the school originally started off maybe
3  800 or 900 student body, and it's at 1200.
4      It wasn't any discussion on the second floor, or even
5  program or how big the actual classrooms, whether they are
6  state standard 850 or whether they go up to 950 of 1,000 based
7  on those different things.  And that's kind of how the amount
8  grew.
9  Q   So Exhibit 6 -- and you said you went from 800 to 900
10 students, to 1200.  Do you know when that projected student
11 population increased?
12 A   I don't know the actual dates on that.
13 Q   Do you remember when you learned about it, roughly,
14 about the increase in the projected student --
15 A   I don't.  I don't.
16 Q   All right.
17 A   And some of that had to do with after you actually got
18 architects on board.  So they could lay out the building on
19 how it should be laid out, and you could see what space you
20 had.  And based on state standards and different -- or above
21 state standards on how -- what the student body could be in a
22 building.
23 Q   All right.  Did you hear anybody at the district once
24 the -- I guess the final or this -- well, once the number --
25 the 33-million-dollar figure -- so once the 33-million-dollar

Page 52

1  figure cam into the picture, did anybody at the Little Rock
2  School District advocate for trying to get the construction
3  manager and architect to go down on that figure, or to
4  recalibrate the project to reduce costs?
5  A   Yeah.  We did.  We met with them, I think, several
6  times.  I'm not sure how many times along with Mr. Kurrus at
7  that point.
8      So that's just typical process when you're meeting with
9  a builder or construction management, to kind of see the
10 finishes that are being put in there.
11     So a big part of this was additional steel beams that
12 had to be put in there.  And even on, I think, Mr. Kurrus'
13 number, it didn't include any athletic facilities.  So this
14 number actually includes a gym that's built within the actual
15 structure.
16     So you're going to be looking at another three and a
17 half to four million dollars on the external gym, if it had to
18 erected along with another -- I don't know -- just say a
19 million and a half to two million dollars on a -- on a turf
20 field.
21 Q   So you're saying the 20 to 25-million-dollar-estimate
22 didn't include --
23 A   No.  It's 25 to 28.
24 Q   Twenty-five, excuse me.
25 A   Okay.

Page 53

1  Q   The 25 to 28 million dollars didn't include any athletic
2  facilities?
3  A   It didn't include the gym, no.
4  Q   Okay.  And did you ever believe as chief financial
5  officer of the Little Rock District that the school district
6  would be able to construct both the west Little Rock middle
7  school and the southwest Little Rock high school without an
8  extension of a millage, or a millage increase?
9  A   At one time I would say, yes.  But that's before even
10  conceptual designs and estimates of the buildings were given.
11  I know initially when we had Fanning Howey here for the study,
12  we were looking at 80, maybe 80 million dollars for a
13  southwest school.
14      That didn't include the athletic complex.  So we kind of
15  had 80 million dollars in our head.  But as we really got to
16  digging down into it and the plans kind of changed to increase
17  the size of it, I would say we needed some additional funding
18  help at that time, not necessarily having a millage extension
19  or ask for additional mills were -- were needed.
20      But in order to satisfy and actually satisfy a need to
21  do something with Cloverdale, all along was given some
22  confidence to the community on what would happen with the
23  McClellan site because that's been the kind of hinge point,
24  that we don't need to have a vacant building in that area,
25  that we're going to need some additional funding, not

Page 54

1  necessarily having to go to the board, because we have the
2  second lien option that would be available.
3      But that's all -- that's contingent on us having enough
4  internal savings to pay for that additional debt.
5  Q   And when did you come into this belief that some
6  additional funding would be needed?
7  A   Once we start getting some real numbers in.
8  Q   And that was -- do you know if that was yesterday or --
9  A   No.  It was --
10  Q   -- six months ago, or a year?
11  A   I would say a year ago.  The issue with even going out
12  for a millage was pretty much crushed when the state took us
13  over and removed the board so -- but the --
14  Q   Why you say that?
15  A   Because the community wasn't excited about it.  It was a
16  lot of uproar.  So going out to the voters to ask for a vote
17  at that time, and you think you're going to get something
18  passed, you would almost have to be crazy, insane, one of them
19  so --
20  Q   What about now?
21  A   I'm -- for the record, I'm not wanting --
22  Q   When did the Little Rock School District make its most
23  recent disbursement to the construction manager for the
24  southwest high school project?
25  A   I'm not sure, within probably the last month or so.  So

Page 55

1  we have a lot of architect fees that are pretty much going
2  now.  So not necessarily construction management.
3  Q   So do you know -- I mean, has the Little Rock School
4  District made any disbursements to the construction manager
5  for the Pinnacle View project -- oh, not Pinnacle View, the
6  southwest Little Rock high school project?
7  A   I believe so, yes.
8  Q   Yeah.
9  A   It's minimum at this time.
10  Q   Minimum?  Why do you say that?
11  A   Because they really hadn't started as far as the
12  construction piece.  They -- I think they've put together bid
13  packages.  They've been meeting quite awhile, so the
14  architects have done most of the work up until this point.
15      So I believe the construction management actually had --
16  have either awarded bids or issued bids -- bid requests -- for
17  the ground work, which is a significant portion of this
18  project.  But construction hadn't started.
19  Q   So the school district will have the bid packages of the
20  construction manager, correct?
21  A   Say it --
22  Q   Would the Little Rock School District have the bid
23  packages or --
24  A   We will have -- we will have some.  So it's -- I guess
25  on this one you have here, it has different areas that may be

Page 56

1  bidded.  So we would start -- of course, we've done a traffic
2  study out there on Mabelvale Pike to see what enhancements
3  have to be done with that road -- I know a roundabout.
4      We've met with the city.  Of course, soil testing and
5  different stuff that's been done to see what kind of
6  foundation and soil that we have out there.
7      So those types of things have been done.  But actually
8  clearing land and doing any of that --
9  Q   So I see.  I'm just -- just kind of short --
10  A   Okay.
11  Q   I just want to know if the school district has any bid
12  packages from the construction manager --
13  A   I don't have any.
14  Q   -- in it's possession?
15  A   I don't have any.
16  Q   And do you know if the school district has any?
17  A   I'm not sure.
18  Q   All right.  And if any of the bids were awarded or
19  issued, the construction manager would alert the school
20  district -- is that right?
21  A   They would at that time.
22  Q   Right.
23  A   I've been gone for two weeks, so I'm just getting back.
24  So it's possible that last week they might've opened, so --
25  [Whereupon Plaintiff's Deposition Exhibit 7 was marked for

Page 57

1  identification.]
2  BY MR. SHUKUR:
3  Q    All right, I hand you Plaintiff's Exhibit 7.  This is an
4  excerpt of the Little Rock School District's 2014 through '17
5  revenue and expenditure projection, correct?
6  A    That's correct.
7  Q    All right.  Now if you look, I guess, two rows up from
8  the total operating expenses column, where it says,
9  "Transfers," it says that the Little Rock School District was
10  budgeted to transfer about 48.3 million dollars in the 2016 to
11  2017 budget, correct?
12  A    That's correct.
13  Q    All right.  Can you explain what, I guess, just that
14  budget line -- what that 48-million-dollar transfer
15  representation kind of represents?
16  A    Basically, on this transfer line here -- so most of the
17  majority of our money comes into our operating account.  So
18  you can see this is operating expense here.
19  Q    Right.
20  A    So any time you transfer money out of the operating, it
21  actually goes in the transfer line.  So if you notice the
22  actual for that previous year, the majority of that 15.4
23  million was actually transferred from operating into our debt
24  service fund, to actually our debt service obligations.
25        So part of that 48 million -- 48.3 -- includes a debt

Page 58

1  service transfer over to debt service, or and a portion of it
2  is actually transferring to building fund as well, for
3  purchasing.  And I believe that was Leisure Arts building --
4  on -- no, it wasn't -- it wasn't.  This is '16/'17.  This is
5  year --
6  Q    Right, Leisure Arts was --
7  A    So 35 million of it was for Leisure Arts or Pinnacle
8  View, Phase II.  So we also have another portion.
9        So if you transfer any money within categorical funds --
10  for instance from NSL to ALE, that goes into a transfer line.
11  So it's kind of a catchall for transferring anything that's
12  going on within a -- into operating.
13  Q    And the Pinnacle View, Phase I, any funds transferred to
14  fund the purchase of the property at Pinnacle View would be
15  included in that 15.433 --
16  A    Yes.
17  Q    -- million dollars?
18  A    Well, no.  It would actually be -- it's a -- that
19  transfer, I think, we actually had budget -- it's actually
20  expenditures in the capital outlay at 12 -- where you see the
21  12.2 million.  That's why it jumps from a few lines up, from
22  1.2 and -- to --
23  Q    To 12.2 of expenditures, right?
24  A    Um-hmn.
25  Q    From capital outlay.  So that's not included in

Page 59

1  transfers?
2  A    No.
3  Q    Oh, okay.  All right.
4  A    Transfer was a different -- this is based on legislative
5  audit.  They wanted to see how we transferred the operating
6  out to debt service.  So you can notice there's no activity
7  for the previous years because that's --
8  Q    Right -- debt service --
9  A    -- not how we were -- yeah.
10  Q    -- remains constant, right?
11  A    Yeah.
12  Q    Okay.  And so earlier you said the majority of that 15.4
13  million was debt service.  But it looks like it wasn't.  So do
14  you know where -- I guess, where most of that money
15  transferred for the 15.4, what the purpose of that -- most of
16  the money transferred was?
17  A    I'm --
18        MR. HELLER:  Object to form.
19        MR. SHUKUR:  Yeah, that's -- that was very -- it's very
20  convoluted.  Just a minute, let me try to simplify the
21  question.
22  BY MR. SHUKUR:
23  Q    Do you know to what use the majority of the 15.4 million
24  dollars transferred in the 2015/2016 school year -- to what
25  use it was put?

Page 60

1  A    It was -- that was mainly debt service.  You would
2  actually have to look at the -- I think, the page before this
3  to look at it.
4        You have to -- the debt service is actually the expense
5  that we actually pay for debt services, right below that.  But
6  we actually have to make a transfer out of operating -- out of
7  operating fund into our debt service fund, so it creates an
8  entry on the transfer.
9  Q    Oh, okay.
10  A    So the majority of that 15 million -- just say 14
11  million came out.  We only transferred another just say one-
12  point-something million probably over to -- for Pinnacle View,
13  Phase I.
14  Q    All right.
15  A    When we actually -- when the board actually voted for
16  the -- to purchase the actual building, we did a budget
17  adjustment for our capital outlay budget up there.
18        So it actually -- and we actually have a recommendation
19  to the board to get that to the 12.2 million.  So it wasn't
20  actually a transfer needed for that -- in order to capture
21  that one.
22  Q    All right.  And the capital outlay pot -- for lack of a
23  better word -- is separate and apart from the general
24  operations pot?
25  A    No.

Page 61

1  Q   No?
2  A   It's just a different category.
3  Q   Within the general operations?
4  A   So if you're replacing light bulbs and fixtures and
5  stuff, that's typical maintenance.  If you're replacing
6  something that's a major infrastructure piece -- a roof or
7  something like that -- it's actually classified as capital
8  outlay.
9  Q   All right.  And so it comes from the general operations
10 budget?
11 A   Yes, on this one, this one, this part, yes.
12 Q   On this part?
13 A   Yeah.
14 Q   So it comes from general operations, right?
15 A   It's a -- it's a --
16 Q   And so no transfer is necessary?
17 A   It's an object code that was budgeted on that, yeah.
18 Q   Gotcha.  Gotcha.
19 A   Or, an account code.  I'm using -- it's called 'object'
20 for the state, but most people know it as an account code.
21 Q   Now, when you began our conversation, we talked a little
22 bit about the budget, how the school goes about budgeting
23 parts, staff for schools, or population, or whatnot.
24     How does the district decide which schools get a full-
25 time literacy facilitator or math facilitator on staff?

Page 62

1  A   That depends on the superintendent that's in place at
2  certain times.  So I think under certain superintendents, all
3  schools might've been designated to get -- or when we had
4  stimulus money, all schools might've been designated to get --
5  Q   Let me interrupt you --
6  A   Okay.
7  Q   -- for a second.
8  A   Okay.
9  Q   Let's go -- Dexter Suggs, Baker Kurrus, Michael Poore.
10 A   Okay.
11 Q   So under each superintendent.
12 A   All right.  All right.
13 Q   Starting with Dexter.
14 A   Under Suggs -- at that point I believe every school was
15 designated to get a math facilitator and a literacy
16 facilitator, a reading teacher, I believe at that time.
17 Because Reading Recovery was pretty much done away with
18 because it was not servicing enough students.
19     They were able to use Title I funds.  We used some NSL
20 funds for those that needed help that didn't have enough Title
21 I.
22     Because depending on your -- most of the literacy and
23 math facilitators are seasoned employee, so they might have 15
24 or 20 years experience in the district, so they're higher up
25 on the pay scale.

Page 63

1      So at that point, most of the Title I funds at the
2  schools were pretty much depleted.  So some of the complaints
3  maybe from the principals -- and typically you want to give
4  the principals autonomy of their building, what they actually
5  need.
6      So all of them -- they might've been doing good in math
7  and didn't need a facilitator.  And I guess it changed back
8  because we had coaches before.  So facilitators could actually
9  work with teachers and students.
10     So under Kurrus, I know we allowed -- I'm not sure if it
11 was Kurrus.  I think it was the transition between Kurrus and
12 Poore.  They allowed the schools to have a choice on what they
13 actually needed.
14     So some of the facilitators were actually -- you
15 probably noticed some last year.  So if you had a -- a math
16 facilitator at Stephens, but they were doing good in math,
17 they wanted to -- they needed a parent coordinator instead.
18 They were allowed, you know, that flexibility.
19     So it's really determined by the school on what they
20 actually need at that given time.  So some or most of the
21 schools have had, in some forms, a facilitator or coach for
22 several years.
23     So they feel that they've coached their staff enough,
24 especially if they have staff that don't turn over a whole
25 lot, they want to put more toward the kids so --

Page 64

1  Q   All right.  And so what under Poore?
2  A   Under Poore -- the schools pretty much have that same
3  autonomy that makes those decisions.  So I see all position
4  requests that come through the district as well.  So a lot of
5  schools in Title I report to me as well.
6      So a lot of schools wanted to switch out facilitators
7  for more -- either a parent literacy -- a parent coordinator
8  or something that would help out with parent involvement, or
9  wanted to use more of their money for after-school tutoring or
10 something else -- different academies.
11 Q   And so there's a document called "position requests"
12 that the -- who submits the position requests?
13 A   The principals.
14 Q   Principals?  And to whom do they submit the position
15 requests?
16 A   So they would typically submit a position request to
17 their associate superintendent of their respective areas --
18 whether it's middle, high, or elementary.
19 Q   Okay.
20 A   At that point if it's approved, it comes over into our
21 office.  We would typically code it, and make sure it is
22 correct.  And we send it on up either to HR or to
23 superintendent.
24 Q   All right.  And the district has -- Little Rock School
25 District has several schools that are in academic distress,

Page 65

1    correct?  Sorry.  Not several --
2    A    What's 'several'?
3    Q    Multiple schools that are in academic distress, correct?
4    A    Yes.
5    Q    All right.  And does the district ever, you know, kind
6    of insist that schools that are in academic distress have
7    literacy or math facilitators?
8    A    Most of them do.  I don't -- wouldn't say insist, but
9    probably strongly encourage.  So some of it depends on their
10   improvement plans and state reports that's done to ADE and the
11   requirements.
12        So they all would have a school improvement specialist
13   on top of that.  So the high schools typically always have.
14   Because they have larger staff, they typically have
15   facilitators.
16   Q    All right.  And --
17   A    Elementary, it just kind of depends.  So if you only
18   have an elementary with 250 students, you may not have a need.
19   Q    Right.  And are there ever any instances or -- of a
20   school having a full-time math or literacy facilitator, or
21   even a school improvement specialist, but that person not
22   being budgeted or entered into the school district's budget as
23   a math facilitator, literacy facilitator, and school
24   improvement specialist?
25   A    So is there any instance where that person wouldn't be

Page 66

1    actually classified as that position, basically?
2    Q    Correct.
3    A    Not that I'm aware of.
4    [Whereupon Plaintiff's Deposition Exhibit 8 was marked for
5    identification.]
6    BY MR. SHUKUR:
7    Q    All right.  I hand you Plaintiff's Exhibit 8.  Have you
8    seen this before?
9    A    I don't think I've seen this one before.
10   Q    Just take a minute to review it, especially the project
11   scope and the completion date.
12        All right.  Now -- so you haven't seen this before, but
13   having looked at the project scope and completion date of
14   Plaintiff's Exhibit 8, does it appear to be accurate?
15   A    No, not at this time.
16   Q    Why not?
17   A    Because the design -- the construction start would be in
18   a few months, December.  Are you saying that -- are you -- ask
19   me that question again, then.
20   Q    Having looked at the project scope and completion date
21   of Plaintiff's Exhibit 8, does it appear to be accurate?
22   A    Okay -- no.
23   Q    Okay, and please explain why it does appear to be
24   accurate.
25   A    Because if it's referring to the current McClellan High

Page 67

1    School and the reconfiguration to K/8, the project on
2    southwest is scheduled to be completed July of 2019.
3        It's no way that this renovation can occur at the same
4    -- at this -- at this time.  My understanding from the plans
5    on the McClellan campus would be only to -- mostly likely only
6    keep auditorium and the two gyms.  Everything else will pretty
7    much be demolished and rebuilt.
8    Q    At McClellan?
9    A    Yeah, at the current McClellan site, yes.
10   Q    All right.  Now who -- who at the Little Rock School
11   District would be responsible for entering this information
12   into this capital projects detail?
13   A    This would be our maintenance department.  This is --
14   I'm sure the facility master plan is submitted to the state.
15   Seems like it was created in 2015 under Wayne Adams, in his
16   shop.  This -- I think Tamela Bennett is the person
17   responsible for this piece of the project.
18   Q    Is the Little Rock School District -- we're moving on
19   from this.  But is the Little Rock School District currently
20   planning on building a new addition on to Central High School?
21   A    Are they planning on building a new addition?  I think
22   there's a design for removal of some portables.
23   Q    Right.
24   A    So I -- not planning it.  I would say we have conceptual
25   design, or conceptual thoughts -- not even design I don't

Page 68

1    think so.
2    Q    Conceptual thoughts about what?
3    A    Removal of portables.  So that was a -- so we have a
4    sunset portable clause.  I guess sunset -- this is renewed
5    every five years with the city as far as allowing portables in
6    the district.
7        So one of the things that we looked at when we had the
8    board was actually removing portables from all locations.
9    Q    Right.
10   A    Central has the most portables over there.
11   Q    And is part of the portable elimination plan for Central
12   High School to build an addition onto Central?
13   A    As far as I remember, I think a science -- maybe a
14   science lab wing.  We've talked about actually additional gyms
15   on those high schools that only have one gym.
16        And Central is one of those that has one gym.  Parkview
17   is -- I think Parkview is another one so --
18   [Whereupon Plaintiff's Deposition Exhibit 9 was marked for
19   identification.]
20   BY MR. SHUKUR:
21   Q    I hand you Plaintiff's Exhibit 9.  It is -- look under
22   project maintenance, it has 'Portable Elimination Addition'.
23   Above that it says, "Central High School."  Above that it
24   says, "Little Rock School District."  If you look --
25   A    I guess I'm not finding it.

Page 69

1  Q   Oh, sorry.  If you look at the top left.
2  A   Okay.
3  Q   Okay, and so if you go down -- well, first, if you go to
4  the sixth column, and go down to the row that says, "New
5  Spaces."  It says, "47,902 square feet."  Have you seen this
6  before?
7  A   I don't recall.  It's part of our master plan, but I'm
8  -- I'm sure I've looked through it, but I'm not -- I don't
9  recall this page exactly.
10 Q   All right.  If you go to page 4 of this portable
11 elimination plan, it appears to list all the suggested square
12 footage of an addition.
13     But you're not aware of any plans to actually move
14 forward on constructing an addition with the suggested square
15 footage memorialized in this portable elimination plan?
16 A   Well, I guess it's -- and maybe it's a play on words.
17 Plans -- do we have immediate plan?  No, because of funding.
18 But, yeah, as far as the master plan, yeah, we have to submit
19 any future plans that may be associated with any school.
20     So Central, I think, has 20-plus portables.  So if you
21 removed the portables, you have to do something with the
22 classrooms.
23     So I think that's part of the portable elimination
24 document.  I'm sure you'll probably find it on several more
25 buildings as well.

Page 70

1  Q   All right.  And in the --
2  A   But, no, it's not -- not in our priority right now,
3  because of money.  We don't have money for portable removal
4  right now so --
5  Q   Right.  And is -- are the plans to eliminate the
6  portables in part by constructing additions to buildings
7  intended to be funded in part by the revenue generated by the
8  millage extension?
9  A   No.
10 Q   Okay.
11 A   With the exception of one building.  I have to take that
12 back.  And that's Mabelvale Middle.
13 Q   Mabelvale Middle.
14 A   Because it's a gym that's included on there, with
15 additional classrooms that's associated with that gym area.
16 Q   All right.  Now, are you familiar with the Little Rock
17 School District ever having an asbestos program?
18 A   We have -- yes.
19 Q   And there was staff -- or actually, it'd be a easier
20 to --
21 [Whereupon Plaintiff's Deposition Exhibit 10 was marked for
22 identification.]
23 BY MR. SHUKUR:
24 Q.  In Plaintiff's Exhibit 10 -- Plaintiff's Exhibit 10 is
25 a excerpt from the object by function summary of the Little

Page 71

1  Rock School District, 2017/2017 budget.
2      And it shows a code of 2691 for the asbestos program.
3  Can you explain what the asbestos program consists of?
4      MR. HELLER:  Object to the form.  Go ahead, Kelsey.
5  A   All right.  So you said for 2016/'17?  Or are you
6  looking at --
7  Q   No, no, no, no.
8  A   -- at '14/'15?
9  Q   So first, were you ever aware of the district having an
10 asbestos program?
11 A   I'm -- yes.
12 Q   Okay.  Second, do you know what the code 2691 for
13 asbestos program represents on Plaintiff's Exhibit 10?
14 A   It represents that function.  That's a function code
15 that's derived by the State of Arkansas, as far as coding for
16 the function of that.  Because it -- it's all related to
17 personnel costs.
18 Q   Right.
19 A   This is just one person -- FC -- for the '14/'15 year.
20 So at that point, one person was actually coded in -- in that
21 actual function code.
22 Q   All right.  And do you know what that person's
23 responsibilities were?
24 A   I'm not sure of that person right now.  We have several
25 thousand employees.  But typically on our program, we are

Page 72

1  sending out documentation every year to the schools, just on
2  -- just asbestos.  And we have our buildings inspected as
3  well.
4  Q   Okay.
5  A   But right now I believe that's all done externally.
6  Q   All right.  What is the documentation that's sent to the
7  schools?  Like what -- sorry -- what is the title of the
8  documentation sent to the schools annually to inform them
9  about asbestos?
10 A   I don't have that.  I don't recall.  I believe it's all
11 done by Rex Morris & Associates now.
12 Q   It's done by who?
13 A   Our environmental specialist, Rex Morris and Associates.
14 Q   Rex Morris and Associates, is that correct?  Rex Morris
15 and Associates?
16 A   That's his name.  I think that's the name of the
17 company, yes, sir.
18 Q   All right.  Have you ever heard anybody make any
19 statements about the importance of the Little Rock School
20 District retaining white students?
21 A   Made a statement about importance of -- I don't know
22 about a statement.  I've heard, you know, statements about
23 making diversity -- having a diverse environment.
24 Q   Racially diverse?
25 A   Racially and economically, yeah.

Page 73

1    Q    All right.  For the --
2    A    Not necessarily the Little Rock School District
3    employees.  It might've been in a board meeting with citizens
4    and whoever so --
5    Q    Right.  So can you just go, I guess, time by time,
6    instance by instance of, you know, your hearing people talk
7    about the importance of Little Rock School District having a
8    diverse student population?  Does any particular instances
9    stand out to you?
10   A    Not necessarily.  I know with the stipulated magnet
11   schools it was something that was a goal, to have them as
12   diverse as possible, at least with the six there.
13          Of course, a lot of talk is always about, I guess, white
14   flight from the district and losing -- just losing students
15   period.
16          But I'm typically not -- not in that -- I don't know if
17   I -- I just hadn't been in a lot of conversations about the
18   importance of white students, I guess.
19   Q    Okay.  Do you remember any individual that made a
20   representation as to the importance of the Little Rock School
21   District having a diverse student population?
22   A    I've -- I think all the superintendents have, that I've
23   worked for.
24   Q    Do you remember the substance of any of these
25   representations made by any of the superintendents, as to the

Page 74

1    importance of the Little Rock School District having a diverse
2    student population -- a racially diverse student population?
3    A    Now you're throwing the racial part on there at that
4    point so --
5    Q    Yes.
6    A    -- diversity, typically, it's been talked about from the
7    -- is typically socioeconomic --
8    Q    Right.
9    A    -- more so than -- than the racial piece so --
10   Q    So you never remember any of the superintendents --
11   A    Not --
12   Q    -- making any representations as to the importance of
13   the Little Rock School District having a racially diverse
14   student population?
15   A    Not specific comments they've actually made.
16   Q    All right.  You say not specific comments that they
17   actually made?
18   A    No.  I guess --
19   Q    Just like you're having some hesitancy saying no,
20   unequivocally.  I'm just trying to see if I'm sensing it right
21   or not.
22   A    Well, I guess when we're talking about diversity, of
23   course, race plays a part, especially in Little Rock, along
24   with socioeconomic factors.  So we're looking at the
25   statistics of schools, and different things.

Page 75

1          We look at a special need population, or the Latino
2    population.  So not specifically, I guess, if it's just
3    talking about -- I don't know.  I don't know how to answer
4    that one.
5          But I don't remember specifics from the superintendent,
6    but it's been in discussions so --
7    Q    But it's been what?
8    A    It's been discussed, not just racial --
9    Q    Yeah.
10   A    -- diversity but --
11   Q    But including racial diversity?
12   A    Yes.
13   Q    And so you remember superintendents with whom you've
14   worked that had conversations or made representations about
15   the importance of a diverse student population, including
16   racially diverse?
17   A    Um-hmn.
18   Q    Yes?
19   A    I would say yes with -- with board members.  So as we've
20   -- I came on when we opened up Roberts.  I think Roberts
21   opened up in 2009.  I was just starting.
22          So -- and the same conversations within any schools that
23   we may be reconfiguring.  So board members typically would ask
24   about racial composition, economic composition of what the
25   student body's going to look like.

Page 76

1          So it's always been -- I won't say always, but it's been
2    factor that we've discussed.
3    Q    All right.
4    A    But that's not my area that I oversee.  So typically
5    that would be more on the student registration side that has
6    more authority on -- or has the ability to make the decisions.
7    Q    And who's in charge of student registration?
8    A    Dr. Freddy Fields -- Frederick Fields.
9    Q    How long has he been in that position?
10   A    He was in it when I got here.  I'm not sure.
11   Q    All right.  Now, we went -- we kind of veered off to
12   board members.  So, specifically superintendents -- so do you
13   recall having any conversations with Baker Kurrus about the
14   importance of the Little Rock School District having a diverse
15   student population, including racially diverse?
16   A    I didn't have direct conversations.  But in cabinet
17   meetings or something where we're talking about Pinnacle
18   View -- on how was it going to be, you know, where are the
19   kids going to be pulled from -- Fulbright, Terry, Roberts --
20   what are we projecting the makeup to be as far as racially --
21   race and economics.
22          So -- but those conversations typically wouldn't be
23   directed at me.
24   Q    I understand.
25   A    So if -- I would just be privy to being in cabinet or

Page 77

1    something like that, I would --
2    Q   I understand.
3    A   -- or board meetings, so, yeah.
4    Q   So aside from Baker Kurrus making -- aside from you
5    hearing Baker Kurrus making representations about the
6    importance of diversity at Pinnacle View Middle School, do you
7    recall Baker Kurrus ever making any representations as to the
8    importance of diversity -- including racial diversity -- at
9    the Little Rock School District or in any of its schools?
10         MR. HELLER:  Object to form.  You can answer, Kelsey.
11   A   I don't recall.
12   Q   All right.  Now do you -- do you recall Michael Poore
13   ever making any representations on the importance of diversity
14   -- including racial diversity -- in the Little Rock School
15   District or any of its schools?
16   A   I don't recall any conversations on that.
17   Q   All right.  And have you heard of Baker Kurrus ever
18   making any representations, aside from what we've already
19   discussed, about the importance of the Little Rock School
20   District having diversity -- including racial diversity -- in
21   the district or any of its schools?
22   A   I would say, yes, at a state board meeting, I believe,
23   on that.
24   Q   All right.  Do you know, roughly, or do you know kind of
25   the substance of the representation?  Do you recall the

Page 78

1    substance of the representation?
2    A   I think he was answering a question either from a -- one
3    of the state board members, or somebody.  I'm not sure.  I
4    don't even recall the date on that.
5    Q   All right.  Now do you recall Baker Kurrus making any
6    representations expressing concern about the flight of white
7    students out of the Little Rock School District?
8    A   State that again?
9    Q   Do you recall Baker Kurrus making any representations
10   expressing concern about the flight of white students out of
11   the Little Rock School District?
12   A   No.
13   Q   Okay.  Do you remember any school board member or
14   employee of the Little Rock School District expressing --
15   making any representations expressing concern about the flight
16   of white students out from the Little Rock School District?
17   A   No -- no concerns, no.
18   Q   All right.  Do you remember -- do you recall Baker
19   Kurrus making any representations noting the flight of white
20   students out from the Little Rock School District?
21   A   No.
22   Q   Do you recall any school board member or an employee of
23   the Little Rock School District making any representations
24   noting the flight of white students out of the Little Rock
25   School District?

Page 79

1    A   I would say yes, because we've had presentations as far
2    as -- especially during, I think, our Fanning Howey study,
3    where we  looked at population -- where our student body
4    might've been 28,000, and down to the 24,000 that it's at now.
5    And so it was based on, I think, a racial makeup at that time.
6    Q   And who made the presentation?
7    A   I think Dr. Fields or somebody from his office at that
8    time.
9    Q   And when was it made?
10   A   I don't recall.
11   Q   Was it yesterday, or was it when you first got there?
12   A   No, it's been --
13   Q   Your first day?
14   A   -- a couple of years now.
15   Q   Couple of years.  You said a presentation.  At what
16   meeting was the presentation made?
17   A   It would typically be at a -- it was at a board meeting,
18   yeah.
19   Q   So is it when the school district still had a school
20   board?
21   A   Yes.
22   Q   Have you ever heard -- personally heard -- any Little
23   Rock School District School board member, superintendent, or
24   employee make any racially insensitive or racist comments?
25   A   I haven't, no.

Page 80

1    Q   Have you heard of any Little Rock School District school
2    board member, employee, or superintendent make any racist, or
3    making any racist or racially insensitive comments?
4    A   No.
5    Q   Has anybody said 'you know, they said -- they said'?
6    A   No, I haven't.
7    Q   Okay.  All right.  Same question --
8    Put your little ad lib in, huh?
9    Q   Same question for Johnny Key.  Have you ever heard
10   personally, or heard of Johnny Key making any racist or
11   racially insensitive comments?
12   A   No.
13   Q   All right.  Is there anything you'd like to add to your
14   testimony today?
15   A   I don't have anything else I don't think.
16         MR. SHUKUR:  Do you have any?
17         MR. HELLER:  I've got a question.
18              EXAMINATION
19   BY MR. HELLER:
20   Q   Mr. Bailey, compared to what LRSD had budgeted to build
21   a new middle school in west Little Rock on the property
22   purchased by the board, did the district save money by buying
23   the leisure arts building and converting it to the Pinnacle
24   Valley Middle School?
25   A   Yes, I believe -- of course we didn't have designs on a

Page 81

1 middle school at that time. But for the student body
2 population, we're looking at 1200.
3     I think we probably saved, roughly, ten million dollars
4 or so, on this property.
5     MR. HELLER: That's all I have.
6     MR. HOLLINGSWORTH: I don't have any questions.
7     MR. SHUKUR: Let's just make sure.
8 [Whereupon Plaintiff's Deposition Exhibit 11 was marked for
9 identification.]
10          FURTHER EXAMINATION
11 BY MR. SHUKUR:
12 Q    One more. I'll -- if you could pass -- I'm handing you
13 Plaintiff's Exhibit 11.
14     If you look at Plaintiff's Exhibit 11, and if you go down
15 to 'New School, West Little Rock Middle School,' the
16 construction start date, June 1, 2015.
17     Is that the date that construction was started on, I guess,
18 Pinnacle View, Phase II, or Phase 1?
19 A    Phase I.
20 Q    Phase I?  All right.
21     MR. SHUKUR: All right. That's it.
22 [Whereupon the deposition concluded at 12:20 p.m.]
23 [signature waived.]
24
25

Page 83

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 82

1          CERTIFICATE
2 STATE OF ARKANSAS ]
3 COUNTY OF PULASKI ]  ss
4 I, Stephanie G. Branton, an Arkansas Certified Court Reporter
5 and Notary Public in and for the aforesaid county and state, do
6 certify that the witness herein was sworn by me prior to the
7 taking of the testimony as to the truth of the matters attested
8 to and contained herein; that the testimony of witness was
9 taken, by Stenomask, in accordance with the Rules of Civil
10 Procedure, and the questions and answers were reduced to
11 typewriting by me; that the deposition is a true and correct
12 record of all proceedings, to the best of my knowledge and
13 belief. The review of the transcript was not requested by the
14 deponent. I further certify that I am neither counsel for,
15 related to, nor employed by any of the parties to this action;
16 I am not a relative or employee of any attorney or counsel
17 employed by the parties, nor financially or otherwise interested
18 in the outcome of this action; that I have no contract with the
19 parties, attorneys, or any person with an interest in this
20 action that would affect impartiality. WITNESS MY HAND AND
21 SEAL as court reporter on this 18th day of April,  2017.
22          _____
23          STEPHANIE G. BRANTON, CCR
24
25

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LAKESHA DOE, and her minor child,                                    **PLAINTIFFS**
DENNIS DOE; *et al.*


**vs.**                              **Case No. 4:15CV-623-DPM**


ARKANSAS DEPARTMENT OF
EDUCATION; *et al.*                                            **DEFENDANTS**


<u>**PLAINTIFFS' RESPONSES TO DEFENDANT MICHAEL POORE'S FIRST
INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO
PLAINTIFFS**</u>

Pursuant to Fed. R. Civ. P. 26 and 34, Plaintiffs Lakesha Doe, Dennis Doe, Claudius

Johnson, Christian Doe, Evelyn Doe, Candice Doe, James Doe, Jade Doe, Sonya Doe, Johnny

Doe, Alice Doe, Kristi Doe, Edward Doe, Lisa Doe, Tasha Covington and Rasheed Beyah

Abdu serve these Responses to Defendant's Interrogatories and Request for Production.

**PRELIMINARY STATEMENT:**        Plaintiffs reserve the right to assert additional

objections and to clarify, amend or modify these objections, answers or responses any time

as Plaintiffs deem necessary and appropriate.  Additionally, these answers and responses

are given without prejudice to Plaintiff's right to rely at trial on subsequently discovered

information or information inadvertently omitted from these answer or responses as a

result of mistake, error or oversight.  Plaintiffs further reserve the right to object to use of

any of these answers and responses at trial or any other proceeding as Plaintiffs deem

1

EXHIBIT 21

necessary and appropriate.  An answer made after an objection does not constitute a waiver of that objection.

**INTERROGATORY 1.** For each alleged act of intentional race discrimination about which you complain in the Amended Complaint, please:

> a.  State the name and position of the person who engaged in the intentional race discrimination;
>
> b.  State the date(s) and place(s) each act of intentional discrimination took place;
>
> c.  Provide a detailed description of each act you contend constitutes intentional race discrimination;
>
> d.  Identify every person you contend was a victim of each act of intentional race discrimination;
>
> e.  Identify every person who witnessed each act of intentional race discrimination;
>
> f.  State all of the reasons you believe each person listed in response to Interrogatory 1.a. above was motivated by race discrimination rather than some legitimate purpose; and
>
> g.  Identify all documents you contend support each claim of intentional race discrimination.

**ANSWER:**   Objection to the disclosure of the mental impressions, conclusions, opinions and legal theories of counsel and other party representatives, which are privileged.  Fed. R. Civ. P. 26(b)(3).  Objection to responding to any discovery request on any basis less than that which is reasonably known by Plaintiffs.  Objection to the extent any discovery request seeks information on topics as to which discovery and any investigation is not yet complete.  Objection to the definitions and instructions as a whole and to the multiple descriptions of additional information requested when Defendant uses the terms "identify" or "describe" because this discovery including these definitions exceeds the permissible scope of Fed. R. Civ. P. 33, seeks to impose additional burdens on

2

Plaintiffs, and renders the discovery requests overly broad, unduly burdensome, and beyond the scope of the issues in this lawsuit.  Without waiving these objections and subject thereto, Plaintiffs will provide all non-privileged information responsive to this request.

a. _State the name and position of the person who engaged in the intentional race discrimination_

Johnny Key, Commissioner, Arkansas Department of Education;

Dexter Suggs, Superintendent, Little Rock School District;

Baker Kurrus, Superintendent, School Board Member, Little Rock School District;

Michael Poore, Superintendent, Little Rock School District;

Wayne Adams, Director, Maintenance and Operations, Little Rock School District;

Linda Young, Director, Grants and Program Development, Little Rock School District; and

All members of the Little Rock School District School Board from September 13, 2002 through September 15, 2014.

If Plaintiffs determine that there are other people who engaged in intentional race discrimination, they will supplement these responses as required by the Federal Rules of Civil Procedure.  Plaintiffs have sued the LRSD as an entity; therefore, Plaintiffs' complaint reaches the actions and inactions of officials, employees, and agents of the LRSD, and their predecessors, where such conduct is racially discriminatory and has had racial effects.

b. _State the date(s) and place(s) each act of intentional discrimination took place_

I. _LRSD has Provided Disproportionately White Student Populations the Greatest Access to Top-End Facilities from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students._

During this period, Plaintiffs, along with other black students attending disproportionately black LRSD schools, attended inferior facilities at Bale Elementary,

Geyer Springs Elementary, Dr. Martin Luther King, Jr. Elementary, Cloverdale Middle

School, Mabelvale Middle School, Dunbar Middle School, Henderson Middle School, and

McClellan High School.  Meanwhile, white students were disproportionately provided

access to top-end facilities such as Don Roberts Elementary, Forest Heights STEM Academy,

Pinnacle View Middle School and Central High School.

From May 15, 2015 through the present, ADE Commissioner Johnny Key as well as

Superintendents Baker Kurrus and Michael Poore broke with pre-existing LRSD policy

requiring:  1) construction of the new middle school in West Little Rock and the high school

in Southwest Little Rock be authorized simultaneously and for any delay in the

construction of either school to result in a delay in the construction of the other "pending

resolution of the reasons for the delay"; and 2) declaring "construction of the Southwest

Little Rock High School shall be the district's first priority."  They broke with this policy by

moving forward on the construction of the West Little Rock middle school before even

breaking ground on the Southwest Little Rock high school.  Kurrus's successor, Michael

Poore, further broke with this policy by continuing construction of the West Little Rock

middle school, while simultaneously declaring that the construction of the Southwest Little

Rock high school was delayed due to budgetary issues.

II.     *LRSD has Provided Advanced Educational Programs and Resources in a*
        *Discriminatory Manner from September 13, 2002 through the Present in an*
        *Attempt to Privilege, Recruit and Retain White Students to the Detriment of*
        *Black Students.*

For example, the conversion of Forest Height Middle School into a Science,

Technology, Engineering and Math (STEM) Academy in 2014-2015 was accompanied a

precipitous decline in Forest Heights' black student population from 84.5% black in 2013-

2014 to 57.2% black in 2014-2015.  Also, students at the four schools with the highest

white student population received free computers during the 2014-2015, while the students at the four schools with the smallest white student populations (e.g. Wilson Elementary, Washington Elementary and Baseline Elementary) did not.

Plaintiffs Lisa Doe and Edward Doe attended McClellan High School, which, along with Fair High School and Hall High School, suffers from the LRSD's discriminatory allocation of high-end educational resources to the high schools with the greatest white student population.  The same discriminatory allocation exists at the middle school level as disproportionately black schools like Henderson Middle School, which was attended by Plaintiff Edward Doe, and Cloverdale Middle School, which was attended by Johnny Doe do not receive the high-end educational resources enjoyed by disproportionately white middle schools like Pinnacle View Middle School and Forest Heights STEM Academy.

The high school with the greatest white student population, Central High School, had a full-time math facilitator on staff during the 2014-2015 school year, while the high school with the smallest white student population, McClellan High School, did not.  Pinnacle View Middle School, which has a disproportionately large white student population, has a full-time math facilitator and literacy facilitator during the 2016-2017, while middle school with smaller white student populations like Henderson and Cloverdale Middle School do not.

Also, Plaintiff Johnny Doe was provided insufficient academic guidance from his school counselor at Cloverdale Middle School during the Spring 2013 semester.  His mother, Plaintiff Sonya Doe, also received insufficient communications from Johnny Doe's teachers and counselors during this time.  Meanwhile, students at Forest Heights had the

benefit of receiving more academic guidance than those at Cloverdale, while their parents received more teacher communications than the Cloverdale parents.

Similarly, Plaintiff Lisa Doe's teachers at McClellan High School during the 2015-2016 school year were less knowledgeable about Lisa and her educational progress than the teachers at Central High School during the 2013-2014, 2014-2015 and 2016-2017 school years.  However, Lisa was not placed in any Advanced Placement classes at Central High despite having previously been in the gifted and talented program at King Elementary and Dunbar Middle School.  Lisa is just one of several black students who are disproportionately less likely to be placed in advanced placement classes despite their previous participation in gifted and talented programs.

LRSD has also provided resources for high school football programs in a racially discriminatory manner as described in paragraph 128 of the Amended Complaint.

III.    *LRSD's Disciplinary Practices Have Targeted Plaintiffs on the Basis of Race from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

For example, Edward Doe was segregated from the general student population at Henderson Middle School where he was placed in a single classroom in which he was only taught for two hours a day.  He was subject to verbal abuse by faculty at McClellan High School in the Spring 2016 semester.  He also was physically abused by a teacher at Henderson Middle School during either the 2014-2015 or 2013-2014 school year. Similarly situated white students were not subject to the abuse and neglect suffered by Edward Doe.

IV.    *LRSD Has Segregated its Faculty from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

V.      *LRSD has Maintained Central High School's Attendance Zone, which Gives White Students a Better Chance of Attending Central High School from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

If Plaintiffs determine that there are other people dates and places of intentional discrimination, they will supplement these responses as required by the Federal Rules of Civil Procedure.

c.   *Provide a detailed description of each act you contend constitutes intentional race discrimination*

See Plaintiffs' Answer to Interrogatory 1(b).  Also, Plaintiffs Amended Complaint speaks for itself, and their legal position remains the same.

If Plaintiffs determine that there are other acts that constitute intentional race discrimination, they will supplement these responses as required by the Federal Rules of Civil Procedure.

d.   *Identify every person you contend was a victim of each act of intentional race discrimination*

I.      *LRSD has Provided Disproportionately White Student Populations the Greatest Access to Top-End Facilities from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

All of the Plaintiffs, as well as all similarly situated black and brown LRSD students, are victims of the acts of discrimination detailed in Plaintiffs' Answer to Interrogatory 1(b)(I).

II.     *LRSD has Provided Advanced Educational Programs and Resources in a Discriminatory Manner from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

All of the Plaintiffs are victims of the acts of discrimination detailed in Plaintiffs' Answer to Interrogatory 1(b)(II).

Plaintiffs Lisa Doe and Johnny Doe, as well as all similarly situated black and brown LRSD students, are victims of the discriminatory allocation of educational programs and resources at the high school level such as the failure to provide McClellan High School students with a full-time literacy or math facilitator.  Plaintiff Lisa Doe is the victim of the discriminatory placement of students in Advanced Placement classes at Central High School and at the secondary level generally.  Plaintiff Johnny Doe is the victim of the LRSD's failure to provide students attending schools with disproportionately black student populations with sufficient academic guidance at Cloverdale Middle School and at the secondary level generally.  Plaintiff Sonya Doe is the victim of LRSD's failure to provide parents of students attending schools with disproportionately black student populations with sufficient feedback from teacher and guidance counselors at Cloverdale Middle School and at the secondary level generally.

III.   *LRSD's Disciplinary Practices Have Targeted Plaintiffs on the Basis of Race from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

Plaintiffs Edward Doe and Johnny Doe, as well as all similarly situated black and brown LRSD students, are the victims of LRSD's discriminatory disciplinary practices. Edward Doe is the victim of the acts of discrimination detailed in Plaintiffs' Answer to Interrogatory 1(b)(III).

IV.   *LRSD Has Segregated its Faculty from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

All of the Plaintiffs, as well as all similarly situated black LRSD students, are victims of LRSD's segregative faculty assignments.

V.    LRSD has Maintained Central High School's Attendance Zone, which Gives White Students a Better Chance of Attending Central High School from September 13, 2002 through the Present.

Plaintiffs Johnny Doe, Alice Doe, and Edward Doe, as well as all similarly situated black and brown LRSD students, are the victims of the acts of discrimination detailed in Plaintiffs' Answer to Interrogatory 1(b)(V).

If Plaintiffs determine that there are more victims of the aforementioned acts of intentional discrimination, they will supplement these responses as required by the Federal Rules of Civil Procedure.

e.    *Identify every person who witnessed each act of intentional race discrimination*

Plaintiffs object to this Interrogatory because it is overbroad and unduly burdensome. Without waiving said objection, Plaintiffs state that the following people witnessed each act of intentional race discrimination:

I.    LRSD has Provided Disproportionately White Student Populations the Greatest Access to Top-End Facilities from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.

The witnesses of the acts of discrimination detailed in Plaintiffs' Answer to Interrogatory 1(b)(I) include:

i.    All students attending LRSD from September 13, 2002 through the Present;

ii.    All parents of students attending LRSD from September 13, 2002 through the Present;

iii.    All persons employed by LRSD from September 13, 2002 through the Present;

iv.    All LRSD School Board Members from September 13, 2002 through the Present; and

v.    All LRSD Superintendents from September 13, 2002 through the Present including Dexter Suggs, Baker Kurrus and Michael Poore.

vi.   All persons listed in Defendant Michael Poore's Response to Plaintiffs'
      Interrogatory 7.  E.D. Ark. Case No. 4:15CV-623-DPM;

II.   *LRSD has Provided Advanced Educational Programs and Resources in a
      Discriminatory Manner from September 13, 2002 through the Present in an
      Attempt to Privilege, Recruit and Retain White Students to the Detriment of
      Black Students.*

The witnesses of the acts of discrimination concerning Forest Heights STEM

Academy detailed in Plaintiffs' Answer to Interrogatory 1(b)(II) include:

i.    Linda Young;

ii.   All persons employed by LRSD who played a role in planning,
      executing and administering the conversion of Forest Heights into a
      STEM Academy;

iii.  All students attending Forest Heights before, during and after the
      conversion of Forest Heights into a STEM Academy; and

iv.   The parents of students attending Forest Heights before, during and
      after the conversion of Forest Heights into a STEM Academy

The witnesses of the acts of discrimination concerning the allocation of computers

at the elementary level detailed in Plaintiffs' Answer to Interrogatory 1(b)(II) include:

i.    All persons employed by LRSD who played a role in the allocation of
      computers to Wilson Elementary, Washington Elementary, Baseline
      Elementary, Don Roberts Elementary, Forest Park Elementary and
      Jefferson Elementary during the 2014-2015 school year;

ii.   All persons employed by LRSD that were a part of the faculty and staff
      of Wilson Elementary, Washington Elementary and Baseline
      Elementary, Don Roberts Elementary, Forest Park Elementary or
      Jefferson Elementary during the 2014-2015 school year;

iii.  All students attending Wilson Elementary, Washington Elementary,
      Baseline Elementary, Don Roberts Elementary, Forest Park
      Elementary and Jefferson Elementary during the 2014-2015 school
      year; and

vi.   The parents of students attending Wilson Elementary, Washington
      Elementary, Baseline Elementary, Don Roberts Elementary, Forest
      Park Elementary and Jefferson Elementary during the 2014-2015
      school year.

The witnesses of the acts of discrimination concerning the allocation of literacy and math facilitators detailed in Plaintiffs' Answer to Interrogatory 1(b)(II) include:

     i.    All persons employed by LRSD who played a role in the allocation, or lack of allocation, of math and/or literacy facilitators to LRSD schools from September 13, 2002 through the Present;

     ii.    All students attending LRSD from September 13, 2002 through the Present; and

     ii.    All parents of students attending LRSD from September 13, 2002 through the Present.

The witnesses of the acts of discrimination concerning the insufficient feedback of counselors and teachers at LRSD schools with disproportionately black student populations detailed in Plaintiffs' Answer to Interrogatory 1(b)(II) include:

     i.    All students attending LRSD from September 13, 2002 through the Present;

     ii.    All parents of students attending LRSD from September 13, 2002 through the Present;

     iii.    All teachers employed by LRSD from September 13, 2002 through the Present; and

     iv.    All school counselors employed by LRSD from September 13, 2002 through the Present.

The witnesses of the acts of discrimination concerning the placement of students in advanced placement, pre-advanced placement and/or gifted and talented classes detailed in Plaintiffs' Answer to Interrogatory 1(b)(II) include:

     i.    All persons employed by LRSD who played a role in developing the criteria for placement in advanced placement, pre-advanced placement and/or gifted and talented classes from September 13, 2002 through the Present;

     ii.    All school counselors employed by LRSD from September 13, 2002 through the Present.

     iii.    All students attending LRSD from September 13, 2002 through the Present; and

     iv.     All parents of students attending LRSD from September 13, 2002 through the Present.

III.     *LRSD's Disciplinary Practices Have Targeted Plaintiffs on the Basis of Race from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

The witnesses of the acts of discrimination concerning the discriminatory

disciplinary practices of LRSD detailed in Plaintiffs' Answer to Interrogatory 1(b)(III)

include:

     i.     All persons employed by LRSD who played a role in developing the LRSD disciplinary practices and policies from September 13, 2002 through the Present;

     ii.     All persons employed by LRSD that have played a role in subjecting an LRSD student to an official disciplinary sanction from September 13, 2002 through the Present;

     iii.     All students attending LRSD from September 13, 2002 through the Present;

     iv.     All parents of students attending LRSD from September 13, 2002 through the Present that have had a child subjected to an official disciplinary sanction from September 13, 2002 through the Present; and

     v.     Juvenile Judge Patricia James; Sixth Judicial Circuit, Division 11.

IV.     *LRSD Has Segregated its Faculty from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

The witnesses of the acts of discrimination concerning the segregative faculty

staffing include:

     i.     All persons employed by LRSD who played a role in assigning faculty to LRSD schools from September 13, 2002 through the Present;

     ii.     All persons employed by LRSD who worked in an LRSD school from September 13, 2002 through the Present;

     iii.     All students attending LRSD from September 13, 2002 through the Present; and

      iv.      All parents of students attending LRSD from September 13, 2002 through the Present.

V.     *LRSD has Maintained Central High School's Attendance Zone, which Gives White Students a Better Chance of Attending Central High School from September 13, 2002 through the Present.*

The witnesses of the acts of discrimination concerning the discriminatory zoning of

Central High School detailed in Plaintiffs' Answer to Interrogatory 1(b)(V) include:

      i.      All persons employed by LRSD who played a role in implementing Central High School's current attendance zone;

      ii.      All persons employed by LRSD who worked Parkview High School and/or Hall High School from September 13, 2002 through the Present;

      iii.      All students attending Central High School that reside in the westernmost non-contiguous portion of Central High School's attendance zone from September 13, 2002 through the Present;

      iv.      All students attending Parkview High School and/or Hall High School from September 13, 2002 through the Present; and

      v.      All parents of students attending Central High School that reside in the westernmost non-contiguous portion of Central High School's attendance zone from September 13, 2002 through the Present.

If Plaintiffs determine that there are other witnesses to each act of intentional race

discrimination, they will supplement these responses as required by the Federal Rules of

Civil Procedure.

f.     <u>*State all of the reasons you believe each person listed in response to Interrogatory 1.a. above was motivated by race discrimination rather than some legitimate purpose*</u>

Plaintiffs believe that all of the people listed in response to Interrogatory 1.a were

motivated by race discrimination rather than some legitimate purpose because they have

acted in a manner that privileged areas and schools that contained disproportionately

white student populations to the detriment of black students from September 13, 2002

through the Present.

*Johnny Key, Commissioner, Arkansas Department of Education*

Plaintiffs believe that Johnny Key was motivated by race discrimination rather than some legitimate purpose because, in his capacity as the Little Rock School Board, he has ignored preexisting district policy that prioritized the construction of a high school in Southwest Little Rock and required that a delay of the construction of a high school in Southwest Little Rock result in the delay in the construction of a middle school in West Little Rock.  Key has also endeavored to close elementary schools in predominantly black neighbors despite the vocal opposition of black community leaders.  Finally, Key has refused to mobilize the resources necessary to improve the test scores of LRSD being schools in academic distress, which has resulted in the majority black student population of the LRSD governed and superintended by exclusively white men.  Key's discriminatory actions are further explained in ¶ 246 of Plaintiffs' Amended Complaint (Doc. 6).

*Dexter Suggs, Superintendent, Little Rock School District*

Plaintiffs believe that Dexter Suggs was motivated by race discrimination rather than some legitimate purpose because he colluded with individuals and institutions that wanted to privilege, recruit and retain LRSD's white student population to encourage the State Board of Education to depose the majority black LRSD School Board that had an express goal of eliminating the marginalization and neglect of black students relative to white students in the LRSD.  Suggs's discriminatory actions are further explained in ¶¶ 198, 204, 205, 206, 207, 219, 235, 260 of Plaintiffs' Amended Complaint (Doc. 6).

*Baker Kurrus, Superintendent, School Board Member, Little Rock School District*

Plaintiffs believe that Baker Kurrus was motivated by race discrimination rather than some legitimate purpose because he colluded with individuals and institutions that

wanted to privilege, recruit and retain LRSD's white student population to the detriment of LRSD's black student population.  Kurrus engaged in these discriminatory practices as a school board member representing a disproportionately white LRSD school zone and as superintendent.  Kurrus expressed his desire to achieve a LRSD white student population percentage more than double the current percentage under oath.

Plaintiffs belief also stems from Kurrus ignoring preexisting district policy that prioritized the construction of a high school in Southwest Little Rock and required that a delay of the construction of a high school in Southwest Little Rock result in the delay in the construction of a middle school in West Little Rock.  Kurrus made several misrepresentations to the Court in an attempt to ensure that the purchase construction of what was to become Pinnacle View Middle School would not be impeded; his misrepresentations furthered his effort to recruit, retain privilege white students in Little Rock.

Kurrus's discriminatory actions are further explained in ¶¶ 241 and 246 of Plaintiffs' Amended Complaint (Doc. 6).

*Michael Poore, Superintendent, Little Rock School District*

Plaintiffs believe that Michael Poore is motivated by race discrimination rather than some legitimate purpose because he has ignored preexisting district policy that prioritized the construction of a high school in Southwest Little Rock and required that a delay of the construction of a high school in Southwest Little Rock result in the delay in the construction of a middle school in West Little Rock.  Poore has also endeavored to close elementary schools in predominantly black neighbors despite the vocal opposition of black community leaders.  He has also allowed the LRSD's discriminatory disciplinary practices

to continue unabated.  Finally, Poore has refused to mobilize the resources necessary to improve the test scores of three LRSD schools in academic distress, which has resulted in the majority black student population of the LRSD being governed and superintended by exclusively white men.

*Wayne Adams, Director, Maintenance and Operations, Little Rock School District*

Plaintiffs believe that Wayne Adams was motivated by race discrimination rather than some legitimate purpose because he has instituted a policy and practice of prioritizing the maintenance and operational needs of the LRSD schools with the smallest white student populations last, especially at the middle school and high school levels.

*Linda Young, Director, Grants and Program Development, Little Rock School District;*

Plaintiffs believe that Linda Young was motivated by race discrimination rather than some legitimate purpose because she implemented the policies and practices in student selection that resulted in the precipitous decline in the black student population percentage at Forest Heights during its conversion from a middle school to a STEM academy in the midst of LRSD's attempt to privilege, recruit and retain white students and at a time in which it was obvious that such policies and practices in student selection would purge a significant number of black students.

*All members of the Little Rock School District School Board from September 13, 2002 through September 15, 2014.*

Plaintiffs believe all of the members of the LRSD School Board were motivated by race discrimination rather than some legitimate purpose because they colluded with individuals and institutions that wanted to privilege, recruit and retain LRSD's white student population to implement polices and practices that were specifically implemented to privilege, recruit and retain white students.

16

If Plaintiffs determine that there are other reasons they believe each person listed in response to Interrogatory 1.a.  witnesses to each act of intentional race discrimination was motivated by race discrimination rather than some legitimate purpose, they will supplement these responses as required by the Federal Rules of Civil Procedure.  Plaintiffs have the burden of establishing that racial motivation was at least in part the basis of a challenged action or inaction. Plaintiffs do not have the burden at trial or in this context of identifying theoretical, non-discriminatory bases for challenged actions.

g. _Identify all documents you contend support each claim of intentional raced discrimination._

Plaintiffs object to this Interrogatory because it is overbroad and unduly burdensome.  Without waiving said objection, Plaintiffs state that many of the documents that support each of Plaintiffs claims of intentional raced discrimination were attached to their Amended Complaint.  Otherwise, the documents Plaintiffs contend support each claim of intentional racial discrimination include:

> *All Claims*
>
> i.    Little Rock Census Data;
>
> ii.   ADE Data Center, Statewide Information System Report, *Enrollment by Race (Districts)* for the years 2002 through 2017;
>
> iii.  ADE Data Center, Statewide Information System Report, *Enrollment by Race (Schools)* for the years 2002 through 2017; and
>
> iv.   LRSD Budget Book Detail for the years 2002 through 2017.

I.    *LRSD has Provided Disproportionately White Student Populations the Greatest Access to Top-End Facilities from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

> i.    LRSD 2014 Fanning Howey Report;
>
> ii.   Photographs taken by John Poros;

    iii.    November 18, 2013 LRSD Board of Directors Resolution regarding facilities funding from the desegregation settlement;

    iv.    Design Work Plan for Southwest High School;

    v.    December 14, 2016, 6:16 PM email from Kevin Yarberry to Valerie Hudson;

    vi.    March 22, 2016 and March 23, 2016 testimony of Baker Kurrus in the United States District Court for the Eastern District of Arkansas, Western Division;

    v.    Leisure Arts Preliminary Schedule;

    vi.    Pinnacle View Middle School Bid Schedule;

    vii.    Leisure Arts Building Conversion to West Little Rock Middle School Change Orders;

    viii.    Pinnacle View Middle School Project No 2472 Change Orders;

    ix.    Pinnacle View Middle School Phase Two Contract Document A133-2009;

    x.    Pinnacle View Middle School Phase Two Contract Document A201-2007;

    xi.    E.D. Ark. Case No. 4:15CV-623-DPM, Doc. 77;

    xii.    Defendant Michael Poore's Response to Plaintiffs' Interrogatories 9, 13, 15, 19 and 20.  E.D. Ark. Case No. 4:15CV-623-DPM; and

    xiii.    Defendant Michael Poore's Response to Plaintiffs' Requests for Production 1, 4, 5, 7, 9, 14, 15, 18, 19.  E.D. Ark. Case No. 4:15CV-623-DPM.

II.    *LRSD has Provided Advanced Educational Programs and Resources in a Discriminatory Manner from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

    i.    Central High School AP Course List and Student Population;

    ii.    McClellan High School AP Course List and Student Population;

    iii.    LRSD Diagram of GT & AP Students;

    iv.    LRSD Current AP Count Report;

    v.    LRSD Current Pre-AP Count Report;

vi.    LRSD Optional Enrollment Request Form (Kindergarten – 5th Grade);

v.     LRSD Optional Enrollment Request Form (Grades 6th – 8th);

vi.    Checklist for Forest Heights STEM Academy Registration;

vii.   Forest Heights Stem Academy Student Interest Survey;

viii.  Letter to Parents/Guardians of Kindergarten Applicants from Dr. Frederick L. Fields Dated January 26, 2015;

ix.    LRSD Response to Freedom of Information Act Request Sent by Omavi Shukur on February 16, 2017;

ix.    Defendant Michael Poore's Response to Plaintiffs' Interrogatories 1, 2, 3, 4, 5, 8, 9, 14, 16, 27, 28, 29, 31, 32, 33 and 35.  E.D. Ark. Case No. 4:15CV-623-DPM; and

x.     Defendant Michael Poore's Response to Plaintiffs' Requests for Production 1, 10, 25, 26, 28, 29, 30, 31 and 32.  E.D. Ark. Case No. 4:15CV-623-DPM.

III.   *LRSD's Disciplinary Practices Have Targeted Plaintiffs on the Basis of Race from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

i.     LRSD Discipline Management Report; and

ii.    Defendant Michael Poore's Response to Plaintiffs' Interrogatory 11, 12.  E.D. Ark. Case No. 4:15CV-623-DPM.

IV.    *LRSD Has Segregated its Faculty from September 13, 2002 through the Present in an Attempt to Privilege, Recruit and Retain White Students to the Detriment of Black Students.*

i.     ADE Data Center, Statewide Information System Report, *Certified Teacher Only by Race(Schools)* for the years 2002 through 2017.

V.     *LRSD has Maintained Central High School's Attendance Zone, which Gives White Students a Better Chance of Attending Central High School from September 13, 2002 through the Present.*

i.     Central High School Attendance Zone Map;

ii.    Defendant Michael Poore's Response to Plaintiffs' Interrogatories 5 and 6.  E.D. Ark. Case No. 4:15CV-623-DPM; and

iii.   Defendant Michael Poore's Response to Plaintiffs' Requests for Production 3, 4, 5, .  E.D. Ark. Case No. 4:15CV-623-DPM.

19

If any other relevant documents come to the attention of Plaintiffs, they will supplement these responses as required by the Federal Rules of Civil Procedure.

**REQUEST FOR PRODUCTION 1:**   Please produce all documents described in response to Interrogatory No. 1.g above.

**RESPONSE:**   See information provided on enclosed CD.


Respectfully submitted,


John W. Walker
Ark Bar #64046
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas  72206
501-374-3758
501-374-4187 (facsimile)
Email:  johnwalkeratty@aol.com


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 6, 2017, I served the foregoing to the following:

Christopher Heller
heller@fridayfirm.com

Lee Rudofsky
Lee.rudofsky@arkansasag.gov

Rosalyn L. Middleton
Rosalyn.middleton@arkansasag.gov

Patrick Hollingsworth

Patrick.hollingsworth@arkansasag.gov

John W. Walker
Ark Bar #64046