IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE and her
minor child, DENNIS DOE; PARENT PLAINTIFF
CLAUDIUS JOHNSON, and his minor child,
CHRISTIAN DOE; PARENT PLAINTIFF EVELYN
DOE and her minor child, EDWARD DOE;
PARENT PLAINTIFF CANDICE DOE and her
minor children, JAMES DOE and JADE DOE; and
PARENT PLAINTIFF SONYA DOE and her minor
child, JOHNNY DOE; JOY C. SPRINGER; and JIM
ROSS                                                                                         PLAINTIFFS

v.                           CASE NO. 4:15-CV-000623 DPM

MICHAEL POORE, in his official capacity as
Superintendent of the Little Rock School District                   DEFENDANT

## DEFENDANT MICHAEL POORE'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Michael Poore, in his official capacity as Superintendent of the Little Rock School District ("Poore" or "LRSD") moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and, in support of his motion, states:

1. Discovery is complete, and there is no genuine dispute as to any material fact necessary for the Court to decide this case.

2. The Plaintiffs cannot meet their burden of proving intentional race discrimination or systemic race discrimination. Poore is therefore entitled to summary judgment on all claims raised in Plaintiffs' Amended Complaint.

4. This motion is supported by a brief and the following attached exhibits:

| | |
|---|---|
| Exhibit A: | Deposition of Dezury Ashford |
| Exhibit B: | Deposition of Kelsey Bailey |
| Exhibit C: | Deposition of Ronyha Beyah |
| Exhibit D: | Deposition of Latasha Covington |
| Exhibit E: | Deposition of Evelyn Fisher |
| Exhibit F: | Deposition of Jaylen Lampkin |
| Exhibit G: | Deposition of Sonya Lampkin |
| Exhibit H: | Deposition of Lyric Louden |
| Exhibit I: | Deposition of Amoryea Love |
| Exhibit J: | Deposition of Auxzavion Love |
| Exhibit K: | Deposition of Lazareous Pettus with Exhibits 1-7 |
| Exhibit L: | Deposition of John Poros with Exhibit 1 |
| Exhibit M: | Deposition of Alvoronia Robinson |
| Exhibit N: | Deposition of Lakesha Smith |
| Exhibit O: | Deposition of Chase Winfrey |
| Exhibit P: | Deposition of Christian Winfrey |
| Exhibit Q: | Deposition of Christy Winfrey |
| Exhibit R: | Plaintiffs' Responses to Defendant Michael Poore's First Set of Interrogatories and Requests for Production of Documents to Plaintiffs (03/06/2017) |
| Exhibit S: | Plaintiffs' Responses to Defendant Michael Poore's Second Set of Interrogatories and Requests for Production of Documents to Plaintiffs (04/24/2017) |
| Exhibit T: | Excerpts from the Transcript of Motions Hearing (03/22-23/2017) |

WHEREFORE, for the reasons set forth above and the accompanying brief and exhibits, Poore respectfully requests that the Court enter summary judgment in favor of the Defendants and for all other proper relief.

                              Respectfully submitted,

                              Christopher Heller (#81083)
                              Khayyam M. Eddings (#2002008)
                              FRIDAY, ELDREDGE & CLARK, LLP
                              400 West Capitol, Suite 2000
                              Little Rock, AR 72201-3493
                              (501) 370-1506
                              heller@fridayfirm.com

By:    */s/ Christopher Heller*
          Christopher Heller

                              Attorneys for Defendant Superintendent Michael Poore, in his official capacity as Superintendent of the Little Rock School District

## CERTIFICATE OF SERVICE

I, Christopher Heller, certify that on this  3rd day of May, 2017, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following parties of record:

Lee Rudofsky
Lee.rudofsky@arkansasag.gov

Rosalyn L. Middleton
Rosalyn.middleton@arkansasag.gov

Patrick Hollingsworth
Patrick.hollingsworth@arkansasag.gov

Shawn G. Childs
Schilds@gabrielmail.com

Robert Pressman
ehpressman@verizon.net

John W. Walker
johnwalker@aol.com

Austin Porter
Aporte5640@aol.com

Gale B. Stewart
Letchworth1942@comcast.net


By: /s/ Christopher Heller
Christopher Heller