IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAKESHA DOE, Parent,** *et al.*                                    **PLAINTIFFS**

v.                              No. 4:15-cv-623-DPM

**JOHNNY KEY, In His Official Capacity**
**as Commissioner of Education and the**
**LRSD School Board, and MICHAEL**
**POORE, In His Official Capacity as**
**Superintendent of the Little Rock**
**School District**                                                   **DEFENDANTS**

ORDER

**1.** The Court notes that the docket is incomplete after its Order, № 92 at 4–5, approved another amendment to the complaint. № 91. The Court directs the Clerk to add Tasha Covington, Auxzavion Love, Amoxyea Love, Ronyha Beyah, Rasheed Beyah, Kareem Beyah, Ida Pettus, Lazareous Pettus, and Ezekiel Pettus as additional plaintiffs.*

**2.** The Court construes the stipulation for dismissal, № 125, as a joint partial motion to dismiss, and grants it. All claims of Candice Doe, James Doe, Jade Doe, Kareem Beyah, Rasheed Beyah, Ronyha Beyah, and Ezekiel Pettus are dismissed without prejudice. All of them are no longer parties.

---

*The parties have informally clarified the correct the spelling for all three Beyah plaintiffs: Ronyha, Rasheed, and Kareem.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 May 2017