| | |
|---|---|
| Exhibit 1 | ADE Data Center, *Statewide Information System Reports:  Enrollment by Race by School (2016-2017),* Available at https://adedata.arkansas.gov/statewide/Schools/EnrollmentByRace.aspx?year=27&search=pinnacle&pagesize=10. |
| Exhibit 2 | Deposition of Baker Kurrus |
| Exhibit 3 | LRSD School board minutes dated 1/22/2015 |
| Exhibit 4 | Deposition of Kelsey Bailey |
| Exhibit 5 | LRSD/Poore Status Report |
| Exhibit 6 | Enrollment by race by district 2015-2016 |
| Exhibit 7a | Testimony from Preliminary Injunction Hearing, Vol 1 |
| Exhibit 7 b | Testimony from Preliminary Injunction Hearing, Vol 2 |
| Exhibit 8 | SWHS Design Workplan |
| Exhibit 9 | AIA Doc. A 133-2009, Article 10.3 |
| Exhibit 10 | AIA Doc. A201-2007, Article 14.3 |
| Exhibit 11 | LRSD Discipline Management Report |
| Exhibit 12 | LRSD Discipline Report - More than one Disciplinary action |
| Exhibit 13 | Plaintiffs' discipline records |
| Exhibit 14 | LRSD Response to Second Interrogatories |
| Exhibit 15 | Central High Attendance Zone map |
| Exhibit 16 | Portable Elimination Numbers |
| Exhibit 17 | LRSD GT Report dated 1/24/17 |
| Exhibit 18 | https://factfinder.census.gov/faces/tableservices/jsf/pages/productview.xhtml?pid=ACS_15_5YR_B02001&prodType=table |
| Exhibit 19 | West LR Middle School Change Order Phase I |
| Exhibit 20 | West LR Middle School Change Order Phase II |
| Exhibit 21 | Yarberry email dated 12/14/16 |
| Exhibit 22 | Deposition of Johnny Key |
| Exhibit 23 | ADE Data Center, *Statewide Information System Reports:  Enrollment by Race by School (2015-2016),* |
| Exhibit 24 | Elementary Zone Capacity |
| Exhibit 25 | Removed Exhibit |
| Exhibit 26 | Master Plan Narrative |
| Exhibit 27 | LRSD Department Budget |
| Exhibit 28 | Academic Distress 2016 |
| Exhibit 29 | Academic Distress 2017 |
| Exhibit 30 | Glasgow email dated March 22, 2016 |
| Exhibit 31 | Disparity email  dated 3/18/17from Janet Rector to Kelsey Bailey |
| Exhibit 32 | LRSD Board Minutes dated 9/28/2006 |
| Exhibit 33 | Deposition of Auxzavion Love |
| Exhibit 34 | Deposition of Jaylen Lampkin |
| Exhibit 35 | Forest Heights Stem Academy 2016-17 |
| Exhibit 36 | Poros CV |
| Exhibit 37 | Poros report |
| Exhibit 38 | Statement of Dennis Glasgow to State Board of Ed, October 14, 2014 |
| Exhibit 39 | Deposition of Amoryea Love |

| | |
|---|---|
| Exhibit 40 | Deposition of Eshawn Fisher |
| Exhibit 41 | Deposition of Lyric Louden |
| Exhibit 42 | Deposition of Lazerous Pettus |
| Exhibit 43 | Deposition of Dezury Ashford |
| Exhibit 44 | Deposition of Wayne Adams |
| Exhibit 45 | Affidavit of Eric Redmon |
| Exhibit 46 | Declaration of Karen DeJarnette |
| Exhibit 47 | Affidavit of LaGail Biggs |
| Exhibit 48 | Deposition of Lakesha Smith Vol 1 |
| Exhibit 49 | Deposition of Lakesha Smith Vol II |
| Exhibit 50 | Deposition of Christy Winfrey |
| Exhibit 51 | Deposition of Chase Winfrey |
| Exhibit 52 | Deposition of Christian Winfrey |
| Exhibit 53 | Deposition of Sonya Lampkin |
| Exhibit 54 | Deposition of Evelyn Fisher |
| Exhibit 55 | Deposition of Latasha Covington |
| Exhibit 56 | Deposition of Linda Young |
| Exhibit 57 | Deposition of Michael Poore |
| Exhibit 58 | Forest Heights Stem Admission Standards |
| Exhibit 59 | Deposition of Ida Pettus |
| Exhibit 60 | "After Tax Vote, What Next for LRSD?", by Max Brantley (5/10/17) |
| Exhibit 61 | Deposition of Alvronia Robinson |
| Exhibit 62 | Revised Design Work Plan for SW High School |
| Exhibit 63 | Stephens Elementary School Information |
| Exhibit 64 | ODM Enrollment Report (LRSD), December 20, 2012 |
| Exhibit 65 | West Elementary School Cost Data |
| Exhibit 66 | Don Roberts Elementary School Construction Costs |
| Exhibit 67 | Don Roberts Elementary School Cost Document |
| Exhibit 68 | Land Cost for Don Roberts Elementary School |
| Exhibit 69 | Don Roberts Elementary School Equipment Costs |
| Exhibit 70 | LRSD Board meeting minutes re Stem Academy 9/26/13; 1/9/2014 |
| Exhibit 71 | Forest Heights Middle School and Stem Academy Enrollment Data (2013-14 through 2016-17 |
| Exhibit 72 | Special Education Enrollment Data – Forest Heights Facility |
| Exhibit 73 - | LRSD student enrollment data 2014-15 |