**Page 1**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**************************************

LAKESHA DOES, Et. Al.          PLAINTIFFS
V.        Case No. 4:15-CV 623 DPM
MICHAEL POORE, Et. Al.         DEFENDANTS

**************************************

ORAL DEPOSITION OF KELSEY BAILEY
TAKEN IN LITTLE ROCK, ARKANSAS
TUESDAY, APRIL 4, 2017
AT INSTANCE OF PLAINTIFFS
**********

APPEARANCES
ON BEHALF OF THE PLAINTIFFS:
OMAVI SHUKUR, ESQ.
John W. Walker, PA
1723 S. Broadway
Little Rock, AR  72206

ON BEHALF OF THE DEFENDANTS:

CHRISTOPHER HELLER, ESQ.
Friday Eldredge Clark
400 W. Capitol, Suite 2300
Little Rock, AR 72201
PATRICK HOLLINGSWORTH, ESQ.
ROSALYN MIDDLETON, ESQ.
Assistant Attorneys General
323 Center Street, Suite 200
Little Rock, AR  72201

---

**Page 2**

CONTENTS

|  | PAGE |
|---|---|
| APPEARANCES | 1 |
| STIPULATIONS | 3 |
| WITNESS SWORN | 4 |
| EXAMINATION BY MR. SHUKUR | 4 |
| EXAMINATION BY MR. HELLER | 80 |
| FURTHER EXAMINATION BY MR. SHUKUR | 81 |
| Plaintiff's Deposition Exhibits -- Marked for Identification | |
| #1 Portion of motion hearing transcript | 22 |
| #2 Board minutes 1-22-15 | 37 |
| #3 Design Work Plan charts | 38 |
| #4 Capital Projects Summary 1-18-17 | 44 |
| #5 AIA Doc G701-2001 | 48 |
| #6 PV School - Bid Schedule | 50 |
| #7 LRSD 2-14-17 Revenue And Expense Projection | 56 |
| #8 Capital Projects - Planned | 66 |
| #9 Ar School Facility Manual POR | 68 |
| #10 LRSD Object of Function Summary | 70 |
| #11 Capital Projects Summary 1-18-17 | 81 |
| COURT REPORTER'S CERTIFICATE | 82 |

---

**Page 3**

STIPULATIONS

The oral deposition of KELSEY BAILEY, produced, sworn and

examined in the offices of Friday Eldredge Clark, 400 W.

Capitol, Suite 2300, Little Rock, Arkansas, commencing at

10:05 a.m. on Tuesday, April 4, 2017, in the captioned cause

at the instance of the counsel for the Plaintiffs,  said

deposition being taken according to the terms and provisions

of the Federal Rules of Civil Procedure.

It is hereby stipulated and agreed by and between parties

that all forms and formalities in the filing of said

deposition are hereby waived by the parties, and that this

deposition shall be taken for use as permitted by the Federal

Rules of Civil Procedure.

---

**Page 4**

```
 1    WHEREUPON,
 2              KELSEY BAILEY
 3    swore to tell the truth in this proceeding, and testified as
 4    follows:
 5              EXAMINATION
 6    BY MR. SHUKUR:
 7    Q    Good morning.
 8    A    Good morning.
 9    Q    Please state your name and address for the record.
10    A    My personal address?
11    Q    Yes.
12    A    Okay.  Kelsey Bailey, 109 River Valley Loop, Maumelle,
13    Arkansas, 72113.
14    Q    All right.  All right.  Mr. Bailey, what did -- well, is
15    this your first time giving a deposition?
16    A    I think so.
17    Q    All right.  So basically I'll just be asking questions,
18    not for hopefully too long.  Your attorney might object at
19    times.  You can still answer, I guess, unless instructed by
20    your attorney not to.  If you have any questions throughout,
21    just let me know.  And if you need to take a break, just let
22    the attorney know, and we'll take a break.  All right?
23    A    Okay.
24    Q    All right.  What did you do in preparation for this
25    deposition?
```

EXHIBIT 4

## Page 5

1    A   Read over some of the -- I guess, prior documents that I
2  -- not a whole lot of -- preparation, but just prior documents
3  that I had in the past, in email.
4      So I just got back yesterday. I've been off for two
5  weeks, so not much to prepare, not much time so --
6    Q   Right. Right. What documents did you review?
7    A   Well, I've been looking at like our capital improvement
8  documents. I looked at a portion of Michael Poore's, I think,
9  deposition. I'm not sure any other documents.
10    Q   When you say 'capital improvement documents,' that's a
11  lot of documents. Did you select --
12    A   Well, just -- that's just -- not necessarily just for
13  this part, but just had -- we have -- just getting back into
14  the office, so capital improvements based on what we're going
15  for, extension of millage.
16      But I'm not sure how that's playing, 'cause I don't know
17  what all you're going to ask on here. So I'm here, so --
18    Q   So you reviewed the capital improvement documents, that
19  particular -- specifically related to the extension of the
20  millage, the proposed extension of the millage.
21      And are those kind of labeled school -- by school,
22  or --
23    A   No. It's just -- it's just one summary document, yeah.
24    Q   All right. Did you talk to anybody in preparation for
25  your deposition today?

## Page 6

1    A   No more than my attorney here next to me, Mr. Heller.
2    Q   And is there any reason -- any, be it medical or
3  otherwise, that you feel like you can't testify today?
4    A   No.
5    Q   Are you on any medications preventing you from
6  testifying?
7    A   No.
8    Q   So where do you work, Mr. Bailey?
9    A   I work at the Little Rock School District.
10    Q   What's your title at the Little Rock School District?
11    A   Chief financial officer.
12    Q   Describe your responsibilities as chief financial
13  officer.
14    A   As chief financial officer, my responsibilities are to
15  make sure that the financial documents are prepared, that we
16  follow internal controls, as far as financially.
17      I have a lot of support areas that typically, probably
18  most chief financial officers don't have. So I oversee, of
19  course, finance and accounting, and I have procurement.
20      I have transportation, child nutrition, Title 1 grants,
21  information technology. I'm responsible, primarily, for
22  budget preparation, any ad hoc financial reports.
23      I think I'm leaving out one department but -- maybe
24  maintenance and facilities. I think that pretty much covers
25  -- and any special requests from anybody as far as the

## Page 7

1  financial support areas, so.
2    Q   Do you have any say as to how much gets allocated to
3  any given budget item?
4    A   Well, we have a formula that's allocated, based on
5  student population of the schools as far as the allocation
6  formula. As far as -- I may have input on other allocation
7  amounts, but typically it's based on the student population
8  you have.
9    Q   How long have you been a chief financial officer at the
10  Little Rock School District?
11    A   Since April, 2009.
12    Q   When did you first become aware of this litigation?
13    A   Looks like probably -- maybe a year ago or so, I think.
14    Q   And how did you become aware of it?
15    A   I think -- if my memory serves me right, I think the
16  superintendent, or maybe the attorneys might've told us at
17  that time, so.
18    Q   What were you told about this litigation, not from your
19  attorneys, but from the superintendent?
20    A   I don't think anything specific -- that we've been -- we
21  have a lot of litigation, it seems like, that hits. So
22  typically, they just inform us what's going on.
23    Q   All right. Are you aware of the claims being made in
24  this litigation?
25    A   I'm aware of the general claims that are being made.

## Page 8

1    Q   All right. What's -- what's your understanding of the
2  claims?
3    A   I guess, that there's been some unfair treatment, or
4  maybe not equal facilities based on race in the district,
5  maybe how money is spent, or just the facilities being
6  developed.
7    Q   What's -- what do you -- what are your thoughts on the
8  merits of the claims, as you understand them in this
9  litigation? Do you think there's anything to them?
10    A   I -- personally, I hadn't seen anything since I've been
11  here in 2009. Money is typically spent on the facilities that
12  have the greatest needs.
13      And typically we don't have a whole lot of facility
14  money that's available, so we're typically running around kind
15  of trying to put out fires on emergency things that happen.
16    Q   And can you explain a bit more about what you mean about
17  not having too much money available for facilities.
18    A   So how the district is laid out as far a its financing
19  for facilities, we have two mills that are dedicated for --
20  it's called 'dedicated maintenance operations'.
21      So the board, whenever they, I guess, got to have these
22  two mills passed, they -- one is dedicated purely for
23  technology; the other one is dedicated for account
24  improvement.
25      So we're looking at about a 3.2, 3.3. billion dollar

Page 9

1    assessment. So we can get in -- just say roughly 3.2 million
2    that's for capital improvements, along with general operating
3    for maintenance.
4         So when you're looking at four to eight schools and
5    another say ten or so other admin facilities, that's not a
6    whole lot of money to be spread out.
7         So when you're looking at maybe just replacing a roof at
8    an elementary, you're looking at 600,000. You're looking at a
9    high school, it may be a million to a million and a half at
10   that point.
11        So it's just not a whole lot of money to really do a
12   whole lot with it in just a general operational. But over the
13   past, I guess, eight to nine years -- eight years at least --
14   we've been able to take advantage of the economic downturn and
15   actually refunding bonds or refinancing bonds at a lower
16   interest rate that actually produced refund savings that could
17   be put into capital improvement projects.
18        Along with when the stimulus money was actually
19   distributed, we used a lot of that money for roof replacement,
20   and window replacement, HVAC -- stuff like that so -- but that
21   money's dried up now so --
22   Q    Okay. When did that stimulus money come down?
23   A    I believe that was -- we got the bulk of it in 2010.
24   Q    2010.
25   A    We started working on it the latter part of 2009. It

Page 10

1    was somewhere around 2010.
2    Q    And when did it dry up?
3    A    It was about a two-and-a-half-year process, so it kind
4    of came and went within -- by the of 2012, or something like
5    that.
6    Q    All right. And when did the district -- or how many
7    times since 2007 -- excuse me -- fall of 2008 has the district
8    refinanced their bonds?
9    A    I don't know about the fall of -- I know I got here
10   April 2009.
11   Q    And that's the --
12   A    So --
13   Q    -- downturn?
14   A    -- probably -- I think we've -- at least three times.
15   Q    Three times?
16   A    It's different issues so -- it was different -- yeah,
17   when they came available, if the economic conditions were
18   appropriate, we went forward.
19   Q    Do you know when those three times were?
20   A    I don't. I do not know.
21   Q    Do you know -- can you tell us how much money the
22   district has saved by virtue of those refinances?
23   A    Upwards of about 30 million dollars.
24   Q    Thirty? How has that 30 million been distributed or
25   allocated, if you know?

Page 11

1    A    Based on -- typically it's based on those larger
2    projects. So when I got here in 2009, I know a big complaint
3    that was coming to the board at that time, we had roofs that
4    were in disrepair that were leaking at the time.
5         Like I said, it costs, say, 650 million [sic] -- or a
6    million plus to have roofs replaced. So some of the
7    buildings we looked at, at that time, and we had the money --
8    we did McClellan. That was close to two million dollars to
9    re-roof McClellan.
10        Another -- say, Hall was a million and something. Went
11   through and did some of those -- the HVAC repairs. So most of
12   our buildings right now, the average age, I think is getting
13   close to about 70 years on elementaries and middle schools,
14   and about 50-something years on high school.
15        So you have infrastructure things that you have to go
16   and replace, whether that's sewer lines, or electrical things,
17   and plumbing, and HVAC system, boilers, and different things
18   like that are at end of life so --
19   Q    All right. And back to where this litigation. Did you
20   have any discussions, or have you had any discussions with
21   Johnny Key about this litigation?
22   A    I haven't, no.
23   Q    What about Baker Kurrus?
24   A    I would assume, yes, with Baker.
25   Q    You remember the substance of any of those

Page 12

1    conversations?
2    A    I don't recall, no more than -- I think he asked maybe
3    how we spent money in other facilities, but nothing specific
4    that I recall on those.
5    Q    Can you kind of go into a little more about his inquiry
6    into how money was spent on facilities?
7    A    Well, we've had several like FOI requests as far as
8    facilities and different things over the past year. So I know
9    we've provided a lot of that.
10        So as we look -- and, I guess -- well, you asked me did
11   it have merits and kind of look at what -- where we have spent
12   the majority of the money -- typically has been in schools
13   that have a higher percent of minority students along with a
14   higher percentage of free and reduced.
15        So like I said, McClellan, Cloverdale. We do a lot of
16   bathroom renovations and different things. So typically there
17   -- they've been the schools that we've taken over or, I guess,
18   brought into the district from the county previously.
19        So the county schools typically have more -- previously
20   county schools typically have more needs than the schools that
21   were build within Little Rock.
22   Q    And all those expenditures that you're referencing, when
23   you talk about typically spending more money in the schools
24   that have larger African-American student populations, those
25   are --

## Page 13

1   A   Well, I said 'minority,' not necessarily --

2   Q   Minority -- yeah.

3   A   -- yeah, yeah.

4   Q   I apologize -- minority. All those expenditures are

5   detailed in the capital projects reports?

6   A   Well, depending on the reports at that point. So we

7   have a capital improvement budget at -- that we set at the

8   beginning of the year.

9   There may be some projects that are identified at that

10   time, but we may have projects that come up just over the

11   course of a year.

12   Like, for instance, I know a few years ago, Gibbs.

13   Gibbs was scheduled to have a roof maybe the following year.

14   But we had vandals get on the Gibbs' roof and damage say 25 of

15   the air conditioning units up there.

16   So in damaging the units, they ended up damaging the

17   roof even more. So that pushed Gibbs up to have a roof

18   replaced before the scheduled time.

19   So it's kind of fluid. We typically put together a

20   capital improvement budget, which is not much at that point.

21   So we try to plan out summer projects.

22   We will identify some of those projects, but they may be

23   altered during the year depending on the emergency things that

24   come up.

25   Q   And what about Michael Poore? Have you had any

## Page 14

1   conversations with Michael Poore about this litigation?

2   A   Not in detail. I know he was deposed as well. He's

3   only been here a short time as well so --

4   Q   All right. So you touched on this a little earlier, but

5   if you expound a little bit more about your role in

6   developing the school district's budget, or make -- yeah.

7   A   So I guess prior to me coming here, typically the budget

8   process didn't include a whole lot of input -- maybe from the

9   board members.

10   So we started a process called 'budget work sessions'

11   where we included -- had multiple public board meetings and

12   different stuff, so we could talk about initiatives that

13   either the board, superintendent, and get feedback from

14   principals or whoever the stakeholders might be at that time.

15   So we'd look at those -- those items that may be

16   requested or initiatives that may be in place, so we're not

17   surprised during a given fiscal year, along with whatever

18   economic conditions are facing the district, whether we have

19   any school improvement statuses and things that may be

20   required of the state along with any economic downturns or

21   upturns that we may see in the economy.

22   So at that point it gives us an idea kind of as far as

23   charting for the given year on whether we foresee a three

24   percent increase or something, along with we have to take into

25   consideration at that time, we have a negotiated agreement

## Page 15

1   with the union.

2   So there may be salary negotiations that have to play

3   into that as well. So kind of put all that stuff together to

4   start the budget process.

5   And like I said, school allocations are based on -- just

6   operating school allocations are based on the number of

7   students you have there.

8   Special funding is based on whether it's free and

9   reduced or you have ELL population, and that money goes with

10   the students.

11   But as far as staffing, it's kind of based on -- and we

12   get a lot of that information from HR and minimal state

13   standards for staffing and -- and in special needs. So all of

14   this information comes together into -- kind of together.

15   We put it together, compile it to present it to the

16   board in a budget format that's required by the state. Now,

17   adjustments can be made throughout that process, up until we

18   have to submit it my September 30.

19   So my office is pretty much responsible for making sure

20   all those items are in place, they're coded correctly. Also

21   going through and making sure that we can -- we're as

22   conservative as possible, making any recommendation for maybe

23   reductions in certain areas.

24   Or if we have a request from another department, a

25   school, that we can give some attention to that, if funding is

## Page 16

1   available.

2   Q   All right. These budget --

3   A   And --

4   Q   -- these budget -- no, go ahead. What were you saying?

5   A   And the budget process almost never stops. It's almost

6   a year-round process. So we finish up one budget, submit it

7   to the state. We're constantly thinking about -- we're still

8   working on for next year so --

9   Q   These budget work meetings, when do they typically

10   occur?

11   A   Typically we would've started them -- started around

12   March or so. Start maybe even earlier that -- just kind of

13   depending on the schedule.

14   We would set a schedule that would be published out

15   there. And we would work with the board at that point to see

16   when they had special meeting dates available so --

17   Q   And they happened periodically or --

18   A   Yeah, we -- I do a budget update every -- I would do a

19   budget update every month. And we also have to submit budget

20   reports every month for board agenda. But, yeah, would

21   typically be three -- maybe three to four before the actual

22   budget was submitted, along with reviewing of the budget

23   before it was submitted, typically twice 'cause the board has

24   to approve the budget before it's submitted.

25   Q   And is there an agenda for these budget work meetings,

Page 17

1   typically?
2   A   Yes.  Typically it starts off with an overview of just
3   -- if you -- especially if you have new board members, just an
4   overview of how the funding comes in the district, how we get
5   to the point of, you know, calculating budget figures and
6   different things.  So it's kind of as tutorial as well so --
7   Q   All right.  And are there minutes kept of these budget
8   work meetings?
9   A   I'm not sure about minutes.
10  Q   You've never seen minutes of the budget work meetings?
11  A   I haven't seen minutes of the budget work meetings.  I
12  don't know if they keep minutes of work sessions like a --
13  Q   Were there any changes in the operation or time or any
14  other facet of the budget work meetings once the state took
15  over the Little Rock School District?
16  A   Yeah.  We didn't have those -- I guess once the board
17  was removed, those -- I forgot when -- I think that happened
18  in --
19  Q   January, 2015.
20  A   So that year it did affect, so we didn't -- I didn't
21  have an audience to present to at that point.  We still went
22  through the same process.
23      So have to submit -- and we have multiple people that
24  actually look at a budget.  So based on like accreditation
25  standards, schools are given a -- just say a total allocation.

Page 18

1       Say if you're at Gibbs, just say if your allocation of
2   100,000, you get that allocation.  You allow -- you're allowed
3   to go on a web form.  You can allocate it among whatever
4   categories you feel that are most appropriate for your
5   location at that point.
6       So they have the autonomy to make those changes.  Of
7   course, personnel costs aren't tied to a budget.  They have to
8   oversee, because depending on the tenure of your staff, you
9   know, your staff might be --  the average years of service may
10  be 20 years.  And you don't have anything to do with that.
11      So we don't hold them to the actual staffing that's at
12  the school.  With the general operations for supplies and
13  different purchasing and different things through the year,
14  they have the autonomy to make those changes.
15      So I guess the -- the point we still have to submit a
16  budget for approval, which it went to the commissioner for
17  approval.  They had questions, and they went through it as
18  well so --
19  Q   All right.  So --
20  A   It's a 800-page budget, so it's --
21  Q   Right.
22  A   -- a massive budget.  You've probably seen it.
23  Q   Yes.  So once the -- so after the state takeover,
24  basically the budget work meetings kind of ceased?
25  A   Well, no, we still had meetings with the -- I think it

Page 19

1   was the civic advisory committee --
2   Q   All right.
3   A   -- at that point.  And then -- now the community
4   advisory board, so we've had some -- some meetings with them a
5   well so -- and we're just getting in kind of the budget season
6   now for this one.  So I'm assuming we'll have those meetings
7   with our community advisory board now.
8   Q   Did you ever have any disagreements -- well, first, did
9   the superintendent, Baker Kurrus -- I guess now Michael
10  Poore -- review the budgets before they went to the
11  commission?
12  A   Yes.
13  Q   Did you go over the budgets with them?
14  A   Um-hmn.  Yeah, we typically sit down with board members
15  and the superintendent at that time so --
16  Q   All right.  And you sat down with Baker Kurrus and
17  reviewed the budget before submitting it?
18  A   Yes.
19  Q   And the same with Michael Poore?
20  A   Yes.
21  Q   And did you review the whole budget, or the entire
22  budget or --
23  A   Typically would do -- well, we'd pull out summary pieces
24  of the budget.  So we've gone through the 800 or 900 pages.
25  They've -- and they are handed that as well.  So I can't -- we

Page 20

1   didn't go through all 900 pages per page --
2   Q   Um-hmn.
3   A   -- with them.  I'm sure they looked through it as well
4   so -- but typically we highlight and go through a lot of the
5   summary pieces so --
6   Q   All right.  Did you ever have any disagreements with
7   Baker Kurrus as to any of the budget line items?
8   A   No, not that I recall.
9   Q   When you submitted the budget to Baker Kurrus, what
10  feedback did he give to the --
11  A   Typically --
12  Q   -- proposed budgets?
13  A   -- by the time we got to the point of submittal, we've
14  actually discussed a lot of items.  So we looked at
15  revenue projection.  We looked at expense projections.
16      We looked at any initiatives that he might've foreseen
17  maybe coming in a upcoming fiscal year.  So, of course, with
18  the deseg settlement, we -- a lot of things have kind of
19  hinged around reduction of expenditures, so those things were
20  typically discussed by the time you get to submission.
21      So it's really just going back over the summary to make
22  sure we captured all those things and have multiple eyes over
23  it.
24      So he's actually the one that's presenting the budget to
25  the board or -- at that time.  So he has -- the

## Page 21

```
 1   superintendent, he or she, has to be familiar with the
 2   document as well so --
 3   Q    You touched on this, but what were Baker Kurrus'
 4   priorities in terms of the Little Rock School District budget
 5   when -- during his tenure as superintendent?
 6   A    I would say to make sure we are fiscally solvent.
 7   Making sure that the -- I think focus on facilities and
 8   personnel as well.
 9        So just looking at -- because he came into the year
10   where we really needed to -- and I get my superintendents
11   mixed up in time frames. I kind of -- 'cause we've had quite
12   a few since we started the deseg wind down.
13        But he was focused a lot -- a lot on the business side,
14   because that -- I think that was his background more so, so --
15   Q    Were any changes needed to accommodate the Pinnacle View
16   construction?
17   A    Were any changes to --
18   Q    The budget?
19   A    -- to the budget? We had the -- not change it. We just
20   had to incorporate those -- the amounts in there.
21   Q    All right.
22   A    So to make sure that we had enough funding for that.
23   Q    Right. Was any money moved around to ensure that there
24   was sufficient funds to fund the Pinnacle View project?
25   A    I don't -- I wouldn't say moved around, but we budgeted
```

## Page 22

```
 1   enough fund in that category so -- and typically you have a
 2   building fund. A capital improvement fund is set up separate
 3   from your operating fund so -- those are major expenditures.
 4        Those are things you don't -- you can't go into a fiscal
 5   year and then be surprised after the fiscal year began, so we
 6   have to plan those in advance.
 7   [Whereupon Plaintiff's Deposition Exhibit 1 was marked for
 8   identification.]
 9   BY MR. SHUKUR:
10   Q    All right. I hand you Plaintiff's Exhibit 1. Please
11   turn -- it's a transcript of Baker Kurrus, his testimony in a
12   hearing earlier in this case. Can you turn to page 212?
13        And read lines 4 to 13 to yourself. Let me know when
14   you're finished.
15   A    What line you want me to read down to? Thirteen?
16   Q    Excuse me. Yes. Fourteen.
17   A    Okay, finished.
18   Q    All right. Now, on line -- lines -- line 10 of 212, Mr.
19   Kurrus says, (as read) "Mr. Bailey has a different budget."
20   What is he referring to here?
21   A    I'm assuming he's referring to a capital improvement
22   estimated budget for two projects here as we -- it's not a --
23   a different -- different budget figure, I'm assuming.
24        We only have one budget in the district. It's a
25   district budget that's approved by the board.
```

## Page 23

```
 1   Q    Do you know if Mr. Kurrus had his own budget separate
 2   and apart from the capital improvement budget -- estimated
 3   budget that you're re -- that he referred to here?
 4   A    Well, I'm -- I hadn't seen his separate. I gave him
 5   reports that I had on estimates so --
 6   Q    Um-hmn. All right. And so you don't know if Mr. Kurrus
 7   had his own numbers?
 8   A    Well, I guess he did. Here he says different than --
 9   Mr. Bailey has a different budget.
10   Q    Um-hmn.
11   A    So I'm assuming. He didn't give his budget to me --
12   Q    Right.
13   A    -- if he had one, so what he might've been thinking as
14   far a -- the amounts were on there so --
15   Q    Okay. Do you know why he said that you're normally more
16   conservative than he is?
17   A    Probably because I've -- since we started this process
18   as far as deseg wind-down, I've had four superintendents. All
19   of them have different focuses on that point so --
20   Q    Um-hmn.
21   A    When we were taken over by the state -- you said was
22   January. That year we had to actually submit budget reduction
23   options at that point.
24        So it just kind of depends on the mentality of that
25   superintendent, whether they push more on reducing personnel
```

## Page 24

```
 1   or they don't. Because the majority of our budget is based on
 2   personnel.
 3        You're looking at just say 70, 75 percent of our budget
 4   is personnel. So if you got to make some reductions in
 5   personnel
 6   -- so when I'm looking at conservative approach, I'm looking
 7   at things that I realistically see that we probably can -- we
 8   can hit.
 9        Now if we hit any additional, that's even better. But
10   I'm assuming that's kind of why he said my -- I don't -- I
11   don't know if I had 107 million by my estimation at that time
12   so -- 'cause the budget estimates at that time were kind of --
13   what we were looking at were fluid, as far as reduction. They
14   were reduction options --
15   Q    Um-hmn.
16   A    -- estimated fund balances.
17   Q    So it was about 107 million by Mr. Kurrus' estimation.
18   What was it by your estimation, do you feel like, at the time?
19   A    I can't tell you at that time what my estimate was
20   because --
21   Q    Um-hmn. Go ahead.
22   A    -- I mean, it's constantly -- was constantly probably
23   changing at --
24   Q    All right.
25   A    -- that point depending on reductions being looked at,
```

Page 25

1  at that point so --
2  Q    All right.  And when you said -- you just said that you
3  didn't know if it was 107 million just now.  Why did you say
4  that?
5  A    Because I'm looking at it's about -- he says it's about
6  107 million by his estimate --
7  Q    And --
8  A    -- estimation, so --
9  Q    Right.  I mean, why aren't you confident in that
10  estimation that he made at the time?
11  A    Well, I think your question was a little bit different.
12  You asked about did I see Baker's budget, and I know I didn't
13  at that point.  I won't say I'm not confident about him.  I'm
14  confident in the numbers that I put together because --
15  Q    Right.
16  A    -- they are researched at that point so --
17  Q    I understand.  No, I was just trying -- I was just
18  trying to understand why you --
19  A    Yeah.
20  Q    -- just -- right?  You remember just now you said, you
21  know you don't know if you would've said 107 million.
22  A    Yeah, I don't -- I don't --
23  Q    And so I was --
24  A    Not without looking at my --
25  Q    -- I was just trying to --

Page 26

1  A    -- my budget figures --
2  Q    Yeah, I was just trying to understand why you said that.
3  A    Okay.
4  Q    And so do you think that that was -- that estimate -- that
5  estimation was on the high range, the high-end range of the
6  estimation?  The high-end?  Or at the low-end of a estimation?
7  A    It -- I don't -- I would probably just say moderate
8  depending on --
9  Q    All right.
10  A    -- where we were at that time.  So if he's calculating
11  in that 37.3 million that we're estimated to get this upcoming
12  fiscal year.
13  Q    Do you know specifically what budget line items or areas
14  of the budgeted items -- areas of budgeted items you were more
15  conservative than Mr. Kurrus regarding?
16  A    Well, what he's looking at -- referring to, I'm
17  assuming, here are -- well, of course, it's not the approved
18  budget.  It's based on looking at calculations on capital
19  improvements, which are infrastructure, or building new
20  schools, or renovating existing facilities at that point.
21      So it would've been based on what we had projected as
22  far as budget reductions, along with revenue increases, along
23  with the 37.3 million dollars of capital improvement funding
24  from the state for -- via the deseg settlement.  So it's not
25  necessarily a budget line there.

Page 27

1  Q    So I'm -- I'm not talking about --
2  A    Okay.  Can you restate the question, then?  Okay.  All
3  right.
4  Q    Right now I just want to know were there any specific
5  areas of the budget and so --
6  A    Okay.
7  Q    Were there any specific areas of the budget or budget
8  line items that you were more conservative than Mr. Kurrus on?
9  A    More conservative.  I wouldn't -- I wouldn't say,
10  because I hadn't seen his budget on what -- 'cause --
11  Q    Um-hmn.
12  A    -- his budget was my budget --
13  Q    Right.
14  A    -- as far as the --
15  Q    Right.
16  A    -- overall district budget.
17  Q    Right.
18  A    So that's what I guess I'm taking a exit off on because
19  of this right here is not our budget, per se, not approved
20  budget --
21  Q    Right.
22  A    That were most likely a report or just a estimated
23  number of some sort so --
24  Q    Did Mr. Kurrus ever make any suggestions, in terms of
25  the budget, that you might've been concerned might've been

Page 28

1  either, you know, too costly to the district, or not realistic
2  financially for the district?
3  A    No.  Typically my concerns would be around staff
4  reductions, whether we were going to make enough staff
5  reductions that would hit those budget reduction goals or
6  marks that we had out there.
7  Q    It sounds like you wanted to make more staff reductions
8  or --
9  A    Not necessarily make more, but we actually -- typically
10  we put together budget options on staff reductions on how they
11  should be made.  Whether those are implemented fully --
12  Q    So we're done with that for now.  When did you become
13  aware of the Pinnacle View project?
14  A    The Leisure Art building, or just the Pinnacle View
15  project?
16  Q    Leisure Arts.
17  A    Mr. Kurrus mentioned the possible -- the building was
18  available.  I don't recall the exact date on that so --
19  Q    And at this time what were your -- you know, what were
20  your thoughts as chief financial officer on -- in terms of the
21  fiscal propriety or financial propriety of procuring the
22  Leisure Arts building?
23  A    So I guess at that point in time, we actually had enough
24  funding to actually -- for the purchase.  So 'cause part of
25  the budget reductions were not only to wean ourself off of the

Page 29

1  deseg money that we were getting from the state, but also to
2  produce enough savings to actually construct the southwest
3  high school, along with the west Little Rock middle school.
4      Because we had already purchased the -- land there
5  so it was always kind of two-step as far as budget reduction.
6  So we knew that was in the plans, not necessarily Leisure Arts
7  at that point but --
8  Q   All right.  And so the purchase price was 11.5 million
9  dollars for Leisure Arts, correct?
10  A   That's correct.
11  Q   All right.  Now what pot of money did that 11.5 million
12  dollars come out of?
13  A   It came out of the actual building fund.  It was
14  actually part of our fund balance at that point so -- so all
15  the reductions that we typically would save would actually go
16  into the fund balance.
17      So basically the fund balance -- the difference between
18  revenue and expenses for a given year to add to your
19  reserve --
20  Q   Sorry.  Keep going.
21  A   That just add to your reserve, yeah.
22  Q   All right.  Now you said a building fund and fund
23  balance.  Pardon me, I --
24  A   So the building fund --
25  Q   -- it's the same thing?

Page 30

1  A   -- you know, the building -- well, the fund balance is
2  actually your reserve at that point.  So in order to purchase
3  anything, you have to have -- actually to transfer money out
4  of -- either operating -- well, out of your reserve, into a
5  building fund.
6      So that's where you actually purchase your capital
7  improvement.  You don't -- you can't buy buildings out of your
8  just general operating.  It's just an accounting --
9  Q   All right.
10  A   -- so --
11  Q   And so LRSD had a general fund balance, largely due to
12  the savings, and it transferred money from the fund balance to
13  the building fund?
14  A   That's correct.
15  Q   All right.  And had the money already been transferred
16  before Mr. Kurrus first mentioned the Leisure Arts building as
17  well?
18  A   No.
19  Q   Okay.
20  A   Because we had a time to go through due diligence on the
21  building and check it out and make sure it was something that
22  was feasible at that point.  And once we decide we want to
23  purchase any property or sell any property, you have to submit
24  a board agenda item for approval at that point so the board
25  would have to actually approve the purchase.

Page 31

1      So no officer or superintendent in the district can just
2  purchase or sell a building without board approval.  And
3  that's in our policy.
4  Q   How much did the Little Rock -- if you remember, how
5  much did the Little Rock School District have approximately in
6  its fund balance before it transferred the money used to
7  purchase the Leisure Arts building?
8  A   I don't recall at that exact time.
9  Q   Do you know if it was over one trillion, or under one
10  trillion?
11  A   No, it was -- it was under one trillion.
12  Q   All right.
13  A   It was roughly around -- I don't know -- 30 or 40-
14  million dollar range.
15  Q   And the money in this fund balance was to be used in
16  part for the construction of southwest -- the southwest Little
17  Rock high school and the middle school in west Little Rock,
18  correct?
19  A   No.  The money hadn't actually been designated before
20  anything at that point.  So typically on the fund balance
21  you're looking at -- say Little Rock is say 300 -- just say
22  330-million-dollar budget or so.
23      So typically your fund balance you want to have a
24  minimum of around ten percent for any ups and downs in the
25  economy or anything that may happen with federal

Page 32

1  reimbursements or anything at that point.
2      So I don't even think at that time we had actually
3  designated architects, I don't believe, or construction
4  management for either of the projects 'cause we were still
5  going through the exercise, actually, implementing some of the
6  budget reductions to get to a point where it was financially
7  feasible.
8  Q   Did Baker ever -- did Baker Kurrus ever make any
9  expressions to you in terms of representations to you in --
10  reflecting his priorities in terms of construction projects so
11  -- saying that this project has priority right now, or that
12  project does?
13  A   No.
14  Q   Okay.  Now, as you sit here now and looking back over,
15  you know, the past couple of years, do you think that the
16  school district should've handled the project -- the west
17  Little Rock middle school project and southwest Little Rock
18  high school projects -- any differently?
19  A   Over the past two years I think -- I don't think so at
20  that point.  We all -- we knew from the beginning, we
21  discussed this with the board, we knew that the high school
22  was going to be a larger project.  It was going to probably
23  take, I don't know, six months maybe to a year or longer, due
24  to athletic facilities on there.
25      The scope has kind of changed a little bit on the

## Page 33

1  project. It's grown in the southwest part. So I don't think
2  so.
3  Q   All right. Describe the Little Rock School District's
4  current plan to complete the southwest Little Rock high school
5  and Pinnacle View.
6  A   So Pinnacle View is slated to finish — because it's an
7  the existing building, renovated -- scheduled to finish this
8  summer. At the same -- when -- architects were chosen at the
9  same time to start design on the renovation and the
10  construction of southwest, along with the construction
11  managers actually chose as well.
12     So as far as the completion of southwest, I think
13  they're getting close to final design and programming.
14  Because a lot more programming goes into high schools than
15  elementary. So we've had a lot of input from staff and the
16  community -- I think parents and the students there.
17     So it's a little bit different because Pinnacle View is
18  totally a new school that doesn't have a population right now,
19  but is affected.
20     And Southwest is affecting two other high schools if the
21  proposal is still to merge McClellan and Fair together. So
22  it's a little more thought have to go into that, and a little
23  more planning and needs on that.
24     So hopefully with the millage extension, it will
25  facilitate enough money — well, I know it will facilitate

## Page 34

1  enough money to finish southwest, but we also have other needs
2  as far a big part on the southwest high school is what we
3  would do with McClellan, and then Cloverdale.
4     So that was a community piece that we really had to
5  address. So having enough money to come back with McClellan
6  and renovate it to a point where it can be used for -- whether
7  it's a middle school or K/8 -- whatever is decided at that
8  point. And Cloverdale hopefully can be not used anymore so --
9  for a school -- not for a school anyway.
10  Q   And are there any contingency plans on how the southwest
11  high school would be constructed without the extension of the
12  millage?
13  A   So I would say a contingency plan would be that the
14  district has enough internal savings, could possibly do a
15  second lien financing to complete that school, but it only
16  completes that school.
17     It doesn't give you any money to go back and renovate
18  McClellan or to do any other capital improvements of the other
19  schools in the district so --
20  Q   All right.
21  A   And all that's contingent on the economy staying fairly
22  stable.
23  Q   Is this second lien contingency plan documented in the
24  Little Rock School District anywhere?
25  A   I don't know if it's documented, but that's some of the

## Page 35

1  things that we presented to the board when the board was
2  actually looking at -- I think it was under Suggs -- maybe
3  looking at actually asking for additional mills and looking at
4  second lien, and looking at different internal savings. If
5  it's documented, it's -- it might've been in some of those.
6  Q   And the school district -- so you're familiar with the
7  -- kind of the annual 37.3 million dollar allocation of state
8  desegregation settlement funds, correct?
9  A   That's correct, yes.
10  Q   And the school district is -- they are to receive its
11  last payment this year, correct?
12  A   '17/'18 -- next fiscal year.
13  Q   Next fiscal year. Now do you know how the district
14  plans on allocating this next payment?
15  A   Well, it's -- I think it's still going to be broken up
16  into 11 payments on how they paid it, so we don't just get it
17  all at once.
18  Q   Right.
19  A   So the ideal and estimates we have put together that it
20  would be designated for the -- the southwest high school
21  project so --
22  Q   All of it?
23  A   That was my thought, yeah.
24  Q   And how did you come to that understanding?
25  A   Well, as we put together figures and trying to get to a

## Page 36

1  point where we could afford both projects, that was just
2  something.
3     Because this -- with Pinnacle View going into the
4  Leisure Arts renovation, we would've been finishing this
5  summer, so we won't have any of that 37 million --
6  Q   Right.
7  A   -- dollars to utilize. So that project is pretty much
8  complete. So the next, you know, priority project is
9  southwest so.
10  Q   And were any of the desegregation settlement funds used,
11  or are they currently being used for the construction of the
12  Pinnacle View project?
13  A   Any of the -- so, I guess, based on the deseg settlement
14  funding, and it comes into our general operations. So I can't
15  say yes or really no to that. It wasn't designated for that.
16     So it's just -- it's part of our general operating
17  budget that we set up at the beginning of the year so --
18  Q   So -- all right. The state sends a check of -- one of
19  the 11 installments for the deseg funds. What pot does that
20  check go in to?
21  A   It comes in, and we code it as the deseg. It goes into
22  general operations.
23  Q   General operations?
24  A   Yeah.
25  Q   So that -- that's a pot, right?

Page 37

1    A   Yes.
2    Q   That's an account?
3    A   Same as our tax revenue or any other, so, yeah.
4    Q   Now does any -- has any money from that pot, the general
5    operation's pot, been used to, you know, help complete the
6    Pinnacle View project?
7    A   Not from -- well, from the general operations, if you
8    remember, we transfer -- we'll transfer money from the general
9    operation to the building fund --
10   Q   Right.
11   A   -- to actually do any building projects.
12   Q   All right.
13   A   So we have made transfers from general operating to our
14   building fund for the project, but that was all budgeted.
15   Q   All right.
16   [Whereupon parties went off the record.]
17   [Back on the record.]
18   [Whereupon Plaintiff's Deposition Exhibit 2 was marked for
19   identification.]
20   BY MR. SHUKUR:
21   Q   All right. I hand you Plaintiff's Exhibit 2. Can you
22   read for yourself, under 7(b), the words in italics, just
23   those paragraphs? Just let me know when you're ready.
24   A   I'm finished.
25   Q   All right. So were you aware of this resolution when it

Page 38

1    passed or was implemented?
2    A   Was I aware?
3    Q   Yes.
4    A   I'm -- I would say yes because I was there.
5    Q   Oh, you were there?  All right.
6    A   I didn't remember verbatim the words. I would -- but,
7    yeah.
8    Q   All right. Did you remember the resolution explaining
9    that construction of the southwest high school shall be the
10   district's first priority?
11   A   I didn't recall that until just reading this.
12   Q   Is construction of the southwest high school currently
13   the Little Rock School District's first priority?
14   A   I don't know if I can speak as far as the district --
15   being the first priority -- since that would probably be the
16   board and superintendent.
17       I know it's always been a priority. It was actually a
18   priority of the superintendent, how it actually came about --
19   Dr. Morris Holmes. So he was the one that actually
20   facilitated, actually, the purchase of the southwest land
21   simultaneously with the purchase of the west Little Rock.
22   Q   And do you know of -- first --
23   [Whereupon Plaintiff's Deposition Exhibit 3 was marked for
24   identification.]
25   BY MR. SHUKUR:

Page 39

1    Q   I hand you Plaintiff's Exhibit 3, the design work plan
2    for the southwest Little Rock high school. Have you seen this
3    before?
4    A   I don't recall if I've seen this exact -- I'm seen
5    similar documents.
6    Q   And if you look on row 25, it says that the school is
7    slated to open for -- during the fall of 2019 -- in the fall
8    of 2019.
9        Is that -- do you believe that the Little Rock School
10   District will be able to open the southwest high school in the
11   fall of 2019?
12   A   That's been our push and plan to. So I don't -- unless
13   mother nature has something else to say or something happens
14   with the financing or something. But yeah, that's been the
15   plan the whole time so --
16   Q   All right. If you look at columns 18 and 19 -- or rows
17   18 and 19 -- they explain that the Little Rock School District
18   was scheduled to complete the design development phase of the
19   southwest high school design work plan no later than February,
20   2017.
21       Has the Little Rock School District completed the design
22   development phase?
23   A   I don't think the final design is finished yet. I think
24   it's -- it's pretty close. So I'm not the one actually over
25   that project.

Page 40

1        Mr. Burton is actually overseeing that. But I know
2    we've gone back to the table as looking at, as far as the
3    student body enrollment designed of the school.
4        Because this school actually started off beginning, I
5    believe, at 18 -- either the 16 -- I think we had a 1600
6    version and a 1800 version. So it was up to -- and I think it
7    went up to maybe 2400. Now it's -- I think it's at 2250 so --
8    Q   All right. And do the Little Rock School District is
9    currently finalizing the conceptual building design?
10   A   I wouldn't say 'conception'. I'm talking about specific
11   approval of -- the design, I think, is there. But the
12   packaging cost estimate -- so the final design has to be
13   pretty much everything laid out -- electrical, plumbing, all
14   that stuff and design, so they can actually issue bid packages
15   from the construction management.
16   Q   And so have you seen a conceptual design cost estimate?
17   A   I have seen a conceptual design, yes.
18   Q   Cost estimate?
19   A   I've seen some cost estimates.
20   Q   For -- sorry. And so let's put it altogether. Have you
21   seen --
22   A   Okay.
23   Q   Have you seen conceptual design cost estimate for the
24   southwest Little Rock high school?
25   A   Yes.

Page 41

1    Q    Okay.  And was that -- well, has a conceptual design and
2    cost been approved for the southwest high school?
3    A    I don't think so.  So the part that -- just honestly,
4    the part that I am most interested in is 21.  So we can cut,
5    and so that's the guaranteed maximum price.  Once you lock it
6    in, at that point that's what we're guaranteed to be paying.
7        So the estimate's going to change quite a bit based on
8    follow-up meetings and different things as we come back to the
9    table saying, this is too much, and that point, where can we
10   cut -- cut down on it.
11   Q    Have you seen a schematic design cost estimate for the
12   southwest high school?
13   A    Schematic design?  I don't recall.  I've seen schematic
14   designs, but I don't know if it include -- when you add the
15   cost estimate on there.  I see them as separate.
16   Q    And is the Little Rock District scheduled to, or slated
17   to have the guaranteed maximum price by May of this year?
18   A    Based on this schedule that -- that's correct.  It looks
19   like this was -- I'm not sure the date of this.  I don't know.
20       I don't know if that March 1 is when that was actually
21   the design work plan or the 16, so it's a year old now so –
22   Q    Right.  So do you have any independent basis, aside from
23   this design work plan, that the Little Rock School District
24   will have the final construction manager guaranteed maximum
25   price before -- actually, I withdraw that question.

Page 42

1        So the Little Rock School District is scheduled to begin
2    construction currently in June of this year?
3    A    You ask -- was it a question or a statement?  What --
4    Q    I'm asking.  I'm asking.  I will make no statements,
5    hopefully.
6    A    Restate that question.
7    Q    All right.  So the Little Rock School District is
8    scheduled for a millage election in May, correct?
9    A    May 9, yes.
10   Q    May 9.  And this is to -- the purpose of this, in part,
11   is to construct the southwest Little Rock high school,
12   correct?
13   A    Um-hmn.
14   Q    All right.  If the millage passes on May -- what was the
15   date, again?
16   A    Ninth.
17   Q    May 9.  Will the Little Rock School District begin
18   construction on the southwest high school project in June of
19   this year?
20   A    I'm not sure.  June maybe -- it may start before June.
21   So it says June 7 -- well, I guess that's 2017.  I don't know
22   how to answer that one.
23   Q    It's pretty ambitious, right?
24   A    No, it's not ambitious because we're constantly going
25   through the stuff.  Like the money is here now so --

Page 43

1    Q    Right.
2    A    -- we hadn't stopped the process.
3    Q    Right.
4    A    In order to complete this high school in basically two
5    years, which is a short time frame, we have to move forward.
6    Q    All right.  So is there any delay in the construction in
7    the southwest Little Rock high school?
8    A    Has there been any delay?
9    Q    Yes.
10   A    Not that I've noticed. no more than maybe going back,
11   maybe having additional follow-up meetings. I know they -- I
12   think they went back and had a couple of more community
13   meetings and made sure everybody's kind of aware of the
14   project and allow any input at that point so -- not
15   necessarily a delay.
16   Q    All right.
17   A    This has been a pretty long process, because if you
18   looked at Little Rock School District high schools, you know,
19   I don't know the last time they've built a high school.
20       So this is kind of monumental here.  So we want to make
21   sure we do it right.
22   Q    Now do you -- going back to -- shifting back to Pinnacle
23   View.
24       So there's two phases of the Pinnacle View project.  One
25   is converting the office building into a sixth-grade classroom

Page 44

1    space.  And the other, converting the warehouse to a middle
2    school, correct?
3    A    That's correct.
4    Q    Now --
5    A    Sort of.  You say 'converting,' but the -- the phase one
6    is already complete, because it's there.  This is a school
7    year for them.
8    Q    Right.
9    A    For sixth graders, so, yeah.
10   Q    All right.  All right.  And so what was the first
11   estimate that you remember, to convert the office building
12   into a classroom space?
13   A    I think that was -- I think roughly around 500,000 to a
14   million dollars -- somewhere right there.
15   Q    And what about the warehouse?  What was the first
16   estimate --
17   A    I think I was --
18   Q    -- that you remember?
19   A    These are -- yeah, estimates, I think, were given 25 or
20   28 million -- something like that.
21   [Whereupon Plaintiff's Deposition Exhibit 4 was marked for
22   identification.]
23   BY MR. SHUKUR:
24   Q    I'm handing you Plaintiff's Exhibit 4.  First question
25   about Plaintiff's Exhibit 4 is earlier you mentioned several,

Page 45

1    I guess, renovations or maintenance projects at schools with
2    large minority populations.
3         All of those would be detailed in kind of a larger
4    version of this document -- Plaintiff's Exhibit 4 -- which is
5    the capital project summary, correct?
6    A    Yes, I'm assuming this came from a master plan.
7    Q    Correct.
8    A    Okay.
9    Q    All right. Now second question is, if you look on
10   Plaintiff's Exhibit 4, you look under Pinnacle View Middle
11   School, there's a project name, 'Leisure Arts Office Building
12   Conversion to Temporary West Little Rock Middle
13   School, Sixth-Grade Classrooms'.
14        And the total costs -- it says it's complete and the
15   total cost is 7.9 million dollars. You know why it says 7.9
16   million dollars?
17   A    I'm assuming this was probably a part of the -- let me
18   see. It's not -- it's not 7, unless they wrapped part of the
19   purchase in there.
20   Q    And then under that it say, (as read) "Administration
21   Building Conversion of Leisure Arts, Sixth-Grade Classroom to
22   Office Space."
23        Is there currently a plan to convert the building in
24   which the sixth graders are being educated at Pinnacle View
25   into an office space?

Page 46

1    A    Not that I'm aware of.
2    Q    Okay. Now -- so during the planning stages of the
3    Pinnacle View project, did anybody at the Little Rock School
4    District raise any concerns about the -- I guess the -- any
5    concern about the cost of converting the office space into a
6    sixth-grade classroom that will only be used for one or two
7    years?
8    A    Not concerning -- we discussed the future use of that
9    building. And most likely it didn't make sense to convert it
10   back to office space once it's converted to classroom space,
11   so I don't know.
12        That's yet to be determined what kind of space it may
13   be used for in the future, what educational purposes it might
14   be used for. So that's the first and second floor. Third
15   floor never was touched.
16        So it still has cubicles, and open area offices, and
17   private offices upstairs, and conference rooms, so --
18        I think I got off the question. What were your concerns
19   about?
20   Q    It's just -- it's just, you know, if the -- you know, if
21   there's going to be a middle school, full middle school in a
22   couple of years.
23        You know, why spend, you know, over $700,000 converting
24   this office building into just a temporary classroom space
25   when there's -- we have a shortage of maintenance needs and --

Page 47

1    A    Yeah, the --
2    Q    -- nobody -- nobody had that concern, I don't think.
3    A    I know the -- the concern about actually, I guess,
4    finishing the project up as well. It was a fairly tight time
5    frame on conversion of this project -- about a year -- so the
6    contingency would be if he couldn't actually finish all the
7    building up, you would still utilize that classroom space
8    there as well.
9    Q    All right. So but -- yes, so nobody had that concern at
10   the district?
11   A    It was a concern not to convert it back and spend
12   additional money to convert it back to office. Yeah, that was
13   a concern of mine but --
14   Q    That was a concern. Did you voice that concern?
15   A    Yeah, we -- I voiced it.
16   Q    All right. Well, how did that proposal get on the
17   capital project summary?
18   A    Now, I can't -- I don't know that answer to that one
19   so --
20   Q    All right. And what was your --
21   A    But it wouldn't be ten million dollars to do anything to
22   that building again so --
23   Q    Yeah. All right. Do you remember when Phase I of the
24   Leisure Arts -- of the Pinnacle View project -- so the
25   conversion, do you know when it was completed? Do you

Page 48

1    remember?
2    A    It was in July. It was like July of '16, somewhere
3    around in there -- that point.
4    Q    July, '16, all right. And when did you say the -- the
5    warehouse or -- sorry -- Phase II of the Pinnacle View project
6    would be complete?
7    A    It was scheduled to be complete this summer, either June
8    or July of this -- 2017.
9    [Whereupon Plaintiff's Deposition Exhibit 5 was marked for
10   identification.]
11   BY MR. SHUKUR:
12   Q    All right, I'm handing you the next exhibit. Just take
13   a second, and review it, if you will. Have you seen this
14   before?
15   A    Yes, sir.
16   Q    All right. What is it?
17   A    It's basically a document that kind of outlines our
18   contract with -- I believe this is with Baldwin and Shell
19   Construction on Pinnacle View project.
20   Q    All right. And it appears to be a change order raising
21   the original -- raising the contract some for the Pinnacle
22   View Middle School project, from 2.3 [sic] million to 33.3
23   million [sic] correct?
24   A    That's correct.
25   Q    All right. Now, do you know if the school district was

12 (Pages 45 to 48)

1   contractually obligated to enter into this change order?
2   A   No.  Basically Phase I and Phase II of Pinnacle View,
3   Baldwin and Shell was the contractor for Phase I.  We actually
4   issued a RFP for Phase II alone, with the southwest piece.
5       At that point, they were actually the selected firm,
6   yeah, and to finish up Phase II.  So some of the things that
7   you look at, like on the, say, the 2.3 million dollars, as
8   you're converting over HVAC systems or boilers on a complex
9   like this, that are tied to two separate units, it doesn't
10  make sense to just do a portion; you have to do the whole
11  unit.
12      So once we got to a point where they were awarded the
13  contract, and this was the estimate, the change order -- 31
14  million exactly.  It comes up to 33 million was the actual
15  renovation for Phase II, to do the complete building at that
16  point so --
17  Q   And that's -- that's higher than the -- the original
18  estimate that you provided?
19  A   What did I say -- 20, 25?
20  Q   Right.
21  A   Yeah, that -- so we can look at Exhibit 3.  As you go
22  through architectural design work plan, you have a conceptual
23  design form.
24      At that point, I think when the 25 or 28 -- I forgot
25  which one came up --

1   Q   I'm going to interrupt you.
2   A   Okay.
3   Q   I might have something that might help you.
4   A   Okay.
5   Q   I'll -- and  let me just get it to you.
6   [Whereupon Plaintiff's Deposition Exhibit 6 was marked for
7   identification.]
8   BY MR. SHUKUR:
9   Q   All right, this is Plaintiff's Exhibit, which is a bid
10  schedule for Pinnacle View Middle School.
11  A   Yes.
12  Q   So since Plaintiff's Exhibit 5 -- it's for --
13  A   This doesn't help me on my explanation here but --
14  Q   Oh, it doesn't?
15  A   -- I'll look at it.  Yeah.
16  Q   Oh, okay.  All right.
17  A   So -- we can look at it, though.  But basically -- and
18  Baker, during that -- Mr. Kurrus, at that time, asked for an
19  estimate.  And I believe Wayne Adams provided that based on
20  just general knowledge.
21      And I think he might've touched base with one of the
22  construction management companies to get an estimate.  But as
23  you go through the tasks -- like you see the tasks here, you
24  have conceptual design, and programming,  and different
25  things.

1       So none of that had been discussed at that first
2   estimate.  So I think the school originally started off maybe
3   800 or 900 student body, and it's at 1200.
4       It wasn't any discussion on the second floor, or even
5   program or how big the actual classrooms, whether they are
6   state standard 850 or whether they go up to 950 of 1,000 based
7   on those different things.  And that's kind of how the amount
8   grew.
9   Q   So Exhibit 6 -- and you said you went from 800 to 900
10  students, to 1200.  Do you know when that projected student
11  population increased?
12  A   I don't know the actual dates on that.
13  Q   Do you remember when you learned about it, roughly,
14  about the increase in the projected student --
15  A   I don't.  I don't.
16  Q   All right.
17  A   And some of that had to do with after you actually got
18  architects on board.  So they could lay out the building on
19  how it should be laid out, and you could see what space you
20  had.  And based on state standards and different -- or above
21  state standards on how -- what the student body could be in a
22  building.
23  Q   All right.  Did you hear anybody at the district once
24  the -- I guess the final or this -- well, once the number --
25  the 33-million-dollar figure -- so once the 33-million-dollar

1   figure cam into the picture, did anybody at the Little Rock
2   School District advocate for trying to get the construction
3   manager and architect to go down on that figure, or to
4   recalibrate the project to reduce costs?
5   A   Yeah.  We did.  We met with them, I think, several
6   times.  I'm not sure how many times along with Mr. Kurrus at
7   that point.
8       So that's just typical process when you're meeting with
9   a builder or construction management, to kind of see the
10  finishes that are being put in there.
11      So a big part of this was additional steel beams that
12  had to be put in there.  And even on, I think, Mr. Kurrus'
13  number, it didn't include any athletic facilities.  So this
14  number actually includes a gym that's built within the actual
15  structure.
16      So you're going to be looking at another three and a
17  half to four million dollars on the external gym, if it had to
18  erected along with another -- I don't know -- just say a
19  million and a half to two million dollars on a -- on a turf
20  field.
21  Q   So you're saying the 20 to 25-million-dollar-estimate
22  didn't include --
23  A   No.  It's 25 to 28.
24  Q   Twenty-five, excuse me.
25  A   Okay.

Page 53

1    Q    The 25 to 28 million dollars didn't include any athletic
2    facilities?
3    A    It didn't include the gym, no.
4    Q    Okay.  And did you ever believe as chief financial
5    officer of the Little Rock District that the school district
6    would be able to construct both the west Little Rock middle
7    school and the southwest Little Rock high school without an
8    extension of a millage, or a millage increase?
9    A    At one time I would say, yes.  But that's before even
10   conceptual designs and estimates of the buildings were given.
11   I know initially when we had Fanning Howey here for the study,
12   we were looking at 80, maybe 80 million dollars for a
13   southwest school.
14        That didn't include the athletic complex.  So we kind of
15   had 80 million dollars in our head.  But as we really got to
16   digging down into it and the plans kind of changed to increase
17   the size of it, I would say we needed some additional funding
18   help at that time, not necessarily having a millage extension
19   or ask for additional mills were -- were needed.
20        But in order to satisfy and actually satisfy a need to
21   do something with Cloverdale, all along was given some
22   confidence to the community on what would happen with the
23   McClellan site because that's been the kind of hinge point,
24   that we don't need to have a vacant building in that area,
25   that we're going to need some additional funding, not

Page 54

1    necessarily having to go to the board, because we have the
2    second lien option that would be available.
3        But that's all -- that's contingent on us having enough
4    internal savings to pay for that additional debt.
5    Q    And when did you come into this belief that some
6    additional funding would be needed?
7    A    Once we start getting some real numbers in.
8    Q    And that was -- do you know if that was yesterday or --
9    A    No.  It was --
10   Q    -- six months ago, or a year?
11   A    I would say a year ago.  The issue with even going out
12   for a millage was pretty much crushed when the state took us
13   over and removed the board so -- but the --
14   Q    Why you say that?
15   A    Because the community wasn't excited about it.  It was a
16   lot of uproar.  So going out to the voters to ask for a vote
17   at that time, and you think you're going to get something
18   passed, you would almost have to be crazy, insane, one of them
19   so --
20   Q    What about now?
21   A    I'm -- for the record, I'm not wanting --
22   Q    When did the Little Rock School District make its most
23   recent disbursement to the construction manager for the
24   southwest high school project?
25   A    I'm not sure, within probably the last month or so.  So

Page 55

1    we have a lot of architect fees that are pretty much going
2    now.  So not necessarily construction management.
3    Q    So do you know -- I mean, has the Little Rock School
4    District made any disbursements to the construction manager
5    for the Pinnacle View project -- oh, not Pinnacle View, the
6    southwest Little Rock high school project?
7    A    I believe so, yes.
8    Q    Yeah.
9    A    It's minimum at this time.
10   Q    Minimum?  Why do you say that?
11   A    Because they really hadn't started as far as the
12   construction piece.  They -- I think they've put together bid
13   packages.  They've been meeting quite awhile, so the
14   architects have done most of the work up until this point.
15        So I believe the construction management actually had --
16   have either awarded bids or issued bids -- bid requests -- for
17   the ground work, which is a significant portion of this
18   project.  But construction hadn't started.
19   Q    So the school district will have the bid packages of the
20   construction manager, correct?
21   A    Say it --
22   Q    Would the Little Rock School District have the bid
23   packages or --
24   A    We will have -- we will have some.  So it's -- I guess
25   on this one you have here, it has different areas that may be

Page 56

1    bidded.  So we would start -- of course, we've done a traffic
2    study out there on Mabelvale Pike to see what enhancements
3    have to be done with that road -- I know a roundabout.
4        We've met with the city.  Of course, soil testing and
5    different stuff that's been done to see what kind of
6    foundation and soil that we have out there.
7        So those types of things have been done.  But actually
8    clearing land and doing any of that --
9    Q    So I see.  I'm just -- just kind of short --
10   A    Okay.
11   Q    I just want to know if the school district has any bid
12   packages from the construction manager --
13   A    I don't have any.
14   Q    -- in it's possession?
15   A    I don't have any.
16   Q    And do you know if the school district has any?
17   A    I'm not sure.
18   Q    All right.  And if any of the bids were awarded or
19   issued, the construction manager would alert the school
20   district -- is that right?
21   A    They would at that time.
22   Q    Right.
23   A    I've been gone for two weeks, so I'm just getting back.
24   So it's possible that last week they might've opened, so --
25   [Whereupon Plaintiff's Deposition Exhibit 7 was marked for

Page 57

1  identification.]
2  BY MR. SHUKUR:
3  Q   All right, I hand you Plaintiff's Exhibit 7. This is an
4  excerpt of the Little Rock School District's 2014 through '17
5  revenue and expenditure projection, correct?
6  A   That's correct.
7  Q   All right. Now if you look, I guess, two rows up from
8  the total operating expenses column, where it says,
9  "Transfers," it says that the Little Rock School District was
10  budgeted to transfer about 48.3 million dollars in the 2016 to
11  2017 budget, correct?
12  A   That's correct.
13  Q   All right. Can you explain what, I guess, just that
14  budget line -- what that 48-million-dollar transfer
15  representation kind of represents?
16  A   Basically, on this transfer line here -- so most of the
17  majority of our money comes into our operating account. So
18  you can see this is operating expense here.
19  Q   Right.
20  A   So any time you transfer money out of the operating, it
21  actually goes in the transfer line. So if you notice the
22  actual for that previous year, the majority of that 15.4
23  million was actually transferred from operating into our debt
24  service fund, to actually our debt service obligations.
25       So part of that 48 million -- 48.3 -- includes a debt

Page 58

1  service transfer over to debt service, or and a portion of it
2  is actually transferring to building fund as well, for
3  purchasing. And I believe that was Leisure Arts building --
4  on -- no, it wasn't -- it wasn't. This is '16/'17. This is
5  year --
6  Q   Right, Leisure Arts was --
7  A   So 35 million of it was for Leisure Arts or Pinnacle
8  View, Phase II. So we also have another portion.
9       So if you transfer any money within categorical funds --
10  for instance from NSL to ALE, that goes into a transfer line.
11  So it's kind of a catchall for transferring anything that's
12  going on within a -- into operating.
13  Q   And the Pinnacle View, Phase I, any funds transferred to
14  fund the purchase of the property at Pinnacle View would be
15  included in that 15.433 --
16  A   Yes.
17  Q   -- million dollars?
18  A   Well, no. It would actually be -- it's a -- that
19  transfer, I think, we actually had budget -- it's actually
20  expenditures in the capital outlay at 12 -- where you see the
21  12.2 million. That's why it jumps from a few lines up, from
22  1.2 and -- to --
23  Q   To 12.2 of expenditures, right?
24  A   Um-hmn.
25  Q   From capital outlay. So that's not included in

Page 59

1  transfers?
2  A   No.
3  Q   Oh, okay. All right.
4  A   Transfer was a different -- this is based on legislative
5  audit. They wanted to see how we transferred the operating
6  out to debt service. So you can notice there's no activity
7  for the previous years because that's --
8  Q   Right -- debt service --
9  A   -- not how we were -- yeah.
10  Q   -- remains constant, right?
11  A   Yeah.
12  Q   Okay. And so earlier you said the majority of that 15.4
13  million was debt service. But it looks like it wasn't. So do
14  you know where -- I guess, where most of that money
15  transferred for the 15.4, what the purpose of that -- most of
16  the money transferred was?
17  A   I'm --
18       MR. HELLER: Object to form.
19       MR. SHUKUR: Yeah, that's -- that was very -- it's very
20  convoluted. Just a minute, let me try to simplify the
21  question.
22  BY MR. SHUKUR:
23  Q   Do you know to what use the majority of the 15.4 million
24  dollars transferred in the 2015/2016 school year -- to what
25  use it was put?

Page 60

1  A   It was -- that was mainly debt service. You would
2  actually have to look at the -- I think, the page before this
3  to look at it.
4       You have to -- the debt service is actually the expense
5  that we actually pay for debt services, right below that. But
6  we actually have to make a transfer out of operating -- out of
7  operating fund into our debt service fund, so it creates an
8  entry on the transfer.
9  Q   Oh, okay.
10  A   So the majority of that 15 million -- just say 14
11  million came out. We only transferred another just say one-
12  point-something million probably over to -- for Pinnacle View,
13  Phase I.
14  Q   All right.
15  A   When we actually -- when the board actually voted for
16  the -- to purchase the actual building, we did a budget
17  adjustment for our capital outlay budget up there.
18       So it actually -- and we actually have a recommendation
19  to the board to get that to the 12.2 million. So it wasn't
20  actually a transfer needed for that -- in order to capture
21  that one.
22  Q   All right. And the capital outlay pot -- for lack of a
23  better word -- is separate and apart from the general
24  operations pot?
25  A   No.

Page 61

1    Q    No?
2    A    It's just a different category.
3    Q    Within the general operations?
4    A    So if you're replacing light bulbs and fixtures and
5    stuff, that's typical maintenance. If you're replacing
6    something that's a major infrastructure piece — a roof or
7    something like that — it's actually classified as capital
8    outlay.
9    Q    All right. And so it comes from the general operations
10   budget?
11   A    Yes, on this one, this one, this part, yes.
12   Q    On this part?
13   A    Yeah.
14   Q    So it comes from general operations, right?
15   A    It's a — it's a —
16   Q    And so no transfer is necessary?
17   A    It's an object code that was budgeted on that, yeah.
18   Q    Gotcha. Gotcha.
19   A    Or, an account code. I'm using — it's called 'object'
20   for the state, but most people know it as an account code.
21   Q    Now, when you began our conversation, we talked a little
22   bit about the budget, how the school goes about budgeting
23   parts, staff for schools, or population, or whatnot.
24        How does the district decide which schools get a full-
25   time literacy facilitator or math facilitator on staff?

Page 62

1    A    That depends on the superintendent that's in place at
2    certain times. So I think under certain superintendents, all
3    schools might've been designated to get — or when we had
4    stimulus money, all schools might've been designated to get —
5    Q    Let me interrupt you —
6    A    Okay.
7    Q    — for a second.
8    A    Okay.
9    Q    Let's go — Dexter Suggs, Baker Kurrus, Michael Poore.
10   A    Okay.
11   Q    So under each superintendent.
12   A    All right. All right.
13   Q    Starting with Dexter.
14   A    Under Suggs — at that point I believe every school was
15   designated to get a math facilitator and a literacy
16   facilitator, a reading teacher, I believe at that time.
17   Because Reading Recovery was pretty much done away with
18   because it was not servicing enough students.
19        They were able to use Title I funds. We used some NSL
20   funds for those that needed help that didn't have enough Title
21   I.
22        Because depending on your — most of the literacy and
23   math facilitators are seasoned employee, so they might have 15
24   or 20 years experience in the district, so they're higher up
25   on the pay scale.

Page 63

1         So at that point, most of the Title I funds at the
2    schools were pretty much depleted. So some of the complaints
3    maybe from the principals — and typically you want to give
4    the principals autonomy of their building, what they actually
5    need.
6         So all of them — they might've been doing good in math
7    and didn't need a facilitator. And I guess it changed back
8    because we had coaches before. So facilitators could actually
9    work with teachers and students.
10        So under Kurrus, I know we allowed — I'm not sure if it
11   was Kurrus. I think it was the transition between Kurrus and
12   Poore. They allowed the schools to have a choice on what they
13   actually needed.
14        So some of the facilitators were actually — you
15   probably noticed some last year. So if you had a — a math
16   facilitator at Stephens, but they were doing good in math,
17   they wanted to — they needed a parent coordinator instead.
18   They were allowed, you know, that flexibility.
19        So it's really determined by the school on what they
20   actually need at that given time. So some or most of the
21   schools have had, in some forms, a facilitator or coach for
22   several years.
23        So they feel that they've coached their staff enough,
24   especially if they have staff that don't turn over a whole
25   lot, they want to put more toward the kids so —

Page 64

1    Q    All right. And so what under Poore?
2    A    Under Poore — the schools pretty much have that same
3    autonomy that makes those decisions. So I see all position
4    requests that come through the district as well. So a lot of
5    schools in Title I report to me as well.
6         So a lot of schools wanted to switch out facilitators
7    for more — either a parent literacy — a parent coordinator
8    or something that would help out with parent involvement, or
9    wanted to use more of their money for after-school tutoring or
10   something else — different academies.
11   Q    And so there's a document called "position requests"
12   that the — who submits the position requests?
13   A    The principals.
14   Q    Principals? And to whom do they submit the position
15   requests?
16   A    So they would typically submit a position request to
17   their associate superintendent of their respective areas —
18   whether it's middle, high, or elementary.
19   Q    Okay.
20   A    At that point if it's approved, it comes over into our
21   office. We would typically code it, and make sure it is
22   correct. And we send it on up either to HR or to
23   superintendent.
24   Q    All right. And the district has — Little Rock School
25   District has several schools that are in academic distress,

Page 65

1   correct? Sorry. Not several --
2   A   What's 'several'?
3   Q   Multiple schools that are in academic distress, correct?
4   A   Yes.
5   Q   All right. And does the district ever, you know, kind
6   of insist that schools that are in academic distress have
7   literacy or math facilitators?
8   A   Most of them do. I don't -- wouldn't say insist, but
9   probably strongly encourage. So some of it depends on their
10   improvement plans and state reports that's done to ADE and the
11   requirements.
12      So they all would have a school improvement specialist
13   on top of that. So the high schools typically always have.
14   Because they have larger staff, they typically have
15   facilitators.
16   Q   All right. And --
17   A   Elementary, it just kind of depends. So if you only
18   have an elementary with 250 students, you may not have a need.
19   Q   Right. And are there ever any instances or -- of a
20   school having a full-time math or literacy facilitator, or
21   even a school improvement specialist, but that person not
22   being budgeted or entered into the school district's budget as
23   a math facilitator, literacy facilitator, and school
24   improvement specialist?
25   A   So is there any instance where that person wouldn't be

Page 66

1   actually classified as that position, basically?
2   Q   Correct.
3   A   Not that I'm aware of.
4   [Whereupon Plaintiff's Deposition Exhibit 8 was marked for
5   identification.]
6   BY MR. SHUKUR:
7   Q   All right. I hand you Plaintiff's Exhibit 8. Have you
8   seen this before?
9   A   I don't think I've seen this one before.
10   Q   Just take a minute to review it, especially the project
11   scope and the completion date.
12      All right. Now -- so you haven't seen this before, but
13   having looked at the project scope and completion date of
14   Plaintiff's Exhibit 8, does it appear to be accurate?
15   A   No, not at this time.
16   Q   Why not?
17   A   Because the design -- the construction start would be in
18   a few months, December. Are you saying that -- are you -- ask
19   me that question again, then.
20   Q   Having looked at the project scope and completion date
21   of Plaintiff's Exhibit 8, does it appear to be accurate?
22   A   Okay -- no.
23   Q   Okay, and please explain why it does appear to be
24   accurate.
25   A   Because if it's referring to the current McClellan High

Page 67

1   School and the reconfiguration to K/8, the project on
2   southwest is scheduled to be completed July of 2019.
3      It's no way that this renovation can occur at the same
4   -- at this -- at this time. My understanding from the plans
5   on the McClellan campus would be only to -- mostly likely only
6   keep auditorium and the two gyms. Everything else will pretty
7   much be demolished and rebuilt.
8   Q   At McClellan?
9   A   Yeah, at the current McClellan site, yes.
10   Q   All right. Now who -- who at the Little Rock School
11   District would be responsible for entering this information
12   into this capital projects detail?
13   A   This would be our maintenance department. This is --
14   I'm sure the facility master plan is submitted to the state.
15   Seems like it was created in 2015 under Wayne Adams, in his
16   shop. This -- I think Tamela Bennett is the person
17   responsible for this piece of the project.
18   Q   Is the Little Rock School District -- we're moving on
19   from this. But is the Little Rock School District currently
20   planning on building a new addition on to Central High School?
21   A   Are they planning on building a new addition? I think
22   there's a design for removal of some portables.
23   Q   Right.
24   A   So I -- not planning it. I would say we have conceptual
25   design, or conceptual thoughts -- not even design I don't

Page 68

1   think so.
2   Q   Conceptual thoughts about what?
3   A   Removal of portables. So that was a -- so we have a
4   sunset portable clause. I guess a sunset -- this is renewed
5   every five years with the city as far as allowing portables in
6   the district.
7      So one of the things that we looked at when we had the
8   board was actually removing portables from all locations.
9   Q   Right.
10   A   Central has the most portables over there.
11   Q   And is part of the portable elimination plan for Central
12   High School to build an addition onto Central?
13   A   As far as I remember, I think a science -- maybe a
14   science lab wing. We've talked about actually additional gyms
15   on those high schools that only have one gym.
16      And Central is one of those that has one gym. Parkview
17   is -- I think Parkview is another one so --
18   [Whereupon Plaintiff's Deposition Exhibit 9 was marked for
19   identification.]
20   BY MR. SHUKUR:
21   Q   I hand you Plaintiff's Exhibit 9. It is -- look under
22   project maintenance, it has 'Portable Elimination Addition'.
23   Above that it says, "Central High School." Above that it
24   says, "Little Rock School District." If you look --
25   A   I guess I'm not finding it.

Page 69

1    Q   Oh, sorry. If you look at the top left.
2    A   Okay.
3    Q   Okay, and so if you go down -- well, first, if you go to
4    the sixth column, and go down to the row that says, "New
5    Spaces." It says, "47,902 square feet." Have you seen this
6    before?
7    A   I don't recall. It's part of our master plan, but I'm
8    -- I'm sure I've looked through it, but I'm not -- I don't
9    recall this page exactly.
10   Q   All right. If you go to page 4 of this portable
11   elimination plan, it appears to list all the suggested square
12   footage of an addition.
13       But you're not aware of any plans to actually move
14   forward on constructing an addition with the suggested square
15   footage memorialized in this portable elimination plan?
16   A   Well, I guess it's -- and maybe it's a play on words.
17   Plans -- do we have immediate plan? No, because of funding.
18   But, yeah, as far as the master plan, yeah, we have to submit
19   any future plans that may be associated with any school.
20       So Central, I think, has 20-plus portables. So if you
21   removed the portables, you have to do something with the
22   classrooms.
23       So I think that's part of the portable elimination
24   document. I'm sure you'll probably find it on several more
25   buildings as well.

Page 70

1    Q   All right. And in the --
2    A   But, no, it's not -- not in our priority right now,
3    because of money. We don't have money for portable removal
4    right now so --
5    Q   Right. And is -- are the plans to eliminate the
6    portables in part by constructing additions to buildings
7    intended to be funded in part by the revenue generated by the
8    millage extension?
9    A   No.
10   Q   Okay.
11   A   With the exception of one building. I have to take that
12   back. And that's Mabelvale Middle.
13   Q   Mabelvale Middle.
14   A   Because it's a gym that's included on there, with
15   additional classrooms that's associated with that gym area.
16   Q   All right. Now, are you familiar with the Little Rock
17   School District ever having an asbestos program?
18   A   We have -- yes.
19   Q   And there was staff -- or actually, it'd be a easier
20   to --
21   [Whereupon Plaintiff's Deposition Exhibit 10 was marked for
22   identification.]
23   BY MR. SHUKUR:
24   Q.  In Plaintiff's Exhibit 10 -- Plaintiff's Exhibit 10 is
25   a excerpt from the object by function summary of the Little

Page 71

1    Rock School District, 2017/2017 budget.
2        And it shows a code of 2691 for the asbestos program.
3    Can you explain what the asbestos program consists of?
4        MR. HELLER: Object to the form. Go ahead, Kelsey.
5    A   All right. So you said for 2016/17? Or are you
6    looking at --
7    Q   No, no, no, no.
8    A   -- at '14/'15?
9    Q   So first, were you ever aware of the district having an
10   asbestos program?
11   A   I'm -- yes.
12   Q   Okay. Second, do you know what the code 2691 for
13   asbestos program represents on Plaintiff's Exhibit 10?
14   A   It represents that function. That's a function code
15   that's derived by the State of Arkansas, as far as coding for
16   the function of that. Because it -- it's all related to
17   personnel costs.
18   Q   Right.
19   A   This is just one person -- FC -- for the '14/'15 year.
20   So at that point, one person was actually coded in -- in that
21   actual function code.
22   Q   All right. And do you know what that person's
23   responsibilities were?
24   A   I'm not sure of that person right now. We have several
25   thousand employees. But typically on our program, we are

Page 72

1    sending out documentation every year to the schools, just on
2    -- just asbestos. And we have our buildings inspected as
3    well.
4    Q   Okay.
5    A   But right now I believe that's all done externally.
6    Q   All right. What is the documentation that's sent to the
7    schools? Like what -- sorry -- what is the title of the
8    documentation sent to the schools annually to inform them
9    about asbestos?
10   A   I don't have that. I don't recall. I believe it's all
11   done by Rex Morris & Associates now.
12   Q   It's done by who?
13   A   Our environmental specialist, Rex Morris and Associates.
14   Q   Rex Morris and Associates, is that correct? Rex Morris
15   and Associates?
16   A   That's his name. I think that's the name of the
17   company, yes, sir.
18   Q   All right. Have you ever heard anybody make any
19   statements about the importance of the Little Rock School
20   District retaining white students?
21   A   Made a statement about importance of -- I don't know
22   about a statement. I've heard, you know, statements about
23   making diversity -- having a diverse environment.
24   Q   Racially diverse?
25   A   Racially and economically, yeah.

## Page 73

1  Q   All right.  For the --
2  A   Not necessarily the Little Rock School District
3  employees.  It might've been in a board meeting with citizens
4  and whoever so --
5  Q   Right.  So can you just go, I guess, time by time,
6  instance by instance of, you know, your hearing people talk
7  about the importance of Little Rock School District having a
8  diverse student population?  Does any particular instances
9  stand out to you?
10 A   Not necessarily.  I know with the stipulated magnet
11 schools it was something that was a goal, to have them as
12 diverse as possible, at least with the six there.
13     Of course, a lot of talk is always about, I guess, white
14 flight from the district and losing -- just losing students
15 period.
16     But I'm typically not -- not in that -- I don't know if
17 I -- I just hadn't been in a lot of conversations about the
18 importance of white students, I guess.
19 Q   Okay.  Do you remember any individual that made a
20 representation as to the importance of the Little Rock School
21 District having a diverse student population?
22 A   I've -- I think all the superintendents have, that I've
23 worked for.
24 Q   Do you remember the substance of any of these
25 representations made by any of the superintendents, as to the

## Page 74

1  importance of the Little Rock School District having a diverse
2  student population -- a racially diverse student population?
3  A   Now you're throwing the racial part on there at that
4  point so --
5  Q   Yes.
6  A   -- diversity, typically, it's been talked about from the
7  -- is typically socioeconomic --
8  Q   Right.
9  A   -- more so than -- than the racial piece so --
10 Q   So you never remember any of the superintendents --
11 A   Not --
12 Q   -- making any representations as to the importance of
13 the Little Rock School District having a racially diverse
14 student population?
15 A   Not specific comments they've actually made.
16 Q   All right.  You say not specific comments that they
17 actually made?
18 A   No.  I guess --
19 Q   Just like you're having some hesitancy saying no,
20 unequivocally.  I'm just trying to see if I'm sensing it right
21 or not.
22 A   Well, I guess when we're talking about diversity, of
23 course, race plays a part, especially in Little Rock, along
24 with socioeconomic factors.  So we're looking at the
25 statistics of schools, and different things.

## Page 75

1      We look at a special need population, or the Latino
2  population.  So not specifically, I guess, if it's just
3  talking about -- I don't know.  I don't know how to answer
4  that one.
5      But I don't remember specifics from the superintendent,
6  but it's been in discussions so --
7  Q   But it's been what?
8  A   It's been discussed, not just racial --
9  Q   Yeah.
10 A   -- diversity but --
11 Q   But including racial diversity?
12 A   Yes.
13 Q   And so you remember superintendents with whom you've
14 worked that had conversations or made representations about
15 the importance of a diverse student population, including
16 racially diverse?
17 A   Um-hmn.
18 Q   Yes?
19 A   I would say yes with -- with board members.  So as we've
20 -- I came on when we opened up Roberts.  I think Roberts
21 opened up in 2009.  I was just starting.
22     So -- and the same conversations within any schools that
23 we may be reconfiguring.  So board members typically would ask
24 about racial composition, economic composition of what the
25 student body's going to look like.

## Page 76

1      So it's always been -- I won't say always, but it's been
2  factor that we've discussed.
3  Q   All right.
4  A   But that's not my area that I oversee.  So typically
5  that would be more on the student registration side that has
6  more authority on -- or has the ability to make the decisions.
7  Q   And who's in charge of student registration?
8  A   Dr. Freddy Fields -- Frederick Fields.
9  Q   How long has he been in that position?
10 A   He was in it when I got here.  I'm not sure.
11 Q   All right.  Now, we went -- we kind of veered off to
12 board members.  So, specifically superintendents -- so do you
13 recall having any conversations with Baker Kurrus about the
14 importance of the Little Rock School District having a diverse
15 student population, including racially diverse?
16 A   I didn't have direct conversations.  But in cabinet
17 meetings or something where we're talking about Pinnacle
18 View -- on how was it going to be, you know, where are the
19 kids going to be pulled from -- Fulbright, Terry, Roberts --
20 what are we projecting the makeup to be as far as racially --
21 race and economics.
22     So -- but those conversations typically wouldn't be
23 directed at me.
24 Q   I understand.
25 A   So if -- I would just be privy to being in cabinet or

Page 77

1   something like that, I would --
2   Q   I understand.
3   A   -- or board meetings, so, yeah.
4   Q   So aside from Baker Kurrus making -- aside from you
5   hearing Baker Kurrus making representations about the
6   importance of diversity at Pinnacle View Middle School, do you
7   recall Baker Kurrus ever making any representations as to the
8   importance of diversity -- including racial diversity -- at
9   the Little Rock School District or in any of its schools?
10      MR. HELLER: Object to form. You can answer, Kelsey.
11  A   I don't recall.
12  Q   All right. Now do you -- do you recall Michael Poore
13  ever making any representations on the importance of diversity
14  -- including racial diversity -- in the Little Rock School
15  District or any of its schools?
16  A   I don't recall any conversations on that.
17  Q   All right. And have you heard of Baker Kurrus ever
18  making any representations, aside from what we've already
19  discussed, about the importance of the Little Rock School
20  District having diversity -- including racial diversity -- in
21  the district or any of its schools?
22  A   I would say, yes, at a state board meeting, I believe,
23  on that.
24  Q   All right. Do you know, roughly, or do you know kind of
25  the substance of the representation? Do you recall the

Page 78

1   substance of the representation?
2   A   I think he was answering a question either from a -- one
3   of the state board members, or somebody. I'm not sure. I
4   don't even recall the date on that.
5   Q   All right. Now do you recall Baker Kurrus making any
6   representations expressing concern about the flight of white
7   students out of the Little Rock School District?
8   A   State that again?
9   Q   Do you recall Baker Kurrus making any representations
10  expressing concern about the flight of white students out of
11  the Little Rock School District?
12  A   No.
13  Q   Okay. Do you remember any school board member or
14  employee of the Little Rock School District expressing --
15  making any representations expressing concern about the flight
16  of white students out from the Little Rock School District?
17  A   No -- no concerns, no.
18  Q   All right. Do you remember -- do you recall Baker
19  Kurrus making any representations noting the flight of white
20  students out from the Little Rock School District?
21  A   No.
22  Q   Do you recall any school board member or an employee of
23  the Little Rock School District making any representations
24  noting the flight of white students out of the Little Rock
25  School District?

Page 79

1   A   I would say yes, because we've had presentations as far
2   as -- especially during, I think, our Fanning Howey study,
3   where we looked at population -- where our student body
4   might've been 28,000, and down to the 24,000 that it's at now.
5   And so it was based on, I think, a racial makeup at that time.
6   Q   And who made the presentation?
7   A   I think Dr. Fields or somebody from his office at that
8   time.
9   Q   And when was it made?
10  A   I don't recall.
11  Q   Was it yesterday, or was it when you first got there?
12  A   No, it's been --
13  Q   Your first day?
14  A   -- a couple of years now.
15  Q   Couple of years. You said a presentation. At what
16  meeting was the presentation made?
17  A   It would typically be at a -- it was at a board meeting,
18  yeah.
19  Q   So is it when the school district still had a school
20  board?
21  A   Yes.
22  Q   Have you ever heard -- personally heard -- any Little
23  Rock School District School board member, superintendent, or
24  employee make any racially insensitive or racist comments?
25  A   I haven't, no.

Page 80

1   Q   Have you heard of any Little Rock School District school
2   board member, employee, or superintendent make any racist, or
3   making any racist or racially insensitive comments?
4   A   No.
5   Q   Has anybody said 'you know, they said -- they said'?
6   A   No, I haven't.
7   Q   Okay. All right. Same question --
8   A   Put your little ad lib in, huh?
9   Q   Same question for Johnny Key. Have you ever heard
10  personally, or heard of Johnny Key making any racist or
11  racially insensitive comments?
12  A   No.
13  Q   All right. Is there anything you'd like to add to your
14  testimony today?
15  A   I don't have anything else I don't think.
16      MR. SHUKUR: Do you have any?
17      MR. HELLER: I've got a question.
18          EXAMINATION
19  BY MR. HELLER:
20  Q   Mr. Bailey, compared to what LRSD had budgeted to build
21  a new middle school in west Little Rock on the property
22  purchased by the board, did the district save money by buying
23  the leisure arts building and converting it to the Pinnacle
24  Valley Middle School?
25  A   Yes, I believe -- of course we didn't have designs on a

Page 81

1   middle school at that time. But for the student body
2   population, we're looking at 1200.
3       I think we probably saved, roughly, ten million dollars
4   or so, on this property.
5       MR. HELLER: That's all I have.
6       MR. HOLLINGSWORTH: I don't have any questions.
7       MR. SHUKUR: Let's just make sure.
8   [Whereupon Plaintiff's Deposition Exhibit 11 was marked for
9   identification.]
10              FURTHER EXAMINATION
11  BY MR. SHUKUR:
12  Q    One more. I'll -- if you could pass -- I'm handing you
13  Plaintiff's Exhibit 11.
14      If you look at Plaintiff's Exhibit 11, and if you go down
15  to 'New School, West Little Rock Middle School,' the
16  construction start date, June 1, 2015.
17      Is that the date that construction was started on, I guess,
18  Pinnacle View, Phase II, or Phase I?
19  A    Phase I.
20  Q    Phase I? All right.
21      MR. SHUKUR: All right. That's it.
22  [Whereupon the deposition concluded at 12:20 p.m.]
23  [signature waived.]
24
25

Page 82

1                   CERTIFICATE
2   STATE OF ARKANSAS ]
3   COUNTY OF PULASKI ] ss
4   I, Stephanie G. Branton, an Arkansas Certified Court Reporter
5   and Notary Public in and for the aforesaid county and state, do
6   certify that the witness herein was sworn by me prior to the
7   taking of the testimony as to the truth of the matters attested
8   to and contained herein; that the testimony of witness was
9   taken, by Stenomask, in accordance with the Rules of Civil
10  Procedure, and the questions and answers were reduced to
11  typewriting by me; that the deposition is a true and correct
12  record of all proceedings, to the best of my knowledge and
13  belief. The review of the transcript was not requested by the
14  deponent. I further certify that I am neither counsel for,
15  related to, nor employed by any of the parties to this action;
16  I am not a relative or employee of any attorney or counsel
17  employed by the parties, nor financially or otherwise interested
18  in the outcome of this action; that I have no contract with the
19  parties, attorneys, or any person with an interest in this
20  action that would affect impartiality. WITNESS MY HAND AND
21  SEAL as court reporter on this 18th day of April, 2017.
22          _____
23              STEPHANIE G. BRANTON, CCR
24
25

Page 83

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

## A

**a.m** 3:5
**ability** 76:6
**able** 9:14 39:10
  53:6 62:19
**academic** 64:25
  65:3,6
**academies** 64:10
**accommodate**
  21:15
**account** 8:23 37:2
  57:17 61:19,20
**accounting** 6:19
  30:8
**accreditation** 17:24
**accurate** 66:14,21
  66:24
**action** 82:15,18,20
**activity** 59:6
**actual** 16:21 18:11
  29:13 49:14 51:5
  51:12 52:14 57:22
  60:16 71:21
**ad** 6:22 80:8
**Adams** 50:19 67:15
**add** 29:18,21 41:14
  80:13
**addition** 67:20,21
  68:12 69:12,14
**Addition'** 68:22
**additional** 24:9
  35:3 43:11 47:12
  52:11 53:17,19,25
  54:4,6 68:14
  70:15
**additions** 70:6
**address** 4:9,10 34:5
**ADE** 65:10
**adjustment** 60:17
**adjustments** 15:17
**admin** 9:5
**Administration**
  45:20
**advance** 22:6
**advantage** 9:14
**advisory** 19:1,4,7
**advocate** 52:2
**affect** 17:20 82:20
**afford** 36:1

**aforesaid** 82:5
**African-American**
  12:24
**after-school** 64:9
**age** 11:12
**agenda** 16:20,25
  30:24
**ago** 7:13 13:12
  54:10,11
**agreed** 3:9
**agreement** 14:25
**ahead** 16:4 24:21
  71:4
**AIA** 2:14
**air** 13:15
**AI** 1:4,6
**ALE** 58:10
**alert** 56:19
**allocate** 18:3
**allocated** 7:2,4
  10:25
**allocating** 35:14
**allocation** 7:5,6
  17:25 18:1,2 35:7
**allocations** 15:5,6
**allow** 18:2 43:14
**allowed** 18:2 63:10
  63:12,18
**allowing** 68:5
**altered** 13:23
**altogether** 40:20
**ambitious** 42:23,24
**amount** 51:7
**amounts** 7:7 21:20
  23:14
**annual** 35:7
**annually** 72:8
**answer** 4:19 42:22
  47:18 75:3 77:10
**answering** 78:2
**answers** 82:10
**anybody** 5:24 6:25
  46:3 51:23 52:1
  72:18 80:5
**anymore** 34:8
**anyway** 34:9
**apart** 23:2 60:23
**apologize** 13:4
**appear** 66:14,21,23

## APPEARANCES
  1:11 2:3
**appears** 48:20
  69:11
**approach** 24:6
**appropriate** 10:18
  18:4
**approval** 18:16,17
  30:24 31:2 40:11
**approve** 16:24
  30:25
**approved** 22:25
  26:17 27:19 41:2
  64:20
**approximately**
  31:5
**April** 1:8 3:5 7:11
  10:10 82:21
**Ar** 1:14,18,21 2:18
**architect** 52:3 55:1
**architects** 32:3
  33:8 51:18 55:14
**architectural** 49:22
**area** 46:16 53:24
  70:15 76:4
**areas** 6:17 7:1
  15:23 26:13,14
  27:5,7 55:25
  64:17
**Arkansas** 1:1,8 3:4
  4:13 71:15 82:2,4
**Art** 28:14
**arts** 28:16,22 29:6
  29:9 30:16 31:7
  36:4 45:11,21
  47:24 58:3,6,7
  80:23
**asbestos** 70:17 71:2
  71:3,10,13 72:2,9
**aside** 41:22 77:4,4
  77:18
**asked** 12:2,10
  25:12 50:18
**asking** 4:17 35:3
  42:4,4
**assessment** 9:1
**Assistant** 1:20
**associate** 64:17
**associated** 69:19

  70:15
**Associates** 72:11,13
  72:14,15
**assume** 11:24
**assuming** 19:6
  22:21,23 23:11
  24:10 26:17 45:6
  45:17
**athletic** 32:24
  52:13 53:1,14
**attention** 15:25
**attested** 82:7
**attorney** 4:18,20,22
  6:1 82:16
**attorneys** 1:20 7:16
  7:19 82:19
**audience** 17:21
**audit** 59:5
**auditorium** 67:6
**authority** 76:6
**autonomy** 18:6,14
  63:4 64:3
**available** 8:14,17
  10:17 16:1,16
  28:18 54:2
**average** 11:12 18:9
**awarded** 49:12
  55:16 56:18
**aware** 7:12,14,23
  7:25 28:13 37:25
  38:2 43:13 46:1
  66:3 69:13 71:9
**awhile** 55:13

## B
**back** 5:4,13 11:19
  20:21 32:14 34:5
  34:17 37:17 40:2
  41:8 43:10,12,22
  43:22 46:10 47:11
  47:12 56:23 63:7
  70:12
**background** 21:14
**Bailey** 1:7 3:2 4:2
  4:12,14 6:8 22:19
  23:9 80:20
**Baker** 11:23,24
  19:9,16 20:7,9
  21:3 22:11 32:8,8

  50:18 62:9 76:13
  77:4,5,7,17 78:5,9
  78:18
**Baker's** 25:12
**balance** 29:14,16
  29:17,23 30:1,11
  30:12 31:6,15,20
  31:23
**balances** 24:16
**Baldwin** 48:18 49:3
**base** 50:21
**based** 5:14 7:4,7
  8:4 11:1,1 15:5,6
  15:8,11 17:24
  24:1 26:18,21
  36:13 41:7,18
  50:19 51:6,20
  59:4 79:5
**basically** 4:17
  18:24 29:17 43:4
  48:17 49:2 50:17
  57:16 66:1
**basis** 41:22
**bathroom** 12:16
**beams** 52:11
**began** 22:5 61:21
**beginning** 13:8
  32:20 36:17 40:4
**BEHALF** 1:12,15
**belief** 54:5 82:13
**believe** 9:23 32:3
  39:9 40:5 48:18
  50:19 53:4 55:7
  55:15 58:3 62:14
  62:16 72:5,10
  77:22 80:25
**Bennett** 67:16
**best** 82:12
**better** 24:9 60:23
**bid** 2:15 40:14 50:9
  55:12,16,19,22
  56:11
**bidded** 56:1
**bids** 55:16,16 56:18
**big** 11:2 34:2 51:5
  52:11
**billion** 8:25
**bit** 8:16 14:5 25:11
  32:25 33:17 41:7

61:22
**board** 2:11 8:21
  11:3 14:9,11,13
  15:16 16:15,20,23
  17:3,16 19:4,7,14
  20:25 22:25 30:24
  30:24 31:2 32:21
  35:1,1 38:16
  51:18 54:1,13
  60:15,19 68:8
  73:3 75:19,23
  76:12 77:3,22
  78:3,13,22 79:17
  79:20,23 80:2,22
**body** 40:3 51:3,21
  79:3 81:1
**body's** 75:25
**boilers** 11:17 49:8
**bonds** 9:15,15 10:8
**Branton** 82:4,23
**break** 4:21,22
**Broadway** 1:14
**broken** 35:15
**brought** 12:18
**budget** 6:22 7:3
  13:7,20 14:6,7,10
  15:4,16 16:2,4,5,6
  16:9,18,19,19,22
  16:22,24,25 17:5
  17:7,10,11,14,24
  18:7,16,20,22,24
  19:5,17,21,22,24
  20:7,9,24 21:4,18
  21:19 22:19,22,23
  22:24,25 23:1,2,3
  23:9,11,22 24:1,3
  24:12 25:12 26:1
  26:13,18,22,25
  27:5,7,7,10,12,12
  27:16,19,20,25
  28:5,10,25 29:5
  31:22 32:6 36:17
  57:11,14 58:19
  60:16,17 61:10,22
  65:22 71:1
**budgeted** 21:25
  26:14,14 37:14
  57:10 61:17 65:22
  80:20

**budgeting** 61:22
**budgets** 19:10,13
  20:12
**build** 12:21 68:12
  80:20
**builder** 52:9
**building** 22:2 26:19
  28:14,17,22 29:13
  29:22,24 30:1,5
  30:13,16,21 31:2
  31:7 33:7 37:9,11
  37:14 40:9 43:25
  44:11 45:11,21,23
  46:9,24 47:7,22
  49:15 51:18,22
  53:24 58:2,3
  60:16 63:4 67:20
  67:21 70:11 80:23
**buildings** 11:7,12
  30:7 53:10 69:25
  70:6 72:2
**built** 43:19 52:14
**bulbs** 61:4
**bulk** 9:23
**Burton** 40:1
**business** 21:13
**buy** 30:7
**buying** 80:22
- - - - - - - - - - - - - - - -
**C**
**cabinet** 76:16,25
**calculating** 17:5
  26:10
**calculations** 26:18
**called** 8:20 14:10
  61:19 64:11
**cam** 52:1
**campus** 67:5
**capital** 2:13,17,20
  5:7,10,14,18 9:2
  9:17 13:5,7,20
  22:2,21 23:2
  26:18,23 30:6
  34:18 45:5 47:17
  58:20,25 60:17,22
  61:7 67:12
**Capitol** 1:17 3:4
**captioned** 3:5
**capture** 60:20

**captured** 20:22
**case** 1:5 22:12
**catchall** 58:11
**categorical** 58:9
**categories** 18:4
**category** 22:1 61:2
**cause** 3:5 5:16
  16:23 21:11 24:12
  27:10 28:24 32:4
**CCR** 82:23
**ceased** 18:24
**Center** 1:20
**Central** 67:20
  68:10,11,12,16,23
  69:20
**certain** 15:23 62:2
  62:2
**CERTIFICATE**
  2:22 82:1
**Certified** 82:4
**certify** 82:6,14
**change** 21:19 41:7
  48:20 49:1,1,3
**changed** 32:25
  53:16 63:7
**changes** 17:13 18:6
  18:14 21:15,17
**changing** 24:23
**charge** 76:7
**charting** 14:23
**charts** 2:12
**check** 30:21 36:18
  36:20
**chief** 6:11,12,14,18
  7:9 28:20 53:4
**child** 6:20
**choice** 63:12
**chose** 33:11
**chosen** 33:8
**CHRISTOPHER**
  1:16
**citizens** 73:3
**city** 56:4 68:5
**civic** 19:1
**Civil** 3:8,13 82:9
**claims** 7:23,25 8:2
  8:8
**Clark** 1:17 3:3
**classified** 61:7 66:1

**classroom** 43:25
  44:12 45:21 46:6
  46:10,24 47:7
**classrooms** 51:5
  69:22 70:15
**Classrooms'** 45:13
**clause** 68:4
**clearing** 56:8
**close** 11:8,13 33:13
  39:24
**Cloverdale** 12:15
  34:3,8 53:21
**coach** 63:21
**coached** 63:23
**coaches** 63:8
**code** 36:21 61:17
  61:19,20 64:21
  71:2,12,14,21
**coded** 15:20 71:20
**coding** 71:15
**column** 57:8 69:4
**columns** 39:16
**come** 9:22 13:10,24
  29:12 34:5 35:24
  41:8 54:5 64:4
**comes** 15:14 17:4
  36:14,21 49:14
  57:17 61:9,14
  64:20
**coming** 11:3 14:7
  20:17
**commencing** 3:4
**comments** 74:15,16
  79:24 80:3,11
**commission** 19:11
**commissioner**
  18:16
**committee** 19:1
**community** 19:3,7
  33:16 34:4 43:12
  53:22 54:15
**companies** 50:22
**company** 72:17
**compared** 80:20
**compile** 15:15
**complaint** 11:2
**complaints** 63:2
**complete** 33:4
  34:15 36:8 37:5

**39**:18 43:4 44:6
  45:14 48:6,7
  49:15
**completed** 39:21
  47:25 67:2
**completes** 34:16
**completion** 33:12
  66:11,13,20
**complex** 49:8 53:14
**composition** 75:24
  75:24
**conception'** 40:10
**conceptual** 40:9,16
  40:17,23 41:1
  49:22 50:24 53:10
  67:24,25 68:2
**concern** 46:5 47:2
  47:3,9,11,13,14
  47:14 78:6,10,15
**concerned** 27:25
**concerning** 46:8
**concerns** 28:3 46:4
  46:18 78:17
**concluded** 81:22
**conditioning** 13:15
**conditions** 10:17
  14:18
**conference** 46:17
**confidence** 53:22
**confident** 25:9,13
  25:14
**conservative** 15:22
  23:16 24:6 26:15
  27:8,9
**consideration**
  14:25
**consists** 71:3
**constant** 59:10
**constantly** 16:7
  24:22,22 42:24
**construct** 29:2
  42:11 53:6
**constructed** 34:11
**constructing** 69:14
  70:6
**construction** 21:16
  31:16 32:3,10
  33:10,10 36:11
  38:9,12 40:15

41:24 42:2,18
43:6 48:19 50:22
52:2,9 54:23 55:2
55:4,12,15,18,20
56:12,19 66:17
81:16,17
contained 82:8
CONTENTS 2:1
contingency 34:10
34:13,23 47:6
contingent 34:21
54:3
contract 48:18,21
49:13 82:18
contractor 49:3
contractually 49:1
controls 6:16
conversation 61:21
conversations 12:1
14:1 73:17 75:14
75:22 76:13,16,22
77:16
conversion 45:12
45:21 47:5,25
convert 44:11
45:23 46:9 47:11
47:12
converted 46:10
converting 43:25
44:1 46:5,23 49:8
80:23
converting,' 44:5
convoluted 59:20
coordinator 63:17
64:7
correct 29:9,10
30:14 31:18 35:8
35:9,11 41:18
42:8,12 44:2,3
45:5,7 48:23,24
55:20 57:5,6,11
57:12 64:22 65:1
65:3 66:2 72:14
82:11
correctly 15:20
cost 40:12,16,18,19
40:23 41:2,11,15
45:15 46:5
costly 28:1

costs 11:5 18:7
45:14 52:4 71:17
counsel 3:6 82:14
82:16
county 12:18,19,20
82:3,5
couple 32:15 43:12
46:22 79:14,15
course 6:19 13:11
18:7 20:17 26:17
56:1,4 73:13
74:23 80:25
court 1:1 2:22 82:4
82:21
covers 6:24
crazy 54:18
created 67:15
creates 60:7
crushed 54:12
cubicles 46:16
current 33:4 66:25
67:9
currently 36:11
38:12 40:9 42:2
45:23 67:19
cut 41:4,10,10

**D**

damage 13:14
damaging 13:16,16
date 28:18 41:19
42:15 66:11,13,20
78:4 81:16,17
dates 16:16 51:12
day 79:13 82:21
debt 54:4 57:23,24
57:25 58:1 59:6,8
59:13 60:1,4,5,7
December 66:18
decide 30:22 61:24
decided 34:7
decisions 64:3 76:6
dedicated 8:19,20
8:22,23
DEFENDANTS
1:6,15
delay 43:6,8,15
demolished 67:7
department 6:23

15:24 67:13
depending 13:6,23
16:13 18:8 24:25
26:8 62:22
depends 23:24 62:1
65:9,17
depleted 63:2
deponent 82:14
deposed 14:2
deposition 1:7 2:9
3:2,7,11,12 4:15
4:25 5:9,25 22:7
37:18 38:23 44:21
48:9 50:6 56:25
66:4 68:18 70:21
81:8,22 82:11
derived 71:15
Describe 6:12 33:3
deseg 20:18 21:12
23:18 26:24 29:1
36:13,19,21
desegregation 35:8
36:10
design 2:12 33:9,13
39:1,18,19,21,23
40:9,11,12,14,16
40:17,23 41:1,11
41:13,21,23 49:22
49:23 50:24 66:17
67:22,25,25
designated 31:19
32:3 35:20 36:15
62:3,4,15
designed 40:3
designs 41:14 53:10
80:25
detail 14:2 67:12
detailed 13:5 45:3
determined 46:12
63:19
developed 8:6
developing 14:6
development 39:18
39:22
Dexter 62:9,13
difference 29:17
different 10:16,16
11:17 12:8,16
14:12 17:6 18:13

18:13 22:19,23,23
23:8,9,19 25:11
33:17 35:4 41:8
50:24 51:7,20
55:25 56:5 59:4
61:2 64:10 74:25
differently 32:18
digging 53:16
diligence 30:20
direct 76:16
directed 76:23
disagreements 19:8
20:6
disbursement
54:23
disbursements
55:4
discussed 20:14,20
32:21 46:8 51:1
75:8 76:2 77:19
discussion 51:4
discussions 11:20
11:20 75:6
disrepair 71:4
distress 64:25 65:3
65:6
distributed 9:19
10:24
district 1:1,1 6:9,10
7:10 8:4,18 10:6,7
10:22 12:18 14:18
17:4,15 21:4
22:24,25 27:16
28:1,2 31:1,5
32:16 34:14,19,24
35:6,10,13 38:14
39:10,17,21 40:8
41:16,23 42:1,7
42:17 43:18 46:4
47:10 48:25 51:23
52:2 53:5,5 54:22
55:4,19,22 56:11
56:16,20 57:9
61:24 62:24 64:4
64:24,25 65:5
67:11,18,19 68:6
68:24 70:17 71:1
71:9 72:20 73:2,7
73:14,21 74:1,13

76:14 77:9,15,20
77:21 78:7,11,14
78:16,20,23,25
79:19,23 80:1,22
district's 14:6 33:3
38:10,13 57:4
65:22
diverse 72:23,24
73:8,12,21 74:1,2
74:13 75:15,16
76:14,15
diversity 72:23
74:6,22 75:10,11
77:6,8,8,13,14,20
77:20
DIVISION 1:2
Doc 2:14
document 5:23
21:2 45:4 48:17
64:11 69:24
documentation
72:1,6,8
documented 34:23
34:25 35:5
documents 5:1,2,6
5:8,9,11,18 6:15
39:5
documents,' 5:10
doing 56:8 63:6,16
dollar 8:25 31:14
35:7
dollars 10:23 11:8
26:23 29:9,12
36:7 44:14 45:15
45:16 47:21 49:7
52:17,19 53:1,12
53:15 57:10 58:17
59:24 81:3
downs 31:24
downturn 9:14
10:13
downturns 14:20
DPM 1:5
Dr 38:19 76:8 79:7
dried 9:21
dry 10:2
due 30:11,20 32:23

**E**

**earlier** 14:4 16:12 22:12 44:25 59:12
**easier** 70:19
**EASTERN** 1:1
**economic** 9:14 10:17 14:18,20 75:24
**economically** 72:25
**economics** 76:21
**economy** 14:21 31:25 34:21
**educated** 45:24
**educational** 46:13
**eight** 9:4,13,13
**either** 14:13 28:1 30:4 32:4 40:5 48:7 55:16 64:7 64:22 78:2
**Eldredge** 1:17 3:3
**election** 42:8
**electrical** 11:16 40:13
**elementaries** 11:13
**elementary** 9:8 33:15 64:18 65:17 65:18
**eliminate** 70:5
**elimination** 68:11 68:22 69:11,15,23
**ELL** 15:9
**email** 5:3
**emergency** 8:15 13:23
**employed** 82:15,17
**employee** 62:23 78:14,22 79:24 80:2 82:16
**employees** 71:25 73:3
**encourage** 65:9
**ended** 13:16
**enhancements** 56:2
**enrollment** 40:3
**ensure** 21:23
**enter** 49:1
**entered** 65:22
**entering** 67:11
**entire** 19:21
**entry** 60:8

**environment** 72:23
**environmental** 72:13
**equal** 8:4
**erected** 52:18
**especially** 17:3 63:24 66:10 74:23 79:2
**ESQ** 1:13,16,19,19
**estimate** 24:19 25:6 26:4 40:12,16,18 40:23 41:11,15 44:11,16 49:13,18 50:19,22 51:2
**estimate's** 41:7
**estimated** 22:22 23:2 24:16 26:11 27:22
**estimates** 23:5 24:12 35:19 40:19 44:19 53:10
**estimation** 24:11 24:17,18 25:8,10 26:5,6,6
**Et** 1:4,6
**everybody's** 43:13
**exact** 28:18 31:8 39:4
**exactly** 49:14 69:9
**EXAMINATION** 2:6,7,8 4:5 80:18 81:10
**examined** 3:3
**exception** 70:11
**excerpt** 57:4 70:25
**excited** 54:15
**excuse** 10:7 22:16 52:24
**exercise** 32:5
**exhibit** 22:7,10 37:18,21 38:23 39:1 44:21,24,25 45:4,10 48:9,12 51:9 56:25 57:3 66:4,7,14,21 68:18,21 70:21,24 70:24 71:13 81:8 81:13,14

**Exhibits** 2:9
**existing** 26:20 33:7
**exit** 27:18
**expenditure** 57:5
**expenditures** 12:22 13:4 20:19 22:3 58:20,23
**expense** 2:16 20:15 57:18 60:4
**expenses** 29:18 57:8
**experience** 62:24
**explain** 8:16 39:17 57:13 66:23 71:3
**explaining** 38:8
**explanation** 50:13
**expound** 14:5
**expressing** 78:6,10 78:14,15
**expressions** 32:9
**extension** 5:15,19 5:20 33:24 34:11 53:8,18 70:8
**external** 52:17
**externally** 72:5
**eyes** 20:22

- - - - - - - - - -

**F**

**facet** 17:14
**facilitate** 33:25,25
**facilitated** 38:20
**facilitator** 61:25,25 62:15,16 63:7,16 63:21 65:20,23,23
**facilitators** 62:23 63:8,14 64:6 65:7 65:15
**facilities** 6:24 8:4,5 8:11,17,19 9:5 12:3,6,8 21:7 26:20 32:24 52:13 53:2
**facility** 2:18 8:13 67:14
**facing** 14:18
**factor** 76:2
**factors** 74:24
**Fair** 33:21
**fairly** 34:21 47:4

**fall** 10:7,9 39:7,7 39:11
**familiar** 21:1 35:6 70:16
**Fanning** 53:11 79:2
**far** 6:16,25 7:5,6 8:18 12:7 14:22 15:11 23:14,18 24:13 26:22 27:14 29:5 33:12 34:2 38:14 40:2 55:11 68:5,13 69:18 71:15 76:20 79:1
**FC** 71:19
**feasible** 30:22 32:7
**February** 39:19
**federal** 3:8,12 31:25
**feedback** 14:13 20:10
**feel** 6:3 18:4 24:18 63:23
**fees** 55:1
**feet** 69:5
**field** 52:20
**Fields** 76:8,8 79:7
**figure** 22:23 51:25 52:1,3
**figures** 17:5 26:1 35:25
**filing** 3:10
**final** 33:13 39:23 40:12 41:24 51:24
**finalizing** 40:9
**finance** 6:19
**financial** 6:11,12 6:14,15,18,22 7:1 7:9 28:20,21 53:4
**financially** 6:16 28:2 32:6 82:17
**financing** 8:18 34:15 39:14
**find** 69:24
**finding** 68:25
**finish** 16:6 33:6,7 34:1 47:6 49:6
**finished** 22:14,17 37:24 39:23
**finishes** 52:10

**finishing** 36:4 47:4
**fires** 8:15
**firm** 49:5
**first** 4:15 7:12 19:8 30:16 38:10,13,15 38:22 44:10,15,24 46:14 51:1 69:3 71:9 79:11,13
**fiscal** 14:17 20:17 22:4,5 26:12 28:21 35:12,13
**fiscally** 21:6
**five** 68:5
**fixtures** 61:4
**flexibility** 63:18
**flight** 73:14 78:6,10 78:15,19,24
**floor** 46:14,15 51:4
**fluid** 13:19 24:13
**focus** 21:7
**focused** 21:13
**focuses** 23:19
**FOI** 12:7
**follow** 6:16
**follow-up** 41:8 43:11
**following** 13:13
**follows** 4:4
**footage** 69:12,15
**foresee** 14:23
**foreseen** 20:16
**forgot** 17:17 49:24
**form** 18:3 49:23 59:18 71:4 77:10
**formalities** 3:10
**format** 15:16
**forms** 3:10 63:21
**formula** 7:4,6
**forward** 10:18 43:5 69:14
**foundation** 56:6
**four** 9:4 16:21 23:18 52:17
**Fourteen** 22:16
**frame** 43:5 47:5
**frames** 21:11
**Freddy** 76:8
**Frederick** 76:8
**free** 12:14 15:8

**Friday** 1:17 3:3
**Fulbright** 76:19
**full** 46:21
**full-** 61:24
**full-time** 65:20
**fully** 28:11
**function** 2:19 70:25
  71:14,14,16,21
**fund** 21:24 22:1,2,2
  22:3 24:16 29:13
  29:14,16,17,22,22
  29:24 30:1,5,11
  30:12,13 31:6,15
  31:20,23 37:9,14
  57:24 58:2,14
  60:7,7
**funded** 70:7
**funding** 15:8,25
  17:4 21:22 26:23
  28:24 36:14 53:17
  53:25 54:6 69:17
**funds** 21:24 35:8
  36:10,19 58:9,13
  62:19,20 63:1
**further** 2:8 81:10
  82:14
**future** 46:8,13
  69:19

**G**

**G** 82:4,23
**G701-2001** 2:14
**general** 1:20 7:25
  9:2,12 18:12 30:8
  30:11 36:14,16,22
  36:23 37:4,7,8,13
  50:20 60:23 61:3
  61:9,14
**generated** 70:7
**getting** 5:13 11:12
  19:5 29:1 33:13
  54:7 56:23
**Gibbs** 13:12,13,17
  18:1
**Gibbs'** 13:14
**give** 15:25 20:10
  23:11 34:17 63:3
**given** 7:3 14:17,23
  17:25 29:18 44:19

53:10,21 63:20
**gives** 14:22
**giving** 4:15
**go** 11:15 12:5 16:4
  18:3 19:13 20:1,4
  22:4 24:21 29:15
  30:20 33:22 34:17
  36:20 49:21 50:23
  51:6 52:3 54:1
  62:9 69:3,3,4,10
  71:4 73:5 81:14
**goal** 73:11
**goals** 28:5
**goes** 15:9 33:14
  36:21 57:21 58:10
  61:22
**going** 5:14,17 7:22
  15:21 20:21 28:4
  29:20 32:5,22,22
  35:15 36:3 41:7
  42:24 43:10,22
  46:21 50:1 52:16
  53:25 54:11,16,17
  55:1 58:12 75:25
  76:18,19
**good** 4:7,8 63:6,16
**Gotcha** 61:18,18
**graders** 44:9 45:24
**grants** 6:20
**greatest** 8:12
**grew** 51:8
**ground** 55:17
**grown** 33:1
**guaranteed** 41:5,6
  41:17,24
**guess** 4:19 5:1 8:3
  8:21 9:13 12:10
  12:17 14:7 17:16
  18:15 19:9 23:8
  27:18 28:23 36:13
  42:21 45:1 46:4
  47:3 51:24 55:24
  57:7,13 59:14
  63:7 68:4,25
  69:16 73:5,13,18
  74:18,22 75:2
  81:17
**gym** 52:14,17 53:3
  68:15,16 70:14,15

**gyms** 67:6 68:14

**H**

**half** 9:9 52:17,19
**Hall** 11:10
**hand** 22:10 37:21
  39:1 57:3 66:7
  68:21 82:20
**handed** 19:25
**handing** 44:24
  48:12 81:12
**handled** 32:16
**happen** 8:15 31:25
  53:22
**happened** 16:17
  17:17
**happens** 39:13
**head** 53:15
**hear** 51:23
**heard** 72:18,22
  77:17 79:22,22
  80:1,9,10
**hearing** 2:10 22:12
  73:6 77:5
**Heller** 1:16 2:7 6:1
  59:18 71:4 77:10
  80:17,19 81:5
**help** 37:5 50:3,13
  53:18 62:20 64:8
**hesitancy** 74:19
**high** 9:9 11:14 26:5
  29:3 31:17 32:18
  32:21 33:4,14,20
  34:2,11 35:20
  38:9,12 39:2,10
  39:19 40:24 41:2
  41:12 42:11,18
  43:4,7,18,19 53:7
  54:24 55:6 64:18
  65:13 66:25 67:20
  68:12,15,23
**high-end** 26:5,6
**higher** 12:13,14
  49:17 62:24
**highlight** 20:4
**hinge** 53:23
**hinged** 20:19
**hit** 24:8,9 28:5
**hits** 7:21

**hoc** 6:22
**hold** 18:11
**HOLLINGSWO...**
  1:19 81:6
**Holmes** 38:19
**honestly** 41:3
**hopefully** 4:18
  33:24 34:8 42:5
**Howey** 53:11 79:2
**HR** 15:12 64:22
**huh** 80:8
**HVAC** 9:20 11:11
  11:17 49:8

**I**

**idea** 14:22
**ideal** 35:19
**identification** 2:9
  22:8 37:19 38:24
  44:22 48:10 50:7
  57:1 66:5 68:19
  70:22 81:9
**identified** 13:9
**identify** 13:22
**II** 48:5 49:2,4,6,15
  58:8 81:18
**immediate** 69:17
**impartiality** 82:20
**implemented** 28:11
  38:1
**implementing** 32:5
**importance** 72:19
  72:21 73:7,18,20
  74:1,12 75:15
  76:14 77:6,8,13
  77:19
**improvement** 5:7
  5:10,18 8:24 9:17
  13:7,20 14:19
  22:2,21 23:2
  26:23 30:7 65:10
  65:12,21,24
**improvements** 5:14
  9:2 26:19 34:18
**include** 14:8 41:14
  52:13,22 53:1,3
  53:14
**included** 14:11
  58:15,25 70:14

**includes** 52:14
  57:25
**including** 75:11,15
  76:15 77:8,14,20
**incorporate** 21:20
**increase** 14:24
  51:14 53:8,16
**increased** 51:11
**increases** 26:22
**independent** 41:22
**individual** 73:19
**inform** 7:22 72:8
**information** 6:21
  15:12,14 67:11
**infrastructure**
  11:15 26:19 61:6
**initially** 53:11
**initiatives** 14:12,16
  20:16
**input** 7:6 14:8
  33:15 43:14
**inquiry** 12:5
**insane** 54:18
**insensitive** 79:24
  80:3,11
**insist** 65:6,8
**inspected** 72:2
**installments** 36:19
**instance** 1:9 3:6
  13:12 58:10 65:25
  73:6,6
**instances** 65:19
  73:8
**instructed** 4:19
**intended** 70:7
**interest** 9:16 82:19
**interested** 41:4
  82:17
**internal** 6:16 34:14
  35:4 54:4
**interrupt** 50:1 62:5
**involvement** 64:8
**issue** 40:14 54:11
**issued** 49:4 55:16
  56:19
**issues** 10:16
**it'd** 70:19
**italics** 37:22
**item** 7:3 30:24

**items** 14:15 15:20
20:7,14 26:13,14
26:14 27:8

**J**

**January** 17:19
23:22
**John** 1:13
**Johnny** 11:21 80:9
80:10
**July** 48:2,2,4,8 67:2
**jumps** 58:21
**June** 42:2,18,20,20
42:21 48:7 81:16

**K**

**K/8** 34:7 67:1
**keep** 17:12 29:20
67:6
**Kelsey** 1:7 3:2 4:2
4:12 71:4 77:10
**kept** 17:7
**Key** 11:21 80:9,10
**kids** 63:25 76:19
**kind** 5:21 8:14 10:3
12:5,11 13:19
14:22 15:3,11,14
16:12 17:6 18:24
19:5 20:18 21:11
23:24 24:10,12
29:5 32:25 35:7
43:13,20 45:3
46:12 48:17 51:7
52:9 53:14,16,23
56:5,9 57:15
58:11 65:5,17
76:11 77:24
**knew** 29:6 32:20,21
**know** 4:21,22 5:16
10:9,9,19,20,21
10:25 11:2 12:8
13:12 14:2 17:5
17:12 18:9 22:13
23:1,6,15 24:11
25:3,12,21,21
26:13 27:4 28:1
28:19 30:1 31:9
31:13 32:15,23
33:25 34:25 35:13
36:8 37:5,23

38:14,17,22 40:1
41:14,19,20 42:21
43:11,18,19 45:15
46:11,20,20,23,23
47:3,18,25 48:25
51:10,12 52:18
53:11 54:8 55:3
56:3,11,16 59:14
59:23 61:20 63:10
63:18 65:5 71:12
71:22 72:21,22
73:6,10,16 75:3,3
76:18 77:24,24
80:5
**knowledge** 50:20
82:12
**Kurrus** 11:23 19:9
19:16 20:7,9
22:11,19 23:1,6
26:15 27:8,24
28:17 30:16 32:8
50:18 52:6 62:9
63:10,11,11 76:13
77:4,5,7,17 78:5,9
78:19
**Kurrus'** 21:3 24:17
52:12

**L**

**lab** 68:14
**labeled** 5:21
**lack** 60:22
**laid** 8:18 40:13
51:19
**LAKESHA** 1:4
**land** 29:4 38:20
56:8
**large** 45:2
**largely** 30:11
**larger** 11:1 12:24
32:22 45:3 65:14
**Latino** 75:1
**lay** 51:18
**leaking** 11:4
**learned** 51:13
**leaving** 6:23
**left** 69:1
**legislative** 59:4
**leisure** 28:14,16,22

29:6,9 30:16 31:7
36:4 45:11,21
47:24 58:3,6,7
80:23
**let's** 40:20 62:9
81:7
**lib** 80:8
**lien** 34:15,23 35:4
54:2
**life** 11:18
**light** 61:4
**line** 20:7 22:15,18
22:18 26:13,25
27:8 57:14,16,21
58:10
**lines** 11:16 22:13
22:18 58:21
**list** 69:11
**literacy** 61:25
62:15,22 64:7
65:7,20,23
**litigation** 7:12,18
7:21,24 8:9 11:19
11:21 14:1
**little** 1:8,14,18,21
3:4 6:9,10 7:10
12:5,21 14:4,5
17:15 21:4 25:11
29:3 31:4,5,16,17
31:21 32:17,17,25
33:3,4,17,22,22
34:24 38:13,21
39:2,9,17,21 40:8
40:24 41:16,23
42:1,7,11,17 43:7
43:18 45:12 46:3
52:1 53:5,6,7
54:22 55:3,6,22
57:4,9 61:21
64:24 67:10,18,19
68:24 70:16,25
72:19 73:2,7,20
74:1,13,23 76:14
77:9,14,19 78:7
78:11,14,16,20,23
78:24 79:22 80:1
80:8,21 81:15
**location** 18:5
**locations** 68:8

**lock** 41:5
**long** 4:18 7:9 43:17
76:9
**longer** 32:23
**look** 12:10,11 14:15
17:24 39:6,16
45:9,10 49:7,21
50:15,17 57:7
60:2,3 68:21,24
69:1 75:1,25
81:14
**looked** 5:8 11:7
20:3,14,15,16
24:25 43:18 66:13
66:20 68:7 69:8
79:3
**looking** 5:7 8:25
9:4,7,8,8 21:9
24:3,6,6,13 25:5
25:24 26:16,18
31:21 32:14 35:2
35:3,3,4 40:2
52:16 53:12 71:6
74:24 81:2
**looks** 7:13 41:18
59:13
**Loop** 4:12
**losing** 73:14,14
**lot** 5:2,11 6:17 7:21
8:13 9:6,11,12,19
12:9,15 14:8
15:12 20:4,14,18
21:13,13 33:14,15
54:16 55:1 63:25
64:4,6 73:13,17
**low-end** 26:6
**lower** 9:15
**LRSD** 2:16,19
30:11 80:20

**M**

**Mabelvale** 56:2
70:12,13
**magnet** 73:10
**maintenance** 6:24
8:20 9:3 45:1
46:25 61:5 67:13
68:22
**major** 22:3 61:6

**majority** 12:12
24:1 57:17,22
59:12,23 60:10
**makeup** 76:20 79:5
**making** 15:19,21
15:22 21:7 72:23
74:12 77:4,5,7,13
77:18 78:5,9,15
78:19,23 80:3,10
**management** 32:4
40:15 50:22 52:9
55:2,15
**manager** 41:24
52:3 54:23 55:4
55:20 56:12,19
**managers** 33:11
**Manual** 2:18
**March** 16:12 41:20
marked 2:9 22:7
37:18 38:23 44:21
48:9 50:6 56:25
66:4 68:18 70:21
81:8
**marks** 28:6
**massive** 18:22
**master** 45:6 67:14
69:7,18
**math** 61:25 62:15
62:23 63:6,15,16
65:7,20,23
**matters** 82:7
**Maumelle** 4:12
**maximum** 41:5,17
41:24
**McClellan** 11:8,9
12:15 33:21 34:3
34:5,18 53:23
66:25 67:5,8,9
**mean** 8:16 24:22
25:9 55:3
**medical** 6:2
**medications** 6:5
**meeting** 16:16 52:8
55:13 73:3 77:22
79:16,17
**meetings** 14:11
16:9,25 17:8,10
17:11,14 18:24,25
19:4,6 41:8 43:11

43:13 76:17 77:3
member 78:13,22
79:23 80:2
members 14:9 17:3
19:14 75:19,23
76:12 78:3
memorialized
69:15
memory 7:15
mentality 23:24
mentioned 28:17
30:16 44:25
merge 33:21
merits 8:8 12:11
met 52:5 56:4
Michael 1:6 5:8
13:25 14:1 19:9
19:19 62:9 77:12
middle 11:13 29:3
31:17 32:17 34:7
44:1 45:10,12
46:21,21 48:22
50:10 53:6 64:18
70:12,13 77:6
80:21,24 81:1,15
MIDDLETON
1:19
might've 7:16
20:16 23:13 27:25
27:25 35:5 50:21
56:24 62:3,4 63:6
73:3 79:4
millage 5:15,20,20
33:24 34:12 42:8
42:14 53:8,8,18
54:12 70:8
million 9:1,9,9
10:23,24 11:5,6,8
11:10 24:11,17
25:3,6,21 26:11
26:23 29:8,11
31:14 35:7 36:5
44:14,20 45:15,16
47:21 48:22,23
49:7,14,14 52:17
52:19,19 53:1,12
53:15 57:10,23,25
58:7,17,21 59:13
59:23 60:10,11,12

60:19 81:3
mills 8:19,22 35:3
53:19
mine 47:13
minimal 15:12
minimum 31:24
55:9,10
minority 12:13
13:2,4 45:2
minority,' 13:1
minute 59:20 66:10
minutes 2:11 17:7
17:9,10,11,12
mixed 21:11
moderate 26:7
money 8:5,11,14,17
9:6,11,18,19,22
10:21 11:7 12:3,6
12:12,23 15:9
21:23 29:1,11
30:3,12,15 31:6
31:15,19 33:25
34:1,5,17 37:4,8
42:25 47:12 57:17
57:20 58:9 59:14
59:16 62:4 64:9
70:3,3 80:22
money's 9:21
month 16:19,20
54:25
months 32:23
54:10 66:18
monumental 43:20
morning 4:7,8
Morris 38:19 72:11
72:13,14,14
mother 39:13
motion 2:10
move 43:5 69:13
moved 21:23,25
moving 67:18
multiple 14:11
17:23 20:22 65:3

N
name 4:9 45:11
72:16,16
nature 39:13
necessarily 5:12

13:1 26:25 28:9
29:6 43:15 53:18
54:1 55:2 73:2,10
necessary 61:16
need 4:21 53:20,24
53:25 63:5,7,20
65:18 75:1
needed 21:10,15
53:17,19 54:6
60:20 62:20 63:13
63:17
needs 8:12 12:20
15:13 33:23 34:1
46:25
negotiated 14:25
negotiations 15:2
neither 82:14
never 16:5 17:10
46:15 74:10
new 17:3 26:19
33:18 67:20,21
69:4 80:21 81:15
nine 9:13
Ninth 42:16
normally 23:15
Notary 82:5
notice 57:21 59:6
noticed 43:10 63:15
noting 78:19,24
NSL 58:10 62:19
number 15:6 27:23
51:24 52:13,14
numbers 23:7
25:14 54:7
nutrition 6:20

O
object 2:19 4:18
59:18 61:17 70:25
71:4 77:10
object' 61:19
obligated 49:1
obligations 57:24
occur 16:10 67:3
office 5:14 15:19
43:25 44:11 45:11
45:22,25 46:5,10
46:24 47:12 64:21
79:7

officer 6:11,13,14
7:9 28:20 31:1
53:5
officers 6:18
offices 3:3 46:16,17
oh 38:5 50:14,16
55:5 59:3 60:9
69:1
okay 4:12,23 9:22
22:17 23:15 26:3
27:2,2,6 30:19
32:14 40:22 41:1
45:8 46:2 50:2,4
50:16 52:25 53:4
56:10 59:3,12
60:9 62:6,8,10
64:19 66:22,23
69:2,3 70:10
71:12 72:4 73:19
78:13 80:7
old 41:21
OMAVI 1:13
once 17:14,16
18:23 30:22 35:17
41:5 46:10 49:12
51:23,24,25 54:7
52:5 69:9,10
one- 60:11
open 39:7,10 46:16
opened 56:24 75:20
75:21
operating 9:2 15:6
22:3 30:4,8 36:16
37:13 57:8,17,18
57:20,23 58:12
59:5 60:6,7
operation 17:13
37:9
operation's 37:5
operational 9:12
operations 18:12
36:14,22,23 37:7
60:24 61:3,9,14
operations' 8:20
option 54:2
options 23:23 24:14
28:10
oral 1:7 3:2
order 30:2 43:4
48:20 49:1,13

53:20 60:20
original 48:21
49:17
originally 51:2
ourself 28:25
outcome 82:18
outlay 58:20,25
60:17,22 61:8
outlines 48:17
overall 27:16
oversee 6:18 18:8
76:4
overseeing 40:1
overview 17:2,4

P
p.m 81:22
PA 1:13
packages 40:14
55:13,19,23 56:12
packaging 40:12
page 2:2 20:1 22:12
60:2 69:9,10
pages 19:24 20:1
paid 35:16
paragraphs 37:23
Pardon 29:23
parent 63:17 64:7,7
64:8
parents 33:16
Parkview 68:16,17
part 5:13 9:25
28:24 29:14 31:16
33:1 34:2 36:16
41:3,4 42:10
45:17,18 52:11
57:25 61:11,12
68:11 69:7,23
70:6,7 74:3,23
particular 5:19
73:8
parties 3:9,11
37:16 82:15,17,19
parts 61:23
pass 81:12
passed 8:22 38:1
54:18
passes 42:14
PATRICK 1:19

pay 54:4 60:5 62:25
paying 41:6
payment 35:11,14
payments 35:16
people 17:23 61:20
  73:6
percent 12:13
  14:24 24:3 31:24
percentage 12:14
period 73:15
periodically 16:17
permitted 3:12
person 65:21,25
  67:16 71:19,20,24
  82:19
person's 71:22
personal 4:10
personally 8:10
  79:22 80:10
personnel 18:7
  21:8 23:25 24:2,4
  24:5 71:17
phase 39:18,22
  44:5 47:23 48:5
  49:2,2,3,4,6,15
  58:8,13 60:13
  81:18,18,19,20
phases 43:24
picture 52:1
piece 34:4 49:4
  55:12 61:6 67:17
  74:9
pieces 19:23 20:5
Pike 56:2
Pinnacle 21:15,24
  28:13,14 33:5,6
  33:17 36:3,12
  37:6 43:22,24
  45:10,24 46:3
  47:24 48:5,19,21
  49:2 50:10 55:5,5
  58:7,13,14 60:12
  76:17 77:6 80:23
  81:18
place 14:16 15:20
  62:1
Plaintiff's 2:9 22:7
  22:10 37:18,21
  38:23 39:1 44:21

44:24,25 45:4,10
  48:9 50:6,9,12
  56:25 57:3 66:4,7
  66:14,21 68:18,21
  70:21,24,24 71:13
  81:8,13,14
Plaintiffs 1:4,9,12
  3:6
plan 2:12 13:21
  22:6 33:4 34:13
  34:23 39:1,12,15
  39:19 41:21,23
  45:6,23 49:22
  67:14 68:11 69:7
  69:11,15,17,18
Planned 2:17
planning 33:23
  46:2 67:20,21,24
plans 29:6 34:10
  35:14 53:16 65:10
  67:4 69:13,17,19
  70:5
play 15:2 69:16
playing 5:16
plays 74:23
please 4:9 22:10
  66:23
plumbing 11:17
  40:13
plus 11:6
point 9:10 13:6,20
  14:22 16:15 17:5
  17:21 18:5,15
  19:3 20:13 23:19
  23:23 24:25 25:1
  25:13,16 26:20
  28:23 29:7,14
  30:2,22,24 31:20
  32:1,6,20 34:6,8
  36:1 41:6,9 43:14
  48:3 49:5,12,16
  49:24 52:7 53:23
  55:14 62:14 63:1
  64:20 71:20 74:4
point-something
  60:12
policy 31:3
Poore 1:6 13:25
  14:11 19:10,19

62:9 63:12 64:1,2
  77:12
Poore's 5:8
population 7:5,7
  15:9 33:18 51:11
  61:23 73:8,21
  74:2,2,14 75:1,2
  75:15 76:15 79:3
  81:2
populations 12:24
  45:2
POR 2:18
portable 68:4,11,22
  69:10,15,23 70:3
portables 67:22
  68:3,5,8,10 69:20
  69:21 70:6
portion 2:10 5:8
  49:10 55:17 58:1
  58:8
position 64:3,11,12
  64:14,16 66:1
  76:9
possession 56:14
possible 15:22
  28:17 56:24 73:12
possibly 34:14
pot 29:11 36:19,25
  37:4,5 60:22,24
preparation 4:24
  5:2,24 6:22
prepare 5:5
prepared 6:15
present 15:15
  17:21
presentation 79:6
  79:15,16
presentations 79:1
presented 35:1
presenting 20:24
pretty 6:24 15:19
  36:7 39:24 40:13
  42:23 43:17 54:12
  55:1 62:17 63:2
  64:2 67:6
preventing 6:5
previous 57:22
  59:7
previously 12:18

12:19
price 29:8 41:5,17
  41:25
primarily 6:21
principals 14:14
  63:3,4 64:13,14
prior 5:1,2 14:7
  82:6
priorities 21:4
  32:10
priority 32:11 36:8
  38:10,13,15,17,18
  70:2
private 46:17
privy 76:25
probably 6:17 7:13
  10:14 18:22 23:17
  24:7,22 26:7
  32:22 38:15 45:17
  54:25 60:12 63:15
  65:9 69:24 81:3
Procedure 3:8,13
  82:10
proceeding 4:3
proceedings 82:12
process 10:3 14:8
  14:10 15:4,17
  16:5,6 17:22
  23:17 43:2,17
  52:8
procurement 6:19
procuring 28:21
produce 29:2
produced 3:2 9:16
program 51:5
  70:17 71:2,3,10
  71:13,25
programming
  33:13,14 50:24
project 21:24 28:13
  28:15 32:11,12,16
  32:17,22 33:1
  35:21 36:7,8,12
  37:6,14 39:25
  42:18 43:14,24
  45:5,11 46:3 47:4
  47:5,17,24 48:5
  48:19,22 52:4
  54:24 55:5,6,18

66:10,13,20 67:1
  67:17 68:22
projected 26:21
  51:10,14
projecting 76:20
projection 2:16
  20:15 57:5
projections 20:15
projects 2:13,17,20
  9:17 11:2 13:5,9
  13:10,21,22 22:22
  32:4,10,18 36:1
  37:11 45:1 67:12
property 30:23,23
  58:14 80:21 81:4
proposal 33:21
  47:16
proposed 5:20
  20:12
propriety 28:21,21
provided 12:9
  49:18 50:19
provisions 3:7
public 14:11 82:5
published 16:14
PULASKI 82:3
pull 19:23
pulled 76:19
purchase 28:24
  29:8 30:2,6,23,25
  31:2,7 38:20,21
  45:19 58:14 60:16
purchased 29:4
  80:22
purchasing 18:13
  58:3
purely 8:22
purpose 42:10
  59:15
purposes 46:13
push 23:25 39:12
pushed 13:17
put 8:15 9:17 13:19
  15:3,15 25:14
  28:10 35:19,25
  40:20 52:10,12
  55:12 59:25 63:25
  80:8
PV 2:15

**Q**

question 25:11 27:2
   41:25 42:3,6
   44:24 45:9 46:18
   59:21 66:19 78:2
   80:7,9,17
questions 4:17,20
   18:17 81:6 82:10
quite 21:11 41:7
   55:13

**R**

race 8:4 74:23
   76:21
racial 74:3,9 75:8
   75:11,24 77:8,14
   77:20 79:5
racially 72:24,25
   74:2,13 75:16
   76:15,20 79:24
   80:3,11
racist 79:24 80:2,3
   80:10
raise 46:4
raising 48:20,21
range 26:5,5 31:14
rate 9:16
re-roof 11:9
read 5:1 22:13,15
   22:19 37:22 45:20
reading 38:11
   62:16,17
ready 37:23
real 54:7
realistic 28:1
realistically 24:7
really 9:11 20:21
   21:10 34:4 36:15
   53:15 55:11 63:19
reason 6:2
rebuilt 67:7
recalibrate 52:4
recall 12:2,4 20:8
   28:18 31:8 38:11
   39:4 41:13 69:7,9
   72:10 76:13 77:7
   77:11,12,16,25
   78:4,5,9,18,22
   79:10

receive 35:10
recommendation
   15:22 60:18
reconfiguration
   67:1
reconfiguring
   75:23
record 4:9 37:16,17
   54:21 82:12
Recovery 62:17
reduce 52:4
reduced 12:14 15:9
   82:10
reducing 23:25
reduction 20:19
   23:22 24:13,14
   28:5 29:5
reductions 15:23
   24:4,25 26:22
   28:4,5,7,10,25
   29:15 32:6
referencing 12:22
referred 23:3
referring 22:20,21
   26:16 66:25
refinanced 10:8
refinances 10:22
refinancing 9:15
reflecting 32:10
refund 9:16
refunding 9:15
regarding 26:15
registration 76:5,7
reimbursements
   32:1
related 5:19 71:16
   82:15
relative 82:16
remains 59:10
remember 11:25
   25:20 31:4 37:8
   38:6,8 44:11,18
   47:23 48:1 51:13
   68:13 73:19,24
   74:10 75:5,13
   78:13,18
removal 67:22 68:3
   70:3
removed 17:17

54:13 69:21
removing 68:8
renewed 68:4
renovate 34:6,17
renovated 33:7
renovating 26:20
renovation 33:9
   36:4 49:15 67:3
renovations 12:16
   45:1
repairs 11:11
replace 11:16
replaced 11:6
   13:18
replacement 9:19
   9:20
replacing 9:7 61:4
   61:5
report 27:22 64:5
reporter 82:4,21
REPORTER'S
   2:22
reports 6:22 13:5,6
   16:20 23:5 65:10
representation
   57:15 73:20 77:25
   78:1
representations
   32:9 73:25 74:12
   75:14 77:5,7,13
   77:18 78:6,9,15
   78:19,23
represents 57:15
   71:13,14
request 15:24
   64:16
requested 14:16
   82:13
requests 6:25 12:7
   55:16 64:4,11,12
   64:15
required 14:20
   15:16
requirements
   65:11
researched 25:16
reserve 29:19,21
   30:2,4
resolution 37:25

38:8
respective 64:17
responsibilities
   6:12,14 71:23
responsible 6:21
   15:19 67:11,17
restate 27:2 42:6
retaining 72:20
revenue 2:16 20:15
   26:22 29:18 37:3
   57:5 70:7
review 5:6 19:10,21
   48:13 66:10 82:13
reviewed 5:18
   19:17
reviewing 16:22
Rex 72:11,13,14,14
RFP 49:4
right 4:14,14,17,22
   4:24 5:6,6,24 7:15
   7:23 8:1 10:6
   11:12,19 14:4
   16:2 17:7 18:19
   18:21 19:2,16
   20:6 21:21,23
   22:10,18 23:6,12
   24:24 25:2,9,15
   25:20 26:9 27:3,4
   27:13,15,17,19,21
   29:8,11,22 30:9
   30:15 31:12 32:11
   33:3,18 34:20
   35:18 36:6,18,25
   37:10,12,15,21,25
   38:5,8 39:16 40:8
   41:22 42:7,14,23
   43:1,3,6,16,21
   44:8,10,10,14
   45:9 47:9,16,20
   47:23 48:4,12,16
   48:20,25 49:20
   50:9,16 51:16,23
   56:18,20,22 57:3
   57:7,13,19 58:6
   58:23 59:3,8,10
   60:5,14,22 61:9
   61:14 62:12,12
   64:1,24 65:5,16
   65:19 66:7,12

67:10,23 68:9
69:10 70:1,2,4,5
70:16 71:5,18,22
71:24 72:5,6,18
73:1,5 74:8,16,20
76:3,11 77:12,17
77:24 78:5,18
80:7,13 81:20,21
River 4:12
road 56:3
Roberts 75:20,20
   76:19
Rock 1:8,14,18,21
   3:4 6:9,10 7:10
   12:21 17:15 21:4
   29:3 31:4,5,17,17
   31:21 32:17,17
   33:3,4 34:24
   38:13,21 39:2,9
   39:17,21 40:8,24
   41:16,23 42:1,7
   42:11,17 43:7,18
   45:12 46:3 52:1
   53:5,6,7 54:22
   55:3,6,22 57:4,9
   64:24 67:10,18,19
   68:24 70:16 71:1
   72:19 73:2,7,20
   74:1,13,23 76:14
   77:9,14,19 78:7
   78:11,14,16,20,23
   78:24 79:23 80:1
   80:21 81:15
role 14:5
roof 9:7,19 13:13
   13:14,17,17 61:6
roofs 11:3,6
rooms 46:17
ROSALYN 1:19
roughly 9:1 31:13
   44:13 51:13 77:24
   81:3
roundabout 56:3
row 39:6 69:4
rows 39:16 57:7
Rules 3:8,13 82:9
running 8:14

**S**

**S** 1:14
**said'** 80:5
**salary** 15:2
**sat** 19:16
**satisfy** 53:20,20
**save** 29:15 80:22
**saved** 10:22 81:3
**savings** 9:16 29:2
  30:12 34:14 35:4
  54:4
**saying** 16:4 32:11
  41:9 52:21 66:18
  74:19
**says** 22:19 23:8
  25:5 39:6 42:21
  45:14,15 57:8,9
  68:23,24 69:4,5
**scale** 62:25
**schedule** 2:15
  16:13,14 41:18
  50:10
**scheduled** 13:13,18
  33:7 39:18 41:16
  42:1,8 48:7 67:2
**schematic** 41:11,13
  41:13
**school** 2:15,18 5:21
  5:21 6:9,10 7:10
  9:9 11:14 14:6,19
  15:5,6,25 17:15
  18:12 21:4 29:3,3
  31:5,17,17 32:16
  32:17,18,21 33:3
  33:4,18 34:2,7,9,9
  34:11,15,16,24
  35:6,10,20 38:9
  38:12,13 39:2,6,9
  39:10,17,19,21
  40:3,4,8,24 41:2
  41:12,23 42:1,7
  42:11,17,18 43:4
  43:7,18,19 44:2,6
  45:11,13 46:3,21
  46:21 48:22,25
  50:10 51:2 52:2
  53:5,7,7,13 54:22
  54:24 55:3,6,19
  55:22 56:11,16,19
  57:4,9 59:24

61:22 62:14 63:19
  64:24 65:12,20,21
  65:22,23 67:1,10
  67:18,19,20 68:12
  68:23,24 69:19
  70:17 71:1 72:19
  73:2,7,20 74:1,13
  76:14 77:6,9,14
  77:19 78:7,11,13
  78:14,16,20,22,23
  78:25 79:19,19,23
  79:23 80:1,1,21
  80:24 81:1,15
**School,'** 81:15
**schools** 7:5 9:4
  11:13 12:12,17,19
  12:20,20,23 17:25
  26:20 33:14,20
  34:19 43:18 45:1
  61:23,24 62:3,4
  63:2,12,21 64:2,5
  64:6,25 65:3,6,13
  68:15 72:1,7,8
  73:11 74:25 75:22
  77:9,15,21
**science** 68:13,14
**scope** 32:25 66:11
  66:13,20
**se** 27:19
**SEAL** 82:21
**season** 19:5
**seasoned** 62:23
**second** 34:15,23
  35:4 45:9 46:14
  48:13 51:4 54:2
  62:7 71:12
**see** 14:21 16:15
  24:7 25:12 41:15
  45:18 50:23 51:19
  52:9 56:2,5,9
  57:18 58:20 59:5
  64:3 74:20
**seen** 8:10 17:10,11
  18:22 23:4 27:10
  39:2,4,4 40:16,17
  40:19,21,23 41:11
  41:13 48:13 66:8
  66:9,12 69:5
**select** 5:11

**selected** 49:5
**sell** 30:23 31:2
**send** 64:22
**sending** 72:1
**sends** 36:18
**sense** 46:9 49:10
**sensing** 74:20
**sent** 72:6,8
**separate** 22:2 23:1
  23:4 41:15 49:9
  60:23
**September** 15:18
**serves** 7:15
**service** 18:9 57:24
  57:24 58:1,1 59:6
  59:8,13 60:1,4,7
**services** 60:5
**servicing** 62:18
**sessions** 17:12
**sessions'** 14:10
**set** 13:7 16:14 22:2
  36:17
**settlement** 20:18
  26:24 35:8 36:10
  36:13
**several'** 65:2
**sewer** 11:16
**Shell** 48:18 49:3
**shifting** 43:22
**shop** 67:16
**short** 14:3 43:5
  56:9
**shortage** 46:25
**should've** 32:16
**shows** 71:2
**SHUKUR** 1:13 2:6
  2:8 4:6 22:9
  37:20 38:25 44:23
  48:11 50:8 57:2
  59:19,22 66:6
  68:20 70:23 80:16
  81:7,11,21
**sic** 11:5 48:22,23
**side** 21:13 76:5
**signature** 81:23
**significant** 55:17
**similar** 39:5
**simplify** 59:20
**simultaneously**

38:21
**sir** 48:15 72:17
**sit** 19:14 32:14
**site** 53:23 67:9
**six** 32:23 54:10
  73:12
**sixth** 44:9 45:24
  69:4
**sixth-grade** 43:25
  45:13,21 46:6
**size** 53:17
**slated** 33:6 39:7
  41:16
**socioeconomic** 74:7
  74:24
**soil** 56:4,6
**solvent** 21:6
**somebody** 78:3
  79:7
**sorry** 29:20 40:20
  48:5 65:1 69:1
  72:7
**sort** 27:23 44:5
**sounds** 28:7
**southwest** 29:2
  31:16,16 32:17
  33:1,4,10,12,20
  34:1,2,10 35:20
  36:9 38:9,12,20
  39:2,10,19 40:24
  41:2,12 42:11,18
  43:7 49:4 53:7,13
  54:24 55:6 67:2
**space** 44:1,12 45:22
  45:25 46:5,10,10
  46:12,24 47:7
  51:19
**Spaces** 69:5
**speak** 38:14
**special** 6:25 15:8
  15:13 16:16 75:1
**specialist** 65:12,21
  65:24 72:13
**specific** 7:20 12:3
  27:4,7 40:10
  74:15,16
**specifically** 5:19
  26:13 75:2 76:12
**specifics** 75:5

**spend** 46:23 47:11
**spending** 12:23
**spent** 8:5,11 12:3,6
  12:11
**spread** 9:6
**square** 69:5,11,14
**ss** 82:3
**stable** 34:22
**staff** 18:8,9 28:3,4
  28:7,10 33:15
  61:23,25 63:23,24
  65:14 70:19
**staffing** 15:11,13
  18:11
**stages** 46:2
**stakeholders** 14:14
**stand** 73:9
**standard** 51:6
**standards** 15:13
  17:25 51:20,21
**start** 15:4 16:12
  33:9 42:20 54:7
  56:1 66:17 81:16
**started** 9:25 14:10
  16:11,11 21:12
  23:17 40:4 51:2
  55:11,18 81:17
**starting** 62:13
  75:21
**starts** 17:2
**state** 4:9 14:20
  15:12,16 16:7
  17:14 18:23 23:21
  26:24 29:1 35:7
  36:18 51:6,20,21
  54:12 61:20 65:10
  67:14 71:15 77:22
  78:3,8 82:2,5
**statement** 42:3
  72:21,22
**statements** 42:4
  72:19,22
**STATES** 1:1
**statistics** 74:25
**statuses** 14:19
**staying** 34:21
**steel** 52:11
**Stenomask** 82:9
**Stephanie** 82:4,23

**Stephens** 63:16
**stimulus** 9:18,22
  62:4
**stipulated** 3:9
  73:10
**STIPULATIONS**
  2:4 3:1
**stopped** 43:2
**stops** 16:5
**Street** 1:20
**strongly** 65:9
**structure** 52:15
**student** 7:5,7 12:24
  40:3 51:3,10,14
  51:21 73:8,21
  74:2,2,14 75:15
  75:25 76:5,7,15
  79:3 81:1
**students** 12:13 15:7
  15:10 33:16 51:10
  62:18 63:9 65:18
  72:20 73:14,18
  78:7,10,16,20,24
**study** 53:11 56:2
  79:2
**stuff** 9:20 14:12
  15:3 40:14 42:25
  56:5 61:5
**submission** 20:20
**submit** 15:18 16:6
  16:19 17:23 18:15
  23:22 30:23 64:14
  64:16 69:18
**submits** 64:12
**submittal** 20:13
**submitted** 16:22,23
  16:24 20:9 67:14
**submitting** 19:17
**substance** 11:25
  73:24 77:25 78:1
**sufficient** 21:24
**suggested** 69:11,14
**suggestions** 27:24
**Suggs** 35:2 62:9,14
**Suite** 1:17,20 3:4
**summary** 2:13,19
  2:20 5:23 19:23
  20:5,21 45:5
  47:17 70:25

**summer** 13:21 33:8
  36:5 48:7
**sunset** 68:4,4
**superintendent**
  7:16,19 14:13
  19:9,15 21:1,5
  23:25 31:1 38:16
  38:18 62:1,11
  64:17,23 75:5
  79:23 80:2
**superintendents**
  21:10 23:18 62:2
  73:22,25 74:10
  75:13 76:12
**supplies** 18:12
**support** 6:17 7:1
**sure** 5:9,16 6:15
  15:19,21 17:9
  20:3,22 21:6,7,22
  30:21 41:19 42:20
  43:13,21 52:6
  54:25 56:17 63:10
  64:21 67:14 69:8
  69:24 71:24 76:10
  78:3 81:7
**surprised** 14:17
  22:5
**switch** 64:6
**swore** 4:3
**sworn** 2:5 3:2 82:6
**system** 11:17
**systems** 49:8

——————— **T** ———————
**table** 40:2 41:9
**take** 4:21,22 9:14
  14:24 32:23 48:12
  66:10 70:11
**taken** 1:8 3:7,12
  12:17 23:21 82:9
**takeover** 18:23
**talk** 5:24 12:23
  14:12 73:6,13
**talked** 61:21 68:14
  74:6
**talking** 27:1 40:10
  74:22 75:3 76:17
**Tamela** 67:16
**tasks** 50:23,23

**tax** 37:3
**teacher** 62:16
**teachers** 63:9
**technology** 6:21
  8:23
**tell** 4:3 10:21 24:19
**temporary** 45:12
  46:24
**ten** 9:5 31:24 47:21
  81:3
**tenure** 18:8 21:5
**terms** 3:7 21:4
  27:24 28:20 32:9
  32:10
**Terry** 76:19
**testified** 4:3
**testify** 6:3
**testifying** 6:6
**testimony** 22:11
  80:14 82:7,8
**testing** 56:4
**thing** 29:25
**things** 8:15 11:15
  11:16,17 12:8,16
  13:23 14:19 17:6
  18:13 20:18,19,22
  22:4 24:7 35:1
  41:8 49:6 50:25
  51:7 56:7 68:7
  74:25
**think** 4:16 5:8 6:23
  6:24 7:13,15,15
  7:20 8:9 10:14
  11:12 12:2 17:17
  18:25 21:7,14
  25:11 26:4 32:2
  32:15,19,19 33:1
  33:12,16 35:2,15
  39:23,23 40:5,6,7
  40:11 41:3 43:12
  44:13,13,17,19
  46:18 47:2 49:24
  50:21 51:2 52:5
  52:12 54:17 55:12
  58:19 60:2 62:2
  63:11 66:9 67:16
  67:21 68:1,13,17
  69:20,23 72:16
  73:22 75:20 78:2

  79:2,5,7 80:15
  81:3
**thinking** 16:7
  23:13
**Third** 46:14
**Thirteen** 22:15
**Thirty** 10:24
**thought** 33:22
  35:23
**thoughts** 8:7 28:20
  67:25 68:2
**thousand** 71:25
**three** 10:14,15,19
  14:23 16:21,21
  52:16
**throwing** 74:3
**tied** 18:7 49:9
**tight** 47:4
**time** 4:15 5:5 7:17
  11:3,4,7 13:10,18
  14:3,14,25 17:13
  19:15 20:13,20,25
  21:11 24:11,12,18
  24:19 25:10 26:10
  28:19,23 30:20
  31:8 32:2 33:9
  39:15 43:5,19
  47:4 50:18 53:9
  53:18 54:17 55:9
  56:21 57:20 61:25
  62:16 63:20 66:15
  67:4 73:5,5 79:5,8
  81:1
**times** 4:19 10:7,14
  10:15,19 52:6,6
  62:2
**title** 6:10,20 62:19
  62:20 63:1 64:5
  72:7
**today** 5:25 6:3
  80:14
**told** 7:16,18
**top** 65:13 69:1
**total** 17:25 45:14
  45:15 57:8
**totally** 33:18
**touched** 14:4 21:3
  46:15 50:21
**traffic** 56:1

**transcript** 2:10
  22:11 82:13
**transfer** 30:3 37:8
  37:8 57:10,14,16
  57:20,21 58:1,9
  58:10,19 59:4
  60:6,8,20 61:16
**transferred** 30:12
  30:15 31:6 57:23
  58:13 59:5,15,16
  59:24 60:11
**transferring** 58:2
  58:11
**transfers** 37:13
  57:9 59:1
**transition** 63:11
**transportation**
  6:20
**treatment** 8:3
**trillion** 31:9,10,11
**true** 82:11
**truth** 4:3 82:7
**try** 13:21 59:20
**trying** 8:15 25:17
  25:18,25 26:2
  35:25 52:2 74:20
**Tuesday** 1:8 3:5
**turf** 52:19
**turn** 22:11,12
  63:24
**tutorial** 17:6
**tutoring** 64:9
**Twenty-five** 52:24
**twice** 16:23
**two** 5:4 8:19,22
  11:8 22:22 32:19
  33:20 43:4,24
  46:6 49:9 52:19
  56:23 57:7 67:6
**two-and-a-half-y...**
  10:3
**two-step** 29:5
**types** 56:7
**typewriting** 82:11
**typical** 52:8 61:5
**typically** 6:17 7:7
  7:22 8:11,13,14
  11:1 12:12,16,19
  12:20,23 13:19

14:7 16:9,11,21
16:23 17:1,2
19:14,23 20:4,11
20:20 22:1 28:3,9
29:15 31:20,23
63:3 64:16,21
65:13,14 71:25
73:16 74:6,7
75:23 76:4,22
79:17

**U**

**Um-hmn** 19:14
20:2 23:6,10,20
24:15,21 27:11
42:13 58:24 75:17
**understand** 8:8
25:17,18 26:2
76:24 77:2
**understanding** 8:1
35:24 67:4
**unequivocally**
74:20
**unfair** 8:3
**union** 15:1
**unit** 49:11
**UNITED** 1:1
**units** 13:15,16 49:9
**upcoming** 20:17
26:11
**update** 16:18,19
**uproar** 54:16
**ups** 31:24
**upstairs** 46:17
**upturns** 14:21
**Upwards** 10:23
**use** 3:12 46:8 59:23
59:25 62:19 64:9
**utilize** 36:7 47:7

**V**

**V** 1:5
**vacant** 53:24
**Valley** 4:12 80:24
**vandals** 13:14
**veered** 76:11
**verbatim** 38:6
**version** 40:6,6 45:4
**View** 21:15,24
28:13,14 33:5,6

33:17 36:3,12
37:6 43:23,24
45:10,24 46:3
47:24 48:5,19,22
49:2 50:10 55:5,5
58:8,13,14 60:12
76:18 77:6 81:18
**virtue** 10:22
**voice** 47:14
**voiced** 47:15
**vote** 54:16
**voted** 60:15
**voters** 54:16

**W**

**W** 1:13,17 3:3
**waived** 3:11 81:23
**Walker** 1:13
**want** 22:15 27:4
30:22 31:23 43:20
56:11 63:3,25
**wanted** 28:7 59:5
63:17 64:6,9
**wanting** 54:21
**warehouse** 44:1,15
48:5
**wasn't** 36:15 51:4
54:15 58:4,4
59:13 60:19
**way** 67:3
**Wayne** 50:19 67:15
**we'll** 4:22 19:6 37:8
**we're** 5:14 8:14,25
14:16 15:21 16:7
16:7 19:5 26:11
28:12 41:6 42:24
53:25 67:18 74:22
74:24 76:17 81:2
**we've** 7:20 9:14
10:14 12:7,9,17
19:4,24 20:13
21:11 33:15 40:2
56:1,4 68:14
75:19 76:2 77:18
79:1
**wean** 28:25
**web** 18:3
**week** 56:24
**weeks** 5:5 56:23

**went** 10:4,18 11:10
17:21 18:16,17
19:10 37:16 40:7
43:12 51:9 76:11
**west** 29:3 31:17
32:16 38:21 45:12
53:6 80:21 81:15
**WESTERN** 1:2
**whatnot** 61:23
**white** 72:20 73:13
73:18 78:6,10,16
78:19,24
**wind** 21:12
**wind-down** 23:18
**window** 9:20
**wing** 68:14
**withdraw** 41:25
**witness** 2:5 82:6,8
82:20
**word** 60:23
**words** 37:22 38:6
69:16
**work** 2:12 6:8,9
14:10 16:9,15,25
17:8,10,11,12,14
18:24 39:1,19
41:21,23 49:22
55:14,17 63:9
**worked** 73:23
75:14
**working** 9:25 16:8
**would've** 16:11
25:21 26:21 36:4
**wouldn't** 21:25
27:9,9 40:10
47:21 65:8,25
76:22
**wrapped** 45:18

**X**

**Y**

**yeah** 5:23 10:16
13:2,3,3 14:6
16:18,20 17:16
19:14 25:19,22
26:2 29:21 35:23
36:24 37:3 38:7
39:14 44:9,19
47:1,12,15,23

49:6,21 50:15
52:5 55:8 59:9,11
59:19 61:13,17
67:9 69:18,18
72:25 75:9 77:3
79:18
**year** 7:13 12:8 13:8
13:11,13,23 14:17
14:23 16:8 17:20
18:13 20:17 21:9
22:5,5 23:22
26:12 29:18 32:23
35:11,12,13 36:17
41:17,21 42:2,19
44:7 47:5 54:10
54:11 57:22 58:5
59:24 63:15 71:19
72:1
**year-round** 16:6
**years** 9:13,13 11:13
11:14 13:12 18:9
18:10 32:15,19
43:5 46:7,22 59:7
62:24 63:22 68:5
79:14,15
**yesterday** 5:4 54:8
79:11

**Z**

**0**

**1**

**1** 2:3,10 22:7,10
41:20 81:16,18
**1-18-17** 2:13,20
**1-22-15** 2:11
**1,000** 51:6
**1.2** 58:22
**10** 2:19 22:18 70:21
70:24,24 71:13
**10:05** 3:5
**100,000** 18:2
**107** 24:11,17 25:3,6
25:21
**109** 4:12
**11** 2:20 35:16 36:19
81:8,13,14
**11.5** 29:8,11
**12** 58:20

**12.2** 58:21,23 60:19
**12:20** 81:22
**1200** 51:3,10 81:2
**13** 22:13
**14** 60:10
**14/'15** 71:8,19
**15** 60:10 62:23
**15.4** 57:22 59:12,15
59:23
**15.433** 58:15
**16** 40:5 41:21 48:2
48:4
**16/'17** 58:4
**1600** 40:5
**17** 57:4
**17/'18** 35:12
**1723** 1:14
**18** 39:16,17 40:5
**1800** 40:6
**18th** 82:21
**19** 39:16,17

**2**

**2** 2:11 37:18,21
**2-14-17** 2:16
**2.3** 48:22 49:7
**20** 18:10 49:19
52:21 62:24
**20-plus** 69:20
**200** 1:20
**2007** 10:7
**2008** 10:7
**2009** 7:11 8:11 9:25
10:10 11:2 75:21
**2010** 9:23,24 10:1
**2012** 10:4
**2014** 57:4
**2015** 17:19 67:15
81:16
**2015/2016** 59:24
**2016** 57:10
**2016/'17** 71:5
**2017** 1:8 3:5 39:20
42:21 48:8 57:11
82:21
**2017/2017** 71:1
**2019** 39:7,8,11 67:2
**21** 41:4
**212** 22:12,18

**22** 2:10
**2250** 40:7
**2300** 1:17 3:4
**24,000** 79:4
**2400** 40:7
**25** 13:14 39:6 44:19
  49:19,24 52:23
  53:1
**25-million-dollar...**
  52:21
**250** 65:18
**2691** 71:2,12
**28** 44:20 49:24
  52:23 53:1
**28,000** 79:4

**3**
**3** 2:4,12 38:23 39:1
  49:21
**3.2** 8:25 9:1
**3.3** 8:25
**30** 10:23,24 15:18
  31:13
**300** 31:21
**31** 49:13
**323** 1:20
**33** 49:14
**33-million-dollar**
  51:25,25
**33.3** 48:22
**330-million-dollar**
  31:22
**35** 58:7
**37** 2:11 36:5
**37.3** 26:11,23 35:7
**38** 2:12

**4**
**4** 1:8 2:5,6,13 3:5
  22:13 44:21,24,25
  45:4,10 69:10
**4:15-CV** 1:5
**40-** 31:13
**400** 1:17 3:3
**44** 2:13
**47,902** 69:5
**48** 2:14 57:25
**48-million-dollar**
  57:14
**48.3** 57:10,25

**5**
**5** 2:14 48:9 50:12
**50** 2:15
**50-something**
  11:14
**500,000** 44:13
**56** 2:16

**6**
**6** 2:15 50:6 51:9
**600,000** 9:8
**623** 1:5
**650** 11:5
**66** 2:17
**68** 2:18

**7**
**7** 2:16 42:21 45:18
  56:25 57:3
**7(b)** 37:22
**7.9** 45:15,15
**70** 2:19 11:13 24:3
**700,000** 46:23
**72113** 4:13
**72201** 1:18,21
**72206** 1:14
**75** 24:3

**8**
**8** 2:17 66:4,7,14,21
**80** 2:7 53:12,12,15
**800** 19:24 51:3,9
**800-page** 18:20
**81** 2:8,20
**82** 2:22
**850** 51:6

**9**
**9** 2:18 42:9,10,17
  68:18,21
**900** 19:24 20:1 51:3
  51:9
**950** 51:6