# LRSD Discipline Management Report

Year: 2013   Quarter: 1   Quarter: 4

| School | | Enrolled | Short Term Suspension | | | | | | | | | | | Long Term/ALE Suspension | | | | | | | | | | | Expulsion | | | | | | | | | | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | | | AM | AF | BM | BF | HM | HF | IM | IF | WM | WF | OM | OF | Total | AM | AF | BM | BF | HM | HF | IM | IF | WM | WF | OM | OF | Total | AM | AF | BM | BF | HM | HF | IM | IF | WM | WF | OM | OF | Total | #Susp | %Black | %Hisp | %White |
| ACC LP | 170 | 0 | 0 | 61 | 36 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 98 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 99 | 99% | 1% | 0% |
| CENTRAL | 2438 | 0 | 0 | 252 | 152 | 6 | 3 | 0 | 3 | 29 | 7 | 2 | 1 | 452 | 0 | 0 | 30 | 10 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 495 | 90% | 2% | 7% |
| FAIR | 820 | 2 | 0 | 556 | 375 | 18 | 6 | 0 | 0 | 6 | 10 | 1 | 4 | 978 | 0 | 0 | 31 | 9 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,021 | 85% | 2% | 2% |
| HALL | 1116 | 3 | 0 | 537 | 323 | 102 | 42 | 4 | 0 | 18 | 15 | 11 | 5 | 1,060 | 0 | 0 | 43 | 18 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 66 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1,127 | 82% | 13% | 3% |
| HAMILTON ALC | 208 | 0 | 0 | 326 | 147 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 473 | 0 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 477 | 100% | 0% | 0% |
| MCCLELLAN | 903 | 0 | 1 | 475 | 293 | 8 | 5 | 0 | 0 | 11 | 13 | 4 | 6 | 816 | 0 | 1 | 47 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 891 | 94% | 1% | 3% |
| METRO | 0 | 0 | 0 | 26 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 36 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37 | 95% | 0% | 0% |
| PARKVIEW | 1011 | 1 | 0 | 51 | 37 | 3 | 2 | 0 | 0 | 6 | 14 | 2 | 4 | 120 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 122 | 74% | 4% | 16% |
| CLOVR M/S | 704 | 0 | 0 | 581 | 347 | 84 | 51 | 0 | 3 | 10 | 3 | 5 | 2 | 1,086 | 0 | 0 | 16 | 5 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,110 | 85% | 12% | 1% |
| DUNBAR M/S | 735 | 0 | 0 | 287 | 182 | 11 | 1 | 2 | 0 | 10 | 2 | 6 | 0 | 501 | 0 | 0 | 28 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 530 | 94% | 2% | 2% |
| FELDER MS | 40 | 0 | 0 | 108 | 30 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 142 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 142 | 97% | 1% | 1% |
| FORST HTS M/ | 523 | 0 | 0 | 272 | 222 | 3 | 1 | 0 | 0 | 10 | 3 | 6 | 2 | 519 | 0 | 0 | 10 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 538 | 95% | 1% | 2% |
| HENDRSN M/S | 708 | 1 | 0 | 465 | 324 | 11 | 5 | 0 | 0 | 11 | 0 | 6 | 3 | 829 | 0 | 0 | 25 | 16 | 1 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 874 | 95% | 2% | 1% |
| MABLE M/S | 652 | 0 | 0 | 376 | 194 | 20 | 11 | 0 | 0 | 21 | 12 | 7 | 3 | 644 | 0 | 0 | 8 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 655 | 89% | 5% | 5% |
| MANN M/S | 778 | 0 | 1 | 191 | 117 | 21 | 11 | 3 | 0 | 19 | 38 | 14 | 1 | 416 | 0 | 0 | 5 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 424 | 74% | 8% | 14% |
| PUL HTS M/S | 780 | 4 | 0 | 137 | 60 | 1 | 0 | 0 | 0 | 19 | 2 | 1 | 0 | 224 | 0 | 0 | 6 | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 236 | 88% | 0% | 9% |
| BALE | 354 | 1 | 0 | 30 | 12 | 0 | 0 | 0 | 0 | 2 | 0 | 4 | 0 | 49 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 86% | 0% | 4% |
| BASELINE | 317 | 0 | 0 | 64 | 29 | 14 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 108 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 112 | 86% | 13% | 0% |
| BOOKER | 524 | 1 | 0 | 85 | 25 | 9 | 0 | 0 | 0 | 16 | 2 | 4 | 2 | 144 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 145 | 77% | 6% | 12% |
| BRADY | 347 | 0 | 0 | 32 | 16 | 1 | 0 | 0 | 0 | 3 | 2 | 0 | 0 | 55 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56 | 86% | 4% | 11% |
| CARVER | 389 | 0 | 0 | 27 | 21 | 0 | 0 | 0 | 0 | 9 | 3 | 2 | 0 | 62 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65 | 78% | 0% | 18% |
| CHICOT | 847 | 0 | 0 | 85 | 19 | 8 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 115 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 115 | 90% | 7% | 2% |
| DODD | 340 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 50% | 0% | 50% |
| FORST PK | 457 | 0 | 0 | 5 | 1 | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 0 | 12 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 54% | 0% | 23% |
| FRANKLIN | 333 | 0 | 0 | 19 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 46 | 100% | 0% | 0% |
| FULBRIGH | 588 | 1 | 0 | 23 | 8 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41 | 76% | 0% | 22% |
| GEYER SP | 292 | 0 | 0 | 58 | 21 | 1 | 1 | 0 | 0 | 5 | 1 | 0 | 0 | 87 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90 | 91% | 2% | 7% |

1/12/2017

Note: AM=Asian Male  AF=Asian Female  BM=Black Male  BF=Black Female  HM=Hispanic Male  HF=Hispanic Female  IM=American Indian Male  IF=American Indian Female  WM=White Male  WF=White Female  OM=Other Male  OF=Other Female

Department of Computer Information Services

Page 1 of 2


EXHIBIT 11

DF_001211