## STUDENTS WITH MORE THAN ONE INFRACTION - BY SCHOOL

| SCH ID | SCHOOL | COUNT |
|---|---|---|
| 767 | ACC LP | 14 |
| 017 | BALE | 5 |
| 022 | BASELINE | 29 |
| 006 | BOOKER | 4 |
| 018 | BRADY | 31 |
| 021 | CARVER | 11 |
| 001 | CENTRAL | 860 |
| 028 | CHICOT | 21 |
| 015 | CLOVR M/S | 299 |
| 032 | DODD | 3 |
| 007 | DUNBAR M/S | 177 |
| 008 | FAIR | 411 |
| 009 | FORST HTS M/S | 291 |
| 024 | FORST PK | 9 |
| 025 | FRANKLIN | 21 |
| 048 | FULBRIGH | 6 |
| 037 | GEYER SP | 20 |
| 027 | GIBBS | 2 |
| 002 | HALL | 615 |
| 711 | HAMILTON ALC | 122 |
| 703 | HAMILTON MS | 116 |
| 013 | HENDERSN M/S | 265 |
| 030 | JEFFRSN | 5 |
| 035 | M L KING | 44 |
| 046 | MABEL EL | 51 |
| 016 | MABEL M/S | 300 |
| 003 | MANN M/S | 259 |
| 012 | MCCLELLAN | 435 |
| 020 | MCDERMOT | 3 |
| 004 | METRO | 32 |
| 050 | OTTER CR | 32 |
| 005 | PARKVIEW | 27 |
| 038 | PUL HT E | 15 |
| 010 | PUL HTS M/S | 140 |
| 049 | ROBERTS | 1 |
| 036 | ROCKFELR | 25 |
| 040 | ROMINE | 10 |
| 041 | STEPHENS | 9 |
| 047 | TERRY | 10 |
| 051 | WAKEFIEL | 13 |
| 042 | WASHNGTN | 30 |
| 052 | WATSON | 22 |
| 029 | WEST HIL | 3 |
| 043 | WILLIAMS | 7 |
| 044 | WILSON | 6 |

## STUDENTS WITH MORE THAN ONE INFRACTION - BY RACE/SCHOOL

| SCH ID | SCHOOL | Asian | Black | Hispanic | Native Am / Alaskan Native | Native Hawaiin / Pacific Islander | White | Two Or More |
|---|---|---|---|---|---|---|---|---|
| 767 | ACC LP | 0 | 13 | 0 | 0 | 0 | 1 | 0 |
| 017 | BALE | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| 022 | BASELINE | 0 | 21 | 6 | 0 | 0 | 1 | 1 |
| 006 | BOOKER | 0 | 2 | 1 | 0 | 0 | 1 | 0 |
| 018 | BRADY | 0 | 28 | 0 | 0 | 0 | 3 | 0 |
| 021 | CARVER | 0 | 8 | 0 | 0 | 0 | 3 | 0 |
| 001 | CENTRAL | 9 | 707 | 27 | 1 | 0 | 115 | 1 |
| 028 | CHICOT | 0 | 19 | 1 | 0 | 0 | 1 | 0 |
| 015 | CLOVR M/S | 0 | 257 | 38 | 0 | 0 | 4 | 0 |
| 032 | DODD | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| 007 | DUNBAR M/S | 0 | 169 | 2 | 2 | 0 | 4 | 0 |
| 008 | FAIR | 0 | 375 | 16 | 0 | 0 | 19 | 1 |
| 009 | FORST HTS M/S | 1 | 265 | 7 | 0 | 1 | 14 | 3 |
| 024 | FORST PK | 0 | 2 | 0 | 0 | 0 | 7 | 0 |
| 025 | FRANKLIN | 0 | 19 | 1 | 0 | 0 | 1 | 0 |
| 048 | FULBRIGH | 0 | 6 | 0 | 0 | 0 | 0 | 0 |
| 037 | GEYER SP | 0 | 18 | 1 | 0 | 0 | 1 | 0 |
| 027 | GIBBS | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| 002 | HALL | 0 | 501 | 79 | 0 | 0 | 33 | 2 |
| 711 | HAMILTON ALC | 0 | 120 | 1 | 0 | 0 | 1 | 0 |
| 703 | HAMILTON MS | 0 | 113 | 0 | 0 | 0 | 3 | 0 |
| 013 | HENDERSN M/S | 0 | 246 | 8 | 0 | 0 | 9 | 2 |
| 030 | JEFFRSN | 0 | 2 | 0 | 0 | 0 | 3 | 0 |
| 035 | M L KING | 0 | 44 | 0 | 0 | 0 | 0 | 0 |
| 046 | MABEL EL | 0 | 46 | 2 | 0 | 0 | 3 | 0 |
| 016 | MABEL M/S | 0 | 253 | 30 | 0 | 0 | 16 | 1 |
| 003 | MANN M/S | 0 | 195 | 22 | 1 | 0 | 38 | 3 |
| 012 | MCCLELLAN | 0 | 413 | 11 | 0 | 0 | 9 | 2 |
| 020 | MCDERMOT | 0 | 2 | 0 | 0 | 0 | 1 | 0 |
| 004 | METRO | 0 | 30 | 0 | 0 | 0 | 1 | 1 |
| 050 | OTTER CR | 0 | 26 | 0 | 0 | 0 | 4 | 2 |
| 005 | PARKVIEW | 0 | 20 | 2 | 0 | 0 | 3 | 2 |
| 038 | PUL HT E | 0 | 14 | 0 | 0 | 0 | 1 | 0 |
| 010 | PUL HTS M/S | 0 | 115 | 0 | 0 | 0 | 21 | 4 |
| 049 | ROBERTS | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 036 | ROCKFELR | 0 | 23 | 0 | 0 | 0 | 2 | 0 |
| 040 | ROMINE | 0 | 10 | 0 | 0 | 0 | 0 | 0 |
| 041 | STEPHENS | 0 | 9 | 0 | 0 | 0 | 0 | 0 |
| 047 | TERRY | 0 | 10 | 0 | 0 | 0 | 0 | 0 |
| 051 | WAKEFIEL | 0 | 13 | 0 | 0 | 0 | 0 | 0 |
| 042 | WASHNGTN | 0 | 30 | 0 | 0 | 0 | 0 | 0 |
| 052 | WATSON | 0 | 22 | 0 | 0 | 0 | 0 | 0 |
| 029 | WEST HIL | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| 043 | WILLIAMS | 0 | 7 | 0 | 0 | 0 | 0 | 0 |
| 044 | WILSON | 0 | 6 | 0 | 0 | 0 | 0 | 0 |

EXHIBIT 12 — tabbies

DF_015636   2013-2014

## STUDENTS WITH MORE THAN ONE INFRACTION - BY SCHOOL

| SCH ID | SCHOOL | COUNT |
|---|---|---|
| 767 | ACC LP | 9 |
| 017 | BALE | 14 |
| 022 | BASELINE | 15 |
| 006 | BOOKER | 4 |
| 018 | BRADY | 17 |
| 021 | CARVER | 8 |
| 001 | CENTRAL | 911 |
| 028 | CHICOT | 27 |
| 015 | CLOVR M/S | 294 |
| 032 | DODD | 2 |
| 007 | DUNBAR M/S | 200 |
| 008 | FAIR | 499 |
| 009 | FH STEM ACAD | 10 |
| 039 | FH STEM ACAD | 7 |
| 024 | FORST PK | 4 |
| 025 | FRANKLIN | 19 |
| 048 | FULBRIGH | 5 |
| 037 | GEYER SP | 5 |
| 027 | GIBBS | 5 |
| 002 | HALL | 535 |
| 711 | HAMILTON ALC | 85 |
| 703 | HAMILTON MS | 66 |
| 013 | HENDERSN M/S | 347 |
| 030 | JEFFRSN | 2 |
| 035 | M L KING | 33 |
| 046 | MABEL EL | 43 |
| 016 | MABEL M/S | 274 |
| 003 | MANN M/S | 265 |
| 012 | MCCLELLAN | 359 |
| 020 | MCDERMOT | 6 |
| 004 | METRO | 21 |
| 050 | OTTER CR | 27 |
| 005 | PARKVIEW | 33 |
| 038 | PUL HT E | 15 |
| 010 | PUL HTS M/S | 186 |
| 049 | ROBERTS | 1 |
| 036 | ROCKFELR | 9 |
| 040 | ROMINE | 8 |
| 041 | STEPHENS | 14 |
| 047 | TERRY | 17 |
| 051 | WAKEFIEL | 6 |
| 042 | WASHNGTN | 13 |
| 052 | WATSON | 59 |
| 029 | WEST HIL | 7 |
| 043 | WILLIAMS | 4 |
| 044 | WILSON | 1 |

## STUDENTS WITH MORE THAN ONE INFRACTION - BY RACE/SCHOOL

| SCH ID | SCHOOL | Asian | Black | Hispanic | Native Am / Alaskan Native | White | Two Or More |
|---|---|---|---|---|---|---|---|
| 767 | ACC LP | 0 | 7 | 1 | 0 | 1 | 0 |
| 017 | BALE | 0 | 12 | 0 | 0 | 2 | 0 |
| 022 | BASELINE | 0 | 12 | 3 | 0 | 0 | 0 |
| 006 | BOOKER | 0 | 4 | 0 | 0 | 0 | 0 |
| 018 | BRADY | 0 | 17 | 0 | 0 | 0 | 0 |
| 021 | CARVER | 0 | 7 | 0 | 0 | 1 | 0 |
| 001 | CENTRAL | 10 | 756 | 24 | 4 | 114 | 3 |
| 028 | CHICOT | 0 | 22 | 3 | 0 | 2 | 0 |
| 015 | CLOVR M/S | 0 | 235 | 52 | 1 | 6 | 0 |
| 032 | DODD | 0 | 1 | 0 | 0 | 1 | 0 |
| 007 | DUNBAR M/S | 0 | 191 | 3 | 0 | 6 | 0 |
| 008 | FAIR | 1 | 458 | 24 | 0 | 13 | 3 |
| 009 | FH STEM ACAD | 0 | 8 | 0 | 0 | 2 | 0 |
| 039 | FH STEM ACAD | 0 | 5 | 0 | 0 | 2 | 0 |
| 024 | FORST PK | 0 | 4 | 0 | 0 | 0 | 0 |
| 025 | FRANKLIN | 0 | 16 | 0 | 0 | 2 | 1 |
| 048 | FULBRIGH | 0 | 5 | 0 | 0 | 0 | 0 |
| 037 | GEYER SP | 0 | 5 | 0 | 0 | 0 | 0 |
| 027 | GIBBS | 0 | 5 | 0 | 0 | 0 | 0 |
| 002 | HALL | 0 | 431 | 69 | 1 | 32 | 2 |
| 711 | HAMILTON ALC | 0 | 85 | 0 | 0 | 0 | 0 |
| 703 | HAMILTON MS | 0 | 64 | 0 | 0 | 2 | 0 |
| 013 | HENDERSN M/S | 1 | 312 | 16 | 0 | 14 | 4 |
| 030 | JEFFRSN | 0 | 1 | 0 | 0 | 1 | 0 |
| 035 | M L KING | 0 | 32 | 0 | 0 | 0 | 1 |
| 046 | MABEL EL | 0 | 42 | 0 | 0 | 1 | 0 |
| 016 | MABEL M/S | 0 | 237 | 20 | 1 | 16 | 0 |
| 003 | MANN M/S | 0 | 197 | 29 | 0 | 34 | 5 |
| 012 | MCCLELLAN | 0 | 336 | 14 | 1 | 6 | 2 |
| 020 | MCDERMOT | 0 | 6 | 0 | 0 | 0 | 0 |
| 004 | METRO | 0 | 20 | 1 | 0 | 0 | 0 |
| 050 | OTTER CR | 0 | 25 | 1 | 0 | 1 | 0 |
| 005 | PARKVIEW | 0 | 25 | 2 | 0 | 5 | 1 |
| 038 | PUL HT E | 0 | 13 | 1 | 0 | 0 | 1 |
| 010 | PUL HTS M/S | 1 | 165 | 2 | 1 | 14 | 3 |
| 049 | ROBERTS | 0 | 1 | 0 | 0 | 0 | 0 |
| 036 | ROCKFELR | 0 | 9 | 0 | 0 | 0 | 0 |
| 040 | ROMINE | 0 | 7 | 0 | 0 | 1 | 0 |
| 041 | STEPHENS | 0 | 14 | 0 | 0 | 0 | 0 |
| 047 | TERRY | 0 | 14 | 1 | 0 | 2 | 0 |
| 051 | WAKEFIEL | 0 | 5 | 1 | 0 | 0 | 0 |
| 042 | WASHNGTN | 0 | 11 | 0 | 0 | 0 | 2 |
| 052 | WATSON | 0 | 52 | 3 | 0 | 4 | 0 |
| 029 | WEST HIL | 0 | 6 | 0 | 0 | 0 | 1 |
| 043 | WILLIAMS | 0 | 4 | 0 | 0 | 0 | 0 |
| 044 | WILSON | 0 | 1 | 0 | 0 | 0 | 0 |

DF_015637 2014-2015

## STUDENTS WITH MORE THAN ONE INFRACTION - BY SCHOOL

| SCH ID | SCHOOL | TOTAL COUNT |
|---|---|---|
| 767 | ACC LP | 7 |
| 017 | BALE | 6 |
| 022 | BASELINE | 24 |
| 006 | BOOKER | 5 |
| 018 | BRADY | 29 |
| 021 | CARVER | 20 |
| 001 | CENTRAL | 951 |
| 028 | CHICOT | 21 |
| 015 | CLOVR M/S | 262 |
| 007 | DUNBAR M/S | 159 |
| 008 | FAIR | 670 |
| 009 | FH STEM ACAD | 20 |
| 039 | FH STEM ACAD | 27 |
| 024 | FORST PK | 5 |
| 025 | FRANKLIN | 21 |
| 048 | FULBRIGH | 6 |
| 037 | GEYER SP | 4 |
| 027 | GIBBS | 6 |
| 002 | HALL | 550 |
| 711 | HAMILTON ALC | 66 |
| 703 | HAMILTON MS | 56 |
| 013 | HENDERSN M/S | 326 |
| 030 | JEFFRSN | 3 |
| 035 | M L KING | 36 |
| 046 | MABEL EL | 57 |
| 016 | MABEL M/S | 232 |
| 003 | MANN M/S | 234 |
| 012 | MCCLELLAN | 347 |
| 020 | MCDERMOT | 7 |
| 033 | MEADCLIF | 1 |
| 004 | METRO | 27 |
| 050 | OTTER CR | 37 |
| 005 | PARKVIEW | 23 |
| 038 | PUL HT E | 24 |
| 010 | PUL HTS M/S | 164 |
| 049 | ROBERTS | 1 |
| 036 | ROCKFELR | 3 |
| 040 | ROMINE | 16 |
| 041 | STEPHENS | 14 |
| 047 | TERRY | 23 |
| 051 | WAKEFIEL | 7 |
| 042 | WASHNGTN | 21 |
| 052 | WATSON | 59 |
| 029 | WEST HIL | 11 |
| 043 | WILLIAMS | 7 |
| 044 | WILSON | 4 |

## STUDENTS WITH MORE THAN ONE INFRACTION - BY RACE/SCHOOL

| SCH ID | SCHOOL | Asian | Black | Hispanic | Native Am / Alaskan Native | Native Hawaiin / Pacific Islander | White | Two Or More |
|---|---|---|---|---|---|---|---|---|
| 767 | ACC LP | 0 | 7 | 0 | 0 | 0 | 0 | 0 |
| 017 | BALE | 0 | 2 | 0 | 0 | 0 | 2 | 2 |
| 022 | BASELINE | 0 | 19 | 4 | 0 | 0 | 1 | 0 |
| 006 | BOOKER | 0 | 4 | 0 | 0 | 0 | 1 | 0 |
| 018 | BRADY | 0 | 28 | 0 | 1 | 0 | 0 | 0 |
| 021 | CARVER | 0 | 18 | 1 | 0 | 0 | 1 | 0 |
| 001 | CENTRAL | 10 | 775 | 24 | 3 | 0 | 134 | 5 |
| 028 | CHICOT | 0 | 20 | 1 | 0 | 0 | 0 | 0 |
| 015 | CLOVR M/S | 0 | 228 | 29 | 0 | 0 | 2 | 3 |
| 007 | DUNBAR M/S | 1 | 143 | 5 | 1 | 0 | 9 | 0 |
| 008 | FAIR | 2 | 603 | 38 | 0 | 0 | 26 | 1 |
| 009 | FH STEM ACAD | 0 | 16 | 0 | 0 | 0 | 4 | 0 |
| 039 | FH STEM ACAD | 1 | 22 | 3 | 0 | 0 | 1 | 0 |
| 024 | FORST PK | 0 | 3 | 0 | 0 | 0 | 1 | 1 |
| 025 | FRANKLIN | 0 | 20 | 1 | 0 | 0 | 0 | 0 |
| 048 | FULBRIGH | 1 | 1 | 0 | 0 | 0 | 4 | 0 |
| 037 | GEYER SP | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| 027 | GIBBS | 0 | 3 | 0 | 0 | 0 | 1 | 2 |
| 002 | HALL | 0 | 452 | 69 | 1 | 0 | 22 | 6 |
| 711 | HAMILTON ALC | 0 | 66 | 0 | 0 | 0 | 0 | 0 |
| 703 | HAMILTON MS | 0 | 53 | 0 | 0 | 0 | 3 | 3 |
| 013 | HENDERSN M/S | 1 | 287 | 17 | 0 | 0 | 17 | 4 |
| 030 | JEFFRSN | 0 | 1 | 0 | 0 | 0 | 2 | 0 |
| 035 | M L KING | 0 | 34 | 0 | 0 | 0 | 0 | 2 |
| 046 | MABEL EL | 0 | 54 | 2 | 0 | 0 | 0 | 1 |
| 016 | MABEL M/S | 0 | 209 | 14 | 0 | 0 | 7 | 2 |
| 003 | MANN M/S | 0 | 179 | 22 | 0 | 0 | 30 | 3 |
| 012 | MCCLELLAN | 0 | 326 | 14 | 1 | 1 | 3 | 2 |
| 020 | MCDERMOT | 0 | 7 | 0 | 0 | 0 | 0 | 0 |
| 033 | MEADCLIF | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 004 | METRO | 0 | 27 | 2 | 0 | 0 | 0 | 0 |
| 050 | OTTER CR | 0 | 31 | 0 | 0 | 0 | 4 | 0 |
| 005 | PARKVIEW | 0 | 19 | 0 | 0 | 0 | 4 | 0 |
| 038 | PUL HT E | 0 | 19 | 0 | 0 | 0 | 4 | 1 |
| 010 | PUL HTS M/S | 0 | 137 | 3 | 0 | 0 | 24 | 0 |
| 049 | ROBERTS | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 036 | ROCKFELR | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| 040 | ROMINE | 0 | 16 | 0 | 0 | 0 | 0 | 0 |
| 041 | STEPHENS | 0 | 13 | 0 | 0 | 0 | 1 | 0 |
| 047 | TERRY | 0 | 21 | 0 | 0 | 0 | 1 | 1 |
| 051 | WAKEFIEL | 0 | 6 | 1 | 0 | 0 | 0 | 0 |
| 042 | WASHNGTN | 0 | 21 | 0 | 0 | 0 | 0 | 0 |
| 052 | WATSON | 0 | 51 | 2 | 0 | 0 | 5 | 1 |
| 029 | WEST HIL | 0 | 9 | 0 | 0 | 0 | 1 | 1 |
| 043 | WILLIAMS | 0 | 6 | 0 | 0 | 0 | 1 | 0 |
| 044 | WILSON | 0 | 4 | 0 | 0 | 0 | 0 | 0 |

DF_015638   2015-2016

## STUDENTS WITH MORE THAN ONE INFRACTION - BY SCHOOL / BY RACE/SCHOOL

| SCH ID | SCHOOL | COUNT | Asian | Black | Hispanic | Native Am / Alaskan Native | White | Two Or More |
|---|---|---|---|---|---|---|---|---|
| 767 | ACC LP | 4 | 0 | 2 | 0 | 0 | 2 | 0 |
| 017 | BALE | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| 022 | BASELINE | 19 | 0 | 16 | 2 | 0 | 1 | 0 |
| 006 | BOOKER | 9 | 0 | 9 | 0 | 0 | 0 | 0 |
| 018 | BRADY | 24 | 0 | 21 | 1 | 0 | 1 | 1 |
| 021 | CARVER | 9 | 0 | 6 | 1 | 0 | 2 | 0 |
| 001 | CENTRAL | 907 | 10 | 757 | 16 | 5 | 114 | 6 |
| 028 | CHICOT | 15 | 0 | 13 | 0 | 0 | 1 | 1 |
| 015 | CLOVR M/S | 195 | 0 | 163 | 29 | 0 | 4 | 0 |
| 007 | DUNBAR M/S | 189 | 0 | 176 | 7 | 1 | 5 | 0 |
| 008 | FAIR | 494 | 1 | 447 | 24 | 0 | 17 | 5 |
| 009 | FH STEM ACAD | 8 | 0 | 7 | 1 | 0 | 0 | 0 |
| 039 | FH STEM ACAD | 28 | 1 | 19 | 2 | 0 | 6 | 0 |
| 025 | FRANKLIN | 23 | 0 | 21 | 0 | 0 | 2 | 0 |
| 048 | FULBRIGH | 3 | 0 | 2 | 1 | 0 | 0 | 0 |
| 027 | GIBBS | 7 | 0 | 6 | 0 | 0 | 1 | 0 |
| 002 | HALL | 402 | 0 | 337 | 39 | 1 | 20 | 6 |
| 711 | HAMILTON ALC | 26 | 0 | 25 | 1 | 0 | 0 | 0 |
| 703 | HAMILTON MS | 9 | 0 | 8 | 0 | 0 | 1 | 0 |
| 013 | HENDERSN M/S | 287 | 0 | 257 | 14 | 0 | 13 | 4 |
| 030 | JEFFRSN | 2 | 0 | 0 | 0 | 0 | 2 | 0 |
| 035 | M L KING | 16 | 0 | 16 | 0 | 0 | 0 | 0 |
| 046 | MABEL EL | 21 | 0 | 21 | 0 | 0 | 0 | 0 |
| 016 | MABEL M/S | 182 | 0 | 163 | 12 | 0 | 7 | 1 |
| 003 | MANN M/S | 191 | 0 | 163 | 9 | 0 | 17 | 2 |
| 012 | MCCLELLAN | 359 | 0 | 332 | 18 | 2 | 6 | 1 |
| 020 | MCDERMOT | 4 | 0 | 1 | 0 | 0 | 3 | 0 |
| 033 | MEADCLIF | 7 | 0 | 6 | 1 | 0 | 0 | 0 |
| 004 | METRO | 11 | 0 | 11 | 0 | 0 | 0 | 0 |
| 050 | OTTER CR | 15 | 0 | 14 | 0 | 0 | 1 | 0 |
| 005 | PARKVIEW | 21 | 0 | 18 | 1 | 0 | 1 | 1 |
| 011 | PINN VW MS | 16 | 0 | 14 | 0 | 0 | 2 | 0 |
| 038 | PUL HT E | 3 | 0 | 3 | 0 | 0 | 0 | 0 |
| 010 | PUL HTS M/S | 166 | 0 | 146 | 1 | 0 | 18 | 1 |
| 049 | ROBERTS | 3 | 0 | 2 | 0 | 0 | 1 | 0 |
| 036 | ROCKFELR | 5 | 0 | 5 | 0 | 0 | 0 | 0 |
| 040 | ROMINE | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| 041 | STEPHENS | 13 | 0 | 12 | 0 | 1 | 0 | 0 |
| 047 | TERRY | 17 | 0 | 16 | 0 | 0 | 0 | 1 |
| 051 | WAKEFIEL | 4 | 0 | 4 | 0 | 0 | 0 | 0 |
| 042 | WASHNGTN | 12 | 0 | 12 | 0 | 0 | 0 | 0 |
| 052 | WATSON | 26 | 0 | 24 | 0 | 0 | 2 | 0 |
| 029 | WEST HIL | 4 | 0 | 3 | 1 | 0 | 0 | 0 |
| 043 | WILLIAMS | 14 | 0 | 11 | 0 | 0 | 0 | 3 |
| 044 | WILSON | 4 | 0 | 4 | 0 | 0 | 0 | 0 |

DF_015639 2016-2017