**From:** Rector, Janet
**Sent:** Wednesday, March 08, 2017 4:02 PM
**To:** Bailey, Kelsey
**Subject:** FW: Message from KM_284e

Attached is the Roberts expenditure report.

Pinnacle View
Phase I - $711,747 - Baldwin and Shell
Phase II - $33,355,803 – Baldwin and Shell to date

SW High School

Traffic Study - $7,562.04 – Peters and Associates Engineers, Inc.
Design to date - $372,966.95 – Polk Stanley Wilcox Architects

**From:** Janet.Rector@lrsd.org [mailto:Janet.Rector@lrsd.org]
**Sent:** Wednesday, March 08, 2017 3:39 PM
**To:** Rector, Janet
**Subject:** Message from KM_284e

***** Email confidentiality notice *****
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.



EXHIBIT 31

1

DF_011222