# Little Rock School District
# Selected Schools Existing Conditions Report

Prof. John Poros
Mississippi State University

March 10, 2017



## Description of Qualifications

Prof. John Poros is an Associate Professor in the School of Architecture at Mississippi State University. He has a Bachelor of Arts from Columbia College in New York City and a Masters of Architecture from the Graduate School of Design at Harvard University in Cambridge, Massachusetts. He has been a licensed architect since 1995 and worked for the internationally recognized architecture firm, Kieran Timberlake in Philadelphia, Pennsylvania from 1990 to 1998. While at Kieran Timberlake, Prof Poros worked on numerous educational projects for secondary and higher education clients such as the West Middle School at the Shipley School in Bryn Mawr, PA, the Welles Activity Center at the Tatnall School in Wilmington, Delaware, Rock Hall at Temple University, and Berkeley College at Yale University.

Prof. Poros was the director of the Educational Design Institute (EDI) from 2002 to 2004. A partnership between the Mississippi State University School of Architecture and College of Education, EDI was funded by the State of Mississippi to "encourage the creation of safe, accessible, flexible, and developmentally-appropriate learning environments…" With EDI, Prof. Poros was responsible for creating an educational facility strategic plan for the Laurel School District. Along with Prof. Jeffrey Lackney, Prof. Poros designed and facilitated a community process for Jackson Public Schools to plan two elementary schools with Montessori pedagogy, McWillie Elementary and Van Winkle Elementary. Prof. Poros' major achievement as director of EDI was to lead the project to write educational facility guidelines for the state of Mississippi. The Mississippi School Design Guidelines, written in conjunction with the Mississippi Department of Education and architects, engineers, superintendents, and teachers, are a complete guide of best practices for educational facility planning, design, maintenance and related issues. The guidelines are written for the use of school boards, superintendents, and architects and available on the Mississippi Department of Education's website. Prof. Poros as part of EDI gave presentations at the International Conference of the Council of Educational Facilities Planners, the Southeastern Chapter of the Council of Educational Facilities Planners International, and the American Society of Heating, Refrigerating and Air Conditioning Engineers Annual Conference.

Prof. Poros was the Director of the Carl Small Town Center from 2008 to 2016, a nationally recognized community design center in the School of Architecture at Mississippi State University. The Carl Small Town Center under Prof. Poros' directorship won awards for its work from the Small Town and Rural Division of the American Planning Association and the Mississippi Chapter of the American Institute of Architects. In November of 2015, Prof. Poros was invited to the White House to present to The White House Convening on Rural Placemaking. Prof. Poros was a juror for the Our Town program of the National Endowment for the Arts in 2011. Prof. Poros has given papers and presentations at the American Planning

Association's National Conference, the Council of Educators in Landscape Architecture, the Association for Community Design Annual Conference, and the Association of Collegiate Schools of Architecture National Conference.

The Center received grants and awards from the Citizen's Institute on Rural Design of the National Endowment for the Arts, the National Cooperative Highway Research Program of the U.S. Transportation Research Board, the Southeastern Transportation Research, Innovation, Development and Education Center funded by the USDOT, and Enterprise Community Partners as well as many state agencies and private foundations.

Prof. Poros has testified as an expert at trial in *Cowan, et al. v. Bolivar County Board of Education, et al.,* No. 2:65-CV-31-DMB, United States District Court for the Northern District of Mississippi (2016).

The work Prof. Poros has done for John W. Walker P.A. has been to assess the physical condition and educational adequacy of selected schools in the Little Rock School District. For this work, Prof. Poros has been compensated $100 an hour plus travel expenses.

## Methods and Procedures

The procedure I followed to assess the physical condition and educational adequacy of selected schools in the Little Rock School District was to examine and analyze previous reports on the district, visit and document the selected schools, and write the report analyzing the selected schools,

I examined the Little Rock School District Facilities Master Plan produced by a team organized by Fanning Howey Architecture and Engineering for the school district in 2014. From that report, I produced a chart showing how the Fanning Howey team ranked the schools in the district based on the criteria that they developed with the school district. The chart was developed as a guide to make sure that I visited schools with a range of physical and educational conditions according to the Fanning Howey rankings.

The schools selected for the visit were chosen based on their white student population percentage.  Four elementary schools were amongst the elementary schools with the highest white student population percentage, while four others were amongst the schools with the lowest white student population percentage.  The same criteria were used to choose the middle schools and high schools; Forest Heights, Pinnacle and Central had highest white populations while Cloverdale, Henderson and McClellan had the lowest.

Based on this list of schools developed by the Walker firm, I visited fourteen schools in the little Rock School District on February 9th and 10th of 2017. I took 1,155 photographs of the schools as I toured, looking for conditions of wear and educational adequacy, as well as building code and ADA issues. The photos are available in digital form and are reference in the report by school building and number.

In writing this report, I used a number of district, state and national information and standards. I was given aerial photographs and plans of each of the school buildings visited by the Little Rock School District. The Arkansas School Facilities Manual was used to understand the state's standards for educational adequacy (http://arkansasfacilities.arkansas.gov/facilities/arkansas-school-facilities-manual-updated). In addition, I referenced the Building Code and Existing Building Code for the City of Little Rock which are based on the 2013 International Building Code (https://www.littlerock.gov/!userfiles/editor/docs/planning/building%20codes/construction%20codes%201%201%202015.pdf).  For accessibility issues, I referenced the American with Disabilities Act Accessibility Guidelines (ADAAG) (https://www.access-board.gov/guidelines-

3

and-standards/buildings-and-sites/about-the-ada-standards/background/adaag). Finally for general information regarding the district's facilities, I referenced the Little Rock School District Facilities Master Plan produced by Fanning Howey Architecture and Engineering.

## Baseline Elementary School

Baseline Elementary School, a 50,455 square foot facility constructed in 1975, houses Pre-K through 5th grade.[1]

### Exterior

The school has exterior walls with precast concrete panels and was previous an open plan school that was modified in 2013 into individual classrooms[2] (Baseline -2). The exterior walls of the school appear in good condition with no cracking or waterstains from leaks apparent (Baseline-49). The school district's Capital Projects Summary reports that in 2015 exterior wall structural repairs were made.[3] Windows are non-operating with aluminum frames and appear to be in good condition (Baseline-32).

### Corridors

The corridors of Baseline Academy are in good to very good condition (Baseline-3). The older corridors have concrete masonry unit walls, vinyl composition tile floors with vinyl cove base, and acoustical ceiling panels with surface mounted lighting fixtures. (Baseline-11, 18). A small area of the vinyl tile has some wrinkling due to improper adhesion and there is an area where the acoustic ceiling panels are sagging, but finishes are in good shape in this area on the whole (Baseline-20, 57).

In the renovated corridor areas, the materials are drywall partitions with wood wainscoting, vinyl composition tile floors with vinyl cove base and acoustical ceiling panels with recessed lighting fixtures (Baseline-30, 33, 36).  There is some staining of acoustical ceiling panels in the renovated corridor areas, but overall, the condition of the corridors are very good (Baseline-31).

### Restrooms

Restrooms appear original to the building's 1975 construction date with large group hand wash stations at the entrance to the restrooms with toilets and urinals within (Baseline 23 – 26). The finishes, mosaic tile floors with fully tiled walls are worn with replaced mosaic tiles on the floors, especially around the floor drains. Toilet partitions are in good condition. Accessible fixtures and partitions are not available in these restrooms.

---

[1] Fanning Howey, Little Rock School District Facilities Master Plan, 2014, p. 219
[2] Little Rock School District, "Capital Projects Summary", January 18,2017.
[3] Ibid.

## Classrooms

Classrooms are in good to very good condition with carpeted floors, drywall partitions, and acoustical ceiling panels with surface mounted lighting (Baseline-15, 17 & Baseline 27, 28 & Baseline 37, 38). Most of the classrooms are approximately 860 sq. ft., appropriate for grades 1-6 according to the Arkansas Facilities Manual Program of Requirements.[4] Kindergarten classrooms should be 1000 sq. ft. according to the Manual, so those rooms are undersized unless two classrooms are combined (Baseline-19). All classrooms are equipped with smartboards, have the appropriate furnishings and equipment in good condition for the age group that is being taught, and have four to five desktop computers in the grades K-3 and in addition have tablet computers for grades 5-6 (Baseline-39, 40).

## Specialty Classrooms

The specialty classrooms in Baseline Academy are a music room, media center and computer classroom. The music room is large enough in square footage, approximately 1,600 sq. ft., which is over the 1,200 sq. ft. minimum, but does not have a large enough volume for performance. The music room is well-equipped with keyboards (Baseline-21, 22). The computer classroom is well equipped with enough electrical service but at about 860 sq. ft., appears to be just under the 900 sq. ft. minimum asked for by the Program of Requirements. (Baseline-51). The Media Center is well equipped with shelving, mats for students to sit on, chairs and tables, stools, and casework to hold dictionaries and other reference materials, all in very good condition (Baseline 34, 35).

## Cafeteria

The cafeteria has vinyl composition tile floors, masonry walls, and acoustical ceiling panels with recessed lighting, all in very good condition (Baseline-9). The cafeteria is equipped with folding dining tables, storage casework lining one wall of the cafeteria along with an electrical power strip (Baseline-10). The kitchen has epoxy resin floors, washable, coated walls, and acoustical ceiling panels with lensed light fixtures, all in good to very good condition (Baseline-12-14). Kitchen equipment appears to be functioning and in good condition.

## Health Center

The health center is close to the 250 sq. ft. required by the Arkansas Facilities Manual Program of Requirements (Baseline-5,6). The health center is equipped with two patient beds, a sink

---

[4] Arkansas Division of Public School Facilities and Transportation, "Arkansas School Facilities Manual: Chapter 5 Program of Requirements", http://arkansasfacilities.arkansas.gov/facilities/arkansas-school-facilities-manual-updated

with undercabinet and upper cabinet storage, and freestanding storage cabinets. The entrance to the health center contains the ESL resource area for the school (Baseline-7).

## Play Areas

The play areas of the school are equipped with the appropriate play equipment in very good condition (Baseline-42, 43). Ground surfaces are mulched, which provide the soft surface necessary. The basketball court and goals are in good condition overall (Baseline-46). A problem with storm drainage was being attended to during our school visit (Baseline-44).

## Portables

Baseline Elementary has no portable classrooms.

## Building Code/ADA

In terms of building code and accessibility requirements, there are only a few issues. Since there is not a sprinkler system in the building, walls between classrooms and the corridors must have a one hour fire rating. Most of the corridor walls are made of either concrete masonry units or gypsum wall board partitions with limited amounts of wired glass that would still allow the one hour fire rating (Baseline-36). There is one stretch of corridor where there are large windows between the classroom and the corridor, which unless they are one hour rated glass wall units, would not provide the fire protection necessary for a one hour rating because of their size and construction (Baseline-18). In terms of code compliance as well, the exterior ramps to the east of the building do not have the appropriate guardrails because they allow users to climb over the guardrails. (check 2012 Intl existing building code) (Baseline-47,48).

## Don Roberts Elementary School

Don Roberts Elementary School, completed in 2010, is a 148,000 square foot facility on 20 acres of land (Don Roberts-1). The school has a reported capacity of 961 students.[5] At 154 square feet per student, the facility is over the median per student, 144.4 sq. ft. , for new elementary schools in Arkansas, Louisiana, Oklahoma and Texas in 2014, and close to the national median at 149.6 sq. ft.[6]

### Exterior

The exterior of the building is in excellent condition with brick masonry walls and aluminum windows (Don Roberts-2). There are no indications of staining or leaks.

### Corridors

The corridors of the building are generally two stories high, filled with natural light from windows, and in excellent condition (Don Roberts-9, 39). The materials used are vinyl composition tile, concrete masonry unit walls, and acoustical ceiling panels with recessed linear lighting and HVAC diffusers. Large windows or clerestories line most of the corridor spaces.

### Restrooms

Restrooms in Don Roberts are in very good to excellent condition with either epoxy coated or vinyl tile floors, ceramic tile walls, and acoustical ceiling panels with recessed, lensed, fixtures. Restrooms are ADA accessible with handicapped stalls and handicapped accessible lavatories (Don Roberts-14,15, 17). Some areas of the epoxy floors have cracks at the junction between the floor and the wall (Don Roberts-16).

### Classrooms

Grade levels are arranged with classrooms clustered around a flex space open to all of the classrooms with teacher workrooms and restrooms as part of the clusters. For kindergarten and first grade classrooms, restrooms are placed within each of the classrooms.

Typical classrooms are in excellent condition overall with carpet tile floors, concrete masonry unit walls, large aluminum framed windows with roller shades, and acoustical ceiling panels with lensed or direct/indirect fixtures (Don Roberts-42-43).  Some of the classrooms have a wall of upper and lower cabinet storage with a sink and eyewash station and a separate water fountain as part of the cabinetry (Don Roberts-44). Others have cabinetry especially designed for the activities of the grade level with coat hooks and spaces for sleeping mats (Don Roberts-

---

[5] Fanning Howey, Little Rock School District Master Plan, 2014, p. 257
[6] 19th Annual School Construction Report, *School Planning & Management,* February 2014, p.22,28.

23). Smaller, special purpose classrooms have the same finishes as the larger classrooms, but different furnishings appropriate to the type of teaching or counseling being done (Don Roberts-30,31).

For each grade level, there is a large flex space for classes to do joint instructional activities or to have teachers work with small groups.  These areas are either open to the corridors with large windows or have skylights to bring in natural light (Don Roberts-28, 34, 47). The flex areas have vinyl tile floors, concrete masonry unit walls, and acoustical ceiling panels with recessed linear lighting and HVAC diffusers. The flex areas are equipped with smartboards, but also a variety of hands on educational equipment, such as a playhouse, activity mats, lounge seating, portable risers, and bookshelves. All of these areas are in excellent condition.

As part of the grade clusters there are also specialty classrooms for students with different learning needs (Don Roberts-30, 31). These rooms have the carpet tile floors, concrete masonry unit walls, acoustical ceiling panels with lensed fixtures, and storage cabinets that the other classrooms have, but in addition are furnished with chairs, tables, rugs and other equipment so that teachers can work in small groups with students. The room finishes, furnishings and equipment are in excellent condition.

There are also teacher workrooms as part of each grade (Don Roberts-24, 35). The workrooms have vinyl tile floors, concrete masonry unit walls, and acoustical panel ceilings with recessed lensed light fixtures. The workrooms are equipped with upper and lower storage cabinets, office equipment such as paper cutters etc. and a photocopy machine.

### Specialty Classrooms

Don Roberts also houses a number of specialty classrooms such as a music room, computer classrooms and art room as well as a library and gymnasium. The music room is large and has high ceilings; the volume of the room is necessary for optimal vocal/instrumental practice and performance. The room has carpet tile floors, concrete masonry unit walls, acoustic ceiling panels with pendant direct/indirect lighting fixtures. The room is equipped with portable risers, whiteboards, tackboards and shelving. The finishes are in excellent condition.

Next door to the music room is a separate music practice room with a window into the music room and another standard classroom with a window into the practice room (Don Roberts-13). The practice room has carpet tile floors, concrete masonry unit walls, acoustical ceiling panels with pendant direct/indirect lighting fixtures. The practice room is well equipped with multiple keyboards and a teaching station. The finishes are in excellent condition.

The art room has all of the same finishes of a typical classroom but is equipped with low work tables and stools as well as storage bins for working and storing art projects (Don Roberts-10). The art room also has a kiln room adjacent with a kiln, vent hood for the kiln, and storage racks for ceramics (Don Roberts-11).

The computer classrooms have the same finishes as the typical classrooms. The computer classrooms are furnished with tables and chairs on which are placed desktop computers (Don Roberts-6).

The library is a double-height, light filled space with book cases, reading tables and the reference desk on the ground floor, and a story telling area on a mezzanine reached by an internal stair on the second floor (Don Roberts-3, 4, 5). The library has carpet tile floors, concrete masonry unit walls and gypsum wallboard beam enclosures, wood panels, and acoustical ceiling panels with pendant direct/indirect lighting fixtures. The library is well equipped with the appropriate furnishings and equipment and the finishes are in excellent condition.

The gymnasium has a full basketball court with four basketball goals and an appropriately height (Don Roberts-8). The gymnasium has resilient athletic flooring, concrete masonry unit walls, and exposed steel truss and decking ceiling.

## Cafeteria

The cafeteria is a large open room with a window wall on one side, a platform stage on another side, and the serving line/ kitchen at a third side (Don Roberts-21). The dining room has vinyl tile flooring, concrete masonry unit and glass curtainwalls with roller shades, and acoustical ceiling panels with pendant direct/indirect lighting fixtures. The serving line area has an epoxy coated floor, ceramic tile walls, acoustical ceiling panels with lensed fixtures, and stainless steel hot and cold tables for serving (Don Roberts-20). The kitchen area has an epoxy coated floor, concrete masonry unit walls, and acoustical ceiling panels with lensed fixtures (Don Roberts-18, 19). The kitchen is well equipped.

## Health Center

The health center at Don Roberts has three patient beds with privacy curtains between them and a nurse's station with upper and lower storage cabinets with a workstation for the nurse (Don Roberts-50). The room's finishes are vinyl composition tile for the flooring, concrete masonry unit walls, and acoustical ceiling panels with lensed, recessed fixtures. The condition of the finishes and equipment for the center is excellent.

*Portables*

Don Roberts has no portable classrooms.

*Building Code/ADA*

Don Roberts has no apparent building code issues or ADA deficiencies. The building is fully sprinklered, which creates the safest circumstances in case of fire.

The overall condition of Don Roberts Elementary is excellent. The planning and design of the school is the state of the art in school design with its clustered classrooms, flex spaces, and extensive daylight.

## Forest Park Elementary

Forest Park is a 34,789 square foot building that currently houses Pre-K through 5th grade.[7] There has been a school on this site since 1913, but the current building was completed in 1924, with a major renovation in 1979-80.

### Exterior

The exterior of the building is brick in very good condition; no visible diagonal cracking or loss of mortar in the joints. The windows are aluminum replacement windows that are also in very good condition (Forest Park-13). The building has a bronze sculpture at the front of the building (Forest Park-3).

### Corridors

Corridors in Forest Park have vinyl composition tile floors, the original plaster walls, and acoustical ceiling panels with recessed, troffered, lighting fixtures (Forest Park-5). Monumental stairs open to the corridors have vinyl covered treads and risers and a steel handrail. Handrails should extend past the bottom of the stair and wrap around the walls for one foot to meet ADA requirements (Forest Park-7). The office areas have the original wood doors with transoms in excellent condition, however, these doors pose a fire code issue unless they were remade to have a one hour fire rating (Forest Park-12). Electrical panels for the building have been placed in the upper level corridor (Forest Park-48). Corridor drinking fountains include a water bottle fill station (Forest Park-49).

### Restrooms

The restrooms in Forest Park are in very good condition and have sheet vinyl flooring, what appear to be the plaster original walls or ceramic tile wainscot, and acoustical panel ceilings with troffered light fixtures. The restroom fixtures include group hand wash stations with mirrors, stainless steel paper towel dispensers with built-in litter baskets, automated flush toilets and urinals, and steel enameled toilet and urinal partitions (Forest Park 10, 11, 23, 24).

### Classrooms

Classrooms are generally in very good condition with either older broadloom carpet or new carpet tile on floors, the original plaster walls, and original plaster ceilings with surface mounted troffered light fixtures or acoustical panel ceilings with recessed troffered light fixtures ( Forest Park-25,26, 28, 29, 30, 32, 33 ). There are no indications I could see of water damage on ceilings or walls. Most classrooms had built-in upper and lower cabinet storage with

---

[7] Fanning Howey, Little Rock School District Master Plan, 2014, p. 233.

a sink in a the counter ( Forest Park-27 ). All of the classrooms are equipped with smartboards and appropriate furnishings of various age. Classrooms are heated and cooled by air handlers suspended from the ceiling ( Forest Park-22 ). There is also a teacher resource room with new wood plank floors, gypsum wall board, and acoustical panel ceilings in excellent condition. The resource room has new upper and lower storage cabinets with counters with a photocopy machine ( Forest Park-31 ).

## Specialty Classrooms
The library has carpet tile floors, existing plaster walls, and acoustical ceiling panels with recessed, troffered light fixtures all in good to very good condition. The library has metal book shelving with wood library tables and chairs. The library has a technology at one end of the room with a center of ten computers ( Forest Park-34 ).

The music classroom has broadloom carpet, wood panel walls, and acoustical panel ceilings with lensed lighting fixtures (Forest Park-19). The acoustic ceiling panels are sagging, but the other finishes in the room are in good shape. The room is equipped with practice keyboards, tables and stools.

## Cafeteria
The cafeteria at the center of the building has a dining room, full kitchen, and a platform stage. The flooring on the dining area is a vinyl composition tile, the walls are plaster, and the ceiling is an acoustical panel ceiling with troffered, recessed light fixtures (Forest Park-8). The platform stage is not handicapped accessible. The dining room ceiling has some staining and slightly damaged panels, but on the whole is in good condition (Forest Park-9, 47). The serving line and kitchen are small and somewhat cramped, but fully equipped (Forest Park-43, 44, 45). The kitchen area has vinyl composition tile flooring, plaster walls, and plaster ceilings in fair to good condition. In the dining area, there are some minor cracks in the vinyl tile (Forest Park-46).

## Health Center
The health center at Forest Park has two patient beds and a desk for the nurse in a small room. (Forest Park-50). The floors are vinyl composition tile, and the walls are plaster which are in very good condition.

## Play Areas
Forest Park has three main play areas: a large area with a basketball court and playground equipment to the east of the building (Forest Park-1), a small playground with a walking track to the west of the building (Forest Park-17), and covered pavilion the size of a basketball court to

the southwest of the building (Forest Park-14). The playground areas have appropriate play equipment in very good condition for the particular age groups that they serve. The basketball court and walking track are both in very good condition as well. The covered pavilion has brick piers with iron gates and arched openings between the piers supporting a gabled roof with deep eaves. The gabled roof is held up with an intricate scissor trussed structure (Forest Park-16). The pavilion is in excellent condition.

## Portables
Forest Park has one portable classroom to the south of the main building.

## Building Code/ADA
Forest Park does not have an elevator, so wheelchair using students in the 2nd, 3rd, 4th and 5th grade would need to be accommodated in a downstairs classroom. Also, the library would be inaccessible to a wheelchair using student.

## Fulbright Elementary

Fulbright is a 66,892 square foot facility housing pre-K through 5th grade.[8] The school is organized in two stories of clustered, open classrooms to the south along a large open corridor, with specialized spaces such as the cafeteria and library to the north of the open corridor.

### Exterior

The exterior of the school is brick with aluminum windows in very good condition with no evidence I could see of leaks or movement in the walls (Fulbright-38).

### Corridors

The building is organized around one large corridor with vinyl composition tile floors, concrete masonry unit partition walls, and exposed open web trusses with tectum ceiling panels above the trusses. The corridor on the bottom floor has colored concrete floors with gypsum wallboard walls (Fulbright-18). The finishes in the building are worn, but well maintained so in good condition. The two stories are accessible by both stairs and a ramp (Fulbright-26). The rails of the ramp are only on one side; for ADA compliance, a handrail should be added to the other side and the rails should be extended to one foot beyond the start of the ramp.

### Restrooms

Short bridges connect the large corridor to the classroom clusters and contain restrooms for each classroom cluster (Fulbright-8). The restrooms have sheet vinyl flooring with gypsum wallboard walls and gypsum wallboard ceilings (Fulbright-15,16,17). The lavatory fixtures are in very good condition, with metal toilet partitions and solid plastic counters, all in very good condition. At one of the bridges to a classroom cluster is a handicapped accessible restroom (Fulbright-19). The accessible restrooms are equipped with the correct lavatory fixtures, bars and clearances (Fulbright-25).

### Classrooms

The classrooms are arranged in clusters of four arranged by grade, with a sink areas and storage areas common to each placed at the entrance to the cluster. The sink areas, two per cluster, have plastic laminate upper and lower cabinets, plastic laminate countertops, and a stainless steel sink (Fulbright-10, 12, 30, 33, 49). While for the most part, these sink areas are in good condition, under one of the sinks the cabinets showed a good deal of mold and rot from water (Fulbright-47). In addition, the acoustical panel ceiling in the sink areas also show some water damage (Fulbright-14, 27).

---

[8] Fanning Howey, Little Rock School District Master Plan, 2014, p. 237.

The entries to the classroom cluster also house a small storage/work space area for teachers (Fulbright-11, 31). The area has plastic laminate cabinets along one wall and a work counter with upper storage cabinets along the other.

The classrooms themselves have carpeted floors, gypsum wallboard walls, and acoustical ceiling panels with surface mounted light fixtures (Fulbright-43 to 46). The finishes in the classrooms are in good condition with some wearing of the carpet. The classrooms receive minimal natural light from windows, which are mostly covered. Classrooms are equipped with smartboards and the age appropriate furniture and equipment; chairs, tables, shelving, mats all in good condition.

### Specialty Classrooms

The specialty classrooms include the library, special education, and music. The library is a large open area to the north of the large corridor (Fulbright-21,22). A ramp leads from the corridor to the lower level of the library. The library space contains wood shelving, tables and chairs, computer stations and other library furnishings and equipment. The floors are carpeted, the walls are concrete masonry units, and the ceiling is exposed open web trusses with tectum ceiling panels above the trusses. The carpet, as in other areas, is worn, but the finishes are overall in good condition.

The special education classrooms are to the west of the library. The SPED classrooms consists of two adjoining rooms with a gypsum wallboard partition and then only a fabric divider between the two spaces (Fulbright-23,24). The finishes in the rooms are carpet on the floors, gypsum wallboard walls, and exposed open web trusses with tectum ceiling panels above the trusses, all in good condition. The rooms lack some of the requirements outlined by the Arkansas School Facilities Manual for special education spaces such as a sink, base cabinets, coat wardrobe and importantly, an operable partition between rooms.[9] The lack of a true divider between the rooms prevents acoustical privacy necessary for instruction and counseling between the two rooms.

The music room is to the west of the special education rooms. The music room has carpeted floors, gypsum wallboard and concrete masonry unit walls, and acoustical ceiling panels. The finishes for the room are in good condition. The room has no special accommodation for practice and performance. The room, however, is not handicapped accessible. The entrance to the room has four steps with railings that do not extend the proper length beyond the steps

---

[9] Arkansas Department of Education, <u>Arkansas School Facilities Manual</u> , Chapter 6, 6100 Series, Page 4

(Fulbright-20). A ramp was installed in the cafeteria that is used for accessibility to the stage and music room beyond, but the ramp does not meet ADA requirements because there are no handrails (Fulbright-6).

## Cafeteria

The cafeteria is to the west of the music room and connected by a stage to the music room. The cafeteria has stained concrete floors, concrete masonry unit and gypsum wallboard walls, and the ceiling is exposed open web trusses with tectum ceiling panels above the trusses (Fulbright-5).  The concrete floors are in poor to fair condition with gouges and scrapes throughout. The walls and the tectum ceiling panels are in good condition. The platform stage, as mentioned earlier, has a ramp to it that is non-compliant (Fulbright-6).

## Health Center

The health center for Fulbright is within the administrative area and has two patient beds, a desk for the nurse, and a water fountain (Fulbright-59). The flooring is vinyl composition tile, the walls gypsum wallboard, with acoustic ceiling panels and surface mounted lighting, all in good condition.

## Play Areas

The play areas are located to the south of the main building (Fulbright-42). The play areas have the appropriate play equipment in good condition with soft surfaces under the equipment as required. The basketball courts are in good condition.

## Portables

To the east of Fulbright's main building is a cluster of five portable buildings with ten classrooms (Fulbright-34).  The portables have paver paths between them, wood steps and landings, and roofing over the landings (Fulbright-35,37). The pathways are certainly prone to becoming muddy on rainy days as seen by the erosion on the ground. The pathways between the portables are not handicapped accessible, although at least one portable has an accessible ramp.

The interiors of the portables are in good condition with carpeted floors, wood paneled walls, and acoustical ceiling panels (Fulbright-36, 39).

## Building Code / ADA

As noted before, the most important ADA concern at Fulbright is the ramp onto the stage in the cafeteria as the sole accessible route into the music room. To correct this, either a compliant

ramp should be built, or a wheelchair lift added. In addition, there are some extensions to handrails that should be added.

A larger issue is that the classrooms and large corridor which acts as an exit access corridor are open to one another so there is not a fire rated door between the two. If a fire were to start in one of the classroom clusters, there would be no barrier between the fire and the corridor, the means of egress out of the building. Two approaches could be taken to create a fire separation; one would be to install doors and walls closing the classroom clusters to the corridor on the bridges to the classrooms. The second approach would be to install fire sprinklers throughout the building.

## Jefferson Elementary School

Jefferson Elementary is a 45,046 square foot facility built in 1949 that serves grades pre-K through 5.[10]

### Exterior

The exterior of the school is brick with aluminum windows (Jefferson-2, 39). The windows are replacements for the original windows are in good condition (Jefferson-30). An addition containing the media center is in fair condition with no visible cracks, but evident staining on the masonry (Jefferson-46). The aluminum windows in the addition are in good condition (Jefferson-24).

### Corridor

Jefferson is organized along one main corridor that steps down the hill that the school is built on (Jefferson-33). The floors of the corridor are vinyl composition tile, with vinyl stair treads and base, brick walls, and acoustic panel ceilings with recessed, lensed light fixtures (Jefferson-28). The vinyl flooring is in good condition except in some spots (Jefferson-54) as well as the vinyl stair treads (Jefferson-12). The masonry walls are in good condition, but the ceiling panels are sagging and have stains in some areas (Jefferson-36).

The main corridor and side corridors have a series of stairs that make the transition in grade down the slope. To provide handicapped accessibility, there are handicapped lifts at the stairs (Jefferson-12, 27, 54). The handicapped lifts do not continue all the way down the main corridor, so handicapped students who need to use the classrooms at the west end of the building must travel outside to reach those classrooms.

### Restrooms

The restrooms are mostly in good condition. The bathroom floors are ceramic tile with ceramic tile wainscoting, gypsum wallboard walls, and acoustic panel ceilings with recessed, lensed light fixtures. The lavatory fixtures are in very good condition with solid plastic partitions, and an ADA accessible stall and washstations all in very good condition (Jefferson-13,14,15). Other restrooms are similar and in similar condition (Jefferson-49, 50, 51). There has been some patching of tile (Jefferson-52).

---

[10] Fanning Howey, Little Rock School District Master Plan, 2014, p. 243.

## Classrooms

The classrooms are generally in good condition with carpeted floors, brick walls, aluminum windows, and acoustic panel ceilings with troffer light fixtures. The ceilings are in very good condition while the carpet is in good condition. The classrooms receive abundant natural light from the windows. Storage cabinets and wood shelving line the inner walls adjacent to the corridor in the classrooms; these are generally in good condition. (Jefferson-17, 48). Classrooms are equipped with smartboards and the age appropriate furniture and equipment; chairs, tables, shelving, mats all in good condition (Jefferson-16, 17, 29, 31).

Some of the classrooms have acoustic panel ceilings with some minor sagging, but on the whole the classrooms are in very good condition (Jefferson-34, 35).

## Specialty Classrooms

The specialty classrooms at Jefferson include the media center, music room, art room, computer classroom, and special education. The media center is a separate addition to the school attached by a hallway (Jefferson-26). The media center itself is a single, long, rectangular room with reference desk and offices at the entrance and large windows at the end of the room (Jefferson-23). The finishes are carpeted floors, concrete masonry unit walls, and acoustic ceiling panels with recessed, lensed, lighting fixtures, all in good condition. Tables, chairs, bookshelves, lounge furniture, and floor mats are placed throughout; all are in good condition and appropriate for an elementary school media center. The teachers have creatively curtained off a space to create smaller learning areas as well (Jefferson-25).

The music room is a standard classroom furnished with musical instruments and equipment (Jefferson-47). The art classroom is accessed through a stairway and has an exterior door, as such, it is only handicapped accessible from the exterior of the building (Jefferson-41). Large windows line the north side of the room creating appropriate natural lighting for creating art work. The floor of the room is exposed concrete with some chips and gouges, the walls are brick and gypsum wallboard, and the ceiling has acoustical ceiling panels with surface mounted light fixtures. The room is equipped with appropriate chairs, tables and a drying rack for ceramics.

The computer classroom or technology laboratory is located in the wing with the media center (Jefferson-18, 19). The technology laboratory has vinyl composition tile floors, concrete masonry unit walls, acoustical ceiling panels with recessed, lensed, lighting fixtures, all in good condition. The room is equipped with computers, a teacher's station, smartboard, and bookshelves.

The special education classroom has the same finishes as the typical classrooms, but is inadequate in that it does not provide for the two required, separated areas as shown in the Arkansas School Facilities Manual.[11] Instead, there are haphazard partitions that do not provide privacy or acoustic separation between the two required areas (Jefferson-37, 38).

## Cafeteria

The cafeteria is composed of a dining area with a platform stage and a full kitchen with serving line. The dining area has vinyl tile floors, concrete masonry unit walls, and an acoustic panel ceiling with recessed, lensed, light fixtures, all in good condition (Jefferson-5). The platform stage is only reached by steps in wings at the side of the stage, so it is not handicapped accessible (Jefferson-6). The acoustic ceiling tile above the platform stage has a damaged tile, but is in overall good shape (Jefferson-8).

The serving line has quarry tile floors, ceramic wall tile, and acoustic panel ceilings with recessed, lensed, light fixtures (Jefferson-9). The kitchen area has the same finishes with glass block openings containing operating clear glass windows (Jefferson-10,11). The finishes are generally in good condition with some wear on the quarry tile. The kitchen equipment appears to be in working order and in good condition.

## Health Center

The health center has one bed, two waiting room chairs, a desk and some miscellaneous storage cabinets (Jefferson-56). The finishes are vinyl composition tile, gypsum wall board walls, and acoustic ceiling panels. Adjacent to the health center is a handicapped accessible restroom with sink and toilet (Jefferson-57). The storage cabinet placed in the restroom may prevent a wheelchair using student from using the restroom. The finishes in the restroom are the same as in the health center and in good condition.

## Play Areas

The play areas are located at the front of the building to the east and in back of the building to the west. The play areas at the front of the building are fenced with play equipment for students in the Pre-K to 2 grades (Jefferson-3). The play area is surrounded by a vehicular drop-off to the front of the school, a parking lot to the south, and a street to the east, making for a hazardous situation if children were to leave the control of their teachers.

The play areas to the west and in the back of the school building are much larger and are for the 3rd to 5th graders. The facilities include a large field, basketball court, play area with

---

[11] Arkansas Department of Education, Arkansas School Facilities Manual , Chapter 6, 6100 Series, Page 4

appropriate equipment and soft surfaces below, and further to the west, a small walking track with an outdoor classroom area (Jefferson-43, 44, 45). The school's property extends even further to the west than the walking track. The walking track is in poor condition, but overall, these facilities are in good condition.

## Portables

There are no portables at Jefferson Elementary.

## ADA / Building Code

The major accessibility issue for Jefferson is for wheelchair bound 3rd to 5th graders. To access their classrooms, these students need to be brought to an entrance at the bottom of the hill at the west end of the building, which has worked before according to the school personnel, but does not allow the student by themselves to go from the front offices of the school to their classroom. Additionally, the art room does not have an accessible path for any wheelchair bound student.

## Stephens Elementary School

Stephens Elementary School is a 77,987 square foot facility built in 2000 that houses Pre-K to fifth grade students.[12]

### Exterior

The exterior of Stephens Elementary is brick with a split face concrete masonry unit base, aluminum windows and metal roofs (Stephens-1). The exterior of the building is in excellent condition with no apparent cracks or streaks indicating any problems.

### Corridors

The main entry corridor is very distinctive with a ceiling that rises up to a central rotunda (Stephens-4). A series of linear, pendent light fixtures hang at the center of the corridor. The finishes in the main entry are vinyl composition tile, concrete masonry unit and gypsum wallboard walls, and gypsum wallboard ceilings, all in excellent condition.

The other corridors in the building have vinyl composition tile floors, concrete masonry unit walls, and acoustic panel ceilings with recessed, troffer lighting. The condition of most hallways is excellent save a slightly bowed acoustic panel and an area in a basement corridor where a pipe in the ceiling is leaking (Stephens-27, 33).

### Restrooms

The restrooms in most of the facility have sheet vinyl floors with integral coved bases, concrete masonry unit or gypsum wallboard walls, and acoustic ceiling panels (Stephens-6,7,. The toilet partitions are solid plastic partitions and sinks are placed in plastic laminate countertops with wall to wall mirrors and down lighting at the mirrors (Stephens-26). The condition of these restrooms are excellent and all are ADA accessible.

At the entrance to the cafeteria, there is a larger restroom with group hand wash stations at the entrance and mirrors (Stephens-40). Inside the restroom doors, there are just water closets and urinals with the same finishes as the other restrooms. The restrooms are in excellent condition with very little wear.

---

[12] Fanning Howey, Little Rock School District Master Plan, 2014, p. 263.

## Classrooms

Classrooms were designed to be state of the art in Stephens. For the pre-K and kindergarten classrooms, there are a variety of learning areas with built-in cabinets and equipment to accommodate a variety of learning activities. The center of the kindergarten rooms are carpeted with desks and chairs, but at each of the sides of the room there are different built-ins (Stephens-16). At one edge of the room there is a sink in a counter with upper and lower cabinets as well as large wardrobe sized storage (Stephens-18). The flooring is vinyl composition tile to allow for wet and messier hand-on learning activities. On another wall there are pull down white boards along the entire wall with book storage behind the white boards. At a corner of the room, there is a separate play area with cubbies for storage, white board, and play mats (Stephens-21). The pre-K rooms have access right from their rooms to a small, outside play area as well as a small restroom in each classroom (Stephens-20, 17). The pre-K rooms are well outfitted with play equipment (Stephens-19). The classrooms have carpeted and vinyl composition tile floors, concrete masonry unit and gypsum wallboard walls, and acoustical ceiling panels with linear pendant fixtures with up and down lighting, all in excellent condition.

The upper grades, while absent all of the play equipment of the lower grades, have a similar layout to the kindergarten classrooms. In a fifth grade classroom, there is no play equipment, but all of the multiple learning areas as in the kindergarten classrooms (Stephens-11, 12, 13). The room finishes are the same and are in excellent condition as well.

## Specialty Classrooms

Stephens Elementary has a number of specialty classrooms, such as computer, music, art, and a media center. Stephens also has a special complex of classrooms named the "Cyber Time and Space Travel Theater." The computer classroom is near the entrance of the facility and has computers for more than 24 students (Stephens-3). In addition to computers arrayed throughout the room, the computer room has an open area to gather students around and talk to them as a group. The finishes in the computer classroom are carpet, concrete masonry unit walls, and acoustic ceiling panels with linear pendant fixtures with up and down lighting, all in excellent condition.

The music classroom is adjacent to the platform stage in the dining room and includes access to the stage via steps and a small set of risers at the back of the room (Stephens-46). The classroom has storage as well as the typical smartboard (Stephens-48). While the room is large enough to fit classes for instruction, the volume is no more than a standard classroom which does not provide ideal acoustics. The room finishes are carpet, concrete masonry unit walls, and acoustical panel ceilings with recessed, lensed lighting fixtures. The condition of the room is excellent except for a small tear in the carpet (Stephens-47).

The art classroom is located on the lower floor level and is the size of a standard classroom with most of the same casework (Stephens-37). There are only a few windows in the room so natural light will not be plentiful, a negative for an art room. The finishes in the art room are a vinyl composition tile floor, concrete masonry unit walls, and acoustic ceiling panels with linear pendant fixtures up lighting the room. The condition of the finishes are excellent except for a strip of vinyl cove base that has come off of the wall (Stephens-38).

The media center is at the end of the entrance axis and is a large, diamond shaped room with two large walls of windows. The center is furnished with tables, chairs, low book cases, library equipment, reference desk and play rugs. The finishes in the media center are carpeted floors, with gypsum wallboard walls, acoustic ceiling panels and linear pendant fixtures with up and down lighting, all in excellent condition.

The Cyber Time and Space Travel Theater is a specialized learning facility at the western end of the school. The Theater is accessed from the floors below by a large ramp that also serves the cafeteria, gymnasium and other specialized classrooms (Stephens-28). The entrance to the theater with colored LED lights leads to a classroom with theater seating, display cabinets, and a large projection screen (Stephens-30). This theater room has carpet, gypsum wall board with plastic laminate casework on the walls, and black acoustic ceiling panels with recessed downlights and linear pendant fixtures with up lighting, all in excellent condition.

Adjacent to the theater is a classroom with movable seating and tables, counter seating with pin-up boards, casework, a built in teacher's desk, and a digital projector (Stephens-31, 32). The room has carpeted floors, gypsum wallboard walls with pin-up boards, and acoustic ceiling panels with linear pendant fixtures with up and down lighting, all in excellent condition.

## Cafeteria

The cafeteria is a large, two story volume with clerestory windows and a platform stage (Stephens-34). The stage can accessed by wheelchair users through a ramp (Stephens-36). The floor of the cafeteria has some cracking and bubbling, but overall, the dining space is in excellent condition.

The serving line and kitchen are open to one another and separated from the dining room (Stephens-43, 44, 45). The serving line area and kitchen have sheet vinyl floors, coated washable walls, and acoustic ceiling panels with recessed, lensed fixtures. The kitchen equipment all appears to be in very good condition.

### Gymnasium

The gymnasium is located on the lower level and is designed to be accessed by the community after school hours (Stephens-42). The gymnasium has a full basketball court with a small recessed spectator area to one side. The structure is a steel moment frame with non-bearing concrete masonry unit walls, clerestory windows, and a panel ceiling over steel purlins. The basketball court has a hardwood floor and all the finishes are in excellent condition.

### Health Center

The health center, located near the school entrance, is a large room with three patient beds that can be separated by curtains on overhead tracks, a sink area with upper and lower storage cabinets, and room for a nurse's desk (Stephens-5). The center's finishes include vinyl composition tile floors in very good condition, gypsum wallboard walls in excellent condition, and acoustic ceiling panels with recessed, lensed light fixtures in excellent condition.

### Play Areas

The outside play areas are located to the east of the school building and separated by a small drive from the east exit to the school. The play areas are open to the school and the community and include not only play structures, but also a small outdoor classroom (Stephens-24). The play equipment is in very good condition.

### Portables

There are no portables at Stephens Elementary.

### ADA / Code Issues

There are no code or ADA issues that I could see at Stephens Elementary. The entire building is sprinkled, so many of the fire code issues found at some of the other school facilities are non-existent at Stephens.

## Washington Elementary School

Washington Elementary School is an 89,800 square foot facility built in 1989 that houses Pre-K to fifth grade students.[13] The school is arranged in three double-loaded corridors of classrooms, two of them ring around open courtyard spaces.

### Exterior

I was not able to thoroughly examine the exterior of the building, but from what I saw, the exterior is in good condition.

### Corridor

The corridors of the school as mentioned before are double loaded with classroom spaces. The corridors have vinyl composition tile floors with an integral base, concrete masonry unit walls, and acoustic ceiling panels with recessed troffer lighting fixtures (Washington-8). All of the finishes are in very good condition.

### Restrooms

The restrooms have freestanding group hand wash stations in the corridor outside the restrooms (Washington-21). The floors are a vinyl composition tile with integral base, concrete masonry unit walls, and an acoustic panel ceiling. The tile is a bit worn and dirty, but in good condition. The other finishes are in good condition overall.

The interior of the restroom contains urinals and water closets and is in fair condition (Washington-22). The paint on the concrete masonry unit walls has peeled and bubbled from water exposure, but the sheet vinyl floors are in worn, but good condition and the fixtures are in good condition. The waterclosets and stalls are in good condition, although the handicapped stall is an alternate stall and not a fully accessible stall (Washington-23). The mirrors in the restroom are rusting and in poor condition (Washington-24).

### Classrooms

The classrooms are similar from grade to grade. The pre-K and kindergarten rooms have carpeted floors, concrete masonry unit walls, and acoustic ceiling panels with recessed, troffer light fixtures (Washington-4). The kindergarten classrooms also have a sink and counter area with upper and lower storage cabinets (Washington-6). The kindergarten classrooms also have their own water closet within the room (Washington-7). In the particular kindergarten classroom, there are water stains on some of the acoustic ceiling panels at the front of the

---

[13] Fanning Howey, Little Rock School District Master Plan, 2014, p. 269.

room, showing a possible leak (Washington-5). Otherwise, the finishes and furnishings are in good to very good condition.

In classrooms for the higher grades, there is less play equipment, but the classrooms are basically the same layout and finishes (Washington-10, 11). The sink area with its plastic laminate countertop and wood undercabinets is in good condition (Washington-12). Other classrooms are again very similar (Washington-13, 14, 15).  The water stains on acoustic ceiling panels occurs in some of these classrooms as well, otherwise finishes are in good condition (Washington-17).

### Specialty Classrooms

Washington Elementary has a number of specialty classrooms including an art room, computer lab, music room, and a media center. The art room is a standard classroom with large tables and chairs to allow students to work (Washington-25). The art room differs from a standard classroom also by the vinyl composition tile floors which allow for easier clean-up.

The computer lab is a larger classroom space that can hold two classes at once (Washington-28). The room has two long tables with computer workstations, technology cart, a teacher's desk, and the standard sink counter and cabinet storage found in the other Washington Elementary classrooms. The finishes are the same as in the other classrooms except the flooring is vinyl composition tile. All of the finishes in the computer classroom are in good condition.

The music room is located adjacent to the platform stage of the dining room and has a ramp to connect with the stage (Washington-29). The music room is larger, wider, and has a higher ceiling than a standard classroom, which will help with the acoustics of playing musical instruments. The room is also equipped with a set of built-in risers. The finishes in the room are vinyl composition flooring, concrete masonry unit walls, and acoustical ceiling panels with recessed, lensed light fixtures. A number of the acoustical ceiling panels are stained, but overall the room is in good condition (Washington-30).

The media center is at the center of the school building with doors out to one of the courtyards (Washington-38). The media center is a large volume with windows at one end and six skylights to provide natural light throughout. The media center is furnished with shelving, tables, chairs, a reference desk, and the appropriate library equipment. A large screen and computer projector are in the center of the room. The room has carpeted floors, concrete masonry unit walls, and acoustical ceiling panels with recessed light fixtures. The condition of the room, equipment and furnishings is very good.

## Cafeteria

The cafeteria consists of a dining area with a platform stage and a full kitchen. The kitchen was not available to see during my tour of the facility. The dining area consists of long, high space with windows on both sides and exposed steel roof trusses (Washington-1). The finishes are vinyl composition tile on the floors, concrete masonry unit walls with aluminum windows and doors, exposed ductwork, and exposed steel trusses with insulation. The finishes are in very good condition.

The stage area has two risers to reach the top, but is handicapped accessible from the music room behind it (Washington-2). The platform stage has vinyl composition tile floors and treads, concrete masonry unit walls and acoustic ceiling panels with recessed troffer light fixtures all in good condition.

## Gymnasium

The gymnasium is located at the opposite end of the school from the dining room. The gymnasium, like the dining room, is a large, open, high volume space with a pitched roof supported by exposed steel trusses (Washington-39). The space has a basketball goal  but is not a full court size. The finishes are a vinyl composition tile floor, concrete masonry unit walls, and exposed steel trusses with insulation. The finishes are in very good condition.

## Health Center

The health center has two patient beds, a sink in a countertop with undercounter storage, and a refrigerator (Washington-34, 36). Adjoining the room with the patient room is a full accessible restroom with sink, watercloset with grab bars, and mirror (Washington-35). The finishes in the health center are vinyl composition tile floors, concrete masonry unit and gypsum wallboard walls, and acoustical ceiling panels. Some of the floor tiles are stained in the restroom, but otherwise the finishes are in good condition.

## Play Areas

Play areas are to the west of the building and in the open courtyard area. The larger play areas to the west of the building include the appropriate equipment for the older age groups with soft surface areas below the equipment (Washington-9). In the courtyard, there is play equipment for the younger grades with a soft surface underneath (Washington-3).

## Portables

There are no portables at Washington Elementary.

## ADA / Code Issues

The one issue for Washington Elementary is to create standard handicapped accessible stalls in the restrooms.

## Wilson Elementary School

Wilson Elementary School is a 38,839 square foot facility constructed in 1927 and then receiving major renovations and additions in 1980 (Wilson-5).[14] Wilson serves grades pre-K through 5th grade.

### Exterior

The exterior of school is brick masonry with aluminum windows and doors capped with flat roofs (Wilson-2). The brick masonry is in good condition overall. The windows are in generally good condition with no signs of leaks (Wilson-3, 23, 42). Roofs look as if they have been replaced as evidenced by the new aluminum coping (Wilson-61). One area still has a small overhang from the existing building that requires scraping and painting (Wilson-41). The library appears to be an addition from the 1980 work to the facility and on the exterior, is in good condition.

Mechanical, plumbing and electrical services have accreted on the exterior of the building as these services have been changed over time (Wilson-14, 16, 40, 60). The problem with so many of these exterior services is penetrations into the building envelope due to these that can let water in over time.

### Corridors

The main exterior entrance to the school has a concrete ramp for handicapped accessibility. While the slope of the ramp appears correct, the guardrails do not extend out past the beginning of the ramp as they should and there is no handrail properly sized and at the proper height (Wilson-4).

Interior corridors vary in condition. The corridor leading to the cafeteria has vinyl composition tile floors, ceramic tile wainscoting, plaster walls, and acoustic ceiling panels with recessed, troffer light fixtures, all of which are in good condition (Wilson-6).

Other corridors show much more wear as in the corridor leading to classrooms 19 & 20 (Wilson-57). The stained concrete floors are clearly worn, but then well waxed to provide as much protection as possible ( Wilson-57). The stair is equipped with a wheelchair lift as required for accessibility, but there is no handrail on the other side of the stair.

---

[14] Fanning Howey, Little Rock School District Master Plan, 2014, p. 277.

In the corridor leading to classrooms 14 through 17, there is a ramp which has approximately a 1:10 slope, under the maximum 1:12 slope for a handicapped ramp (Wilson-64). However, the ramp exceeds the 30 foot maximum length for a ramp and does not provide a level landing at the boy's bathroom. The finishes are polished concrete with a ceramic tile base which are in fair condition, concrete masonry unit walls, and acoustic ceiling panels.

Corridors also have water fountains with wheelchair and standard heights (Wilson-27, 58).

A code issue in the corridors are the transom windows (Wilson-43, 44, 53). Unless a building has a sprinkler system throughout, there must be a one hour rated separation between the exit corridor and rooms opening onto that corridor. The transom creates a break in the fire separation. Remedies would be to back the transoms with a fire rated partition or to sprinkle the building.

### Restrooms
Restrooms are located along the hallway entering into the building, a girl's bathroom at the end of the hallway, and a boy's restroom at the northeast wing. An accessible restroom and two other small restrooms are located in the hallway leading to the cafeteria. The boy's bathroom at the northeast wing has a group wash station, two urinals and three standard stalls, but no accessible stalls (Wilson-65, 66). The floors are sheet vinyl that move up the wall to become wainscoting behind the wash station and urinals. An older ceramic tile wainscot lines the other walls. The walls above the wainscot are the original plaster and the ceiling is acoustic panels with surface mounted linear light fixtures. The toilet partitions are metal. All the finishes and fixtures in this restroom are in good condition.

The accessible restrooms in the corridor to the cafeteria have accessible stalls and a lavatory (Wilson-24). The floors are sheet vinyl and walls are concrete masonry units with solid plastic toilet partitions, all in good condition.

### Classrooms
The classrooms are all arranged in wings along double loaded corridors. A typical upper level classroom has a wall of closet storage along the inner corridor wall, and bookshelves below windows that extend across an entire wall of the classroom (Wilson-7,9, 11). The classrooms also have smartboards installed on top of the existing whiteboards and some bulletin boards as well. Windows have operating roller blinds (Wilson-10). The classrooms are furnished with tables and chairs, but there is less furniture and equipment than in some other schools in the district. Finishes include carpeted floors, the original plaster walls and wood cabinetry and acoustic ceiling panels with recessed troffer light fixtures. The walls, doors and cabinets are

mostly in fair condition, with a good number of dents and scrapes in walls and doors (Wilson-8). Acoustic ceiling panels in all of the classrooms vary from good to poor condition with stains, scrapes, and warping or missing (Wilson-35, 55, 63, 70, 72).

Pre-K and kindergarten classrooms have the same built-ins and finishes as the upper level classrooms, but with round tables, bookshelves, play mats and play equipment (Wilson-51, 54, 56). The kindergarten rooms do also have a sink, but with very limited storage and counter space (Wilson-52). The amount of play equipment, however, is much less than in other elementary schools in the district.

### Specialty Classrooms

The specialty classrooms at Wilson Elementary include a music, teacher resource rooms, special education, computer classroom and library. The music room is a standard classroom equipped with musical instruments (Wilson-13). The teacher resource rooms are standard classrooms with additional shelving added for storage materials (Wilson-28, 29). There are some additional classrooms which appear to be used as teacher resource rooms as well (Wilson-32, 32).

The special education classroom is a standard classroom divided by a shoulder high book case (Wilson-67, 68, 69). As discussed for other SPED classrooms, there is required by the Arkansas School Facilities Manual, a movable partition that would seal off one room from another.[15]

The computer classroom is a standard classroom with approximately 25 computer workstations placed on desks with chairs and additional whiteboards (Wilson-81, 82). The classroom is in fair to good condition with some noticeable warping of acoustic ceiling panels and the same issues with wall and cabinetry condition.

The library is clearly an addition completed in 1980. A long, low main room with a large window at the end of the room, the library is equipped with chairs, tables, bookshelves, and reference materials (Wilson-46,47, 48). The library has carpeted floors, gypsum wallboard walls, and acoustic ceiling panels with recessed, troffer, light fixtures. The acoustic ceiling panels have a number of stains and chips in them (Wilson-49, 50).

### Cafeteria

The cafeteria is a large, high ceilinged space with large windows on both sides and a platform stage (Wilson-20). The cafeteria is equipped with folding tables and also has a computer projection system with a motorized screen. The finishes in the cafeteria are vinyl composition

---

[15] Arkansas Department of Education, Arkansas School Facilities Manual , Chapter 6, 6100 Series, Page 4

tile, ceramic tile wainscot with plaster walls and acoustic ceiling panels with recessed, lensed light fixtures all in good condition. The heating ventilating and cooling system is ducted into the cafeteria space through a panel in a window, inviting leaks (Wilson-21).

The kitchen area has a serving line with a full kitchen. The finishes in the kitchen area are epoxy floor, with ceramic tile walls, and acoustic ceiling panels with recessed, lensed light fixtures (Wilson-17, 18, 18). The floors are a bit worn, but the walls and ceiling appear to be in good condition. The kitchen equipment also appears to be in fair to good condition in terms of wear.

### Gymnasium
There is no gymnasium at Wilson Elementary School.

### Health Center
The health center at Wilson has two patient beds side by side with no separation, a desk for the nurse, and some storage cabinets (Wilson-83, 84). The floors are vinyl composition tile and the walls are concrete masonry units, both in good condition.

### Play Areas
The play areas are to the south and east of the school building. The areas consist of fields with three separate play areas with equipment (Wilson-36, 37, 38). The play equipment is in good condition with the appropriate equipment for the various grade levels. To the east of the school building is a series of basketball courts in poor condition with cracked and broken surfaces and goals in various states of wear (Wilson-78, 79, 80).

### Portables
There are no portables at Wilson Elementary School

### ADA / Code Issues
As described above, the ADA / Code issues are:
- The main exterior entrance to the school has a concrete ramp for handicapped accessibility. While the slope of the ramp appears correct, the guardrails do not extend out past the beginning of the ramp as they should and there is no handrail properly sized and at the proper height (Wilson-4).
- Interior stair is equipped with a wheelchair lift as required for accessibility, but there is no handrail on the other side of the stair.
- In the corridor leading to classrooms 14 through 17, there is a ramp which has approximately a 1:10 slope, under the maximum 1:12 slope for a handicapped ramp

(Wilson-64). However, the ramp exceeds the 30 foot maximum length for a ramp and does not provide a level landing at the boy's bathroom.

- A code issue in the corridors are the transom windows (Wilson-43, 44, 53). Unless a building has a sprinkler system throughout, there must be a one hour rated separation between the exit corridor and rooms opening onto that corridor. The transom creates a break in the fire separation. Remedies would be to back the transoms with a fire rated partition or to sprinkle the building.

## Cloverdale Magnet Middle School

Cloverdale Middle School, a 114,479 square foot facility built in 1957, serves grades 6 through 8 (Cloverdale-1).[16]

### Exterior

The school is a series of interconnected freestanding wings. The exterior of the buildings range from failing to good condition. The failing exterior is a classroom wing with large diagonal cracking throughout, indicating movement of the foundation of the building (Cloverdale-84, 85, 86, 140). If left alone, the building will continue to shift and begin to crack apart in structural failure. The best option for this wing would be demolition.

Other exteriors of the wings of the school are in fair to good condition. The entry building is in good condition with brick masonry walls, aluminum storefront door system, and a metal fascia with pitched metal roof (Cloverdale-165, 26). The most northern wing of the school's exterior is in good condition with a concrete base, brick masonry walls, and metal roof and fascia (Cloverdale-87).

The cafeteria is also in good condition on the exterior with brick masonry walls, aluminum windows and doors, and a metal roof and fascia (Cloverdale-3).

### Corridors

Cloverdale is divided into a series of long, single and double loaded classroom wings interconnected with open air, roofed corridors and walkways (Cloverdale-2, 65).  At a distance from the complex, but attached by a covered walkway, is the cafeteria (Cloverdale-3). The covered walkways pose a number of difficulties. Students are not protected from the weather as they move from class to class in a middle school setting, doors and walls are not well protected from the elements and temperature changes leading them to deteriorate faster, and the buildings are less secure because there is greater opportunity to enter the school complex. In some areas where there are classrooms double loaded onto the corridor, there is no natural light in an exterior corridor and the corridor is only dimly lit by exterior sodium lamp fixtures, again creating an unsafe situation. In taking photograph Cloverdale-44, I had to use my camera's flash to expose the conditions (Cloverdale-44). The floors are a bare concrete slab, the walls are painted brick with a clerestory window that at one point brought in light before the corridor was roofed over, the ceiling is painted strandboard, and as stated before, underlit by exterior sodium lamp fixtures. The finishes of single loaded exterior corridors are concrete slab,

---

[16] Fanning Howey, Little Rock School District Master Plan, 2014, p. 281.

masonry walls, strandboard ceilings, and pipe columns to prop up the open side (Cloverdale-2, 65). The ceilings and doors in these corridors are in poor condition generally with scrapes, dents, cracks and chips (Cloverdale-30, 88, 77, 83, 92, 97, 152). A pipe column has also begun to move and cracked the concrete slab (Cloverdale-147).

The exterior canopy to the cafeteria is in good condition with steel canopy frames, steel decking for roofing, and concrete walkways. A compliant handicapped accessible ramp connects the ground level with the level of the school (Cloverdale-27).

Two buildings have internal corridors, the northernmost building and the front building with the main office (Cloverdale-98, 153). The corridor the northernmost building is in fair to poor condition with chipped and patched vinyl composition tile, painted masonry walls in fair condition, coffered gypsum wallboard ceilings in good condition with linear uplighting fixtures (Cloverdale-98). Lockers in the corridor are dented and rusting (Cloverdale-114). The corridor in the front building is in good condition with vinyl flooring, concrete masonry unit walls, and acoustic ceiling panels and recessed, troffer light fixtures (Cloverdale-153). The lockers in this corridor appear in good condition.

## Restrooms

The conditions of restrooms in Cloverdale range. In the cafeteria building, the restrooms have a lavatory system with mirrors, urinals water closets and ADA accessible stalls (Cloverdale-20, 21, 22). The epoxy coated concrete floors are stained and have some chips, the concrete masonry unit walls are in good condition, and there are some acoustic ceiling panels out of place, but in good condition. The restrooms is lit by a lensed linear fixture over all of the fixtures. The restroom is generally in good condition.

In the northernmost wing of the school with the interior corridor, the restrooms have a lavatory system with mirrors above, urinals, water closets and ADA stalls (Cloverdale-124, 125, 128). The floor is ceramic tile that has some wear, ceramic tile wainscot with concrete masonry unit walls, and solid plastic toilet partitions, generally in good condition.

In the front wing with the office, the restrooms have a lavatory system with mirrors above, urinals, water closets and an alternate ADA stall (Cloverdale-160, 161, 162). The finishes are in fair condition with worn epoxy resin floors over concrete, concrete masonry unit walls and acoustic ceiling panels with surface mounted, lensed light fixtures.

*Classrooms*

The classrooms are generally in poor condition. Classrooms in Cloverdale tend to have fewer built-in cabinets, have classroom furniture and equipment in worse condition, and finishes in worse condition than other schools in the district. Some classrooms potentially have old vinyl asbestos tile that is fraying, potentially releasing asbestos fibers for people to breath. Also, most of the classrooms are cooled by residential type air conditioning equipment, an inefficient and many times ineffective method to cool. Many classrooms have small or no windows, leaving classrooms with no natural light and further exacerbating the problem of ventilating.

Finishes and equipment tend to be in fair to poor condition. Classroom 13 has some upper and lower storage cabinets in the room, but a countertop repaired with contact paper (Cloverdale-66). The acoustical ceiling panels in this classroom have some staining on them, particularly a large water stain where fire and bell equipment are located (Cloverdale 67, 70). This classroom also potentially has vinyl asbestos tile, usually recognizable by its 9" x 9" dimensions rather than today's standard 12" x 12" (Cloverdale-69). The floor tile in this room has no visible fraying, but the potential to release asbestos fibers is there. Classroom 13 also has only one residential window type air conditioning unit for cooling (Cloverdale-68). The painted concrete masonry unit walls, however, appear to be in good condition.

In classroom 14, there are similar conditions with interior finishes. Acoustical ceiling panels are ill-fitting and warped (Cloverdale-72, 74). Floor tiles are also potentially vinyl asbestos tile, unfrayed, but with the potential to cause harm. This classroom is also cooled by a residential, window air conditioner (Cloverdale-75).

Classroom 32 has an arrangement of tables and seats, some whiteboards, and bulletin boards. The room does also have a smartboard and technology carts with laptops for the students (Cloverdale-100).  The room has some small windows in addition to the residential window air conditioning units found throughout the classrooms (Cloverdale-102). The flooring is the smaller sized, vinyl asbestos tile but with a number of gouges, potentially releasing asbestos fibers. The acoustic ceiling panels are bowed, and a large ceiling diffuser is cut into the grid and has stained surrounding panels (Cloverdale-108).

In classroom 34, similar finishes are used (Cloverdale-89). Acoustic ceiling panels are worn and utilities that should run above the acoustical panel ceiling run below (Cloverdale-90). The vinyl asbestos floor tile here is broken and frayed at the entrance to the classroom, potentially releasing asbestos fibers (Cloverdale-91).  The concrete masonry walls are in good condition.

Classroom 46B is a classroom with finishes in good condition (Cloverdale-129, 130). The classroom has carpeted floors, gypsum wallboard walls, large windows, and acoustic ceiling panels with recessed, lensed light fixtures, all in good condition. The room is furnished with long tables and chairs, six desktop computers, and a ceiling mounted computer projector.

Classroom 49B has different finishes with carpet, concrete masonry unit walls, and acoustical ceiling panels with recessed, lensed light fixtures (Cloverdale-110). The acoustical ceiling panels are in good condition (Cloverdale-112), but the carpet is worn and needs replacement (Cloverdale-111).

### Specialty Classrooms

The specialty classrooms at Cloverdale include an art, music, band, computer, aerospace & technology, science lab, and library. The school also has a number of teacher and parent resource rooms.

The art classroom has a series of large tables and chairs for working on artwork, and has a long counter with a sink with upper and lower cabinet storage (Cloverdale-57, 58). There are no windows for any natural light in the room, a disadvantage for an art classroom. The flooring is vinyl composition tile, useful for clean-up in an art room. There are only two shelving systems for storing artwork. The walls are gypsum wallboard and the ceiling is composed of acoustical ceiling panels with recessed, troffer lighting. The finishes in the art room are in good condition, but the acoustical panel ceiling has some damage.

Classroom 33, a music classroom does not have the most basic furnishings and equipment (Cloverdale-93). At the teacher's desk, there are two keyboards, but no other keyboards visible in the room for students. Instead, there are tablet arm desks for the students. The corridor side of the room has a long counter with a hand sink and a lab sink with storage underneath (Cloverdale-94). The flooring is vinyl asbestos tile, with a number of gouges and scrapes (Cloverdale-95). The walls are concrete masonry units in good condition, with the residential window air conditioner and acoustical ceiling panels with surface mounted lensed lighting fixtures in good condition (Cloverdale-96).

The band room is a large room with carpeted floors, paneled walls, and acoustic ceiling panels with surface mounted light fixtures (Cloverdale-135). The room has a number of storage rooms for the band instruments and racks as well. The room does not have enough volume for its use as a band room to have the best acoustics for practice.

The finishes in the band room are in fair condition, the carpet is worn with some stains, the paneled walls have some dents and repairs with doors that are clearly worn (Cloverdale-138). The ceiling has some panels out of place, but is in generally good condition (Cloverdale-137).

The computer classroom is a typical classroom furnished with tables, chairs and desktop computers (Cloverdale-78, 80). The floors are vinyl asbestos tile, which are worn and have a number of chips (Cloverdale-81). The walls are painted concrete masonry units in good condition and acoustic ceiling panels with surface mounted, lensed, lighting fixtures. The acoustical ceiling panels sag and are in poor condition (Cloverdale-79).

The aerospace and technology classroom is where students can build models and learn about aerospace (Cloverdale-119, 120, 121). The classroom is equipped with long tables and chairs, and full height wood cabinetry for storage. Next door is a classroom for robotics work with long tables, chairs, carts and robotics kits (Cloverdale-116, 117). The doorway to this room has chipped and broken vinyl asbestos tile (Cloverdale-115).

The science lab is a classroom ringed with counters and sinks with gas cocks, and with under and upper cabinet storage (Cloverdale-157, 158). The sinks are working, but the gas cocks do not supply gas. The room is furnished with lab tables and chairs, and there is a teacher's demonstration table at the front of the room. The lab has vinyl composition tile floors, concrete masonry unit walls and acoustic ceiling panels with recessed, troffer lighting fixtures, all in good condition.

The library is a large room furnished with tables and chairs, lined with metal bookshelves and freestanding bookshelves (Cloverdale-141, 143). The library has a small reference desk and a librarian's office with glass walls overlooking the main room. The library has carpeted floors, concrete masonry walls in fair and good condition. The acoustic ceiling panels have a patchwork of replaced panels with recessed, troffer, light fixtures, mostly in good condition. This large room is cooled by only two residential, window type air conditioners, which is not adequate according to the librarians (Cloverdale-142).

## Cafeteria
The cafeteria is placed in a separate building built in 1991 (Cloverdale-3). The dining room is a large, tall ceilinged room with a platform stage, smaller dining room, and its own restrooms. The dining room has vinyl composition flooring, concrete masonry unit walls with large windows to the north, and acoustic ceiling panels with recessed troffer light fixtures. The ceiling panels are in fair condition with some panels bowed and a broken grid (Cloverdale-11).

The platform stage is accessible from steps at the front of the stage and a ramp located in a room behind the stage (Cloverdale-12, 13, 14). The room behind the stage has some stained and broken acoustic ceiling panels (Cloverdale-15, 16).

The smaller dining area has its own small kitchen, with a sink, trash compactor, and upper and lower cabinets (Cloverdale-19).

The kitchen area includes a serving line and a full kitchen, with epoxy on concrete floors, gypsum wallboard walls, and acoustical panel ceilings with surface mounted, lensed, light fixtures, all in good condition (Cloverdale-6,7,8). The kitchen equipment also appears to be in good condition.

### Gymnasium

The gymnasium holds a full basketball court with telescoping stands at one side (Cloverdale-41, 43). The gymnasium is naturally lit by large polycarbonate panel windows (Cloverdale-42). The finishes are hardwood flooring, concrete masonry unit walls and large steel trusses with steel panel ceilings, all in good condition.

The gymnasium also contains locker rooms with showers and a weight room (Cloverdale-37, 38, 39). The locker room have epoxy coated floors with some patching, concrete masonry walls with some cracking evident, and acoustical ceiling panels with some bowing panels (Cloverdale-37). There are two stalls with toilet partitions in fair condition and a handwashing station, but no handicapped stalls. The shower room has gang showers with ceramic tile floors and wainscot, but appears to not be used (Cloverdale-38).

The weight room has concrete floors, steel trusses with steel ceiling panels and concrete masonry walls in good condition (Cloverdale-39).

### Health Center

The health center has two patient beds divided by a privacy curtain and a long counter with a sink with lower and upper cabinet storage in good condition (Cloverdale-163, 164). The center has vinyl composition tile floors, gypsum wallboard walls and acoustical ceiling panels with recessed, troffer lighting, all in good condition.

### Play Fields

Cloverdale has a football field with stands and a concrete track surrounding it (Cloverdale-23, 24, 25). The field and the track are in fair condition.

41

*Portables*

There are no portables at Cloverdale Middle School except for a storage shed for the school's maintenance workers (Cloverdale-139).

*Code / ADA Issues*

The buildings at Cloverdale are accessible with no apparent code violations.

## Forest Heights STEM Academy

Forest Heights STEM Academy, originally built in 1955 and then remodeled in 2008-09, "offers students with interests in Science, Technology, Engineering, and Mathematics (STEM) school-wide enrichment experiences, project-based learning, real-world applied learning, career awareness, and other STEM specific activities. "[17] The academy, a 167,040 square foot facility, serves grades K-8.

### Exterior

Forest Heights is a complex of four buildings. The main building is a two story brick masonry building built into the hill (Forest Heights-2). The main building has brick masonry walls with aluminum fixed and operating windows. The triangular entry portion of the main building has a pitched metal roof while the larger bar building in the back has a flat roof. (Forest Heights-25). The brick and windows are in excellent condition (Forest Heights-11, 12).

To the east of the main building is what is identified in the plans as the '500 Building'. This building contains the specialized technology classrooms and has the same exterior finishes and construction as the main building. The exterior of the 500 Building is like the main building, in excellent condition.

To the west of the main building is the 700 Building and cafeteria (Forest Heights-1). The 700 building is a long, one story bar with the same brick exterior, but with large aluminum storefront windows on the south side (Forest Heights-50). The brick walls and windows are in excellent condition. The space in between 700 Building and 600 Building is a concrete paved plaza with brick accent bands and streetlamps on brick pedestals in excellent condition.

The 600 Building just to the south of the 700 Building contains the gymnasium (Forest Heights-55). The exterior of the 600 Building has the same brick and aluminum window system in the classroom areas, but the gymnasium is sheathed in a metal panel system. Both the brick and metal panel system are in excellent condition.

### Corridors

Each of the buildings, Main, 500, 600, and 700 have internal corridors. In the Main building, corridors have vinyl composition tiles, concrete masonry unit walls, and acoustic ceiling panels with recessed, lensed, light fixtures. The walls and ceilings are in excellent condition, but the flooring has some very large gouges and scratches (Forest Heights-6,7,8). The corridor of the

---

[17] Little Rock School District, "Forest Heights STEM Academy", http://schools.lrsd3.org/?q=content/forest-heights-stem-academy

main building also has standard and wheelchair height water fountains with a bottle fill in excellent condition (Forest Heights-5).

Stairwells in the Main Building are generously sized with large windows for natural light, vinyl tile and risers for flooring, concrete masonry unit walls, and acoustic ceiling panels (Forest Heights-16). At the ground floor of the stair is a large, naturally lit, sitting area at the landing (Forest Heights-24). The stairwells are in excellent condition.

The corridors in the 500 Building have patterned vinyl composition tile, concrete masonry unit walls, and acoustic ceiling panels with recessed, lensed light fixtures, all in excellent condition ( Forest Heights-34).

In the 600 Building, there are no corridors, all the rooms adjoin one another or open to the exterior.
The 700 Building has a long, single loaded corridor that leads to the cafeteria. A ramp makes the transition in level from the level of the main building and the cafeteria (Forest Heights-35). The corridor and ramp have patterned vinyl composition tile, brick and concrete masonry walls, large storefront type windows, and acoustic ceiling panels with pendant type linear light fixtures placed in a repeating 'V' pattern, all in excellent condition.

### Restrooms

Restrooms in the Main Building include a lavatory system with mirrors, urinals with full height screens, and an ADA stall, air hand dryers, and a large glass block window (Forest Heights-4). The interior finishes of the restroom are epoxy coated concrete floor that turn up the concrete masonry unit walls to provide a wainscot behind the lavatory fixtures, and gypsum wallboard ceilings with recessed, lensed, light fixtures. All of the fixtures and finishes are in excellent condition.

In Building 500, the restrooms include a lavatory system with mirrors, urinal, and an ADA stall, and air hand dryers (Forest Heights-28). The interior finishes of the restroom are epoxy coated concrete floors, concrete masonry unit walls, and acoustic ceiling panels with recessed, lensed, light fixtures. The ADA stall has the epoxy coated floor turn up to become a wainscot behind the water closet (Forest Heights-29). All of the fixtures and finishes are in excellent condition.

In Building 600, the restrooms are within the locker rooms. The locker room restrooms include two hand sinks, urinals with privacy partitions in stainless steel, an ADA stall, and hand dryers (Forest Heights-48). The finishes are epoxy coated concrete floors, concrete masonry unit walls,

gypsum wallboard ceilings with surface mounted linear light fixtures. All of the fixtures and finishes are in excellent condition.

Building 700 include a lavatory system with mirrors, urinals with full height screens, and an ADA stall, air hand dryers, and a large glass block window (Forest Heights-4). The interior finishes of the restroom are epoxy coated concrete floor that turn up the concrete masonry unit walls to provide a wainscot behind the lavatory fixtures, and gypsum wallboard ceilings with recessed, lensed, light fixtures. All of the fixtures and finishes are in excellent condition.

## Classrooms

In the Main Building, the classrooms have the basic furnishings and equipment, are flexible, and are generally in very good condition. Classrooms have large windows that open with bookcases underneath the windows, tables and chairs for individual students, storage cabinets, the smartboards found in all classrooms in the district. Classrooms have movable partitions between them that allow for rooms to be combined (Forest Heights-18). In other classrooms as well, there are sinks with counters and under cabinet storage with both cabinets and drawers in a natural wood finish (Forest Heights-20). All of the furnishings and equipment is in very good to excellent condition.

The finishes in the Main Building classrooms are carpeted floors, concrete masonry unit walls and movable partitions, acoustic ceiling panels with recessed, lensed, light fixtures. The carpet is in very good condition and the walls are in excellent condition. The acoustic ceiling panels, however, sag and could be replaced (Forest Heights-17). The classroom is heated and cooled by a split system HVAC unit, with thermostatic control in the room.

In Building 700, the classrooms, have the same finishes as the classrooms in the Main Building, but also have more built-in storage and areas. The classroom has a counter with drawer storage underneath and two tall wardrobes spanning the length of the classroom (Forest Heights-37). At the other end of the classroom, there is a short concrete masonry wall defining an area for the teacher (Forest Heights-38). The classroom has a row of operable windows with a wood sill. The finishes are carpet floors, concrete masonry unit walls, and acoustic ceiling panels with recessed, troffer, light fixtures. All of the finishes are in excellent condition.

## Specialty Classrooms

Forest Heights has a large number of specialty classrooms. In the Main Building, there are computer classrooms and the media center. In the 500 Building, all of the classrooms are specialty classrooms. In the 700 Building, there is an elementary music classroom while in the 600 Buildings, there are band and choir rooms.

45

The computer classrooms in the Main Building are standard classrooms with desktop computer equipment (Forest Heights-9, 14, 15). In both of these rooms, there are plates for floor monuments, power from the floor, but not used (Forest Heights-10). In one of the rooms, the acoustic ceiling panels have some holes in them (Forest Heights-13).

The media center is a large, low ceilinged, room on the ground floor of the main building with windows on both ends (Forest Heights-23).  The library is furnished with low wood shelving at the center and high wood shelving at the perimeter walls, lounge furniture, tables & chairs, a large reference desk, and library equipment (Forest Heights-21, 22). The finishes in the media center are carpet, concrete masonry unit walls, and acoustic ceiling panels with recessed, troffer, light fixtures. All of the equipment, furnishings, and finishes in the library is in very good to excellent condition.

The 500 Building is devoted to specialty classrooms, in particular, Project Lead the Way classrooms and art classrooms. Project Lead the Way (PLTW) is a problem-based, hand- on program for learning. The PLTW classrooms have a lab type environment for hands on learning. Long, standing height, wood lab tables are in the center of the room, with wood shelving and glass cabinets along a wall (Forest Heights-30). A counter with a large sink and wood under counter storage is also along the wall. The finishes in the room are vinyl composition tile floors, concrete masonry unit walls, and no finished ceiling. At the ceiling level are large supply ducts to provide adequate ventilation for any type of experimentation and pendant up and down lighting fixtures. The finishes are in very good to excellent condition.

Another PLTW classroom is devoted to robotics work. The robotics classroom is furnished with long wood lab tables as in the other classroom and chairs (Forest Heights-31). Along one wall is open wood shelving above a countertop with wood cabinets below. The finishes in the robotics room are carpet, concrete masonry walls and acoustic panel ceilings with pendant up and down lighting fixtures for even lighting.

In the 500 Building, there is also an art room that is similar to the PLTW classroom except that it has a large stainless steel utility sink (Forest Heights-26). The art room is furnished with tables and chairs for younger students. The condition of equipment and finishes are very to excellent in this art classroom.

A second art room is also in the 500 Building (Forest Heights-27). This art room has extensive wood flat files and storage system for artwork in addition to the other amenities found in the other art room.

On the same floor as the robotics classroom in the 500 Building is an additional classroom similar to the robotics room but equipped with computers (Forest Heights-33).

In the 700 Building, there is a music classroom that is a standard classroom that is simply equipped with musical instruments and risers (Forest Heights-36). The finishes are carpet, concrete masonry units and acoustical ceiling panels with recessed, lensed, light fixtures, all in excellent condition.

The 600 Building contains the band and choir classrooms. The band room is a large, but low ceilinged, room (Forest Heights-51). The lack of volume makes this room not ideal for practice. The band room has offices along the north wall. The finishes are carpet, which is in good condition, concrete masonry unit walls, and acoustical ceiling panels that are sagging and could be replaced.

The chorus classroom is similar to the space shown in Forest Heights-52 except larger. The room steps up with room sized risers and also has a high ceiling. The room has an appropriate volume to make it a good choral practice space. The finishes are carpet, which is in good condition, concrete masonry unit walls, and acoustic ceiling panels, which are sagging and could be replaced.

## Cafeteria

The cafeteria is at the east end of the 700 Building and is original to the 1955 building. The cafeteria is a large, high ceilinged, space with northern facing clerestory lighting (Forest Heights-41, 42). The dining room also has a small platform stage only accessible by steps to each side and not ADA accessible (Forest Heights-43). The finishes are vinyl composition tile floors in good condition, and acoustical ceiling panels, that have some dents and stains, with pendant lighting fixtures. The serving line is within the dining room and is in good condition (Forest Heights-45).

## Gymnasium

The gymnasium is also original to the 1955 building. The gymnasium houses a full basketball court with fixed stands to the north of the court (Forest Heights-46, 47). The gymnasium is naturally lit by a north facing clerestory. The gymnasium has a hardwood court, painted brick lower walls and steel panel upper walls, and acoustical ceiling panels over the seating with steel trusses over the court. The spectator stands are painted wood benches. The finishes are in good condition, but the spectator benches' paint is fading and abraded.

The locker room is at the opposite side of the court from the spectator stands. Along with a restroom, the locker room has a great number of lockers, but very few benches for dressing and undressing (Forest Heights-49). The floor of the locker room is raw concrete and rough, unacceptable for a floor surface. The walls of the locker room are ceramic tile and the ceilings unfinished.

## Health Center

The Health Center was not visited.

## Play Fields

A football field with a track is to the south of the school buildings (Forest Heights-53). However, there are no play structures visible for the K-5 students at the school.

## ADA / Code Issues

There are no apparent accessibility or code issues.

## Henderson Middle School

Henderson Middle School is a 103,212 square foot building constructed in 1964 that serves 6th through 8th grade.[18]

### Exterior

Henderson has an exposed concrete frame rendered over and painted white that supports the roof system (Henderson-1). Brick is used to infill the walls between the concrete columns. The framing elements do not appear to have any cracking or movement. Likewise, the brick infill walls show no diagonal cracking, although they do show some repair and repointing. On the whole, the exterior is in good condition.

The cafeteria is lifted off of the ground plane on the concrete frame. A window wall fills the space between the concrete elements, and there is a small, metal roof overhanging the window wall (Henderson-64). The window wall is in fair to poor condition (Henderson-49). While there is the one cracked window pane shown, the metal frame shows rust and flaking throughout at the base of the window wall system. The small shelter next to the cafeteria shows some staining from its roof as well (Henderson-64).

To the northeast of the cafeteria is a concrete masonry unit wall that infills a void space at the end of the building to turn it into a storage space. The wall has some diagonal cracking at the base, indicating that there is some movement in the wall (Henderson-63). The wall may have been constructed without pouring a footing or reinforcing the wall.

There are two small, exterior courtyards that the school is organized around (Henderson-32). The courtyards have large storefront windows looking into the courtyard from the surrounding corridors. Some water is leaking into the building from the storefront windows which is evident from the stained acoustical ceiling panel adjacent to the windows (Henderson-2, 3). The courtyards have brick paving and planted areas as well.

### Corridors

The major corridors in Henderson run the entirety of the building from the northwest to the southeast end of the facility (Henderson-4). The major corridors are two stories tall and appear to have had clerestory windows that were roofed over at some point. The corridor is lined with lockers and looks out to the two courtyards. The finishes of the main corridors are poured concrete floors, in worn but fair condition, concrete masonry and plastered walls, and a metal window frame indicated the presence of the clerestory. The plastered wall show some cracking

---

[18] Fanning Howey, Little Rock School District Master Plan, 2014, p. 287

and bubbling, particularly at corners and ends where water may be penetrating.  (Henderson-83). Doors into these major corridors are in poor condition with multiple chips and dings from use (Henderson-79).

The other corridors at Henderson connect perpendicularly to these larger corridors (Henderson-10). These corridors are only one story high with what appear to be later constructed bulkheads at the classroom doors to allow for HVAC and services to pass across the corridor. Lighting levels are very poor in these corridors. The corridors have the same poured in place concrete floors, in fair condition, brick masonry and what appear to be plaster walls in good condition, and plaster ceilings in good condition. The bulkheads are constructed from gypsum wallboard with acoustical ceiling panels that are in poor condition with stained and warped panels.

At the end of the perpendicular corridors, there are exit doors accessed by stairs (Henderson-12). The handrails are in poor condition and do not meet ADA requirements.

In some smaller corridor spaces, there are areas where walls do not meet floors and ceilings (Henderson-28, 29).  These lack of closures create an issue in providing a one hour rating between classroom and exit access corridor, a code problem. Also, the finishes are in poor condition. A small corridor at the northwest wing is missing vinyl cove base (Henderson-33, 34).

### Restrooms

The restrooms in Henderson are mainly along the major corridors. The restrooms along the major corridors are small and not handicapped accessible. Fixtures include a lavatory system, mirrors, paper towel dispenser, three urinals, and three standard stalls (Henderson-21, 22, 24). The ceilings in these restrooms are low and lit by only two, handmade, overhead fixtures (Henderson-23). While the fixtures are in good condition, the finishes in the restrooms themselves are in good to poor condition. Epoxy coated floors have the occasional stain, but are in good condition. The plaster walls are in poor condition, rough overall and chipped and pitted near the floor base. The plaster ceiling is in poor condition with stains and cracks. As stated before, the light fixtures and ventilation diffusers are not commercial grade, but handmade with lumber trim holding the ventilation grille and lens of the light fixture in place (Henderson-23).

In the other restrooms, there is a similar configuration and condition (Henderson-68, 69, 80, 81, 82). The walls are concrete masonry units, but the wear and poor construction of the ceiling fixtures are the same.

The ADA restroom in the administrative area has the appropriate area and space and fixtures (Henderson-84, 85, 86). The fixtures are in excellent condition and the room finishes are in very good condition.

## Classrooms

Most of the general classrooms are to the northeast of the exterior courtyards and major corridors. The major feature of these classrooms are two parallel, barrel vault ceilings (Henderson-5). The classrooms, however, have no windows and are lit by only six linear pendant fixtures. The vinyl composition tile floors are worn, but in fair condition, the concrete masonry unit walls are in good condition, and the plaster vaults have some staining, but are in good condition. A small cabinet apparently with intercom, bell and clock equipment sits at the front of the room.

The classrooms are sparsely furnished with some painted bookcases in poor condition at the back of the room, two desktop computers, tablet arm chairs, a table, and a white board across the front of the room with a smartboard installed on top.

Some other classrooms have more furnishings and equipment (Henderson-8, 9). An English classroom has bookcases with lower cabinets, tables, chairs, and some bulletin boards. White boards are on two adjacent sides of the room with the smartboard installed atop a white board. Three desktop computers are in the front corner of the room.

Other classrooms are similarly equipped with whiteboards and smartboards, but also with old, painted, cabinets that are chipped and have broken cabinet doors (Henderson-26, 27).

This math classroom is located to the southwest of the courtyards (Henderson-70, 71). The classroom is only one half of a regular vaulted classroom with a carpeted floor, concrete masonry unit walls, and the plastered, vaulted, ceiling in good condition. The classroom is sparsely furnished with tablet arm chairs, a smartboard, a whiteboard, and a bulletin board.

## Specialty Classrooms

There are a number of specialty classrooms in Henderson; there are art classrooms, computer classrooms, a band room, choral room, science classroom, and media center

Some classrooms in this northeast wing do not have the barrel vaulted ceilings (Henderson-14). This art classroom has vinyl composition tile floors, which are scuffed and worn, concrete masonry unit walls, in good condition, and acoustical ceiling panels with recessed, troffer lights.

The ceiling panels are badly stained in places, indicating leaks, but are generally in good condition (Henderson-15, 16).

This art room is sparsely furnished with a variety of old tables, some bulletin board space, and a cabinet with some storage racks in the corner of the room (Henderson-13). There is no sink in this art classroom.

A second art classroom at the southwest wing is similar to the art room in the northwest wing, but has what appears to a moveable wall system with a transom window on one side (Henderson-66). A code issue exists in that the wall system is not fire rated so there is not a one-hour fire separation between the classroom and the exit access corridor.

The room is again sparsely furnished for an art room with a variety of tables, chairs and some whiteboards. At the back of the room is a small counter with a sink and upper and lower storage cabinets (Henderson-67). A group hand wash station is also in the room.

One of the computer classrooms is in a vaulted ceiling classroom (Henderson-42). The finishes in the room are in good condition except for the plaster vault, which is peeling at the center where the HVAC supply duct is hidden. The room is furnished with a variety of tables & chairs, and two painted cabinets with lower and upper storage in worn condition.

A second computer classroom has carpeted floors, concrete masonry unit walls and acoustical ceiling panels with recessed, troffer light fixtures haphazardly placed (Henderson-90, 93). The carpet is cut and some of the acoustical ceiling panels show staining (Henderson-91, 92).

The band room is the width of one and a half classrooms and the length of rooms in the southwest wing (Henderson-75). While this room is large and has some volume due to the vaulted ceiling, I could not test the acoustics to see whether the vaults would simply concentrate and trap the sound in the room due to their shape. In addition to the large space, there is a row of six small practice rooms as well as instrument storage in the room (Henderson-76). The finishes are carpet with some staining and wear, gypsum wallboard walls that are chipped and rough, along with doors that are worn. The vaulted and flat ceilings have some staining and cracking and are in fair condition.

The choral room is the width of a standard classroom and the length of the rooms in the southwest wing (Henderson-77, 78). The room has a series of built-in wood choral risers. Again, while the volume provided by the barrel vaults is advantageous for music, the shape of the

barrels may trap the sound. The finishes are vinyl composition tile floors, gypsum wallboard and concrete masonry unit walls in fair condition, and plaster vaulted ceilings in good condition.

The science classroom is a barrel vaulted classroom (Henderson-36). The science room has a whiteboard with smartboard, lab tables and chairs, some painted storage cabinets flanking the teacher's desk, and a single sink (Henderson-37, 35). There are no lab stations with sinks for students or any other equipment.

The media center is a large space with the barrel vaulted ceiling (Henderson-30, 31). The media center has a carpeted floor in good condition, walls with recessed bookshelves, and the plaster vaults in good condition. The library has a reference desk, tables and chairs, freestanding bookshelves and other library equipment. The library is in overall good condition.

## Cafeteria

The cafeteria is on the second floor and is a large room with windows on three sides (Henderson-45). The floor is a vinyl composition tile that has some staining, and acoustical ceiling panels in good condition with recessed, troffer, light fixtures. The serving areas are at the entrance to the dining room, with the same vinyl composition tile and concrete masonry unit walls (Henderson-46). The ceilings at the serving areas have peeled paint on the plaster ceilings (Henderson-48, 50). The dining room is accessible through an elevator (Henderson-65).

The kitchen is underneath the serving areas (Henderson-44). The kitchen has vinyl composition tile, concrete masonry unit walls, and plaster ceilings. The ceilings are peeling paint. The kitchen equipment appears to be in good condition.

## Gymnasium

The gymnasium has a full basketball court with stands on both sides (Henderson-53). The stands are elevated from the court floor and are concrete with wood bleachers (Henderson-52). By being elevated, the bleachers are not handicapped accessible (Henderson-55). The gymnasium also has a platform stage on one end of the gymnasium (Henderson-51). The stage, as well, is not handicapped accessible.

The finishes are in poor condition. The concrete floors are worn, concrete masonry unit walls are in good condition, and acoustic ceiling panels are missing and broken.

The locker rooms have concrete floors, concrete masonry walls and plaster ceilings in fair condition (Henderson-54).

## Health Center

The health center is within the administrative area (Henderson-87). The center has two patient beds with privacy curtains (Henderson-88). The center has a sink cabinet with overhead cabinets to one side and a desk for the nurse (Henderson-89). The finishes are vinyl composition tile, concrete masonry unit and gypsum wallboard walls, and acoustical ceiling panels in good condition.

## Play Fields

The play fields include 4 basketball courts, 4 previous tennis courts, and 4 soccer fields (Henderson-95, 96, 97). The fields are all in poor condition. The soccer fields are eroded and cracked pavement on the basketball courts. The tennis courts have no nets, fencing or any other equipment so that the tennis courts would be playable.

## Portables

To the northeast of the main building are two portables with four classrooms (Henderson-56). The classrooms have vinyl tile floors, paneled walls and acoustical ceiling panels (Henderson-57, 58, 59, 60, 61, 62). The finishes are in fair condition and a number of ceiling panels are missing.

## ADA / Code Issues

- At the end of the perpendicular corridors, there are exit doors accessed by stairs (Henderson-12). The handrails are in poor condition and do not meet ADA requirements.
- In some smaller corridor spaces, there are areas where walls do not meet floors and ceilings (Henderson-28, 29).  These lack of closures create an issue in providing a one hour rating between classroom and exit access corridor, a code problem.
- A second art classroom at the southwest wing is similar to the art room in the northwest wing, but has what appears to a moveable wall system with a transom window on one side (Henderson-66). A code issue exists in that the wall system is not fire rated so there is not a one-hour fire separation between the classroom and the exit access corridor.
- The stands are elevated from the court floor and are concrete with wood bleachers (Henderson-52). By being elevated, the bleachers are not handicapped accessible (Henderson-55).
- The gymnasium also has a platform stage on one end of the gymnasium (Henderson-51). The stage, as well, is not handicapped accessible.

## Pinnacle View

Pinnacle View is a facility adapted from a 74,000 square foot office building into a 6th grade school. A new 175,000 square foot school is being constructed from an existing warehouse next to the current facility so that in the next few years, 7th and eighth grade classes will be added.[19]

### Exterior

The building exterior is a grey brick masonry and glass curtainwall system. The exterior envelope shows no signs of water damage or weathering and appears to be in excellent condition.

### Corridors

The building is organized around a three story central atrium space with a large fountain in the center and a large central skylight (Pinnacle View-4). The finishes are black granite tiles on wall surfaces, with ceramic tile flooring. Railings are glass. The finishes are all in excellent condition.

Corridors in the building are very short and run in the cardinal directions from the atrium space. The exit stairways are large with adequate clearances (Pinnacle View 25). Finishes are textured rubber flooring, gypsum wallboard walls, and acoustical ceiling panels, all in excellent condition. The fire extinguisher on the floor should be wall mounted.

### Restrooms

Restrooms are located on each level, with a girl's and boys as well as a separate ADA restroom. The boys' restroom on the ground floor includes a lavatory system, wall size mirror, paper towel dispensers, and two stalls with water closets (Pinnacle View-5,6). The finishes include ceramic mosaic tile floors, gypsum wallboard walls with wallpaper, and acoustic ceiling panels with recessed, troffer, light fixtures. The wallpaper is peeling back and some of the ceramic tile base is missing, probably due to the heavy use from students, but the finishes are otherwise in very good condition.

On the first floor, the boys' restroom has the same finishes as the ground floor, but includes urinals (Pinnacle View-19, 20). The finishes are in very good condition.

### Classrooms

Partitions have been added to the open floor plan of the building to temporarily create classrooms. Classrooms have then been equipped with basic equipment and furnishings

---

[19] Benjamin Hardy, "A look inside the LRSD's new soon-to-be middle school in West Little Rock", *Arkansas Times*, January 9, 2016.

(Pinnacle View-1, 2). The classrooms have tables, chairs, smartboards, but no tackboards or whiteboards. All of these items are in excellent condition. Additional residential lounge furniture has also been added. The finishes in these rooms, carpet, gypsum wallboard and acoustic ceiling panels with recessed, troffer lighting, are in excellent condition.

Other classrooms are in similar condition with similar amounts of furnishing and equipment (Pinnacle View-3, 9). A history classroom on the first floor, illustrates the basic furnishings and equipment; chairs, tables, a small whiteboard, smartboard and some shelving (Pinnacle View-11, 12, 13).

### Specialty Classrooms

The specialty classrooms at Pinnacle View include a digital design and fabrication laboratory, music room, science room, and media center. These specialized classrooms exist only due to equipment placed in those rooms and not the space or architectural qualities of those rooms.

The digital design and fabrication laboratory contains desks, chairs, computer workstations, three dimensional printers, and plotters (Pinnacle View-17). The finishes in these rooms, carpet, gypsum wallboard and acoustic ceiling panels with recessed, troffer lighting, are in excellent condition.

The music room is simply a corner of the facility that has been equipped with chairs, music stands and a smartboard (Pinnacle View-23, 24). There is no apparent instrument storage and the space overlooks the atrium with no separation for noise, etc.

The science room is a standard classroom for this facility with a portable lab table (Pinnacle View-27). The media center is a small room with tables, chairs, a reference desk and rolling bookshelves (Pinnacle View-15,16).

### Cafeteria

The  cafeteria has been created form what appears to be a former cafeteria or break room for the office building with a large, glassed in area (Pinnacle View-7,8).  There is a good sized dining area with tables and chairs, and a small room off of the dining room for a serving line, but no kitchen.  Food is prepared at Don Roberts Elementary and transported to Pinnacle View. At the center of the space is a granite faced octagonal bar area.

The dining area finishes are black granite tiles and dark brick on the wall surfaces, ceramic tile flooring, and acoustical ceiling panels with granite balcony fascias. Railings are glass. The finishes are all in excellent condition.

### Gymnasium

There is no gymnasium at Pinnacle View.

### Health Center

There is a health center in Pinnacle View, but I did not visit it.

### Play Fields

There are no play fields at Pinnacle View.

### Portables

There are no portables at Pinnacle View.

### ADA / Code Issues

The building is fully sprinklered and has an elevator, so there are no apparent code or ADA issues.

# McClellan High School

McClellan High School is a 158,770 square foot facility originally constructed in 1965 that serves 9th through 12th grade students.[20]

## Exterior

The front of McClellan High School has a freestanding front portal probably constructed in the 1990's (206). Behind this portal, is the typical exterior of McClellan High School, brick masonry with a sheet metal roof fascia in some areas (McClellan-73).  The exterior wall is generally in good condition with some repair and staining, but few visible diagonal. In some areas where original opening were filled in with concrete masonry, the movement between the two walls have created some cracks in the original wall (McClellan-90).

The East Wing of the school, an addition built in 1990, creates an 'L' of classrooms off of the block of the original building. Between one leg of the 'L' and the other is a covered breezeway (McClellan-72). The breezeway roof is made from steel tube with steel deck creating the roof surface. The steel is in good condition. While one leg of the 'L' is in brick matching the existing building, the other is precast concrete panels. Both walls are in good condition. The doors are in poor condition, worn, dented and with rusting spots (McClellan-71, 74, 75).

The auditorium, to the west of the main building, has brick masonry that matches the main building and is in good condition. The roof has metal coping at the roof in good condition. A roof scupper is full of leaves and should be cleaned out (McClellan-190).

## Corridors

Corridors in McClellan are of two types, exterior and interior. The exterior corridors straddle the major spaces of the school: cafeteria, library and two open courtyards and run north-south. The open courtyards have large planters in the center of the space with a bench that surrounds the counter. The exterior corridor leading into the courtyard has simply an overhead roof constructed of steel columns, beams, and purlins with steel deck for the roofing (McClellan-2). The steel columns, beams, and purlins has some rust and pitting and are in fair condition. The concrete slab of the courtyard is stained and has some broken concrete.

Where the corridor is double loaded, the exterior corridor is simply roofed over by metal deck (McClellan-113). The floor is a concrete slab, the walls are the exterior brick, concrete masonry and stucco bulkheads, and the metal deck. The finishes are in fair condition, with wear and

---

[20] Fanning Howey, Little Rock School District Master Plan, 2014, p. 301

pitting on the concrete slab and some cracking of the stucco. At the ceiling, electrical and communications conduit is exposed.

At some doorways at the exterior corridor, there are large cracks in the concrete (McClellan-22).

The interior corridors connect to the exterior corridors and run east-west. The corridors have vinyl composition tile floors, gypsum wallboard walls, and acoustical ceiling panels with recessed, troffer, lighting fixtures (McClellan-14). Most of the finishes are in poor condition. The vinyl composition tiles are cracked, uneven, and broken at doorways (McClellan-16, 134, 135, 173, 185, 186). Doors are dented, worn, and many have rusted sidelights as well (McClellan-15, 133, 175). Walls are dented and uneven as well. The acoustical ceiling panels are uneven, stained and dented. Some corridors have plaster ceilings and are rough and in poor condition (McClellan-174).

In one corridor, the corridor walls do not meet the floor and leave a gap (McClellan-179, 180, 189). The difficulty with the gap is that there is not a one hour fire separation between the classrooms and the exit access corridors.

Some corridors have newer vinyl composition floors in good condition, but walls and ceilings still in poor condition (McClellan-38, 39, 40, 41).

### Restrooms

The restrooms vary in size and condition. Restrooms accessed from the exterior corridors have individual lavatories, urinals with privacy partitions, water closet stalls with an accessible stall, mirrors, and paper towel dispensers (McClellan-42, 43, 44). The finishes are ceramic tile floors, ceramic tile wainscoting, concrete masonry unit walls, and gypsum wallboard ceilings. The finishes are in good condition except for the ceiling which has peeling paint.

Another restroom accessed from the exterior corridor is similar. While there are similar fixtures, the finishes are different. The flooring is epoxy coating concrete in good condition, concrete masonry unit walls with some gouges in fair condition, and toilet partitions that need to be refinished and scrapes.

In the auditorium, the restroom has two hand sink fixtures, a urinal and an ADA stall (McClellan-202, 205). Mirrors over the hand sinks are missing. The flooring is badly stained and the vinyl base is delaminating from the wall and in poor condition (McClellan-204). The concrete

masonry unit walls are in good condition, but the acoustic ceiling panels are in poor condition, stained, sagging and mismatched (McClellan-203).

## Classrooms

Classrooms are in various condition from good to poor. The classrooms also have a range of furnishings and equipment. Most of the classrooms have no windows as well.

Classroom H-2 has carpeted floors, concrete masonry unit and gypsum wallboard walls, and acoustic ceiling panels with recessed, troffer, light fixtures (McClellan-18). The carpet is worn (McClellan-19).  The ceilings are in good condition (McClellan-20).

The classroom is furnished with tablet arm chairs, teacher's desk, tables with desktop computers, smartboard, and a tackboard.

In classroom J-11, the finishes are carpet, gypsum wallboard walls, and acoustic ceiling panels with recessed, troffer, light fixtures (McClellan-55, 56). The carpet is in poor condition with stains (McClellan-56, 59).  Walls are in good condition and the ceiling are in fair condition (McClellan-58).

The classroom is furnished with tablet arm chairs, counters at the perimeter of the room with desktop computers, wood bookcase, podium, whiteboards, smartboard, and desk. The furnishings are in good to fair condition.

Others are in much worse condition and with sparser furnishings and equipment. Classroom MM-6 has vinyl composition floors in poor condition, concrete masonry unit walls, and acoustic ceiling panels with recessed, troffer, lighting fixtures in fair condition. The floors are scuffed, broken and damaged (McClellan-77, 78, 79). Ceilings have some dirt and age, and are missing panels in places (McClellan-76, 80).

The room is furnished with tablet arm chairs, tables and a wood cabinet in mostly good condition. The room is also equipped with whiteboards, bulletin boards, and smartboard.

Classrooms in the C wing have the most basic furnishings and equipment. In C-1, the classroom has a collection of mismatched chairs, tables, desks, storage shelves, and cabinets. There are , however, large whiteboards and, of course, the smartboard.

Classroom C-3, and C-6 are similarly furnished. Classroom C-3 has various tablet arm chairs, bookcase without shelves, and bulletin boards (McClellan-164). The floor in C-3 has a number

of divots in the tiles (McClellan-163). Classroom C-6 again has tablet arm chairs, desk, various cabinets in poor condition, and a large white board (McClellan-169, 170). Classroom C-6 has a number of divots on the floor as well (McClelllan-171).

Many of the classrooms have damaged vinyl composition tile floors and acoustic panel ceilings (McClellan-124, 127, 128, 131). Carpeting is also in poor condition in general (McClellan-64).

### Specialty Classrooms

McClellan has several specialty classrooms including band room, art room, library, computer classroom, home economics, engineering academy, and science laboratory.

The band room is a large room that has the right volume for practice (McClellan-3). The band room has closets with instrument storage, but does not fit all of the instruments (McClellan-6). There is a step ramp to the outside, presumably to move large musical instruments (McClellan-4). The finishes in the room are vinyl composition tile, concrete masonry unit walls, and acoustical ceiling panels. The ceiling are stained and dented in poor condition (McClellan-5).

The art room is furnished with tables and chairs and in the back of the room is a sink with upper and lower cabinets, a flat storage file, and vertical drying racks (McClellan-8,9). The sink and cabinets are old, worn and in poor condition. The vinyl composition tile floors in the art room are worn and patched as well (McClellan-10, 12). The acoustic ceiling panels are in good condition (McClellan-11).

The library is a large, voluminous room with window walls at both ends (McClellan-23, 24). A range of offices and storage line the other two side of the room. The library has a range of freestanding bookshelves and wall bookshelves, table and chairs, a reference desk, desktop computers and a plotter, and library equipment (McClellan-25).

The finishes in the library include a carpeted floor, concrete masonry unit walls, and acoustic ceiling panels with recessed light fixtures. The carpet is in good condition but with some dirt (McClellan-28). The library doors are worn and chipped and the ceiling at the entrance is peeling (McClellan-26, 29). The ceiling is in very good condition (McClellan-27).

The computer classroom, MM-7, is a large room with desktop computers on tables with rolling chairs (McClellan-83). The floors are vinyl composition tile that is patched and with large divots (McClellan-84, 85, 86). The acoustical ceiling panels are old with some chips (McClellan-87).

The home economics classroom has a kitchen with sink, dishwasher, range, refrigerator, microwave, clothes washer and dryer, as well as counter and cabinets in good condition (McClellan-98). On the other side of the room has a row of desktop computers on tables (McClellan-99). The floors are vinyl composition tile, gypsum wallboard walls, and acoustical ceiling panels in good condition.

The Engineering Academy classroom has desktop computers lining one side of the room on tables with chairs, with robotics equipment and plotter at the other (McClellan-116, 117, 120, 121). The tables and chairs are in excellent condition. The carpet is stained in places and the acoustical ceiling tile has some staining (McClellan-118, 119).

The physical science laboratory, D-4, has a row of four lab tables with chemical resistant tops with sinks built-in, but only two of the sinks have faucets (McClellan-137). At the side of the room is a long counter with a large sink with a working faucet (McClellan-138). The side counters also have upper and lower cabinet storage, and some open shelving. The shelves are about half filled with glassware (McClellan-139).

Electrical outlet boxes hang from the ceiling in three locations (McClellan-140). On the wall opposite from the long counter is a smartboard and more glass fronted storage cabinets. The lab casework is in good condition and this lab has adequate casework, but no water at each lab table and no gas in the lab as well. The safety eyewash and shower is also not located in the lab, but in the lab next door, creating a potential safety problem.

Chemistry Laboratory D-5 is divided into an area with lab tables and a lecture area, which is appropriate for teaching chemistry of physical science (McClellan-144). The lab tables have working faucets, but from the gas cocks that I tried, no gas came out. Also, the fume hood ventilation is very weak according to the science teacher (McClellan-145).

In Chemistry / Physical Science Laboratory D-3, the classroom has two freestanding sink stations at the center of the room and storage cabinets at the walls (McClellan-150). The sink stations, however, do not work and the gas cocks I tried also do not work (McClellan-151). The other side of the room has lab tables in poor condition and a teacher's station (McClelllan-152). The safety shower in the room is buried behind a rolling cabinet (McClellan-153).

## Cafeteria

The cafeteria is located at the northern end of the school, adjacent to an exterior courtyard. The cafeteria is naturally lit on its south end by a large window wall (McClellan-103). On the north side of the cafeteria is the serving areas and kitchen (McClellan-102). The dining area has

vinyl composition tile floors, concrete masonry unit walls, and acoustical ceiling panels with recessed, lensed, light fixtures. The flooring and walls are in good condition except near the serving line and doors to the cafeteria, where there is a great deal of wear (McClellan-105, 107). The acoustical ceiling panels are sagging throughout and could all be replaced (McClellan-104).

## Auditorium

The auditorium is a separate building to the west of the main building. The auditorium has a proscenium stage, but no fly loft (McClellan-191). The stage wings are in poor condition with torn insulation and graffiti (McClellan-195). The stage has theatrical lighting overhead and lighting at a slot in the proscenium (McClellan-196, 197). A sound and lighting both is at the back of the house (McClellan-193). The house consists of fixed, continental seating with two exit access aisles (McClellan-198). The fixed seats are not upholstered and some of them are broken (McClellan-201). Fire extinguishers are missing from the fire extinguisher cabinets (McClellan-192). The house is lit by uplighting pendant fixtures in fair condition. The auditorium on the whole is worn and in fair condition.

## Gymnasium

The gymnasium is located to the south and connected to the main building. The main gymnasium holds a full size basketball court with telescoping stands on both sides (McClellan-215, 213).  The floor is hard wood and the walls concrete masonry units. The space is spanned by large steel trusses and bar joists and roofed with corrugated steel deck (McClellan-214, 216). This main gymnasium is in good condition.

The small gymnasium is adjacent to the large gymnasium and consists of a full size basketball courts with additional goals on the side (McClellan-218). The space is spanned by steel moment frames and steel purlins. The ceiling has the same corrugated steel deck as the main gym. The hardwood floors are worn, but the walls and ceiling are in good condition (McClellan-219).

The gymnasium has men's and women's locker rooms. The locker areas have large lockers with few benches, painted concrete floors, clerestory windows and acoustical ceiling panels (McClellan-207). The locker room is in fair condition with some wear. The weight room has concrete floors, concrete masonry unit walls, and acoustical ceiling panels and is in fair condition.

The restroom has two hand sinks, two urinals and stalls (McClellan-208). The painted concrete and toilet partitions are very worn, while the walls and the fixtures are in fair condition.

## Sport Fields

The sports fields include a football field to the south of the main building and some tennis courts to the west. The football field is surrounded by a running track and flanked by stands (McClellan-210, 211).

## Portables

There are no portables at McClellan High School.

## ADA / Code Issues

- In one corridor, the corridor walls do not meet the floor and leave a gap (McClellan-179, 180, 189). The difficulty with the gap is that there is not a one hour fire separation between the classrooms and the exit access corridors. The corridor walls would all need to be rebuilt to seal at the floor and roof deck to create a one-hour separation.
- Fire extinguishers are missing from the fire extinguisher cabinets (McClellan-192).

## Central High School

Built in 1927, Central High School has 350,304 square feet and serves grades 9 through 12. Central High School is the only operating high school in the country to be designated a National Historic Site.[21]

### Exterior

The exterior of Central High School is brick masonry with limestone trim and wood windows and doors (Central-1, 2). Wide stairs in brick and limestone lead to the elevated entrance (Central-4). The limestone trim is carved in high relief at the entrance and wrought iron lanterns light the entry (Central-5). The wood entrance doors have divided lights and transoms with brass handles in excellent condition. Entrances for handicapped students occur at the end of the northern wing of the building. Overall, the exterior of the building is in excellent condition.

### Corridors

The building is defined by a long main corridor that geometrically defines half an octagon. The corridor is reached from the front entrance by a large vestibule (Central-7). The vestibule is has stone walls and shallow stone vaults, the floors are ceramic tile with limestone steps. The vestibule is lighted by custom cast iron fixtures. The condition of the vestibule is in excellent condition.

The main corridor on the second floor where the entrance is wide and generous with ceramic tile flooring, brick wainscoting, plaster walls, crown molding, and acoustic ceiling panels (Central 8). The lighting is pendant mounted, glass globed fixtures. All of the finishes and elements are in excellent condition.

The main corridor on the third floor can be accessed by monumental staircases (Central-34, 84). The staircases have concrete steps, plaster guards with wood handrails, and plaster walls. The staircases are lit by large windows. The condition of the staircase shows some wear on the treads, as well as plaster peeling from water infiltration at some walls, but overall is in very good condition (Central-93).

The third floor main hallway is similar to the second floor hallway with ceramic tile floors, brick wainscoting, plaster walls and acoustical ceiling panels (Central-35). The corridor also has lockers along the west wall and a wheelchair lift where there are steps (Central-71). Water fountains are placed in a niche at the hallway (Central-83). The finishes in this corridor are in very good condition.

---

[21] National Park Service, "Central High History", https://www.nps.gov/chsc/learn/historyculture/school-history.htm

The main hallway at the basement has similar finishes but with recessed lockers on both sides and a plaster ceiling with strip light fixtures (Central-120). The plaster wall has some cracking right above the lockers but is in overall very good condition.

Other back staircases and hallways have similar construction and materials and are generally in good condition except for the exterior walls which show cracking and spalling from past water damage (Central-22). Another stair has a handicapped stair lift that climbs and winds an entire story (Central-33). An elevator also lands at each level of the main corridor (Central-48).

## Restrooms

Restrooms are located at the corners of the main hallways. The restrooms have new fixtures and ceramic tile placed over the historic finishes (Central-55). The restrooms include five sinks set within a stainless steel counter with automatic sensor faucets and soap dispensers, five urinals with automatic sensors, stalls including a handicapped stall with solid plastic toilet partitions, and automatic hand dryers (Central-56, 57, 58). The restroom is in excellent condition.

Restrooms at the ground floor have a hand sink, urinal, and handicapped accessible water closet (Central-104, 105). The flooring is quarry tile, on the walls are ceramic tile and there are plastic privacy and stall partitions. The fixtures and finishes are in very good condition, except for the partition which has been abraded and missing screws.

## Classrooms

The classrooms are located off of the main hallway on four floors. Large classrooms are located at the ends of the wings (Central-80). These have large windows which are shaded by roller blinds. This classroom has carpeted floors that are worn and stained, plaster walls in good condition, and acoustical ceiling panels with up and down lighting linear pendant fixtures in excellent condition. The room is furnished and equipped with a hodgepodge of furnishings and equipment. Tablet arm chairs, tables, lounge chairs, bookshelves, storage cubbies, and desktop computers are all about the classroom.

At the central portion of the building, some classrooms are quite small (Central-49). This small classroom has octagonal tables for group work, with whiteboards along one wall, smartboard bookshelves and a technology cart.  The room has vinyl tile floors in good condition, plaster walls that are peeling at the exterior wall, and acoustical ceiling panels with up and down lighting linear pendant fixtures in excellent condition.

Other classrooms at the central portion are large (Central-73, 75). This classroom has carpeted floors which are badly stained (Central-74). Rough and dented, the plaster walls are in fair

condition. The ceilings are acoustical ceiling panels with up and down lighting linear pendant fixtures in excellent condition. The classroom has a French doors, which are in poor condition and do not provide a one hour fire rating to the corridor (Central-76).

The classroom is furnished with tablet arm chairs, which are unsuccessfully clustered together facing one another to try to allow small group work. The classroom also has a row of desktop computers at the back of the room, various low bookcases, and tables.

At the area between the central portions and the wings are small, wedge shaped, classrooms. This classroom has vinyl composition tile floors in good condition, plaster walls which are rough and in fair condition, and acoustical ceiling panels with up and down lighting linear pendant fixtures in excellent condition (Central-70). The room has a countertop on storage cabinets with a sink and upper cabinets. This casework is in poor condition, with worn and chipped cabinets and laminate counters (Central-69).

In the basement, there are a number of small and very large classrooms. The small classrooms face east toward the front of the building (Central-95, 97). The classrooms have large, original, wood and steel casement windows (Central-98). The carpet is badly stained (Central-96). The walls are plaster in good condition, but wood sills are flaking. The acoustic ceilings are new, but there is an edge near a covered window with water staining (Central-94).

On the west side of the basement are large, voluminous science classrooms with large clerestory windows (Central 106). The floors are painted, concrete slabs that are flaking, masonry walls in good condition, and exposed ceilings with pendant lighting fixtures. The classroom has double sinks and a number of large specimens (Central-108). The room also has an emergency eyewash (Central-107).


*Specialty Classrooms*

Central High School has a number of specialty classrooms, including computer, art, chemistry laboratories, choral music classroom, band room, and a library.

The computer classrooms are on third floor in the central area of the school to the east. The largest classroom has a series of columns that divide the room with a trabeated ceiling and large Diocletian windows. The finishes in the room are carpeted floors, in stained and poor conditions, wood wall panels, plaster walls, and plaster ceiling beams and coffers (Central-41). The smaller computer classrooms are similar but without the central columns (Central-43). Again, the carpet is heavily stained (Central-44).

The computer room is furnished with numerous desktop computers on tables with rolling chairs.

Another computer classroom is on the fourth floor (Central-63). The classroom is a typical classroom with desktop computers on tables with rolling chairs. The carpet is badly stained (Central-64, 65).

The art classroom is also on the third floor. The art classroom is a long room with windows facing northwest (Central-59, 60). On one end of the art room is a stainless steel utility sink and storage shelves for large artworks. Various tables with various chairs are in the center of the room with a long whiteboard. At the other end of the room are cabinets, flat files and the teacher's desk with smartboard.

The floors are vinyl composition tile in fair condition as are the plaster walls. The ceilings are acoustical ceiling panels with up and down lighting linear pendant fixtures in excellent condition.

The chemistry laboratories have two person lab tables with epoxy tops and lab sinks with working gas cocks (Central-85, 86, 92). One side of the room is lined with lab cabinets with epoxy tops (Central-87, 90). Each of the drawers are filled with glassware and lab supplies. At the end of the room are two chemical hoods (Central-89). An emergency shower and eyewash are at the front of the laboratory (Central-91).

The lab furniture and cabinets are worn, but in good working condition. The laboratory has concrete flooring, plaster walls, and acoustical ceiling panels with up and down lighting linear pendant fixtures. A wall in the corner is badly damaged (Central-88).

The choral music classroom is a large room with carpeted, built-in risers on three sides of the room (Central-141, 142). The classroom has carpet in fair condition, plaster walls, and acoustical panel ceilings with recessed light fixtures.

The band room is a large voluminous room in the basement (Central-115, 116). The room has not only a practice area, but a teaching area with table arm chairs (Central 117). The room has vinyl composition tile floors in good condition. Walls have applied acoustical treatment and plaster ceilings have acoustical tile sections to control reverberation. In the hall outside the band room are a series of small practice rooms (Central-114).

The library is a separate building to the west of the main building (Central-135). The library has a large reference desk just opposite the entrance with a computer lab nearby (Central-138, 140). The rest of the library has areas of tables and chairs defined by low bookshelves (Central-136, 137). Shelving standards line the exterior walls.

The finishes in the library are carpet in good condition, gypsum wallboard walls, and gypsum wallboard ceilings with recessed lighting fixtures. The ceilings have some stained areas, but are in otherwise good condition (Central-137).

*Auditorium*

The auditorium seats an audience of around 2,000 (Central-13). The house has both orchestra seating and a balcony (Central-9). The fixed seats are wood seats and backs with metal frames (Central-10). At the back of the orchestra seating, there are designated wheelchair spots (Central-11). The sides of the house have large windows with drapes, the walls show some bubbling from water damage (Central-14).

The stage has a full fly loft with a manual line set (Central-12). The proscenium is nearly the width of the entire theater. At the back of the stage are a series of rooms used as classrooms (Central-20).

The auditorium, although worn, is overall in very good condition.


*Cafeteria*

The cafeteria is located at the basement level underneath the auditorium. A columned room with high ceilings, the cafeteria finishes are ceramic tile floors, plaster columns and walls with tile wainscot, and painted concrete ceilings (Central-121). The finishes have worn well, but the paint on the ceiling is showing wear and fading (Central-122). The serving line area is in good condition (Central-123).


*Gymnasium*

The gymnasium is located to the west of the library. The main gymnasium holds a full size basketball court with telescoping stands on all four sides (Central-124).  The floor is hard wood and the walls concrete masonry units. The space is spanned by large steel trusses purlins and wood deck. The gymnasium is in very good condition.


The locker rooms have locker areas with painted concrete floors and bench, brick masonry walls, and plaster ceilings (Central-129). The floors have some cracking.

A restroom areas in the locker room has sinks in a large counter with a mirror above, urinals and an ADA stall (Central-130, 134). The other locker room has two hand sinks with mirrors in good condition (Central-128). Both locker rooms have a large shower area and a separate handicapped shower (Central-125, 126, 132, 133). One of the shower rooms have some damaged tile, but they are in overall good condition.

## Sports Fields

The Central High campus has a baseball field and football stadium which I did not have the opportunity to examine.

## Portables

There is a cluster of eleven portables to the southwest of the main building (Central 113, 112, 11,). The portables have vinyl composition tile floors, panel walls, and acoustical ceiling panels with recessed light fixtures (Central-110).

## ADA / Code Issues

Central High School has been well adapted to accommodate handicapped persons. There is an elevator, stair lifts, and restrooms that meet the ADA guidelines.

In terms of building code, if there were to be a very large renovation that would exceed 50% of the area of the facility, the issue of open stairways at Central would become a code issue. Under code, an exit stairway cannot be left open for more than two stories. The open stairways would need to be closed in by a fire rated separating wall and door. The rooms with glass doors and transoms would also need to be corrected as well.

## Summary of School Facilities

The school facilities that I visited can be categorized in groups in terms of condition and pedagogical adequacy.

**Don Roberts Elementary School**
**Stephens Elementary School**
**Pinnacle View Middle School**

The first two schools, Don Roberts and Stephens are excellent in the conditions of their facilities. These two schools go beyond their excellent physical condition in terms of the educational opportunities their facilities provide. Don Roberts provides an exceptional environment with its large flex spaces shared by each grade, specialty classrooms designed for the activities that occur within them, abundance of natural light throughout the facility which is proven to raise test scores, and well-furnished and equipped spaces.[22] Collaborative and project based learning, two important components of elementary education today, can happen easily at Don Roberts.

Stephens Elementary is similar in that the design of classrooms with their built-in areas, furnishing and equipment allow teachers to pursue different modes of learning, whether with projects, small groups, or individually. Stephens too, has excellent specialty classrooms. The Cyber Time and Space Travel Theater is a unique facility for both presentation and hands-on learning.

Pinnacle View Middle School this school year does not share the design for educational purpose that Don Roberts and Stephens have. Students are temporarily placed in the facility awaiting the completion of the new facility next door. However, the building condition is excellent. When the new Pinnacle View is completed, an assessment of pedagogical adequacy can be made.

**Central High School**
**Forest Park Elementary School**

Central High School and Forest Park are two of the oldest schools in the district, but very well maintained and updated.

Forest Park is an older school, but renovations and upgrades have been pursued routinely and have contributed to the good condition of the buildings. Central High has certain spaces which

---

[22] E. Warren Hathaway, "Effects of School Lighting on Physical Development and School Performance," The Journal of Educational Research, March 1, 1995.

have been very well maintained, such as the exterior, corridors and some specialty classrooms. However, classrooms have not been as well maintained especially carpeting.

Because of their age, both Central and Forest Park do not have some of the newer learning spaces, like the flex classroom spaces in Don Roberts. Central and Forest Park do have more educational equipment than some of the other schools.

**Forest Heights STEM Academy**
**Baseline Elementary School**
Forest Heights and Baseline are two older schools that have been remodeled or mostly reconstructed, in the case of Forest Heights, to very good condition. Forest Heights has three buildings less than 25 years old and an old gymnasium. Baseline has been extensively remodeled in the past two years. Both schools have a good deal of use left in them.

In terms of pedagogical adequacy, Forest Heights offers a number of specialized learning areas such as the PLTW classrooms and art rooms for hands on learning. Baseline has been transformed from an open classroom school to a one with individual classrooms, more desirable from a teacher's standpoint.

**Washington Elementary School**
**Jefferson Elementary School**
**Fulbright Elementary School**
Washington, Jefferson, and Fulbright represent schools that are in good to very good condition, as in the case of Washington, but require some work in terms of replacing interior finishes, and upgrading some of the facilities. These schools have been fairly well maintained and upgraded through their lives.

In terms of educational adequacy, these schools do not have the type of facilities or specialty classrooms that Roberts or Stephens have. Washington, constructed in 1989, is in the best condition and has the most specialty spaces, like a separate gymnasium and a play courtyard. Jefferson has all of the basic school spaces, but the difficulty of its sloping site needs to be better addressed for accessibility and use. Fulbright represents an educational philosophy of the 1960's and 1970's, the open classroom, that needs to be modified to better meet the needs of teachers today. Fulbright also requires more space to be able to remove its village of portables.

All of these schools are upgradable and should be able to serve the district into the future.

**Henderson Middle School**
**Wilson Elementary School**
**McClellan High School**
**Cloverdale Magnet Middle School**

Henderson, Wilson, McClellan and Cloverdale are schools which need either massive
renovation, construction of new facilities, or in the case of Cloverdale, demolition. These
schools have had upgrades, but a lack of maintenance over the years has taken its toll. Almost
all of the components in these buildings need an upgrade, and at Cloverdale, there is failure of
structural walls.

Henderson requires replacement doors, windows, and finishes. Classrooms receive no natural
light and much of the casework and equipment is old and needs replacement. Wilson is a
building that has been added to and renovated, but in a piecemeal way that makes further
renovation difficult with major changes. Most of the interior finishes and doors in McClellan are
broken and worn requiring replacement. There also code problems with some of the corridors
and most of the classrooms do not receive any natural light. Cloverdale is the worst case, with
exterior walls that are failing, dark exterior corridors, fraying asbestos tile, and finishes that are
completely worn out. Complete replacement of this school would be recommended.