Declaration

I, Karen DeJarnette, declare:

1. I earned a bachelor's degree from Pratt Institute in New York, New York, a master's degree from Columbia University in New York, New York, and a Ph.D. degree in Education (emphasis - Policy Analysis) from the University of California at Los Angeles in Los Angeles, California.
2. Prior to working for the LRSD, I served as a research director for three national school reform companies and consulted with the Arkansas Department of Education as Curriculum, Instruction and Assessment Monitor when the State took over governance of a rural school district in 2000. My experience working in leadership positions in educational organizations spans twenty-two years.
3. On September 26, 2004, I started working for the LRSD as the director of its planning, research, and evaluation department ("PRE"). The core function of PRE was to evaluate and assess the effectiveness of programs implemented by the LRSD to improve the academic achievement of the district's racial minority students. I supervised a staff of six professionally trained persons. My work in PRE involved overseeing programs the LRSD had to implement in order to be declared unitary and to be released from federal court supervision of its desegregation assessment and evaluation obligations.
4. In my position as Director of PRE, I was a member of the Superintendent's Cabinet. Cabinet met weekly to discuss operations of the district and schools. From time to time during my tenure on Cabinet (2004-2013) Superintendents and Associate Superintendents expressed the need to employ white persons to make schools more attractive to white parents. Specifically, Superintendent Roy Brooks, Associate Superintendents Sadie Mitchell and Dennis Glasgow made such comments. Schools mentioned were Roberts, Forest Park, Jefferson, Pulaski Heights, Fulbright and schools designated as Stipulated Magnet Schools.
5. Two new schools were created while I was employed at LRSD (Roberts and Forest Heights Stem Academy) and one school was planned (Pinnacle View) before I left the district. The neighborhoods where these 3 schools are located (Hillcrest and Chenal) are predominantly white with 85% or more white residents.
6. In 2013, after Superintendent Suggs began his employment with the LRSD, he removed all of my supervisory responsibilities in PRE and reduced the department to a single person. In June 2013, he also revised the District's program evaluation agenda which originally focused on evaluating key instructional programs to determine the level of effectiveness for African American students in efforts to close the achievement gap. After Superintendent Sugg's revision, each curriculum content department implemented and evaluated its own programs.
7. In 2014, Superintendent Suggs redesigned the literacy program for primary grade students and discontinued the Reading Recovery program which included an intensive 1:1 intervention for students in need. I shared with Superintendent Suggs two formal program evaluations PRE and consultants from the University of Memphis conducted on the Reading Recovery program and the positive outcomes, especially for African American students. I informed Superintendent Suggs that the Reading Recovery program consistently produced the greatest outcomes for African American students of any of the many programs PRE had evaluated since 2005. Superintendent Suggs stated that he would still discontinue Reading Recovery and instead would implement a program he would design.
8. After the elimination of the Program Evaluation Agenda, Superintendent Suggs assigned me to visit middle schools. At the end of each week-long visit I sent reports to the Superintendent. I pointed out to him that some of the schools in the LRSD attended primarily by black students were in a serious state of disrepair to the point of being unsafe. I also reported to him that the quality of instruction at these schools was substantially inferior to what the students who attended predominantly white schools in the district received. In pointing out these disparities to Superintendent Suggs, I informed him that the difference in the quality of facilities and instruction in predominately black schools and predominately white schools in the LRSD were discriminatory. Superintendent Suggs ignored my reports and did not share them with the Board of the LRSD.
9. Hamilton Learning Academy was one of the middle schools I visited (in December of 2013). I observed a school that was dysfunctional in many ways. The students enrolled at that time were almost entirely black

students. For example, there were a high number of special education students taught by teachers who were not trained to teach special education students and this seemed to correlate with a very high number of student infractions. Later, in 2014, I was approached by the Director of the Special Education Department and asked to discuss research with her related to exemplar alternative schools. During our discussion, she showed me a report from the Arkansas Department of Education (ADE) where the LRSD was cited for standards violations at Hamilton Learning Academy and stated her intention to write a corrective action plan to the ADE to correct the problems. I provided the information which is set forth in paragraphs 115, 116 and 117 of the amended complaint.

10. I prepared the analyses which appear in paragraphs 109, 110, and 111 in the amended complaint using information from the LRSD data system.
11. In 2015, I received data from the LRSD Computer Information system for the number of Special Education students enrolled at Forest Heights before and after it transformed to a Stem School. I performed analysis to determine the difference in frequencies in Special Education enrollment over two consecutive years. I provided the data included in paragraph 91 of the amended complaint.
12. In 2015, I received data from the LRSD Computer Information system for the number of 6th and 7th grade students enrolled in Forest Height Middle School but who were not enrolled in the redesigned Forest Heights Stem Academy when it opened. I performed analysis to determine the number of Forest Heights students who were reassigned to Focus and Priority schools (schools in deep need of school improvement based on ADE standards) rather than enrolled in the new Stem Academy which was not in need of school improvement.
13. Over time, four assessment systems have been implemented in Arkansas to measure student achievement outcomes: Arkansas Benchmarks (administered through the 2013-14 school year), PARCC (administered during the 2014-15 school year), ACT Aspire (administered during the 2015-16 school year) and NAEP (administered periodically). Outcomes of Arkansas' students on these tests indicated the PARCC test is the most difficult (evidenced by highest number of Arkansas' students receiving low scores), ACT Aspire is the second most difficult and Arkansas Benchmarks were the least difficult (evidenced by the fewest number of Arkansas students receiving low scores). Periodic administration of the NAEP tests produced results, that when compared with Arkansas Benchmark results, indicated that the Arkansas Benchmark tests were not rigorous assessments.

I state under pains and penalties of perjury that the above information is accurate to the best of my knowledge.

Name _[signature]_ Date _5/15/17_