IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE and her
minor child, DENNIS DOE, et al            PLAINTIFFS

v.            CASE NO. 4:15cv00623DPM

JOHNNY KEY, ET AL            DEFENDANTS

## AFFIDAVIT

Comes now the affiant, LaGail Releford Biggs, and state under oath that:

1. I am a former employee of the Little Rock School District (LRSD).

2. Between 2012-15, I served as a vice principal at J.A. Fair High School. I served as principal during the 2015-16 school year. While at Fair, our population was approximately 88% black and over 80% free or reduced lunch.

3. J.A. Fair is located in the proximity of several communities. It, however, was not a community school. Students in the neighborhood were zoned for Central High School. Central was approximately 10 miles away. Fair had 17 buses that shuttled the students predominately from the southwest area of the city.

4. Given the above mentioned dynamics, there was little or no diversity in the school. Not just race, but academically as well. Other schools "cherry picked" the high performing students Fair did not have.


EXHIBIT 47

1

Affiant sayeth nothing further.

_____
LaGail Releford Biggs

County of Pulaski   )
                    )
State of Arkansas   )

Appeared before me this 17th day of May, 2017.

_____
Notary Public