## Elementary School Project Cost by Priority

| School | Priority 1 | Priority 2 | Priority 3 | Priority 4 | Design | Priority 5 |
|---|---|---|---|---|---|---|
| Badgett | $663,809 | $1,152,000 | $220,000 | | $248,371 | $49,810 |
| Bale | $2,836,619 | $85,000 | $8,000 | | $422,760 | $8,000 |
| Baseline | $408,434 | $152,000 | $5,500 | | $169,264 | $571,500 |
| Booker | $632,193 | $155,000 | $261,000 | | $361,837 | $1,248,100 |
| Brady | $1,257,679 | $94,000 | $32,600 | | $643,537 | $450,000 |
| Carver | $208,564 | $125,000 | $15,000 | | $61,838 | |
| Chicot | $117,050 | $110,000 | $18,000 | | $37,427 | |
| Cloverdale | $675,158 | $113,000 | $1,200 | | $123,034 | $6,000 |
| Dodd | $521,666 | $626,750 | $35,000 | | $177,838 | $45,000 |
| Fair Park | $1,518,164 | $165,000 | $52,000 | | $245,689 | $225,000 |
| Forest Park | $897,905 | $80,500 | $6,500 | | $152,998 | $49,500 |
| Franklin | $2,571,266 | $181,000 | $6,500 | | $416,355 | $35,000 |
| Fulbright | $505,441 | $545,000 | $37,000 | | $262,775 | $14,000 |
| Garland | $1,577,211 | $128,000 | | | $256,272 | |
| Geyer Spgs | $290,326 | $137,000 | | | $62,827 | $19,500 |
| Gibbs | $579,650 | $109,000 | | | $310,822 | $1,427,500 |
| Jefferson | $3,424,560 | $587,000 | $4,000 | | $604,628 | $20,000 |
| King | $275,165 | $81,000 | | | $190,849 | $870,000 |
| Mablevale | $640,557 | $97,000 | $286,000 | | $179,393 | $135,000 |
| McDermott | $611,711 | $117,000 | $189,000 | | $167,565 | $170,500 |
| Meadowcliff | $635,316 | $1,013,000 | $10,000 | | $284,935 | $200,000 |
| Mitchell | $536,348 | $352,000 | $8,000 | | $143,815 | $112,000 |
| Otter Creek | $680,250 | $165,000 | $32,300 | | $282,050 | $485,000 |
| Pulaski Hts | $1,200,467 | $200,000 | $7,000 | | $220,971 | $85,000 |
| Rightsell | $704,073 | $193,100 | $122,250 | | $166,560 | $116,000 |
| Rockefeller | $561,450 | $440,000 | $6,000 | | $298,342 | $539,500 |
| Romine | $3,245,749 | $148,000 | | | $586,865 | $485,000 |
| Terry | $809,965 | $335,000 | $2,000 | | $219,985 | $135,000 |
| Wakefield | $2,932,176 | $376,000 | $9,000 | | $534,956 | $116,000 |
| Washington | $229,639 | | $7,500 | | $45,000 | $44,500 |
| Watson | $1,712,544 | $175,000 | $500 | | $283,950 | $276,000 |
| Western H. | $938,890 | $65,000 | $13,500 | | $259,070 | $709,000 |
| Williams | $2,072,528 | $195,000 | $8,000 | | $363,634 | $340,000 |
| Wilson | $1,402,417 | $110,000 | $12,000 | | $223,074 | |
| Woodruff | $990,005 | $4,000 | $13,500 | | $134,261 | $6,000 |
| West Ele. | $10,770,000 | | | | | |
| ALC | $473,869 | $68,500 | $15,000 | | $49,950 | $1,240,500 |
| Adult ed | $453,900 | $25,000 | $280,000 | | $114,203 | |
| Gillium | $1,048,000 | | | | $110,700 | |
| | | | | $7,042,384 | | |
| Total | $51,610,714 | $8,704,850 | $1,723,850 | $7,042,384 | $9,418,420 | $10,233,910 |
| | | | Admin Cost | | | $3,887,555 |
| | | | Total Ele. Cost | | | $92,621,683 |


EXHIBIT 65

## Proposed Bond Projects - Funded

| FACILITY | PROJECT | ESTIMATED COST |
|---|---|---|
| **CASHION BUILDING** | | |
| | ADA adaptations | $20,000 |
| | Floor covering, furniture in public waiting areas | $20,000 |
| | Fire Alarm | $9,000 |
| *Cashion Building Total* | | **$49,000** |
| **CHILD NUTRITION** | | |
| | New steps front | $7,000 |
| | Dock Rails | $3,000 |
| *Child Nutrition Total* | | **$10,000** |
| **FACILITY SERVICES** | | |
| | ADA adaptations | $30,000 |
| | Expand energy management system | $150,000 |
| | Construct permanent offices | $200,000 |
| | Technology upgrade | $30,000 |
| | Fire Alarm | $12,000 |
| | Install water meters @ cooling towers (Dist wide) | $4,000 |
| | Emergency lights replacement (Dist wide) | $75,000 |
| | Land Purchase Booker | $100,000 |
| | Land Purchase Central HS | $300,000 |
| | Land Purchase West Ele. | $460,000 |
| *Facility Services Total* | | **$1,361,000** |
| **IRC** | | |
| | ADA adaptations | $20,000 |
| | HVAC Repairs | $95,000 |
| | Restroom Renovations | $20,000 |
| | Energy efficieint lighting | $8,200 |
| *IRC Total* | | **$143,200** |
| **PROCUREMENT** | | |
| | Fire Alarm | $25,000 |
| | Sprinkler System | $15,000 |
| *Procurement Total* | | **$40,000** |
| **QUIGLEY** | | |
| | Restroom upgrades | $50,000 |
| | Renovate dressing rooms | $35,000 |
| | Stadium light replacement, structural | $200,000 |
| | Rebuild Football field | $46,000 |
| *Quigley Total* | | **$331,000** |
| **SCOTT FIELD** | | |
| | Total track renovation | $200,000 |
| | Rebuild football field | $46,000 |
| *Scott Field Total* | | **$246,000** |
| **TRANSPORTATION (LAIDLAW)** | | |
| | Pave bus park lot | $250,000 |
| | ADA adaptations | $30,000 |
| *Transportation (Laidlaw) Total* | | **$280,000** |

## BOND ISSUE PROJECTS BY CATEGORY

| LINE | FACILITY | PROJECT | EST. COST | #RMS |
|---|---|---|---|---|
| 108 | SOUTHWEST | Technology Upgrade | $138,138 | |
| 109 | TERRY | Technology Upgrade | $182,238 | |
| 110 | TRANSPORTATION (LRSD) | Technology Upgrade | $100,000 | |
| 111 | WAKEFIELD | Technology Upgrade | $171,306 | |
| 112 | WASHINGTON | Technology Upgrade | $163,587 | |
| 113 | WATSON | Technology Upgrade | $86,170 | |
| 114 | WESTERN HILLS | Technology Upgrade | $89,496 | |
| 115 | WILLIAMS | Technology Upgrade | $135,607 | |
| 116 | WILSON | Technology Upgrade | $123,841 | |
| 117 | WOODRUFF | Technology Upgrade | $120,642 | |
| 118 | **TOTAL TECHNOLOGY UPGRADES** | | **$8,307,125** | |
| 119 | **PORTABLE REPLACEMENT** | | | #RMS |
| 120 | BADGETT | 2 Classroom addition (Port rpl) | $230,000 | 2 |
| 121 | BALE | 4 Classroom addition (Port rpl) | $460,000 | 4 |
| 122 | BRADY | 5 Classroom addition (Port rpl) | $585,000 | 5 |
| 123 | CLOVERDALE | 1 Classroom addition (Port rpl) | $115,000 | 1 |
| 124 | FAIR PARK | 3 Classroom addition (Port rpl) | $345,000 | 3 |
| 125 | GIBBS | 5 Classroom addition (Port rpl) | $575,000 | 5 |
| 126 | HALL | 10 Classroom addition (Port repl) | $1,250,000 | 10 |
| 127 | J.A. FAIR | 2 Classroom addition (Port repl) | $250,000 | 2 |
| 128 | MABELVALE MIDDLE | 2 Classroom addition (Port rpl) | $225,000 | 2 |
| 129 | McCLELLAN | 8 Classroom addition (Port rpl) | $1,000,000 | 8 |
| 130 | MEADOWCLIFF | 1 Classroom addition (Port rpl) | $115,000 | 1 |
| 131 | MITCHELL | 1 Classroom addition (Port rpl) | $115,000 | 1 |
| 132 | OTTER CREEK | 2 Classroom addition (Port rpl) | $230,000 | 2 |
| 133 | PARKVIEW | 7 Classroom addition (Port rpl) | $900,000 | 7 |
| 134 | PULASKI HEIGHTS MIDDLE | 4 Classroom addition (Port rpl) | $776,250 | 4 |
| 135 | RIGHTSELL | 1 Classroom addition (Port rpl) | $115,000 | 1 |
| 136 | ROMINE | 5 Classroom addition (Port rpl) | $575,000 | 5 |
| 137 | SOUTHWEST | 6 Classroom addition (Port rpl) | $610,000 | 6 |
| 138 | TERRY | 5 Classroom addition (Port rpl) | $575,000 | 5 |
| 139 | WAKEFIELD | 1 Classroom addition (Port rpl) | $115,000 | 1 |
| 140 | WATSON | 2 Classroom addition (Port rpl) | $230,000 | 2 |
| 141 | WILLIAMS | 6 Classroom addition (Port rpl) | $691,000 | 6 |
| 142 | **TOTAL PORTABLE REPLACEMENT** | | **$10,082,250** | **83** |
| 143 | **NEW CLASSROOM ADDITIONS** | | | #RMS |
| 144 | CENTRAL | 2 classroom addition | $291,000 | 2 |
| 145 | CLOVERDALE MIDDLE | 8 Classroom addition | $903,750 | 8 |
| 146 | DUNBAR | 5 Classroom addition | $575,000 | 5 |
| 147 | HALL | 2 Classroom addition | $250,000 | 2 |
| 148 | McCLELLAN | 5 Classroom additiion | $621,000 | 5 |
| 149 | METROPOLITAN | 4 Classroom addition | $500,000 | 4 |
| 150 | OTTER CREEK | 4 Classroom addition | $460,000 | 4 |
| 151 | PULASKI HEIGHTS MIDDLE | Convert existing Media Center to cla | $100,000 | 2 |
| 152 | WEST ELEMENTARY | New School | $10,500,000 | |
| 153 | **TOTAL NEW CLASSROOM CONSTRUCTION** | | **$14,200,750** | **32** |