# Capital Projects Summary

## 6001000 - Little Rock School District

### 0000 - --Multiple Schools---

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1718-6001-004 | Major Restroom Renovations-Romine, Washington, Watson, Western Hills, Adult Ed, Mann, Central, Quigley, Henderson, Metro--Bldgs A&C | 0000 - | | | 07/01/2017 | 08/01/2017 | 09/01/2018 | Planned | 714,433 | $3,750,000 | Local | |
| 1718-6001-009 | Phase 1 Energy Project | 0000 - | | | 06/01/2017 | 06/01/2017 | 09/01/2018 | Planned | 0 | $11,974,269 | Local | |
| 1920-6001-003 | Roof Replacement-Pulaski Heights | 0000 - | | | 01/01/2019 | 06/01/2019 | 09/01/2019 | Planned | 128,465 | | Local | |

### 0000 - ---NEW SCHOOL---

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0708-6001-487 | Dr. Don Roberts Elementary School | 0000 - --Not Specified-- | | | 10/08/2007 | 06/23/2008 | 08/16/2010 | Complete | 148,000 | $28,744,373 | Local | |
| 1516-6001-741 | New Southwest Little Rock High School | 0000 - --Not Specified-- | | | | | | Deleted | 0 | $0 | Local | |
| 1617-6001-597 | West Little Rock Middle School | 0000 - --Not Specified-- | | | 05/09/2013 | 06/01/2015 | 07/01/2016 | Committed | 191,000 | $36,217,648 | Local | |

### 0000 - ---Not Specified---

| Project Number | Project Name | Building | Project Type | Project Category | Design Start | Const. Start | Compl. Date | Status | Area | Total Cost | Funding Code | Facility Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0506001299165 | Cloverdale Elem. Demolition | 0000 - --Not Specified-- | | | | 04/26/2006 | 11/14/2006 | Complete | 0 | $69,175 | Local | |
| 060760010260 ST214585 | District Wide - OZAB Support | 0000 - --Not Specified-- | | | | | | | | | | |
| 0708-6001-503 | Child Nutrition/Quigley Stadium Refrigeration/ New Office Bldg | 0000 - --Not Specified-- | | | 06/01/2006 | 11/06/2006 | 12/03/2008 | Complete | 0 | $620,614 | Local | |
| 0809-6001-558 | Child Nutrition/Quigley Parking Lot | 0000 - --Not Specified-- | | | 01/01/2008 | 06/01/2008 | 08/15/2008 | Complete | 0 | $147,465 | Local | |
| 1011-6001-488 | District Wide E.O.L. Technology Systems Renovations | 0000 - --Not Specified-- | | | 01/01/2010 | 01/29/2010 | 12/30/2011 | Deleted | 0 | $30,000,000 | Partnership | |
| 1314-6001-778 | District-Wide Door Access Controls and Equipment | 0000 - | | | 01/15/2013 | 06/01/2013 | 06/15/2014 | Complete | 0 | $300,000 | Local | |
| 1415-6001-767 | Child Nutrition Backup Generators | 0000 - | | | 12/02/2013 | 12/30/2013 | 05/30/2014 | Complete | 40,952 | $56,477 | Local | |
| 1516-6001-817 | Hamilton Learning Academy #2 Chiller Replacement | 0000 - | | | 06/04/2015 | 07/01/2015 | 09/17/2015 | Complete | 0 | $126,282 | Local | |
| 1718-6001-741 | South West Little Rock High School | 0000 - --Not Specified-- | | | 05/09/2015 | 06/01/2017 | 08/01/2019 | Planned | 270,000 | $59,821,268 | Local | |
| 2324-6001-773 | District-Wide HVAC Controls Upgrade | 0000 - | | | 02/02/2023 | 06/05/2023 | 08/15/2024 | Deleted | 0 | $800,000 | Local | |

APSCN APSCRT Website
arkansasfacilities.arkansas.gov
Master Planning Tool
Reports

January 18, 2017


EXHIBIT 66