



EXHIBIT

62

# Facility Services Directorate

February 26, 2009

Mr. Mark Whitaker, Senior Project Manager
Division of Public School Academic Facilities
  and Transportation
501 Woodlane, Suite 600
Little Rock, AR 72201

RE:  New Pre-K – 5th Grade Elementary School in West Little Rock (temporarily "West Little Rock School" until official name is chosen)

Dear Mr. Eaton:

Attached are the School Construction Approval form along with descriptions of the above referenced projects.

If any additional information is required, please feel free to contact me at 447-5252.

Sincerely,

Wayne E. Adams, Director
Maintenance and Operations

WEA/tdb

3601 S. Bryant Street  •  Little Rock, Arkansas  72204

## ARKANSAS DEPARTMENT OF EDUCATION

## SCHOOL CONSTRUCTION APPROVAL FORM

Pursuant to Arkansas Code Annotated §§ 6-11-105, 6-20-1406, 6-20-1407 and 6-21-109, school districts that propose to build and/or fund facility projects are required to submit written documentation. Completion of this form is required for loan or bond approval but is not required for non-voted refundings of existing debt. Completion of this form is required for Public School Academic Facilities approval of a school district's construction project. Please answer the following questions, provide the required information, and submit the completed form with attachments to:

Division of Public School Academic Facilities and Transportation
501 Woodlane, Suite 600
Little Rock, AR 72201

### General and Equity Information

Construction Approval applies to all construction projects at public school facilities, costing over $20,000. This section shall not apply to construction projects costing $20,000 or less.

1. Describe the proposed facility project.

2. Provide a written, detailed, substantial justification for the proposed facility projects. Projects shall be considered legitimately justified if, for example:
   A. The proposed facility project is necessary for the applying district to comply with ADE rules and regulations, and/or State and Federal statutes and regulations; and/or
   B. The proposed facility project is necessary to meet important educational goals of the district. Completion of the proposed project should enable the applying district to provide a better quality, desegregated education, necessary to meet the needs of its present and projected population. The district must provide a desegregation impact statement showing that the proposed improvements will not have a segregative effect (see item #3 below). A detailed outline or explanation of the educational goal to be met shall be included.

3. Provide a written Assurance Impact Statement indicating that the proposed facility project will not establish, continue or ignore segregative activities and/or policies within your district or contiguous districts. Also, indicate with the Assurance Impact Statement that the proposed project in any school in any county contiguous to Pulaski County will not have a substantial negative impact on the ability of any district in Pulaski County to effectively desegregate.

4. The Annual Equity Compliance Report must be filed with the Arkansas Department of Education before approval can be granted. The office of Public School Academic Facilities will confirm the filing with the Equity Assistance Center.

5. Provide an assurance statement that the approval of the facilities project or the approval of any loan or bond financing the facilities project does not violate any Federal Court Order or federal or state law.

6. What method of construction does the district plan to use for the project? If the response is general contractor, no additional information is needed and only the superintendent's signature is required.
   ___ General contractor      ___ General Contractor as CM      ___ Design Build
   ___ Self-construction       _X_ Construction Management       ___ Lease Purchase

Little Rock School District
**SCHOOL DISTRICT**

*Linda Watson*
**SUPERINTENDENT SIGNATURE**

Pulaski
**COUNTY**

2-26-09
**DATE**

## Little Rock School District

| Instructional Facility | Project Description |
|---|---|
| West Little Rock School | Construction of a new Pre-K – 5th Grade Elementary School to be erected on a newly purchased site of approximately 19 acres located at Taylor Loop and Cantrell Rd/Hwy 10, in West Little Rock to relieve over crowding conditions and eliminate Portable Classroom Buildings at Fulbright and Terry Elementary Schools.<br>1. A comprehensive educational facility located on a 19.8 acre site at the southeast corner of Cantrell Road and Taylor Loop West. The 158,380 SF building is designed for a Pre-Kindergarten through 5th grade configuration and a capacity of 895 students. The classrooms in the grade level pods are arranged around extended learning, Multi-use spaces. The school is planned with 2 Art Rooms and 3 rooms for Music education.<br>2. Separate interior drives have been provided for bus, parent drop-off and service vehicles. Sufficient parking is provided for staff, guests and after hour events. A separate parking lot has been provided for Pre-Kindergarten parent drop-off.<br>Cost of construction is estimated at $30,000,000. Master Plan Project #1112-6001-597 |

**Justification:**

A. The above listed projects comply with the standards for school construction as stated in 6-20-1406.

**Assurance Impact Statement:**

The above listed projects will not establish segregative activities or policies and will not have a negative impact on this or any other school district's desegregative ability.

**Equity Compliance Report:**

Filed.

**Financing Assurance Statement:**

Financing for the above projects do not violate any State or Federal law.

**Construction Method:**

The above projects are to be competitively bid and constructed by Construction Management.



# ARKANSAS
## PUBLIC SCHOOL ACADEMIC FACILITIES
## AND TRANSPORTATION
### 501 Woodlane, Suite 600 - Little Rock, AR 72201
### Douglas C. Eaton, Director
Facilities: (501) 682-4261 Fax: (501) 683-1200 www.arkansasfacilities.com
Transportation: (501) 682-4264   Fax: (501) 682-6308

February 26, 2009

Dr. Linda Watson, Superintendent
Little Rock School District
810 West Markham
Little Rock, AR  72201

Re:  Little Rock School District
     West Elementary School
     Self Funded 0708-6001-487

Dear Dr. Watson,

The Division of Public School Academic Facilities and Transportation has reviewed your construction documents and received all the documentation necessary to grant approval on the above referenced project. You may proceed with construction of the project.

Please note that this construction approval is separate from and does not address funding for the project.

Sincerely,

Douglas Eaton, Director
Division of Public School Academic
Facilities and Transportation

**COPY**

DE: bo

cc:  Wayne Adams, LRSD
     Brad Chilcote, Architect

---