

**Adams, Wayne**   INTERROGATORY 13

**From:** Stuart Mackey [smackey@hathawaygroup.com]
**Sent:** Thursday, July 26, 2007 11:44 AM
**To:** Adams, Wayne
**Cc:** Milhollen, Mark; Jeff Hathaway
**Subject:** West Little Rock School Site - Info requested

The three lots can be broken down as follows:

Main Track Hard corner of Taylor Loop and Cantrell– 16.7 +/- Acres
- Wraps the two smaller tracts. This property sits north and west of the smaller tracts
- Seller:                               Taylor Ten Partnership
- Price :                               $9.06/ SF split between $6.50/ SF in cash and the balance in a Charitable Donation.
- Feasibility expiration :    9/17/2007
- Earnest Money:              $10,000
- Closing Date:                  30 days after removal of conditions
- Topography:                    Fairly flat with a pond and mature vegetation.
- Streets:                            On three sides – North, South and East

Northern small tract on Taylor Loop Road – One Acre
- Shares it north and west boundary line with the Main Track. Between Main Track and Taylor Loop.
- Shares its South Boundary line with other small tract.
Seller:                             Betty Dix
Price:                              $350,000
Feasibility Expiration    10/8/2007
Earnest Money              $1,000
Closing date:                  30 days after removal of conditions
Topography:                   Fairly flat with limited vegetation.
Street:                             On East side only.

Southern small tract on Taylor Loop Road – One Acre
- Shares its West Boundary line with the Main Track. Between Main Track and Taylor Loop.
- Shares its North Boundary line with other small track
Seller:                             Kenneth J. Bisbee
Price:                              $210,000
Feasibility expiration    10/1/2007
Earnest Money              $1,000
Closing Date                  30 days after removal of conditions
Topography:                   Fairly flat with some vegetation and three houses.
Street:                             On East side only.

What else do you need?

Stuart S. Mackey, CCIM
The Hathaway Group   TCN Worldwide
1001 N. University Suite 100, Little Rock, AR
501 978-4965 Desk     501 663-5408 FAX

DF_000258

7/26/2007