**EXHIBIT 69**

INTERROGATORY 14

Roberts Elementary
Contents Budget
as of November 17, 2010

| Category | Responsible for Requisition | PMM Staff | BOND Budget | PO Amount | PO# | 07/01/09-06/30/10 Actual Expenditures | 07/01/10-11/15/10 Actual Expenditures | OPEN PO's |
|---|---|---|---|---|---|---|---|---|
| **FURNITURE** | | | | | | | | |
| Teacher and Student Furniture (VIRCO - includes cafeteria tables) | Paradis | DP/CC | $450,000.00 | $490,142.70 | 150, 31-22,31-43,78 | | $486,293.70 | |
| Admin Furniture | Coston | CC | $20,000.00 | $36,633.02 | 403 | | $36,633.02 | |
| Principal's Furniture | Coston | CC | $5,000.00 | $0.00 | 31-42 | | $6,999.13 | |
| Outdoor Benches | Anderson | DP | $0.00 | $3,290.21 | 413 | | $3,290.21 | |
| Misc Furniture | Anderson | DP | $10,000.00 | $10,167.58 | PMM ProCard | | $10,167.58 | |
| Misc School Interior | Anderson | DP | $0.00 | $13,602.32 | BA ProCard + W/H J/E | | $44,716.06 | |
| Appliances (fridge & micro) | Coston | CC | $3,000.00 | $944.93 | BA ProCard | | $4,202.90 | |
| Safe and Fire Proof Cab. | Coston | CC | $0.00 | $1,128.29 | PMM ProCard | | $1,128.29 | |
| Health Room Fridge | Sutton | KS | $0.00 | $151.51 | PMM ProCard | | $151.51 | |
| Stage Curtains | Coston | CC | $10,000.00 | $0.00 | Added to GC Contract | | $0.00 | |
| Flags | Sutton | KS | $1,000.00 | $869.29 | PMM ProCard | | $869.29 | |
| Bike Rack | Hurst | SH | $0.00 | $349.38 | 31-2 | | $349.38 | |
| Lecturn | Anderson | DP | $0.00 | $3,214.25 | 31-15 | | $3,214.25 | |
| P Towel Holders | Anderson | BA | $0.00 | $562.70 | 31-64 | | $562.70 | |
| Awnings | Anderson | BA | $0.00 | $359.99 | 31-71 | | $334.87 | |
| Misc. (stamps, wireless acc.) | Paradis | DP | $0.00 | $240.76 | PMM ProCard | | $240.76 | |
| **ADMIN EQPT** | | | | | | | | |
| Laminator | Paradis | DP | $4,000.00 | $2,484.39 | 190 | | $2,484.39 | |
| PosterMaker | Paradis | DP | $5,000.00 | $4,821.38 | 191 | | $4,821.38 | |
| Ellison Cookie Cutter | Coston | CC | $3,000.00 | $2,681.25 | PMM ProCard | | $2,681.25 | |
| Walkie Talkies | Hurst | SH | $1,000.00 | $4,386.00 | 434 | | $4,386.00 | |
| AED's | Paradis | DP | $3,000.00 | $4,353.59 | 31-17 | | $4,353.59 | |

| Category | Responsible for Requisition | PMM Staff | BOND Budget | PO Amount | PO# | 07/01/09-06/30/10 Actual Expenditures | 07/01/10-11/15/10 Actual Expenditures | OPEN PO's |
|---|---|---|---|---|---|---|---|---|
| P.C. Popper | Anderson | DP | $0.00 | $1,472.05 | PMM ProCard | | $1,472.05 | |
| | | | | | | | | |
| TEXTBOOKS | Sutton | KS | $225,200.00 | $61,553.09 | 31-12,31 | | $62,652.34 | |
| | | | | | | | | |
| **DEPARTMENTS** | | | | | | | | |
| Special Programs * | | DP | $0.00 | $0.00 | | | | |
| Early C.H. Manipulatives | Sutton | KS | $111,000.00 | $46,714.31 | Lake: 175-176,31-29,41 | $11,978.43 | $34,914.81 | |
| | | | | $54,927.99 | Const: 178-179,31-28,40 | $11,117.86 | $42,558.62 | |
| Fine Arts/music | Fletcher | DP | $38,000.00 | $32,371.38 | 197-198-193-192,sc:ROB | $24,315.51 | $4,917.04 | |
| Standard Pianos | Fletcher | DP | $3,000.00 | $10,250.13 | 205 | | $10,250.13 | |
| Piano Lab (SoundTree) | Paradis | DP | $32,000.00 | $31,590.14 | 180 | | $28,081.57 | |
| Kiln | Sutton | KS | $5,700.00 | $5,098.38 | 243 | | $4,746.17 | |
| Maintenance/Cust Eqpt | Rector | GM | $40,000.00 | $20,990.27 | 414, 31-23,24,26 W/H | $7,236.79 | $27,717.41 | |
| Child Nutrition (small eqpt) | Bouie | GM | $65,000.00 | $37,947.26 | 420 thru 427 | | $40,958.41 | |
| Counselors | Young | DP | $0.00 | $1,705.98 | Grants ProCard | | $1,483.87 | |
| Health Services | Bushmaier | DP | $20,000.00 | $5,339.68 | 189 | | $5,003.28 | |
| Social Studies | McNeal | DP | $20,000.00 | $23,577.96 | 378 thru 385,31-30,31 | $2,189.60 | $26,951.30 | |
| Gifted/Talented | Altschul | DP | $10,000.00 | $8,126.22 | 387 thru 398 | $7,026.38 | $833.79 | |
| Math | Cleaver | DP | $30,000.00 | $38,684.56 | 245 thru 248, 242 | $10,359.07 | $34,812.24 | Open - 84 |
| | | | | | 249 thru 251, 324,409,31-31 | | | |
| | | | | | 319-80 thru 92 | | | |
| Library (900*20*$10 + tax) | B. Williams | DP | $200,000.00 | $121,523.91 | 237,31-799 | | $120,674.71 | |
| Media Software | B. Williams | DP | $10,000.00 | $5,894.46 | 195,386 | $5,483.90 | | |
| Renaissance (Accel Reader) | B. Williams | DP | $25,000.00 | $13,747.04 | 194 | $13,747.04 | | |
| Compass | D.Paradis | DP | $50,000.00 | $44,456.63 | 181 | | $41,507.51 | |
| Science | J. Webb | DP | $6,000.00 | $6,430.80 | 214 | | $6,412.07 | |
| Literacy | G. Nugent | DP | $82,000.00 | $96,637.30 | 244-360-361, 31-27 | $52,052.94 | $281,387.61 | Open -27 |
| Really Good Stuff | $10,341.48 | | | | various | | | |
| Teaching Resource Center | $2,220.20 | | | | various | | | |

DF_000260

| Category | Responsible for Requisition | PMM Staff | BOND Budget | PO Amount | PO# | 07/01/09-06/30/10 Actual Expenditures | 07/01/10-11/15/10 Actual Expenditures | OPEN PO's |
|---|---|---|---|---|---|---|---|---|
| Basic Plus | $16,235.00 | | | | various | | | |
| SchoolWide | $13,874.00 | | | | various | | | |
| Shell Education | $1,199.70 | | | | Various | | | OPEN - 50,5 |
| Literacy Part II | D.Paradis | DP | $0.00 | $237,553.22 | 31-46 thru 61, 79 | | | |
| Reading Recovery | G. Nugent | DP | $12,000.00 | $10,545.27 | 209 thru 213, 294 206 thru 208 | | | |
| Physical Education | Young | DP | $15,000.00 | $14,991.38 | 411 | | $14,634.22 | |
| Climbing WALL | Young | DP | $8,000.00 | $6,035.05 | 296 | $6,327.98 | | |
| **TECHNOLOGY** | | | | | | | | |
| Administrator Laptops | Anderson | CC | $0.00 | $7,175.63 | 417,31-18 | | $7,153.16 | |
| FunKey and FunMouse | Coston | CC | $8,000.00 | $1,915.76 | PMM ProCard | | $1,915.76 | |
| Server | Ruffins | CC | $7,000.00 | $6,862.28 | 412 | $6,862.29 | | |
| East Lab | Coston | CC | $130,000.00 | $100,000.00 | contract 30-026 , 402, 31-106 | $65,000.00 | $35,000.00 | |
| PC's (337 * $1,300) | Ruffins | CC | $438,000.00 | $367,847.78 | 436, 31-16, 31-98 | | $366,843.19 | |
| Surge Protectors for PC's | Ruffins | DP | $0.00 | $5,639.99 | 31-10 | | $5,639.99 | |
| PC Headphones | Paradis | DP | $0.00 | $2,209.31 | PMM ProCard | | $2,209.31 | |
| Network Electronics | Ruffins | DP | $80,000.00 | $105,723.51 | 418 | | $106,355.19 | |
| Phone System (includes handsets) | Ruffins | DP | $75,000.00 | $63,961.05 | 177 | | $65,135.39 | |
| Safari Montage | Ruffins | DP | $50,000.00 | $14,843.18 | 31-93 | | | $14,843.18 |
| Wireless Eqpt | Ruffins | DP | $0.00 | $18,668.39 | 31-62 | | | $18,668.39 |
| Projectors | B. Williams | SH | $6,000.00 | $0.00 | Use Smrt Bds in Flex Areas | | $0.00 | |
| Sound System | B. Williams | SH | $3,600.00 | $790.10 | Maint - ProCard | | | |
| Flat Panels | B. Williams | SH | $7,500.00 | $5,372.86 | 431 | | $5,372.86 | |
| AV Carts | B. Williams | SH | $80,000.00 | $0.00 | Use Smrt Bds in Flex Areas | | | |
| Neo2 Carts | B. Williams | DP | $0.00 | $12,182.25 | 399 | $10,640.00 | | |
| Video Conference | Ruffins | DP | $30,000.00 | $19,426.92 | 400 | | $19,426.93 | |
| Network Printers | Ruffins | CC | $13,000.00 | $33,576.42 | 31-04, 31-20 | | $32,871.22 | |

| Category | Responsible for Requisition | PMM Staff | BOND Budget | PO Amount | PO# | 07/01/09-06/30/10 Actual Expenditures | 07/01/10-11/15/10 Actual Expenditures | OPEN PO's |
|---|---|---|---|---|---|---|---|---|
| Document Cameras | B. Williams | SH | $55,000.00 | $0.00 | Using Digital Video Cams | $52.05 | | |
| SmartBoards | B. Williams | DP | $253,000.00 | $247,945.53 | 196, 31-3, 31-9 | | $251,713.41 | |
| Digital Cameras | B. Williams | SH | $2,500.00 | $1,698.30 | B. Williams ProCard | $1,698.30 | $0.00 | |
| Digital Video Cameras | B. Williams | SH | $4,000.00 | $6,469.33 | 295 | $6,257.97 | | |
| COWS | Ruffins | CC | $66,000.00 | $64,562.78 | 406 | $64,080.60 | | |
| **Miscellaneous** | | | | | | | | |
| Plaques | Carlie | DP | $0.00 | $369.10 | 31-121 | | | $369.10 |
| Drawer Carts | Carlie | DP | $0.00 | $61.60 | 31-20 | | | 61.6 |
| Portrait Painting | Hoffman | DP | $0.00 | $4,500.00 | 31-124 | | | |
| | | | | | | | | |
| TOTALS | | | $2,831,500.00 | $2,610,350.07 | $221,149.93 | $2,831,500.00 **GRAND TOTAL BUDGET** | | |
| | | | | | VARIANCE to BUDGET | $2,605,419.37 | | |
| * Furniture included in Virco Number - all other misc supplies | | | | | | **GRAND TOTAL ACTUAL PO** | | |
| provided by Special Programs | | | | | | | | |
| | | | | $2,649,854.80 | | $306,426.71 | $2,309,485.82 | $33,942.27 |

DF_000262