IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PARENT PLAINTIFF LAKESHA DOE and her**
minor child, **DENNIS DOE, et al.**                                          **PLAINTIFFS**

v.                            CASE NO. 4:15-cv000623 DPM

**JOHNNY KEY, et al.**                                                              **DEFENDANTS**

## *PLAINTIFFS' ADDITIONAL GENUINE ISSUES OF MATERIAL FACT IN RESPONSE TO SEPARATE DEFENDANT MICHAEL POORE'S MOTION FOR SUMMARY JUDGMENT*

Plaintiffs, for their Additional Genuine Issues of Material Fact in Response to Separate Defendant Michael Poore's Motion for Summary Judgment:

1. LRSD has treated the Pinnacle View Middle School project, which is substantially complete, as a priority over the Southwest Little Rock High School project in an attempt to privilege recruit and retain white students. Exhibit 4 at 33.

2. Baker Kurrus was named LRSD superintendent by ADE Commissioner Johnny Key on May 6 2015, four months after the LRSD Board implemented a policy requiring construction of the new middle school in West Little Rock and the high school in Southwest Little Rock be authorized simultaneously and for any delay in the construction of either school to result in a delay in the construction of the other "pending resolution of the reasons for the delay." Exhibit 3 at 6-8. This policy also declared "construction of the Southwest Little Rock High School shall be the district's first priority." Exhibit 3 at 6-7. Kurrus was aware of this policy when it passed. Exhibit 2 at 100.

1

3. Kurrus knowingly broke with this policy as superintendent by moving forward on the construction of the West Little Rock middle school before even breaking ground on the Southwest Little Rock high school. Exhibit 4 at 33. Kurrus's successor, Michael Poore, further broke with this policy by continuing construction of the West Little Rock middle school, while simultaneously declaring that the construction of the Southwest Little Rock high school was delayed due to budgetary issues. Exhibit 4 at 33; Exhibit 5.

4. Kurrus and Poore broke with the aforementioned LRSD Board policy in an intentional effort to privilege, recruit and retain LRSD's white student population, who disproportionately have access to Pinnacle View Middle School. LRSD's student population was approximately 65% black and 18% white during 2015-2016 school year. Exhibit 6. However, the projected student population of Pinnacle View Middle School is 40% black and 40% white. Exhibit 7 at 30. Meanwhile, ground has not been broken on the Southwest Little Rock high school, which is projected to consist of a student population that will be overwhelmingly black. Exhibit 7 at 37, 90-1.

5. Defendant Johnny Key has testified that LRSD decided to convert the office building at the Pinnacle View site into a sixth grade classroom space, even though the sixth graders will be educated in the adjacent warehouse with the seventh and eighth graders this Fall, because Kurrus was worried about losing students from Fulbright, Terry and Roberts elementary schools to private schools and charter schools. Exhibit 22 at 72. Terry had a smaller white student population in 2015-2016 (55 white students, 14% of total school population) than Roberts (506 white students, 56% of total school population) and Fulbright (224 white students, 40% of the total school population). Exhibit 23.

6. Terry is located in Zone 5, which has the largest deficiency of elementary capacity of any zone in LRSD. Exhibit 24. According to an LRSD study, Zone 5 has 1,683 more 5-10 year olds than it does elementary capacity (505). Exhibit 24. Meanwhile, Fulbright and Roberts are located in Zone 4, which has 673 more 5-10 year olds than it does elementary capacity (2,122); less than half that of Terry. Exhibit 24.

7. This study was prepared by then-superintendent Kurrus. Exhibit 25 at 71. Defendant Key testified that he has been aware of this shortage since the Fall 2016. Exhibit 22 at 56. He also testified that Defendant Poore provided the study to him, which means Poore was also aware of this shortage. Exhibit 22 at 56. Yet, in spite of Kurrus, Key and Poore's knowledge of the great deficiency in elementary capacity in Zone 5, there are no plans to construct a new elementary school in Zone 5. Exhibit 26.

8. LRSD moved rapidly to address the needs of the disproportionately white student population matriculating to the sixth grade in the area surrounding Pinnacle View, while completely neglecting the needs of the similarly situated, less white student population matriculating to elementary in Zone 5, because LRSD was intent on privileging, recruiting and retaining white students.

9. The Don Roberts school is located "in the northwest corner of the school district, near the district line." (Doc. 6, para. 67; Doc. 26, para. 67)

10. The racial make-up of the Don Roberts School faculty has been as follows: 2014-15  49 white teachers, (93.8%) 3 African American teachers; 2015-16  47 white teachers (94%)) 3 African American teachers; 2016-17  49 white teachers (96.1%), 2 African American. (ADE on-line compilation of data submitted each year by LRSD)

11. John Poros, Associate Professor in the School of Architecture at Mississippi State University, has produced a report clearly demonstrating that the secondary schools with the highest white student populations are provided higher quality facilities than the secondary schools with the lowest white student populations.

12. Prof. Poros examined select LRSD schools, including: 1) two schools with the highest white-middle-school-aged student population percentages, namely Pinnacle View (41%) and Forest Heights (40%); 2) Central, the high school with the highest white-student population percentage (29%); 3) two middle schools with the lowest white-student population percentage, namely Cloverdale (2%) and Henderson (4%); and 4) McClellan, the high school with the lowest white-student population percentage (3%). Exhibits 35, 1 and 37.

13. Prof. Poros found that "the building condition is excellent at Pinnacle View" and that Forest Heights had been "remodeled or mostly reconstructed…to very good condition." Exhibit 37 at 72. As mentioned above, Pinnacle View and Forest Heights's have white-middle-school-aged student population percentages that are at or just above 40%. Exhibits 35 at 1.

14. In contrast, Prof. Poros found Henderson is in "need [of] massive renovation" and "requires replacement doors, windows, and finishes…[with] [c]lassrooms [that] receive no natural lights and much of the case work equipment is old and needs to be replaced." Exhibit 37 at 73. He also explained: "Cloverdale is the worst case, with exterior walls that are failing, dark exterior corridors, fraying asbestos tile, and finishes that are completely worn out. Complete replacement of the school would be recommended." Exhibit 37 at 73. LRSD's Director of Maintenance and Operations, Wayne Adams, referred to Cloverdale when he testified, "I would hope that we would replace that facility. Exhibit 44 at 22.

15.     Similarly, Prof. Poros found Central High School to be "very well maintained and updated", despite its old age, with "more educational equipment than some of the other schools" he examined.  Exhibit 37 at 71-72.  As mentioned above Central has a 29% white-student population percentage, which is well above the district average of 18%.  Exhibits 1 and 38.  In contrast, Prof. Poros found McClellan High School to be in "need either of massive renovation [or] construction of new facilities."  Exhibit 37 at 73.  Mr. Adams agrees that "a good portion of McClellan should be removed and replaced…"  Exhibit 44 at 20.  16.

16.     The only secondary school that was budgeted to have a full-time math and literacy facilitator during the 2016-2017 is Pinnacle View Middle School, which, as mentioned above, has a white student population percentage that is more than double the district average.  Exhibit 27 at 169, 170.  Indeed, Pinnacle View has the highest white population of any LRSD secondary school.  Exhibit 27.  No other secondary school has either a math or literacy facilitator.  Exhibit 27.  The only secondary school that had a full-time testing coordinator during the 2014-2015, 2015-2016 and 2016-2017 school years was Central High School, which had the highest white student population percentage (29%) of any LRSD high school.  Exhibit 1.  This despite LRSD having had two middle schools, Cloverdale and Henderson, and three high schools, Hall, J.A. Fair and McClellan, that were in academic distress.  Exhibit 28.  Unsurprisingly, all of these school are still in academic distress with the exception of J.A. Fair.  Exhibit 29.  All of LRSD's academically distressed schools have white student population percentages that are lower than the aforementioned district average.  Exhibit 29.

17.     Through 2013-14, the LRSD operated the Forest Heights Middle School (grades 6 to 8) at the edge of the Heights neighborhood, north of I-630.  (Doc. 6, para. 81; Doc. 26, para. 81 ) ("located north of Interstate 630")  This neighborhood is predominantly white. (Exhibit 46,

DeJarnette Dec. para. 5) "In the period from August 11, 2006 through January 31, 2014, the LRSD completed at least 14 facility projects at this school site." (Doc. 6,, para. 82; Doc. 26, para. 82) An LRSD compilation of data on facility projects identifies the cost of projects completed at the Forest Park site between 2006 and 2014 to be approximately $7,666,372. (Key Exhibit 16 at DF 000578-79); see also Michael Poore deposition, Exhibit 57 at 107 (second best middle grade facility; only new Pinnacle View facility ranked as superior).

18. In 2013-14, the total enrollment of Forest Heights Middle School was 580, 490 African American students (84.5%), 50 white students (8.6%), and 40 other students (6.9%). There were 169 African American students in each of the sixth and seventh grades. (Doc. 6, para. 82; Doc. 26, para. 83) "These students would have been able to move on to the seventh and eighth grades in the school in 2014-15, had its longstanding grade structure and mode of organization continued without change" (Doc. 6 at 83), absent one or more students not being promoted.

19. "Prior to the the 2014-15 school year, the LRSD converted the Forest Heights facility to a 'STEM Academy,' serving kindergarten through (grade) eight." (Doc. 6, para. 84; Doc. 6, para.84) Superintendent Dexter Suggs, an African American, was the initial proponent of this action. (Exhibit 70 at 2-3) The change was later approved by a 4 to 3 vote of the School Board, with 3 white members and one African American member in support, and 3 African American members opposed. (Exhibit 70 at 5)

20. In 2014-15, the total enrollment of the STEM Academy was 696, 398 African American students (57.1%), 215 white students (30.9%), and 83 other students (12.0%). In grades 6 through eight, there were 196 African American students (66%), 72 white students (24.2%), and 29 other students (9.8%). (Exhibit 71)

21.    In the next two school years, the number and the proportion of white students in the STEM Academy as a whole, and in grades 6 to 8 separately, grew and those for African pupils fell. By 2016-17, the total enrollment was 687, 349 African American students (50.8%), 241 white students (35.1%), and 97 other students (14.1%). In grades 6 through 8, there were 133 African American students (47.2%), 114 white students (40.4%), and 35 other students (12.4%). (Exhibit 71)

22.    The LRSD employed a selective admission system for the STEM Academy, requiring that students "qualify." (Exhibit 58 at 1-2; see also at 5 ["Your child MUST meet all criteria for placement in Forest Heights STEM Academy."]; and Doc. 26, para. 84) The process at all grade levels required completion of an "Optional Enrollment Request Form." (Exhibit 58 at 3-4) Completion of a separate STEM Academy form was also required. (Exhibit 58 at 5)

23.    "All children applying for admission to Kindergarten . . . [must]l participate in a screening process for kindergarten. . . . Students (were) expected to demonstrate gross motor, listening, and speaking skills, as well as age appropriate behaviors. " The process required a one-to-one, twenty minute session with a district staff member, with a waiting area available for parents. (Exhibit 58 at 8) The screening consisted of "counting, dots, blocks, standing on one leg, those kind of things . . . developmental screening." (Exhibit 56, Linda Young Dep. At 20)

24.    The process above the kindergarten level was more extensive. LRSD's Answer states that "(the District) considered applicants based on their interest in attending such a school, their grades, their standardized test scores and their report cards. . . ." (Doc. 26 at 84; Exhibit 58 at 6-7) LRSD gauged student interest based upon responses to a 10-part "Student Interest Survey, " developed by District administrators. (Exhibit 58 at 9; L. Young dep. At 43) The LRSD also utilized information from a "Recommendation Form," to be completed by a

7

Principal, teacher, or counselor." (Exhibit 58 at 10-13) A "shadow zone" played a role in selection for the program. "It's an area around a school that is used in the student assignment process." A "certain number, a certain percentage" of students living within the zone "were given preference in the computerized selection process." (Exhibit 58, [L. Young dep. At 33-34)

25. Superintendent Suggs "provided a list of criteria that were to be used" in the selection process.(Exhibit 58, L. Young dep. At 39; at 27 (decision to use Benchmark test made by Mr. Suggs)) There was no "rubric" for use in evaluating student-applicants' responses in the interest survey in a consistent manner. (At 44) There was no written guidance on how to combine evaluation of each category of information to make a decision as to an applicant. (Exhibit 58, L. Young dep. At 50)

26. Superintendent Suggs, an African American, initiated the process yielding the STEM Academy in the Forest Heights facility. He identified one of the two middle school locations with the highest concentrations of white residents in the surrounding area (with Pulaski Heights being the other) – not the location of Cloverdale, Dunbar, Henderson, Mablevale, or Mann. He urged selective admission for the program and provided standards for evaluating applicants, some amorphous and some likely to have a racial impact (test scores and the "shadow zone.") The result: a very large reduction in the number of African American students attending one of the system's best facilities, accompanied by a very large increase in the number of white students enrolled.

27. Superintendent Suggs' initiatives regarding the reading recovery program and the LRSD's program evaluation efforts were also adverse to African American students. (Exhibit 46, Dec. of Dr. DeJarnette , paras. 3, 6-7)

28. The LRSD allocates fewer resources to the high school football program of J.A. Fair, which is 88% black than it does to football programs with a greater percentage of white students such as Little Rock Central. Fair is 80% free or reduced lunch and the players on its football team are representative. The coaching staff of its football (and baseball) teams often had to pay for food for away games greater than 50 miles away because J.A. Fair had a weaker booster program than schools such as Little Rock Central. (Exhibits 45 and 47).

29. The operation of the LRSD has included cabinet meetings of high level administrators. From time to time in the period from 2004 through 2013, participants expressed the need to employ white teachers in schools in neighborhoods with higher proportions of white students to make them attractive to white parents. Persons making such comments included Superintendent Roy Brooks and Associate Superintendent for elementary schools Dr. Sadie Mitchell, African American persons, and Associate Superintendent Dennis Glasgow, a white person. Particular schools mentioned included Don Roberts Elementary, Forest Park Elementary, Fulbright Elementary, Jefferson Elementary, Pulaski Elementary, and Pulaski Heights Middle School, as well as stipulation magnet schools. (Exhibit 46, Declaration of Dr. Karen DeJarnette ,para. 4). Data for the 2014-15 and 2016-17 school years evidences the placement of faculty in accord with these views.

30. In 2016-17, the Franklin Elementary School had a student enrollment 5.2 % white. Franklin alone had the same number of African American faculty members as the foregoing 5 schools combined, 12. (ADE on line student enrollment and faculty composition data for 2016-17)

9

31.     In 2016-17, the racial make-up of the faculty serving the 6 LRSD middle schools consisted of 189 black persons, 43.4 % of the total pool of 435 persons, 238 white persons (54.7%), and 8 other persons (1.8%). ( ADE  on line faculty data for 2016-17 )

32.     In 2016-17: the Pulaski Heights Middle School, in a predominantly white neighborhood,  had the largest proportion of white enrollment of schools serving middle school grades, 38.8%; 43 of its 64 teachers were white (68.6%). The proportions of white student enrollment and white faculty members for the other 5 middle schools were as follows: Cloverdale – students 2.1%, faculty 43.9%; Dunbar – students 4.8%, faculty 53.6%; Henderson – students 4.5%, faculty 43.0%; Mablevale – students 5.2%, faculty 56.7%; and Mann – students 14.8%, faculty 43.3%.  In 2016-17, The STEM Academy  continued  on a selective admission basis  in a predominantly white neighborhood. Its white enrollment  has risen to 35.1% percent in grades K to 8; 36 of its 48 teachers are white persons (75%).   (ADE on line student enrollment and faculty composition data for 2016-17 provided by the LRSD)

33.     LRSD is the custodian of the data tracking the racial makeup of LRSD schools, special programs and disciplinary actions.  It follows that LRSD knew of the racial disparities detailed in the Amended Complaint and Section II(b)(1) of this Response.  For example, former LRSD Superintendent Baker Kurrus, previously testified that he knew the then-forthcoming Pinnacle View Middle School would have a white student population percentage of about 42%, which is more than twice that of the district average.  Exhibit 7 at 36, 48.

34.     Defendants also knew that LRSD's white students were disproportionately more likely than LRSD's black students, such as Plaintiffs, to have access to LRSD's high quality educational resources and top-end facilities.  For example, Defendants produced a report that

10

demonstrates black students are vastly underrepresented in high school gifted and talented programs.  Exhibit 17.

35. On March 22, 2016, Kurrus was asked, under oath, "Do you remember…you thought that 40 percent was the tipping point in Little Rock for white kids to stay in the school district?" to which Kurrus eventually admitted, "[W]hat I said was, if we can get back to what you agreed and what most people agreed was a fair way to do things, which was to try to hit 60/40 either way, then you begin to build a community-based school district, and that's my desire."  Exhibit 7 at 237-38.  When asked if he had any plans to bring that about Kurrus replied "I'm doing the best I can every day."  Exhibit 7 at 237-38.

36. LRSD Associate Superintendent of Accountability, Dennis Glasgow, also made representations suggesting that the Pinnacle View project is an effort to recruit, retain, and privilege white students.  On March 22, 2016, Glasgow sent an e-mail to ADE explaining some of the systemic changes being implemented by LRSD.  Exhibit 30.  Glasgow mentions that LRSD was "[b]uilding WLR middle school [now Pinnacle View] to increase and diversify enrollment in the district…"  Exhibit 30.  This e-mail tacitly admits that one of the primary purposes of the Pinnacle View project was to increase LRSD's white student population.  Mr. Glasgow's reference to this project as a "systemic change[]" is evidence that the Pinnacle View project is tantamount to an official LRSD policy and practice to recruit, retain and privilege white students.  Exhibit 30.  This e-mail was sent on the same day Kurrus testified about his aforementioned desired LRSD racial balance.

37. Kurrus made several misrepresentations to the Court so as to convince the Court not to thwart his goal of privileging the white student population of West Little Rock.  Kurrus testified that he would provide a new middle school in West Little Rock (Exhibit 7 at 198-201); a

new "world class" southwest-area high school to replace McClellan and J.A. Fair (Exhibit 7 at 198, 204-05, 207, 210-11); and, later, a replacement for Cloverdale Middle School, by substantial rehabilitation of the McClellan building when it is vacated. (Exhibit 7 at 218-19, 317-18). Kurrus testified that Cloverdale Middle School was the only school identified as "critical" in a Fanning Howey study and, in his opinion, was "the worst" school in the LRSD. Exhibit 7 at 267, 316. He promised its relocation in a rehabilitated McClellan building. Exhibit 7 at 263.

38.     Kurrus *underestimated* that the construction costs of the west middle school would be $350,000 to $400,000 (Exhibit 7 at 200) for Phase I and "20 million give or take" for Phase II(Exhibit 7 at 201). However, the *actual* costs of construction of the west middle school, now Pinnacle View, is $750,000 for Phase I and $33,355,803 for Phase II. Exhibits 19 and 20.

39.     Kurrus's repetitive assurances that LRSD would have the financial resources necessary to complete the west middle school project and the southwest-area high school project were also erroneous. Pinnacle View Middle School opened on schedule for sixth graders. Exhibit 1. In contrast, Poore's Status Report on facilities filed on October 13, 2016 states that LRSD is "unsure about its ability to fund a first-class high school in Southwest Little Rock" and that construction could not begin on schedule absent voter approval of an extension of the period for repaying existing bonded indebtedness. Exhibit 5 at 2-3. Importantly, the Status Report contains no questioning of the ability to complete Phase II of the west middle school project with available revenue.

40.     Mr. Kurrus testified that "we are full throttle on the [southwest high project] right now." (Exhibit 7 at 281). He testified three times that the west middle school and southwest-area high school projects could be completed without seeking a millage increase. (Exhibit 7 at 205-06, 282, 338). He testified that the LRSD has plenty of money. (Exhibit 7 at 314).

41.     True to form, as of March 8, 2017, LRSD had not begun the "Schematic Design" phase of the "Southwest Little Rock High School Design Work Plan," which was originally scheduled to begin no later than July 1, 2016.  Exhibit 21.  As of March 8, 2017, LRSD had expended just $380,528.99 on the Southwest Little Rock high school project, which pales in comparison to the $34,067,500 expended on the Pinnacle View project.  Exhibit 31.

42.     The over $33 million used to construct Pinnacle View in an attempt to privilege, recruit and retain white students could have been used to undertake the massive renovations needed at Henderson or relocate Cloverdale students.  It also could have been used to begin construction on the new Southwest high school, which would replace the poor facilities at McClellan.  Exhibit 22 at 82.  Meanwhile, Mr. Fisher's only traditional public school option, McClellan, is also in need of "massive renovation [or] construction of new facilities."  Exhibit 37 at 73; Exhibit 40 at 5.

43.     Plaintiffs attending Henderson and Cloverdale have been injured by the discriminatory allocation of math facilitators and literacy facilitators to Pinnacle View, especially since Henderson and Cloverdale are classified as being in academic distress.  Exhibit 29.  Meanwhile, Mr. Fisher was injured by the discriminatory allocation of a testing facilitator to Central High School, especially given his lack of preparedness for high school and McClellan being classified as being in academic distress.  Exhibit 40 at 46.  Mr. Fisher attended McClellan Spring 2016.  Exhibit 40 at 5-6.  Plaintiff Lyric Louden (Lisa Doe) has also recently attended McClellan.  Exhibit 41 at 8.  Finally, Plaintiffs Lazerus Pettus and Dezury Ashford (Dennis Doe) were also injured by the lack of a testing facilitator at J.A. Fair, which was classified as being in academic distress during the 2015-2016 school year.  Exhibit 42 at 7; Exhibit 43 at 8; Exhibit 28.

Mr. Pettus also complained about J.A. Fair being too small, which is in contrast with the "generous" main corridor and "very large class rooms" of Central. Exhibit 42 at 25; Exhibit 37 at 65, 68.

44. Ms. Amoryea Love is in imminent danger of being injured by Central High School's racially gerrymandered attendance zone because she is zoned to go to Hall High School in the Fall. Exhbiit 39 at 7. The westernmost non-contiguous portion of Central's attendance zone is closer to Hall than it is to Central. Exhibit 15. But for LRSD maintaining Central's racially gerrymandered attendance zone, Ms. Love would be slotted to go to a more diverse, well-resourced Hall.

45. Several of the Plaintiffs have had direct contact with LRSD's discriminatory disciplinary practices. Plaintiff Dezury Ashford (Dennis Doe) was once sent home for the amorphous charge of "refus[ing] to follow simple directions" twice. Exhibit 13. Mr. Auxzvion Love has complained about being the target threats of disciplinary action and actual disciplinary action at Henderson. Exhibit 33 at 7. Mr. Lampkin has complained about being subject to disciplinary action for responding to a teacher's disrespectful comments towards him and being suspended for talking back as result of said disrespectful comments. Exhibit 34 at 6, 7. Mr. Fisher complained about being bullied by LRSD staff, a wrongful attempt to refer him to the juvenile justice system and a sanction for having marijuana that belonged to another student. Exhibit 40 at 7, 10, 30, 42. Mr. Pettus has been suspended and testified that LRSD staff regularly treats black students, himself included, more strictly than white students. Exhibit 42 at 12, 20-22. Ms. Amoryea Love complained about teachers at Henderson having an excessive focus on discipline. Exhibit 39 at 5-6. In contrast, Mr. Ashford noted "multiple things that white

kids do and get away with" like talking back and cussing out teachers; he even cited an example. Exhibit 43 at 57-58.

46.     Ms. Amoryea Love also noted that she wanted to enroll in pre-AP classes at Henderson, but was not allowed to by LRSD.  Exhibit 39 at 6.  Mr. Fisher complained about not being taught at Henderson and, as result, being behind on his studies once he arrived at McClellan.  Exhibit 40 at 35, 37-40, 46.  Mr. Pettus spoke of being removed from an AP class and placed in a regular class because there was no permanent teacher to teach the course at J.A. Fair.  Exhibit 42 at 49.  Mr. Ashford spoke of experiencing harsh treatment in an AP class at Central, in which he was the only black student, because he was black; he now does not have any AP classes.  Exhibit 43 at 39, 44.

47.     It is evident that Plaintiffs injuries are plentiful.  Defendants do not claim that any of the plaintiffs have represented that LRSD has allocated top-end facilities, high quality educational resources and disciplinary infractions equally across racial lines during the last fifteen (15) or even three (3) years.  In fact, Mr. Pettus has represented that he "feel[s] it's a lot of discrimination going on in some parts of the Little Rock School District."  Exhibit 42 at 13. He went on to explain, "I'm pretty sure if I was white I wouldn't have went to Fair in the first place, I would have been at Parkview or Central.  Exhibit 43 at 41.  He later stated, "…white kids have better opportunities."  Exhibit 43 at 52.

<div style="margin-left: 50%;">

Respectfully submitted,

/s/ Shawn G. Childs
John W. Walker
Ark Bar Doc.64046
Shawn G. Childs
Ark. Bar Doc.99058
JOHN W. WALKER, P.A.

</div>

        1723 Broadway
        Little Rock, Arkansas  72206
        501-374-3758
        501-374-4187 (facsimile)
        Email:  johnwalkeratty@aol.com
        schilds@gabrielmail.com

        Robert Pressman
        22 Locust Avenue
        Lexington, MA  02421
        781-862-1955
        Email: ehpressman@verizon.net

        Austin Porter
        PORTER LAW FIRM
        323 Center Street
        Little Rock, Arkansas
        501-244-8200
Email: aporte5640@aol.com


        OF COUNSEL:
        Gale B. Stewart – AR Doc.76120
        1723 Broadway
        Little Rock, Arkansas 72206
        501-374-3758
501-374-4197 (facsimile)
        Email: letchworth1942@comcast.net

        ATTORNEYS FOR THE PLAINTIFFS


**CERTIFICATE OF SERVICE**

I, Shawn G. Childs, certify that on May 17, 2017, a copy of the foregoing paper has been electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:


Lee Rudofsky
lee.rudofsky@arkansasag.gov

Rosalyn L. Middleton
rosalyn.middleton@arkansasag.gov


Patrick Hollingsworth

Patrick.hollingsworth@arkansasag.gov

Christopher Heller

heller@fridayfirm.com

Khayyam Eddings

keddings@fridayfirm.com

      /s/ Shawn G. Childs

        Shawn G. Childs