IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PARENT PLAINTIFF LAKESHA**                                           **PLAINTIFFS**
**DOE and her minor child**
**DENNIS DOE; et al.**

**v.**                          **CASE NO. 4:15-CV-0623 DPM**

**JOHNNY KEY, ET AL.**                                            **DEFENDANTS**

### *PLAINTIFFS' PRETRIAL DISLOSURE SHEET*

Plaintiffs submit the following Pretrial Disclosure Sheet:

1.      **Identity of Party Submitting Information:** (1) Tasha Covington; (2)

Auxzavion Love; (3) Amoryea Love; (4) Ida Pettus; (5) Lazareous Pettus; (6) Kristie

Doe; (7) Chase Doe; (8) Evelyn Doe; (9) Alice Doe; (10) Dennis Doe; (11) Edward Doe;

(12) Sonya Doe; (13) Johnny Doe; (14) Joy Springer; (15) Jim Ross; (16) Lisa Doe; (17)

Lakesha Doe; and (18) Christian Doe.

2.      **The Names, Addresses, and Telephone Numbers of All Counsel:**

Shawn G. Childs
John W. Walker
Omavi Shakur,
John W. Walker, P.A.
1723 S. Broadway
Little Rock, AR 72206
(501) 374-3758
(501) 374-4187 (fax).

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
781-862-1955

Austin Porter
PORTER LAW FIRM
323 Center Street
Little Rock, Arkansas

501-244-8200

Gale B. Stewart
1723 Broadway
Little Rock, Arkansas 72206
501-374-3758
501-374-4197 (facsimile)

3.      **A Brief Summary of Claims and Relief Sought:**

The Plaintiffs challenge constitutional violations caused by the actions of the Defendants. These actions include:  1) providing disproportionately white student populations the greatest access to high quality educational resources and top-end facilities in an effort to recruit, retain and privilege white students of the Little Rock School District (hereinafter LSRD) to the detriment of Plaintiffs, who are all black; 2) employing disciplinary practices that target Plaintiffs on the basis of race; 3) discriminatory faculty staffing; and 4) racial gerrymandering of attendance zones.  Plaintiffs' seek injunctive relief, equitable relief, attorneys' fees and costs. Relief is sought against Defendants in their official capacities through the Equal Protection Clause of the Fourteenth Amendment via 42 U.S.C. § 1983.

4.      **Prospects for Settlement, If Any:**    The parties remain in settlement negotiations.

5.      **The Basis for Jurisdiction and Objections to Jurisdiction:**  Jurisdiction is based upon 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

6.      **A List of Pending Motions:**  Defendants have separate motions for summary judgment pending.  Plaintiffs have filed a Motion to Increase Length of Trial.

7.      **A Concise Summary of Facts:**

Plaintiffs allege that Defendants committed a series of discriminatory acts from 2004 to the date of the filing of the Complaint (and thereafter).  These allegations include, *inter* alia, the

following: (1) starting in 2004, the Central High School attendance zone was gerrymandered and this school was permitted an excess of portable classrooms; (2) beginning in 2004, white faculty were assigned disproportionately to schools with the highest percentages of white students;  (3) from 2008 to the present, the facilities of Cloverdale Middle School were allowed to deteriorate until they were considered to have the worst school facilities within the LRSD;  (4) from 2009-10 through 2011-12, Dunbar Middle School's facilities were allowed to deteriorate (Supt. Poore now ranks this school as one of two poorest middle school facilities); and (5) using scarce resources, Don Roberts  Elementary was opened in 2010-11 and described as a "Taj Mahal" by its principal (also has much higher white enrollment percentage than district as a whole and can now be viewed as part of a pattern of favoring white neighborhoods, community, and students in facility spending).

8.      **Proposed Stipulations:** None at this time.

9.      **Issues of Fact Expected to Be Contested:**  (1)Whether Defendants intentionally discriminated against black students in the following areas:(1) the provision of new facilities; (2) the adequacy and maintenance of school facilities; (3) the allocation of resources both academic and non-academic; (4) attendance zones; (5) disciplinary actions; (6) faculty assignment; and (7) educational neglect.

10.     **Issues of Law Expected to Be Contested:**   (1) Whether some of Plaintiffs' claims of discrimination are outside the statute of limitations; (2) whether one or more Plaintiffs have standing; and (3) whether Plaintiffs are bound by res judicata.

11.    **List and Brief Description of Exhibits to Be Offered into Evidence:**

Exhibit 1      ADE Data Center, *Statewide Information System Reports:  Enrollment by Race by School (2016-2017*

Exhibit 2        LRSD School board minutes dated 1/22/2015

Exhibit 3        LRSD/Poore Status Report

Exhibit 4        Enrollment by race by district 2015-2016

Exhibit 5        SWHS Design Workplan

Exhibit 6        AIA Doc. A 133-2009, Article 10.3

Exhibit 7        AIA Doc. A201-2007, Article 14.3

Exhibit 8        LRSD Discipline Management Report

Exhibit 9        LRSD Discipline Report - More than one Disciplinary action

Exhibit 10       Plaintiffs' discipline records

Exhibit 11       LRSD Response to Second Interrogatories

Exhibit 12       Central High Attendance Zone map

Exhibit 13       Portable Elimination Numbers

Exhibit 14       LRSD GT Report dated 1/24/17

Exhibit 15       West LR Middle School Change Order Phase I

Exhibit 16       West LR Middle School Change Order Phase II

Exhibit 17       Yarberry email dated 12/14/16

Exhibit 18       ADE Data Center, *Statewide Information System Reports: Enrollment by Race by*

*School (2015-2016),*

Exhibit 19       Elementary Zone Capacity

Exhibit 20       Master Plan Narrative

Exhibit 21       LRSD Department Budget

Exhibit 22       Academic Distress 2016

Exhibit 23       Academic Distress 2017

Exhibit 24        Glasgow email dated March 22, 2016

Exhibit 25        Disparity email dated 3/18/17 from Janet Rector to Kelsey Bailey

Exhibit 26        LRSD Board Minutes dated 9/28/2006

Exhibit 27        Forest Heights Stem Academy 2016-17

Exhibit 28        Poros CV

Exhibit 29        Poros report

Exhibit 30        Statement of Dennis Glasgow to State Board of Ed, October 14, 2014

Exhibit 31        Forest Heights Stem Admission Standards

Exhibit 32        "After Tax Vote, What Next for LRSD?", by Max Brantley (5/10/17)

Exhibit 33        Revised Design Work Plan for SW High School

Exhibit 34        Stephens Elementary School Information

Exhibit 35        ODM Enrollment Report (LRSD), December 20, 2012

Exhibit 36        West Elementary School Cost Data

Exhibit 37        Don Roberts Elementary School Construction Costs

Exhibit 38        Don Roberts Elementary School Cost Document

Exhibit 39        Land Cost for Don Roberts Elementary School

Exhibit 40        Don Roberts Elementary School Equipment Costs

Exhibit 41        LRSD Board meeting minutes re Stem Academy 9/26/13; 1/9/2014

Exhibit 42        Forest Heights Middle School and Stem Academy Enrollment Data (2013-14

through 2016-17

Exhibit 43        Special Education Enrollment Data – Forest Heights Facility

Exhibit 44 -      LRSD student enrollment data 2014-15

any exhibits attached to defendants' motions for summary judgment, plaintiffs'
responses in opposition to motions for summary judgment, and defendants'

replies

any documents or items served on either side as responses
to discovery requests
responses to FOIA requests

any exhibits attached to depositions.

12.   **Names, Addresses, and Telephone Numbers of Witnesses Who Will or May Be
      Called, Excluding Witnesses to Be Used Solely for Impeachment or Rebuttal
      List of Proposed Witnesses**

   <u>Will Call</u>

   1.  Sonya Doe

   2.  Evelyn Doe

   3.  Lakesha Doe

   4.  Alice Doe

   5.  Lisa Doe

   6.  Kristie Doe

   7.  Chase Doe

   8.  Christian Doe

   9.  Edward Doe

   10. Johnny Doe

   11. Ida Pettus

   12. Tasha Covington

   13. Auxzavian Love

   14. Amoryea Love

   15. Lazareous Pettus

   16. Dennis Doe

17. Joy Springer

18. Jim Ross

19. Diane Curry

    12405 Goldleaf Drive

    Little Rock, AR 72210

    (501) 297-4359

20. Robert Michael Daughtery

    2101 S. Martin St.

    Little Rock, AR 72204-5586

    (501) 664-3143

21. Katherine Mitchell

22. Charles Armstrong

23. Johnny Key

24. Michael Poore

25. Linda Young

26. Karen James

27. Lori Altschul

28. Daniel Whitehorn

29. Karen Dejarnette

    16 McGovern Dr.

    Little Rock, AR 72205-1512

    (501) 954-7343

30. Morris Holmes

31. Linda Watson

32. Dennis Glasgow

33. Mireya Reith

34. Jeremy Owah

   1800 Martha Dr.

   Little Rock, AR 72212

   (501) 225-0608

35. Anika Whitfield

   4501 W. 16th St.

   Little Rock, AR 72204-2927

   (501) 663-6454

36. Eric Redmond

37. Maurice Moody

38. Michael Nellums

   35 Berkshire Dr.

   Little Rock, AR 72204-3534

   (501) 280-0914

<u>May Call</u>

1.     Baker Kurrus

2.     Wayne Adams

3.     Kelsey Bailey

4.     Daniel Whitehorn

5.     Nancy Keyes

6.      Elbert Harvey

7.      Arijit Sarkar

8.      Morris Holmes

        48 Maywood Dr.

        Little Rock, AR 72223-9731

        (501) 868-5004

9.      Linda Watson

10.     Mireya Reith

11.     Valerie Hudson

12.     Annette Barnes

13.     Jay Pickering

14.     LaGail Biggs

        1003 Steeple Chase Cove

        Jacksonville, AR 72076-2685

        (501) 241-0334

Any person identified or listed as a witness by Defendants.

13.     **Any Requests to Amend Pleadings**: None at this time.

14.     **Current Status of Discovery**: The discovery deadline has passed.

15.     **Suggestions for Expediting Disposition of the Action**: None.

16.     **An Estimate of the Length of Trial:** 15 days.

                        Respectfully submitted,

                        /s/ Shawn G. Childs
                        John W. Walker
                        Ark Bar Doc.64046
                        Shawn G. Childs

Ark. Bar Doc.99058
Omavi Shakur
Ark. Bar Doc. 2016067
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas  72206
501-374-3758
501-374-4187 (facsimile)
Email:  johnwalkeratty@aol.com
schilds@gabrielmail.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
781-862-1955
Email: ehpressman@verizon.net

Austin Porter
PORTER LAW FIRM
323 Center Street
Little Rock, Arkansas
501-244-8200
Email: aporte5640@aol.com

OF COUNSEL:
Gale B. Stewart – AR Doc.76120
1723 Broadway
Little Rock, Arkansas 72206
501-374-3758
501-374-4197 (facsimile)
Email: letchworth1942@comcast.net

ATTORNEYS FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

I, Shawn G. Childs, certify that on June 16, 2017, a copy of the foregoing paper has been electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Lee Rudofsky

lee.rudofsky@arkansasag.gov


Rosalyn L. Middleton

rosalyn.middleton@arkansasag.gov


Patrick Hollingsworth

Patrick.hollingsworth@arkansasag.gov


Christopher Heller

heller@fridayfirm.com


Khayyam Eddings

keddings@fridayfirm.com