IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PARENT PLAINTIFF LAKESHA**                       **PLAINTIFFS**
**DOE and her minor child**
**DENNIS DOE; et al.**

v.                **CASE NO. 4:15-CV-0623 DPM**

**JOHNNY KEY, ET AL.**                                          **DEFENDANTS**

*PLAINTIFFS' AMENDED PRETRIAL DISLOSURE SHEET*

Plaintiffs submit the following Amended Pretrial Disclosure Sheet:

1. **Identity of Party Submitting Information:** (1) Tasha Covington; (2) Auxzavion Love; (3) Amoryea Love; (4) Ida Pettus; (5) Lazareous Pettus; (6) Kristie Doe; (7) Chase Doe; (8) Evelyn Doe; (9) Alice Doe; (10) Dennis Doe; (11) Edward Doe; (12) Sonya Doe; (13) Johnny Doe; (14) Joy Springer; (15) Jim Ross; (16) Lisa Doe; (17) Lakesha Doe; and (18) Christian Doe.

2. **The Names, Addresses, and Telephone Numbers of All Counsel:**

Shawn G. Childs
John W. Walker
Omavi Shakur,
John W. Walker, P.A.
1723 S. Broadway
Little Rock, AR 72206
(501) 374-3758
(501) 374-4187 (fax).

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
781-862-1955

Austin Porter
PORTER LAW FIRM
323 Center Street
Little Rock, Arkansas

1

501-244-8200

Gale B. Stewart
1723 Broadway
Little Rock, Arkansas 72206
501-374-3758
501-374-4197 (facsimile)

3. **A Brief Summary of Claims and Relief Sought:**

The Plaintiffs challenge constitutional violations caused by the actions of the Defendants. These actions include: 1) providing disproportionately white student populations the greatest access to high quality educational resources and top-end facilities in an effort to recruit, retain and privilege white students of the Little Rock School District (hereinafter LSRD) to the detriment of Plaintiffs, who are all black; 2) employing disciplinary practices that target Plaintiffs on the basis of race; 3) discriminatory faculty staffing; and 4) racial gerrymandering of attendance zones.  Plaintiffs' seek injunctive relief, legal and equitable relief, attorneys' fees and costs. Relief is sought against Defendants in their official capacities through the Equal Protection Clause of the Fourteenth Amendment via 42 U.S.C. § 1983.

4. **Prospects for Settlement, If Any:**   Plaintiffs remain amenable to a settlement.

5. **The Basis for Jurisdiction and Objections to Jurisdiction:**  Jurisdiction is based upon 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

6. **A List of Pending Motions:**  Defendants have separate motions for summary judgment pending.  Plaintiffs have filed a Motion to Increase Length of Trial.

7. **A Concise Summary of Facts:**

Plaintiffs allege that Defendants committed a series of discriminatory acts from 2004 to the date of the filing of the Complaint (and thereafter).  These allegations include, *inter* alia, the following: (1) starting in 2004, the Central High School attendance zone was gerrymandered and

this school was permitted an excess of portable classrooms; (2) beginning in 2004, white faculty were assigned disproportionately to schools with the highest percentages of white students; (3) from 2008 to the present, the facilities of Cloverdale Middle School were allowed to deteriorate until they were considered to have the worst school facilities within the LRSD; (4) from 2009-10 through 2011-12, Dunbar Middle School's facilities were allowed to deteriorate (Supt. Poore now ranks this school as one of two poorest middle school facilities); and (5) using scarce resources, Don Roberts Elementary was opened in 2010-11 and described as a "Taj Mahal" by its principal (also has much higher white enrollment percentage than district as a whole and can now be viewed as part of a pattern of favoring white neighborhoods, community, and students in facility spending).

8. **Proposed Stipulations:** None at this time.

9. **Issues of Fact Expected to Be Contested:** (1)Whether Defendants intentionally discriminated against black students in the following areas:(1) the provision of new facilities; (2) the adequacy and maintenance of school facilities; (3) the allocation of resources both academic and non-academic; (4) attendance zones; (5) disciplinary actions; (6) faculty assignment; and (7) educational neglect.

10. **Issues of Law Expected to Be Contested:** (1) Whether some of Plaintiffs' claims of discrimination are outside the statute of limitations; (2) whether one or more Plaintiffs have standing; and (3) whether Plaintiffs are bound by res judicata.

11. **List and Brief Description of Exhibits to Be Offered into Evidence:**

Exhibit 1    ADE Data Center, *Statewide Information System Reports: Enrollment by Race by School (2016-2017*

Exhibit 2    LRSD School board minutes dated 1/22/2015

| | |
|---|---|
| Exhibit 3 | LRSD/Poore Status Report |
| Exhibit 4 | Enrollment by race by district 2015-2016 |
| Exhibit 5 | SWHS Design Workplan |
| Exhibit 6 | AIA Doc. A 133-2009, Article 10.3 |
| Exhibit 7 | AIA Doc. A201-2007, Article 14.3 |
| Exhibit 8 | LRSD Discipline Management Report |
| Exhibit 9 | LRSD Discipline Report - More than one Disciplinary action |
| Exhibit 10 | Plaintiffs' discipline records |
| Exhibit 11 | LRSD Response to Second Interrogatories |
| Exhibit 12 | Central High Attendance Zone map |
| Exhibit 13 | Portable Elimination Numbers |
| Exhibit 14 | LRSD GT Report dated 1/24/17 |
| Exhibit 15 | West LR Middle School Change Order Phase I |
| Exhibit 16 | West LR Middle School Change Order Phase II |
| Exhibit 17 | Yarberry email dated 12/14/16 |
| Exhibit 18 | ADE Data Center, *Statewide Information System Reports:  Enrollment by Race by School (2015-2016),* |
| Exhibit 19 | Elementary Zone Capacity |
| Exhibit 20 | Master Plan Narrative |
| Exhibit 21 | LRSD Department Budget |
| Exhibit 22 | Academic Distress 2016 |
| Exhibit 23 | Academic Distress 2017 |
| Exhibit 24 | Glasgow email dated March 22, 2016 |

Exhibit 25     Disparity email dated 3/18/17 from Janet Rector to Kelsey Bailey

Exhibit 26     LRSD Board Minutes dated 9/28/2006

Exhibit 27     Forest Heights Stem Academy 2016-17

Exhibit 28     Poros CV

Exhibit 29     Poros report

Exhibit 30     Statement of Dennis Glasgow to State Board of Ed, October 14, 2014

Exhibit 31     Forest Heights Stem Admission Standards

Exhibit 32     "After Tax Vote, What Next for LRSD?", by Max Brantley (5/10/17)

Exhibit 33     Revised Design Work Plan for SW High School

Exhibit 34     Stephens Elementary School Information

Exhibit 35     ODM Enrollment Report (LRSD), December 20, 2012

Exhibit 36     West Elementary School Cost Data

Exhibit 37     Don Roberts Elementary School Construction Costs

Exhibit 38     Don Roberts Elementary School Cost Document

Exhibit 39     Land Cost for Don Roberts Elementary School

Exhibit 40     Don Roberts Elementary School Equipment Costs

Exhibit 41     LRSD Board meeting minutes re Stem Academy 9/26/13; 1/9/2014

Exhibit 42     Forest Heights Middle School and Stem Academy Enrollment Data (2013-14

through 2016-17

Exhibit 43     Special Education Enrollment Data – Forest Heights Facility

Exhibit 44 -   LRSD student enrollment data 2014-15

any exhibits attached to defendants' motions for summary judgment, plaintiffs'
responses in opposition to motions for summary judgment, and defendants'
replies

any documents or items served on either side as responses
to discovery requests
responses to FOIA requests

any exhibits attached to depositions.

12. **Names, Addresses, and Telephone Numbers of Witnesses Who Will or May Be Called, Excluding Witnesses to Be Used Solely for Impeachment or Rebuttal List of Proposed Witnesses**

<u>Will Call</u>

1. Sonya Doe

2. Evelyn Doe

3. Lakesha Doe

4. Alice Doe

5. Lisa Doe

6. Kristie Doe

7. Chase Doe

8. Christian Doe

9. Edward Doe

10. Johnny Doe

11. Ida Pettus

12. Tasha Covington

13. Auxzavian Love

14. Amoryea Love

15. Lazareous Pettus

16. Dennis Doe

17. Joy Springer

18. Jim Ross

19. Diane Curry

    12405 Goldleaf Drive

    Little Rock, AR 72210

    (501) 297-4359

20. Robert Michael Daughtery

    2101 S. Martin St.

    Little Rock, AR 72204-5586

    (501) 664-3143

21. Katherine Mitchell

22. Charles Armstrong

23. Johnny Key

24. Michael Poore

25. Linda Young

26. Karen James

27. Lori Altschul

28. Daniel Whitehorn

29. Karen Dejarnette

    16 McGovern Dr.

    Little Rock, AR 72205-1512

    (501) 954-7343

30. Morris Holmes

31. Linda Watson

32. Dennis Glasgow

33. Mireya Reith

34. Jeremy Owah

    1800 Martha Dr.

    Little Rock, AR 72212

    (501) 225-0608

35. Anika Whitfield

    4501 W. 16th St.

    Little Rock, AR 72204-2927

    (501) 663-6454

36. Eric Redmond

37. Maurice Moody

38. Michael Nellums

    35 Berkshire Dr.

    Little Rock, AR 72204-3534

    (501) 280-0914

39. John Poros

    240 Giles Hall

    899 Collegeview St.

    Mississippi State, MS 39762

    (662) 325-8719

40. JoAnne Wooldridge

    2905 Glohaven Dr.

Conway, AR 72034-9656

<u>May Call</u>

1. Baker Kurrus

2. Wayne Adams

3. Kelsey Bailey

4. Daniel Whitehorn

5. Nancy Keyes

6. Elbert Harvey

7. Arijit Sarkar

8. Morris Holmes

    48 Maywood Dr.

    Little Rock, AR 72223-9731

    (501) 868-5004

9. Linda Watson

10. Mireya Reith

11. Valerie Hudson

12. Annette Barnes

13. Jay Pickering

14. LaGail Biggs

    1003 Steeple Chase Cove

    Jacksonville, AR 72076-2685

      (501) 241-0334

15.    Janet Rector

Any person identified or listed as a witness by Defendants.

13. **Any Requests to Amend Pleadings**: None at this time.

14. **Current Status of Discovery**: The discovery deadline has passed.

15. **Suggestions for Expediting Disposition of the Action**: None.

16. **An Estimate of the Length of Trial:**  15 days.

      Respectfully submitted,

/s/ Shawn G. Childs
John W. Walker
Ark Bar Doc.64046
Shawn G. Childs
Ark. Bar Doc.99058
Omavi Shakur
Ark. Bar Doc. 2016067
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas  72206
501-374-3758
501-374-4187 (facsimile)
Email:  johnwalkeratty@aol.com
schilds@gabrielmail.com

Robert Pressman
22 Locust Avenue
Lexington, MA  02421
781-862-1955
Email: ehpressman@verizon.net

Austin Porter
PORTER LAW FIRM
323 Center Street
Little Rock, Arkansas
501-244-8200
Email: aporte5640@aol.com

OF COUNSEL:

Gale B. Stewart – AR Doc.76120<br>
1723 Broadway<br>
Little Rock, Arkansas 72206<br>
501-374-3758<br>
501-374-4197 (facsimile)<br>
Email: letchworth1942@comcast.net

ATTORNEYS FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

I, Shawn G. Childs, certify that on June 29, 2017, a copy of the foregoing paper has been electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Lee Rudofsky

lee.rudofsky@arkansasag.gov

Rosalyn L. Middleton

rosalyn.middleton@arkansasag.gov

Patrick Hollingsworth

Patrick.hollingsworth@arkansasag.gov

Christopher Heller

heller@fridayfirm.com

Khayyam Eddings

keddings@fridayfirm.com