IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PARENT PLAINTIFF LAKESHA**                                            **PLAINTIFFS**
**DOE and her minor child**
**DENNIS DOE; et al.**

v.                    CASE NO. 4:15-CV-0623 DPM

**MICHAEL POORE, in his**
**official capacity, et al.**                                           **DEFENDANTS**

### OBJECTION TO ADMISSIBILITY OF MATERIALS
### IDENTIFIED IN THE PLAINTIFFS' PRE-TRIAL DISCLOSURES

Pursuant to Rule 26(a)(3)(B) of the Federal Rules of Civil Procedure, Johnny Key in his official capacity submits the following objections:

1. The Plaintiffs' pre-trial disclosures list 44 proposed exhibits. ECF No. 160 at ¶ 11. Proposed exhibits numbered 4, 5, 8, 9, 13, 14, 19, 20, 22, 23, 27, 31, 34, 36-40, and 42-43 are described with such generality that Key cannot identify the specific record or item referenced, and thus Key is unable to timely assess the admissibility of these proposed exhibits.

2. Key objects to admissibility of the following items identified by the Plaintiffs as proposed exhibits.

    a. Exhibit 29, a written report of John Poros, a purported expert, is inadmissible hearsay.

    b. Exhibit 30 appears to be a partial transcript of a meeting, prepared by one of the attorneys for the Plaintiffs. The document produced in discovery recites that it was transcribe by Gale Stewart. This is inadmissible because: (i) the

document cannot be authenticated without the testimony of one of the attorneys for the Plaintiffs, and (ii) the transcript is not the best evidence of the content of the recording purportedly transcribed, as required by Rules 1002 and 1003 of the Federal Rules of Evidence.

  c. Exhibit 32 is a "blog" entry by a writer for the Arkansas Times. The document, apparently printed from the internet, recites a statement by LRSD superintendent Michael Poore, which the article's author claims to have heard from a third person. This record is inadmissible hearsay.

  d. Exhibit 35 appears to be a report from the Office of Desegregation Monitoring. This report is inadmissible hearsay.

        Respectfully submitted,

        LESLIE RUTLEDGE
        ATTORNEY GENERAL

      By:  /s/ *Patrick Hollingsworth*
        LEE RUDOFSKY, Solicitor General
        Arkansas Bar No. 2015105
        (501) 682-8090
        ROSALYN L. MIDDLETON, Assistant
         Attorney General
         Arkansas Bar No. 2001257
        (501) 682-8122
        PATRICK HOLLINGSWORTH, Assistant
         Attorney General
        Arkansas Bar No. 84075
        (501) 682-1051
        323 Center Street, Suite 200
        Little Rock, AR  72201-2610
        Facsimile: (501) 682-2591
        lee.rudofsky@arkansasag.gov
        rosalyn.middleton@arkansasag.gov
        patrick.hollingsworth@arkansasag.gov

## CERTIFICATE OF SERVICE

   I, Patrick Hollingsworth, hereby certify that on June 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                                            */s/ Patrick Hollingsworth*
                                                             Patrick Hollingsworth