IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARENT PLAINTIFF LAKESHA DOE                                           PLAINTIFFS
and her minor child, DENNIS DOE;
PARENT PLAINTIFF CLAUDIUS
JOHNSON, and his minor child,
CHRISTIAN DOE; PARENT PLAINTIFF
EVELYN DOE and her minor child,
EDWARD DOE; PARENT PLAINTIFF
CANDICE DOE and her minor children,
JAMES DOE and JADE DOE and her
minor child, JONNY DOE; JOY; and
PARENT PLAINTIFF SONYA DOE
and her minor child, JOHNNY DOE;
JOY C. SPRINGER; and JIM ROSS

v.                          CASE NO. 4:15-CV-000623 DPM

MICHAEL POORE, in his official                                         DEFENDANTS
capacity as Superintendent of the
Little Rock School District

## JOINT MOTION FOR CONTINUANCE

Michael Poore, in his official capacity as Superintendent of the Little Rock School District (Poore), Johnny Key, in his official capacity as the person exercising the authority of the LRSD Board of Education (Key) and the Doe Plaintiffs, for their Joint Motion for Continuance, state:

1.  This motion is based in part on developments that impact both this case and the related case of *LRSD v. PCSSD*, No. 82-866.  PCSSD and the Joshua Intervenors are open to immediate and intensive discussions to resolve all remaining unitary status issues, with the goal of doing so within sixty (60) days.

2.  When PCSSD is declared unitary, LRSD, PCSSD, the Arkansas Department of Education, the Joshua Intervenors and the Doe Plaintiffs are open to discussions concerning

1

boundary changes among the Pulaski County School Districts which would likely have a substantial impact on LRSD. Counsel for PCSSD and counsel for Joshua have agreed that these discussions preliminary to a declaration of unitary status for PCSSD will not constitute a violation of any provision of the Settlement Agreement dated November 18, 2013, and approved by this Court on January 13, 2014 in case number 4:82-cv-866-DPM

3. Poore, Key and the Doe Plaintiffs believe that most, if not all, of the remaining issues in this case can be resolved in the context of the broader discussions concerning the future contours and governance of the school districts in Pulaski County.

WHEREFORE, for the reasons set forth above, the parties jointly request a continuance of the trial of this case of at least ninety (90) days in order to engage in the efforts described in this motion to resolve outstanding education issues affecting students throughout Pulaski County.

Respectfully submitted,

Christopher Heller (#81083)
Khayyam M. Eddings (#2002008)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol, Suite 2000
Little Rock, AR 72201-3493
(501) 370-1506
Email: Heller@fridayfirm.com
Email: Keddings@fridayfirm.com

John W. Walker (#64046)
Shawn G. Childs (#99058)
Omavi Shukur (#2016067)
John W. Walker, PA
1723 Broadway
Little Rock, AR 72006
(501) 374-3758
Email: Johnwalkeratty@aol.com
Email: Schilds@gabrielmail.com
Email: Oshukur@jwwlawfirm.com

By: */s/ Christopher Heller*
    Christopher Heller

By: */s/ John W. Walker*
    John W. Walker

Attorneys for Defendant
Superintendent Michael Poore, in his
official capacity as Superintendent of
the Little Rock School District

Attorneys for Doe Plaintiffs

Patrick Hollingsworth (#84075)  
Rosalyn L. Middleton (#2001257)  
Assistant Attorneys General  
323 Center Street, Suite 200  
Little Rock, AR 72201-2610  
(501) 682-8122  
patrick.hollingsworth@arkansasag.gov  
rosalyn.middleton@arkansasag.gov  

By: /s/ *Patrick Hollingsworth*  
    Patrick Hollingsworth  

Attorneys for Johnny Key, in his official capacity as the person exercising the authority of the LRSD Board of Education  

Allen P. Roberts (#64036)  
ALLEN P. ROBERTS, P.A.  
325 Jefferson St., S.W. P.O. Box 280  
Camden, Arkansas 71711-0280  
Phone: (870) 836-5310  
Facsimile: (870) 836-9662  
Email: allen@aprobertslaw.com  

Whitney F. Moore (#2009193)  
Allen P. Roberts, P.A. – Little Rock Office  
1818 N. Taylor, St., Suite B  
PMB 356  
Little Rock, AR 72207  
Telephone: (870) 818-5490  
Fax: (870) 836-9662  
Email: whitney@aprobertslaw.com  

By: */s/ Allen P. Roberts*  
    Allen P. Roberts  

Attorneys for Pulaski County Special School District

## CERTIFICATE OF SERVICE

I certify that on this 13th day of July, 2017, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

By: */s/ Christopher Heller*
Christopher Heller