IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAKESHA DOE, Parent,** *et al.*                                              **PLAINTIFFS**

v.                              No. 4:15-cv-623-DPM

**JOHNNY KEY, In His Official Capacity
as Commissioner of Education and the
LRSD School Board, and MICHAEL
POORE, In His Official Capacity as
Superintendent of the Little Rock
School District**                                                                         **DEFENDANTS**

ORDER

The parties' joint motion for a continuance, № 170, is granted as modified. The Court reschedules the trial for 11 September 2017, which is the only date certain that the Court has available this fall. The parties, therefore, must sprint in their discussions. If those discussions produce results, the parties should file notice immediately and the Court will consider any proposed settlement at the status conference scheduled for 6 September 2017 in case No. 4:82-cv-866-DPM. If the parties cannot reach agreement, then this dispute will be tried starting at 1:30 on September 11th.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

 14 July 2017