**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LAKESHA DOE, Parent, *et al.*
    PLAINTIFFS

v.               CASE NO. 4:15-CV-000623 DPM

JOHNNY KEY, in his Official Capacity
DEFENDANTS
as Commissioner of Education and the
LRSD School Board, and MICHAEL
POORE, in his official capacity as
Superintendent of the Little Rock School
District

## MOTION FOR CONTINUANCE

The Doe Plaintiffs and Defendant Michael Poore, for their Joint Motion for Continuance, state:

1.    On July 13, 2017, the parties in the above-captioned matter filed a joint motion for a continuance of at least ninety (90) days "in order to engage in…efforts…to resolve outstanding education issues affecting students throughout Pulaski County."  Doc. 170.

2.    On July 14, 2017, the Court rescheduled the trial in the above-captioned matter for September 11, 2017, "which is the only date certain that the Court is available this fall."  Doc. 171.

3.      While the parties appreciate the Court rescheduling this matter, the September 11, 2017 trial date creates several issues for counsel.

4.      For example, for the last eight months one of the Doe Plaintiffs' counsel has been scheduled to be in Maputo, Mozambique from late August until September 15, 2017, while one of Defendant Poore's counsel is scheduled to be in New Jersey during the week of September 11, 2017.

5.      Counsel for Defendant Johnny Key does not object to this motion for continuance of the September, 11, 2017 trial date.

WHEREFORE, for the reasons set forth above, the Doe Plaintiffs and Defendant Michael Poore jointly request a continuance of the trial of this case.

Respectfully submitted,

*/s/ Omavi Shukur*
Omavi Shukur
Ark. Bar #2016-067
John W. Walker
Ark. Bar No. 64046
Shawn G. Childs
Ark. Bar No. 99058
JOHN W. WALKER, P.A.
1723 Broadway
oshukur@jwwlawfirm.com

Robert Pressman
22 Locust Ave.
Lexington, MA 02421
781-862-1955

Email:ehpressman@verson.net

Austin Porter
PORTER LAW FIRM
323 Center St.
Little Rock, AR
501-244-8200
Email:aporter5640@aol.com

OF COUNSEL:
Gale B. Stewart
Ark. Bar No. 76120
1723 Broadway
Little Rock, AR
501-374-3758
Email:letchworth1942@comcast.net

Counsel for Plaintiffs

Case 4:15-cv-00623-DPM   Document 172   Filed 07/17/17   Page 4 of 4

## CERTIFICATE OF SERVICE

I certify that on this 17th day of July, 2017, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following parties of record:


Lee Rudofsky
Lee.rudofsky@arkansasag.gov

Rosalyn L. Middleton
Rosalyn.middleton@arkansasag.gov

Patrick Hollingsworth
Patrick.hollingsworth@arkansasag.gov

Christopher Heller
Heller@fridayfirm.com

Khayyam Eddings
KEddings@fridayfirm.com


           By:   */s/ Omavi Shukur*
               Omavi Shukur

4