**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LAKESHA DOE, Parent, *et al.*
     PLAINTIFFS


v.                    CASE NO. 4:15-CV-000623 DPM

JOHNNY KEY, in his Official Capacity
DEFENDANTS
as Commissioner of Education and the
LRSD School Board, and MICHAEL
POORE, in his official capacity as
Superintendent of the Little Rock School
District

## <u>MOTION TO CONTINUE</u>

The Doe Plaintiffs and Defendant Michael Poore, for their Joint Motion to Continue, state:

1.     On July 17, 2017, the Doe Plaintiffs and Defendant Michael Poore filed a Joint Motion to Continue.  Doc. 172.

2.     On July 18, 2017, the Court denied the Doe Plaintiffs and Defendant Michael Poore's Joint Motion to Continue.  Doc. 174.

3.     In its Order denying the Joint Motion to Continue, the Court explained, "We could start on the morning of September 13th, if counsel would prefer."  Doc. 174.

4.      The Doe Plaintiffs and Defendant Michael Poore prefer to start trial in the above-captioned matter on the morning of September 13, 2017.

3.      Lead counsel for Defendant Johnny Key is scheduled to be in trial in another case in this district beginning September 25, 2017. Summary judgment has been denied in that case, and settlement is unlikely. Defendant Key does not object to starting the trial of this case on September 13, 2017, so long as the trial can be fully concluded by the close of business on September 20, 2017.

WHEREFORE, for the reasons set forth above, the Doe Plaintiffs and Defendant Michael Poore jointly request a continuance of the trial of this matter, from September 11, 2017 to September 13, 2017.

Respectfully submitted,


*/s/  Omavi Shukur*
Omavi Shukur
Ark. Bar #2016-067
John W. Walker
Ark. Bar No. 64046
Shawn G. Childs
Ark. Bar No. 99058
JOHN W. WALKER, P.A.
1723 Broadway
oshukur@jwwlawfirm.com

Robert Pressman
22 Locust Ave.

Lexington, MA 02421
781-862-1955
Email:ehpressman@verson.net

Austin Porter
PORTER LAW FIRM
323 Center St.
Little Rock, AR
501-244-8200
Email:aporter5640@aol.com

OF COUNSEL:
Gale B. Stewart
Ark. Bar No. 76120
1723 Broadway
Little Rock, AR
501-374-3758
Email:letchworth1942@comcast.net

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of July, 2017, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following parties of record:

Lee Rudofsky
Lee.rudofsky@arkansasag.gov

Rosalyn L. Middleton
Rosalyn.middleton@arkansasag.gov

Patrick Hollingsworth
Patrick.hollingsworth@arkansasag.gov

Christopher Heller
Heller@fridayfirm.com

Khayyam Eddings
KEddings@fridayfirm.com


By:     */s/  Omavi Shukur*
        Omavi Shukur