# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LATASHA COVINGTON; AUXZAVIAN
LOVE; AMORYEA LOVE; SONYA
LAMPKIN; JAYLEN LAMPKIN; IDA
PETTUS; LAZAREOUS PETTUS; CHRISTY
WINFREY; CHASE WINFREY; and
CHRISTIAN WINFREY                                                    PLAINTIFFS

v.                             No. 4:15-cv-623-DPM

JOHNNY KEY, In His Official Capacity
as Commissioner of Education and the
LRSD School Board, and MICHAEL
POORE, In His Official Capacity as
Superintendent of the Little Rock
School District                                                      DEFENDANTS

## ORDER

Motion, № 175, granted. We'll start at 8:30 a.m. on September 13th. The Court encourages counsel to bring exhibits and materials to the courtroom on the afternoon of the 12th, so we can start promptly on the 13th.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 July 2017