# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LATASHA COVINGTON; AUXZAVIAN
LOVE; AMORYEA LOVE; SONYA
LAMPKIN; JAYLEN LAMPKIN; IDA
PETTUS; LAZAREOUS PETTUS; CHRISTY
WINFREY; CHASE WINFREY; and
CHRISTIAN WINFREY                                                PLAINTIFFS

v.                          No. 4:15-cv-623-DPM

JOHNNY KEY, In His Official Capacity
as Commissioner of Education and the
LRSD School Board, and MICHAEL
POORE, In His Official Capacity as
Superintendent of the Little Rock
School District                                                 DEFENDANTS

## JUDGMENT

The amended complaint, № 6, as supplemented, № 8, and further

amended, № 91 & 92, is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
11 September 2017