

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 23 2013

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

# SHERWOOD
## EDUCATION FOUNDATION

December 17, 2013

James W. McCormack, Clerk of Court
U.S. District Court, Eastern District of Arkansas
Richard Sheppard Arnold, US Courthouse
600 W. Capitol Avenue, Room A149
Little Rock, AR 72201

Re: Objection to Pulaski County School Desegregation Settlement Agreement

Dear Clerk McCormack:

On behalf of the Sherwood Public Education Foundation, please accept this letter as a formal objection to the proposed Pulaski County School Desegregation Settlement Agreement.

The Sherwood Public Education Foundation agrees with most Arkansans that a settlement is long overdue and therefore is very supportive of having a settlement agreement, but we must express our profound disappointment with a last-minute change to this proposed desegregation settlement agreement. Specifically, the last sentence of Paragraph E allows the city of Jacksonville to pursue its own district but poses negative consequences for the Sherwood community. While we support the opportunity for our neighboring city to pursue its own district, that last sentence in paragraph E is a concern that we deem unfair. It reads:

> *"The State will oppose the creation of any other school districts from PCSSD's territory until PCSSD is declared fully unitary and is released from federal court supervision."*

Last month Sherwood Mayor, Virginia Hillman, and Foundation Co-Chairperson, Dr. Linda Remele, met with Governor Mike Beebe to express this concern. Then on Tuesday, November 26, 2013, five (5) representatives from the Sherwood Public Education Foundation met with Attorney General Dustin McDaniel and members of his staff to also share our concern with this sentence. The Foundation agrees with 98% of the agreement but cannot idly sit by; we must express an objection to this last sentence.

1

One of the comments made at the meeting with the Attorney General still troubles us. We were reminded that U.S. District Judge W.R. "Bill" Wilson's 2003 ruling was the *"Law of the Case"* and that the Sherwood Public Education Foundation was not at the *'right starting place'* implying to us that since Pulaski County School District has not obtained unitary status there was no ability for detachment. Therefore, it was time to re-read Judge Wilson's ruling; specifically Pages 53-56 which discuss the attorney general's advisory opinion on June 4, 2003:

> **"...attempting to carve out and create a new school district from the Pulaski County Special School District is in direct violation of the language in Section II (J) of the 1989 settlement which guarantees the sovereignty and independence of the Pulaski County School District, until at least such time as it has fully discharged all of its desegregation obligations and obtained unitary status. ...."**

This section was referring directly to the State Board of Education's vote to create a new school district in Northeast Pulaski County (the Jacksonville School District).

This begs the question: "If Sherwood is not at the *'Right Starting Place'* then is Jacksonville?" To interpret Judge Wilson's 2003 ruling favorable for one area of North Pulaski County, i.e. Jacksonville, and not a neighboring community, Sherwood, seems discriminatory by its very nature.

The Sherwood Public Education Foundation is diligently following Arkansas Code Annotated § 6-13-1500 et seq. which outlines the procedures for detachment. There are numerous educators and community leaders on the foundation who recognize the importance of unitary status and the impact the proceedings of this Court have on our ability to have a Sherwood School District.

At this time, it seems important to share some facts with the Court regarding the proposed Sherwood School District and reasons why the last sentence in Paragraph E is discriminatory to our efforts:

1. According to the 2010 Census for Arkansas, Sherwood is the 14th largest city in the state. (Jacksonville is the 15th largest city.)

2. According to current Arkansas school data, there are over 230 school districts in Arkansas. The proposed Sherwood School District would be the 17th largest school district in the state.

3. The estimated student population of the proposed Sherwood School District would be over 4600 students. Arkansas has a law allowing school districts to operate if they maintain over 350 students. The Sherwood School District would exceed that minimum ten times.

2

4. The demographics of the proposed Sherwood School District is a microcosm of PCSSD with regard to ethnic groups, free/reduced lunch programs, and student status in various categorical funding strings such as migrant, special education, gifted and talented, Limited English Proficiency, and Title I. All of which are outlined in the chart below:

### Current Student Data 2013 - 2014

|  | PCSSD | | Sherwood | |
|---|---|---|---|---|
| **Ethic Groups** | | | | |
| White | 7571 | 44.38% | 2119 | 45.58% |
| Black | 7414 | 43.46% | 2042 | 43.92% |
| Hispanic | 1118 | 6.55% | 271 | 5.83% |
| Asian | 345 | 2.02% | 41 | 0.88% |
| Native Am/Alaska | 83 | 0.49% | 19 | 0.41% |
| Hawaiian/Pacific Islander | 19 | 0.11% | 3 | 0.07% |
| Two or More | 510 | 2.99% | 154 | 3.31% |
| Total Student Population | 17,060 | 100.00% | 4649 | 100.00% |
| **Child Nutrition** | | | | |
| Free | 8146 | 47.75% | 2284 | 49.13% |
| Reduced | 1343 | 7.87% | 416 | 8.95% |
| Full Pay | 7571 | 44.38% | 1949 | 41.92% |
| TOTAL | 17,060 | | 4649 | |
| **Student Status** | | | | |
| Gifted and Talented | 2244 | 13.15% | 570 | 12.26% |
| Special Education | 2008 | 11.77% | 562 | 12.09% |
| Handicapped | 441 | 2.58% | 139 | 2.99% |
| Migrant | 2 | 0.01% | 0 | 0.00% |
| Foster Children | 50 | 0.29% | 6 | 0.13% |
| Limited English Proficiency | 531 | 3.11% | 122 | 2.63% |
| Title I | 6996 | 41.01% | 2533 | 54.45% |

The Sherwood Public Education Foundation appreciates the work by the parties in drafting a settlement agreement for this historical case. While in the Honorable D. Price Marshall Jr.'s courtroom on November 22, 2013, members of our foundation heard Judge Marshall state that the court favored settlements over trials. He also stated that he would not narrow the scope of those individuals allowed to submit an objection; that he would welcome all comments and objections from the public and then he would make the decision with regard to those with merit.

3

We trust that the Foundation's objection has merit. While the Sherwood Public Education Foundation supports the spirit of the settlement, it does not support the unfair language in the last sentence of paragraph E. The Foundation does not wish to derail the efforts of this proposed settlement but merely wishes to be treated fairly.

The Foundation would be willing and available to address the Court, if it is the pleasure of the Court. The Court may contact either one of us at the contact information listed below our individual names.

Thank you for the opportunity to submit this objection.

Sincerely,

Linda Remele, Ed.D.
1406 Hawkwood Road
Sherwood, AR 72120
501-240-9585

Beverly Williams
1504 Coolhurst Avenue
Sherwood, AR 72120
501-554-4275

Sherwood Public Education Foundation Co-Chairpersons

4

Case 4:82-cv-00866-DPM   Document 4966   Filed 12/23/13   Page 5 of 5



William Williams
1504 Coolhurst Ave.
Sherwood, AR 72120-5051

**CERTIFIED MAIL™**

7013 1710 0000 1611 2537

RETURN RECEIPT
REQUESTED

UNITED STATES
POSTAL SERVICE

1000

72201

U.S. POSTAGE
PAID
NORTH LITTLE RO.AR
72120
DEC 19, '13
AMOUNT

**$6.11**
00097390-03

James W. Mc Cormack, Clerk of Court
US District, Eastern District of Arkansas
Richard Sheppard Arnold, US Courthouse
600 W. Capitol Avenue, Room A 149
Little Rock, AR 72201

7220183099